IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street Suite 850 Austin, TX 78701<br><br>*Plaintiff,*<br><br>vs.<br><br>ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, 950 Pennsylvania Ave., NW Washington, DC 20530<br><br>*Defendant.* | CIVIL ACTION NO. |

## PLAINTIFF'S MOTION FOR THREE-JUDGE PANEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    For the reasons set for in the accompanying Memorandum of Points and Authorities, the Northwest Austin Municipal Utility District hereby requests, pursuant to Local Civil Rule 9.1 and pertinent law, the appointment of a three-judge panel to adjudicate this bail-out application under Section 4 of the Voting Rights Act, 42 U.S.C. §1973b, and, in the alternative, a constitutional challenge to the preclearance requirements of Section 5 of the Voting Rights Act, 42 U.S.C. §1973c.

Dated:   August 4, 2006

Respectfully submitted,

_____
Ferdose al-Taie

Adam Strochak (Bar No. 439308)
Ferdose al-Taie (Bar No. 467730)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
Tel.: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Plaintiff,*
*Northwest Austin Municipal Utility District One*