THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NUMBER ONE,
401 W. 15th Street
Suite 850
Austin, TX 78701

*Plaintiff,*

vs.

ALBERTO GONZALES,
ATTORNEY GENERAL OF THE
UNITED STATES,
950 Pennsylvania Ave., NW
Washington, DC 20530

*Defendant.*

CIVIL ACTION NO.

## ORDER

For the reasons set for in Plaintiff's Motion and the supporting Memorandum of Points and Authorities, this court hereby **GRANTS** Plaintiff's Motion for a Three-Judge Panel to adjudicate the claims of this case, which has been brought under the Voting Rights Act, 42 U.S.C. § 1973b, § 1973c.

It is so ORDERED this _____ day of _____, 2006.

_____
United States District Judge
District of Columbia