IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street Suite 850 Austin, TX 78701<br><br>*Plaintiff*,<br><br>vs.<br><br>ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, 950 Pennsylvania Ave., NW Washington, DC 20530<br><br>*Defendant*. | Case No. 1:06CV01384-PLF |

## AFFIDAVIT OF SERVICE

I, Ferdose al-Taie, hereby declare that on the 4th day of August 2006, I mailed a copy of the Summons and Complaint via certified US mail, return receipt requested, to the Assistant United States Attorney for the District of Columbia.   Attached as Exhibit 1 is the certified mail return receipt acknowledging that service was received.

/s/
Ferdose al-Taie (Bar No. 467730)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
Tel.: (202) 682-7000
Fax: (202) 857-0940

*Attorney for Plaintiff,*
*Northwest Austin Municipal Utility District One*