# EXHIBIT 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.11 |
| Certified Fee | 2. |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5. |

Postmark Here — AUG 2006 — NATIONAL CAPITAL STATION WASHINGTON DC 20013

Sent To: US Attorney for DC
Street, Apt. No.; or PO Box No.: 501 Third St., NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0006 0060 2502

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Atty for the District of Columbia
501 Third Street, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
AUG 1 5 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 0060 2502

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540