IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NUMBER ONE,
401 W. 15th Street
Suite 850
Austin, TX 78701

    *Plaintiff*,

vs.

ALBERTO GONZALES,
ATTORNEY GENERAL OF THE
UNITED STATES,
950 Pennsylvania Ave., NW
Washington, DC 20530

    *Defendant*.

Case No. 1:06-CV-01384-PLF

**MOTION FOR ADMISSION *PRO HAC VICE*
OF GREGORY S. COLEMAN**

I, Ferdose al-Taie, move for the admission *pro hac vice* of Gregory S. Coleman to represent Plaintiff Northwest Austin Municipal Utility District One in this matter, and I declare:

1.    I, Ferdose al-Taie, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am an attorney at the law firm Weil, Gotshal & Manges LLP and am acquainted with Mr. Coleman. I will remain as counsel throughout the course of this litigation.

2.    Gregory S. Coleman is a practicing attorney and Partner of the law firm of Weil, Gotshal & Manges LLP. Mr. Coleman is not currently, nor has he been previously suspended, disbarred or otherwise disciplined by any court. He is a member in good standing of the Bars of the United States Supreme Court; the United States Court of Appeals for the Second, Third,

Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, and Federal Circuits; the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the State of Texas.

      3.    Mr. Coleman was previously admitted *pro hac vice* before this Court in *Allen v. Russian Fed'n*, 1:05-CV-02077-CKK, and he is familiar with the rules of this Court.

I hereby move for the admission of Gregory S. Coleman *pro hac vice* as counsel for the Plaintiff, Northwest Austin Municipal Utility District One and attach a proposed order for the Court's convenience.

Dated: August 29, 2006

Respectfully submitted,

/s/
Ferdose al-Taie (Bar No. 467730)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
Tel.: (202) 682-7000
Fax: (202) 857-0940

*Attorney for Plaintiff,*
*Northwest Austin Municipal Utility District One*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2006, the foregoing motion, supporting Affidavit of Gregory S. Coleman and proposed Order were filed electronically. Because neither the Attorney General nor the Assistant United States Attorney for the District of Columbia are yet registered in this case for electronic case notifications, they will be served via First Class U.S. mail at the following addresses:

> US Attorney for the District of Columbia
> 501 Third Street, NW
> Washington, DC 20001
>
> Alberto Gonzales
> Attorney General for the United States
> 950 Pennsylvania Ave., NW
> Washington, DC 20530.

Dated:   August 29, 2006                         /s/
                                                 Ferdose al-Taie