IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street Suite 850 Austin, Texas 78701<br>         Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530<br><br>         Defendant | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>1:06CV01384<br>The Hon. Paul L. Friedman |

## AFFIDAVIT OF GREGORY S. COLEMAN

Gregory S. Coleman, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before all courts of the State of Texas. I am a partner at the law firm of Weil, Gotshal & Manges LLP. I maintain an office at 8911 Capital of Texas Highway, Suite 1350, Austin, Texas 78759, telephone number (512) 349-1930 and reside at 2318 Aldworth Drive, Cedar Park, Texas 78613. I make this Affidavit in support of the attached motion for admission *pro hac vice*.

2. I am a 1992 graduate of University of Texas School of Law.

3. I was admitted to practice in Texas on November 6, 1992, and since that time I have been a member in good standing of the bar of that state.

4. I have been admitted to practice before the courts in the following jurisdictions on the dates set forth below:

    a. State of Texas; November 1992

    b. United States Supreme Court; April 1996

    c. Second Federal Circuit; December 2002

    d. Third Federal Circuit; May 2002

    e. Fourth Federal Circuit; February 1997

    f. Fifth Federal Circuit; June 1993

    g. Seventh Federal Circuit; May 2002

    h. Eighth Federal Circuit; May 2002

    i. Ninth Federal Circuit; June 2002

    j. Tenth Federal Circuit; October 2001

    k. Eleventh Federal Circuit; February 2003

    l. Federal Circuit; January 1997

    m. Southern District of Texas; January 1994

    n. Western District of Texas; October 1994

    o. Northern District of Texas; July 1999

    p. Eastern District of Texas; November 1997

5. I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6. I have previously been admitted *pro hac vice* before this Court once in the past two years.

7. I certify that I have read and am familiar with the Local Rules of this Court.

8. Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

_____
Gregory S. Coleman

Sworn to me this
8th day of August 2006

_____
Notary Public

GINGER R. OLIVER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 20, 2007