# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street Suite 850 Austin, TX 78701  *Plaintiff*,  vs.  ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, 950 Pennsylvania Ave., NW Washington, DC 20530  *Defendant*. | Case No. 1:06-CV-01384-PLF |

## ORDER ADMITTING GREGORY S. COLEMAN *PRO HAC VICE*

This Court hereby **GRANTS** Ferdose al-Taie's motion to admit Gregory S. Coleman to practice *pro hac vice* in this matter.

It is so ORDERED on this _____ day of _____ , 2006.

_____
PAUL L. FRIEDMAN
United States District Judge