IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN<br>MUNICIPAL UTILITY DISTRICT<br>NUMBER ONE,<br>401 W. 15th Street<br>Suite 850<br>Austin, Texas 78701<br>           Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>           Defendant | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>1:06CV01384<br>The Hon. Paul L. Friedman |

## AFFIDAVIT OF CHRISTIAN J. WARD

Christian J. Ward, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before all courts of the State of Texas. I am an associate at the law firm of Weil, Gotshal & Manges LLP. I maintain an office at 8911 Capital of Texas Highway, Suite 1350, Austin, Texas 78759, telephone number (512) 349-1930 and reside at 410 E. 5th Street, #107, Austin, Texas 78701. I make this Affidavit in support of the attached motion for admission *pro hac vice*.

2. I am a 2001 graduate of Harvard Law School.

3. I was admitted to practice in Texas on November 2, 2001, and since that time I have been a member in good standing of the bar of that state.

4. I have been admitted to practice before the courts in the following jurisdictions:

   a. State of Texas; November 2001

   b. United States Supreme Court; December 2004

   c. Second Federal Circuit; May 2003

   d. Fifth Federal Circuit; June 2002

   e. Ninth Federal Circuit; June 2003

5. I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6. I have never previously been admitted *pro hac vice* before this Court.

7. I certify that I have read and am familiar with the Local Rules of this Court.

8. Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

_____
Christian J. Ward

Sworn to me this
8th day of August 2006

_____
Notary Public

GINGER R. OLIVER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 20, 2007