# United States Court of Appeals
### For The District of Columbia Circuit

No. 423
September Term, 2006
06cv1384

United States Court of Appeals
For the District of Columbia Circuit

FILED SEP 0 6 2006

Northwest Austin Municipal Utility District Number One,

    Plaintiff,

    v.

Alberto Gonzales,

    Defendant.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Paul L. Friedman, United States District Judge, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable David S. Tatel, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Emmet Sullivan, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Paul L. Friedman, United States District Judge, as members of the court to hear and determine this case. Judge Tatel will preside.

_____
Douglas H. Ginsburg
Chief Judge

Date: 09-06-2006