IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br> 401 W. 15th Street <br> Suite 850 <br> Austin, TX 78701 <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTO GONZALES, <br> ATTORNEY GENERAL OF THE UNITED STATES, <br> 950 Pennsylvania Ave., NW <br> Washington, DC 20530 <br><br> Defendant, <br><br> TEXAS STATE CONFERENCE OF NAACP BRANCHES, <br> 1107 East 11th Street <br> Austin, TX 78701, <br><br> and <br><br> AUSTIN BRANCH OF THE NAACP, <br> 1704 East 12th Street <br> Austin, TX  78702, <br><br> Applicants to Intervene, | CIVIL ACTION <br> 1:06CV01384 <br><br> <u>THREE JUDGE COURT</u> |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

**<u>ORDER</u>**

Upon consideration of the motion filed by Texas State Conference NAACP Branches

and the NAACP Austin Branch (together, "Applicants"), Applicants' memorandum in support,

-2-

and any opposition thereto, the Court finds that the applicants meet the requirements for intervention under Federal Rule of Civil Procedure 24.

Accordingly, it is **ORDERED** that Applicants' Motion to Intervene as Defendants is **GRANTED**, and Applicants are given leave to participate as a party to this action as an Intervenor-Defendants.

**IT IS SO ORDERED FOR THE COURT.**

The Clerk of the Court is directed to forward a copy of this Order to all counsel of record in this action.

**Date:** _____      _____
**United States District Judge**

**NOTICE TO:**

Ferdose al Taie, Esq.
Weil Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C.  20005
ferdose.al-taie@weil.com

Gregory S. Coleman, Esq.
Christian T. Ward, Esq.
Weil Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX  78759
greg.coleman@weil.com
chris.ward@weil.com

Counsel for Plaintiff

The Hon. Alberto R. Gonzales, Attorney General of the United States
The Hon. Wan J. Kim, Assistant Attorney General, Civil Rights Division
Jeffrey A. Taylor, United States Attorney
John K. Tanner, Esq.
H. Christopher Coates, Esq.
T. Christian Herren, Jr., Esq.
Sarah E. Harrington, Esq.
Christy McCormick, Esq.
Civil Rights Division
United States Department of Justice
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
chris.herren@usdoj.gov
sarah.harrington@usdoj.gov
christy.mccormick@usdoj.gov

Counsel for Defendant

Seth P. Waxman, Esq.
Paul R.Q. Wolfson, Esq.
John A. Payton, Esq.
Ariel B. Waldman, Esq.
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C.  20006
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
john.payton@wilmerhale.com
ariel.waldman@wilmerhale.com
Lead Counsel for Intervenor-Defendants