IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br>401 W. 15th Street<br>Suite 850<br>Austin, TX 78701<br><br>    Plaintiff,<br><br> vs.<br><br>ALBERTO GONZALES,<br>ATTORNEY GENERAL OF THE UNITED STATES,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br><br>    Defendant,<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES,<br>1107 East 11th Street<br>Austin, TX 78701,<br><br>    and<br><br>AUSTIN BRANCH OF THE NAACP,<br>1704 East 12th Street<br>Austin, TX  78702,<br><br>    Applicants to Intervene, | CIVIL ACTION<br>1:06CV01384 |

**CERTIFICATE REQUIRED BY LOCAL RULE 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Applicant Intervenor-Defendant Applicants Texas State Conference of the NAACP and NAACP Austin Branch, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are being made in order that judges of this Court may determine the need for recusal.

Dated: October 18, 2005                    Respectfully submitted,


   /s/ Seth P. Waxman

Seth P. Waxman (D.C. Bar No. 257337)
WILMER CUTLER PICKERING HALE
and DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorney of Record for Applicant-Intervenors Texas State Conference of the NAACP and NAACP Austin Branch*