IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>　　　　　　Defendant,<br><br>RODNEY LOUIS, et al.<br><br>　　　　　　Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## ANSWER OF DEFENDANT-INTERVENORS RODNEY LOUIS, ET AL.

Defendant-Intervenors Rodney Louis, *et al*. hereby answer Plaintiffs' Complaint filed August 4, 2006, in this action as follows:

1. Admit.

2. Denied as stated.

3. Admit.

4. Admit.

5. Admit.

1

6. Louis Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore deny the allegations of this Paragraph.

7. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Louis Defendant-Intervenors deny the allegations of this Paragraph.

8. Denied as stated.

9. Denied as stated.

10. Deny.

11. Denied as stated.

12. Deny

13. Deny.

14. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Louis Defendant-Intervenors deny the allegations of this Paragraph.

15. Louis Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this Paragraph.

16. Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this Paragraph.

17. Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted therefore deny the allegations in this Paragraph.

18. To the extent this Paragraph states a legal conclusion, no response is required.

19. Deny.

20. Deny.

21. Deny.

22. Deny

23. Deny.

24. Deny.

25. Louis Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this Paragraph. Moreover, this Paragraph states legal conclusions to which no response is required.

26. Deny.

Respectfully submitted,

| | |
|---|---|
| /s/ Norman J. Chachkin | Kristen M. Clarke |
| Theodore Shaw | NAACP Legal Defense and |
| Director-Counsel |   Educational Fund, Inc. |
| Jacqueline A. Berrien | 1444 Eye Street, N.W., 10th Floor |
| Associate Director-Counsel | Washington, D.C. 20005 |
| Norman J. Chachkin (D.C. Bar No.235283) | (202) 682-1300 |
| Debo P. Adegbile | |
| NAACP Legal Defense and | |
|   Educational Fund, Inc. | |
| 99 Hudson Street, Suite 1600 | |
| New York, New York 10013 | |
| (212) 219-1900 | |

Attorneys for Proposed Louis Defendant-Intervenors

October 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, I caused to be served a copy of the foregoing Motion of Rodney Louis, et al. to Intervene as Defendants, the Statement of Points and Authorities in Support of Motion to Intervene as Defendants on Behalf of Rodney Louis, et al., the Answer of Defendant-Intervenors Rodney Louis, et al., and the proposed Order Granting Intervenors' Motion to Intervene as Defendants, upon counsel for the parties to this action, by depositing the same with the United States Postal Service, first-class postage paid, and via email, to the following:

Ferdose al-Taie
ferdose.al-taie@weil.com
Adam Strochak
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
Tel: 202-682-7000
Fax: 202-857-0940

Gregory S. Coleman, Esq.
Christian T. Ward, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759

Counsel for Plaintiff

Wan Kim
Assistant Attorney General
Civil Rights Division
John K. Tanner
Chief, Voting Section
H. Christopher Coates

Principal Deputy Chief
T. Christian Herren
Special Counsel
Chris.herren@usdoj.gov
Christy A. McCormick
Christy.mccormick@usdoj.gov
Attorneys, Civil Rights Division
U.S. Department of Justice
Room 7254 –NWB
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Fax: 202-307-3961

Counsel for Defendant


/s/ Norman J. Chachkin
_____
Norman J. Chachkin