IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>                          Plaintiff,<br>      v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>                          Defendant,<br><br>RODNEY LOUIS, et al.<br><br>                         Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

### ORDER GRANTING INTERVENORS' MOTION TO INTERVENE AS DEFENDANTS

This matter is before the Court on the Motion of Rodney Louis and Nicole Louis, (collectively "Proposed Louis Intervenors"), by their undersigned counsel, to Intervene as defendants in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(1) and Section 4(a)(1)(4) of the VRA, or pursuant to Fed. R. Civ. P. 24(a)(2). *See* 42 U.S.C. 1973b. In the alternative, Proposed Louis Intervenors seek permissive intervention pursuant to Fed. R. Civ. P. 24(b). Having considered the motion and other materials on file in the record, the Court in its discretion finds that just cause exists for the granting of such motion.

Accordingly, it is ORDERED, that the Motion of Intervenors to intervene is hereby GRANTED pursuant to Fed. R. Civ. P. 24(a)(1) and 42 U.S.C. § 1973b(a)(4).

_____

This ___ day of _____, 2006.