## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>                    Plaintiff,<br>          v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>                    Defendant,<br><br>RODNEY LOUIS, et al.<br><br>                    Applicants for Intervention. | Civil Action No. 1:06-CV-01384<br>           (PF, ES, DT) |

## MOTION TO ENROLL COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Debo P. Adegbile be granted permission to appear and participate *pro hac vice* as co-counsel for the Proposed Louis Intervenors in this above-styled action.

Attached to this motion is the Declaration of Debo P. Adegbile that sets forth his eligibility to participate in this matter. In addition, that Declaration is accompanied by a copy of a certificate of good standing issued by the United States District Court for the Southern District of New York, wherein Mr. Adegbile has been admitted to practice, showing that he has been admitted in such court and that he is in good standing therein.

1

WHEREFORE, I respectfully request that this Motion to Enroll Counsel Pro Hac Vice be granted.

Respectfully submitted,

*/s/ Norman J. Chachkin*

Norman J. Chachkin (D.C. Bar No. 235283)
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013

Attorney for Proposed Louis Intervenors

Dated: October 18, 2006.

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>　　　　　　Defendant,<br><br>RODNEY LOUIS, et al.<br><br>　　　　　　Applicants for Intervention. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## DECLARATION OF DEBO P. ADEGBILE

In accordance with Rule 83.2(d) of the Local Rules of this Court, I, DEBO P. ADEGBILE, first being duly sworn, testify and state as follows:

1. I am an attorney duly licensed to practice law before all state courts in the Courts of the State of New York (admitted 1st Department July 17, 1995) and I am the Associate Director of Litigation with the NAACP Legal Defense and Educational Fund, Inc. ("LDF"). LDF has litigated cases involving voting rights and other matters for several decades.

2. My full name is Debo Patrick Adegbile. My office address is 99 Hudson Street, Suite 1600, New York, NY 10013; telephone number is (212) 965-2200; facsimile number is (212) 226-7592; e-mail address: dadegbile@naacpldf.org.

3. I am a member in good standing and eligible to practice before the following courts:

| | |
|---|---|
| The United States Supreme Court | (admitted 2003) |
| United States Court of Appeals for the Third Circuit | (admitted 1999) |
| United States District Courts for the Southern and Eastern Districts of New York | (admitted 1997) |
| New York State Courts | (admitted 1995) |

4. I am not currently, nor have I ever been, sanctioned, disciplined or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. A certificate of good standing from the Southern District in New York is attached.

5. I have not appeared *pro hac vice* within the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Debo P. Adegbile

Dated: October 18, 2006

2

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__DEBO  PATRICK  ADEGBILE__, Bar # __DA0072__

was duly admitted to practice in this Court on

__FEBRUARY 17th, 1997__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York              on    OCTOBER 13th, 2006

__J. MICHAEL McMAHON__                 by: _[signature]_
Clerk                                         Deputy Clerk

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>    Plaintiff,<br>  v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>    Defendant,<br><br>RODNEY LOUIS, et al.<br><br>    Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

**ORDER GRANTING MOTION TO ENROLL COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Debo P. Adegbile be granted permission to appear and participate *pro hac vice* as co-counsel for the Proposed Louis Intervenors in this above-styled action.

Accordingly, it is ORDERED, that the Motion to Enroll Counsel, Debo P. Adegbile, is hereby GRANTED.

_____

This \_\_ day of _____, 2006.

1