IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>　　　　　　　Defendant,<br><br>RODNEY LOUIS, et al.<br><br>　　　　　Applicants for Intervention. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## MOTION TO ENROLL COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Kristen M. Clarke be granted permission to appear and participate *pro hac vice* as co-counsel for the Proposed Louis Intervenors in this above-styled action.

Attached to this motion is the Declaration of Kristen M. Clarke that sets forth his eligibility to participate in this matter. In addition, that Declaration is accompanied by a copy of a certificate of good standing issued by the Supreme Court of the State of New York, wherein Ms. Clarke has been admitted to practice, showing that she has been admitted in such court and that she is in good standing therein.

1

WHEREFORE, I respectfully request that this Motion to Enroll Counsel Pro Hac Vice be granted.

Respectfully submitted,

*/s/ Norman J. Chachkin*
Norman J. Chachkin (D.C. Bar No. 235283)
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013

Attorney for Proposed Louis Intervenors

Dated: October 18, 2006.

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>　　　　　　　Defendant,<br><br>RODNEY LOUIS, et al.<br><br>　　　　　　　Applicants for Intervention. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

**DECLARATION OF KRISTEN M. CLARKE**

In accordance with Rule 83.2(d) of the Local Rules of this Court, I, KRISTEN M. CLARKE, first being duly sworn, testify and state as follows:

1.　I am an attorney duly licensed to practice law before all state courts in the Courts of the State of New York and I am an Assistant Counsel with the NAACP Legal Defense and Educational Fund, Inc. ("LDF"). LDF has litigated cases involving voting rights and other matters for several decades.

2.　My full name is Kristen M. Clarke. My office address is 1444 Eye Street, N.W., Washington, D.C. 20005; telephone number is (202) 216-5569; facsimile number is (202) 682-1312; e-mail address: kclarke@naacpldf.org.

1

3. I am a member in good standing and eligible to practice before New York State courts (admitted 2000).

4. I am not currently, nor have I ever been, sanctioned, disciplined or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. A certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached.

5. I have not appeared *pro hac vice* within the United States District Court for the District of Columbia within the last two years.

6. My office is currently located in the District of Columbia and I have an application for admission to the District of Columbia Bar pending. However, since leaving the United States Department of Justice, I have not engaged in the practice of law within the District of Columbia. Absent admission *pro hac vice* in this matter, I will not engage in the practice of law in the District of Columbia until I am admitted into the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kristen M. Clarke

Dated: October 18, 2006

2

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# KRISTEN M. CLARKE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 17th day of April, 2001 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 13, 2006



Catherine O'Hagan Wolfe

8433                                                    Clerk

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>Defendant,<br><br>RODNEY LOUIS, et al.<br><br>Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

**ORDER GRANTING MOTION TO ENROLL COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Kristen M. Clarke be granted permission to appear and participate *pro hac vice* as co-counsel for the Proposed Louis Intervenors in this above-styled action.

Accordingly, it is ORDERED, that the Motion to Enroll Counsel, Kristen M. Clarke, is hereby GRANTED.

_____

This \_\_ day of _____, 2006.

1