## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY
DISTRICT NUMBER ONE,
401 W. 15th Street
Suite 850
Austin, Texas 78701,
           *Plaintiff*,

v.

ALBERTO GONZALES,
Attorney General of the United States,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530,
           *Defendant*,

Civil Action No. 1:06CV01384
The Hon. Paul L. Friedman

### ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel Erik S. Jaffe on behalf of plaintiff

Northwest Austin Municipal Utility District Number One in the above-captioned case.

DATED:  October 30, 2006

Respectfully submitted:

Erik S. Jaffe
   D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street, N.W.
Washington, D.C.   20008
(202) 237-8165
(202) 237-8166 fax
jaffe@esjpc.com

*Attorney for Plaintiff*
*Northwest Austin Municipal*
*Utility District No. One*

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served true copies of the above Entry of Appearance by First Class mail, postage prepaid and via the Court's ECF system to the parties indicated below, on October 30, 2006.

Wan J. Kim
Jeffrey A. Taylor
John K. Tanner
H. Christopher Coates
T. Christian Herren Jr
Sarah E. Harrington
Christy A. McCormick
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, D.C.    20530

Seth P. Waxman
John A. Payton
Paul R.Q. Wolfson
Ariel B. Waldman
WILMER CUTLER PICKERING HALE &
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006

Jon M. Greenbaum
Benjamin J. Blustein
Jonah H. Goldman
LAWYERS COMMITTEE FOR CIVIL RIGHTS
    UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005

Dennis C. Hayes
General Counsel
NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, Maryland    21215

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas    78205

Joseph E. Sandler
SANDLER REIFF & YOUNG PC
50 E St SE #300
Washington, D.C. 20003

Theodore Shaw
Jacqueline A. Berrien
Norman J. Chachkin
Debo P. Adegbile
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013

Kristen M. Clarke
NAACP LEGAL DEFENSE AND EDUCATIONAL
    FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C.    20005

_____
Erik S. Jaffe