THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT NUMBER ONE,           )
                                                        )
         Plaintiff,                         )
                                                        )
  v.                                                 )    Civil Action No. 1:06-cv-1384
                                                        )
ALBERTO GONZALES,                          )    Three-judge court (PLF, DST, EGS)
Attorney General of the United States,      )
                                                        )
         Defendant.                      )
_____)

## ORDER

On October 18, 2006, the following parties filed motions to intervene in this action as defendants: the Texas State Conference of NAACP Branches and the Austin Branch of the NAACP ("NAACP movant-intervenors") (Docket #9), Rodney and Nicole Louis ("Louis movant-intervenors") (Docket #10), and David and Lisa Diaz ("Diaz movant-intervenors") (Docket #13).

The Louis and Diaz movant-intervenors, who are residents and registered voters of the Plaintiff Northwest Austin Municipal Utility District Number One, seek intervention of right under Section 4(a)(4) of the Voting Rights Act, 42 U.S.C. 1973b(a)(4), and Rule 24(a)(1), Fed. R. Civ. P. The NAACP, Louis and Diaz movant-intervenors all seek intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b)(2).

Based on consideration of the memoranda in support of the motions to intervene, and the responses filed thereto, and the record before the Court, it is hereby ORDERED that the motions to intervene of right by the Louis and Diaz movant-intervenors under Rule 24(a)(1) are GRANTED as to the bailout claims in light of the intervention provisions of Section 4(a)(4) of

the Voting Rights Act. It is further ORDERED the motions to intervene permissively under Rule 24(b)(2) filed by the Louis, Diaz and NAACP movant-intervenors are GRANTED. It is further ORDERED that the motions to intervene as of right under Rule 24(a)(2) are DENIED.

    SO ORDERED.

_____
The Honorable David S. Tatel
United States Circuit Judge


_____
The Honorable Paul L. Friedman
United States District Judge


_____
Judge Emmet G. Sullivan
United States District Judge


DATED: _____

PERSONS ENTITLED TO NOTICE OF ORDER

Ferdose al-Taie, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C. 20005
ferdose.al-taie@weil.com

*Counsel for Plaintiff*

Gregory S. Coleman, Esq.
Christian T. Ward, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
greg.coleman@weil.com
chris.ward@weil.com

*Counsel for Plaintiff*

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

*Counsel for Plaintiff*


Joseph E. Sandler, Esq.
Sandler, Reiff & Young, P.C.
50 E Street, SE, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

*Counsel for Diaz movant-intervenors*

Nina Perales, Esq.
MALDEF
110 Broadway, Suite 300
San Antonio, Texas 78205
nperales@maldef.org

*Counsel for Diaz movant-intervenors*

Norman Jay Chachkin, Esq.
Debo P. Adegbile, Esq.
NAACP Legal Defense & Education Fund
99 Hudson Street, 16th Floor
New York, NY 10013
nchachkin@naacpldf.org
dadegbile@naacpldf.org

*Counsel for Louis movant-intervenors*

Kristen M. Clarke, Esq.
NAACP Legal Defense & Education Fund
1444 Eye Street NW, 10th Floor
Washington DC 20005
kclarke@naacpldf.org

*Counsel for Louis movant-intervenors*


Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006
seth.waxman@wilmerhale.com

*Counsel for NAACP movant-intervenors*

Jon M. Greenbaum, Esq.
Lawyers Committee for
Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
jgreenbaum@lawyerscommittee.org

*Counsel for NAACP movant-intervenors*

Dennis Hayes, Esq.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
dhayes@naacp.org

*Counsel for NAACP movant-intervenors*