**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-01384 (PF, ES, DT) |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Motion of People For the American Way to Interven as Defendant. The Court has reviewed the motion and finds that it should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion to Intervene as Defendant is GRANTED.

SIGNED this _____ day of _____, 2006.

_____
Hon. David S. Tatel

_____
Hon. Paul L. Friedman

_____
Hon. Emmet G. Sullivan