IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, § § § *Plaintiff,* § § vs. § ALBERTO GONZALES, § ATTORNEY GENERAL OF THE § UNITED STATES, § § *Defendant.* § | § § § § § § § § § § § § | CIVIL ACTION NO. 1:06-cv-01384-PLF Three-judge court (PLF, DST, EGS) |

## ANSWER OF DIAZ INTERVENORS

NOW COME Lisa Diaz, David Diaz and Gabriel Diaz, Defendant-Intervenors ("Diaz Intervenors") in the above-captioned action, and answer Plaintiffs' Complaint as follows:

## AFFIRMATIVE DEFENSES

Plaintiff has failed to state a claim on which relief can be granted under 42 U.S.C. § 1973b. Furthermore, Plaintiff lacks standing to sue under 42 U.S.C. § 1973b.

AND NOW, in response to the specific allegations of Plaintiffs' Complaint, Diaz Intervenors respond as follows:

1. Diaz Intervenors admit that Plaintiff NW Austin Municipal Utility District Number One seeks to bailout from coverage under the preclearance requirements of §5 of the voting Rights Act, 42 U.S.C. §1973c, or, in the alternative, seeks a declaratory judgment that continued application of §5 is unconstitutional. Diaz Intervenors deny that Plaintiff is entitled to any relief on its claims.