**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. 1:06-cv-1384 |
| ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, | § § § § | Three-judge court (PLF, DST, EGS) |
| *Defendant.* | § § | |

**AMENDED APPLICATION TO INTERVENE AS DEFENDANTS**

COME NOW, Applicants for Intervention, David Diaz, Lisa Diaz and Gabriel Diaz, by

and through their undersigned attorney, and file, pursuant to Fed. R. Civ. P. 24, their amended

Application to Intervene as Defendants in order to defend the Voting Rights Act of 1965.  The

purpose of this amended Application is to add Mr. Gabriel Diaz as an additional proposed

Defendant Intervenor.

1.    Applicants seek intervention as of right or, in the alternative, permissive

intervention under Fed. R. Civ. P. 24(a) and Fed. R. Civ. P. 24(b), respectively.

In support of this Application, proposed Defendant Intervenors rely on the

Memorandum in Support of Application to Intervene filed in support of their

original Application on October 18, 2006.  *See* Docket Entry No. 13.

2.    Proposed Defendant Intervenors, David Diaz, Lisa Diaz and Gabriel Diaz, are

registered and qualified voters of Travis County and reside within the boundaries

of Plaintiff NW Austin Municipal Utility District Number One.  David Diaz, Lisa

Diaz and Gabriel Diaz are Latino.

3.      Undersigned counsel for Applicants Nina Perales conferred with counsel for

Plaintiff and Defendant regarding this Application to Intervene.  Defendant does

oppose intervention as of right under Rule 24(a)(2) but does not oppose

permissive intervention under Rule 24(b)(2) or intervention of right under Rule

24(a)(1) as to the bailout claims in light of the intervention provisions of Section

4(a)(4) of the Voting Rights Act.  Plaintiff opposes the Application.

WHEREFORE, Applicants respectfully request that this Court grant them intervention as

of right or, in the alternative, permissive intervention.

DATED: November 6, 2006                 Respectfully submitted,
                                        MEXICAN AMERICAN LEGAL DEFENSE &
                                        AND EDUCATIONAL FUND


                                    BY:    /s/ Nina Perales
                                        NINA PERALES
                                        *Application for Admission Pending*
                                        Texas State Bar No. 240054046
                                        110 Broadway, Suite 300
                                        San Antonio, Texas 78205
                                        (210) 224-5476 (telephone)
                                        (210) 224-5382 (facsimile)
                                        nperales@maldef.org


                                    BY:     /s/ Joseph E. Sandler
                                        JOSEPH E. SANDLER
                                        D.C Bar # 255919
                                        Sandler Reiff & Young PC
                                        50 E St SE # 300
                                        Washington, D.C. 20003
                                        Tel: (202) 479 1111
                                        Fax (202) 479-1115
                                        sandler@sandlerreiff.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, I served a true and correct copy of the above document on all counsel of record by sending a copy via electronic mail and first-class mail, postage prepaid, addressed to all of the counsel listed below:

Gregory S. Coleman, Esq.
Christian T. Ward, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
greg.coleman@weil.com
chris.ward@weil.com

Ferdose al-Taie, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C. 20005
ferdose.al-taie@weil.com

*Counsel for Plaintiff*

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

Norman Jay Chachkin, Esq.
Debo P. Adegbile, Esq.
NAACP Legal Defense & Educational Fund
99 Hudson Street, 16th Floor
New York, NY 10013
(212) 219-1900
nchachkin@naacpldf.org
dadegbile@naacpldf.org

Kristen M. Clarke, Esq.
NAACP Legal Defense & Educational Fund
1444 Eye Street, NW, 10th Floor
Washington, DC 20005
(202) 682-1300
kclarke@naacpldf.org

T. Christian Herren Jr.
Sarah E. Harrington
Christy A. McCormick
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
chris.herren@usdoj.gov
sarah.harrington@usdoj.gov
christy.mccormick@usdoj.gov

*Counsel for Alberto R. Gonzalez*

*Counsel for movant-intervenors Louis*
Seth P. Waxman, Esq.
John A. Payton (DC No. 282699)
Paul R.Q. Wolfson (DC No. 414759)
Ariel B. Waldman (DC No. 474429)
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 - Fax
seth.waxman@wilmerhale.com

Jon M. Greenbaum, Esq.
Benjamin J. Blustein (DC No. 418930)
Jonah H. Goldman (DC No. 497507)
Lawyers Committee for Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 662-8600
(202) 628-2858 - fax
igreenbaum@lawyerscommittee.org

*Counsel for movant-intervenors Texas State Conference*
*of NAACP Branches and Austin Branch of the NAACP*

                                         /s/ Joseph E. Sandler
                                        Joseph E. Sandler