### IN THE UNITED STATE DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, § § § | |
| *Plaintiff,* § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:06-cv-1384 |
| § | |
| ALBERTO GONZALES, § ATTORNEY GENERAL OF THE § UNITED STATES, § § | Three-judge court (PLF, DST, EGS) |
| *Defendant.* § | |

## ORDER

Pending before the Court is the Application to Intervene as Defendants filed by David, Lisa and Gabriel Diaz. The Court has reviewed the application and finds that it should be granted.

Accordingly, IT IS HEREBY ORDERED that the Application to Intervene as Defendants is GRANTED.

SIGNED this _____ day of _____, 2006.

```
                                        _____
                                        Hon. David S. Tatel



                                        _____
                                        Hon. Paul L. Friedman



                                        _____
                                        Hon. Emmet G. Sullivan
```