IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | § | |
| *Plaintiff*, | § | |
| vs. | § | Civil Action No. 1:06cv1384 |
| ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, | § | Three-judge court (PLF, DST, EGS) |
| *Defendant*, | § | |
| TRAVIS COUNTY, TEXAS<br>314 W. 11th Street<br>Austin, Texas 78701 | § | |
| *Applicant to Intervene*. | § | |

**ORDER ON INTERVENTION MOTION**

The Court, having considered the Travis County's Motion to Intervene, including the responses of other parties, hereby determines that:

Travis County's Motion to Intervene is GRANTED. Travis County is admitted of right as a party-defendant.

SIGNED this _______ day of November, 2006.

_________________________________
UNITED STATES DISTRICT JUDGE