IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br>*Plaintiff*, <br><br>vs. <br><br>ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, <br><br>*Defendant*, <br><br>TRAVIS COUNTY, TEXAS <br>314 W. 11th Street <br>Austin, Texas 78701 <br><br>*Applicant to Intervene*. | Civil Action No. <br>1:06cv1384 <br>Three-judge court (PLF, DST, EGS) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RENEA HICKS

I, J. Gerald Hebert, move for admission *pro hac vice* of Renea Hicks to represent Travis County, Texas, in this matter. I declare:

1.  I, J. Gerald Hebert, am a practicing attorney duly admitted to the Bar of the District of Columbia and to the Bar of this Court. I am a solo practitioner. I am acquainted with Mr. Hicks. I will remain as co-counsel throughout the course of this litigation.

2.  Renea Hicks is a practicing attorney, with a solo practice in Austin, Texas. Mr. Hicks is not currently, nor has he previously been, suspended, disbarred, or otherwise disciplined by any court. He is a member in good standing of the Bars of: the Supreme Court of the United States; the United States Courts of Appeals for the First, Fifth, Ninth, Tenth, and District of Columbia Circuits; the United States District Courts for the Western, Southern, Eastern, and Northern Districts of Texas; and the State of Texas.

3. Mr. Hicks has not been admitted *pro hac vice* before this Court in the last two years. He did appear in this Court, under the predecessor to current Local Rule 83.2(f), as lead counsel for the State of Texas in two three-judge court cases, *Texas v. United States*, Civ. Action No. 94-465, and *Texas v. United States*, Civ. Action No. 91-2383.

4. A declaration by Mr. Hicks under Local Rule 83.2(d) accompanies this motion.

5. Mr. Hicks has conferred through electronic mail with counsel for the Plaintiff Northwest Austin Municipal Utility District Number One and counsel for Defendant Attorney General Gonzales, and both have indicated that they do not oppose the relief sought in this motion.

I hereby move the admission of Renea Hicks *pro hac vice* as counsel for Travis County in this action.

        Respectfully submitted,

        _/s/ J. Gerald Hebert_____
        J. GERALD HEBERT
        Attorney at Law
        5019 Waple Lane
        Alexandria, VA 22304
        (703) 567-5873 (O)
        (703) 567-5876 (fax)
        DC Bar No. 447676
        e-mail: jghebert@comcast.net

        ATTORNEY FOR TRAVIS COUNTY

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2006, a copy of the foregoing pleading was e-mailed to the Clerk of the Court at dcd_cmecf@dcd.uscourts.gov. The electronic filing constitutes service of the filing to all counsel of record in this case who

have obtained CM/ECF passwords. I also certify that on this 5th day of November, 2006, I copy of the foregoing pleading was served through e-mail on the following:

Gregory S. Coleman
Christian T. Ward
Weil, Gotshal, & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, Texas 78756
greg.coleman@weil.com
chris.ward@weil.com

                                             _/s/ J. Gerald Hebert_____
                                             J. Gerald Hebert