IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 1:06cv1384 |
| ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, | § § § | Three-judge court (PLF, DST, EGS) |
| *Defendant*, | § § | |
| TRAVIS COUNTY, TEXAS 314 W. 11th Street Austin, Texas 78701 | § § § § | |
| *Applicant to Intervene*. | § § | |

## DECLARATION OF RENEA HICKS

Renea Hicks declares as follows:

1.      My full name is Max Renea Hicks.  My current office address is 1250 Norwood Tower, 114 West 7th Street, Austin, Texas 78701; my telephone number is (512) 480-8231, and my fax number is (512) 480-9105.  (*Effective January 1, 2007, my office address will change to 101 West 6th Street, Suite 504, Austin, Texas 78701.*)

2.      I am an attorney duly admitted to practice before all courts of the State of Texas, having been admitted to the State Bar of Texas in November, 1977.  I also have been admitted to, and am a member of, the Bars of the Supreme Court of the United States, the United States Courts of Appeals for the First, Fifth, Ninth, Tenth, and District of Columbia Circuits, and the United States District Courts for the Western, Southern, Eastern, and Northern Districts of Texas.

3.      I have not been disciplined by any bar.

4.      I have not been admitted *pro hac vice* in this Court in the last two years, and I do not engage in the practice of law from an office located in the District of Columbia.

5.      I have read and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing statements are true and correct.

SIGNED this 5th day of November, 2006.

_/s/ Renea Hicks_____
Renea Hicks