IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, § § § § *Plaintiff*, § § vs. § § ALBERTO GONZALES, ATTORNEY § GENERAL OF THE UNITED STATES, § § *Defendant*, § § TRAVIS COUNTY, TEXAS § 314 W. 11th Street § Austin, Texas 78701 § § § *Applicant to Intervene*. § | Civil Action No. 1:06cv01384 Three-judge court (PLF, DST, EGS) |

## ORDER ON *PRO HAC VICE* MOTION

The Court grants the unopposed Motion for Admission *Pro Hac Vice* of Renea Hicks. Renea Hicks is admitted *pro hac vice* to serve as counsel for Travis County in this action.

SIGNED this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE