IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY )
DISTRICT NUMBER ONE, )
401 W. 15th Street )
Suite 850 )
Austin, TX 78701 )
 )
    Plaintiff, )
 )
vs. ) Case 1:06-cv-01384-PLF
 )
ALBERTO GONZALES, ATTORNEY GENERAL )
OF THE UNITED STATES, )
950 Pennsylvania Ave., NW )
Washington, DC  20530 )
 )
    Defendant, )
 )
and, )
 )
NATHANIEL LESANE, )
 )
    Defendant-Intervenor. )
_____ )

## MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS

Applicant, who is a resident and voter of Northwest Austin Municipal Utility District Number One, and member of a racial minority, moves the Court for leave to intervene as a defendant in this action as of right pursuant to Rules 24(a)(1) and (2), F.R.Civ.P.  The grounds for the motion are that a statute of the United States, 42 U.S.C. § 1973b(a)(4), confers an unconditional right upon any aggrieved party to intervene at any stage in an action seeking bail out from Section 5 coverage.  In addition, intervenor claims an interest in the property or transaction which is the subject of this action and are so situated that the disposition of the action may as a practical matter impair or impede their ability to protect that interest.  Applicant further alleges that his interest is not adequately represented by existing

parties.

In the alternative, applicant moves the Court for permissive intervention pursuant to Rules 24(b)(1) and (2), F.R.Civ.P., on the grounds that a statute of the United States, 42 U.S.C. § 1973b(a)(4), confers a right upon any aggrieved party to intervene at any stage in an action seeking bail out from Section 5 coverage. In addition, the claims and defenses of intervenor and the main action have questions of law or fact in common.

This motion is accompanied by applicant's answer setting forth the claims and defenses for which intervention is sought.

WHEREFORE, applicant requests that their Motion For Leave to Intervene as Defendant be granted.

Respectfully submitted,

LAUGHLIN McDONALD
NEIL BRADLEY
American Civil Liberties
  Union Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA  30303-1227
(404) 523-2721

Michael Kator
D.C. Bar No. 366936
Kator, Parks & Weiser, P.L.L.C.
1020 19th St., NW
Suite 350
Washington, DC 20036-3804

*Jeremy Wright/mk*
Jeremy Wright
Kator, Parks & Weiser, P.L.L.C.
812 San Antonio St., Suite 100
Austin, Texas 78701
(512) 322-0600

*Arthur Spitzer/mk*
Arthur B. Spitzer
D.C. Bar. No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

*Lisa Graybill/mk*
Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Ave.
Austin, TX 78702
(512) 478-7300

Attorneys for Applicant