IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY )
DISTRICT NUMBER ONE, )
401 W. 15th Street )
Suite 850 )
Austin, TX 78701 )
                                   )
    Plaintiff, )
                                   )
vs.                                ) Case 1:06-cv-01384-PLF
                                   )
ALBERTO GONZALES, ATTORNEY GENERAL )
OF THE UNITED STATES, )
950 Pennsylvania Ave., NW )
Washington, DC  20530 )
                                   )
    Defendant, )
                                   )
and, )
                                   )
NATHANIEL LESANE, )
                                   )
    Defendant-Intervenor. )
_____)

## ORDER

This matter is before the Court on motion by Nathaniel Lesane, a racial minority, and who is a registered voter residing in Northwest Austin Municipal Utility District Number One, Texas, for leave to intervene as defendant.

Having reviewed the motion as well as the memorandum of points of authorities in support of the motion, the Court finds that the applicant may intervene as of right pursuant to Rule 24(a)(1), F.R.Civ.P., in that 42 U.S.C. § 1973b(a)(4) confers such a right in an action to bail out from coverage under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c. In addition, applicant has timely filed his motion and has an interest in the outcome of the case that will be prejudiced if they cannot intervene. Because the

United States cannot represent his interests adequately within the meaning of Rule 24, applicant may also intervene in this action as a matter of right pursuant to Rule 24(a)(2). Even if applicant could not intervene as a matter of right, the Court would permit applicant to intervene permissively pursuant to Rules 24(b)(1) and (2). Therefore, the motion to intervene is GRANTED.

    AND IT IS SO ORDERED, this _____ day of _____, 2006.

                                                _____
                                                United States District Judge