CERTIFICATE OF SERVICE

I hereby certify that I served copies to the attached pleadings by mailing copies, first class postage prepaid, to the following:

Ferdose al-Taie
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C. 20005

Gregory S. Coleman
Christian T. Ward
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759

Counsel for Plaintiff

Alberto R. Gonzales
Wan J. Kim
John K. Tanner
H. Christopher Coates
T. Christian Herren Jr.
Sarah E. Harrington
Christy A. McCormick
Civil Rights Division
U.S. Department of Justice
Room 7254 - NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

Counsel for Defendant

This 3d day of November 2006.

s/Laughlin McDonald
_____
Laughlin McDonald