IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY )
DISTRICT NUMBER ONE,                )
401 W. 15th Street                  )
Suite 850                           )
Austin, TX 78701                    )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )  Case 1:06-cv-01384-PLF
                                    )
ALBERTO GONZALES, ATTORNEY GENERAL )
OF THE UNITED STATES,               )
950 Pennsylvania Ave., NW           )
Washington, DC  20530               )
                                    )
        Defendant,                  )
                                    )
and,                                )
                                    )
NATHANIEL LESANE,                   )
                                    )
        Defendant-Intervenor.       )
_____)

<u>MOTION FOR PRO HAC VICE ADMISSION OF LAUGHLIN McDONALD</u>

I, Michael Kator, as a sponsoring member of the Bar of this
Court, hereby move for the admission pro hac vice of Laughlin
McDonald.   The declaration of Mr. McDonald in support of this
motion is attached.

                          Respectfully submitted,

                          Michael Kator
                          D.C. Bar No. 366986
                          Kator, Parks & Weiser, P.L.L.C.
                          1020 19th St., NW
                          Suite 350
                          Washington, DC 20036-3804

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY )
DISTRICT NUMBER ONE,                )
401 W. 15th Street                  )
Suite 850                           )
Austin, TX 78701                    )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 ) Case 1:06-cv-01384-PLF
                                    )
ALBERTO GONZALES, ATTORNEY GENERAL )
OF THE UNITED STATES,               )
950 Pennsylvania Ave., NW           )
Washington, DC  20530               )
                                    )
        Defendant,                  )
                                    )
and,                                )
                                    )
NATHANIEL LESANE,                   )
                                    )
        Defendant-Intervenor.       )
_____ )

DECLARATION OF LAUGHLIN McDONALD

1.  My full name is Moffatt Laughlin McDonald.

2.  My office address and telephone number are:

    American Civil Liberties
     Union Foundation, Inc.
    2600 Marquis One Tower
    245 Peachtree Center Avenue
    Atlanta, GA  30303-1227
    (404) 523-2721

3.  I have been admitted to the following bars:

    South Carolina; admitted in 1965.

    U.S. District Court for the District of South Carolina;
    admitted in 1965.

    U.S. Court of Appeals for the Fifth Circuit; admitted in
    1966.

U.S. Court of Appeals for the Fourth Circuit; admitted in 1967.

Supreme Court of the United States; admitted in 1971.

Georgia; admitted in 1975.

U.S. District Court for the Northern District of Georgia; admitted in 1975.

U.S. District Court for the Middle District of Georgia; admitted in 1978.

U.S. Court of Appeals for the Eleventh Circuit; admitted in 1981.

U.S. Court of Appeals for the Sixth Circuit; admitted in 1994.

U.S. Court of Appeals for the Ninth Circuit; admitted on July 20, 1999.

4.  I certify that I have not been disciplined by any bar.

5.  Within the last two years I have not been admitted *pro hac vice* in this Court.

6.   I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed at Atlanta, Georgia, this 3d day of October, 2006.


Laughlin McDonald
American Civil Liberties
 Union Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA  30303-1227
(404) 523-2721

3