# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br><br> Defendant, <br><br> and <br><br> ANGIE GARCIA <br> 2731 W. Mistletoe <br> San Antonio, Texas 78228 <br><br> JOVITA CASAREZ <br> 101 Elm Streeet <br> Del Rio, Texas 78840 <br><br> and <br><br> OFELIA ZAPATA, <br> 4806 Mendoza Dr. <br> Austin, Texas <br><br> Applicants for Intervention. | No. 1:06-cv-01384 <br><br> Three-judge court (PLF, DST, EGS) |

## APPLICANTS' MOTION TO INTERVENE AS DEFENDANTS

Pursuant to Fed. R. Civ. P. 24 and Local Rule 7(j), Angie Garcia, Jovita Casares, and Ofelia Zapata ("Applicants") move to intervene in this case.

Applicants are citizens and eligible and registered voters of Texas. Ms. Garcia is a resident of, and registered voter in, San Antonio, Bexar County, Texas. Ms. Casarez is a resident of, and

registered voter in, Del Rio, Val Verde County, Texas. Ms. Zapata is a resident of, and registered voter in, Austin, Travis County, Texas. Applicants are Mexican Americans and protected by the provisions of the Voting Rights Act, including Section 5 of the Act. 42 U.S.C. § 1973c.

For the reasons set forth in the accompanying memorandum, Applicants are entitled to intervention as of right under Fed. R. Civ. P. 24(a); in the alternative, this Court should permit Applicants to intervene under Fed. R. Civ. P. 24(b).

Pursuant to Local Rule 7(m), counsel for Applicants has conferred with counsel for the parties. Counsel for Defendant, T. Christian Herren, stated on November 3, 2006, that Defendant took no position on this Application. Counsel for Plaintiff, Gregory S. Coleman, stated on November 6, 2006, that Plaintiff opposes this Application.

Dated: November 8, 2006                                  Respectfully submitted,

      /s/ Jose Garza_____
Jose Garza
Judith A. Sanders-Castro
George Korbel
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

      */s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
202-588-7728
202-588-7795 (fax)

Attorneys for Applicants