IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br><br>    Defendant,<br><br>and<br><br>ANGIE GARCIA, JOVITA CASARES, and OFELIA ZAPATA,<br><br>    Applicants for Intervention. | No. 1:06-cv-01384<br><br>Three-judge court (PLF, DST, EGS) |

ORDER

This matter is before the Court on motion by language minority voters Angie Garcia, Jovita Casares, and Ofelia Zapata ("applicants") to intervene as defendants.

Having reviewed the motion and the memorandum in support of the motion, the Court finds that the applicants may intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2). Applicants have timely filed their motion and have an interest in the outcome of the case that will be prejudiced if they cannot intervene, and the United States cannot represent their interests adequately within the meaning of Rule 24. Even if applicants could not intervene as a matter of right, the Court would permit applicants to intervene permissively pursuant to Fed. R. Civ. P. 24(b)(2). Therefore, the motion to intervene is GRANTED.

SO ORDERED, this ___ day of _____, 2006.        _____
                                                                                            United States District Judge