# CERTIFICATE OF SERVICE

       I certify that on November 8, 2006, I filed the foregoing Applicants' Motion to Intervene as Defendants, Memorandum in Support, Answer of Defendant-Intervenors, and [proposed] Order, by email to the Clerk of the Court at dcd_cmecf@dcd.uscourts.gov.

       I also certify that on November 8, 2006, I served a copy of the foregoing Applicants' Motion to Intervene as Defendants, Memorandum in Support, Answer of Defendant-Intervenors, and [proposed] Order, by email and first class mail, postage pre-paid, to the following counsel:

Ferdose al-Taie  
Weil Gotshal & Manges LLP  
1300 Eye Street, NW  
Washington, DC  20005  
ferdose.al-faie@weil.com  

Gregory S. Coleman  
Christian J. Ward  
Weil Gotshal & Manges LLP  
8911 Capital of Texas Highway  
Suite 1350  
Austin, TX  78759  
greg.coleman@weil.com  
chris.ward@weil.com  

Erik S. Jaffe  
Erik S. Jaffe, P.C.  
5101 34th Street, NW  
Washington, DC 20008-2015  
jaffe@esjpc.com  

*Counsel for Plaintiff*

T. Christian Herren, Jr.  
Civil Rights Division  
United States Department of Justice  
Room 7254 - NWB  
950 Pennsylvania Ave., N.W.  
Washington, DC 20530  
chris.herren@usdoj.gov  

*Counsel for Defendant*

Seth P. Waxman
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC  20006
seth.waxman@wilmerhale.com

*Counsel for Movants Austin Branch of the NAACP, and Texas State Conference of NAACP Branches*

Norman Jay Chachkin
NAACP Legal Defense & Educ. Fund, Inc.
99 Hudson Street, 16th Floor
New York, NY  10013
nchachkin@naacpldf.org

*Counsel for Movants Nicole Louis and Rodney Louis*

Joseph E. Sandler
Sandler, Reiff & Young, P.C.
50 E Street, SE
Suite 300
Washington, DC  20003
sandler@sandlerreiff.com

*Counsel for Movants David Diaz and Lisa Diaz*

Elliot M. Mincberg
People for the American Way Foundation
2000 M Street, NW
Washington, DC 20036-3315
emincberg@pfaw.org

*Counsel for Movant People for the American Way*

J. Gerald Hebert
5019 Waple Lane
Alexandria, VA  22304
jghebert@comcast.net

*Counsel for Movant Travis County, Texas*

     /s/ Michael T. Kirkpatrick_____
          Michael T. Kirkpatrick