UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
NORTHWEST AUSTIN MUNICIPAL            )
UTILITY DISTRICT,                     )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        Civil Action No. 06-1384 (DST, PLF, EGS)
                                      )
ALBERTO GONZALES,                     )
Attorney General of the United States, )
                                      )
            Defendants.               )
_____)


ORDER

        Before the Court are the motions to intervene of the Texas State Conference of

NAACP Branches, *et al.*, Rodney Louis, *et al.*, and David Diaz, *et al.*  Upon consideration of the

motions, oppositions, replies, and the record of the entire case, it is hereby

        ORDERED that the motion of the Texas State Conference of NAACP Branches,

*et al.*, to intervene [9] is GRANTED;  it is

        FURTHER ORDERED that the answer of defendant-intervenors Texas State

Conference of NAACP Branches, *et al.*, shall be deemed filed as of the date of this Order;  it is

        FURTHER ORDERED that the motion of Rodney Louis, *et al.*, to intervene [10]

is GRANTED;  it is

        FURTHER ORDERED that the answer of defendant-intervenors Rodney Louis, *et

al.*, shall be deemed filed as of the date of this Order;  it is

FURTHER ORDERED that the motion to amend or correct [22] the motion of David Diaz, *et al.*, to intervene is GRANTED, and Gabriel Diaz is therefore added as a proposed defendant-intervenor;  it is

FURTHER ORDERED that the motion of David Diaz, *et al.*, to intervene [13] is GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenors, David Diaz, *et al.*, shall be deemed filed as of the date of this Order;  and it is

FURTHER ORDERED that the plaintiff, defendant, and defendant-intervenors, in compliance with Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall meet and confer and submit to this Court a joint report on or before November 28, 2006.  The parties shall particularly address the issue of what dispositive motions, if any, they intend to file and what briefing schedule they propose.

SO ORDERED.


_____/s/_____
DAVID S. TATEL
United States Circuit Judge



_____/s/_____
PAUL L. FRIEDMAN
United States District Judge



_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE:  November 9, 2006