IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street   Suite 850 Austin, TX   78701<br><br>      *Plaintiff*,<br><br>vs.<br><br>ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, 950 Pennsylvania Ave., NW Washington, DC   20530<br><br>      *Defendant*. | Case No. 1:06-CV-01384-PLF<br>Three-Judge Panel |

## MOTION TO WITHDRAW AS COUNSEL

I, Ferdose al-Taie, hereby move to be withdrawn as counsel and lead attorney for the Plaintiff in the above-captioned case.   In my stead, I move that the court name Plaintiff's counsel of record, Eric Jaffe, as lead Plaintiff's attorney.   The Plaintiff and Mr. Jaffe have consented to this change, and a proposed order is attached for the Court's convenience.

Dated:   November 10, 2006

Respectfully submitted,

/s/
Ferdose al-Taie (Bar No. 467730)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
Tel.: (202) 682-7000
Fax: (202) 857-0940

## CERTIFICATE OF SERVICE

      I certify that on the 10th day of November, 2006, the foregoing motion and proposed Order were filed electronically. All counsel of record were served via the CMECF electronic notification system.

Dated:  November 10, 2006          /s/
                                                      Ferdose al-Taie