IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NUMBER ONE,
401 W. 15th Street    Suite 850
Austin, TX    78701

    *Plaintiff*,

vs.

ALBERTO GONZALES,
ATTORNEY GENERAL OF THE
UNITED STATES,
950 Pennsylvania Ave., NW
Washington, DC    20530

    *Defendant*.

Case No. 1:06-CV-01384-PLF
Three-Judge Panel

## ORDER

The Court hereby ORDERS that Ferdose al-Taie is WITHDRAWN from the above-captioned case as counsel for the Plaintiff and as lead attorney.    Eric Jaffe will serve as lead attorney for Plaintiff.

IT IS SO ORDERED this    _____    day of _____, 2006.

PAUL L. FRIEDMAN
United States District Judge