THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06-cv-1384 |
| ALBERTO GONZALES, ) Attorney General of the United States, ) | Three-judge court (PLF, DST, EGS) |
| Defendant. ) | |

## ORDER

The following motions to intervene as defendants are before the Court: People for the American Way ("PFAW") (Docket #19); Nathaniel Lesane (Docket #28), and Travis County, Texas (Docket #23).

Based on consideration of the memoranda in support of the motions to intervene, and the responses filed thereto, and the record before the Court, it is hereby ORDERED that the motions to intervene by the Lesane, PFAW and Travis County movant-intervenors are GRANTED.

SO ORDERED.

_____
The Honorable David S. Tatel
United States Circuit Judge


_____
The Honorable Paul L. Friedman
United States District Judge


_____
The Honorable Emmet G. Sullivan
United States District Judge



DATED: _____