# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br> 401 W. 15th Street <br> Suite 850 <br> Austin, Texas 78701, <br>         *Plaintiff*, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530, <br>         *Defendant*. | Civil Action No. 1:06CV01384 <br> (DST, PLF, EGS) <br> Three Judge Court |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER DENYING MOTION BY PEOPLE FOR THE AMERICA WAY TO INTERVENE AS DEFENDANTS

Upon the motion of applicant People for the American Way to intervene as a defendant in this action, and upon consideration of the memoranda of points and authorities in support of and in opposition to applicants' motion, the Court finds that the motion should be DENIED.

**IT IS HEREBY ORDERED** that the motion is DENIED.

DATED:    Washington, D.C.

          November ____, 2006

                                                                _____
                                                                Judge Presiding

AU1:\11350\01\8R@01!.DOC\99990.1228