UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-1384 (DST, PLF, EGS) |

ORDER

Before the Court are the motions to intervene of People for the American Way, Nathaniel Lesane, and Travis County, Texas. Upon consideration of the motions, oppositions, replies, and the record of the entire case, it is hereby

ORDERED that the motion of the People for the American Way to intervene [19] is GRANTED; it is

FURTHER ORDERED that the answer of defendant-intervenor People for the American Way shall be deemed filed as of the date of this Order; it is

FURTHER ORDERED that the motion of Nathaniel Lesane to intervene [28] is GRANTED; it is

FURTHER ORDERED that the answer of defendant-intervenor Nathaniel Lesane shall be deemed filed as of the date of this Order; it is

FURTHER ORDERED that the motion of Travis County, Texas to intervene [23] is GRANTED; it is

FURTHER ORDERED that the answer of defendant-intervenor Travis County, Texas shall be deemed filed as of the date of this Order; and it is

FURTHER ORDERED that plaintiff, defendants, and defendant-intervenors People for the American Way, Nathaniel Lesane, and Travis County, Texas, in compliance with this Court's November 9, 2006 Order and pursuant to Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall meet and confer and submit to this Court a joint report on or before November 28, 2006. The parties shall particularly address the issue of what dispositive motions, if any, they intend to file and what briefing schedule they propose.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge


_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: November 15, 2006