**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-01384 (PF, ES, DT) |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) | |
| Defendant, | ) ) | |
| PEPOLE FOR THE AMERICAN WAY | ) ) | |
| Applicant for Intervention | ) | |

## ANSWER OF INTERVENOR PEOPLE FOR THE AMERICAN WAY

NOW COMES People for the American Way, Defendant-Intervenor ("PFAW") in the above-captioned action, and answer Plaintiff's Complaint as follows:

1. Admit.

2. Denied.

3. Admit.

4. Admit.

5. Admit.

6. PFAW is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and on that basis denies the allegations of this Paragraph.

7. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, PFAW denies the allegations of this

1

2

Paragraph.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, PFAW denies the allegations of this Paragraph.

15. PFAW is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and on that basis denies the allegations of this Paragraph.

16. PFAW is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and on that basis denies the allegations of this Paragraph.

17. PFAW is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and on that basis denies the allegations of this Paragraph.

18. This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, PFAW denies the allegations of this Paragraph.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. PFAW is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and on that basis denies the allegations of this Paragraph.

26. Denied.

        Respectfully submitted,

        /s/ Elliot M. Mincberg
        _____
        Elliot M. Mincberg (D.C. Bar No. 941575)
        David J. Becker (D.C. Bar No. 496318)
        People For the American Way Foundation
        2000 M Street NW, Suite 400
        Washington, DC  20036
        (202) 467-4999
        Attorneys for Proposed
        Defendant-Intervenor
        Dated: November 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2006, I caused a true and correct copy of the Motion of People For the American Way to Intervene as Defendant, Memorandum Of Points And Authorities In Support Of Motion To Intervene As Defendant On Behalf Of People For The American Way, Order, and Answer of Intervenor People For the American Way to be served on all counsel of record by sending a copy via electronic mail and first-class mail, postage prepaid, addressed to all of the counsel listed below:

| | |
|---|---|
| Gregory S. Coleman, Esq.<br>Weil, Gotshal & Manges LLP<br>8911 Capital of Texas Highway<br>Suite 1350<br>Austin, TX  78759<br>greg.coleman@weil.com<br><br>*Counsel for Plaintiff* | T. Christian Herren Jr.<br>Civil Rights Division<br>United States Department of Justice<br>Room 7254 – NWB<br>Washington, DC  20530<br>chris.herren@usdoj.gov<br><br>*Counsel for Defendant Alberto R. Gonzales* |

/s/ Elliot M. Mincberg

_____
Elliot M. Mincberg