UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT,<br><br>        Plaintiff,<br><br>        v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States, et al.,<br><br>        Defendants. | Civil Action No. 06-1384 (DST, PLF, EGS) |

ORDER

In response to the concerns raised by the plaintiff and the original defendant, Attorney General Alberto Gonzales, in their recent filings with this Court, it is hereby

ORDERED *sua sponte* that the defendant and intervenor-defendants shall submit a report on or before November 28, 2006 discussing what steps will be taken to avoid duplication of effort by defendants, to reduce redundant filings and discovery requests, and to promote efficiency in the litigation of this matter. Specifically, the defendant and intervenor-defendants will address coordination of their efforts through a lead counsel.

SO ORDERED.

                                                                            /s/
                                                 DAVID S. TATEL
                                                 United States Circuit Judge

                                                 /s/
                                                 PAUL L. FRIEDMAN
                                                 United States District Judge

                                                 /s/
DATE: November 16, 2006              EMMET G. SULLIVAN
                                                 United States District Judge