IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 1:06-cv-1384 |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) ) | Three-judge court (PLF, DST, EGS) |
| Defendant. | ) ) |  |

## DEFENDANT'S RESPONSE TO GARCIA MOTION TO INTERVENE

Defendant Attorney General of the United States respectfully submits the following response to the motion to intervene as defendants filed by Angie Garcia, *et al.*, (Docket # 32). The motion was served on November 8.

The Garcia movant-intervenors seek intervention as of right under Rule 24(a)(2), and permissive intervention under Rule 24(b)(2). The Garcia movant-intervernors are registered voters in Texas who seek to participate as to the issue of the constitutionality of Section 5 of the Voting Rights Act.

For the reasons stated in his response (Docket #18) to the original motions to intervene, the Attorney General does not oppose their permissive intervention under Rule 24(b)(2), but does oppose intervention as of right under Rule 24(a)(2), because the Attorney General adequately represents their interests.

November 17, 2006

                                          Respectfully submitted,

JEFFERY A. TAYLOR         WAN J. KIM
United States Attorney        Assistant Attorney General
                                        Civil Rights Division

                                         */s/  T. Christian Herren Jr*
                                        _____
                                        JOHN K. TANNER (D.C. Bar No. 318873)
                                        Chief, Voting Section
                                        H. CHRISTOPHER COATES
                                        Principal Deputy Chief
                                        T. CHRISTIAN HERREN JR
                                        Special Counsel
                                        chris.herren@usdoj.gov
                                        SARAH E. HARRINGTON
                                        sarah.harrington@usdoj.gov
                                        CHRISTY A. McCORMICK
                                        christy.mccormick@usdoj.gov
                                        Attorneys
                                        Civil Rights Division
                                        United States Department of Justice
                                        Room 7254 - NWB
                                        950 Pennsylvania Ave., N.W.
                                        Washington, DC 20530
                                        Phone: (800) 253-3931
                                        Fax:    (202) 307-3961

CERTIFICATE OF SERVICE

       I hereby certify that on November 17, 2006, I caused to be served a copy of the foregoing response and proposed order through the Court's ECF filing system to the following:

Ferdose al-Taie, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C. 20005
ferdose.al-taie@weil.com

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

Christian J. Ward, Esq.
Gregory S. Coleman, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
chris.ward@weil.com
greg.coleman@weil.com

Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006
seth.waxman@wilmerhale.com

Norman Jay Chachkin, Esq.
NAACP Legal Defense & Education Fund
99 Hudson Street, 16th Floor
New York, NY 10013
nchachkin@naacpldf.org

Joseph E. Sandler, Esq.
Sandler, Reiff & Young, P.C.
50 E Street, SE, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

Elliot M. Mincberg, Esq.
People For the American Way Foundation
2000 M Street, NW
Washington, DC 20036-3315
emincberg@pfaw.org

J. Gerald Hebert, Esq.
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net

Arthur B. Spitzer, Esq.
ACLU
1400 20th Street, NW, Suite 119
Washington, DC 20036
artspitzer@aol.com

Michael J. Kator, Esq.
Kator, Parks & Weiser, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
mkator@katorparks.com

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009-1001
mkirkpatrick@citizen.org


/s/  T. Christian Herren Jr
_____
T. CHRISTIAN HERREN JR