THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-1384 |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) ) | Three-judge court (PLF, DST, EGS) |
| Defendant. | ) ) | |

## **ORDER**

Before the Court is the motion to intervene as defendants of Angie Garcia, *et al.* (Docket #32). Based on consideration of the motion to intervene, and the responses filed thereto, and the entire record of the case, it is hereby ORDERED that the motion to intervene by Angie Garcia, *et al.*, is GRANTED.

SO ORDERED.

                                                _____
                                                The Honorable David S. Tatel
                                                United States Circuit Judge


                                                _____
                                                The Honorable Paul L. Friedman
                                                United States District Judge


                                                _____
                                                The Honorable Emmet G. Sullivan
                                                United States District Judge



DATED: _____