UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>        Defendants. | Civil Action No. 06-1384 (DST, PLF, EGS) |

## ORDER

Before the Court are the motions to intervene of Angie Garcia, *et al*. Upon consideration of the motions, oppositions, and the record of the entire case, it is hereby

ORDERED that the motion of Angie Garcia, *et al.*, to intervene [32] is GRANTED; it is

FURTHER ORDERED that the answer of defendant-intervenor Angie Garcia, *et al.,* shall be deemed filed as of the date of this Order; it is

FURTHER ORDERED that defendant-intervenors Angie Garcia, *et al.*, in compliance with this Court's November 9, 2006 and November 15, 2006 Orders and pursuant to Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall meet and confer with plaintiff, defendants, and defendant-intervenors already parties in this case, and submit to this Court a joint report on or before November 28, 2006. The parties shall particularly address the issue of what dispositive motions, if any, they intend to file and what briefing schedule they propose; and it is

FURTHER ORDERED that defendant-intervenors Angie Garcia, *et al.*, as well as all other defendants and defendant-intervenors already parties in this case, and in compliance with this Court's November 15, 2006 Order, shall submit a report on or before November 28, 2006 discussing what steps will be taken to avoid duplication of effort by defendants, to reduce redundant filings and discovery requests, and to promote efficiency in the litigation of this matter. Specifically, the defendant and intervenor-defendants will address coordination of their efforts through a lead counsel.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge


_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: November 17, 2006