AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NUMBER ONE,   )
        Plaintiff(s)   )   **APPEARANCE**
    )
    )
        vs.   )   CASE NUMBER   1:06-CV-01384 (PLF, DST, EGS)
ALBERTO GONZALES, Attorney General  )
of the United States,   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jon M. Greenbaum__ as counsel in this
        (Attorney's Name)

case for: __Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP__
        (Name of party or parties)

November 29, 2006
Date

*[Signature]*
Signature

Jon M. Greenbaum
Print Name

D.C. Bar No. 489887
BAR IDENTIFICATION

1401 New York Avenue NW, Suite 400
Address

Washington, DC 20005
City    State    Zip Code

202-662-8315
Phone Number