IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>      Plaintiff,<br><br>      v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br><br>      Defendant,<br><br>PEPOLE FOR THE AMERICAN WAY<br><br>      Defendant-Intervenor | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

**DEFENDANT-INTERVENOR PEOPLE FOR THE AMERICAN WAY'S**

**INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and LCvR 26.2, Defendant-Intervenor People For the American Way, ("PFAW") hereby submits its initial disclosures. These disclosures are based on information known to PFAW at this time.

    A.    Identification of Witnesses

The following is a list of individuals who are likely to have discoverable information which PFAW may use to support its claims or defenses. PFAW has provided identifying information, including addresses and telephone numbers for the persons identified, to the best of its present knowledge. Case development and discovery are continuing and PFAW will notify the parties of additional persons who should be identified.

1

1.	Alan McNeil

President, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580


2.	Don Conklin

Vice President, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580


3.	Keith Collins

Treasurer, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580


4.	Jo Jones

Secretary, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580

5.   Chuck Simms

Assistant Treasurer/Secretary, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580

6.   Gary Spoonts

District General Manager, Northwest Austin Municipal Water District Number One

c/o ECO Resources Inc.

9511 Ranch Road 620 North

Austin, Texas 78726

512-335-7580

7.   Sharlene M. Collins

Armbrust & Brown, LLP

100 Congress Avenue, Suite 1300

Austin, Texas 78701

512-435-2300

8.      Kerrie Jo Qualtrough

Potts & Reilly, LLP

401 W. 15th Street, Suite 850

Austin, Texas 78701

512-469-7474

9.      Frank M. Reilly

Potts & Reilly, LLP

401 W. 15th Street, Suite 850

Austin, Texas 78701

512-469-7474

B.      Identification of documents

PFAW is informed and believes that there are no documents currently in the exclusive possession, custody, or control of PFAW which may be used to support its claims or defenses. PFAW is informed and believes that all relevant documents are either a matter of public record, or are in the possession, custody, or control of Plaintiff, or of Defendant Alberto Gonzalez and the United States Department of Justice.

C.      Computation of damages

PFAW does not seek any damages in this matter and therefore no computation of damages by PFAW is necessary.

D.  Insurance Agreements

PFAW is not aware of any insurance agreements applicable to this matter.

                                      Respectfully submitted,

                                      /s/ Elliot M. Mincberg
                                      _____
                                      Elliot M. Mincberg (D.C. Bar No. 941575)
                                      David J. Becker (D.C. Bar No. 496318)
                                      People For the American Way Foundation
                                      2000 M Street NW, Suite 400
                                      Washington, DC  20036
                                      (202) 467-4999
                                      Attorneys for Defendant-Intervenor
                                            People For the American Way
                                      Dated: December 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2006, I caused a true and correct copy of Defendant-Intervenor People For The American Way's Initial Disclosures to be served on all counsel of record by sending a copy via electronic mail and first-class mail, postage prepaid, addressed to all of the counsel listed below:

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Weil, Gotshal & Manges LLP

8911 Capital of Texas Highway
Suite 1350
Austin, TX  78759
greg.coleman@weil.com
chris.ward@weil.com

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

T. Christian Herren, Esq.
U.S. Dept. of Justice, Civil Rights Division
Room 7254 – NWB
950 Pennsylvania Ave., NW
Washington, DC 20530
chris.herren@usdoj.gov

Seth P. Waxman, Esq.
Paul R.Q. Wolfson, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Dennis C. Hayes, Esq.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
dhayes@naacpnet.org

Jon M. Greenbaum, Esq.
Lawyers' Committee For Civil
Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
jgreenbaum@lawyerscommittee.org

Norman Jay Chachkin, Esq.
Debo P. Adegbile, Esq.
NAACP Legal Defense & Education Fund
99 Hudson Street, 16th Floor
New York, NY 10013
nchachkin@naacpldf.org
dadegbile@naacpldf.org

Kristen M. Clarke, Esq.
NAACP Legal Defense & Education Fund
1444 Eye Street, NW
Washington, DC 20005
kclarke@naacpldf.org

Nina Perales, Esq.

MALDEF  
110 Broadway, Suite 300  
San Antonio, Texas 78205  
nperales@maldef.org  

Joseph E. Sandler, Esq.  
Sandler, Reiff & Young, P.C.  
50 E Street, SE, Suite 300  
Washington, DC 20003  
sandler@sandlerreiff.com  

J. Gerald Hebert, Esq.  
5019 Waple Lane  
Alexandria, VA 22304  
jghebert@comcast.net  

Max Renae Hicks, Esq.  
1250 Norwood Tower  
114 West 7th Street  
Austin, TX 78801  
rhicks@renea-hicks.com  

M. Laughlin McDonald, Esq.  
Neil Bradley, Esq.  
ACLU Foundation, Inc.  
2600 Marquis One Tower  
245 Peachtree Center Avenue  
Atlanta, GA 30303-1227  
lmcdonald@aclu.org  

Arthur B. Spitzer, Esq.  
ACLU  
1400 20th Street, NW, Suite 119  
Washington, DC 20036  
artspitzer@aol.com  

Michael J. Kator, Esq.  
Kator, Parks & Weiser, PLLC  
1020 19th Street, NW, #350  
Washington, DC 20036-6101  
mkator@katorparks.com  

Jeremy Wright, Esq.  
Kator, Parks & Weiser, PLLC  
812 San Antonio Street, Suite 100  
Austin, Texas 78701  

Lisa Graybill, Esq.  
ACLU Foundation of Texas  
1210 Rosewood Avenue  
Austin, Texas 78702  

Jose Garza, Esq.  
Judith A. Sanders-Castro, Esq.  
George Korbel, Esq.  
Texas RioGrande Legal Aid, Inc.  
1111 N. Main Street  
San Antonio, Texas 78212  
jgarza@trla.org  

Alpha Hernandez, Esq.  
Eloy Padilla, Esq.  
309 Cantu Street  
Del Rio, Texas 78840  

Michael T. Kirkpatrick, Esq.  
Public Citizen Litigation Group  
1600 20th Street, NW  
Washington, DC 20009-1001  
mkirkpatrick@citizen.org  

/s/ David J. Becker  
_____  
David J. Becker