IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br> 401 W. 15th Street <br> Suite 850 <br> Austin, Texas 78701, <br>         *Plaintiff*, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530, <br>         *Defendant*. | Civil Action No. 1:06-CV-01384 <br> (DST, PLF, EGS) |

### PLAINTIFF'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A)

Under FED. R. CIV. P. 26(a) and the Court's scheduling order of December 1, 2006, plaintiff Northwest Austin Municipal Utility District Number One makes these disclosures.

### Rule 26(a)(1)(A)

Names and contact information for individuals likely to have discoverable information that plaintiff may use to support its claims and defenses:

| **Name** | **Subject** |
|---|---|
| William Ferguson <br> c/o Project on Fair Representation <br> 8911 Capital of Texas Hwy., Suite 1350 <br> Austin, Texas 78759 <br> (512) 349-1930 | Mr. Ferguson is the current president of the district's board and may have information regarding the district's compliance with the requirements for bailout. |
| Donald Zimmerman <br> c/o Project on Fair Representation <br> 8911 Capital of Texas Hwy., Suite 1350 <br> Austin, Texas 78759 <br> (512) 349-1930 | Mr. Zimmerman is the former president of the district's board and a current board member and may have information regarding the district's compliance with the requirements for bailout. |

The district will supplement this information as appropriate.

1

### Rule 26(a)(1)(B)

Description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the Plaintiff that Plaintiff may use to support its claims or defenses:

The district has copies of documents relating to the district's preclearance submissions during the ten years preceding the filing of the complaint, the conduct of elections in the district during the ten years preceding the filing of the complaint, and the formation of the district. Those documents include correspondence, contracts, and minutes of board meetings in which election related matters were discussed.

The district will supplement this information as appropriate.

### Rule 26(a)(1)(C)

Computation of any category of damages claimed by plaintiff, making available for inspection and copying as under Federal Rule of Procedure 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Not applicable.

### Rule 26(a)(1)(D)

Insurance coverage:

Not applicable.

DATED:   December 15, 2006            Respectfully submitted:

/s/ Gregory S. Coleman
Gregory S. Coleman
(admitted *pro hac vice*)
Christian J. Ward
(admitted *pro hac vice*)
PROJECT ON FAIR REPRESENTATION
8911 Capital of Texas Hwy., Ste. 1350

Austin, Texas  78759
[Tel.] (512) 349-1930
[Fax] (512) 527-0798

/s/ Erik S. Jaffe
Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax]  (202) 237-8166

*Attorneys for Plaintiff
Northwest Austin Municipal
Utility District No. One*

**CERTIFICATE OF SERVICE**

I hereby certify that I served true copies of Plaintiff's Initial Disclosures by United States First Class postage-paid mail and by e-mail to the parties indicated below on December 15, 2006.

Wan J. Kim
Jeffrey A. Taylor
John K. Tanner
H. Christopher Coates
T. Christian Herren Jr
chris.herren@usdoj.gov
Sarah E. Harrington
Christy A. McCormick
Christy.mccormick@usdoj.gov
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, D.C.   20530

*Counsel for Defendant*

Jon M. Greenbaum
jgreenbaum@lawyerscommittee.org
Benjamin J. Blustein
bblustein@lawyerscommittee.org
Jonah H. Goldman
jgoldman@lawyerscommittee.org
LAWYERS COMMITTEE FOR CIVIL RIGHTS
    UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Nina Perales
nperales@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas   78205

*Counsel for Intervenors-Defendants Lisa and Gabriel Diaz*

Seth P. Waxman
seth.waxman@wilmerhale.com
John A. Payton
john.payton@wilmerhale.com
Paul R.Q. Wolfson
paul.wolfson@wilmerhale.com
Ariel B. Waldman
ariel.waldman@wilmerhale.com
WILMER CUTLER PICKERING HALE &
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Dennis C. Hayes
General Counsel
NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, Maryland   21215

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Joseph E. Sandler
sandler@sandlerreiff.com
SANDLER REIFF & YOUNG PC
50 E St. SE #300
Washington, D.C.   20003

*Counsel for Intervenors-Defendants Lisa and Gabriel Diaz*

4

Theodore Shaw
Jacqueline A. Berrien
Norman J. Chachkin
nchachkin@naacpldf.org
Debo P. Adegbile
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York   10013

*Counsel for Intervenors-Defendants Rodney and Nicole Louis*

Elliott M. Mincberg
emincberg@pfaw.org
David J. Becker
People for the American Way Foundation
2000 M Street NW, Suite 400
Washington, D.C.   20036

*Counsel for Intervenor-Defendant People for the American Way*

J. Gerald Hebert
jghebert@comcast.net
5019 Waple Lane
Alexandria, Virginia   22304

*Counsel for Intervenor-Defendant Travis County*

Kristen M. Clarke
NAACP LEGAL DEFENSE AND EDUCATIONAL
    FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C.   20005

*Counsel for Intervenors-Defendants Rodney and Nicole Louis*

Max Renea Hicks
rhicks@renea-hicks.com
1250 Norwood Tower
114 West 7th Street
Austin, Texas   78701

*Counsel for Intervenor-Defendant Travis County*

Laughlin McDonald
Neil Bradley
courtfilings@aclu-nca.org
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia   30303

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Lisa Graybill
Legal Director
courtfilings@aclu-nca.org
ACLU FOUNDATION OF TEXAS
1210 Rosewood Ave.
Austin, Texas   78702

*Counsel for Applicant Nathaniel Lesane*

Art Spitzer
artspitzer@aol.com
courtfilings@aclu-nca.org
Legal Director
ACLU OF THE NATIONAL CAPITAL AREA
1400 20th Street N.W., Suite 119
Washington, D.C.   20036

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Jose Garza
jgarza@trla.org
Judith A. Sanders-Castro
George Korbel
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas   78212

*Counsel for Intervenor-Defendants Angie Garcia, Jovita Casarez and Ofelia Zapata*

Alpha Hernandez
ahernandez@trla.org
Eloy Padilla
epadilla@trla.org
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas   78212

*Counsel for Intervenor-Defendants Angie Garcia, Jovita Casarez and Ofelia Zapata*

Michael T. Kilpatrick
mkirkpatrick@citizen.org
Brian Wolfman
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC   20009

*Counsel for Intervenor-Defendants Angie Garcia, Jovita Casarez and Ofelia Zapata*

/s/ Christian J. Ward
Christian J. Ward