UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
NORTHWEST AUSTIN MUNICIPAL              )
UTILITY DISTRICT,                       )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 06-1384 (DST, PLF, EGS)
                                        )
ALBERTO GONZALES,                       )
Attorney General of the United States, et al., )
                                        )
                Defendants.             )
_____)

<u>ORDER</u>

Plaintiff and defendant People for the American Way recently filed with the Court their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. <u>See</u> Fed. R. Civ. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that all parties shall cease filing discovery with the Court.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge


_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE:  December 15, 2006