UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1384 (DST, PLF, EGS) |
| ALBERTO GONZALES, Attorney General of the United States, et al., | ) ) ) |
| Defendants | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Paul R.Q. Wolfson, move the Court for admission *pro hac vice* of Michael J. Gottlieb, pursuant to Local Rule 83.5.2(d), and in support of this motion state:

1.  I, Paul R.Q. Wolfson, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am an attorney at the law firm Wilmer Cutler Pickering Hale & Dorr LLP and am acquainted with Mr. Gottlieb. I intend to remain as counsel for Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP throughout the course of this litigation.

2.  Michael J. Gottlieb is an Associate at Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, (202) 663-6834.

3.  Michael J. Gottlieb graduated from Harvard Law School in 2003 and was admitted to the practice of law in New York on August 23, 2006. Mr. Gottlieb is a member in good standing of the New York bar (NY Bar Registration No. 4424149).

4.  There are no disciplinary proceedings against Mr. Gottlieb and he is familiar with the Local Rules of the United States District Court for the District of Columbia.

     5.     Michael J. Gottlieb has been admitted *pro hac vice* to this Court once in the previous two years. Mr. Gottlieb was admitted *pro hac vice* in the case of *United States ex rel. Richard F. Miller v. Philipp Holzmann, A.G., et al.*, No. 95-01231 (RCL/JMF) on October 10, 2006.

     WHEREFORE, I, Paul R.Q. Wolfson, request that Michael J. Gottlieb of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington D.C., 20006, be admitted to practice before this Court for all purposes in connection with the representation of Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP in this proceeding. I have attached a proposed order for the Court's convenience.

Respectfully submitted,

_____
Paul R.Q. Wolfson
DC Bar. No. 414759
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6110

Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2006, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/

Paul R.Q. Wolfson