UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL )
UTILITY DISTRICT, )
 )
      Plaintiff, )
 )
v. )  Civil Action No. 06-1384 (DST, PLF, EGS)
ALBERTO GONZALES, )
Attorney General of the United States, et al., )
 
      Defendants

## DECLARATION OF MICHAEL J. GOTTLIEB

I, Michael J. Gottlieb, declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington DC 20006, counsel for Intervenor-Defendants Texas State Conference of NAACP Branches and Austin Branch of the NAACP in the above-captioned action. I submit this declaration in support of Paul R.Q. Wolfson's December 15, 2006 Motion pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Michael J. Gottlieb to the bar of this Court.

2. My full name is Michael Julian Gottlieb.

3. My office address is 1875 Pennsylvania Avenue, NW, Washington, DC 20006. My office telephone is (202) 663-6834.

4. I am admitted to the New York Bar (NY Bar No. 4424149) and am a member in good standing of that bar.

5. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6. I have been admitted *pro hac vice* to this Court one time in the previous two years. I was admitted *pro hac vice* on October 10, 2006, in the case of *United States ex rel. Richard F. Miller v. Philipp Holzmann, A.G., et al.*, No. 95-01231 (RCL/JMF).

7. I am not a member of the District of Columbia bar. I submitted an application to waive into membership to the District of Columbia bar on September 1, 2006. That application remains pending.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed at 1875 Pennsylvania Ave NW, Washington, DC, on December 15, 2006.

_____
Michael J Gottlieb
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6834