UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT,<br><br>   Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States, et al.,<br><br>   Defendants | Civil Action No. 06-1384 (DST, PLF, EGS) |

### ORDER ADMITTING MICHAEL J. GOTTLIEB *PRO HAC VICE*

The Court hereby **GRANTS** Paul R.Q. Wolfson's motion to admit Michael J. Gottlieb to practice *pro hac vice* in this matter.

It is so ORDERED on this _____ day of _____, 2006.

_____
DISTRICT JUDGE