IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, ) ) ) ) Plaintiff, ) ) v. ) ) ALBERTO GONZALES, ) Attorney General of the United States, ) ) Defendant. ) ) | Civil Action No. 1:06-cv-1384 Three-judge court (PLF, DST, EGS) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Paul R.Q. Wolfson, move the Court for admission *pro hac vice* of Dennis C. Hayes, pursuant to Local Rule 83.5.2(d), and in support of this motion state:

1.  I, Paul R.Q. Wolfson, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am an attorney at the law firm Wilmer Cutler Pickering Hale & Dorr LLP and am acquainted with Mr. Hayes. I will remain as counsel throughout the course of this litigation.

2.  Dennis C. Hayes is a General Counsel with the National Association for the Advancement of Colored People, 4805 Mt. Hope Drive, Baltimore, MD 21215.

3.  Dennis C. Hayes graduated from the Indiana University School of Law in 1977 and was admitted to the practice of law in Indiana in 1977. Mr. Hayes is a member in good standing of the Indiana Bar (Indiana Bar Registration No. 7601-49), and an inactive member of the Maryland Bar.

4.     There are no disciplinary proceedings against Mr. Hayes and he is familiar with the Local Rules of the United States District Court for the District of Columbia.

5.     Dennis C. Hayes has not been admitted *pro hac vice* to this Court in the previous two years.

WHEREFORE, I, Paul R.Q. Wolfson, request that Dennis C. Hayes of the National Association for the Advancement of Colored People, 4805 Mt. Hope Drive, Baltimore, MD 21215, be admitted to practice before this Court for all purposes in connection with the representation of the Intervenors in this proceeding. I have attached a proposed order for the Court's convenience.

                                        Respectfully submitted,

                                        /s/ Paul R.Q. Wolfson
                                        Paul R.Q. Wolfson
                                        DC Bar. No. 414759
                                        WILMER CUTLER PICKERING HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington, DC  20006
                                        (202) 663-6110

Dated:  December 18, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2006, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed via the Court's ECF system.

/s/ Ariel B. Waldman
Ariel B. Waldman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-1384<br>)<br>) Three-judge court (PLF, DST, EGS)<br>)<br>)<br>)<br>) |

## DECLARATION OF DENNIS C. HAYES

I, Dennis C. Hayes, declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1. I am a General Counsel with the National Association for the Advancement of Colored People, 4805 Mt. Hope Drive, Baltimore, MD 21215, counsel for Intervenor in the above-captioned action. I submit this declaration in support of Paul R.Q. Wolfson's October 4, 2006 Motion pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Dennis C Hayes to the bar of this Court.

2. My full name is Dennis Courtland Hayes.

3. My office address is 4805 Mt. Hope Drive, Baltimore, MD 21215. My office telephone is (410) 580-5777.

4. I am admitted to the Indiana Bar (Bar No. 7601-49) and am a member in good standing of that bar. I am an inactive member of the Maryland Bar.

5. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6. I have not been admitted *pro hac vice* to this Court in the previous two years.

7. I am not a member of the District of Columbia bar.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed at 1875 Pennsylvania Ave NW, Washington, DC, on December 18, 2006.

/s/ *Dennis Hayes*
Dennis C. Hayes
National Association for the Advancement of Colored People
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ALBERTO GONZALES, <br>Attorney General of the United States, <br><br>　　　　　Defendant. | Civil Action No. 1:06-cv-1384 <br><br>Three-judge court (PLF, DST, EGS) |

## ORDER ADMITTING DENNIS C. HAYES *PRO HAC VICE*

The Court hereby **GRANTS** Paul R.Q. Wolfson's motion to admit Dennis C. Hayes to practice *pro hac vice* in this matter.

It is so ORDERED on this _____ day of _____, 2006.

_____
DISTRICT JUDGE

USIDOCS 5880327v2