IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br><br> Defendant. | Civil Action No. 1:06-cv-1384 <br><br> Three-judge court (PLF, DST, EGS) |

## NOTICE OF APPEARANCE OF ARIEL B. WALDMAN

Please enter the appearance of undersigned counsel, Ariel B. Waldman, of Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP.

DATED: December 18, 2006

Respectfully submitted,

　/s/ Ariel B. Waldman
Ariel B. Waldman
D.C. Bar No. 474429
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
ariel.waldman@wilmerhale.com
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

1

## CERTIFICATE OF SERVICE

      I, Ariel B. Waldman, hereby certify that on this 18th day of December, 2006, a copy of the foregoing *Notice of Appearance of Ariel B. Waldman* was filed electronically with the Clerk of the Court. The electronic filing prompts service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                       /s/ Ariel B. Waldman  
                                       Ariel B. Waldman