AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Northwest Austin Municipal Utility
District Number One,      )
       Plaintiff(s)   )   **APPEARANCE**
                        )
                        )
       vs.     )   CASE NUMBER   1:06CV01384 PLF, DST, EGS
Alberto Gonzales,      )
Attorney General of the United States,   )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Benjamin J. Blustein   as counsel in this
                                    (Attorney's Name)

case for:   Texas State Conference of NAACP Branches, Austin Branch of NAACP
                          (Name of party or parties)

December 8, 2006
Date

*/s/ Benjamin Blustein*
Signature

Benjamin J. Blustein
Print Name

1401 New York Ave., NW, Suite 400
Address

Washington, DC      20005
City    State      Zip Code

418930
BAR IDENTIFICATION

(202) 662-8320
Phone Number

## CERTIFICATE OF SERVICE

  I, Benjamin J. Blustein, hereby certify that on this 19th day of December, 2006, a copy of the foregoing *Notice of Appearance of Benjamin J. Blustein* was filed with the Clerk of the Court. The electronic filing prompts service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                   /s/ Benjamin J. Blustein
                   Benjamin J. Blustein