IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br><br>Defendant. | Civil Action No. 1:06-cv-1384<br><br>Three-judge court (PLF, DST, EGS) |

### NOTICE OF APPEARANCE OF JOHN A. PAYTON

Please enter the appearance of undersigned counsel, John A. Payton, of Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP.

DATED: December 19, 2006

Respectfully submitted,

  /s/ John A. Payton
John A. Payton
D.C. Bar No. 282699
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
john.payton@wilmerhale.com
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

1

## CERTIFICATE OF SERVICE

    I, John A. Payton, hereby certify that on this 19th day of December, 2006, a copy of the foregoing *Notice of Appearance of John A. Payton* was filed electronically with the Clerk of the Court. The electronic filing prompts service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                        /s/ John A. Payton
                                        John A. Payton