IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,  Plaintiff,  v.  ALBERTO GONZALES, Attorney General of the United States,  Defendant. | Civil Action No. 1:06—CV—1384  Three-Judge Court (PLF, DST, EGS) |

**JOINT REPORT IN RESPONSE TO THE COURT'S ORDER**
**OF DECEMBER 6, 2006**

Pursuant to this Court's Minute Order of December 6, 2006, the parties report that Defendant-Intervenors plan to designate and use experts in this case, and Plaintiff reserves the right to designate and use rebuttal experts if necessary.

Dated: January 19, 2007

Respectfully submitted,

*/s/ Erik S. Jaffe*
Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax] (202) 237-8166

Gregory S. Coleman
(admitted *pro hac vice*)
Christian J. Ward
(admitted *pro hac vice*)
PROJECT ON FAIR REPRESENTATION
8911 Capital of Texas Hwy., Ste. 1350
Austin, Texas 78759
[Tel.] (512) 349-1930
[Fax] (512) 527-0798

*Counsel for Plaintiff*
*Northwest Austin Municipal Utility District Number One*

Respectfully submitted,

| | |
|---|---|
| WAN J. KIM | JEFFERY A. TAYLOR |
| Assistant Attorney General | United States Attorney |
| Civil Rights Division | |

*/s/ T. Christian Herren Jr*
JOHN K. TANNER (D.C. Bar No. 318873)
Chief, Voting Section
H. CHRISTOPHER COATES
Principal Deputy Chief
T. CHRISTIAN HERREN JR
Special Counsel
chris.herren@usdoj.gov
SARAH E. HARRINGTON
sarah.harrington@usdoj.gov
CHRISTY A. McCORMICK
christy.mccormick@usdoj.gov
Attorneys
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

*Counsel for Defendant Alberto Gonzales*
*Attorney General of the United States*

Respectfully submitted,

*/s/ Renea Hicks*
Max Renea Hicks
Attorney at Law
101 West 6th Street
Suite 504
Austin, Texas 78701
(512) 480-8231
fax: (512) 480-9105
rhicks@renea-hicks.com

*/s/ J. Gerald Hebert*
J. Gerald Hebert
Attorney at Law
5019 Waple Lane
Alexandria, VA 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676
jghebert@comcast.net

*Counsel for Defendant-Intervenor*
*Travis County, Texas*

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND

*/s/ Nina Perales*
NINA PERALES
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler*
JOSEPH E. SANDLER
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors*
*Lisa Diaz, David Diaz and Gabriel Diaz*

Respectfully submitted,

*/s/ Norman J. Chachkin*
Theodore Shaw
Director-Counsel
Jacqueline A. Berrien
Associate Director-Counsel
Norman J. Chachkin (D.C. Bar No. 235283)
Debo P. Adegbile
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

Kristen M. Clarke
NAACP Legal Defense and
Educational Fund, Inc.
444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis*

Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Michael J. Gottlieb (admitted *pro hac vice*)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

Respectfully submitted,

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
(202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor*
*Nathaniel Lesane*

Respectfully submitted,

*/s/ David J. Becker*
David J. Becker (*D.C. District Court bar application to be filed*)
People For the American Way Foundation
2000 M Street NW, Suite 400
Washington, DC 20036
(202) 467-2360
dbecker@pfaw.org

*Counsel for Defendant-Intervenor*
*People for the American Way*

Respectfully submitted,

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors*
*Angie Garcia, Jovita Casarez, Ofelia Zapata*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2007, I caused to be served a copy of the foregoing JOINT REPORT IN RESPONSE TO THE COURT'S ORDER OF DECEMBER 6, 2006 to all counsel of record via the Court's CM/ECF filing system.

                                          */s/ Daniel A. Zibel*
                                          Daniel A. Zibel