IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br>401 W. 15th Street<br>Suite 850<br>Austin, Texas 78701,<br>　　　　　　*Plaintiff*,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530,<br>　　　　　　*Defendant*. | Civil Action No. 1:06CV01384<br>(DST, PLF, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon the motion of plaintiff Northwest Austin Municipal Utility District Number One for leave to file its First Amended Complaint, and upon consideration of any memoranda of points and authorities in support of and in opposition to the motion, the Court finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED and the First Amended Complaint is deemed filed and served on the date this order is entered.

DATED:　　Washington, D.C.

　　　　　　February __, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Presiding