IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT NUMBER ONE,            )
                                                    )
                    Plaintiff,                        )
                                                    )
        v.                                          )        Civil Action No. 1:06-cv-1384
                                                    )
ALBERTO GONZALES,                          )        Three-judge court (PLF, DST, EGS)
Attorney General of the United States, *et al.* )
                                                    )
                    Defendants.                     )
_____)

<u>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>

On February 1, 2007, Plaintiff Northwest Austin Municipal Utility District Number One

filed a motion (Docket #65) for leave to file an amended complaint in this action.  Defendant

Attorney General of the United States does not oppose this motion.

Dated:  February 12, 2007

Respectfully submitted,


JEFFERY A. TAYLOR                      WAN J. KIM
United States Attorney                  Assistant Attorney General
                                        Civil Rights Division



   */s/  T. Christian Herren Jr*
_____
JOHN K. TANNER (D.C. Bar No. 318873)
Chief, Voting Section
H. CHRISTOPHER COATES
Principal Deputy Chief
T. CHRISTIAN HERREN JR
Special Counsel
chris.herren@usdoj.gov
SARAH E. HARRINGTON
sarah.harrington@usdoj.gov
CHRISTY A. McCORMICK
christy.mccormick@usdoj.gov
Attorneys
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax:     (202) 307-3961

*Counsel for Defendant Alberto Gonzales*
*Attorney General of the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007, I caused to be served a copy of the foregoing via electronic mail and first class mail, postage pre-paid, to counsel for the Plaintiff and via electronic mail to the counsel for all other parties of record:

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Weil, Gotshal & Manges, LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
greg.coleman@weil.com
chris.ward@weil.com

Seth P. Waxman, Esq.
Paul R.Q. Wolfson, Esq.
Ariel B. Waldman, Esq.
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
ariel.waldman@wilmerhale.com

Jon M. Greenbaum, Esq.
Lawyers' Committee For
Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
jgreenbaum@lawyerscommittee.org

Norman Jay Chachkin, Esq.
Debo P. Adegbile, Esq.
NAACP Legal Defense & Education Fund
99 Hudson Street, 16th Floor
New York, NY 10013
nchachkin@naacpldf.org
dadegbile@naacpldf.org

Kristen M. Clarke, Esq.
NAACP Legal Defense & Education Fund
1444 Eye Street, NW
Washington, DC 20005
kclarke@naacpldf.org

Joseph E. Sandler, Esq.
Sandler, Reiff & Young, P.C.
50 E Street, SE, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

Elliot M. Mincberg, Esq.
People For the American Way Foundation
2000 M Street, NW
Washington, DC 20036-3315
emincberg@pfaw.org

J. Gerald Hebert, Esq.
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net

Max Renae Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
rhicks@renea-hicks.com

Arthur B. Spitzer, Esq.
ACLU
1400 20th Street, NW, Suite 119
Washington, DC 20036
artspitzer@aol.com

Michael J. Kator, Esq.
Kator, Parks & Weiser, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
mkator@katorparks.com

Moffatt Laughlin McDonald, Esq.
American Civil Liberties Union
Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
lmcdonald@aclu.org

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009-1001
mkirkpatrick@citizen.org

*/s/ T. Christian Herren Jr*

_____

T. CHRISTIAN HERREN JR