**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>    Plaintiff,<br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>    Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

### DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES AND AUSTIN BRANCH OF THE NAACP'S DISCLOSURE OF EXPERT TESTIMONY OF TERRY L. MUSIKA

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Local Rule 26, and the Court's Scheduling Order of December 1, 2006 [Dkt. No. 52], Private Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP ("NAACP Defendants") make the following disclosures concerning the expert opinion testimony to be provided by Terry L. Musika.[1] Mr. Musika is the CEO of Invotex Group, which has offices in Baltimore, Maryland, and Washington, D.C.

Plaintiff Northwest Austin Municipal Utility District Number 1 ("the District") relies in its Complaint on the allegedly excessive burden to the District caused by compliance with Section 5. *See, e.g.,* Complaint [Dkt. No. 1] at ¶ 7 ("The District . . . does not believe that continued submission to the burdensome and costly preclearance

---

[1] Mr. Musika is being proffered as an expert solely by, and on behalf of, the NAACP Defendants. The NAACP Defendants have coordinated their retainer of Mr. Musika as an expert with the other Private Defendant-Intervenors to ensure that any testimony offered by Mr. Musika will not duplicate other testimony that may be offered. *See* Defendants' Report in Response to the Court's Orders of November 16-17 [Dkt. No. 49].

provisions is either necessary or constitutionally proper"); *see also id.* ¶¶ 12, 13, 20, & 25. Mr. Musika—a CPA with 32 years of business experience and experience testifying in forty different federal district courts—will provide expert testimony on the absolute financial burdens on the MUD of complying with Section 5, and also on the financial burdens of compliance relative to the MUD's total financial obligations.

This expert testimony will be based on Mr. Musika's review of data produced by the District in discovery, principally the District's responses to the Document Requests and Interrogatories served on the District by counsel for the NAACP Defendants on December 29, 2006. The data will include annualized information produced in discovery by Northwest Austin MUD for the period since its inception, including to the extent available:

- Annual financial statements;
- Statement of Net Assets;
- Statement of Revenues, Expenses, and Changes in Net Assets;
- Statement of Cash Flows;
- Notes to Financial Statements;
- All Supplementary Information (e.g., budgetary comparison schedules);
- Demographic data;
- Total number of residents by year since inception of MUD;
- Total number of registered voters by year since inception of MUD; and
- Total number of actual voters per election since inception of MUD.

Based on the District's discovery responses, Mr. Musika will prepare an expert report, which NAACP Defendants will provide to the District sufficiently in advance of the April 9, 2007 date for the close of expert discovery to review and conduct a deposition of Mr. Musika should the District elect to do so. The NAACP Defendants

anticipate that Mr. Musika will be compensated for his work at $450 per hour, and that he may be assisted by others at Invotex Group under his supervision, whose compensation may vary from $90-$300 per hour. Attached hereto as Exhibits are Mr. Musika's *curriculum vitae* (Exhibit A) and a list of litigation matters since 2002 (Exhibit B).

/s/ Seth P. Waxman
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Michael J. Gottlieb (appearing *pro hac vice*)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE
    and DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dennis C. Hayes (appearing *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED
    PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and*
*Austin Branch of the NAACP*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2007, a copy of the foregoing DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES AND AUSTIN BRANCH OF THE NAACP'S DISCLOSURE OF EXPERT TESTIMONY OF TERRY L. MUSIKA was served in pdf format by electronic mail and by first class mail, postage prepaid, to the following counsel of record:

Debo Patrick Adegbile
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013
dadegbile@naacpldf.org

Kristen M. Clarke
NAACP Legal Defense and
Educational Fund, Inc.
1444 Eye Street, NW
Washington, D.C. 20005
kclarke@naacpldf.org

Joseph E. Sandler
SANDLER, REIFF & YOUNG, P.C.
50 E Street, SE
Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

Elliot M. Mincberg
David J. Becker
PEOPLE FOR THE AMERICAN
  WAY FOUNDATION
2000 M Street, NW
Washington, DC 20036-3315
emincberg@pfaw.org

J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
JGHEBERT@COMCAST.NET

Max Renae Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
rhicks@renea-hicks.com

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES
UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
artspitzer@aol.com

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW
#350
Washington, DC 20036-6101
mkator@katorparks.com

Moffatt Laughlin McDonald
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
lmcdonald@aclu.org

Michael T. Kirkpatrick
PUBLIC CITIZEN LITIGATION
GROUP
1600 20th Street, NW
Washington, DC 20009-1001
mkirkpatrick@citizen.org

T. Christian Herren, Jr.
Special Counsel
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
chris.herren@usdoj.gov

Adam P. Strochak
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Washington, D.C. 20005
adam.strochak@weil.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
greg.coleman@weil.com

Erik Scott Jaffe
ERIK S. JAFFE, P.C.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

Nina Perales
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

Jose Garza
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)


/s/ Daniel A. Zibel
Daniel A. Zibel