A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Northwest Austin Municipal Utility
District Number One )
    Plaintiff(s) ) **APPEARANCE**
)
)
    vs. ) CASE NUMBER    1:06-cv-01384-PLF-EGS
Alberto Gonzales )
)
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Nina Perales__ as counsel in this
                     (Attorney's Name)

case for: __David Diaz, Lisa Diaz and Gabriel Diaz__
            (Name of party or parties)

February 14, 2007                      /s/ Nina Perales
Date                                       Signature

TX0040                          Nina Perales
BAR IDENTIFICATION       Print Name

                                           110 Broadway, Suite 300
                                           Address

                                           San Antonio, TX  78205
                                           City       State       Zip Code

                                           (210) 224-5476
                                           Phone Number