IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL<br>UTILITY DISTRICT NUMBER ONE<br>    Plaintiff,<br>v.<br>ALBERTO GONZALES, in his official<br>capacity as Attorney General of the<br>United States of America<br>    Defendant,<br><br>WINTHROP GRAHAM, et al.<br>    Applicants for<br>    Intervention. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

**ORDER GRANTING INTERVENORS'
MOTION TO INTERVENE AS DEFENDANTS**

This matter is before the Court on the Motion of Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson and Marisa Richardson, by their undersigned counsel, to intervene as defendants in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(1) and Section 4(a)(4) of the VRA, *see* 42 U.S.C. § 1973b, or, in the alternative, permissive intervention pursuant to Fed. R. Civ. P. 24(b). Having considered the motion and other materials on file in the record, the Court finds that just cause exists for granting the motion.

Accordingly, it is ORDERED, that the Motion of Intervenors to intervene is hereby GRANTED pursuant to Fed. R. Civ. P. 24(a)(1) and 42 U.S.C. § 1973b(a)(4).

_____

This day of _____, 2007.

2