IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER

Upon consideration of Plaintiff's Motion to Strike Expert Designation [Dkt. No. 68] and any memoranda in support or in opposition thereto, the Court finds that the motion should be DENIED.

**IT IS HEREBY ORDERED** that the motion is DENIED.

The Clerk of the Court is directed to forward a copy of this Order to all counsel of record in this action.

**Date:** _____       _____
                              **United States District Judge**

2

**NOTICE TO:**

All Counsel of record via the Court's ECF/CM filing system.