IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

### DECLARATION OF PAUL R.Q. WOLFSON IN SUPPORT OF DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES AND AUSTIN BRANCH OF THE NAACP'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXPERT DESIGNATION

I, PAUL R.Q. WOLFSON, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP ("NAACP Defendants").

2. I submit this Declaration in support of the NAACP Defendants' Memorandum in Opposition to Plaintiff's Motion to Strike Expert Designation.

3. Attached hereto are true and correct copies of the following documents, which are referenced in the NAACP Defendants' Memorandum in Opposition to Plaintiff's Motion to Strike Expert Designation.

| | |
|---|---|
| **EXHIBIT A.** | Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP's Disclosure of Expert Testimony of Terry L. Musika, dated January 16, 2007. |

| | |
|---|---|
| **EXHIBIT B.** | Private Defendant-Intervenors' Joint First Set of Requests for Production of Documents to Plaintiff Northwest Austin Municipal Utility District No. 1, dated December 29, 2006. |
| **EXHIBIT C.** | Private Defendant-Intervenors' Joint First Set of Interrogatories to Plaintiff Northwest Austin Municipal Utility District No. 1, dated December 29, 2006. |
| **EXHIBIT D.** | Plaintiff Northwest Austin Municipal Utility District No. 1's Answers to Private Defendant-Intervenors' Joint First Set of Interrogatories, dated January 31, 2007. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   Washington, D.C.
            February 26, 2007

_____
Paul R.Q. Wolfson