**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, 401 W. 15th Street Suite 850 Austin, Texas 78701,<br>    *Plaintiff*,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530,<br>    *Defendant*. | Civil Action No. 1:06-CV-01384 (DST, PLF, EGS) |

**PLAINTIFF'S MOTION TO STRIKE EXPERT DESIGNATION OF
GARCIA INTERVENORS**

Plaintiff Northwest Austin Municipal Utility District Number One moves to strike the attempted designation by intervenor-defendants Angie Garcia *et al.* of Rolando Rios as an expert witness. The Garcia intervenors failed to serve their expert designation on the district by January 16, 2007, as required by the Court's scheduling order. D.52.

About February 15, 2007, George Korbel, counsel for the Garcia intervenors, during a conversation with the district's lead counsel, based in Austin, Texas, asserted that he had attempted to transmit the expert designation by e-mail by the Court's deadline, which had passed a month earlier. Lead counsel for the district had not received the e-mail because the firm's spam filter had rejected the e-mail. The district's counsel has confirmed that the e-mail was sent on or about January 16, 2007, but it was never received by lead counsel for the district. On February 16, 2007—the day that the district's disclosure of any rebuttal experts would be due, *id.*—Mr. Korbel faxed the expert designation to the district's Austin-based counsel with a cover

1

memorandum describing the attempted "service" by e-mail. Ex. A. Although the undated and unsigned certificate of service attached to the designation asserts that service was to have been made by first class mail, in addition to purporting to make service by e-mail, Mr. Korbel's fax cover memorandum and other communications with counsel for the district claim only that he attempted service by e-mail. Ex. A.

The district has never consented in writing to service by electronic means of papers other than those filed through the Court's electronic case filing system. Thus, although all parties to this case have consistently—as a courtesy—e-mailed electronic copies of discovery documents, expert designations, correspondence, and the like to each other, those courtesy transmissions do not effect service under the federal rules. FED. R. CIV. P. 5(b)(2)(D) (providing that service by electronic means is effective only if "consented to in writing by the person served"); *see* LCvR 5.4(d)(1) (providing that "[e]lectronic *filing* of any document operates to effect service" on parties with CM/ECF passwords (emphasis added)). While the district appreciates the courtesy of opposing counsel in e-mailing copies of documents served by mail and will continue to extend that courtesy to opposing counsel, the apparent problems with e-mail transmission of the Garcia intervenors' expert designation illustrate the wisdom behind rule 5's prohibition against relying exclusively on electronic service in the absence of written consent.

None of the three counsel of record for the district ever received the expert designation by first class mail, counsel for other parties have indicated that they did not receive a service copy by mail, and Mr. Korbel has never asserted that the Garcia intervenors in fact mailed the expert designation. The designation was apparently never served—certainly not by the January 16 deadline—and should thus be stricken.

**STATEMENT OF CONFERENCE**

Counsel for the district has conferred with George Korbel, counsel for defendant-intervenors Garcia, Zapata, and Casares, the parties on whose behalf Mr. Rios was designated. Mr. Korbel has advised counsel for the district that those parties oppose this motion.

DATED:  March 5, 2007                Respectfully submitted:

*/s/ Gregory S. Coleman*
Gregory S. Coleman
(admitted *pro hac vice*)
Christian J. Ward
(admitted *pro hac vice*)
PROJECT ON FAIR REPRESENTATION
8911 Capital of Texas Hwy., Ste. 1350
Austin, Texas  78759
[Tel.] (512) 349-1930
[Fax] (512) 527-0798

*/s/ Erik S. Jaffe*
Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax]  (202) 237-8166

*Attorneys for Plaintiff*
*Northwest Austin Municipal*
*Utility District No. One*

### CERTIFICATE OF SERVICE

I hereby certify that I served true copies of Plaintiff's Motion to Strike Expert Designation of Garcia Intervenors and the proposed Order granting the motion upon counsel for the parties indicated below through the Court's electronic filing system on March 5, 2007.

