**Exhibit A**

# FAX LETTER

**Texas Rio Grande Legal Aid, Inc.**
1111 North Main
San Antonio, Texas 78212
210.212.3700

February 16, 2007 (12:26pm)

To:  Gregory S. Coleman
WEIL, GOTSHAL, & MANGES LLP
Fax: 512-527-0798

Fr:  George Korbel
Texas Riogrande Legal Aid, Inc.
(512) 216-3336

January Expert Disclosure

Greg:

As I indicated, I am sending the Expert Disclosure we made in January.  I also include a print of the return we got yesterday on the deposition schedule.  I initially sent it off to you and Chris Ward at the e-mail address sent to us by the Washington lawyers.  When that came back, I copied your e-mail address out of your firm web site, pasted and tried again.  When it came back again, I called and left the message which was essentially a read of the email.

We also sent the earlier disclosure of facts etc.  If you do not have that let me know and I will fax it over to you also.   My belief is that those disclosures do not add anything to the mix of other disclosures.  As I told you depending on the outcome of the depositions of the District's lawyers, we probably would not need Rolando's testimony.

I envy your clerkship experience.

Regards.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT No. 1, | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 06-1384 (DIST, PLF, EGS) ) |
| ALBERTO GONZALEZ, Attorney General of the United States et al. | ) ) ) |
| *Defendants* | ) ) |
| ANGIE GARCIA, et al. *Defendant Intervenors* | ) ) |

**Initial Rule 26 Disclosures Relating to Expert Testimony**

Now Come the Defendant Intervenors who would make and file this Initial Disclosure relating to what might well be expert witness testimony pursuant to this Court's Scheduling Order dated December 1, 2006:

The Defendant Intervenors Garcia may offer Rolando Rios who is a Texas attorney with experience in working for jurisdictions, including utility districts, that make changes that require Section 5 preclearance. This testimony is probably not expert in nature but since he has technical, or other specialized knowledge may assist the trier of fact to understand the evidence or to determine a fact in issue and since he has knowledge, skill, experience, training, or education his identity is disclosed.

We anticipate that the testimony is in the nature of anticipatory rebuttal and depending on discovery may not be necessary at all. It is possible, although unlikely, that he would be offered on direct. Once again this depends on the responses to the discovery. A summary of Mr. Rios' report

1

is attached to this response as Exhibit A and incorporated by reference as if fully set forth.

We do not anticipate that he will use exhibits other than reference to state statutes.

Respectfully Submitted

/s/ Jose Garza_____
Jose Garza
Judith A. Sanders-Castro
George Korbel
Maria Norma Martinez
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

/s/ Michael T. Kirkpatrick_____
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
Attorneys for Applicants

## CERTIFICATE OF SERVICE

I hereby certify that on this_____ day of January, 2006, a copy of the foregoing pleading was served in WORD PERFECT format by electronic mail to counsel for all parties of record and, in addition, by first class mail to:

Gregory S. Coleman
Christian T. Ward
WEIL, GOTSHAL, & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, Texas 78756
greg.coleman@weil.com
chris.ward@weil.com

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015
jaffe@esjpc.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
greg.coleman@weil.com
chris.ward@weil.com

John K. Tanner (D.C. Bar No. 318873)
Chief, Voting Section
H. Christopher Coates
Principal Deputy Chief
T. Christian Herren Jr.
Special Counsel
chris.herren@usdoj.gov

Sarah E. Harrington
sarah.harrington@usdoj.gov

Christy A. McCormick
christy.mccormick@usdoj.gov

Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530

3

Phone: (800) 253-3931
Fax: (202) 307-3961

Nina Perales
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

Seth P. Waxman (D.C. Bar No. 257337)
seth.waxman@wilmerhale.com
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
Wilmer Cutler Pickering Hale and Dore LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dennis C. Hayes (Indiana Bar No. 7601-49)
National Association for the Advancement of Colored
People, Inc.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350
Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

4

Laughlin McDonald
Neil Bradley
American Civil Liberties Union Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Michael J. Kator
Kator, Parks & Weiser, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
(202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com

Jeremy Wright
Kator, Parks & Weiser, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, Texas 78702

Max Renea Hicks
Attorney at Law
1250 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512) 480-8231
fax: (512) 480-9105
rhicks@renea-hicks.com

5

J. Gerald Hebert
Attorney at Law
5019 Waple Lane
Alexandria, VA 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676
jghebert@comcast.net

Elliot M. Mincberg (D.C. Bar No. 941575)
David J. Becker (D.C. Bar No. 496318)
People For the American Way Foundation
2000 M Street NW, Suite 400
Washington, DC 20036
(202) 467-4999
emincberg@pfaw.org

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

Norman J. Chachkin (D.C. Bar No. 235283)
Debo P. Adegbile
NAACP Legal Defense
and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

*/s/ Jose Garza*_____

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT No. 1, | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 06-1384 (DIST, PLF, EGS) ) |
| ALBERTO GONZALEZ, Attorney General of the United States et al. | ) ) ) |
| *Defendants* | ) ) |
| ANGIE GARCIA, et al. *Defendant Intervenors* | ) ) |

**Expert Report**

I am an attorney who has specialized in handling election problems relating to the Federal Voting Rights Act. I have been counsel for the plaintiffs in more than 100 cases involving Sections 5 and 2 of the Voting Rights Act. I have handled the redistricting of more than 50 political jurisdictions in Texas ranging in size to some as small as three thousand (3,000) to others of more than one million (1,000,000) in population. I have personally, or in conjunction with other lawyers submitted more than one hundred voting changes for preclearance by the Department of Justice. Some of these submissions have involved election changes as simple as the movement of a polling place or an election date. Others have been more complicated ones involving changes such as a redistricting.

