IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br> 401 W. 15th Street <br> Suite 850 <br> Austin, Texas 78701, <br>         *Plaintiff*, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, DC  20530, <br>         *Defendant*. | Civil Action No. 1:06CV01384 <br> (DST, PLF, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXPERT DESIGNATION

Upon the motion of plaintiff Northwest Austin Municipal Utility District Number One to strike the expert designation of Rolando Rios, and upon consideration of any memoranda of points and authorities in support of and in opposition to the motion, the Court finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED and the expert designation of Rolando Rios is stricken.

DATED:    Washington, D.C.

           March __, 2007

                                                                                        _____
                                                                                         Judge Presiding