IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br>    Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br>    Defendant. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## ORDER GRANTING
## UNOPPOSED MOTION OF DEFENDANT-INTERVENORS TO EXTEND BRIEFING SCHEDULE

This matter is before the Court on the Motion of Defendant-Intervenors (Texas State Conference of the NAACP Branches; Austin Branch of the NAACP; Rodney and Nicole Louis; David, Lisa, and Gabriel Diaz; People for the American Way; Nathaniel Lesane, Angie Garcia, Jovita Casarez, Ofelia Zapata; and Travis County, Texas), to extend the briefing schedule in this matter by 5 weeks pursuant to Local Civil Rule 16.3(a). Having considered the motion and other materials on file in the record, the Court finds that sufficient reasons have been presented to grant the motion.

Accordingly, it is **ORDERED**, that the Unopposed Motion of Defendant-Intervenors to extend the briefing schedule is hereby **GRANTED** pursuant to Local Civil Rule 16.3(a). Dispositive motions are to be filed by May 22, 2007, with oppositions due June 22, 2007, and replies, if any, due July 13, 2007.

                                                                                                                                                                                           _____

This day of _____, 2007.