IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, ) ) ) ) Plaintiff, ) ) v. ) ) ALBERTO GONZALES, ) Attorney General of the United States, ) ) Defendant. ) | No. 1:06-cv-01384 (PLF, DST, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER

Upon consideration of Plaintiff's Motion to Strike Expert Designation of Garcia Intervenors (Doc. 77) and any memoranda in support or in opposition thereto, the Court finds that the motion should be DENIED.

IT IS HEREBY ORDERED that the motion is DENIED.


DATED: _____, 2007.                    _____
                                                United States District Judge