UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT,                              )
                                                      )
        Plaintiff,                           )
                                                      )
   v.                                              )   Civil Action No. 06-1384 (DST, PLF, EGS)
                                                      )
ALBERTO GONZALES,                          )
Attorney General of the United States, et al., )
                                                      )
        Defendants.                        )
_____)

ORDER

Before the Court is the motion to intervene of Winthrop Graham, *et al*. Upon consideration of the motion, opposition, reply, and the record of the entire case, it is hereby

ORDERED that the motion of Winthrop Graham, *et al.*, to intervene [70] is GRANTED; it is

FURTHER ORDERED that the plaintiff may move for a reasonable extension of time to complete any necessary discovery related to the Graham defendant-intervenors.

SO ORDERED.

                                                                _____/s/_____
                                                                 DAVID S. TATEL
                                                                 United States Circuit Judge

                                                                 _____/s/_____
                                                                 PAUL L. FRIEDMAN
                                                                 United States District Judge

                                                                 _____/s/_____
                                                                 EMMET G. SULLIVAN
                                                                 United States District Judge

DATE: