# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NUMBER ONE
         Plaintiff,

v.

ALBERTO GONZALES, in his official
capacity as Attorney General of the
United States of America
         Defendant,

WINTHROP GRAHAM, et al.
         Defendant-Intervenors

Civil Action No. 1:06-CV-01384
(PF, ES, DT)

## ANSWER OF WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON AND MARISA RICHARDSON

.

Defendant-Intervenors Winthrop Graham, *et al*. hereby answer Plaintiff's Complaint filed August 4, 2006, in this action as follows:

1. Admit.

2. Denied.

3. Admit.

4. Admit.

5. Admit.

6. Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore deny the allegations of this paragraph.

7. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant-Intervenors deny the allegations of this paragraph.

8.  Denied.

9.  Denied.

10.  Denied.

11.  Denied.

12.  Denied.

13.  Denied.

14.  This Paragraph states a legal conclusion to which no response is required. To the extent a response is required, Defendant-Intervenors deny the allegations of this paragraph.

15.  Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph.

16.  Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph.

17.  Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted therefore deny the allegations in this paragraph.

18.  This paragraph states a legal conclusion to which no response is required.

19.  Denied.

20.  Denied.

21.  Denied.

22.  Denied

23.  Denied.

24.  Denied.

25. Defendant-Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph. Moreover, this paragraph states legal conclusions to which no response is required.

26. Denied.

                              Respectfully submitted,

                              /s/  Debo P. Adegbile

                              _____
Director-Counsel Theodore Shaw
Jacqueline A. Berrien
Norman J. Chachkin (D.C. Bar No.235283)
Debo P. Adegbile
NAACP Legal Defense and
   Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

Kristen M. Clarke
NAACP Legal Defense and
   Educational Fund, Inc.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Danielle C. Gray
Four Times Square
New York, NY 10036-6522

Samuel Spital
Holland & Knight
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

Attorneys for Proposed Defendant-Intervenors

Dated: February 14, 2007