UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT,                                )
                                                    )
                        Plaintiff,                   )
                                                    )
            v.                                      )         Civil Action No. 06-1384 (DST, PLF, EGS)
                                                    )
ALBERTO GONZALES,                         )
Attorney General of the United States, et al., )
                                                    )
                        Defendants.               )
_____)

ORDER

   Before the Court are plaintiff's motion to strike the expert designation of

defendant-intervenors the Texas State Conference of NAACP Branches and the Austin Branch of

the NAACP, and plaintiff's motion to strike the expert designation of the Garcia defendant-

intervenors.  Upon consideration of the motions, the oppositions, and the replies, it is hereby

   ORDERED that plaintiff's motion to strike the expert designation of defendant-

intervenors the Texas State Conference of NAACP Branches and the Austin Branch of the

NAACP [68] is DENIED;  it is

   FURTHER ORDERED that plaintiff's motion to strike the expert designation of

the Garcia defendant-intervenors [77] is DENIED; and it is

   FURTHER ORDERED that defendant may request, if necessary, a reasonable

extension of time to designate rebuttal experts.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge


_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE:  April 2, 2007