IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States, <br><br> Defendant. | No. 1:06-cv-01384 <br><br> (PLF, DST, EGS) |

**NOTICE OF APPEARANCE OF COUNSEL
PURSUANT LOCAL RULE 83.2(g)**

Pursuant to Local Rule 83.2(g) and the attached Attorneys' Certification of Representation of Indigents Without Compensation, Jose Garza, Judith A. Sanders-Castro, and George Korbel enter their appearance as counsel for Defendant-Intervenors Angie Garcia, Jovita Casares, and Ofelia Zapata.

Dated: April 5, 2007

Respectfully submitted,

  /s/ *Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas  78212
210-212-3700
210-212-3772 (fax)

  /s/ *Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
202-588-7728
202-588-7795 (fax)

Attorneys for Defendant-Intervenors
Garcia, Casares, and Zapata