IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br><br>Defendant. | No. 1:06-cv-01384<br><br>(PLF, DST, EGS) |

**ATTORNEYS' CERTIFICATION OF REPRESENTATION
OF INDIGENTS WITHOUT COMPENSATION**

Pursuant to Local Rule 83.2(g), the undersigned attorneys certify that:

1. Each undersigned attorney is a member in good standing of the United States District Court for the Western District of Texas;

2. Each undersigned attorney is employed by Texas RioGrande Legal Aid, Inc., 1111 N. Main Street, San Antonio, Texas 78212, a § 501(c)(3) corporation whose purpose is to provide free legal services to indigent clients; and

3. Each undersigned attorney is providing representation to Defendant-Intervenors Angie Garcia, Jovita Casares, and Ofelia Zapata without a fee and without compensation from the clients.

Pursuant to Local Rule 83.2(j), each undersigned attorney further certifies that he or she is familiar with the Local Rules of this Court.

Each of the undersigned declares under the penalty of perjury that the foregoing is true and correct. Executed on April 5, 2007.


*/s/ Jose Garza*          */s/ Judith A. Sanders-Castro*          */s/ George Korbel*
Jose Garza                Judith A. Sanders-Castro                George Korbel