IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL ) <br> UTILITY DISTRICT NUMBER ONE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, Attorney General of ) <br> the United States, <u>et al.</u>, ) <br> ) <br> Defendants. ) | Civil Action No. 1:06-CV-01384 <br> (DST, PLG, EGS) |

**PRIVATE INTERVENOR-DEFENDANTS' ANSWER TO
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Intervenor-Defendants Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the American Way, Jovita Casares, Angie Garcia, Ofelia Zapata, Lisa Diaz, David Diaz and Gabriel Diaz (collectively "Intervenor-Defendants"), answer each of the paragraphs in the First Amended Complaint of Plaintiff Northwest Austin Municipal Utility District Number One in the above-captioned action as follows:

1. Intervenor-Defendants admit that Paragraph 1 describes Plaintiff's claims, and deny that Plaintiff is entitled to any relief on its claims.

2. Intervenor-Defendants deny that Plaintiff is a "political subdivision" as "political subdivision" is defined in Sections 4 or 14 of the Voting Rights Act, 42 U.S.C. § 1973, *et seq.*

Intervenor-Defendants admit that the Plaintiff is a political subunit of the State of Texas. Except as specifically admitted, the remaining allegations in Paragraph 2 are denied.

    3.    Admit.

    4.    Admit.

    5.    Admit.

    6.    As to the first sentence, Intervenor-Defendants admit that Plaintiff is a municipal utility district existing within the boundaries of Travis County, Texas. The second sentence is denied, and in particular it is denied that Plaintiff has long been considered a political subdivision under the Voting Rights Act. As to the third sentence, Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny. Except as specifically admitted, the remaining allegations in Paragraph 6 are denied.

    7.    As to the first sentence, Intervenor-Defendants lack sufficient information to admit or deny whether the Plaintiff has always supported "full and open voting rights for all residents of the district," and so that allegation is denied. Intervenor-Defendants also deny any implication that the preclearance provisions are unnecessary or improper. As to the second sentence, Intervenor-Defendants admit that Plaintiff seeks through this action to escape its obligations under Section 5 of the Voting Rights Act. Except as specifically admitted, the remaining allegations in Paragraph 7 are denied.

    8.    Intervenor-Defendants deny that the allegations in this Paragraph fully describe the circumstances under which Texas became covered by Section 5. Intervenor-Defendants submit that 42 U.S.C. §§ 1973b(b) and 1973b(f)(3), and 40 Fed. Reg. 43746 (Sept. 23, 1975), speak for themselves.

9. Intervenor-Defendants admit that Congress reauthorized Section 5 in July 2006, and deny the remaining allegations in this Paragraph.

10. Intervenor-Defendants admit that the District did not exist at the time that Texas was designated as a "covered jurisdiction" and that Texas and its political subunits continue to be covered by Section 5. Intervenor-Defendants deny the remaining allegations in this Paragraph.

11. Intervenor-Defendants submit that Section 5 and the Supreme Court decisions construing that provision speak for themselves, and therefore deny.

12. Deny.

13. Intervenor-Defendants admit that voting changes objected to by the Attorney General cannot be implemented, and deny the remaining allegations in this Paragraph.

14. Intervenor-Defendants admit that the Voting Rights Act contains provisions that authorize "political subdivisions," as defined by Section 14 of the Voting Rights Act, to bail out from Section 5 coverage. Intervenor-Defendants deny the remaining allegations in this Paragraph.

15. Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny, the allegations in this Paragraph.

16. Deny.

17. Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny, the allegations in this Paragraph.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Intervenor-Defendants admit that the Supreme Court has upheld the constitutionality of Section 5. Intervenor-Defendants deny the remaining allegations in this Paragraph.

24. Deny.

25. Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny, that there has never been a finding that the District has engaged in discriminatory voting practices. Intervenor-Defendants deny the remaining allegations in this Paragraph.

26. Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny, that the District is a "political subdivision" under state law. Intervenor-Defendants deny the remaining allegations in this Paragraph.

27. Intervenor-Defendants lack information sufficient to admit or deny, and therefore deny, that state lines of governmental authority are not defined by geographic boundaries. Intervenor-Defendants deny the remaining allegations in this Paragraph.

28. Deny.

In response to the paragraph in the prayer for relief in the Plaintiff's First Amended Complaint, Intervenor-Defendants respond as follows: Intervenor-Defendants deny that the Plaintiff is entitled to any part of the declaratory judgment that it has requested, and further deny that Plaintiff is entitled to any relief in this action. Intervenor-Defendants deny any and all allegations not specifically admitted herein. Pursuant to 42 U.S.C. § 1973*l*(e) and Fed. R. Civ. P. 54, Intervenor-Defendants (other than Jovita Casares, Angie Garcia, and Ofelia Zapata) request

that the court adjudge all costs against Plaintiff, including reasonable attorneys' fees and expenses.

Case 1:06-cv-01384-PLF-EGS-DST    Document 89    Filed 04/09/2007    Page 5 of 12

Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Michael J. Gottlieb (admitted *pro hac vice*)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

Respectfully submitted,

*/s/ Norman J. Chachkin*
Theodore Shaw
Director-Counsel
Jacqueline A. Berrien
Associate Director-Counsel
Norman J. Chachkin (D.C. Bar No. 235283)
Debo P. Adegbile
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

Kristen M. Clarke
NAACP Legal Defense and
Educational Fund, Inc.
444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

Respectfully submitted,

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
(202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor Nathaniel Lesane*

Respectfully submitted,

*/s/ David J. Becker*
David J. Becker (D.C. Bar No. 496318)
People For the American Way Foundation
2000 M Street NW, Suite 400
Washington, DC 20036
(202) 467-4999
dbecker@pfaw.org

*Counsel for Defendant-Intervenor*
*People for the American Way*

Respectfully submitted,

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors*
*Angie Garcia, Jovita Casarez, Ofelia Zapata*

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND

*/s/ Nina Perales*
NINA PERALES
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler*
JOSEPH E. SANDLER
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors*
*Lisa Diaz, David Diaz and Gabriel Diaz*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2007, I caused to be served a copy of the foregoing PRIVATE INTERVENOR-DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT to all counsel of record via the Court's CM/ECF filing system.

                                   */s/ Daniel A. Zibel*
                                   Daniel A. Zibel