**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL ) <br> UTILITY DISTRICT NUMBER ONE, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> ALBERTO GONZALES, Attorney General of ) <br> the United States, et al., ) <br>  ) <br> Defendants. ) | Civil Action No. 1:06-CV-01384 <br> (DST, PLG, EGS) |

**JOINT MOTION OF ALL PARTIES FOR LEAVE TO FILE OVERLENGTH
MEMORANDA OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7, Plaintiff Northwest Austin Municipal Utility District Number One ("Plaintiff"), Defendant Attorney General Gonzales, Defendant-Intervenor Travis County, and Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the American Way, Jovita Casares, Angie Garcia, Ofelia Zapata, Lisa Diaz, David Diaz and Gabriel Diaz ("Private Intervenor-Defendants," and together with Defendant Attorney General Gonzales and Defendant-Intervenor Travis County, "Defendants") (collectively, "The Parties") hereby jointly move for leave to submit certain opening memoranda of points and authorities in support of motions for summary judgment in excess of the page limit set forth in Local Rule 7(e), but not to exceed 90 pages. The grounds for this motion are as follows:

1. As the Court is aware, this case concerns the constitutionality, as applied to Plaintiff, of the preclearance requirement of Section 5 of the Voting Rights Act of 1965, which was reauthorized by the Fannie Lou Hamer, Rosa Parks, and Coretta Scott King Voting Rights Act Reauthorization and Amendments Act of 2006, Public Law 109-246 (VRARA). Also at issue in this case is whether Plaintiff may "bail out" of the Section 5 preclearance requirement under the criteria set forth in Section 4 of the Voting Rights Act. The issues of law in this case are complex and require an extended analysis of prior decisions of the Supreme Court that have addressed Section 5, as well as the Court's decision in *City of Boerne v. Flores*, 521 U.S. 507 (1997) and its decisions following *City of Boerne*.

Central to the constitutional question before the Court is the nature of the record on which Congress based its decision to reauthorize Section 5. The record documenting the evidence in the hearings immediately leading up to the passage of the VRARA in 2006 alone comprise more than 17,000 pages. In addition, the records on which Congress based the initial passage of the Voting Rights Act in 1965, as well as the reauthorizations of Section 5 in 1970, 1975, and 1982, bear upon the legal analysis in this case.

2. The Parties respectfully submit that initial briefs of not longer than 90 pages would permit the Parties to adequately address the issues before the Court. At the same time, Defendants are keenly aware of the Court's Order of November 28, 2006, directing all parties to take steps to avoid duplication of efforts and reduce redundant filings. To that end, Private Defendant-Intervenors have conferred and anticipate that not more than two opening briefs will be filed on their collective behalf. An Order granting this motion to exceed the page limitation set by Local Civil Rule 7(e) will facilitate the integration of

Private Defendant-Intervenors' arguments within a joint filing to the maximum extent possible. If this motion is granted, only one of the two briefs filed on behalf of Private Defendant-Intervenors would exceed 45 pages, and the other brief would be within the 45-page limit. Defendant-Intervenor Travis County intends to file a separate brief within the 45-page limit.

3. In addition, Private Defendant-Intervenors, together with Travis County, anticipate filing a Joint Statement of Material Facts, in accordance with Local Civil Rules 7(h) and 56.1, that will set forth, among other things, the evidence in the legislative record (with citations to the legislative record) that Private Defendant-Intervenors and Travis County believe supports the constitutionality of the reauthorization of Section 5. That Joint Statement of Material Facts may be quite lengthy (perhaps exceeding 300 pages), but should be helpful to the Court as a summary of the legislative record.[1] The Joint Statement of Material Facts will also avoid duplication of filing of statements of material facts by the various Defendant-Intervenors. Plaintiff and Defendant Attorney General Gonzales each intend to file a separate Statement of Material Facts.

4. Further, for the Court's ease of reference, Private Defendant-Intervenors, together with Travis County, intend to provide the Court with a DvD set containing electronic copies of the legislative records for the 1975, 1982 and 2006 congressional reauthorizations of the Voting Rights Act.

