**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:06-CV-01384 (DST, PLF, EGS) |
| ALBERTO GONZALES, Attorney General of the United States, et al., | ) ) ) | |
| Defendants. | ) ) | |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

<u>**ORDER**</u>

Upon consideration of Joint Motion Of All Parties For Leave To File Overlength Memoranda Of Points And Authorities In Support Of Motions For Summary Judgment, dated May 2, 2007, the Court finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED; and it is hereby

**FURTHER ORDERDED** that opening memoranda in support of motions for summary judgment in excess of 45 pages, but not to exceed 90 pages, may be filed by (a) Plaintiff, (b) Defendant Attorney General Gonzales, and (c) one consolidated group of Private Defendant-Intervenors, in addition to briefs not to exceed 45 pages to be filed by (a) Travis County; and (b) another individual Private Defendant-Intervenor or group of Private Defendant-Intervenors; and it is hereby

**FURTHER ORDERED** that Plaintiff is granted leave to file a memorandum of points and authorities in opposition to the Defendants' motions for summary judgment, in excess of 45 pages and up to the number of pages equal to or less than the total number of pages that are filed

1

by Defendants collectively in Defendants' opening memoranda in support of Defendants'

motions for summary judgment.

      The Clerk of the Court is directed to forward a copy of this Order to all counsel of record

in this action.


**Date:**  _____         _____
                                        **United States District Judge**

**NOTICE TO:**

All Counsel of record via the Court's ECF/CM filing system.