## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST       AUSTIN       MUNICIPAL UTILITY DISTRICT NUMBER ONE <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America <br><br> Defendant, <br><br> RODNEY LOUIS, et al. <br><br> Defendant-Intervenors, <br><br> WINTHROP GRAHAM, et al. <br><br> Defendant-Intervenors. | Civil Action No. 1:06-CV-01384 (PF, ES, DT) |

## MOTION TO ENROLL COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Ryan P. Haygood be granted permission to appear and participate *pro hac vice* as co-counsel for Rodney Louis and Nicole Louis (hereinafter "Louis Intervenors"), Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson and Marisa Richardson (hereinafter "Graham Intervenors") in the above-styled action.

Attached to this motion is the Declaration of Ryan P. Haygood that sets forth his eligibility to participate in this matter. In addition, that Declaration is accompanied by a copy of

1

a certificate of good standing issued by the Supreme Court of the State of New York, wherein

Mr. Haygood has been admitted to practice, showing that he has been admitted in such court and

that he is in good standing therein.

    WHEREFORE, I respectfully request that this Motion to Enroll Counsel *Pro Hac Vice* be

granted.

                            Respectfully submitted,


                            s/  Norman J. Chachkin
                            Norman J. Chachkin (D.C. Bar No. 235283)
                            NAACP Legal Defense and Educational Fund, Inc.
                            99 Hudson Street, Suite 1600
                            New York, NY 10013


               *Attorney for Louis, et al. and Graham, et al. Intervenors*


Dated: May 3, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I caused to be served a copy of the foregoing

**Motion to Enroll Counsel *Pro Hac Vice*** through the ECF filing system on the following

counsel for the parties:

Erik Scott Jaffe, Esq.
Erik S. Jaffe, P.C.
5101 34th Street, N.W.
Washington, DC 20008-2015
jaffe@esjpc.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Project on Fair Representatin
221 W. 6th Street, Suite 750
Austin, TX 78701
cward@yetterwarden.com

*Counsel for Plaintiff Northwest Austin*
*Municipal Utility District Number One*

T. Christian Herren, Jr., Esq.
Special Counsel
chris.herren@usdoj.gov
Sarah E. Harrington, Esq.
sara.harrington@usdoj.gov
Christy A. McCormick, Esq.
christy.mccormick@usdoj.gov
Suzanne Stafford, Esq.
Suzanne.stafford@usdoj.gov
Civil Rights Division
United States Department of Justice
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530

*Counsel for Defendant*

Nina Perales, Esq.
Mexican American Legal Defense &
    Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205
nperales@maldef.org

Joseph E. Sandler, Esq.
Sandler Reiff & Young PC
50 E Street, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

*Counsel for Intervenors-Defendants*
*Lisa and Gabriel Diaz*

Seth P. Waxman, Esq.
seth.waxman@wilmerhale.com
John A. Payton, Esq.
john.payton@wilmerhale.com
Paul R.Q. Wolfson, Esq.
paul.wolfson@wilmerhale.com
Ariel B. Waldman, Esq.
ariel.waldman@wilmerhale.com
Daniel A. Zibel, Esq.
Michael J. Gottlieb, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

*Counsel for Intervenors-Defendants Texas*
*State Conference of NAACP and Austin*
*Branch of the NAACP*

Dennis C. Hayes, Esq.
General Counsel
National Association for the Advancement
   of Colored People, Inc.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215

*Counsel for Intervenors-Defendants Texas
State Conference of NAACP and Austin
Branch of the NAACP*

Jon M. Greenbaum, Esq.
jgreenbaum@lawyerscommittee.org
Benjamin J. Blustein, Esq.
bblustein@lawyerscommittee.org
Jonah H. Goldman, Esq.
jgoldman@lawyerscomm.org
Lawyers' Committee for Civil Rights
   Under Law
1401 New York Ave., N.W., Suite 400
Washington, DC 20005

*Counsel for Intervenors-Defendants Texas
State Conference of NAACP and Austin
Branch of the NAACP*

David J. Becker, Esq.
dbecker@pfaw.org
People for the American Way Foundation
2000 M Street, N.W., Suite 400
Washington, DC 20036

*Counsel for Intervenor-Defendant
People for the American Way*

Laughlin McDonald, Esq.
Neil Bradley, Esq.
American Civil Liberties Union Foundation,
   Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
courtfilings@aclu-nca.org

Lisa Graybill, Esq.
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, TX 78702
courtfilings@aclu-nca.org

Arthur B. Spitzer, Esq.
Legal Director
American Civil Liberties Union of
   the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
artspitzer@aol.com
courtfilings@aclu-nca.org

Michael J. Kator, Esq.
Kator, Parks & Weiser, PLLC
1020 19th Street, N.W., Suite 350
Washington, DC 20036-6101
mkator@katorparks.com

Jeremy Wright, Esq.
Kator, Parks & Weiser, PLLC
812 San Antonio Street, Suite 100
Austin, TX 78701

*Counsel for Intervenor-Defendant
Nathaniel Lesane*

Max Renea Hicks, Esq.
1250 Norwood Tower
114 West 7th Street
Austin, TX 78701
rhicks@renea-hicks.com

J. Gerald Hebert, Esq.
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net

*Counsel for Intervenor-Defendant*
*Travis County*

Jose Garza, Esq.
Judith A. Sanders-Castro, Esq.
George Korbel, Esq.
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, TX 78212
jgarza@trla.org

Alpha Hernandez, Esq.
ahernandez@trla.org
Eloy Padilla, Esq.
epadilla@trla.org
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, TX 78840

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
mkirkpatrick@citizen.org

*Counsel for Intervenors-Defendants*
*Angie Garcia, Jovita Casarez and*
*Ofelia Zapata*

_____*/s/ Norman J. Chachkin*_____
Norman J. Chachkin