IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>Defendant,<br><br>RODNEY LOUIS, et al.<br><br>Defendant-Intervenors.<br><br>WINTHROP GRAHAM, et al.<br><br>Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## DECLARATION OF RYAN P. HAYGOOD

In accordance with Rule 83.2(d) of the Local Rules of this Court, I, RYAN P. HAYGOOD, testify and state as follows:

1. I am an attorney duly licensed to practice law before all state courts in the Courts of the State of New York and I am an Assistant Counsel with the NAACP Legal Defense and Educational Fund, Inc. ("LDF"). LDF has litigated cases involving voting rights and other matters for several decades.

1

2. My full name is Ryan P. Haygood. My office address is 99 Hudson Street, Suite 1600, New York, New York, 10013; telephone number is (212) 965.2235; facsimile number is (212) 226.7592; e-mail address: rhaygood@naacpldf.org.

3. I am a member in good standing and eligible to practice before the following courts:

| | |
|---|---|
| The United States Supreme Court | (admitted 2007) |
| United States Court of Appeals for the Second Circuit | (admitted 2005) |
| United States Court of Appeals for the Ninth Circuit | (admitted 2006) |
| United States District Courts for the Southern and Eastern Districts of New York | (admitted 2002) |
| United States District Court for the Eastern District of Washington | (admitted 2006) |
| New York State Courts | (admitted 2002) |
| Alabama State Courts | (admitted 2006) |

4. I am not currently, nor have I ever been, sanctioned, disciplined or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. A certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached.

5. I have not appeared *pro hac vice* within the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Ryan P. Haygood
Ryan P. Haygood

Dated: May 3, 2007