IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br>Defendant,<br><br>RODNEY LOUIS, et al.<br>WINTHROP GRAHAM, et al.<br>Defendant Intervenors | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## MOTION TO ENROLL COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Samuel Spital be granted permission to appear and participate *pro hac vice* co-counsel for Rodney Louis and Nicole Louis (hereinafter "Louis Intervenors"), Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson and Marisa Richardson (hereinafter "Graham Intervenors") in the above-styled action.

Attached to this motion is the Declaration of Samuel Spital that sets forth his eligibility to participate in this matter.

WHEREFORE, I respectfully request that this Motion to Enroll Counsel *Pro Hac Vice* be granted.

Respectfully submitted,

s/ Norman J. Chachkin
Norman J. Chachkin (D.C. Bar. No. 235283)
NAACP Legal Defense and Education Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY  10013

Attorney for Louis and Graham Intervenors.

Dated: May 3, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I caused to be served a copy of the foregoing **Motion to Enroll Counsel *Pro Hac Vice*** through the ECF filing system on the following counsel for the parties:

Erik Scott Jaffe, Esq.
Erik S. Jaffe, P.C.
5101 34th Street, N.W.
Washington, DC 20008-2015
jaffe@esjpc.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Project on Fair Representatin
221 W. 6th Street, Suite 750
Austin, TX 78701
cward@yetterwarden.com

*Counsel for Plaintiff Northwest Austin Municipal Utility District Number One*

Nina Perales, Esq.
Mexican American Legal Defense &
   Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205
nperales@maldef.org

Joseph E. Sandler, Esq.
Sandler Reiff & Young PC
50 E Street, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

*Counsel for Intervenors-Defendants Lisa and Gabriel Diaz*

T. Christian Herren, Jr., Esq.
Special Counsel
chris.herren@usdoj.gov
Sarah E. Harrington, Esq.
sara.harrington@usdoj.gov
Christy A. McCormick, Esq.
christy.mccormick@usdoj.gov
Suzanne Stafford, Esq.
Suzanne.stafford@usdoj.gov
Civil Rights Division
United States Department of Justice
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530

*Counsel for Defendant*

Seth P. Waxman, Esq.
seth.waxman@wilmerhale.com
John A. Payton, Esq.
john.payton@wilmerhale.com
Paul R.Q. Wolfson, Esq.
paul.wolfson@wilmerhale.com
Ariel B. Waldman, Esq.
ariel.waldman@wilmerhale.com
Daniel A. Zibel, Esq.
Michael J. Gottlieb, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Dennis C. Hayes, Esq.  
General Counsel  
National Association for the Advancement  
    of Colored People, Inc.  
NAACP National Office  
4805 Mt. Hope Drive  
Baltimore, MD 21215  

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Jon M. Greenbaum, Esq.  
jgreenbaum@lawyerscommittee.org  
Benjamin J. Blustein, Esq.  
bblustein@lawyerscommittee.org  
Jonah H. Goldman, Esq.  
jgoldman@lawyerscomm.org  
Lawyers' Committee for Civil Rights  
    Under Law  
1401 New York Ave., N.W., Suite 400  
Washington, DC 20005  

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

David J. Becker, Esq.  
dbecker@pfaw.org  
People for the American Way Foundation  
2000 M Street, N.W., Suite 400  
Washington, DC 20036  

*Counsel for Intervenor-Defendant People for the American Way*

Laughlin McDonald, Esq.  
Neil Bradley, Esq.  
American Civil Liberties Union Foundation, Inc.  
2600 Marquis One Tower  
245 Peachtree Center Avenue  
Atlanta, GA 30303  
courtfilings@aclu-nca.org  

Lisa Graybill, Esq.  
Legal Director  
ACLU Foundation of Texas  
1210 Rosewood Avenue  
Austin, TX 78702  
courtfilings@aclu-nca.org  

Arthur B. Spitzer, Esq.  
Legal Director  
American Civil Liberties Union of  
    the National Capital Area  
1400 20th Street, N.W., Suite 119  
Washington, DC 20036  
artspitzer@aol.com  
courtfilings@aclu-nca.org  

Michael J. Kator, Esq.  
Kator, Parks & Weiser, PLLC  
1020 19th Street, N.W., Suite 350  
Washington, DC 20036-6101  
mkator@katorparks.com  

Jeremy Wright, Esq.  
Kator, Parks & Weiser, PLLC  
812 San Antonio Street, Suite 100  
Austin, TX 78701  

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Max Renea Hicks, Esq.
1250 Norwood Tower
114 West 7th Street
Austin, TX 78701
rhicks@renea-hicks.com

J. Gerald Hebert, Esq.
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net

*Counsel for Intervenor-Defendant*
*Travis County*

Jose Garza, Esq.
Judith A. Sanders-Castro, Esq.
George Korbel, Esq.
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, TX 78212
jgarza@trla.org

Alpha Hernandez, Esq.
ahernandez@trla.org
Eloy Padilla, Esq.
epadilla@trla.org
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, TX 78840

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
mkirkpatrick@citizen.org

*Counsel for Intervenors-Defendants*
*Angie Garcia, Jovita Casarez and*
*Ofelia Zapata*


                    */s/ Norman J. Chachkin*
           Norman J. Chachkin