IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE <br>             Plaintiff, <br>             v. <br><br> ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America <br>             Defendant, <br><br> RODNEY LOUIS, et al. <br> WINTHROP GRAHAM, et al. <br>             Defendant Intervenors | Civil Action No. 1:06-CV-01384 <br> (PF, ES, DT) |

## DECLARATION OF SAMUEL SPITAL

In accordance with Rule 83.2(d) of the Local Rules of this Court, I, SAMUEL SPITAL, testify and state as follows:

1. I am an attorney duly licensed to practice law before all state courts in the Courts of the State of New York (admitted June 20, 2005), and I am an Associate at Holland & Knight, LLP.

2. My full name is Samuel Spital. My office address is 195 Broadway, 24th Floor, New York, NY 10007; telephone number is (212) 513-3200; facsimile number is (212)-385-9010; e-mail address: samuel.spital@hklaw.com.

3. I am a member in good standing and eligible to practice before the following courts:

    United States District Court for the

    Southern District of New York     (admitted 2007)

    New York State Courts     (admitted 2005)

4. I am not currently, nor have I ever been, sanctioned, disciplined, or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. A certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached.

5. I have not appeared *pro hac vice* within the United States District Court for the District of Columbia within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

    s/ Samuel Spital
    Samuel Spital

Dated:     May 3, 2007

2