IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br>Defendant,<br><br>RODNEY LOUIS, et al.<br>WINTHROP GRAHAM, et al.<br>Defendant Intervenors | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

### ORDER GRANTING MOTION TO ENROLL COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Samuel Spital be granted permission to appear and participate *pro hac vice* as co-counsel for the Louis and Graham Intervenors in the above-styled action.

It is ORDERED that the Motion to Enroll Counsel Samuel Spital, is hereby GRANTED.

_____

This ___ day of ___, 2007.