IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>　　　　　Defendant,<br><br>RODNEY LOUIS, et al.<br><br>　　　　　Defendant-Intervenors,<br><br>WINTHROP GRAHAM, et al.<br><br>　　　　　Defendant-Intervenors. | Civil Action No. 1:06-CV-01384 (PF, ES, DT) |

## MOTION TO ENROLL COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), Norman J. Chachkin, a member of the Bar of this Court, requests that Jenigh J. Garrett be granted permission to appear and participate *pro hac vice* as co-counsel for Rodney Louis and Nicole Louis (hereinafter Louis Intervenors) and Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson (hereinafter Graham Intervenors) in this above-styled action.

Attached to this motion is the Declaration of Jenigh J. Garrett that sets forth her eligibility to participate in this matter. In addition, that Declaration is accompanied by a copy of a certificate of good standing issued by the Supreme Court of the State of New York, wherein Ms.

1

Garrett has been admitted to practice, showing that she has been admitted in such court and that she is in good standing therein.

WHEREFORE, I respectfully request that this Motion to Enroll Counsel Pro Hac Vice be granted.

Respectfully submitted,

_s/ Norman J. Chachkin_
Norman J. Chachkin (D.C. Bar No. 235283)
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013

*Attorney for Louis, et al. and Graham, et al. Intervenors*

Dated: May 3, 2007.

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I caused to be served a copy of the foregoing

**Motion to Enroll Counsel *Pro Hac Vice*** through the ECF filing system on the following

counsel for the parties:

Erik Scott Jaffe, Esq.
Erik S. Jaffe, P.C.
5101 34th Street, N.W.
Washington, DC 20008-2015
jaffe@esjpc.com

Gregory S. Coleman, Esq.
Christian J. Ward, Esq.
Project on Fair Representatin
221 W. 6th Street, Suite 750
Austin, TX 78701
cward@yetterwarden.com

*Counsel for Plaintiff Northwest Austin*
*Municipal Utility District Number One*

Nina Perales, Esq.
Mexican American Legal Defense &
   Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205
nperales@maldef.org

Joseph E. Sandler, Esq.
Sandler Reiff & Young PC
50 E Street, Suite 300
Washington, DC 20003
sandler@sandlerreiff.com

*Counsel for Intervenors-Defendants*
*Lisa and Gabriel Diaz*

T. Christian Herren, Jr., Esq.
Special Counsel
chris.herren@usdoj.gov
Sarah E. Harrington, Esq.
sara.harrington@usdoj.gov
Christy A. McCormick, Esq.
christy.mccormick@usdoj.gov
Suzanne Stafford, Esq.
Suzanne.stafford@usdoj.gov
Civil Rights Division
United States Department of Justice
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530

*Counsel for Defendant*

Seth P. Waxman, Esq.
seth.waxman@wilmerhale.com
John A. Payton, Esq.
john.payton@wilmerhale.com
Paul R.Q. Wolfson, Esq.
paul.wolfson@wilmerhale.com
Ariel B. Waldman, Esq.
ariel.waldman@wilmerhale.com
Daniel A. Zibel, Esq.
Michael J. Gottlieb, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

*Counsel for Intervenors-Defendants Texas*
*State Conference of NAACP and Austin*
*Branch of the NAACP*

Dennis C. Hayes, Esq.
General Counsel
National Association for the Advancement
    of Colored People, Inc.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*


Jon M. Greenbaum, Esq.
jgreenbaum@lawyerscommittee.org
Benjamin J. Blustein, Esq.
bblustein@lawyerscommittee.org
Jonah H. Goldman, Esq.
jgoldman@lawyerscomm.org
Lawyers' Committee for Civil Rights
    Under Law
1401 New York Ave., N.W., Suite 400
Washington, DC 20005

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*


David J. Becker, Esq.
dbecker@pfaw.org
People for the American Way Foundation
2000 M Street, N.W., Suite 400
Washington, DC 20036

*Counsel for Intervenor-Defendant People for the American Way*

Laughlin McDonald, Esq.
Neil Bradley, Esq.
American Civil Liberties Union Foundation,
    Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
courtfilings@aclu-nca.org

Lisa Graybill, Esq.
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, TX 78702
courtfilings@aclu-nca.org

Arthur B. Spitzer, Esq.
Legal Director
American Civil Liberties Union of
    the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
artspitzer@aol.com
courtfilings@aclu-nca.org

Michael J. Kator, Esq.
Kator, Parks & Weiser, PLLC
1020 19th Street, N.W., Suite 350
Washington, DC 20036-6101
mkator@katorparks.com

Jeremy Wright, Esq.
Kator, Parks & Weiser, PLLC
812 San Antonio Street, Suite 100
Austin, TX 78701

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Max Renea Hicks, Esq.
1250 Norwood Tower
114 West 7th Street
Austin, TX 78701
rhicks@renea-hicks.com

J. Gerald Hebert, Esq.
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net

*Counsel for Intervenor-Defendant
Travis County*

Jose Garza, Esq.
Judith A. Sanders-Castro, Esq.
George Korbel, Esq.
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, TX 78212
jgarza@trla.org

Alpha Hernandez, Esq.
ahernandez@trla.org
Eloy Padilla, Esq.
epadilla@trla.org
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, TX 78840

Michael T. Kirkpatrick, Esq.
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
mkirkpatrick@citizen.org

*Counsel for Intervenors-Defendants
Angie Garcia, Jovita Casarez and
Ofelia Zapata*


    */s/ Norman J. Chachkin*
    Norman J. Chachkin