IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE<br><br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States of America<br><br>Defendant,<br><br>RODNEY LOUIS, et al.<br><br>Defendant-Intervenors,<br><br>WINTHROP GRAHAM, et al.<br><br>Defendant-Intervenors. | Civil Action No. 1:06-CV-01384<br>(PF, ES, DT) |

## DECLARATION OF JENIGH J. GARRETT

In accordance with Rule 83.2(d) of the Local Rules of this Court, I, JENIGH J. GARRETT, testify and state as follows:

1. I am an attorney duly licensed to practice law before all state courts in the Courts of the State of New York and I am an Assistant Counsel with the NAACP Legal Defense and Educational Fund, Inc. ("LDF"). LDF has litigated cases involving voting rights and other matters for several decades.

1

2. My full name is Jenigh J. Garrett. My office address is 99 Hudson Street, Suite 1600, New York, New York, 10013; telephone number is (212) 965.2237; facsimile number is (212) 226.7592; e-mail address: jgarrett@naacpldf.org.

3. I am a member in good standing and eligible to practice law before New York State courts (admitted 2004).

4. I am not currently, nor have I ever been, sanctioned, disciplined or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. A certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached.

5. I have not appeared *pro hac vice* within the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Jenigh J. Garrett<br>Jenigh J. Garrett

Dated: May 3, 2007