UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT,                   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-1384 (DST, PLF, EGS)
                                    )
ALBERTO GONZALES,                   )
Attorney General of the United States, et al., )
                                    )
            Defendants.             )
_____)

ORDER

       This matter is before the Court on the Joint Motion Of All Parties For Leave To File Overlength Memoranda Of Points And Authorities In Support Of Motions For Summary Judgment. Upon consideration of the motion, the Joint Supplemental Report in Response to the Court's Order of May 7, 2007 and the entire record in this case, it is hereby

       ORDERED that the Joint Motion Of All Parties For Leave To File Overlength Memoranda Of Points And Authorities In Support Of Motions For Summary Judgment [90] is GRANTED; it is

       FURTHER ORDERED that opening memoranda in support of motions for summary judgment in excess of 45 pages, but not to exceed 90 pages, may be filed by (a) Plaintiff, (b) Defendant Attorney General Gonzales, and (c) one consolidated group of Private Defendant-Intervenors, in addition to briefs not to exceed 45 pages to be filed by (a) Travis

County; and (b) another individual Private Defendant-Intervenor or group of Private Defendant-Intervenors; it is

FURTHER ORDERED that Plaintiff is granted leave to file a memorandum of points and authorities in opposition to the Defendants' motions for summary judgment, in excess of 45 pages and up to the number of pages equal to or less than the total number of pages that are filed by Defendants collectively in Defendants' opening memoranda in support of Defendants' motions for summary judgment; it is

FURTHER ORDERED that Defendants shall file no later than 10 days after service of Plaintiff's motion for summary judgment a supplemental statement stating how many opposition briefs they anticipate filing and what page limitations they request; and it is

FURTHER ORDERED that Plaintiff is granted leave to file a single, consolidated reply in support of its motion for summary judgment up to the number of pages equal to one-half of the number of pages that Defendant Attorney General Gonzales and Defendant-Intervenors collectively use in their combined or individual responses to the Plaintiff's motion for summary judgment.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: May 11, 2007