IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL § <br> UTILITY DISTRICT NUMBER ONE, § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § <br> ALBERTO GONZALES, ATTORNEY § <br> GENERAL OF THE UNITED STATES, § <br> § <br> *Defendant*, § <br> § <br> TRAVIS COUNTY, TEXAS § <br> 314 W. 11th Street § <br> Austin, Texas 78701 § <br> § <br> *Defendant-Intervenor*. § | Civil Action No. <br> 1:06cv1384 <br> Three-judge court (PLF, DST, EGS) |

**ORDER GRANTING SUMMARY JUDGMENT**

The Court has before it Travis County's Motion for Summary Judgment. After giving due consideration to the motion, the opposition filed by the Northwest Austin Municipal Utility District Number One, and the argument of counsel, as well as other filings in the case, the Court determines as follows:

Travis County's Motion for Summary Judgment is GRANTED. The Court declares that:

- Northwest Austin Municipal Utility District Number One is not authorized to seek exemption from Section 5 of the Voting Rights Act of 1965 as amended ("the Act), 42 U.S.C. § 1973c, by invoking the bailout provisions of Section 4 of the Act, 42 U.S.C. § 1973b(a), because it is not a "political subdivision" within the meaning of Section 14 of the Act, 42 U.S.C. § 1973*l*(c)(2); and

- Section 5 of the Act, 42 U.S.C. § 1973c, is an appropriate exercise of Congress's legislative power under Section 5 of the Fourteenth Amendment to the United States Constitution and Section 2 of the Fifteenth Amendment to the United States Constitution.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES CIRCUIT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE