## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NORTHWEST AUSTIN　　　　　　　)
MUNICIPAL UTILITY DISTRICT　　　)
NUMBER ONE,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　　Civil Action No. 1:06-CV-01384
　　　　　　　　　　　　　　　　　)　　　(PF, ES, DT)
ALBERTO GONZALES,　　　　　　　　)
Attorney General of the United States, et al. )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants,　　　　　　)

## DEFENDANTS' NOTICE OF LODGING

Defendant Attorney General Gonzales, Defendant-Intervenor Travis County, and

Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of

the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy

Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the

American Way, Jovita Casares, Angie Garcia, Ofelia Zapata, Lisa Diaz, David Diaz and

Gabriel Diaz (Defendants),  hereby give notice that, in connection with Defendants'

respective motions for summary judgment being filed in this Court May 15, 2007, have

lodged with the Clerk of this Court two digital versatile discs (DVDs), and are providing

a courtesy copy of the DVDs by First Class mail to Plaintiff Northwest Austin Municipal

Utility District Number One.  DVD 1 contains available legislative history from the

congressional reauthorizations of the Voting Rights Act in 1975, 1982, and 2006.  DVD 2

contains transcripts and exhibits relating to the depositions in this case of Sharlene

Collins, Dana DeBeauvoir, William Ferguson, Kerrie Jo Qualtrough, Frank Reilly, and

Donald Zimmerman.

The list of documents contained in the two lodged DVDs is as follows:

## DvD 1: LEGISLATIVE HISTORY

### 1975 House Hearings

- *Awarding of Attorneys' Fees: Hearing Before the Subcommittee on Courts, Civil Liberties and Administration of Justice of the House Committee of the Judiciary*, 94th Cong. (1975)("1975 Atty Fee Hearings TOC")

- *H.R. 939, H.R. 2148, H.R. 3247, and H.R. 3501 Extension of the Voting Rights Act, Part 2: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975)("1975 House Hearing Appendix")

- *H.R. 939, H.R. 2148, H.R. 3247, and H.R. 3501 Extension of the Voting Rights Act, Part 1: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975), 94th Cong. (1975)("1975 House Hearing TOC")

- *Awarding of Attorneys' Fees: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975)("December 3, 1975 Atty Fee Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("February 25, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("February 26, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 13, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 14, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 17, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 20, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 21, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 24, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 25, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 3, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 4, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 5, 1975 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975) ("March 6, 1975 Hearing")

- *Awarding of Attorneys' Fees: Hearing Before the Subcommittee on Courts, Civil Liberties and Administration of Justice of the House Committee of the Judiciary*, 94th Cong. (1975) 94th Cong. (1975)("October 6, 1975 Atty Fee Hearing")

- *Awarding of Attorneys' Fees: Hearing Before the Subcommittee on Courts, Civil Liberties and Administration of Justice of the House Committee of the Judiciary*, 94th Cong. (1975) ("October 8, 1975 Hearing")

## 1975 House Reports

- H.R. Rep. No. 94-194 (1975)

**1975 Senate Hearings**

- *Appendix 1: Maps: Mexican American & Black Population Concentrations & Legislator Residence, 1960 – 72* ("1975 Senate Hearing Appendix")

- *Extension of the Voting Rights Act of 1965: Hearings on S. 407, S.903, S.1297, S.1409 & S. 1443: Hearing Before the Subcommittee on Constitutional Rights of the Committee on the Judiciary,* 94th Cong. (1975)("1975 Senate Hearings TOC")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 10, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 22, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 29, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 30, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 8, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 9, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("April 10, 1975 Hearing")

- *Extension of the Voting Rights Act of 1965: Hearing Before the Subcommittee on Constitutional Rights of the Committee of the Judiciary,* 94th Cong. (1975)("May 1, 1975 Hearing")

**1975 Senate Reports**

- S.R. Rep. No. 94-295 (1975)

