IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-1384 |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) | Three-judge court (PLF, DST, EGS) |
| Defendant. | ) ) ) | |

**NOTICE OF FILING**

Defendant Attorney General of the United States hereby gives notice that he will be filing exhibits in DVD format with the Clerk of Court in support of his Motion for Summary Judgment, filed this date. These exhibits will be available for review and copying during normal business hours from Monday to Friday at the office of the Clerk of Court.

                        Respectfully submitted,

| | |
|---|---|
| JEFFREY A. TAYLOR<br>United States Attorney | WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division<br><br>ASHEESH AGARWAL<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>JOHN K. TANNER (D.C. Bar No. 318873)<br>Chief, Voting Section<br><br>*/s/  T. Christian Herren Jr*<br>_____<br>H. CHRISTOPHER COATES<br>Principal Deputy Chief<br>T. CHRISTIAN HERREN JR<br>chris.herren@usdoj.gov<br>RICHARD DELLHEIM<br>richard.dellheim@usdoj.gov<br>SARAH E. HARRINGTON<br>sarah.harrington@usdoj.gov<br>CHRISTY A. McCORMICK<br>christy.mccormick@usdoj.gov<br>Attorneys<br>Civil Rights Division<br>United States Department of Justice<br>Room 7254 - NWB<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Fax:    (202) 307-3961 |

Date:  May 15, 2007