CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2007, I caused to be served a copy of the foregoing through the Court's ECF filing system to counsel of record. Copies of the exhibits lodged with the Clerk of Court will also be provided to counsel of record.

                                                */s/ T. Christian Herren Jr*

                                                T. CHRISTIAN HERREN JR