IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL<br>UTILITY DISTRICT NUMBER ONE,<br>401 W. 15th Street<br>Suite 850<br>Austin, Texas 78701,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530,<br><br>　　　　　*Defendant.* | §§§§§§§§§§§§§§§§§ | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

## AFFIDAVIT OF FRANK REILLY

STATE OF TEXAS    §
　　　　　　　　　§
COUNTY OF TRAVIS §

　　I, FRANK REILLY, after first being duly sworn, deposes and states under the pains and penalties of perjury as follows:

1. That I am an individual over twenty-one years of age, of sound mind, who has never been convicted of a felony, is capable of making this affidavit, and is fully competent to testify to the matters stated herein.

2. I am an attorney admitted to practice before all courts of the State of Texas. I am a partner at the law firm of Potts & Reilly, L.L.P. and maintain an office in Austin, Texas.

1

3. Since 2002 I have been counsel to Northwest Austin Municipal Utility District Number One.

4. I am personally acquainted with the facts herein stated by reason of performance of my service as counsel to the district and based on the district's business records, of which I am the custodian.

5. The district has never used any type of test or device as a prerequisite for voting or registration for voting.

6. The district has never used a literacy test as a prerequisite for voting or registration for voting.

7. The district has never used an education or knowledge requirement as a prerequisite for voting or registration for voting.

8. The district has never used a good-moral-character requirement as a prerequisite for voting or registration for voting.

9. The district has never used a voucher requirement as a prerequisite for voting or registration for voting.

10. The district has never conducted English-only elections. The district has always provided election materials in Spanish, as well as English.

11. No final judgment of any court of the United States has determined that denials or abridgements of the rights to vote on account of race or color have occurred anywhere in the district's territory.

12. No final judgment of any court of the United States has determined denials or abridgements of the right to vote in contravention of the guarantees of 42 U.S.C. §1973(f)(2) have occurred anywhere in the district.

13. The district has not entered into any consent decree, settlement agreement, or other agreement that resulted in any abandonment of a voting practice challenged on grounds that it denied or abridged the rights to vote on account of race or color or in contravention of the guarantees of 42 U.S.C. §1973(f)(2).

14. No action that was commenced before the filing of this case is pending against the district alleging any denials or abridgements of the right to vote.

15. No declaratory judgment has been denied under section 5 of the Voting Rights Act with respect to any preclearance submission made by the district. Nor are any such declaratory-judgment actions pending.

16. No objections have been interposed with respect to any preclearance submission made by the district.

17. No lawsuit has even been filed against the district alleging that it denied or abridged the right to vote on account of race or color or in contravention of the guarantees of 42 U.S.C. §1973(f)(2).

18. The United States Government has never assigned an examiner to the district, pursuant to the Voting Rights Act.

19. There are no other governmental units are within the district's territory.

20. The district has never used any voting procedures or methods of election that inhibited or diluted equal access to the electoral process.

21. There have been no reports, indications, or evidence of any intimidation or harassment of persons exercising rights protected under the Voting Rights Act with respect to the district's electoral process.

FURTHER AFFIANT SAYETH NOT.

Dated this 15th day of May, 2007



_____
Frank Reilly

SUBSCRIBED and SWORN to before me on this 15th day of May, 2007

_____
Notary Public, State of Texas

My commission expires: 11-14-08

4