<u>CERTIFICATE FOR ORDER CALLING CONFIRMATION</u>
<u>AND DIRECTOR ELECTION, BOND ELECTION AND</u>
<u>MAINTENANCE TAX ELECTION</u>

STATE OF TEXAS                              §
                                           §
COUNTY OF TRAVIS                            §

    I, the undersigned officer of Northwest Austin Municipal Utility District No. 1 (the "District"), hereby certify as follows:

    1.    The Board of Directors of the District (the "Board") convened in a special meeting on October 7, 1986 at the special meeting place of said District, and the roll was called of the duly constituted officers and members of the Board, to wit:

|  |  |
|---|---|
| President | Ted R. Hendricks |
| Vice President | Homer D. Reed |
| Secretary | Robert J. Liverman |
| Treasurer | James H. Hillyer |
| Assistant Secretary | Timothy Emile Jamail |

and all of such persons were present except Director Jamail, thus constituting a quorum. Whereupon among other business the following was transacted at the meeting:  a written

CERTIFICATE FOR ORDER CALLING CONFIRMATION
AND DIRECTOR ELECTION, BOND ELECTION AND
MAINTENANCE TAX ELECTION

(the "Order") was duly introduced for the consideration of the Board and read in full. It was then duly moved and seconded that the Order be adopted, and, after due discussion, said motion, carrying with it the adoption of the Order, carried by the following votes:

        AYES:   4

        NOES:   0

    2.    A true and complete copy of the Order adopted at the meeting described in the above and foregoing paragraph is attached to and follows this certificate; the Order has been duly signed and attested by the proper officers and, as signed, has been duly recorded in the Board's minutes of said meeting; the above and foregoing paragraph is a true and complete excerpt from the District's minutes of said meeting pertaining to the adoption of the Order; said meeting was open to the

*EXHIBIT C*

public as required by law; and written notice of the date, place, and subject of said meeting was given as required by law, including particularly Article 6252-17, Texas Revised Civil Statutes, as amended, and Section 54.109, Texas Water Code, as amended.

WITNESS MY HAND and the SEAL of the DISTRICT this __11__ day of November, 1986.

_Robert J. Liveman_
Secretary, Board of Directors

(SEAL)

4089P

EXHIBIT C

ORDER CALLING CONFIRMATION AND DIRECTOR ELECTION,
BOND ELECTION, AND MAINTENANCE TAX ELECTION

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission (the "Commission"), and the temporary directors of the District have been appointed by the Commission (the "Board of Directors") and have met and organized and have qualified to serve as directors of the District by taking the oath and making the bond required by law; and

WHEREAS, it is now necessary to call an election to confirm the creation and establishment of the District and to elect five (5) permanent directors thereof, each of whom shall serve until the next regular election on April 2, 1988; and

WHEREAS, there has been filed in the office of the District, open to inspection by the public, an engineer's report covering the works, improvements, facilities, treatment plants, equipment and appliances to be purchased, acquired and constructed by the District and the property, contract rights, rights of use, and interests in property to be purchased or acquired, as well as the estimated cost of all the foregoing, together with maps, plats, profiles and data showing and explaining the report and the report has been considered by the Board of Directors; and

WHEREAS, said works, improvements, facilities, treatment plants, equipment, appliances, property, contract rights, rights of use, and interests in property are designed and intended to furnish a water supply and distribution system, sanitary sewer system, and a drainage and storm sewer system for the District; and

WHEREAS, said engineer's report, as supplemented to date, contains an estimate of the cost of the purchase, acquisition and construction of the proposed works, improvements, facilities, treatment plants, equipment, appliances, and an estimate of the District's cost of purchasing and acquiring said property, contract rights, rights of use, and interests in property, and an estimate of the expenses incident thereto, as generally follows:

Construction Cost:

| | | |
|---|---|---|
| 1. | Water Supply, Storage and Distribution System | $ 6,743,100.00 |
| 2. | Sewage Collection and Treatment System | $ 8,135,400.00 |

