March 6, 1990

Assistant Attorney General
Civil Rights Division
Voting Section
P.O. Box 66128
Washington, D.C.  20035-6128

SUBMISSION UNDER SECTION 5, VOTING RIGHTS ACT

Re:  Northwest Austin Municipal Utility District No. 1, of Travis County, Texas (the "District")

Ladies and Gentlemen:

The undersigned is the President of the Board of Directors of the District.  This submission pursuant to Section 5, Voting Rights Act of 1965, as amended, is made under the provisions of 28 CFR 51: Procedures for the Administration of Section 5 of the Voting Rights Act of 1965.

Background and History.

The District, a municipal utility district, was created on April 18, 1986, by the Texas Water Commission pursuant to the provisions of Chapter 54 of the Texas Water Code.  The District provides water, sanitary sewer and storm drainage services to the area within its boundaries.

The District has made two (2) prior submissions to the Department of Justice, which is described as follows:

| Date | Changes Affecting Voting |
|---|---|
| November 25, 1986 | Creation, polling place, and bilingual election procedures |
| March 21, 1988 | Polling place |

Please refer to said prior submissions for information regarding previous changes affecting voting within the District.

The District has a population of approximately 129 people, approximately 86 of whom are of voting age.  To the best of my knowledge, there are less than zero (0) Black families in the District and less than three (3) families with Spanish surnames,

none of whom would be considered language minorities. Population figures and the percentage of families with Spanish surnames were obtained from the general manager of the District who maintains names and numbers of occupied residences within the District. The percentage of Black families within the District is an estimate made by the general manager.

<u>Changes Affecting Voting</u>.

<u>Polling Place</u>. The District uses one regular polling place in its elections. The past polling place and the proposed new polling place are as follows:

| <u>Date</u> | <u>Type of Election</u> | <u>Polling Place</u> |
|---|---|---|
| May 7, 1988 | Director Election | 11408 Boulder Lane<br>Austin, Texas |
| May 5, 1990 | Director Election | 11709 Boulder Lane<br>Austin, Texas |

Both of these polling locations are within the boundaries of the District. The distance between the past polling place and proposed polling place is approximately one (1) mile.

The designation of the polling place is made by the Board of Directors. There are no public buildings located within the District. A copy of the Order of the Board calling the May 5, 1990 Director Election is enclosed as Exhibit "A".

The above is/are the only "change(s) affecting voting" as defined in 28 CFR 51.2 relating to the District. The change has not yet been enforced or administered. There is no past or pending litigation concerning the changes or related voting practices.

<u>Clearances Requested</u>.

You are hereby respectfully requested to make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

(a) The Directors election to be held by the District on May 5, 1990 as required by state law; and

(b) Subsequent elections to be held by the District.

<u>Procedural Matters</u>

In the event that further information would be helpful or for any other reason connected with this request for clearances, please

2

telephone the District's counsel, Sharlene N. Collins at (512) 499-3604. Correspondence regarding this submission should be sent to the District at the following address: 2600 One American Center, 600 Congress Avenue, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made prior to the May 5, 1990, Director election.

A conference is requested in the event clearance is not anticipated or in the event such conference would be of assistance in the consideration of this request for clearances.

Very truly yours,

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Chester Collinsworth
President
Board of Directors

L290-142.3

## NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
### 1990 DIRECTOR ELECTION INFORMATION SUMMARY

JUSTICE DEPT. SUBMISSION  REQUIRED: **YES**/NO
REASON: *Changes In Polling Place*

POLLING PLACE(S)  ELECTION DAY: *11709 Boulder Lane*

ABSENTEE VOTING: *11709 Boulder Lane*

ELECTION OFFICIALS  PRESIDING JUDGE: *William P. Heisler*
*Heisler's*  ALTERNATE PRESIDING JUDGE: *Dolores J. Heisler*
*10706 Beckwood Drive*
*78726*  ABSENTEE VOTING CLERK(S): *Emily M. Trant*

CALL DIRECTOR ELECTION  DATE: *3/6/90*
*1-4 pm*

PUBLICATION OF NOTICE OF  NEWSPAPER:
DIRECTOR ELECTION  1ST PUBLICATION DATE:
2ND PUBLICATION DATE:
3RD PUBLICATION DATE:

MEETING TO CANVASS ELECTION  DATE:
RETURNS

BOARD MEMBERS UP FOR ELECTION  APPLICATIONS:

| | SENT | RECEIVED |
|---|---|---|
| *Scott Storm* | 3/6 | 3/6 |
| *Chester Collingsworth* | 3/6 | 3/6 |
| *Ron Patterson* | 3/6 | 3/6 |
| *Vacancy Walter Trant, III* | 3/20 | 3/21 4:41 pm |
| *Vacancy Joe E. Ventura* | 3/26 | 3/21 4:41 pm |

OTHER APPLICATIONS RECEIVED

*Elec Ballots*
*151 — 324 325*

*Absentee Sent 116 898*
OTHER REQUIRED INFORMATION:
*Absentee Sents*
390-95.3
*116834 — 116828*

*Abs Ballots 1-150*

Case 1:06-cv-01384-PLF-EGS-DST    Document 99-6    Filed 05/15/2007    Page 5 of 6



**U.S. Department of Justice**

Civil Rights Division

---

JRD:LLT:ACJ:tlb
DJ 166-012-3
AA573
AF147

*Voting Section*
*P.O. Box 66128*
*Washington, D.C. 20035-6128*

June 11, 1990

Sharlene N. Collins, Esq.
Armbrust & Brown
2600 One American Center
600 Congress Avenue
Austin, Texas  78701

Dear Ms. Collins:

This refers to the polling place and absentee voting location changes for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973c. We received your submission on April 10, 1990.

The Attorney General does not interpose any objections to the changes in question. However, we feel a responsibility to point out that Section 5 of the Voting Rights Act expressly provides that the failure of the Attorney General to object does not bar any subsequent judicial action to enjoin the enforcement of such changes. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

John R. Dunne
Assistant Attorney General
Civil Rights Division

By: *[signature: Lora Tredway]*
for Barry H. Weinberg
Acting Chief, Voting Section