# ARMBRUST BROWN & DAVIS, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-4042
(512) 435-2300

TELECOPIER (512) 435-2360

SHARLENE N. COLLINS
(512) 435-2304

March 26, 1998

## via FEDERAL EXPRESS

Chief, Civil Rights Division
Voting Section
U.S. Department of Justice
320 First Street, N.W., Room 816
Washington, D.C. 20534

### Submission Under Section 5, Voting Rights Act

Re:   Northwest Austin Municipal Utility District No. 1, of Travis County,
Texas (the "District")

Ladies and Gentlemen:

The undersigned is the Attorney for the District's Board of Directors.  The
District makes this submission under the Voting Rights Act of 1965, Section 5, as
amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the
Voting Rights Act of 1965 as amended.

Background and History.

The District is a municipal utility district and was created on April 18, 1986 by
the Texas Water Commission under the provisions of Chapter 54 of the Texas Water
Code.  The District provides water, sanitary sewer and storm drainage services to the
area within its boundaries.

The District has made five (5) prior submissions to the Department of Justice
that are described as follows:

ARMBRUST BROWN & DAVIS, L.L.P.
March 26, 1998
Page 2

| Date | Changes Affecting Voting |
|------|--------------------------|
| November 25, 1986 | Creation, Polling Place, Bilingual Election Procedure |
| March 21, 1988 | Polling Place |
| March 6, 1990 | Polling Place |
| April 4, 1996 | Polling Place |
| June 6, 1996 | Notice of Election and Cancellation of Election |

Please refer to the prior submissions for information regarding previous changes affecting voting within the District.

The District has a population of approximately 5,400 people, approximately one-half of whom are of voting age. To the best of my knowledge, there are less than 2.5% African-American families in the District and less than 5% families with Spanish surnames, none of whom would be considered language minorities. Population figures and the percentage of families with Spanish surnames were obtained from the general manager of the District who maintains names and numbers of occupied residences within the District. The percentage of African-American families within the District is an estimate made by the general manager.

**Changes Affecting Voting**

Polling Place

The District uses one polling place in its election. The past polling place and the proposed new polling place are as follows:

| Date | Type of Election | Polling Place |
|------|------------------|---------------|
| May 4, 1996 | Director Election | 9914 Barbrook Austin, Texas |
| May 2, 1998 | Director Election | 10218 Open Gate Drive Austin, Texas |

Both of these polling places are within the boundaries of the District. The distance between the past polling place and the new polling place is approximately one-half mile. A map is attached as Exhibit "A".

The polling place designation is made by the Board of Directors. A copy of the Order Calling Election for May 2, 1998 is attached as Exhibit "B".

23543.1/032698

ARMBRUST BROWN & DAVIS, L.L.P.
March 26, 1998
Page 3

<u>Annexation</u>

On April 14, 1997, the Board of Directors' approval of the annexation of approximately one (1) acre ("Land") into the District's boundaries became effective. A copy of the District's order approving the annexation, upon completion of certain contingencies is attached hereto as <u>Exhibit "C"</u>. The land is used for commercial purpose and has no residents. A detailed map depicting the location of the annexed land is attached hereto as <u>Exhibit "D"</u>. A location map is attached hereto as <u>Exhibit "E"</u>.

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District. There is no past or pending litigation concerning the changes or related voting practices.

**Clearance Requested.**

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

    (a)    The change of polling place;
    (b)    The annexation of Land; and
    (c)    Subsequent elections to be held by the District.

**Procedural Matters.**

In the event that further information would be helpful or for any other reason connected with this request for clearance, please telephone the District's counsel, Sharlene N. Collins at (512) 435-2304. Correspondence regarding this submission should be sent to the District at the following address: 100 Congress Avenue, Suite 1300, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made as soon as possible.

23543.1/032698

ARMBRUST BROWN & DAVIS, L.L.P.
March 26, 1998
Page 4

The District requests a conference in the event clearance is not anticipated or in the event a conference would assist in the consideration of this request for clearance.

Sincerely,

ARMBRUST BROWN & DAVIS, L.L.P.

