**ARMBRUST & BROWN, L.L.P.**

ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
(512) 435-2300

TELECOPIER (512) 435-2360

SHARLENE N. COLLINS
(512) 435-2304

March 27, 2002

**via TELECOPY (202) 305-4719**

Assistant Attorney General
Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**Submission Under Section 5, Voting Rights Act**

RE:   Northwest Austin Municipal Utility District No. 1, of Travis County, Texas (the "District")

Ladies and Gentlemen:

The undersigned is the Attorney for the District's Board of Directors. The District makes this submission under the Voting Rights Act of 1965, Section 5, as amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the Voting Rights Act of 1965 as amended.

Background and History.

The District is a municipal utility district and was created on April 18, 1986 by the Texas Water Commission under the provisions of Chapter 54 of the Texas Water Code. The District provides water, sanitary sewer and storm drainage services to the area within its boundaries.

The District has made six (6) prior submissions to the Department of Justice that are described as follows:

ARMBRUST & BROWN, L.L.P.
March 27, 2002
Page 2

| Date | Changes Affecting Voting |
|---|---|
| November 25, 1986 | Creation, Polling Place, Bilingual Election Procedure |
| March 21, 1988 | Polling Place |
| March 6, 1990 | Polling Place |
| April 4, 1996 | Polling Place |
| June 6, 1996 | Notice of Election and Cancellation of Election |
| March 26, 1998 | Annexation and Polling Place |

Please refer to the prior submissions for information regarding previous changes affecting voting within the District.

The District has a population of approximately 5,400 people, approximately one-half of whom are of voting age. To the best of my knowledge, there are less than 2.5% African-American families in the District and less than 5% families with Spanish surnames, none of whom would be considered language minorities. Population figures and the percentage of families with Spanish surnames were obtained from the general manager of the District who maintains names and numbers of occupied residences within the District. The percentage of African-American families within the District is an estimate made by the general manager.

**Changes Affecting Voting**

Polling Place

The District's prior polling place was located at 10218 Open Gate Drive. The location was a private residence and is no longer available. The proposed new polling place is one-quarter mile from the prior location. A map showing both locations is attached for your review as Exhibit "A". The designation of the polling place was made by the Board of Directors. A copy of the Order Calling Election is attached as Exhibit "B".

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District. There is no past or pending litigation concerning the changes or related voting practices.

**Clearance Requested.**

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

(a) The change of polling place; and

126297.1/032702

ARMBRUST & BROWN, L.L.P.
March 27, 2002
Page 3

(b)  Subsequent elections to be held by the District.

**Procedural Matters.**

In the event that further information would be helpful or for any other reason connected with this request for clearance, please telephone the District's counsel, Sharlene N. Collins at (512) 435-2304. Correspondence regarding this submission should be sent to the District at the following address: 100 Congress Avenue, Suite 1300, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made as soon as possible.

The District requests a conference in the event clearance is not anticipated or in the event a conference would assist in the consideration of this request for clearance.

Sincerely,

ARMBRUST & BROWN, L.L.P.

Sharlene N. Collins
Attorney for the District

Enclosures

126297.1/032702

# MAPQUEST

< Back



**FROM:**
10218 Open Gate Dr
Austin, TX
78726 US

**Total Distance:** 0.25 miles

**TO:**
10741 Chestnut Ridge Rd
Austin, TX
78726 US

**Total Estimated Time:** 1 minute

**DIRECTIONS**
**1:** Start out going Northeast on OPEN GATE DR towards UTICA LN by turning left.
**2:** Turn LEFT onto UTICA LN.
**3:** Turn RIGHT onto CHESTNUT RIDGE RD.

**Total Estimated Time:**
1 minute

**DISTANCE**
0.12 miles
0.06 miles
0.08 miles
**Total Distan**
**0.25 miles**




All rights reserved. Use Subject to License/Copyright

**DESTINATION:**
10741 Chestnut Ridge Rd
Austin, TX
78726 US



©2002 MapQuest.com, Inc.; ©2002 Navigation Technologies

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.




