

**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

MACK MARTINEZ
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STE. 420
P.O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-9316

**TRANSACTIONS DIVISION**

JOHN C. HILLE, JR.†
BARBARA J. WILSON
MARY ETTA GERHARDT
TOM NUCKOLS*
TAMARA ARMSTRONG
JAMES M. CONNOLLY
TENLEY A. ALDREDGE
JULIE JOE

*BOARD CERTIFIED-COMMERCIAL REAL ESTATE LAW—
TEXAS BOARD OF LEGAL SPECIALIZATION
†MEMBER OF THE COLLEGE
OF THE STATE BAR

VIA FEDERAL EXPRESS

April 4, 2003

Chief, Voting Section
Civil Rights Division
United States Department of Justice
320 G Street, N.W.
Washington, D.C. 20006

    Re:    Submission under Section 5 of the Voting Rights Act;
            File No. 64.x

Dear Sir or Madam:

In compliance with the Federal Regulations promulgated pursuant to Section 5 of the Voting Rights Act, Travis County, Texas, hereby files its submission for the following changes:

1. The use of Direct Recording Electronic ("DRE") equipment at all County early voting and election day polling places for general and special elections conducted by the County, as discussed below;
2. The conduct of the election for a mayor, five (5) aldermen and a marshal for the Village of Volente, Texas;
3. The establishment of twenty-five (25) current, County-designated main and temporary branch early voting polling places for use in the Volente election;
4. A change in the hours for early voting by personal appearance on weekdays for the Volente election;
5. The designation of hours for early voting by personal appearance on Saturday and Sunday for the Volente election; and
6. A change in the method of giving notice of the Volente election. The changes for the Volente election represent those changes made since the Volente incorporation election, held on February 1, 2003.

67109-1 064

1

For the Volente election, pre-sealed ballot boxes will be used. In addition, the County will conduct the mobile early voting program, as in past elections.

Please note that on May 3, 2003, Travis County will conduct the Volente election jointly with the Austin Community College's ("ACC") special referendum election, and concurrently with the City of Austin's general election. The City of Austin has submitted all changes affecting its upcoming May 3rd general election, in its submission dated March 31, 2003. ACC is also responsible for submitting all changes affecting voting, in connection with its upcoming special referendum election.

## I.  Authority Making Changes

The Travis County Commissioners Court is the authority making the change requested concerning the use of DRE equipment. Enclosed, please find a copy of the Commissioners Court order, dated April 1, 2003, adopting the use of DRE equipment.

The Travis County Judge is the authority making the changes requested in Items 2 – 6 above, relating to the conduct of the Volente election. Enclosed, please find a copy of the County Judge's order, dated March 19, 2003, calling the Volente election and including the changes discussed herein.

## II.  Enforcement/Administration

As of the date of this letter, the changes requested herein have not been enforced or administered.

There is no past or pending litigation concerning the changes requested herein.

## III.  Authority Submitting Changes

The changes requested herein are made by the Travis County Commissioners Court and the Travis County Judge, through the Travis County Attorney, Honorable David Escamilla. David Escamilla's address, telephone number and facsimile number are: Travis County Attorney's Office, P. O. Box 1748, Austin, Texas 78767 (512)854-9415; (512)854-4808.

## IV.  Statutory Authority

The statutory authority for use of the DRE equipment at the early voting and election day polling places is found in Sections 123.001 and 123.006 of the Texas Election Code. TEX. ELEC. CODE ANN. §123.001 (Vernon Supp. 2003); [Texas Election Code, Section 123.001, precleared, September 17, 2001. (Source: Texas Secretary of State, Elections Division)]. TEX. ELEC. CODE ANN. § 123.006.(Vernon Supp. 2003); [Texas Election Code, Section 123.006, precleared, September 23, 1991. (Source: Texas Secretary of State, Elections Division)]. Enclosed, please find copies of

67109-1 064.

2

as well as the total populations and percentages of Blacks, Whites, Hispanics, and others in the area. Enclosed, please find the demographic data provided by the Travis County Voter Registrar's office.

### VI. Use of DRE Equipment

For the November 5, 2002, General Election, the County used the Direct Recording Electronic ("DRE") equipment, described in the attached order, at the County's main and temporary branch early voting polling places, and the election day polling place for precinct 131. For all future County elections, including general and special elections, the County will use the DRE equipment, instead of the Optical Scan Voting Equipment, at the County's main and temporary branch early voting polling places, and all of the County's election day polling places, in County-wide elections and in those elections held in only part of the County, for elections ordered by the County Commissioners Court, the County Judge, or the Governor. The DRE equipment will also be used in all joint elections involving the County and any other jurisdiction or entity. For a description of the DRE equipment, the eSlate 3000 Voting System, please see Exhibit A, which is attached to the April 1, 2003, Commissioners Court order adopting use of the DRE equipment in all County early voting and election day polling places. Please note the County will no longer use the old, Optical Scan Voting System, as of April 1, 2003, the effective date of the attached order.

In connection with early voting, part of the eSlate Voting System, the software application known as "Ballot Now," will be used in the by-mail program, in all County elections. With "Ballot Now," a ballot will be automatically printed out on demand as we receive ballot applications from absentee voters. As in the 2002 primary and general elections, the County will use the graphical user interface ("GUI") program to accept and qualify absentee voters voting by mail.

The eSlate Voting System comes in two styles, one which is ADA compliant, and the other which is for non-handicapped voters.

Please note that the DRE equipment will also be used in the upcoming May 3rd General Election for the City of Austin, pursuant to an interlocal agreement between Travis County and the City of Austin. The City of Austin will submit all changes relating to its upcoming May 3rd election and should include, in its submission, a reference to the interlocal agreement between the County and the City and the use of the County's DRE equipment. For more information on this interlocal agreement, please see the submission made to the U.S. Department of Justice by the City of Austin, dated March 31, 2003. The DRE equipment will also be used in the upcoming May 3rd joint election for the Village of Volente and ACC. Enclosed, please find a copy of the County Judge's order, dated March 19, 2003, authorizing the use of the DRE equipment in the upcoming Volente election. Finally, the DRE equipment will be used in the County's November special election, and all future County elections, as discussed above, including joint elections.



U.S. Department of Justice      4.332

Civil Rights Division

JDR:MSR:SMC:nj
DJ 166-012-3
2003-1256

Voting Section - NWB.
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

May 1, 2003

Tamara Armstrong, Esq.
Assistant County Attorney
P.O. Box 1748
Austin, Texas 78767

Dear Ms. Armstrong:

    This refers to the county's conduct of the May 3, 2003, joint election with the City of Austin and Austin Community College District; and the changes in early voting locations and hours, notice of election procedures, and voting method for the Village of Volente in Travis County, Texas; submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on April 8, 2003.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41 and 51.43).

                                               Sincerely,

                                  for Joseph D. Rich
                                  Chief, Voting Section

Enclosure