**ARMBRUST & BROWN**
ATTORNEYS AT LAW
2600 ONE AMERICAN CENTER
600 CONGRESS AVENUE
AUSTIN, TEXAS 78701

Asst. Attorney General
Dept. of Justice
320 1st St. NW, Rm. 290
Washington, D.C. 20002

Submission Under Section 5, Voting Rights Act



DAVID B. ARMBRUST
FRANK B. BROWN IV
SAMUEL D. BYARS
SHARLENE N. COLLINS
THOMAS JACKSON MORTON
SUE BROOKS LAAS
LINDA S. WIEGMAN
RICHARD T. SUTTLE, JR.
WAYNE S. HOLLINGSWORTH
SUZANNE L. MANN
KENNETH N. JONES
MARGARET A. BURNS
M'LOU PATTON BELL

**ARMBRUST & BROWN**
ATTORNEYS AT LAW
2600 ONE AMERICAN CENTER
600 CONGRESS AVENUE
AUSTIN, TEXAS 78701-3286
(512) 499-3600

January 16, 1987

ZAPNET NUMBER
512-478-4496

WRITERS TELEPHONE NUMBER

499-3604

Ms. Quilla James
Assistant Attorney General
Civil Rights Division
Department of Justice
Washington, D.C. 20530

Re: Northwest Austin Municipal Utility District No. 1

Dear Ms. James:

Enclosed please find the following documents which you requested for the above referenced District:

1. Certificate for Order Calling Confirmation and Director Election, Bond Election and Maintenance Tax Election.

2. Affidavit of Publication for Notice of Election.

If you have any further questions relating to this matter please do not hesitate to call.

Sincerely,

Sharlene Collins
Attorney for the District

M1153.LM

JAN 20 1987

STATE OF TEXAS         §

COUNTY OF TRAVIS       §

I, Mary Ann Hefner, Chief Clerk of the Texas Water Commission, do hereby certify that the attached and foregoing is a true and correct copy of the Order Calling Confirmation and Director Election, Bond Election, and Maintenance Tax Election for NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1, the original of which is on file in the official records of the Commission.

GIVEN UNDER MY HAND AND THE SEAL OF THE TEXAS WATER COMMISSION, this the 5th day of December, 1986.

                                                    Mary Ann Hefner, Chief Clerk
                                                  Texas Water Commission

(SEAL)

CERTIFICATE FOR ORDER CALLING CONFIRMATION
AND DIRECTOR ELECTION, BOND ELECTION AND
MAINTENANCE TAX ELECTION

STATE OF TEXAS                              §
                                            §
COUNTY OF TRAVIS                            §

I, the undersigned officer of Northwest Austin Municipal Utility District No. 1 (the "District"), hereby certify as follows:

1.   The Board of Directors of the District (the "Board") convened in a special meeting on October 7, 1986 at the special meeting place of said District, and the roll was called of the duly constituted officers and members of the Board, to wit:

    President               Ted R. Hendricks
    Vice President        Homer D. Reed
    Secretary               Robert J. Liverman
    Treasurer               James H. Hillyer
    Assistant Secretary   Timothy Emile Jamail

and all of such persons were present except Director Jamail, thus constituting a quorum.  Whereupon among other business the following was transacted at the meeting:  a written

CERTIFICATE FOR ORDER CALLING CONFIRMATION
AND DIRECTOR ELECTION, BOND ELECTION AND
MAINTENANCE TAX ELECTION

(the "Order") was duly introduced for the consideration of the Board and read in full.  It was then duly moved and seconded that the Order be adopted, and, after due discussion, said motion, carrying with it the adoption of the Order, carried by the following votes:

    AYES:  4

    NOES:  0

2.   A true and complete copy of the Order adopted at the meeting described in the above and foregoing paragraph is attached to and follows this certificate; the Order has been duly signed and attested by the proper officers and, as signed, has been duly recorded in the Board's minutes of said meeting; the above and foregoing paragraph is a true and complete excerpt from the District's minutes of said meeting pertaining to the adoption of the Order; said meeting was open to the

public as required by law; and written notice of the date, place, and subject of said meeting was given as required by law, including particularly Article 6252-17, Texas Revised Civil Statutes, as amended, and Section 54.109, Texas Water Code, as amended.

   WITNESS MY HAND and the SEAL of the DISTRICT this __11__ day of November, 1986.

                                    _Robert J. Liverman_
                                    Secretary, Board of Directors

(SEAL)


4089P