POTTS & REILLY, L.L.P.
ATTORNEYS AND COUNSELORS
401 WEST 15TH STREET, SUITE 860
AUSTIN, TEXAS 78701-1665

Kerrie Jo Qualtrough
E-MAIL: qualtrough@pottsreilly.com

TELEPHONE: (512) 469-7474
FAX: (512) 469-7480
WEB: www.pottsreilly.com

February 26, 2004

<u>ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT-PRIVILEGED & CONFIDENTIAL</u>
<u>DO NOT DISCLOSE CONTENTS WITHOUT ADVICE OF COUNSEL & PROPER AUTHORIZATION</u>

<u>Submission Under Section 5, Voting Rights Act</u>

**Via Federal Express**
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
U.S. Department of Justice
1800 G Street, N.W..
Washington, D.C. 20006

Re:    **Submission Under Section 5, Voting Rights Act; Northwest Austin Municipal
         Utility District No. 1, of Travis County, Texas**

Ladies and Gentlemen:

The undersigned is the Attorney for the Northwest Austin Municipal Utility District No. 1
(the District). The District makes this submission under the Voting Rights Act of 1965, Section 5,
as amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the Voting
Rights Act of 1965 as amended.

1.      **Background and History.**

The District is a municipal utility district and was created in March of 1988 by the Texas
Water Commission under the provisions of Chapter 54 of the Texas Water Code. At that time, the
District provided water, sanitary sewer, and storm drainage services to the area within its boundaries.
However, those services are now provided by the City of Austin. The District's current functions
include the payment of existing bonds and contracts and maintenance of the common areas within
the District. All District officers are residents of the District as required by law.

The District boundaries are essentially the same as the boundaries of the Canyon Creek
subdivision located in northwest Travis County, Texas. Canyon Creek can be described as primarily
an upscale subdivision of large, single family homes. There is one elementary school within Canyon

- 1 -

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 2

Creek. Typically, the residents of Canyon Creek leave the subdivision, and therefore the District, in order to shop and work. The Canyon Creek subdivision is approximately 90 percent constructed.

Attached to this request for preclearance are the following documents:

1.    The Joint Election Agreement between the District and Travis County, Texas.
2.    The District's order in English and Spanish ordering the May 15, 2004 election.

The District has made seven prior submissions to the Department of Justice that are described as follows:

| Date | Changes Affecting Voting |
|---|---|
| November 25, 1986 | Creation, Polling Place, Bilingual Election Procedure |
| March 21, 1988 | Polling Place |
| March 6, 1990 | Polling Place |
| April 4, 1996 | Polling Place |
| June 6, 1996 | Notice of Election and Cancellation of Election |
| March 26, 1998 | Annexation and Polling Place |
| March 27, 2002 | Polling Place |

Please refer to the prior submissions for information regarding previous changes affecting voting within the District.

The following demographic information was obtained from the March 27, 2002 submission. Upon the Board's best information and belief, this information is still correct and the Board has no reason to believe that the figures are no longer accurate.

According to the March 27, 2002 submission, the District is believed to have a population of approximately 5,400 people, approximately one-half of whom are of voting age. To the best of the District's knowledge, there are less than 2.5% African-American families in the District and less than 5% families with Spanish surnames, none of whom would be considered language minorities. Population figures and the percentage of families with Spanish surnames were originally obtained from the general manager of the District who maintained the names and numbers of occupied residences within the District. The percentage of African-American families within the District was an estimate made by the then general manager.

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 3

**2.    Changes Affecting Voting**

There is no past or pending litigation concerning the District's changes or voting practices.

**A.    Joint Election Agreement with Travis County.**

On February 19, 2004, the Board approved and entered into the attached Joint Election Agreement with Travis County, a Texas county and political subdivision. (Att. 1). Texas election laws allow for joint elections to be held under certain circumstances. A joint election with another political subdivision may be held if the elections are to be held on the same day, in all or part of the same territory, and when the election precinct can be served by a common polling place. TEX. ELEC. CODE § 271.002. The participating political subdivisions must execute an agreement to hold a joint election. The terms of the agreement must allocate expenses and be stated in an order, resolution, or other official action adopted by the governing body of each of the participating political subdivisions. *Id.* §§ 271.002(d-e) & 271.0004. As required, the District requests that the attached joint election agreement be precleared.

**(1).    Election Day Polling Place**

Under this agreement, the polling place for the District will be the Canyon Creek Elementary School located within the District. This school is the polling place for Travis County's precinct 333 and the District is located completely within this precinct.

Canyon Creek Elementary School is a far superior polling place than the private residence that was used in the District's 2002 election. The location of the school is well known to the registered voters of the District. Also, in the 2002 election, a voter had to travel to the precinct 333 polling place and the private residence in order to vote in all races for which he was eligible.

