```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


NORTHWEST AUSTIN MUNICIPAL    )
UTILITY DISTRICT NUMBER ONE,  )
401 W. 15th Street, Suite 850 )
Austin, Texas  78701,         )
                              )
        Plaintiff,            )
                              )   CIVIL ACTION NO.
VS.                           )    1:06-CV-01384
                              )   (DST, PLF, EGS)
ALBERTO GONZALES, ATTORNEY    )
GENERAL OF THE UNITED STATES, )
U.S. Department of Justice    )
950 Pennsylvania Avenue, NW   )
Washington, D.C. 20530,       )
                              )
        Defendant.            )
```

                ORAL DEPOSITION OF JOVITA CASARES

                         March 1, 2007

MOORE HOWARD/FREDERICKS CARROLL
909 N.E. LOOP 410, SUITE 810, SAN ANTONIO, TX 78209   -   (210) 222-9161   -   (800) 767-9161

2bd4f9ac-6874-4221-98c8-4e818b7485af

Page 2

```
 1  A P P E A R A N C E S:
 2
 3  APPEARING FOR PLAINTIFF:
 4      Mr. Christian J. Ward
        WEIL, GOTSHAL & MANGES, LLP
 5      8911 Capital of Texas Highway, Suite 1350
        Austin, Texas  78759
 6
 7  APPEARING FOR DEFENDANT:
 8      Mr. Richard Dellheim
        U.S. DEPARTMENT OF JUSTICE
 9      Civil Rights Division
        Voting Section
10      Room 7254 - NWB
        950 Pennsylvania Avenue, N.W.
11      Washington, D.C.  20530
12
    APPEARING FOR INTERVENOR-DEFENDANT, JOVITA CASARES:
13
        Mr. George Korbel
14      TEXAS RIO GRANDE LEGAL AID, INC.
        1111 N. Main Street
15      San Antonio, Texas  78212
16      -AND-
17      Ms. Alpha Hernandez
        TEXAS RIO GRANDE LEGAL AID, INC.
18      902 E. 11th Street
        Del Rio, Texas 78840
19
20  ALSO PRESENT:
21      MS. JOVITA CASARES,
            the Witness;
22
        MS. TERESA FAZ,
23          the Interpreter;
24      MS. SHIRLEY J. MORRISON
            Certified Shorthand Reporter
25          in and for the State of Texas.
```

Page 3

```
 1          DEPOSITION upon oral examination of
 2  the witness, JOVITA CASARES, taken at the instance of
 3  the Plaintiff, in the above entitled cause pending in
 4  the United States District Court for the District of
 5  Columbia, before SHIRLEY J. MORRISON, Certified
 6  Shorthand Reporter in and for the State of Texas, on
 7  the 1st day of March, 2007, in the offices of the
 8  Texas Rio Grande Legal Aid, Inc., 902 E. 11th Street,
 9  Del Rio, Val Verde County, Texas, between the hours
10  of 3:23 p.m. and 3:43 p.m., pursuant to the Federal
11  Rules of Civil Procedure.
12
13              *-*-*-*-*-*-*
14
15
16              INDEX
17                              PAGE
18  Appearances ...................   2
19  JOVITA CASARES
        Examination by Mr. Ward ..................   4
20
        Witness's Signature Page ................   12
21
        Reporter's Certificate ........   13
22
23
24
25
```

Page 4

```
 1           TERESA FAZ,
 2  the Interpreter, being first duly cautioned and sworn
 3  to translate the questions from English into Spanish
 4  and the answers from Spanish into English, to the
 5  best of her skill and ability, did so as follows:
 6           JOVITA CASARES,
 7  having been first duly sworn, testified through the
 8  duly sworn interpreter as follows:
 9              EXAMINATION
10  BY MR. WARD:
11      Q.  Ms. Casares?
12      A.  Yes.
13      Q.  My name is Chris Ward, and I'm going to be
14  taking your deposition today.  Thank you very much
15  for making yourself available.  I represent the
16  district that is the plaintiff in this lawsuit.  And
17  may I first ask you, do you know the name of the
18  district that is the plaintiff in this lawsuit?
19      A.  No.
20      Q.  Okay.  The district is called the Northwest
21  Austin Municipal Utility District Number One.  Do you
22  know what a municipal utility district is?
23          INTERPRETER:  Can you please repeat
24  the question?
25      Q.  (By Mr. Ward) Do you know what a municipal
```

