**ATTACHMENT B**

Report of Mr. Ryan Robinson

The 1990 and 2000 census data included in this report for the Northwest Austin MUD No. 1 were generated using a GIS system that contains 1990 and 2000 Census population data, political boundaries for jurisdictions in the City of Austin area (such as municipal utility districts), and detailed aerial photos of the Austin area from several different time periods. We have uploaded these data to the City's FTP website: ftp://coageoid01.ci.austin.tx.us. The data are in a zipped file that may be located in the following directory: /GIS-Data/planning/temp/

The boundaries of the NW Austin MUD No. 1 and the Census block boundaries for 1990 and 2000 do not perfectly align with each other. In particular, the outer edges of the NW Austin MUD No. 1 boundaries do not coincide with the Census block boundaries. To determine the population of the MUD No. 1, I overlaid Census block boundaries, the NW Austin MUD No. 1 boundaries and aerial photographs of the area showing housing development at various points in time. As a result, I determined, for 1990 and 2000, which Census blocks had population in the MUD and which did not. In other words, it is clear for some populated Census blocks that lie partially within the NW Austin MUD No. 1 in 1990 and 2000 that the population was in the MUD, and is also clear for other Census blocks that the population in a particular Census block was entirely outside the MUD.

The 1990 and 2000 Census population estimates for the MUD included in this report are based on detailed review of all available information, including the information and data described above.

DEPOSITION EXHIBIT 1
RNF 4-4-07

## Northwest Austin MUD No. 1
## ~Canyon Creek

Demographic Data, 1990

| Data Item | Study Area 1990 | 1990 ZIP Code 78726 | City of Austin 1990 |
|---|---:|---:|---:|
| **Population Data** | | | |
| Total Population | 12 | 842 | 465,622 |
| White | 12 | 781 | 287,289 |
| African American | 0 | 17 | 55,409 |
| Hispanic--Latino | 0 | 30 | 106,162 |
| Asian | 0 | 13 | 15,366 |
| Other | 0 | 1 | 1,397 |
| Percent White | 100.0% | 92.8% | 61.7% |
| Percent African American | 0.0% | 2.0% | 11.9% |
| Percent Hispanic--Latino | 0.0% | 3.6% | 22.8% |
| Percent Asian | 0.0% | 1.5% | 3.3% |
| Percent Other | 0.0% | 0.1% | 0.3% |

SOURCES: 1990 Census, SF1 Dataset, Tables P1, P4 and P6.
*Report produced by: Ryan Robinson, City Demographer, Department of Planning, City of Austin.*

# Northwest Austin MUD No. 1
## ~Canyon Creek
Demographic Data, 2000

| Data Item | Study Area 2000 | 2000 ZIP Code 78726 | City of Austin 2000 | Travis County 2000 |
|---|---|---|---|---|
| **Population Data** | | | | |
| Total Population | 3,586 | 6,480 | 656,562 | 812,280 |
| White | 2,872 | 5,226 | 347,554 | 457,817 |
| African American | 54 | 155 | 64,259 | 73,242 |
| Hispanic--Latino | 197 | 427 | 200,579 | 229,048 |
| Asian | 416 | 543 | 30,915 | 36,232 |
| Other | 47 | 129 | 13,255 | 15,941 |
| | | | | |
| Percent White | 80.1% | 80.6% | 52.9% | 56.4% |
| Percent African American | 1.5% | 2.4% | 9.8% | 9.0% |
| Percent Hispanic--Latino | 5.5% | 6.6% | 30.5% | 28.2% |
| Percent Asian | 11.6% | 8.4% | 4.7% | 4.5% |
| Percent Other | 1.3% | 2.0% | 2.0% | 2.0% |
| **Median Family Income** | $103,200 | $99,950 | $54,091 | $58,555 |

SOURCES: 2000 Census, SF1 Dataset, Tables P1, P4 and P6.
*Report produced by: Ryan Robinson, City Demographer, Department of Planning, City of Austin.*