| | |
|---|---|
| Wan J. Kim | Seth P. Waxman |
| Jeffrey A. Taylor | seth.waxman@wilmerhale.com |
| John K. Tanner | John A. Payton |
| H. Christopher Coates | john.payton@wilmerhale.com |
| T. Christian Herren Jr | Paul R.Q. Wolfson |
| chris.herren@usdoj.gov | paul.wolfson@wilmerhale.com |
| Sarah E. Harrington | Ariel B. Waldman |
| Christy A. McCormick | ariel.waldman@wilmerhale.com |
| Christy.mccormick@usdoj.gov | WILMER CUTLER PICKERING HALE & DORR LLP |
| Civil Rights Division | 1875 Pennsylvania Ave. N.W. |
| UNITED STATES DEPARTMENT OF JUSTICE | Washington, D.C. 20006 |
| Room 7254 – NWB | |
| 950 Pennsylvania Ave., N.W. | *Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP* |
| Washington, D.C. 20530 | |
| *Counsel for Defendant* | |
| | |
| Jon M. Greenbaum | Dennis C. Hayes |
| jgreenbaum@lawyerscommittee.org | General Counsel |
| Benjamin J. Blustein | NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC. |
| bblustein@lawyerscommittee.org | |
| Jonah H. Goldman | NAACP National Office |
| jgoldman@lawyerscommittee.org | 4805 Mt. Hope Drive |
| LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW | Baltimore, Maryland 21215 |
| 1401 New York Avenue, NW, Suite 400 | *Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP* |
| Washington, D.C. 20005 | |
| *Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP* | |

Nina Perales
nperales@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas  78205

*Counsel for Intervenors-Defendants Lisa and Gabriel Diaz*

Theodore Shaw
Jacqueline A. Berrien
Norman J. Chachkin
nchachkin@naacpldf.org
Debo P. Adegbile
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York  10013

*Counsel for Intervenors-Defendants Rodney and Nicole Louis*

Elliott M. Mincberg
emincberg@pfaw.org
David J. Becker
People for the American Way Foundation
2000 M Street NW, Suite 400
Washington, D.C.  20036

*Counsel for Intervenor-Defendant People for the American Way*

J. Gerald Hebert
jghebert@comcast.net
5019 Waple Lane
Alexandria, Virginia  22304

*Counsel for Intervenor-Defendant Travis County*

Joseph E. Sandler
sandler@sandlerreiff.com
SANDLER REIFF & YOUNG PC
50 E St. SE #300
Washington, D.C.  20003

*Counsel for Intervenors-Defendants Lisa and Gabriel Diaz*

Kristen M. Clarke
NAACP LEGAL DEFENSE AND EDUCATIONAL
    FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C.  20005

*Counsel for Intervenors-Defendants Rodney and Nicole Louis*

Max Renea Hicks
rhicks@renea-hicks.com
1250 Norwood Tower
114 West 7th Street
Austin, Texas  78701

*Counsel for Intervenor Travis County*

Laughlin McDonald
Neil Bradley
courtfilings@aclu-nca.org
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia  30303

*Counsel for Intervenor-Defendant Nathaniel Lesane*

5

| | |
|---|---|
| Lisa Graybill<br>Legal Director<br>courtfilings@aclu-nca.org<br>ACLU FOUNDATION OF TEXAS<br>1210 Rosewood Ave.<br>Austin, Texas  78702<br><br>*Counsel for Applicant Nathaniel Lesane* | Art Spitzer<br>artspitzer@aol.com<br>courtfilings@aclu-nca.org<br>Legal Director<br>ACLU OF THE NATIONAL CAPITAL AREA<br>1400 20th Street N.W., Suite 119<br>Washington, D.C.  20036<br><br>*Counsel for Applicant Nathaniel Lesane* |
| Jeremy Wright<br>KATOR, PARKS & WEISER, PLLC<br>812 San Antonio Street, Suite 100<br>Austin, Texas  78701<br><br>*Counsel for Defendant-Intervenor*<br>*Nathaniel Lesane* | Michael J. Kator<br>KATOR, PARKS & WEISER, PLLC<br>1020 19th Street, N.W., Suite 350<br>Washington, D.C.  20036<br><br>*Counsel for Defendant-Intervenor*<br>*Nathaniel Lesane* |
| Jose Garza<br>jgarza@trla.org<br>Judith A. Sanders-Castro<br>George Korbel<br>Texas RioGrande Legal Aid, Inc.<br>1111 N. Main Street<br>San Antonio, Texas  78212<br><br>*Counsel for Intervenors-Defendants Angie*<br>*Garcia, Jovita Casarez and Ofelia Zapata* | Alpha Hernandez<br>ahernandez@trla.org<br>Eloy Padilla<br>epadilla@trla.org<br>Texas RioGrande Legal Aid, Inc.<br>309 Cantu Street<br>Del Rio, Texas  78212<br><br>*Counsel for Intervenors-Defendants Angie Garcia,*<br>*Jovita Casarez and Ofelia Zapata* |
| Michael T. Kilpatrick<br>mkirkpatrick@citizen.org<br>Brian Wolfman<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC  20009<br><br>*Counsel for Intervenors-Defendants Angie*<br>*Garcia, Jovita Casarez and Ofelia Zapata* | |

                                        */s/ Christian J. Ward*
                                        Christian J. Ward