2. In my experience, every step of every change that is submitted pursuant to Section 5 is required by other state or federal laws. The actual submission itself simply involves collection of that data

1

in a single place and the writing of a letter. In redistricting matters which are the most complicated submissions, my policy has been to offer the jurisdiction a choice of a capitated fee or to bill by the hour. All of my redistricting clients have opted for the capitated fee. In those cases, I simply collect the data or notes on the process and then attach them to the submission form that I use. As a result the process usually involves only the dictation of a letter and the supervision of my staff in seeing to it that the attachments are complete. My billing for a redistricting, the most complicated election change ranged from a low of $5,000 ( for very small jurisdictions) to a high of approximately $50,000 for the jurisdictions in the one million person range. The difference in cost is usually accounted for because the larger jurisdictions follow practices that are not specifically required by State or Federal Law. For example some of the larger jurisdictions have asked that I participate and answer questions in hearings on the redistricting effort. In most situations, this involves hearings in each city council district.

3. In most cases involving changes such as changes in polling places, changes in precinct boundaries, the entire submission process is done in house. The jurisdiction's election staff will draw up all of the paper work including resolutions, orders etc. to comply with state law. In doing so they rely on the documents that have been used in the past. Then, the staff of the elections administrator prepare the actual submission to the Department of Justice is usually by the staff. Sometimes it is reviewed by in house council such as the attorneys in the County or District Attorney's office and sometimes not. Any inquiry from the Department of Justice is almost always handled by these jurisdictions in house.

4. I have reviewed certain billings in this matter that were obtained under the Texas Open Records Act. It is my opinion based on my analysis that virtually all of the tasks set out are accounted for by other Federal or State Laws or Constitutions. These billings are a further confirmation of my experience that the actual cost of compliance with Section 5 is minimal.

Dated this _____ day of January, 2007.


_____
Rolando Rios

3

FEB-16-2007 16:50 From:TX RIOGRAND LEGAL    2102123774    To:5125270798    P.11/12

Message Printout Requested by "George Korbel (SAT)" at 2/16/2007 12:36 pm

Date Sent: Thursday, February 15, 2007 5:26 PM
   From: GKorbel@trla.org ("George Korbel (SAT)")
     To: "greg.coleman" <greg.coleman@weil.com>
Subject: NW Austin Mud etc. depositions of Ofelia Zapata, Angie Garcia and Jovita Casares

We have your proposed time schedule for depositions of our three defendant intervenors. We can make Ofelia Zapata available on the 28th and are in the process of attempting to make Angie Garcia available on that same day. Although Ms. Garcia lives in San Antonio, we will ask her to come to Austin for the deposition to make it more convenient. We believe that will hork out.

Jovita Casares lives in Del Rio and we will make her available there. Since Del Rio is approximately 5 to 6 hours from Austin by car, I do not see how we could do her deposition on the same day as Ms. Zapata and Ms. Garcia. If you let me know what other dates you might want, I will try to work that out with her. Please do this at your first convenience. Although Ms. Casares is not working for wages, she has a number of family obligations and is not always easy to contact.

FEB-16-2007 16:51 From:TX RIOGRAND LEGAL    2102123774    To:5125270798    P.12/12

Message Printout Requested by "George Korbel (SAT)" at 2/16/2007 11:32 am

```
Date Sent: Thursday, February 15, 2007 5:27 PM
     From: Postmaster@trla.org
       To: GKorbel <GKorbel@trla.org>
  Subject: Not delivered: NW Austin Mud etc. depositions of Ofelia Zapata, Angie Garcia and Jovi
```

Attachment(s): Unknown

Message could not be delivered to the following recipients:
greg.coleman@weil.com

Relay host reported error:
554 Transaction Failed Spam Message not queued.

Message delivery has been cancelled for these recipients.

Error was reported by the following host:
213.62.194.64 (loim01.weil.com)

Original Message Header Follows:
===================================
Received: from [192.168.30.201] [GKorbel@trla.org] by Office-Logic InterChange; Thu, 15 Feb 2007 17:26:57 -0600
Date: Thu, 15 Feb 2007 17:26:57 -0600
Sender: "George Korbel (SAT)" <GKorbel@trla.org>
From: "George Korbel (SAT)" <GKorbel@trla.org>
To: greg.coleman@weil.com
X-EXP32-SerialNo: 00006243
Subject: NW Austin Mud etc. depositions of Ofelia Zapata, Angie Garcia and Jovita Casares
Message-ID: <45D20048@texas-gp0wc1atr>
Mime-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit
X-Mailer: ExpressIT! 2000 (Hydra) SMTP v3.61.07


Reporting-MTA: dns; mail.trla.org

Final-Recipient: rfc822;greg.coleman@weil.com
Action: failed
Status: 5.1.1
Last-Attempt-Date: Thu, 15 Feb 2007 17:27:02 -0600