---

[1] This Court's Local Rules do not provide a page limit for the summary judgment movant's Statement of Material Facts required by Local Civil Rules 7(h) and 56.1, nor do they provide a page limit for the separate statement of genuine issues setting forth material facts as to which it is contended there exists a genuine issue necessary to be litigated, which is required to be filed by the party opposing summary judgment. In any event, Defendant-Intervenors in their Joint Statement of Material Facts will endeavor to avoid burdening the Court with unnecessary material.

5.  The Parties have conferred and Defendants have consented to Plaintiff receiving leave to file an over-length memorandum of points and authorities in opposition to the Defendants' motions for summary judgment, so long as the total number of requested pages in such a request is equal to or less than the total number of pages that are filed by Defendants collectively in Defendants' opening memoranda in support of Defendants' motions for summary judgment.

WHEREFORE, The Parties jointly request that the Court enter the accompanying proposed Order allowing:

- opening briefs in support of motions for summary judgment in excess of 45 pages, but not to exceed 90 pages, to be filed by (a) Plaintiff, (b) Defendant Attorney General Gonzales, and (c) one consolidated group of Private Defendant-Intervenors, in addition to briefs within the 45-page limit to be filed by (a) Travis County; and (b) another individual Private Defendant-Intervenor or group of Private Defendant-Intervenors; and

- a brief by Plaintiff in opposition to the Defendants' motions for summary judgment, in excess of 45 pages and up to the number of pages equal to or less than the total number of pages that are filed by Defendants collectively in Defendants' opening memoranda in support of Defendants' motions for summary judgment.

Dated:  May 2, 2007

Respectfully submitted,

*/s/ Gregory S. Coleman*
Gregory S. Coleman
Christian J. Ward
Yetter & Warden LLP
221 West Sixth Street, Ste. 750
Austin, TX  78701
(512) 533-0150
(512) 533-0120 (fax)

*Counsel for Plaintiff Northwest Austin Municipal Utility District Number One*

| | |
|---|---|
| Wan J. Kim | Jeffery A. Taylor |
| Assistant Attorney General | United States Attorney |
| Civil Rights Division | |

John K. Tanner (D.C. Bar #318873)
Chief, Voting Section

*/s/ T. Christian Herren Jr.*
H. Christopher Coates
Principal Deputy Chief
T. Christian Herren Jr.
Richard Dellheim
Sarah E. Harrington
Christy A. Mccormick
Attorneys

Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax:    (202) 307-3961

*Counsel for Defendant Attorney General*

*/s/ J. Gerald Hebert*
J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Max Renea Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
Telephone: (512) 480-8231
Facsimile: (512) 480-9105

*Counsel for Defendant-Intervenors Travis County, Texas*

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Michael J. Gottlieb (admitted *pro hac vice*)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

*/s/ Debo P. Adegbile*
Debo P. Adegbile

*/s/ Norman J. Chachkin*
Norman J. Chachkin (D.C. Bar No.235283)
Theodore Shaw
President and Director-Counsel
Jacqueline A. Berrien
Ryan P. Haygood
Jenigh J. Garrett
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Kristen M. Clarke
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Samuel Spital
HOLLAND & KNIGHT
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
Telephone: (404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU FOUNDATION OF TEXAS
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-IntervenorNathaniel Lesane*

*/s/ David J. Becker*
David J. Becker (D.C. Bar No. 496318)
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 467-4999

*Counsel for Defendant-Intervenor People for the American Way*

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
TEXAS RIOGRANDE LEGAL AID, INC.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors Angie Garcia, Jovita Casarez, Ofelia Zapata*

*/s/ Nina Perales*
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler*
Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2007, I caused to be served a copy of the foregoing JOINT MOTION OF ALL PARTIES FOR LEAVE TO FILE OVERLENGTH MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT to all counsel of record via the Court's CM/ECF filing system.

                                              */s/ Daniel A. Zibel*
                                              Daniel A. Zibel