**1978 GAO Reports**

- Appendix 1 Report of the Comptroller General of United States ("1978 Comptroller General Report on VRA")

- *GAO Report on the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the Committee on the Judiciary*, 95th Cong. (1978)("February 8, 1978 GAO Report on the VRA)

- *GAO Report on the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the Committee on the Judiciary*, 95th Cong. (1978)("GAO Report on the VRA toc")

- *GAO Report on the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the Committee on the Judiciary*, 95th Cong. (1978)("June 15, 1978 GAO Report on the VRA")

**1980 House Hearings**

- *Minority Language Provisions of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the Committee on the Judiciary*, 96th Cong. (1980)("1980 House Hearing Minority Language Provisions TOC")

- *Minority Language Provisions of the Voting Rights Act: Hearing Before the Civil and Constitutional Rights Committee on the Judiciary*, 96th Cong. (1980)("July 30, 1980 Hearing Minority Language Provisions")

**1981 House Hearings**

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)("1981 House VRA hearing TOC")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)("July 13, 1981 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)("June 10, 1981 Hearing")

- *Extension of the Voting Rights Act: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th.

Cong. (1981)(" June 12, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 16, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 17, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 18, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 23, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 24, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 25, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 3, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" June 5, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 17, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 19, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 20, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 28, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 6, 1981 Hearing")

- *Extension of the Voting Rights Act*: *Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee on the Judiciary*, 97th. Cong. (1981)(" May 7, 1981 Hearing")

## 1981 House Reports

- H.R. Rep. No. 97-277

## 1982 Senate Hearings

- S. 53, S.1761, S. 1975, S. 1992, and H.R. 3112 Bills To Amend The Voting Rights Act of 1965, Vol. 2 Appendix,: *Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)("1982 Senate Hearing Appendix")

- S. 53, S.1761, S. 1975, S. 1992, and H.R. 3112 Bills To Amend The Voting Rights Act of 1965, Vol. 1 Appendix,: *Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)("1982 Senate Hearing TOC")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)("February 1, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 11, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 12, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 2, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of*

*the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 25, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 27, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)(" February 28, 1982 Hearing")

- *Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the Senate Committee on the Judiciary*, 97th. Cong. (1982)("March 1, 1982 Hearing")

## 1982 Senate Reports

- Voting Rights Act: Report of the Subcommittee on the Constitution of the Senate Committee on the Judiciary, 97th. Cong. (1982)("Hatch SubComm Report")

- S.R. Rep. No. 97-417 (1982)

## 1984 House Hearings

- *Appendix 1* , 98th Cong. (1984) ("1984 House Oversight Comm Hearings appendix")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearings Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("1984 House Oversight Committee Hearings TOC")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearing Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("July 26, 1984 Oversight Comm Hearing")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearing Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("June 28, 1984 Oversight Comm Hearing")

**1984 House Hearings**

- *Appendix 1* , 98th Cong. (1984) ("1984 House Oversight Comm Hearings appendix")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearings Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("1984 House Oversight Committee Hearings TOC")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearing Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("July 26, 1984 Oversight Comm Hearing")

- *Voting Rights Act: Runoff Primaries and Registration Barriers: Oversight Hearing Before the Subcommittee on the Civil and Constitutional Rights of the House Committee of the Judiciary,* 98th Cong. (1984) ("June 28, 1984 Oversight Comm Hearing")

**1985 House Hearings**

- *Proposed Changes to Regulations Governing Section 5 of the Voting Rights Act: Oversight Hearings Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 99th Cong. (1985) ("1985 House Hearings proposed changes to VRA Sec 5 Regs TOC")

- *Proposed Changes to Regulations Governing Section 5 of the Voting Rights Act: Oversight Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 99th Cong. (1985) ("November 13, 1985 Hearing proposed changes to Sec 5 Regs")