EXHIBIT C

| | | |
|---|---|---|
| 3. | Drainage System | $ 1,374,100.00 |
| 4. | Construction Contingencies | $ 1,625,260.00 |
| 5. | Investigation Plan and Engineering Work | $ 1,787,786.00 |
| | TOTAL CONSTRUCTION COST | $19,665,646.00 |

Non-Construction Cost:

| | | |
|---|---|---|
| 1. | Legal and Market Attorney Fees | $ 1,029,000.00 |
| 2. | Fiscal Agent's Fees | $ 686,000.00 |
| 3. | Capitalized Interest | $ 7,546,000.00 |
| 4. | Bond Discount | $ 686,000.00 |
| 5. | Developer Interest | $ 4,326,442.00 |
| 6. | Organizational Expense | $ 200,000.00 |
| 7. | Cost of Issuance of Bonds | $ 160,912.00 |
| | TOTAL NON-CONSTRUCTION COST | $14,634,354.00 |
| | TOTAL BOND AMOUNT | $34,300,000.00 |

and

WHEREAS, the Board of Directors has determined that the above estimate of $34,300,000 is reasonable and proper and wishes to approve the same and all items thereof but reserves the right to authorize amendments to said report and to reallocate said costs to meet the changing requirements of the District's systems; and

WHEREAS, the Board of Directors is of the opinion that it would be of benefit to the District to be authorized to levy and collect a maintenance tax of not to exceed One Dollar and Fifty Cents ($1.50) per one hundred dollars ($100) valuation of taxable property within the District to secure funds for maintenance purposes; and

WHEREAS, Section 54.311(b), Texas Water Code, states that a maintenance tax cannot be levied until such maintenance tax is approved by a majority of the electors voting in an election held for that purpose; and

EXHIBIT C

WHEREAS, the District desires to issue its bonds secured by and payable from ad valorem taxes and further to additionally secure the payment of all bonds issued by the District with a pledge of the District's revenues, derived from whatever source, including, but not limited to the revenues that result from the ownership and operation of the District's works, improvements, facilities, plants, equipment and appliances or under specific contracts for the period of time the Board determines; and

WHEREAS, the Board of Directors is of the opinion that an election should be held for the purposes of confirming the creation and establishment of the District and electing five (5) permanent directors thereof, submitting propositions on the issuance of the District's bonds, the levy and collection of an ad valorem tax together with the pledging of revenues to additionally secure Bonds issued by the District.

WHEREAS, Section 54.507, Texas Water Code, provides that a bond election may be held on the same day as the District's confirmation and director election; and

WHEREAS, Section 54.312, Texas Water Code, provides that a maintenance tax election may be held on the same day as the District's bond election; and

WHEREAS, there is no public building of any kind within the boundaries of the District; and

WHEREAS, this Board of Directors wishes to proceed with the ordering of said election; Now, Therefore,

BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1;  The matters and facts set out in the preamble of this order are hereby found and declared to be true and are incorporated herein by reference.

Section 2:  The engineer's report and estimate of cost, as supplemented, are hereby approved as described above.

Section 3:  A special election shall be held within the District on December 13, 1986, between the hours of 7:00 a.m. and 7:00 p.m., at 11403 Boulder Lane, Austin, Texas 78726, within the boundaries of the District, at which there shall be submitted the question of the election of five (5) permanent directors of the District, each of whom shall serve until the next regular election on April 2, 1988, and at which the following propositions shall be submitted.

EXHIBIT C

PROPOSITION I

SHALL THE CREATION OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 PURSUANT TO THE ORDER OF THE TEXAS WATER COMMISSION DATED APRIL 18, 1986, BE CONFIRMED?