Sharlene N. Collins
Attorney for the District

Enclosures

23543.1/032698

MapQuest! Interactive Atlas - Print                                                          Page 1 of 1

# MAPQUEST INTERACTIVE ATLAS



This map is from the library of (E-Mail Address: )

[ VIEW ]   [ OPTIONS ]

# EXHIBIT A

# CERTIFICATE FOR ORDER

THE STATE OF TEXAS   §
                             §

COUNTY OF TRAVIS   §

      The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

    1.     The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 10th day of March, 1998, at the offices of CapTex Development, 3215 Steck Avenue, Suite 101, Austin, Texas, and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Scott Storm | - | President |
| Karen Temborius | - | Vice President |
| Joe E. Ventura | - | Secretary |
| Edward L. Swarthout | - | Treasurer |
| Kenneth Ragsdale | - | Assistant Secretary/Treasurer |

and all of said persons were present, except _____, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

## ORDER CALLING DIRECTOR ELECTION

was introduced for the consideration of the Board. It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

    2.     A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced for adoption and considered at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.

26055.1/030998

# EXHIBIT B

SIGNED AND SEALED the _10_ day of March, 1998.

(SEAL)

_____
Joe Ventura, Secretary
Board of Directors


THE STATE OF TEXAS §

COUNTY OF TRAVIS §

This instrument was acknowledged before me on March _10_ 1998, by Joe Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

(SEAL)

_____
Notary Public Signature

26055.1/030998                              -2-

## ORDER CALLING DIRECTOR ELECTION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission and the establishment and creation of the District has been confirmed by the voters within the District; and

WHEREAS, in accordance with Section 49.103 of the Texas Water Code, the election of directors is to be held in even numbered years; and

WHEREAS, also in accordance with Section 49.103 of the Texas Water Code, an election is to be held within the District on May 2, 1998, for the election of three (3) directors who shall serve a four (4) year term; and

WHEREAS, the Board of Directors wishes to proceed with the ordering of said election;

NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1: The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

Section 2: An election shall be held within the District on the 2nd day of May, 1998, between the hours of 7:00 a.m. and 7:00 p.m., at 10218 Open Gate Drive, Austin, Texas, within the boundaries of Northwest Austin Municipal Utility District No. 1 at which there shall be submitted the question of the election of three (3) directors, who shall serve a four (4) year term.

Section 3: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the names of all candidates for the office of director who filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least forty (40) days prior to the election. Each voter may vote for none, one, two or three persons for director by placing an "X" in the square beside the person's or persons' names or by writing the name or names of a person or persons in the blank spaces provided.

23492.1/032698

Section 4: The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

Erin Sigler                              Presiding Judge

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Early voting in the election by personal appearance shall begin on April 15, 1998 and shall continue through April 28, 1998. The clerk for early voting shall be Erin Sigler and the place at which early voting shall be conducted is 10218 Open Gate Drive, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 10218 Open Gate Drive, Austin, Texas 78726. The Early Voting Clerk shall keep the early voting place open from 11:00 a.m. to 7:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 2, 1998 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5: The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6: All qualified resident electors of the District shall be entitled to vote in the election.

Section 7: The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the Texas Election Code. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

23492.1/032698                              2

PASSED AND APPROVED this *10* day of *March*, 1998.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____

Scott Storm, President
Board of Directors

(SEAL)

ATTEST:

_____

Joe E. Ventura, Secretary
Board of Directors

23492.1/030998

3

ORDER ADDING PROPERTY TO
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

THE STATE OF TEXAS          §
                            §
COUNTY   OF   TRAVIS        §

WHEREAS, the owners of certain real property situated in Travis County, Texas (collectively the "Property") have filed petitions (the "Petitions") with the Board of Directors (the "Board") of Northwest Austin Municipal Utility District No. 1 (the "District") requesting that the Property be included in the District; and

WHEREAS, the Board has heard and considered the Petitions and has determined that adding the Property to the District is to the advantage of the District and that the water, wastewater and drainage systems and other improvements of the District are sufficient or will be sufficient to supply the Property without injuring land already in the District; and

WHEREAS, the owners of the Property have agreed to assume their respective shares of the outstanding bonds, notes and other obligations of the District and the voted but unissued tax bonds of the District and have authorized the Board to levy a tax on the Property in each year while any of the bonds, notes, or other obligations payable in whole or in part from taxation are outstanding, to pay their share of indebtedness and to tax the Property for purposes of funding operation and maintenance of the District; and

WHEREAS, the Property described in the legal description attached hereto as Exhibit "A" constitutes the same properties described in the Petitions, as reflected in each Petition to Include Property Within Northwest Austin Municipal Utility District No. 1 (the "Petitions") and such legal descriptions have been certified to the Board as true and correct descriptions of the Property;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 AS FOLLOWS:

Section 1.    The matters set forth in the Preamble to this Order are found to be true and correct.