Privacy Policy & Legal Notices
© 2002 MapQuest.com, Inc. All rights reserved.

http://www.mapquest.com/directions/m          EXHIBIT A          =i8rr6UmMevNg4pghGS'...   3/20/2002

## CERTIFICATE FOR ORDER

THE STATE OF TEXAS       §
                         §
COUNTY OF TRAVIS         §

The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

1. The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 12th day of March, 2002, at 9907 Cinnabar Trail, Austin, Texas, and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Scott Storm | - | President |
| Karen Temborius | - | Vice President |
| Joe E. Ventura | - | Secretary |
| Edward L. Swarthout | - | Treasurer |
| Allen Jensen | - | Director |

and all of said persons were present, except _____, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

### ORDER CALLING DIRECTOR ELECTION

was introduced for the consideration of the Board. It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

2. A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.

125684.1/031102

**EXHIBIT B**

SIGNED AND SEALED the 12th day of March, 2002.

(SEAL)

_____
Joe Ventura, Secretary
Board of Directors


THE STATE OF TEXAS    §

COUNTY OF TRAVIS    §

This instrument was acknowledged before me on __March 12__, 2002 by Joe Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

_____
Notary Public Signature

SHARLENE N. COLLINS
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-24-2004

## ORDER CALLING DIRECTOR ELECTION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission and the establishment and creation of the District has been confirmed by the voters within the District; and

WHEREAS, in accordance with Section 49.103 of the Texas Water Code, the election of directors is to be held in even numbered years; and

WHEREAS, also in accordance with Section 49.103 of the Texas Water Code, an election is to be held within the District on May 4, 2002, for the election of three (3) directors who shall serve a four (4) year term; and

WHEREAS, the Board of Directors wishes to proceed with the ordering of said election;

NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1: The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

Section 2: An election shall be held within the District on the 4th day of May, 2002, between the hours of 7:00 a.m. and 7:00 p.m., at 10741 Chestnut Ridge Road, Austin, Texas, within the boundaries of Northwest Austin Municipal Utility District No. 1 at which there shall be submitted the question of the election of three (3) directors, who shall serve a four (4) year term.

Section 3: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the names of all candidates for the office of director who filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least forty (40) days prior to the election. Each voter may vote for none, one, two or three persons for director by placing an "X" in the square beside the person's or persons' names or by writing the name or names of a person or persons in the blank spaces provided.

Section 4: The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

125457.1/031102

| | |
|---|---|
| John Stueber | Presiding Judge |
| Mary Stueber | Alternate Presiding Judge |

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Early voting in the election by personal appearance shall begin on April 17, 2002 and shall continue through April 30, 2002. The clerk for early voting shall be Mary Stueber and the place at which early voting shall be conducted is 10741 Chestnut Ridge Road, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 10741 Chestnut Ridge Road, Austin, Texas. The Early Voting Clerk shall keep the early voting place open from 11:00 a.m. to 7:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 4, 2002 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5: The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6: All qualified resident electors of the District shall be entitled to vote in the election.

Section 7: The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the Texas Election Code. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED this 12th day of March, 2002.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Scott Storm, President
Board of Directors

(SEAL)

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

125457.1/031102                                2

Case 1:06-cv-01384-PLF-EGS-DST    Document 99-9    Filed 05/15/2007    Page 9 of 10



U.S. Department of Justice

Civil Rights Division

---

JDR:JBG:JEC:nj
DJ 166-012-3
2002-1980

*Voting Section*
*950 Pennsylvania Avenue, NW, Room 7254 NWB*
*Washington, DC 20530*

May 24, 2002

Sharlene N. Collins, Esq.
Armbrust & Brown
100 Congress Avenue, Suite 1300
Austin, Texas 78701-2744

Dear Ms. Collins:

This refers to the polling place change for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on March 27, 2002.

The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

Joseph D. Rich
Chief, Voting Section