Now, a voter can go to one location and use one ballot to vote in all elections for all jurisdictions. Therefore, this will cut down on the voter confusion and inconvenience that can occur when a voter must travel to more than one polling place to fill out more than one ballot for each separate jurisdiction in which they are entitled to vote. Furthermore, Travis County has the financial ability and economies of scale to use electronic ballots instead of the paper ballots used by the District in the past.

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 4

    (2).    **Early Voting**

In the previous 2002 election, the district's early voting was held at the Stuebers' private residence from 11:00 a.m. to 7:00 p.m. on each day for early voting which was not a Saturday, a Sunday, or an official state holiday. This private residence is no longer available for early voting purposes. The District has appointed Marilyn Wahl as the Early Voting Clerk for the District. Ms. Wahl meets the eligibility requirements found in section 83.006 of the Texas Election Code.

Texas law allows joint early voting to be conducted at the locations and during the hours, including any extended or weekend hours, that the joint early voting clerk regularly conducts early voting for her own political subdivision. *Id.* § 271.006(b). Under the attached Joint Election Agreement, the Honorable Dana DeBeauvoir, Travis County Clerk will serve as the Joint Early Voting Clerk for the District and Travis County. Exhibit B of the attached Joint Election Agreement contains a list of Travis County's 26 early voting sites. A registered voter of the District may vote at any of these 26 early voting places. In addition, while not located within the District, Travis County has an early voting location at the HEB Four Points which is less than five miles from the District. HEB Four Points is a grocery store frequented by residents of the District. Therefore, the early voting locations will make it more convenient for the District's registered voters. Entering into the joint election agreement with Travis County will increase voter convenience, decrease voter confusion, and should increase the number of voters participating in the District's elections.

    (3).    **Electronic Ballot**

The District's previous elections were done on paper ballots. As shown in the attached joint election agreement, Travis County will use an electronic voting system as defined and described in Title 8 of the Texas Election Code for the May 15, 2004 election. Travis County will hire election workers and train them to assist voters in using this electronic ballot. The County will also be responsible for testing the voting equipment as required. All ballots will be in both English and Spanish. Travis County will use a single, combined ballot and single ballot box for the elections. Use of the this electronic voting system where one ballot is used for both the county's and district's elections will reduce voter confusion and increase voter convenience.

**3.    Preclearance Requested.**

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-1 10 as amended by P.L. 94-73 was not the purpose and is not the

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 5

effect of such changes as they relate to (a) the joint election agreement with Travis County; (b) the May 15, 2004 polling place; (c) the early voting location; and (d) the electronic ballot.

## 4.    Procedural Matters.

In the event that further information would be helpful or for any reason connected with this request for preclearance, please telephone the District's counsel, Kerrie Jo Qualtrough, Potts & Reilly, L.L.P. at (512) 469-7474. Correspondence regarding this submission should be sent to the District at the following address:

Kerrie Jo Qualtrough
Potts & Reilly, L.L.P.
401 W. 15th, Suite 850
Austin, Texas 78701

Pursuant to 28 CFR § 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made as soon as possible. The District also requests a conference in the event clearance is not anticipated or in the event a conference would assist in the consideration of this request for preclearance.

Sincerely,

Kerrie Jo Qualtrough
Attorney for the District

Enclosures

L:\Clients\NWAMudNo.1\Elections\DOJ-submission-final.wpd

- 5 -

# AGREEMENT TO CONDUCT JOINT ELECTIONS
## BETWEEN TRAVIS COUNTY AND
## THE NORTHWEST AUSTIN MUNICIPAL UTITLITY DISTRICT NO. 1

**WHEREAS**, Travis County ("County") will hold an election pertaining to the creation of a countywide hospital district within the boundaries of the County on May 15, 2004; and,

**WHEREAS**, the Northwest Austin Municipal Utility District No. 1 ("the District") requires an election to be held on May 15, 2004 in that portion of Travis County, shown on the map attached at Exhibit "A" (the "Territory") for the District; and,

**WHEREAS**, pursuant to Section 271.002, Texas Election Code, political subdivisions of the State of Texas are authorized to hold elections jointly in voting precincts that can be served by common polling places if elections are ordered by the authorities of two or more political subdivisions to be held on the same day in all or part of the same territory; and,

**WHEREAS**, Texas Government Code, Chapter 791, authorizes local governments to contract with one another and with agencies of the state for various governmental functions including those in which the contracting parties are mutually interested; and

**WHEREAS**, it would be to the benefit of the County and the District, (collectively referred to hereinafter as the "Entities"), and the citizens and voters thereof, to hold the elections jointly in the election precincts that can be served by common polling places insofar as possible.