Page 5

```
 1  utility district is?
 2      A.  No.
 3      Q.  Okay.  Ms. Casares, where do you live?
 4      A.  I live here in Del Rio, Texas.
 5      Q.  And how long have you lived there?
 6      A.  For about 50-something years.
 7      Q.  Okay.  And have you ever been to Austin?
 8      A.  Only to visit.
 9      Q.  Have you ever visited inside the district
10  that's the plaintiff in this lawsuit?
11      A.  No.
12      Q.  Now, when I refer to the district in this
13  deposition, it refers to that district that's the
14  plaintiff in this lawsuit, the Northwest Austin
15  Municipal Utility District Number One.
16      A.  Okay.
17      Q.  Now, do you know where the district is?
18      A.  No.
19      Q.  So you have never voted in the district?
20      A.  Well, no.  If I don't know where it's at, I
21  cannot say that I have voted in that district.  I
22  only vote here in Del Rio.
23      Q.  Of course.  Do you know anyone who lives in
24  the district?
25      A.  No.
```

2 (Pages 2 to 5)

Page 6

1   Q.  Do you know anything about --
2       MR. KORBEL:  Just a minute, Chris.
3   A.  Well, maybe I do know someone that lives in
4   the district, but since I don't know the range or the
5   size or what the district covers, I cannot say yes or
6   no.
7   Q.  Okay.  So just -- just to make clear, there
8   may be people you know who do live in the district?
9   A.  Exactly.
10  Q.  But you don't know that they actually live
11  there?
12  A.  No.
13  Q.  Okay.  Do you know anything about how the
14  district conducts its elections?
15  A.  Well, I imagine that it's to the right of
16  vote, or right to vote.
17  Q.  When you say you imagine, you're not
18  basing -- I'm sorry.  Let me start that question
19  over.
20      When you say you imagine, am I correct
21  in understanding that you do not have personal
22  knowledge of how elections worked in the district?
23  Is that correct?
24  A.  Yes, it's correct.
25  Q.  So your participation in this lawsuit is

Page 7

1   not complaining about actual problems that you know
2   about with elections in the district.  Is that
3   correct?
4   A.  I don't understand exactly what you're
5   asking.
6   Q.  Let me try to say it a different way.  You
7   have said that you don't know about elections in the
8   district.
9   A.  Exactly.
10  Q.  So you are not complaining about any
11  problems with elections in the district.  Is that
12  correct?
13  A.  That's correct.
14  Q.  But you are participating in this lawsuit
15  as an intervenor.  Correct?
16  A.  Yes.
17  Q.  And do you understand what it means to
18  participate in the lawsuit as an intervenor?
19  A.  Yes.  I do know because what I am trying to
20  make the attorneys aware of here is that we do not
21  want to lose our right to vote.
22  Q.  By "here," do you mean Del Rio?
23  A.  Not only in Del Rio, but anywhere in the
24  country.
25  Q.  And is it your understanding that this

Page 8

1   lawsuit threatens the right to vote in some way?
2   A.  Yes.
3   Q.  Do you understand that this lawsuit is
4   about a part of the Voting Rights Act and not about
5   the whole Voting Rights Act?
6   A.  Yes.
7   Q.  And do you understand that the part of the
8   Voting Rights Act that this lawsuit is about is the
9   part that requires the district to request permission
10  from the federal government before making any changes
11  in this election?
12  A.  Yes, I understand that.
13  Q.  And do you understand that if the district
14  wins this lawsuit, it will still be required to
15  provide full access to voting for all of its
16  citizens?
17      MR. KORBEL:  Chris, you're asking
18  about the MUD now when you say "it"?
19      MR. WARD:  Yes, the district, yes.
20  A.  Can you please repeat the question, sir?
21  Q.  (By Mr. Ward)  Yes.  Do you understand that
22  if the district wins this lawsuit, that the district
23  will still be required to provide full access to
24  voting for all of the district citizens?
25  A.  Yes, I understand.

Page 9

1   Q.  How did you come to be involved in this
2   lawsuit?
3   A.  I have always defended the right to vote,
4   and this was previously, all the time, because that's
5   the way -- that's the only way that we can prove that
6   there is democracy in this country.  And that's the
7   only way that the community can participate in
8   important decisions without any discrimination to
9   minorities.  Particularly, my family is Hispanic.
10  Even though most of them are American citizens, we
11  think -- we think that we all have the right to vote
12  on important issues that affect us directly.  And I
13  told the attorneys that I have dealt with that every
14  time it comes to defending the right to vote on
15  important issues, to please involve me or get me
16  involved.
17  Q.  Okay.  And without discussing the content
18  of any conversations that you have had with your
19  attorneys, can you tell me how you found out that
20  this lawsuit existed?
21  A.  Approximately six to eight months ago, in a
22  conversation that I had with George Korbel, he told
23  me or he let me know what this lawsuit was about.
24  And I told him that if it was necessary for me to
25  become involved in this case, that I would be willing