# Northwest Austin MUD No. 1
~Canyon Creek

Demographic Data, 2000

| Data Item | Study Area 2000 | 2000 ZIP Code 78726 | City of Austin 2000 | Travis County 2000 |
|---|---|---|---|---|
| **Population Data** | | | | |
| Total Population | **3,586** | **6,480** | **656,562** | **812,280** |
| White | 2,872 | 5,226 | 347,554 | 457,817 |
| African American | 54 | 155 | 64,259 | 73,242 |
| Hispanic--Latino | 197 | 427 | 200,579 | 229,048 |
| Asian | 416 | 543 | 30,915 | 36,232 |
| Other | 47 | 129 | 13,255 | 15,941 |
| Percent White | 80.1% | 80.6% | 52.9% | 56.4% |
| Percent African American | 1.5% | 2.4% | 9.8% | 9.0% |
| Percent Hispanic--Latino | 5.5% | 6.6% | 30.5% | 28.2% |
| Percent Asian | 11.6% | 8.4% | 4.7% | 4.5% |
| Percent Other | 1.3% | 2.0% | 2.0% | 2.0% |
| **Median Family Income** | **$103,200** | **$99,950** | **$54,091** | **$58,555** |

SOURCES: 2000 Census, SF1 Dataset, Tables P1, P4 and P6.

*Report produced by: Ryan Robinson, City Demographer, Department of Planning, City of Austin. November 2006.*


— Greg Coleman —


DEPOSITION EXHIBIT 2
RNF 4-4-07

## Northwest Austin MUD No. 1
~Canyon Creek

Demographic Data, 1990

| Data Item | Study Area 1990 | 1990 ZIP Code 78726 | City of Austin 1990 | Travis County 1990 |
|---|---:|---:|---:|---:|
| **Population Data** | | | | |
| Total Population | 12 | 842 | 465,622 | 576,407 |
| White | 12 | 781 | 287,289 | 375,279 |
| African American | 0 | 17 | 55,409 | 60,998 |
| Hispanic--Latino | 0 | 30 | 106,162 | 121,689 |
| Asian | 0 | 13 | 15,366 | 15,883 |
| Other | 0 | 1 | 1,397 | 2,558 |
| Percent White | 100.0% | 92.8% | 61.7% | 65.1% |
| Percent African American | 0.0% | 2.0% | 11.9% | 10.6% |
| Percent Hispanic--Latino | 0.0% | 3.6% | 22.8% | 21.1% |
| Percent Asian | 0.0% | 1.5% | 3.3% | 2.8% |
| Percent Other | 0.0% | 0.1% | 0.3% | 0.4% |
| Unadjusted Median Family Income | $60,453 | $72,002 | $33,481 | $35,350 |
| Adjusted Median Family Income (2000 dollars) | $80,964 | $96,431 | $44,840 | $47,344 |

SOURCES: 1990 Census, SF1 Dataset, Tables P1, P4 and P6.

*Report produced by: Ryan Robinson, City Demographer, Department of Planning, City of Austin. November 2006.*