- *Proposed Changes to Regulations Governing Section 5 of the Voting Rights Act: Oversight Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 99th Cong. (1985) ("November 20, 1985 Hearing proposed changes to Sec 5 Regs")

**1992 House Hearings:**

- *Voting Rights Act: Bilingual Education, Expert Witness Fees, and Presley: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 102nd Cong. (1992) ("1992 Presley House Hearing TOC")

- *Voting Rights Act: Bilingual Education, Expert Witness Fees, and Presley: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 102nd Cong. (1992) ("April 1, 1992 Presley House Hearing")

- *Voting Rights Act: Bilingual Education, Expert Witness Fees, and Presley: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 102nd Cong. (1992) ("April 2, 1992 Presley House Hearing")

- *Voting Rights Act: Bilingual Education, Expert Witness Fees, and Presley: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 102nd Cong. (1992) ("April 8, 1992 Presley House Hearing")

**1992 Senate Hearings:**

- *S.2236 A Bill to Amend the Voting Rights Act of 1965 to Modify and Extend the Bilingual Voting Provisions of the Act: Hearing Before the Subcommittee on the Constitution on the Senate Committee on the Judiciary,* 102nd Cong. (1992) ("1992 Senate VRA Language Assistance Hearing TOC")

- *Voting Rights Act Language Assistance Amendments of 1992: Hearing Before the Subcommittee on the Constitution on the Senate Committee on the Judiciary,* Appendices, 102nd Cong. (1992) ("February 26, 1992 Hearing Lang Asst Appendix")

- *Voting Rights Act Language Assistance Amendments of 1992: Hearing Before the Subcommittee on the Constitution on the Senate Committee on the Judiciary,* 102nd Cong. (1992) ("February 26, 1992 Hearing Lang Asst")

**1993 House Hearings**

- *H.R. 174 Voting Rights Extension Act of 1993: Hearing Before the Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 103rd Cong. (1993) ("1993 House VRA Extension Act Hearing TOC")

- *Voting Rights Extension Act of 1993: Hearing Before Subcommittee on Civil and Constitutional Rights of the House Committee of the Judiciary,* 103rd Cong. (1993) ("March 18 1993 Hearing Ext Act")

**2005 House Hearings**

- *To Examine the Impact and Effectiveness of the Voting Rights Act: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong. (2005)("October 18, 2005 Hearing")

- *Voting Rights Act: An Examination of the Scope and Criteria for Coverage Under the Special Provisions of the Act: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong. (2005) ("October 20, 2005 Hearing")

- *Voting Rights Act: Section 5 of the Act—History, Scope, and Purpose: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. I (2005) ("October 25, 2005 Scope Hearing Vol.1")

- *Voting Rights Act: Section 5 of the Act—History, Scope, and Purpose: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. II (2005) ("October 25, 2005 Scope Hearing Vol.1I")

- *Voting Rights Act: The Continuing Need for Section 5: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong. (2005)("October 25, 2005 Need Hearing")

- *Voting Rights Act: Section 5—Preclearance Standards: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong. (2005)(November 1, 2005 Hearing)

- *Voting Rights Act: Section 203—Bilingual Election Requirements: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Part I (2005)(November, 8, 2005 Hearing Pt.1.)

- *Voting Rights Act: The Judicial Evolution of the Retrogression Standard: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong. (2005)("November 9, 2005 Hearing")

- Voting Rights Act: Section 203—Bilingual Election Requirements: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary, 109th Cong., Part II (2005) ("November 9 & 10, 2005 Hearing")

- Voting Rights Act: Sections 6 and 8—The Federal Examiner and Observer Program: Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary, 109th Cong. (2005) ("November 9 & 10, 2005 Hearing")

**2005 Legislation**

- H.R. Con. Res. 216, 109th Cong. (2005)

- H.R. Con. Res. 216, 109th Cong. (2005) (enacted)

- S. Res. 232, 109th Cong. (2005)