PROPOSITION II

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO ISSUE THE BONDS OF SAID DISTRICT IN ONE OR MORE ISSUES OR SERIES IN THE MAXIMUM AGGREGATE PRINCIPAL AMOUNT OF $34,300,000, MATURING SERIALLY OR OTHERWISE, IN SUCH INSTALLMENTS AS ARE FIXED BY SAID BOARD OVER A PERIOD OR PERIODS NOT EXCEEDING FORTY (40) YEARS FROM THEIR DATE OR DATES, BEARING INTEREST AT ANY RATE OR RATES, AND TO SELL SAID BONDS AT ANY PRICE OR PRICES, PROVIDED THAT THE NET EFFECTIVE INTEREST RATE ON ANY ISSUE OR SERIES OF SAID BONDS SHALL NOT EXCEED THE MAXIMUM LEGAL LIMIT IN EFFECT AT THE TIME OF ISSUANCE OF EACH SUCH ISSUE OR SERIES, ALL AS MAY BE DETERMINED WITHIN THE DISCRETION OF THE BOARD OF DIRECTORS OF SAID DISTRICT, FOR THE PURPOSE OR PURPOSES OF PURCHASING, CONSTRUCTING, ACQUIRING, OWNING, OPERATING, REPAIRING, IMPROVING AND EXTENDING A WATERWORKS SYSTEM, SANITARY SEWER SYSTEM AND DRAINAGE AND STORM SEWER SYSTEM FOR THE DRAINAGE OF LANDS WITHIN THE DISTRICT INCLUDING, BUT NOT LIMITED TO, ALL ADDITIONS TO SUCH SYSTEMS AND ALL WORKS, IMPROVEMENTS, FACILITIES, TREATMENT PLANTS, EQUIPMENT, APPLIANCES, INTERESTS IN PROPERTY, AND CONTRACT RIGHTS NEEDED THEREFOR AND ADMINISTRATIVE FACILITIES NEEDED IN CONNECTION THEREWITH AND ORGANIZATIONAL EXPENSES, AND TO PROVIDE FOR THE PAYMENT OF PRINCIPAL OF AND INTEREST ON SUCH BONDS BY THE LEVY AND COLLECTION OF A SUFFICIENT AD VALOREM TAX UPON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT, AND THE PLEDGE OF ALL OR ANY PART OF THE REVENUES OF THE DISTRICT DERIVED FROM WHATEVER SOURCE, INCLUDING BUT NOT LIMITED TO REVENUES THAT RESULT FROM THE OWNERSHIP AND OPERATION OF SAID DISTRICT'S WORKS, IMPROVEMENTS, FACILITIES, TREATMENT PLANTS, EQUIPMENT AND APPLIANCES, OR UNDER SPECIFIC CONTRACTS FOR THE PERIOD OF TIME THE BOARD DETERMINES, ALL AS AUTHORIZED BY THE CONSTITUTION AND LAWS OF THE STATE OF TEXAS?

PROPOSITION III

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO LEVY AND COLLECT A MAINTENANCE TAX OF NOT TO EXCEED ONE DOLLAR AND FIFTY CENTS ($1.50) PER ONE HUNDRED DOLLARS ($100) VALUATION ON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT TO SECURE FUNDS FOR MAINTENANCE PURPOSES, INCLUDING, BUT NOT LIMITED TO, FUNDS FOR PLANNING, MAINTAINING, REPAIRING AND OPERATING ALL

-4-

EXHIBIT C

NECESSARY WORKS, IMPROVEMENTS, FACILITIES, PLANTS, EQUIPMENT AND APPLIANCES OF SUCH DISTRICT, AND FOR THE PAYMENT OF PROPER SERVICES, ENGINEERING AND LEGAL FEES AND ADMINISTRATIVE EXPENSES?