Section 2.    The Petitions are hereby granted, and the properties described in Exhibit "A", attached hereto and incorporated by reference is hereby added to the District contingent upon approval of the City of Austin, written agreement of petitioners to pay costs of the revision of the District's boundary map and written agreement of the petitioners to pay wastewater tap fees.

EXHIBIT C

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

97002.1/SPA/LRP/1097//121996

12934    1911

Section 3.    The owners of the Property shall be required to assume their respective share of the outstanding bonds, notes or other obligations of the District and the voted but unissued tax bonds of the District, and the Board shall be authorized to levy a tax on the Property in each year while any of the bonds, notes, or other obligations of the District payable in whole or in part from taxation are outstanding, and to levy a tax on the Property in each year as necessary for funding operation and maintenance of the District.

Section 4.    A certified copy of this Order and a copy of the resolution or ordinance approved by the City of Austin granting consent shall be placed of record in the Real Property Records of Travis County, Texas, and a copy of the Petitions and Order shall be filed with the Executive Director of the Texas Natural Resource Conservation Commission upon receipt of consent to the annexation of such Property by the City of Austin in whose extraterritorial jurisdiction the Property is located and receipt of petitioners' written agreement to pay for costs set forth in Section 2 above.

APPROVED AND ADOPTED this __17__ day of _December_____, 1996.

Scott Storm, President
Board of Directors

ATTEST:

Joe E. Ventura, Secretary
Board of Directors

RETURN TO:
Robin Pigott
ARmbrust Brown & Davis LLP
100 Congress Ave #1350
Austin TX  78701

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934    1912

97002.1/SPA/LRP/1097//121996

2

## EXHIBIT "A"

Lots 8 and 9, Block A, 620 Oaks, Section Two, as shown on the plat filed of record at Volume 77, Page 355 of the Plat Records of Travis County, Texas.

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

97002.1/SPA/LRP/1097//121996                3

12934    1913

# ORDINANCE NO. 970306- R

AN ORDINANCE APPROVING THE ANNEXATION BY NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 OF A 2.486 ACRE TRACT OWNED BY MAO CHHAY AND M&S EXPRESS STOP, INC. LOCATED IN THE 620 OAKS SUBDIVISION IN THE VICINITY OF BOULDER LANE AND RM 620.

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF AUSTIN:

**PART 1.**  The City Council makes the following findings in relation to the adoption of this Ordinance:

(1)    Mao Chhay and M&S Express Stop, Inc. are the owners and developers of a 2.486 acre tract comprised of Lots 8 and 9, Block A, 620 Oaks Subdivision, located in the vicinity of Boulder Lane and RM 620 (the "Property") adjacent to Northwest Austin Municipal Utility District No. 1, a conservation and reclamation district created and operating under Article XVI, Sec. 59 of the Texas Constitution and Chapter 54, Texas Water Code (the "District").

(2)    The provisions of Chapter 13-4, City Code, and the "Agreement Concerning Creation and Operation of Northwest Austin Municipal Utility District No. 1" dated December 9, 1987, require City approval for the annexation of additional lands by the District.

(3)    The District proposes to annex the Property and the owners have made written request for approval by the City of the District's proposed annexation in accordance with Chapter 13-4 of the City Code and the Agreement.

(4)    The appropriate City departments have reviewed the proposed annexation and have indicated no objections and the City Council has determined that good cause exists for the proposed annexation of the Property by the District.

**PART 2.**  The City Council approves the annexation by the District of the Property described on Exhibit A attached to this ordinance and incorporated by reference for all purposes.