**NOW, THEREFORE**, pursuant to Chapter 31, and Sections 271.002, and 271.003, Texas Election Code, the Joint Election Agreement set forth below is entered into by and between the County, a political subdivision of the State of Texas acting by and through its Commissioners Court, and the District, a political subdivision duly created under the laws of the State of Texas, acting by and through its governing Board of Directors, agree as follows:

## I.    Scope of Joint Election Agreement

This Joint Election Agreement covers the conduct of an election pertaining to a hospital district in Travis County, as well as the conduct of the District's Directors Election. The County and the District will hold these elections on May 15, 2004, ("Election Day"), jointly for the voters in that portion of Travis County as identified on the maps in Exhibit "A" and incorporated by reference as if fully set out herein.

87613-1  064.000

1

## II.    Election Officer

The Entities hereby appoint the Honorable Dana DeBeauvoir, Travis County Clerk, as the Joint Election Officer to perform or supervise the performance of the duties and responsibilities of Travis County involved in conducting the Joint Election covered by this Agreement.

## III.    Early Voting

The Entities agree to conduct their early voting jointly.  Early voting for the Entities shall be conducted at the dates and times required by law and at the locations shown on Exhibit "B" to this Agreement.

### A.    County Responsibilities

1.    The Regular Early Voting Clerk for the County, The Honorable Dana DeBeauvoir, shall also serve as the Joint Early Voting Clerk for the election.  The Joint Early Voting Clerk will be responsible for the conduct of early voting by mail and by personal appearance for all Travis County voters voting in the Joint Election.  The Joint Early Voting Clerk shall receive from the District's Regular Early Voting Clerk applications for early voting ballots to be voted by mail in accordance with Title 7 of the Texas Election Code.  The Joint Early Voting Clerk shall send early voting ballots by mail and receive early voting ballots for early voting by mail.  The Joint Early Voting Clerk shall have authority to appoint such deputy early voting clerks as may be necessary to assist the Joint Early Voting Clerk with voting to take place at the early voting locations

2.    The County will determine the number of election workers to hire to conduct early voting in the Joint Election.  The Joint Election Officer will arrange or contract for training for all election workers  and will assign all election workers employed for early voting in the Joint Election.  The training of said election workers is mandatory; these individuals will be compensated for their time in training.  The County will provide a training facility where election schools will be conducted to train election workers employed in the conduct of early voting, including the mobile early voting program, early voting by personal appearance at main and temporary branch early voting polling places, early voting by mail, and other aspects of the early voting program for the Joint Election.  The County will name early voting deputies and clerks employed in the conduct of early voting.

3.    The County will provide and deliver all supplies and equipment necessary to conduct early voting for the Joint Election, including but not limited to ballots, election forms, any necessary ramps, utility hook-ups, signs, registration lists and ballot boxes, to early voting polling places.  The County will designate and confirm all early voting polling place locations.

4.    The County will be responsible for the preparation and transportation of the electronic voting equipment necessary to conduct early voting.  The County shall perform all tests of voting equipment as required, including but not limited to posting notice of equipment testing.

5.    Pursuant to Sections 66.058 and 271.010 of the Election Code, the Entities appoint Dana DeBeauvoir, Travis County Clerk, as the Joint Custodian of Records ("Joint Custodian") for the sole purpose of preserving all voted ballots securely in a locked room in the locked ballot boxes for the period for preservation required by the Election Code.

6.    The County will receive ballot language in both English and Spanish from the District and format the ballots as needed to include said language. The County will provide the District with a final proof of ballot language for approval prior to printing ballots. Upon final proof approval, the ballots shall be printed in an expedited timeframe so as to allow ballot allocations for the Early Voting by Personal Appearance Program and the ballot mail outs for the Early Voting by Mail Program.

7.    A single joint voter sign-in process consisting of a common list of registered voters, and common signature rosters shall be used for early voting. A single, combined ballot and single ballot box will be used. The County shall use an electronic voting system, as defined and described in Title 8 of the Texas Election Code and agrees to use ballots that are compatible with such equipment.

8.    The County will be responsible for the conduct of the Early Voting Ballot Board. The County shall appoint the Presiding Judge for the Early Voting Ballot Board eligible to serve in this capacity. The Presiding Judge for the Early Voting Ballot Board shall appoint two or more election clerks, and such Judge and clerks shall constitute the early voting ballot board and shall count and return early voting ballots, and perform other duties set for such board in accordance with the Election Code.

B.    The District's Responsibilities

1.    The District shall appoint Marilyn Wahl as the District's Regular Early Voting Clerk ("Regular Early Voting Clerk") for the District. The Regular Early Voting Clerk for the District shall receive requests for applications for early voting ballots to be voted by mail and shall forward in a timely manner as prescribed by law any and all applications for early voting ballots to be voted by mail received in the District's office to the Joint Early Voting Clerk. The Joint Early Voting Clerk is responsible for the remaining procedures for conducting each of the Entities' early voting by mail as stated in III. A. 1.

2.    Marilyn Wahl, the Regular Early Voting Clerk, shall appoint Patti Shannon, an employee of the law firm Potts & Reilly, L.L.P., as Custodian of Records for the District to perform the duties imposed by the Election Code on the custodian of records for its respective entity.