MOORE HOWARD/FREDERICKS CARROLL
909 N.E. LOOP 410, SUITE 810, SAN ANTONIO, TX 78209   -   (210) 222-9161   -   (800) 767-9161

2bd4f9ac-6874-4221-98c8-4e818b7485af

Page 10

1  to do that.
2      Q. And you talked about your interest in voter
3  participation. Do you know anything about the views
4  of the district on the subject of voter
5  participation?
6      A. Can you please rephrase or repeat the
7  question, the last part.
8      Q. Yes. Let me try to phrase it more simply.
9  Do you know how the board of the district thinks
10 about voter participation?
11     A. No, I don't know what they -- how they
12 think because I don't talk directly to them. All I
13 understand right now is the way in -- the way it's
14 going to affect us. How they think, I don't know. I
15 couldn't -- I couldn't know, but I can tell you how I
16 think or what I think.
17     Q. Okay. But you have no information about
18 how the district works for voter participation?
19     A. No, I have no idea. But I think that if
20 they're going to take the right of vote from us, I
21 think -- or the bail-out, it is going to affect us
22 directly -- the mail-out, it's going to affect us
23 directly.
24     Q. Okay. I think that's all the questions
25 that I have. And I will thank Ms. Casares very much

Page 11

1  for coming here.
2      A. Thank you.
3          MR. WARD: And pass the witness.
4          MR. KORBEL: I have no questions.
5          MR. DELLHEIM: And no questions on
6  behalf of the United States.
7          MR. KORBEL: Are we off the record?
8          MR. WARD: All right. Then I think we
9  are done and we should be off the record.
10         Thank you, Ms. Casares.
11         THE WITNESS: God bless you, and thank
12 you for making it very clear to me.
13         MR. WARD: Thank you very much.
14
15
16        CHANGES AND SIGNATURE
17     WITNESS NAME: JOVITA CASARES
        DATE OF DEPOSITION: March 1, 2007
18
19 PAGE LINE      CHANGE        REASON
20
21
22
23
24
25

Page 12

1
2
3
4
5
6
7
8
9      I, JOVITA CASARES, have read the foregoing
   deposition and hereby affix my signature that same is
10 true and correct, except as noted above.
11
12
              JOVITA CASARES
13
14 THE STATE OF TEXAS  )
15 COUNTY OF VAL VERDE )
16     Before me,              , on
   this day personally appeared JOVITA CASARES, known to
17 me (or proved to me under oath or through
               ) (description of identity card
18 or other document) to be the person whose name is
   subscribed to the foregoing instrument and
19 acknowledged to me that she executed the same for the
   purposes and consideration therein expressed.
20
       Given under my hand and seal of office this
21     day of          , 2007.
22
23
           Notary Public in and for
24             the State of Texas
25

Page 13

1  THE STATE OF TEXAS  )
2  COUNTY OF  BEXAR    )
3          I, SHIRLEY J. MORRISON, Certified
4  Shorthand Reporter in and for the State of Texas, do
5  hereby certify that pursuant to notice, there came
6  before me on the 1st day of March, 2007, at 3:23
7  p.m., at the offices of the Texas Rio Grande Legal
8  Aid, Inc., 902 E. 11th Street, Del Rio, Val Verde
9  County, Texas, the following named person, to-wit:
10 JOVITA CASARES, who was by me duly sworn to testify
11 to the truth and nothing but the truth of her
12 knowledge touching and concerning the matters in
13 controversy in this cause; that she was thereupon
14 examined upon her oath and her examination reduced to
15 typewriting under my supervision; and that the
16 deposition is a true record of the testimony given by
17 the witness.
18         I further certify that I am neither
19 attorney nor counsel for, nor related to or employed
20 by, any of the parties to the action in which this
21 deposition is taken, and further that I am neither a
22 relative or employee of any attorney or counsel
23 employed by the parties hereto, nor financially
24 interested in the action.
25

4 (Pages 10 to 13)

MOORE HOWARD/FREDERICKS CARROLL
909 N.E. LOOP 410, SUITE 810, SAN ANTONIO, TX 78209   -   (210) 222-9161   -   (800) 767-9161

2bd4f9ac-6874-4221-98c8-4e818b7485af

```
                                                    Page 14
 1         WITNESS my hand and seal of office
 2   this the 7th day of March, 2007.
 3
 4
             SHIRLEY J. MORRISON, Texas CSR 1057
 5           Expiration Date:  12/31/08
             Firm Registration No. 415
 6           909 N.E. Loop 410, Suite 810
             San Antonio, Texas  78209
 7           (210) 222-9161
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```