**Census 2000 blocks intersecting with NW Austin MUD 1**

| MUD Intersection? | TRACT | BLOCK | TOTPOP | WHITE | BLACK | HISP | ASIAN | OTHER |
|---|---|---|---|---|---|---|---|---|
| Partial, open edge not populated | 17.14 | 1005 | 1,611 | 1,280 | 44 | 114 | 156 | 17 |
| Small piece inside MUD | 17.14 | 1011 | 8 | 6 | 2 | 0 | 0 | 0 |
| Small piece inside MUD | 17.14 | 1012 | 19 | 15 | 0 | 0 | 4 | 0 |
| Small piece inside MUD | 17.14 | 1013 | 11 | 10 | 0 | 1 | 0 | 0 |
| Completely within MUD | 17.14 | 1023 | 183 | 138 | 1 | 5 | 32 | 7 |
| Completely within MUD | 17.14 | 1024 | 79 | 62 | 0 | 10 | 5 | 2 |
| Completely within MUD | 17.14 | 1025 | 44 | 36 | 0 | 3 | 5 | 0 |
| Completely within MUD | 17.14 | 1026 | 88 | 70 | 0 | 3 | 14 | 1 |
| Partial | 17.14 | 1027 | 214 | 176 | 4 | 11 | 18 | 5 |
| Partial | 17.14 | 1028 | 6 | 6 | 0 | 0 | 0 | 0 |
| Partial, open edge not populated | 17.14 | 1029 | 41 | 39 | 2 | 0 | 0 | 0 |
| Small piece inside MUD | 17.14 | 1030 | 0 | 0 | 0 | 0 | 0 | 0 |
| Completely within MUD | 17.14 | 1039 | 0 | 0 | 0 | 0 | 0 | 0 |
| Completely within MUD | 17.14 | 1040 | 163 | 122 | 0 | 7 | 32 | 2 |
| Completely within MUD | 17.14 | 1041 | 50 | 43 | 0 | 0 | 7 | 0 |
| Completely within MUD | 17.14 | 1042 | 32 | 32 | 0 | 0 | 0 | 0 |
| Completely within MUD | 17.14 | 1043 | 79 | 54 | 0 | 7 | 15 | 3 |
| Completely within MUD | 17.14 | 1044 | 112 | 93 | 0 | 4 | 12 | 3 |
| Completely within MUD | 17.14 | 1045 | 52 | 42 | 0 | 0 | 10 | 0 |
| Completely within MUD | 17.14 | 1046 | 42 | 38 | 0 | 3 | 1 | 0 |
| Completely within MUD | 17.14 | 1047 | 118 | 99 | 0 | 4 | 14 | 1 |
| Completely within MUD | 17.14 | 1048 | 128 | 97 | 1 | 4 | 25 | 1 |
| Completely within MUD | 17.14 | 1049 | 59 | 54 | 0 | 2 | 3 | 0 |
| Completely within MUD | 17.14 | 1050 | 69 | 43 | 1 | 3 | 18 | 4 |
| Completely within MUD | 17.14 | 1051 | 82 | 71 | 0 | 4 | 7 | 0 |
| Completely within MUD | 17.14 | 1052 | 93 | 76 | 4 | 5 | 8 | 0 |
| Completely within MUD | 17.14 | 1053 | 20 | 15 | 0 | 5 | 0 | 0 |
| Completely within MUD | 17.14 | 1054 | 70 | 54 | 0 | 6 | 9 | 1 |
| Completely within MUD | 17.14 | 1055 | 96 | 71 | 0 | 4 | 16 | 5 |
| Completely within MUD | 17.14 | 1056 | 54 | 47 | 0 | 0 | 7 | 0 |
| Completely within MUD | 17.14 | 1057 | 0 | 0 | 0 | 0 | 0 | 0 |
| Partial, open edge not populated | 17.14 | 1062 | 14 | 11 | 2 | 0 | 0 | 1 |
| Small piece inside MUD | 17.14 | 2009 | 570 | 484 | 12 | 26 | 35 | 13 |
| | | | 4,207 | 3,384 | 73 | 231 | 453 | 66 |
| | | | | 80.4% | 1.7% | 5.5% | 10.8% | 1.6% |

# Northwest Austin MUD No. 1
## with Census 2000 blocks in Tract 17.14, Travis County

Legend:
- Northwest Austin MUD No. 1
- census blocks
- census tracts

0  0.1  0.2  0.4 Miles   N

Map produced by: Ryan Robinson, City Demographer, Department of Planning, City of Austin, December 2006.



Northwest Austin MUD No. 1 with Census 2000 blocks in Tract 17.14, Travis County



# Northwest Austin MUD No. 1
zoomed-out view



# Northwest Austin MUD No. 1
Zoomed-in view