**2006 House Hearings**

- *Voting Rights Act: Evidence of Continuing Need:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. I (2006) ("March 8, 2006 Hearing Vol. I")

- *Voting Rights Act: Evidence of Continuing Need:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. II (2006) ("March 8, 2006 Hearing Vol. II")

- *Voting Rights Act: Evidence of Continuing Need:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. III (2006) ("March 8, 2006 Hearing Vol. III")

- *Voting Rights Act: Evidence of Continuing Need:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Vol. IV (2006) ("March 8, 2006 Hearing Vol. IV")

- *Fannie Lou Hamer, Rosa Parks, and Coretta Scott King Voting Rights Act Reauthorization and Amendments Act of 2006:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Part I (2006) ("May 4, 2006 Hearing Part I")

- *Fannie Lou Hamer, Rosa Parks, and Coretta Scott King Voting Rights Act Reauthorization and Amendments Act of 2006:  Hearing Before the Subcommittee on the Constitution of the House Committee on the Judiciary*, 109th Cong., Part II (2006) ("May 4, 2006 Hearing Part I Hearing Part II")

**2006 House Reports**

- H.R. Rep. No. 109-195 (2005)
- H.R. Rep. No. 109-478 (2006)
- H.R. Rep. No. 109-516 (2006)
- H.R. Rep. No. 109-529 (2006)
- H.R. Rep. No. 109-554 (2006)

**2006 Legislation**

- 152  Cong. Rec. H4743 (daily ed. June 28, 2006)(amendment of Rep. Stearns)

- 152 Cong. Rec. H4743 (daily ed. June 28, 2006)(amendment of Rep. Stearns)

- 152 Cong. Rec. H4744 (daily ed. June 28, 2006)(statement of Rep. Stearns, Diaz-Balart, & Honda)

- 152 Cong. Rec. H4745 (daily ed. June 28, 2006)(statements of Reps. Diaz-Balart, Jackson-Lee, King, Stearns, Mollohan & Scott)

- 152 Cong. Rec. H4746 (daily ed. June 28, 2006)( statements of Reps. Davis, Mollohan, Wolf, Rohrabacher & King, Scott & Linda Sanchez)

- 152 Cong. Rec. H4747 (daily ed. June 28, 2006)( statements of Reps. Jackson-Lee, Pelosi, Honda, Schakowsky)

- 152 Cong. Rec. H4748 (daily ed. June 28, 2006)(statements of Reps. Crowley, DeGette, Wolf, Weiner)

- 152 Cong. Rec. H4774 (daily ed. June 28, 2006)(statements of Reps. Hinchey, Wolf)

- 152 Cong. Rec. H4775 (daily ed. June, 28, 2006)(votes on Stearns Amendment))

- H.R. 9, 109th Cong. (2005) (as introduced in House)

- H.R. 9, 109th Cong. (2006) (enacted)

- H.R. 9, 109th Cong. (2006) (as received in Senate)

- H.R. 9, 109th Cong. (2006) (as reported  to House)

- H.R. 9, 109th Cong. (2006) (enrolled version)

- 152 Cong. Rec. H5203 (daily ed. July 13, 2006)(statement of Rep. Jackson-Lee)("HR 9 VRA Jackson-Lee remarks 2006-07-13")

- 152 Cong. Rec. H5162 (daily ed. July 13, 2006)(statement of Rep. Kaptur)(HR 9 VRA Kaptur remarks 2006-07-13)

- 152 Cong. Rec. H5202 (daily ed. July 13, 2006)(statement of Rep. Millender-McDonald)("HR 9 VRA Millender-McDonald remarks 2006-07-13")

- H.R. Res. 878, 109th Cong. (2006) ("HRes 878 as Reported to House 2006-06-20")

- H.R. Res. 890, 109th Cong. (2006)(enacted)(" HRes 890 as Reported to House 2006-06-27")