Section 4: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the following:

OFFICIAL BALLOT

PROPOSITION I

[ . ]    FOR              )    THE DISTRICT
         A FAVOR DE       )
                          )

[ ]      AGAINST          )    EL DISTRITO
         EN CONTRA DE     )

PROPOSITION II

[ ]      FOR              )    THE ISSUANCE OF BONDS AND THE
         A FAVOR DE       )    PLEDGE OF REVENUES AND THE
                          )    LEVY OF AD VALOREM TAXES
                          )    ADEQUATE TO PROVIDE FOR THE
                          )    PAYMENT OF BONDS
                          )
[ ]      AGAINST          )    LA EMISION DE BONOS Y LA
         EN CONTRA DE     )    GRANTIA DE INGRESOS Y EL
                          )    GRAVAMEN DE IMPUESTOS AD
                          )    VALOREM SUFICIENTE PARA
                          )    EFECTUAR PAGO DE LOS BONOS

PROPOSITION III

[ ]      FOR              )    A MAINTENANCE TAX OF NOT TO
         A FAVOR DE       )    EXCEED ONE DOLLAR AND FIFTY
                          )    CENTS ($1.50) PER ONE HUNDRED
                          )    DOLLARS ($100) VALUATION OF
                          )    TAXABLE PROPERTY IN THE
                          )    DISTRICT
                          )
[ ]      AGAINST          )    UN IMPUESTO DE MANTENIMIENTO
         EN CONTRA DE     )    A NO EXCEDER UN DOLAR Y
                          )    CINCUENTA CENTAVOS ($1.50) POR
                          )    CADA CIEN DOLARES ($100) DE
                          )    VALUACION DE PROPIEDAD
                          )    IMPONIBLE DENTRO DEL DISTRITO

-5-

EXHIBIT C

Each voter shall vote on the proposition by placing an "X" in the square beside the statement indicating the way he wishes to vote.

There shall also be placed on the ballots used in the election the names of the five temporary directors appointed by the Commission, and five blank spaces for write-in votes, as follows:

```
[    ]    Ted R. Hendricks
[    ]    James Hillyer
[    ]    Homer D. Reed
[    ]    Robert J. Liverman
[    ]    Tim Jamail
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
```

The voter may vote for any five persons for director by placing an "X" in the square beside the person's name or by writing the name or names of a person or persons in the blank spaces provided.

Section 5:  The boundaries of the District as established by the Commission are hereby designated as and shall constitute one election precinct and the following are hereby appointed officers of said election:

```
Yvonne Wright            Presiding Judge and
Fred Rivera              Alternate Presiding Judge
```

The presiding judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Absentee voting in the election by personal appearance shall begin on the 10th day preceding the election and shall continue through the 4th day preceding the election. The clerk for absentee voting shall be Yvonne Wright and the place at which absentee voting shall be conducted is 11403 Boulder Lane, Austin, Texas 78726, within the boundaries of the District.

The absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11403 Boulder Lane, Austin, Texas 78726. The absentee voting clerk shall keep the absentee voting place open from 7:00 p.m. to 10:00 p.m., on each day for the absentee voting which is not a Saturday, a Sunday or an official state holiday.

Section 6:  The election shall be held and conducted and returns made to this Board of Directors in accordance with the Texas Election Code as modified by Chapter 54, Texas Water Code.

EXHIBIT C

Section 7:. All qualified resident electors of the District shall be entitled to vote in the election.

Section 8:   The Secretary of the Board is hereby directed to cause notice of this election to be published in both Spanish and English once a week for two (2) consecutive weeks in a newspaper of general circulation in Travis County, Texas, with the first publication to be at least 14 days before the date of the election.  The notice shall be substantially in the form of Notice of Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED the 7th day of October, 1986.