**PART 3.**  The Council waives the requirements of Sections 2-2-3 and 2-2-7 of the City Code for this ordinance.

#54                              Page 1 of 2

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934   1914
12934   1914

**PART 4.** This ordinance takes effect on March 17, 1997.

**PASSED AND APPROVED**

|  | § |  |
|---|---|---|
|  | § |  |
| _____ March 6 _____, 1997. | § | _____ |
|  |  | Bruce Todd |
|  |  | Mayor |

APPROVED: _____  ATTEST: _____

Andrew Martin                                    James E. Aldridge

City Attorney                                     City Clerk

· REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

Page 2 of 2

12934    1915

12934    1915



EXHIBIT A

THE STATE OF TEXAS  §

COUNTY  OF  TRAVIS  §

    I, Barbara A. Bell, Associate City Clerk of the City of Austin, Texas, do hereby certify that the foregoing instrument is a true and correct copy of Ordinance No. 970306-R , consisting of 3 page(s), passed by the City Council of Austin, Texas, at a regular meeting on the 6th day of March , 19 97 , as on file in the City Clerk's Office this 11th day of April , 19 97 .

                            *Barbara Bell*
                            BARBARA A. BELL
    ASSOCIATE CITY CLERK, CITY OF AUSTIN, TEXAS

FILED

97 MAY 14 AH 10: 45

TRAVI̴S . . . . . . TEXAS

STATE OF TEXAS                COUNTY OF TRAVIS
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me, and was duly RECORDED, in the Volume and Page of the named RECORDS of Travis County, Texas, on

MAY 14 1997


COUNTY CLERK
TRAVIS COUNTY, TEXAS

RECEIPT#: A00071813  TRANS#: A9556  DEPT: REGULAR RECORD  $25.00
CASHIER: BANED  FILE DATE: 5/14/97  TRANS DATE: 5/14/97
PAID BY: CHECK# 1093

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934    1917

00005577693

## CERTIFICATE FOR ORDER

THE STATE OF TEXAS    §
                      §
COUNTY OF TRAVIS      §

The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

1.    The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 17th day of December, 1996, at the offices of CapTex Development, 3215 Steck Avenue, Suite 101, Austin, Texas, and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Scott Storm | - | President |
| Ronald Hay | - | Vice President |
| Joe E. Ventura | - | Secretary |
| Edward L. Swarthout | - | Treasurer |
| Karen Temborius | - | Assistant Secretary/Treasurer |

and all of said persons were present, except Director Hay, thus constituting a quorum.    Whereupon, among other business, the following was transacted at the meeting:   an

ORDER ADDING PROPERTY TO
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

was introduced for the consideration of the Board.    It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

2.    A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934    1909

SIGNED AND SEALED the ⎯31⎯ day of December, 1996.

(SEAL)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Joe Ventura, Secretary
Board of Directors


THE STATE OF TEXAS   §

COUNTY  OF  TRAVIS  §

        This instrument was acknowledged before me on December 31 ,
1996 by Joe Ventura, Secretary of the Board of Directors of
Northwest Austin Municipal Utility District No. 1, on behalf of
said District.

(SEAL)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Notary Public Signature

SHARLENE N. COLLINS
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-24-2000

REAL PROPERTY RECORDS
TRAVIS COUNTY TEXAS

97016.1/SPA/LRP/5133//121996                    -2-

12934  1910

# MAPQUEST INTERACTIVE ATLAS



© 1997 GeoSystems Global Corp.; © 1997 NavTech

This map is from the library of (E-Mail Address: )

VIEW    OPTIONS

# EXHIBIT D



EXHIBIT E

EJ:DHH:RJD:jng
DJ 166-012-3
98-1264


                                        May 19, 1998


Sharlene N. Collins, Esq.
Armbrust Brown & Davis
100 Congress Avenue, Suite 1300
Austin, Texas 78701-4042

Dear Ms. Collins:

     This refers to the annexation (adopted April 14, 1997) and
the polling place change for Northwest Austin Municipal Utility
District No. 1 in Travis County, Texas, submitted to the Attorney
General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C.
1973c.  We received your submission on March 27, 1998.

     The Attorney General does not interpose any objection to the
specified changes.  However, we note that Section 5 expressly
provides that the failure of the Attorney General to object does
not bar subsequent litigation to enjoin the enforcement of the
changes.  See the Procedures for the Administration of Section 5
(28 C.F.R. 51.41).

                              Sincerely,



                              Elizabeth Johnson
                              Chief, Voting Section


cc:  Public File