3.    The District will provide ballot language for the District's portion of the official ballot to the County in both English and Spanish. Any additions, modifications, deletions, or other changes to such ballot contents or language must be made by the District prior to final proof approval by Joint Election Officer. The County will provide the District with a final proof of ballot language, as it is to appear on the ballot for final proof approval. Upon final proof approval, ballots shall be printed in an expedited timeframe so as to allow ballot allocations for the Early Voting by Personal Appearance Program, and the ballot mail outs for the Early Voting by Mail Program.

87613-1   064.000                                                                                3

IV.    **Election Day**

      The District is completely within Travis County Precinct 333.   The election day polling location for Precinct 333 is the Canyon Creek Elementary School located within the District.

A.    <u>County Responsibilities</u>

1.    The County shall designate and confirm that the Precinct 333 polling place is the Canyon Creek Elementary School for the Joint Election held on May 15, 2004.

2.    The County shall appoint the Presiding Election Judge and the Alternate Presiding Election Judge to administer the election in the precinct in which a common polling place is to be used.  The Presiding Election Judge and Alternate Presiding Election Judge shall be qualified voters of the Travis County Election Precinct in which the joint election is held.  The Presiding Election Judge for the precinct in which a common polling place is used may appoint election clerks as necessary to assist the judge in the conduct of the election at the precinct polling place.  The Alternate Presiding Election Judge may be appointed as a clerk.  The Alternate Presiding Election Judge may serve as the Presiding Election Judge for the precinct in the absence of the Presiding Election Judge.  Election Judges and clerks shall be compensated at the rate established hereafter by the County. Compensable hours shall be determined in accordance with provisions of the Texas Election Code, as amended and other applicable laws.

3.    One set of election officials shall preside over the election in the precinct in which a common polling place is used.  A single joint voter sign-in process consisting of a common list of registered voters, and common signature rosters shall be used in the precinct in which a common polling place is used.  A single, combined ballot and single ballot box will be used.  The officer designated by law to be the custodian of the voted ballots for the County shall be custodian of all materials used in common in the precinct where a common polling place is used.  The County shall use an electronic voting system, as defined and described in Title 8 of the Texas Election Code and agrees to use ballots that are compatible with such equipment.

4.    The County will arrange for training and will provide the instructors, manuals and other training materials deemed necessary for training all judges and clerks.  Training for Election Judges and Alternate Judges is mandatory; and these individuals will be compensated for their time in training.

5.    The County will arrange for Election Day voter registration precinct lists for the Joint Election.  The County will determine the quantities of election supplies needed for Election Day voting.

6.    The County, by and through the County Clerk's Elections Division, and Administrative Operations, will be responsible for the preparation and transportation of voting equipment and Election Day supplies for use on Election Day.

7. The County, by and through the County Voter Registrar, will provide the list of registered voters as needed in the overlapping jurisdictions identified in Exhibit "A", with designation of registered voters in the District, for use at the Joint Election Day polling place on Election Day.

8. The common polling place is designated as the polling place used by the County. At the common polling place, a single ballot box shall be used for the deposit of all ballots cast in the Joint Election. At said polling place, one voter registration list and one combination poll list/signature roster form will be kept for the Joint Election. The final returns for the District and the County shall be canvassed separately by each respective entity. The Custodian of Records for the County, the Honorable Dana DeBeauvoir, shall maintain a return center on Election Day for the purpose of receiving returns from the County. Ms. DeBeauvoir will provide unofficial election results to Don Zimmerman, President of the District's Board of Directors.

9. On Election Day, the Joint Election Officer and/or the Elections Division of her Office will field all questions from election judges.

10. The County shall make available to the voters having the need of an individual capable of acting as a translator and speaking both English and Spanish languages who will assist Spanish speaking voters in understanding and participating in the election process in the Territory covered by this Agreement.

B. The District's Responsibilities

1. Prior to Election Day, the District will answer questions from the public with respect to the election of District directors during regular office hours of 8:00 a.m. – 5:00 p.m.

2. Don Zimmerman, the President of the District's Board of Directors, and Patti Shannon, Custodian of Records for the District for the election, shall receive returns from Dana DeBeauvoir on Election Day.

V. Election Night

A. County Responsibilities

1. The County holds responsibility for all activities on election night including, but not limited to, setting up a central counting station, coordinating and supervising the tabulation of results, coordination and supervision of the physical layout of the support stations that are receiving substations for the Joint Election, and coordination and management of media coverage of the election.