- H.R. Res. 890, 109th Cong. (2006) (enacted) )(" HRes 890 as Reported to House 2006-06-26)"

- H.R. Res. 910, 109th Cong. (2006) )(enacted)(" HRes 910 as Reported to House 2006-07-13")

- H.R. Res. 910, 109th Cong. (2006) (" HRes 910 as Reported to House 2006-07-12")

- S.2703, 109th Cong. (2d Sess. 2006)

- S.2703, 109th Cong. (2d Sess. 2006)(as reported)

- S. Rep. No. 109-295 (2006)


**2006 Senate Hearings**

### June 13, 2006 Hearing Testimony

Senator Kennedy introduction of Tucker Rpt:
"Minority Language Assistance Practices in Public Elections: Executive Summary"
James Thomas Tucker & Rodolfo Espino (March 7, 2006) ("Tucker & Espino Report")

John Trasvina Written Answers:
Application for Ballot by Mail (attachment to testimony of John Trasvina)(" J.

Trasvina Attachment – VRA Section 203 6-13-06")

"Supplemental Testimony of John Trasvina" ("J. Trasvina Written Answers: Trasvina Responses – VRA Section 203 6-13-06")

James Tucker Written Answers:
U.S. v. Osceola County, No. 6:05-cv-1053 (M.D. Fla. 2006)("Order granting Preliminary injunction Motion & transcript")("Tucker Osceola County Case 7-10-06)

"Supplement Testimony of James Thomas Tucker" ("Tucker Responses – VRA Testimony only 7-10-06")

"Supplement Testimony of James Thomas Tucker"("Tucker Supplemental Testimony_Final")

Margaret Fung Written Testimony:
"Asian Americans and the Voting Rights Act: The Cast for Reauthorization" A Report of the Asian American Legal Defense and Education Fund ("May 2006")("Fung appendix to Testimony_VRA Hrg_6-13-06")

"Testimony of Margaret Fung" (June 13, 2006)

- *Renewing the Temporary Provisions of the Voting Rights Act: An Introduction to the Evidence: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("April 27, 2006 Hearing")

- *An Introduction to the Expiring Provisions of the Voting Rights Act and Legal Issues Relating to Reauthorization: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("May 9, 2006 Hearing")

- *Modern Enforcement of the Voting Rights Act: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("May 10, 2006 Hearing")

- *The Continuing Need for Section 5 Pre-Clearance: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("May 16, 2006 Hearing")

- *Understanding the Benefits and Costs of Section 5 Pre-Clearance: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("May 17, 2007 Hearing")

- *Continuing Need for Section 203's Provisions For Limited English Proficient Voters: Hearing Before the Senate Committee on the Judiciary*, 109th Cong. (2006) ("June 13, 2006 Hearing")

- *Reauthorizing the Voting Rights Act's Temporary Provisions: Policy Perspectives and Views From the Field: Hearing Before the Subcommittee on the Constitution, Civil Rights and Property Rights of the Senate Committee on the Judiciary*, 109th Cong. (2006)("June 21, 2006 Hearing")
- *Renewing the Temporary Provisions of the Voting Rights Act: Legislative Options After LULAC v. Perry: Hearing Before the Subcommittee on the Constitution, Civil Rights and Property Rights of the Senate Committee on the Judiciary*, 109th Cong. (2006)("July 13, 2006 Hearing")

**2006 Senate Reports**

- S.R. Rep. No. 109-295 (2006)

**DvD 2: DEPOSITIONS**

- Deposition of Sharlene N. Collins, Volume 1 (February 22, 2007)

- Deposition of Sharlene N. Collins, Volume 2 (March 2, 2007)

- Deposition of Dana DeBeauvoir (February 26, 2007)

- Deposition of William C. Ferguson, Volume 1 (February 20, 2007)

- Deposition of  William C. Ferguson, Volume 2 (February 28, 2007)