_____
President, Board of Directors

(SEAL)

ATTEST:

_____
Secretary, Board of Directors

3908P

EXHIBIT C

CERTIFICATE FOR ORDER

THE STATE OF TEXAS      :
COUNTY OF TRAVIS        :

The undersigned member of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

1.    The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in special session on the 7th day of October, 1986, within the boundaries of the District, and the roll was called of the duly constituted officers and/or members of the Board, to wit:

President - Ted R. Hendricks
Vice-President - Homer D. Reed
Secretary - Robert J. Liverman
Assistant Secretary - Timothy Emile Jamail
Treasurer - James H. Hillyer

and all of said persons were present except Director Jamail, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

ORDER ADOPTING AND IMPLEMENTING BILINGUAL ELECTION REQUIREMENTS

was introduced for the consideration of the Board. It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion, carrying with it the adoption of the Order, prevailed and carried unanimously.

2.    A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and/or members of the Board as indicated therein, each of the officers and/or members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting, and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and/or members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject to the meeting was given as required by Vernon's Texas Civil Statutes, Article 6252-17, as amended.

EXHIBIT C

SIGNED AND SEALED the 7th day of October, 1986.

*Robert J. Liverman*

Robert J. Liverman,
Secretary, Board of Directors

(SEAL)
THE STATE OF TEXAS     :
COUNTY OF TRAVIS       :

This instrument was acknowledged before me on October, 1986, by Robert J. Liverman, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

Notary Public, State of Texas

MNW-FH.31-1

L. W. McLAUGHLIN
Notary Public
State of Texas
My Comm. Exp. 01-31-90

EXHIBIT D

ORDER ADOPTING AND IMPLEMENTING
BILINGUAL ELECTION REQUIREMENTS

THE STATE OF TEXAS      :
COUNTY OF TRAVIS        :

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") is a political subdivision of the State of Texas, created by the Texas Water Commission as a municipal utility district pursuant to Chapter 54, Texas Water Code; and

WHEREAS, the District is required by the Texas Water Code to conduct elections for certain statutorily defined purposes; and

WHEREAS, all elections held within the State of Texas are governed by the procedures set forth in the Texas Election Code (the "Code"), except as otherwise noted therein; and

WHEREAS, the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973 et. seq. (1975) (the "Act"), requires that elections in certain states and political subdivisions be conducted in the language of certain "language minority groups," as well as in English; and

WHEREAS, the regulations promulgated under the Act, 28 C.F.R. 55 et. seq. (the "Regulations"), establish standards and guidelines for compliance with the provisions of the Act regarding "language minority groups";

IT IS, THEREFORE, ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

I.

The requirements of the Act, and the Regulations promulgated thereunder, and the applicable procedures set forth in the Code shall be adopted by the District in all respects and implemented in all elections to be held for and within the District, until such time as the Code, the Act and the Regulations may be repealed or become inapplicable to the District. Those provisions of the Code, the Act and the Regulations which provide the District with alternatives as to the implementation of requirements shall be implemented in the manner set out below for all elections to be held for and within the District, until such time as the District may designate an alternative method of implementation permissible under the Code, the Act and the Regulations.

1.   Written Materials - All pertinent election materials including notices of board meetings dealing with elections, notices of elections, ballots and other election materials, and absentee voting materials will be printed in bilingual form, with a version in the English language and a version in the language

EXHIBIT D

of the applicable "language minority group" appearing on the same or separate documents.

      2.    Oral Assistance - Oral assistance at the polls for both general and absentee balloting will be provided in the language of the applicable "language minority group" by the use of telecommunications with election assistants fluent in both the English language and the language of the applicable "minority language group". In addition, any voter unable to read or speak English shall be allowed to be assisted at the polls by any individual of the voter's choice, pursuant to Section 8.13 and 8.13a of the Code.

II.

      Any Director and/or Officer of the Board is authorized to evidence adoption of this Order on behalf of the Board and to do all things necessary and proper to carry out the purposes and intent hereof.

      PASSED AND APPROVED this 7th day of October, 1986.

<br>

*Ted R. Hendricks*

_____
Ted R. Hendricks
President, Board of Directors

ATTEST:

*Robert J. Liverman*

_____
Robert J. Liverman
Secretary, Board of Directors

(SEAL)

MNW-FH.32

EXHIBIT D