2. The County will arrange for the transportation of voted ballot boxes to the central counting station.

87613-1  064.000

5

3.   The County will appoint the Presiding Judge and Alternate Presiding Judge of the Central Counting Station to maintain order at the Central Counting Station, to administer oaths as necessary, to receive sealed ballot boxes, and to perform such other duties required by the Texas Election Code. These individuals shall be those hereafter appointed by the County to serve as Presiding and Alternate Judge of the Central Counting Station. The Presiding Judge of the Central Counting Station may appoint clerks to serve at the Central Counting Station. In addition, the County shall appoint a Tabulation Supervisor to be in charge of the operation of the automatic tabulating equipment at the Central Counting Station; an individual to serve as Central Counting Station Manager and an Assistant Counting Station Manager to be in charge of the overall administration of the Central Counting Station and the general supervision of the personnel working at the Central Counting Station. These individuals shall be those hereafter appointed by the County to serve as Tabulation Supervisor, Central Counting Station Manager and Assistant Counting Station Manager.

A.    The District's Responsibilities

1.    The District has no role or responsibility on the night of the election.

VI.    County Resources

1.    The County shall provide the Elections Division permanent staff and offices to administer the Joint Election, under the direction of the Travis County Clerk, Dana DeBeauvoir.

2.    For early voting, the County will provide a locked and secure area in which voted ballot boxes will be stored until the Early Voting Ballot Board convenes. The County, by and through Administrative Operations, will provide transportation of such ballot boxes to the Central Counting Station for the Early Voting Ballot Board.

3.    The County will be responsible for providing and maintaining voting equipment and testing any voting equipment as required by the Texas Election Code.

4.    The County will process the payroll for all temporary staff hired to conduct the Joint Election. The payroll processing includes statutory reporting and providing the W-2 forms where applicable.

5.    The County will conduct early voting as indicated in this Agreement.

VII.    Joint Election Costs; Payment

1.    After March 15, 2004, in the event the District's general election is not cancelled pursuant to state law, the District will transmit to the County a check in the amount of $ 705, made payable to Travis County. This represents approximately 75% of the costs of District's share of the election. The Joint Election expenses, including administrative costs, for the District is expected to be $ 940. The County shall submit an invoice to the District for the balance of the District's actual Joint Election expenses upon completion of the election. Joint Election expenses include, but are not limited to, expenses for facilities, personnel, supplies, and training actually incurred by the County

87613-1  064.000                                                                                    6

for establishing and operating all early voting and Election Day activities at the polling place in the joint election territory as well as activities related to the tabulation of votes. Upon receipt of an invoice from the County for the election expenses, the District shall pay the total amount of the invoice within thirty (30) days of receipt of said invoice.

2.      In the event of a recount, the expense of the recount shall be borne by the Entity(ies) involved in such recount on a pro-rata basis.

## VIII.   General Provisions

### A.     Legal Notices

Each of the Entities shall be individually responsible for the preparation of election orders, resolutions, notices, and other pertinent documents for adoption or execution by its own respective governing board and all expenses related thereto. Each of the Entities shall be individually responsible for obtaining appropriate preclearance, if necessary, from the United States Department of Justice. The Honorable Dana DeBeauvoir, the Joint Election Officer, will provide the District information on changes affecting the election of District directors, such as polling place changes and changes in voting equipment, when such changes are confirmed, verified or otherwise become known to her or her office. Each of the Entities shall be individually responsible for posting or publication of election notices and all expenses related thereto. Each of the Entities further shall be individually responsible for election expenses incurred in relation to any polling place that is not a common polling place as designated in this Agreement.

### B.     Communication

Throughout the term of this Agreement, the District and the County will engage in ongoing communications concerning the conduct of the Joint Election; and, when necessary, the County Clerk, elections division staff members and other election workers shall meet with the designated District representative to discuss and resolve any problems which might arise regarding the Joint Election.

### C.     Custodian

The Honorable Dana DeBeauvoir, Travis County Election Officer, shall serve as the custodian of the keys to the ballot boxes for voted ballots in the Joint Election.

### D.     Effective Date

This Agreement takes effect upon the complete execution of this Agreement by the District and the County. This Agreement shall continue until the District pays the County the remaining $ 235 in costs of the Joint Election designated in section VII of this Joint Agreement. The obligation of the District to the County under this Agreement shall not end until such sum is paid.

87613-1  064.000

7

## IX.  Miscellaneous Provisions

### A.    Amendment/Modification

Except as otherwise provided, this Agreement may not be amended, modified, or changed in any respect whatsoever, except by a further Agreement in writing, duly executed by the parties hereto. No official, representative, agent or employee of the County has any authority to modify this Agreement except pursuant to such expressed authorization as may be granted by the Commissioners Court of Travis County, Texas.  No official, representative, agent or employee of the District has any authority to modify this Agreement except pursuant to such expressed authorization as may be granted by the Board of Directors of the District.  Dana DeBeauvoir, Travis County Clerk, may make necessary amendments or modifications to this Agreement in writing in order to conduct the Joint Election smoothly and efficiently, except that any changes to the joint election costs must be approved by the Commissioners Court of the County and the Board of Directors of the District.