- Deposition of Kerrie Jo Qualtrough, Volume 1 (February 26, 2007)

- Deposition of Frank Michael Reilly (February 23, 2007)

- Deposition of Donald S. Zimmerman (February 21, 2007)

Deposition Exhibits

DeBeauvoir Deposition Exhibits
- Letter from John Tanner to David Escamilla, Esq. dated December 12, 2005 ("DeBeauvoir Deposition Exhibit 02")

- May 5, 2004 Submission under Section 5 of the Voting Rights Act ("DeBeauvoir Deposition Exhibit 02")

- May 13, 2004 Submission under Section 5 of the Voting Rights Act ("DeBeauvoir Deposition Exhibit 03")

- Letter from Joe Rich to Tamara Armstrong, Esq. dated July 9, 2004

("DeBeauvoir Deposition Exhibit 04")

- Agreement To Conduct Joint Elections for May 13, 2006 Elections ("DeBeauvoir Deposition Exhibit 05")

- Letter from John Hille, Jr. to Kerrie Jo Qualtrough dated May 10, 2004 ("DeBeauvoir Deposition Exhibit 06")

- April 28, 2006 Submission under Section 5 of the Voting Rights Act regarding early voting and election day voting for May 13, 2006 Joint General and Special Elections ("DeBeauvoir Deposition Exhibit 07")

- Letter from John Tanner to Julie Joe dated June 22, 2006 ("DeBeauvoir Deposition Exhibit 08")

- June 15, 2006 FedEx US Airbill ("DeBeauvoir Deposition Exhibit 09")

- Election Agreement Between Travis County and Northwest Austin Municipal Utility District No. 1 ("DeBeauvoir Deposition Exhibit 10")

- List of Bilingual Workers ("DeBeauvoir Deposition Exhibit 11")

Other Deposition Exhibits

- Notice of Deposition of Plaintiff Northwest Austin Municipal Utility District Number One ("Deposition Exhibit No 01")

- Plaintiff Northwest Austin Municipal Utility District No. 1's Answers to Private Defendant-Intervenor's Joint First Set of Interrogatories ("Deposition Exhibit No 02")

- February 26, 2004 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 03")

- Election Agreement Between Travis County and Northwest Austin Municipal Utility District No. 1 ("Deposition Exhibit No 04")

- Resident List (Canyon Creek Property Owners), dated April 8, 1992 ("Deposition Exhibit No 05")

- Notice of Deposition of Donald Zimmerman ("Deposition Exhibit No 06")

- "Texas District Says DOJ Oversight is Unlawful," by Emma Schwartz, dated January 15, 2007, published in LegalTimes.com ("Deposition Exhibit No 07")

- Minutes of May 23, 2006 Board Meeting of NW Austin MUD No. 1, with attachments ("Deposition Exhibit No 08")

- First Amended Complaint, Northwest Austin Municipal Utility District Number One v. Gonzales, filed on February 1, 2007 ("Deposition Exhibit No 09")

- "Department of Justice Asked to Investigate May 7 Austin Community College Property Tax Election," dated March 25, 2005, printed at www.saveourtaxpayers.org ("Deposition Exhibit No 10")

- November 25, 1986 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 11")

- March 27, 2002 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 12")

- Letter from Joseph D. Rich to Sharlene N. Collins, Esq., dated May 24, 2002 ("Deposition Exhibit No 13")

- April 4, 1996 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 14")

- March 26, 1998 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 15")

- Potts & Reilly bill dated September 20, 2004 ("Deposition Exhibit No 16")

- July 2, 2004 E-mail from Kerrie J. Qualtrough ("Deposition Exhibit No 17")

- Agreement to Conduct Joint Elections for May 13, 2006 Elections ("Deposition Exhibit No 18")

- Motion for Leave to File and Brief for Edward Blum, Visiting Fellow at the American Enterprise Institute, and Roger Clegg, President of the Center for Equal Opportunity as Amicus Curiae in Opposition to Appellants ("Deposition Exhibit No 19")