### B.    Notice

Any notice to be given hereunder by either party to the other shall be in writing and may be effected by personal delivery in writing or certified mail, return receipt requested, when mailed to the proper party, at the following addresses:

Northwest Austin Municipal Utility Dist. No. 1          Travis County
c/o Potts & Reilly, L.L.P.                              c/o Hon. Dana DeBeauvoir, County Clerk
401 W. 15th Street, Suite 850                           1000 Guadalupe Street, Room 222
Austin, Texas 78701                                     Austin, Texas 78701

Each party may change the address for notice to it by giving notice of such change in accordance with the provisions of this Section.

### C.    Force Majeure

In the event that the performance by the County of any of its obligations or undertakings hereunder shall be interrupted or delayed by any occurrence not occasioned by its own conduct, whether such occurrence be an act of God or the result of war, riot, civil commotion, sovereign conduct, or the act or condition of any persons not a party or in privity thereof, then it shall be excused from such performance for such period of time as is reasonably necessary after such occurrence to remedy the effects thereof.

87613-1  064.000                                                                              8

D.    Venue and Choice of Law

The obligations and undertakings of each of the parties to this Agreement shall be performable in Travis County, Texas. Venue for any dispute arising under this Agreement will lie in the appropriate courts of Austin, Travis County, Texas.  This Agreement shall be governed by and construed in accordance with the laws of the State of Texas and the United States of America.

E.    Entire Agreement

This Agreement contains the entire agreement of the parties relating to the rights herein granted and the obligations herein assumed. Any prior agreements, promises, negotiations, or representations not expressly contained in this Agreement are of no force and effect.  Any oral representations or modifications concerning this Agreement shall be of no force or effect, excepting a subsequent modification in writing as provided herein.

F.    Severability

If any provision of this Agreement is found to be invalid, illegal or unenforceable by a court of competent jurisdiction, such invalidity, illegality or unenforceability shall not affect the remaining provisions of this Agreement; and, parties to this Agreement shall perform their obligations under this Agreement in accordance with the intent of the parties to this Agreement as expressed in the terms and provisions of this Agreement.

G.    Breach

In the event that the District or County breaches any of its obligations under this Agreement, the non-breaching party shall be entitled to pursue any and all rights and remedies allowed by law.

H.    Payments from Current Revenues

Payments made by the District in meeting the District's obligations under this Agreement shall be made form current revenue funds available to the District. Payments made by the County in meeting its obligations under this Agreement shall be made from current revenue funds available to the County.

I. .    Other Instruments

The Entities agree that they will execute other and further instruments or any documents as may become necessary or convenient to effectuate and carry out the purposes of this Agreement.

9

J.    Third Party Beneficiaries

Except as otherwise provided herein, nothing in this Agreement, expressed or implied, is intended to confer upon any person, other than the parties hereto, any benefits, rights or remedies under or by reason of this Agreement.

K.    Other Joint Election Agreements

The County and District expressly understand and acknowledge that the County and District may enter into other Joint Election Agreements with other jurisdictions, to be held on Election Day and at common polling places covered by this Agreement.

L.    Mediation

When mediation is acceptable to both parties in resolving a dispute arising under this Agreement, the parties agree to use the Dispute Resolution Center of Austin, Texas as the provider of mediators for mediation as described in the TEX. CIV. PRAC. & REM. CODE, Section 154.023. Unless both parties are satisfied with the result of the mediation, the mediation will not constitute a final and binding resolution of the dispute. All communications within the scope of the mediation shall remain confidential as described in TEX. CIV. PRAC. & REM. CODE, Section 154.073, unless both parties agree, in writing, to waive the confidentiality.

IN TESTIMONY WHEREOF, this Agreement is executed in duplicate on this ___ day of ___, 2004.

**TRAVIS COUNTY**

BY:    _____

Samuel T. Biscoe
County Judge

BY:    _____

Dana DeBeauvoir
County Clerk

10

IN TESTIMONY WHEREOF, this Agreement is executed in duplicate on this ___ day of ___, 2004.

NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

BY:    _____

Don Zimmerman
President
Northwest Austin Municipal Utility Dist. No. 1

11

**EXHIBIT A**

Map

12



**EXHIBIT B**

**Travis County Early Voting Locations**

13



**DANA DeBEAUVOIR**
Travis County Clerk
Elections Division



Travis County Elections Division

# 2004 Early Voting Guide
## May 15, 2004 Joint Election

Early Voting Runs from Wednesday, April 28 – Tuesday, May 11, 2004

---

**HOURS OF OPERATION**
All locations with the exception of malls and mobile voting sites will be open
Monday - Saturday: 7am to 7pm and Sunday: Noon to 6pm

**SPECIAL HOURS**
Highland Mall and Northcross Mall
Monday - Saturday: 10am to 9pm and Sunday: Noon to 6pm

---

**CENTRAL:**
- Travis County Airport Blvd Offices.............. 5501 Airport Boulevard (Main)
- Travis County Courthouse ........................... 1000 Guadalupe, 1st Floor
- Fiesta Mart ................................................. 3909 North IH-35 @ Delwood
- University of Texas ..................................... UGL Lobby West Mall, UT Campus
- ACC Highland Business Center.................... 5930 Middle Fiskville Road
- ACC Rio Grande.......................................... 1212 Rio Grande