- February 23, 2006 e-mail from Gail Fisher to Marty Asher ("Deposition Exhibit No 20")

- Minutes of February 19, 2004 Board Meeting of NW Austin MUD No. 1, with attachments ("Deposition Exhibit No 21")

- Subpoena in a Civil Case of Sharlene N. Collins ("Deposition Exhibit No 24")

- Minutes of April 11, 2000 Board Meeting of NW Austin MUD No. 1, with attachments ("Deposition Exhibit No 25")

- March 26, 1998 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 26")

- June 6, 1996 Submission Under Section 5, Voting Rights Act ("Deposition Exhibit No 27")

- February Minutes Board Meeting of NW Austin MUD No. 1, with attachments ("Deposition Exhibit No 28")

- Notice of Director Election ("Deposition Exhibit No 29")

- Resident List (Canyon Creek Property Owners) dated April 8, 1992 ("Deposition Exhibit No 30")

- Resident List (Canyon Creek Property Owners) dated April 1, 1994 ("Deposition Exhibit No 31")

- Register of Official Ballots witnessed May 2, 1992 ("Deposition Exhibit No 32")

- Register of Official Ballots witnessed May 7, 1994 ("Deposition Exhibit No 33")

- Letter from Denise L. Motal, Strasburger & Price, to Ms. Melinda Avey, Travis County Voter Registrar, dated May 21, 1992 ("Deposition Exhibit No 34")

- Correction Certificate for Order Canvassing the Returns and Declaring the Results of December 13, 1986 Confirmation and Director Election, Bond Election and Maintenance Tax Election ("Deposition Exhibit No 35")

- Letters of resignation of directors and affidavits for appointment as temporary director ("Deposition Exhibit No 36")

- Assignment and Assumption of Letter of Agreement ("Deposition Exhibit No 37")

Respectfully Submitted,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

Jeffery A. Taylor
United States Attorney

John K. Tanner (D.C. Bar #318873)
Chief, Voting Section

*/s/  T. Christian Herren Jr.*
H. Christopher Coates
Principal Deputy Chief
T. Christian Herren Jr.
Richard Dellheim
Sarah E. Harrington
Christy A. Mccormick
Attorneys

Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax:    (202) 307-3961

*Counsel for Defendant Attorney General*

_/s/ J. Gerald Hebert_
J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Kristen M. Clarke
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Max Renea Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
Telephone: (512) 480-8231
Facsimile: (512) 480-9105

*Counsel for Defendant-Intervenors Travis County, Texas*

/s/ Seth P. Waxman     .
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
      DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363


Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
      RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858


Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
      OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

*/s/ Debo P. Adegbile*    .
Debo P. Adegbile

*/s/ Norman J. Chachkin*    .
Norman J. Chachkin (D.C. Bar No.235283)
Theodore Shaw
President and Director-Counsel
Jacqueline A. Berrien
Ryan P. Haygood
Jenigh J. Garrett
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Kristen M. Clarke
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Samuel Spital
HOLLAND & KNIGHT
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

*/s/ Laughlin McDonald* .
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
Telephone: (404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU FOUNDATION OF TEXAS
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-IntervenorNathaniel Lesane*

_/s/ David J. Becker_          .
David J. Becker (D.C. Bar No. 496318)
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 467-4999

_Counsel for Defendant-Intervenor People for the American Way_

*/s/ Jose Garza*                .
Jose Garza
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

*/s/ Michael T. Kirkpatrick*        .
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors Angie Garcia, Jovita Casarez, Ofelia Zapata*

*/s/ Nina Perales* .
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler* .
Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I caused to be served a copy of the foregoing DEFENDANTS' NOTICE OF LODGING to all counsel of record via the Court's CM/ECF filing system.


*/s/ Ariel B. Waldman*
Ariel Waldman