**NORTH**
- Highland Mall ............................. 6001 Airport, Lower Level by JCPenney's
- ACC Northridge............................ 11928 Stonehollow Drive
- Northcross Mall............................ 2525 West Anderson Lane

**NORTHEAST:**
- Albertson's North Lamar ............ 11331 North Lamar @ Braker Lane
- Albertson's Pflugerville............... 1601 West Pecan Street

**NORTHWEST:**
- Randall's Research ...................... 10900-D Research Boulevard @ Braker Lane
- H-E-B Four Points ...................... 7301 FM 620 North (temp building in parking lot)
- ACC Cypress Creek.................... 1555 Cypress Creek Road

**SOUTH:**
- H-E-B South Congress................. 2400 South Congress (temp building in parking lot)
- Randall's Ben White..................... 2025 West Ben White @ Manchaca

**SOUTHEAST:**
- ACC Riverside ............................. 1020 Grove Boulevard
- Albertson's Stassney ................... 5510 South I-35 @ Stassney Lane

**SOUTHWEST:**
- Randall's South Mopac ............... 6600 South Mopac @ William Cannon
- Home Depot.................................. 1200 Home Depot Boulevard @ Brodie Lane
- ACC Pinnacle............................... 7748 Highway 290 West

**EAST:**
- H-E-B East 7th ............................ 2701 E. 7th Street (temp building in parking lot)
- Springdale Shopping Cntr .......... 7112 Ed Bluestein Boulevard, Suite 155 (Primary Health Clinic)
- ACC Eastview                              3401 Webberville Road

**WEST:**
- Randall's Bee Caves.................... 3300 Bee Caves Road
- Randall's Lakeway....................... 2303 RR 620 South

---

## Electronic Voting System
During Early Voting and Election Day, Travis County voters will cast their ballots using touch-button voting units. These units are easy to use even if you have never touched a computer before. There are also specially designed units that will make voting easier for people who are blind or have visual impairments. Election officials will be happy to assist you if you have any questions or need a demonstration.

Voters who qualify and opt to vote by mail will continue to use a paper ballot.

## All You Need is an ID or Voter Registration Card!
Registered voters can vote with a voter registration card, any official photo ID, preprinted in-state checks, or any two forms of identification that are sufficient in the opinion of the election judge.

## Information and Internet Sites
- The Travis County Clerk's Office can mail or fax a Sample Ballot to you. Call 238-VOTE; watch Travis County TV, Cable Ch. 17; or check the County's web site at www.co.travis.tx.us/elections
- For voter information, see the Travis County Voter Registration web site at www.texasonline.state.tx.us/travisco/voter/home.htm or call 854-9473
- The League of Women Voters offers a Voter's Guide with information on all of the issues at www.leaguewv.austin.tx.us or call 451-6710.
- For information on the Democratic candidates, call the Travis County Democratic Party at 477-7500, or visit their website at www.traviscountydemocrats.org
- For information on the Republican candidates, call the Travis County Republican Party at 302-1776, or visit their website at www.traviscountygop.org

CHECK THE BACK OF THIS PAGE FOR MORE EARLY VOTING LOCATIONS!



## CERTIFICATE FOR ORDER

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

    The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

    1.    The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 19th day of February, 2004, at Peace Lutheran Church, 10625 North F.M. 620, Austin, Texas and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Don Zimmerman | - | President |
| William C. Ferguson | - | Vice President |
| Karen Temborius | - | Secretary |
| Edward L. Swarthout | - | Treasurer |
| George Frederickson | - | Director |

all of said persons were present, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

### ORDER CALLING DIRECTOR ELECTION

was introduced for the consideration of the Board. It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

    2.    A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.

SIGNED AND SEALED the 25th day of February , 2004.

(SEAL)

_Karen Temborius_
Karen Temborius, Secretary

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

        This instrument was acknowledged before me on February 25, 2004, by Karen Temborius, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1 on behalf of said District.



_Marti Bertram_
Notary Public in and for the State of Texas

(SEAL)

## ORDER OF ELECTION FOR

## NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

An election is hereby ordered to be held on May 15, 2004 for the purpose of electing District directors for Northwest Austin Municipal Utility District No. 1.  The polling location is Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas 78726.

Early voting by personal appearance will be conducted at H-E-B Four Points, 7301 FM 620 North (temp building in parking lot), Monday through Saturday, 7:00 a.m. to 7:00 p.m. and Sunday, noon to 6:00 p.m. beginning on Wednesday, April 28, 2004 and ending on Tuesday, May 11, 2004.

Applications for ballot by mail shall be mailed to:

> Marilyn Wahl
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, TX                          78701

Applications for ballot by mail must be received no later than the close of business on Tuesday, May 7, 2004.

In addition to the early voting at the HEB Four Points, a voter may also vote at the following

early voting locations and hours:

| CENTRAL | DATE | HOURS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Travis County Courthouse<br>1000 Guadalupe, 1st Floor | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Fiesta Mart<br>3909 North IH-35 @Delwood | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Highland Business Center<br>5930 Middle Fiskville Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **NORTH** | **DATE** | **HOURS** |
|---|---|---|
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | M-S: 10:00-9:00<br>Sun: Noon-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | M-S: 10:00-9:00<br>Sun: Noon-6:00 |

| **NORTHEAST** | **DATE** | **HOURS** |
|---|---|---|
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **NORTHWEST** | **DATE** | **HOURS** |
|---|---|---|
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **SOUTH** | **DATE** | **HOURS** |
|---|---|---|
| HEB South Congress<br>2400 South Conress (temp building in parking lot) | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **SOUTHEAST** | **DATE** | **HOURS** |
|---|---|---|
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Alertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **SOUTHWEST** | **DATE** | **HOURS** |
|---|---|---|
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **EAST** | **DATE** | **HOURS** |
|---|---|---|
| H-E-B East 7th<br>2701 E. 7th Street (temp building in parking lot) | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **WEST** | **DATE** | **HOURS** |
|---|---|---|
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

Issued this the  19th  day of  February , 2004 .


Don Zimmerman

President

William C. Ferguson

Member

George Frederickson

Member


Signature of Presiding Officer

Edward Swarthout

Member

Karen Temborius

Member

ORDEN DE ELECCIÓN

DE

NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

Por lo presente se ordena que se efectúe una elección el 15 de Mayo, 2004 con el propósito de elegir a directores de Northwest Austin Municipal Utility District No. 1. El sitio de votación será en Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas, 78726.

La votacion adelantada por comparecencia personal será efectuada diario en H-E-B Four Points, 7301 FM 620 North (edificio temporal en el estacionamineto), de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. y el Domingo, de mediodía a las 6:00 p.m. principiando el Miércoles, 28 de Abril, 2004 y terminando el Martes, 11 de Mayo, 2004.

Solicitudes de boletas por correo se enviarán a:

      Marilyn Wahl
      c/o Potts & Reilly, L.L.P.
      401 W. 15th Street, Suite 850
      Austin, Tx, 78701

Solicitudes de boletas por correo se deberán recibir a no más tardar del fin de las horas hábiles el Martes, 7 de Mayo, 2004.

Además de la votación adelantada en HEB Four Points, votantes también podrán votar en

los siguientes sitios de votación en las horas indicadas:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Travis County Courthouse<br>1000 Guadalupe, 1st Floor | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @Delwood | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Highland Business Center<br>5930 Middle Fiskville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NORTE** | **FECHA** | **HORAS** |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 – 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 – 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NOROESTE** | **FECHA** | **HORAS** |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| HEB South Congress<br>2400 South Congress (temp building in parking lot) | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 – 5/11 | L-S: 7:00-7:00 |
| **SURESTE** | **FECHA** | **HORAS**<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUROESTE** | **FECHA** | **HORAS** |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 – 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
|---|---|---|
| **ESTE** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (temp building in parking lot) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido este día __19th__ de __Febrero , 2004__ .

<u>Don Zimmerman</u>
Presidente

<u>William C. Ferguson</u>
Miembro

<u>George Frederickson</u>
Miembro

*I can not read Spanish . D S Zimmerman*
Firma del Presidente

<u>Edward Swarthout</u>
Miembro

<u>Karen Temborius</u>
Miembro

U.S. Department of Justice

Civil Rights Division

JDR:MSR:SMC:tgf
DJ 166-012-3
2004-0946

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

RECEIVED
APR 1 2 2004

April 8, 2004

Kerrie Jo Qualtrough, Esq.
Potts & Reilly
401 West 15th Street, Suite 850
Austin, Texas   78701-1665

Dear Ms. Qualtrough:

This refers to the polling place change, and the May 15
2004, joint election procedures with Travis County, including the
use of the county's early voting locations and hours and voting
method, for Northwest Austin Municipal Utility District No. 1 in
Travis County, Texas, submitted to the Attorney General pursuant
to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  We
received your submission on February 27, 2004.

The Attorney General does not interpose any objection to the
specified changes.  However, we note that Section 5 expressly
provides that the failure of the Attorney General to object does
not bar subsequent litigation to enjoin the enforcement of the
changes.  In addition, as authorized by Section 5, we reserve the
right to reexamine this submission if additional information that
would otherwise require an objection comes to our attention
during the remainder of the sixty-day review period.  See
Procedures for the Administration of Section 5 of the Voting
Rights Act (28 C.F.R. 51.41 and 51.43).

Sincerely,

Joseph D. Rich
Chief, Voting Section