Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
NORTHWEST AUSTIN              )
MUNICIPAL UTILITY DISTRICT    )
NUMBER ONE,                   )
401 W. 15th Street            )    CIVIL ACTION NO.
Suite 850                     )
Austin, Texas 78701           )    1:06-CV-01384
         Plaintiff,           )    (DST,PLF,EGS)
                              )
v.                            )
                              )
ALBERTO GONZALES,             )
ATTORNEY GENERAL OF THE       )
UNITED STATES,                )
U.S. Department of Justice    )
950 Pennsylvania Avenue NW    )
Washington, D.C. 20530        )
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ORAL DEPOSITION OF
MARISA WILLIAMS
Thursday, April 26, 2007
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL DEPOSITION OF MARISA WILLIAMS, produced as

a witness at the instance of the Plaintiff and duly

sworn, was taken in the above-styled and numbered cause

on the 26th day of April, 2007, from 10:00 a.m. to

10:16 a.m., before RANDALL N. FINCH, Certified

Shorthand Reporter in and for the State of Texas,

reported by computerized stenotype machine at the

offices of Yetter & Warden, LLP, 221 W. 6th Street,

Suite 750, Austin, Texas 78701 pursuant to the Federal

Rules of Civil Procedure and the provisions stated on

the record or attached hereto.

5fa54906-d538-4bfd-847a-a774be7def5c

Page 2

```
 1          APPEARANCES
 2  FOR THE PLAINTIFF NORTHWEST AUSTIN MUNICIPAL UTILITY
    DISTRICT NO. ONE:
 3
    Mr. Christian Ward
 4  YETTER & WARDEN, LLP
    221 West Sixth Street, Suite 750
 5  Austin, Texas 78701  (512) 743-2642
 6  FOR THE U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS
    DIVISION:
 7
    Mr. Richard Dalheim (By telephone)
 8  Attorney at Law
    950 Pennsylvania Avenue, N.W., Room 7246
 9  Washington, D.C. 20530  (202) 305-0609
              (202) 327-3961 Fax
10
    FOR LDF:
11
    Mr. Ryan Paul Haygood
12  Assistant Counsel
    99 Hudson Street, Suite 1600
13  New York, New York  10013  (212) 965-2235
              (212) 226-7592 Fax
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX
 2  Appearances........................  2
 3  Stipulations......................
 4
 5  MARISA WILLIAMS
 6    Examination by Mr. Ward......................  4
 7    Further Examination by Mr. Haygood............  9
 8    Further Examination by Mr. Ward...............  11
 9
10  Signature and Changes............................ 12
11  Reporter's Certificate........................... 14
12
13            EXHIBIT INDEX
14  DEPOSITION EXHIBITS
15  (No exhibits were marked during this deposition)
```

Page 4

```
 1              MARISA WILLIAMS,
 2  having been first duly sworn, testified as follows:
 3              EXAMINATION
 4  BY MR. WARD:
 5    Q.  Ms. Williams, one thing just to clarify for
 6  the record, I think we had your last name down as
 7  Richardson?
 8    A.  Richardson.  That's what my mother said.
 9    Q.  Well, I think that's -- that's what we have on
10  the paper.  But just to clarify, you are Marisa
11  Williams?
12    A.  Yes.
13    Q.  And -- and I am Chris Ward.  I represent
14  Northwest Austin Municipal Utility District No. 1,
15  which is the plaintiff in this lawsuit.  And just --
16  will you understand me if I say that -- if I refer to
17  the MUD or the district during this deposition, that
18  that's the district I'm going to be referring to?
19    A.  Right.
20    Q.  And just a reminder, for the court reporter,
21  to give yes-or-no answers since he can't record head
22  nods or uh-uhs.  Is that --
23    A.  No problem.
24    Q.  Good.  Will you please tell me your address
25  for the record.
```

Page 5

```
 1    A.  11508 Tibee Drive.
 2    Q.  And is that within the MUD?
 3    A.  I don't know.
 4    Q.  And how long have you lived there?
 5    A.  Eight months.
 6    Q.  And where did you live before that?
 7    A.  In California.
 8    Q.  And how long did you live in California?
 9    A.  My whole life.
10    Q.  Where in California did you live?
11    A.  Bay Area.
12    Q.  And have you done anything to prepare for this
13  deposition today?
14    A.  Yes.
15    Q.  And what did you do to prepare for this
16  deposition?
17    A.  I spoke with my attorney.
18    Q.  And did you review any documents?
19    A.  No.
20    Q.  Did you bring any documents with you?
21    A.  No.
22    Q.  Would you say that you are involved in your
23  community?
24    A.  No.
25    Q.  Do you vote?
```

2 (Pages 2 to 5)

Page 6

```
 1    A.  No.
 2    Q.  And have you ever voted?
 3    A.  No.
 4    Q.  Do you know what elections the MUD holds?
 5    A.  No.
 6    Q.  Are you aware that the MUD is governed by a
 7  board of directors?
 8    A.  No.
 9    Q.  Have you ever attended any board meetings of
10  the MUD?
11    A.  No.
12    Q.  Have you ever attended a meeting of the
13  homeowners association in the Canyon Creek
14  neighborhood?
15    A.  No.  Not old enough.
16    Q.  Okay.  Does your household get the Canyon
17  Creek homeowners association newsletter?
18    A.  Yes.
19    Q.  And do you read that?
20    A.  Yes.
21    Q.  Can you tell me how you came to be involved as
22  an intervenor in this lawsuit?
23    A.  My neighbors had spoke with us about it, and
24  it sounded really interesting so I decided to get
25  involved.
```

Page 7

```
 1        MR. WARD:  And, I'm sorry, Richard, are
 2  you -- are you hearing her answers over the phone?
 3        MR. DALHEIM:  Yes, I am.
 4        MR. WARD:  Okay.
 5        MR. DALHEIM:  Yeah.
 6    Q.  (By Mr. Ward) Now, in answering this next
 7  question, I don't want you to go into the content of
 8  any discussions that you might have had with your
 9  attorneys or any communications, e-mails, whatever you
10  might have had with attorneys, but without going into
11  that, what is your understanding of what this lawsuit
12  is about?
13    A.  I don't know.
14    Q.  Do you know what Section 5 of the Voting
15  Rights Act is?
16    A.  Yes.
17    Q.  And what is your understanding of what Section
18  5 of the Voting Rights Act is?
19    A.  My understanding is you are not allowed to
20  move a poll unless it's -- you're notified by -- the
21  federal government is notified or gives you permission.
22    Q.  Okay.  And are you aware that that process of
23  the MUD going to the federal government per -- for
24  permission is known as preclearance?
25    A.  No.
```

Page 8

```
 1    Q.  Are you familiar with the term bailout?
 2    A.  No.
 3    Q.  Do you understand that the MUD is asking not
 4  to have to go through that preclearance process with
 5  the federal government?
 6    A.  Yes.
 7    Q.  And if -- if I use the term bailout, that's
 8  going to refer to that -- getting out of that.
 9    A.  Okay.
10    Q.  Are you aware -- or -- let me start over.  Is
11  it your understanding that all local governments in the
12  United States have to go through this preclearance
13  process with the federal government?
14    A.  No.
15    Q.  So is it your understanding that only some
16  areas have to do that?
17    A.  Yes.
18    Q.  Do you know whether more parts of the country
19  have to go through preclearance or whether more parts
20  of the country do not have to go through that?
21    A.  I don't know.
22    Q.  I think you said that you're -- you're not
23  really familiar with the MUD board's elections.  Is it
24  then fair to say that you don't have specific
25  information about any elections held by the MUD?
```

Page 9

```
 1    A.  Well, the main thing is I'm not -- I just
 2  turned 18, so I'm not old enough to vote.  I really
 3  wasn't -- since I am fairly new down here, I do not --
 4  this is my first time getting to know about MUD, so...
 5    Q.  So you don't have any specific information
 6  about any elections that the MUD has held.
 7    A.  Right.
 8    Q.  So is it fair to say that your main interest
 9  in this lawsuit is a philosophical objection to the MUD
10  getting bailed out from the preclearance process?
11    A.  Right.
12    Q.  Do you believe that any local government like
13  the MUD should ever be allowed to bail out from the
14  preclearance process?
15    A.  No.
16    Q.  Do you think that all local governments in the
17  United States should be required to go through the
18  preclearance process?
19    A.  Yes.
20        MR. WARD:  I think that's all I have.
21  And I will pass this witness.
22        MR. HAYGOOD:  We'll just go off the
23  record for a few minutes.
24        (Recess from 10:11 to 10:15 a.m.)
25        FURTHER EXAMINATION
```

3 (Pages 6 to 9)

Page 10

1  BY MR. HAYGOOD:
2    Q.  Ms. Williams, you are the daughter of Wendy
3  Richardson, who is also an intervenor in this case.  Is
4  that correct?
5    A.  Yes.
6    Q.  And you reside at 11508 Tibee Drive?
7    A.  Yes.
8    Q.  That's correct?  Is that within the MUD?
9    A.  Yes.
10   Q.  And you mentioned earlier in your testimony
11 that one of your neighbors first told you about this
12 case and that's how you learned about it and that it
13 sounded interesting to you.
14   A.  Yes.
15   Q.  What sounded interesting to you about this
16 particular challenge?
17   A.  I found it interesting that -- that there was
18 still discrimination in some form of companies.
19   Q.  And you wanted to be a part of this case?
20   A.  Yes.
21   Q.  For that reason?
22   A.  Right.
23       MR. HAYGOOD:  That's all I have.
24       MR. WARD:  Richard, do you have any
25 questions?

Page 11

1        MR. DALHEIM:  No, I have no questions.
2  Thank you.
3        MR. WARD:  Okay.  I have one follow-up
4  question on redirect.
5             FURTHER EXAMINATION
6  BY MR. WARD:
7    Q.  Just to clarify, Ms. Williams, when I asked
8  you earlier if your address is within the MUD, you said
9  you didn't know.  Just now your attorney asked you the
10 same question and you said yes.  Do you -- is that
11 something you know of your own personal knowledge or --
12   A.  No.
13   Q.  Okay.
14       MR. WARD:  Thank you very much.  And
15 that's all I have and we can go off the record.
16       (Deposition concluded at 10:16 a.m.)

Page 12

1        CHANGES AND CORRECTIONS
2  WITNESS NAME:  MARISA WILLIAMS     DATE: _____
3  Reason Codes:  (1) to clarify the record; (2) to
   conform to the facts; (3) to correct a transcription
4  error; (4) other (please explain).
5  PAGE  LINE  CHANGE                REASON CODE
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 13

1  PAGE  LINE  CHANGE                REASON CODE
2  _____
3  _____
4  _____
5  _____
6  _____
7
8
9    _____
     MARISA WILLIAMS
10
11
12 THE STATE OF _____)
                        )
13 COUNTY OF _____)
14   Before me, _____, on this day personally
   appeared MARISA WILLIAMS, known to me (or proved to me
15 under oath or through
   _____
16 (description of identity card or other document)) to be
   the person whose name is subscribed to the foregoing
17 instrument and acknowledged to me that they executed
   the same for the purposes and consideration therein
18 expressed.
19   Given under my hand and seal of office this
   _____ day of May 2007.
20
21   _____
     NOTARY PUBLIC IN AND FOR
22   THE STATE OF _____
23
24
25

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

5fa54906-d538-4bfd-847a-a774be7def5c

```
                                          Page 14
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
 2
    NORTHWEST AUSTIN       )
 3  MUNICIPAL UTILITY DISTRICT )
    NUMBER ONE,            )
 4  401 W. 15th Street     )    CIVIL ACTION NO.
    Suite 850              )
 5  Austin, Texas 78701    )    1:06-CV-01384
          Plaintiff,       )    (DST,PLF,EGS)
 6  v.                     )
                           )
 7  ALBERTO GONZALES,      )
    ATTORNEY GENERAL OF THE )
 8  UNITED STATES,         )
    U.S. Department of Justice )
 9  950 Pennsylvania Avenue NW )
    Washington, D.C. 20530 )
10
11          REPORTER'S CERTIFICATION
           DEPOSITION OF MARISA WILLIAMS
12            Thursday, April 26, 2007
13       I, RANDALL N. FINCH, Certified Shorthand
14  Reporter in and for the State of Texas, hereby certify
15  to the following:
16       That the witness, MARISA WILLIAMS, was duly
17  sworn by the officer and that the transcript of the
18  oral deposition is a true record of the testimony given
19  by the witness;
20       That the deposition transcript was submitted
21  on May 3, 2007 to the witness or to the attorney for
22  the witness for examination, signature and return to me
23  by _____, 2007.
24       That the amount of time used by each party at
25  the deposition is as follows:
```

```
                                          Page 15
 1       Mr. Christian Ward - 8 minutes
 2       Mr. Ryan Paul Haygood - 2 minutes
 3       That pursuant to information given to the
 4  deposition officer at the time said testimony was
 5  taken, the following includes counsel for all parties
 6  of record:
 7       Mr. Gregory S. Coleman, attorney for Plaintiff
 8       Mr. Carlos Becerra, attorney for MALDEF
 9       Mr. Chris Herren and Ms. Christy A. McCormick,
10  attorneys for U.S. Department of Justice
11       Mr. Benjamin Blustein, attorney for Lawyers'
12  Committee for Civil Rights Under Law
13       Mr. Daniel A. Zibel, attorney for NAACP
14       Mr. Max Renea Hicks, attorney for Travis Cty.
15       I further certify that I am neither counsel
16  for, related to, nor employed by any of the parties or
17  attorneys in the action in which this proceeding was
18  taken, and further that I am not financially or
19  otherwise interested in the outcome of the action.
20       Certified to by me this 17th day of April, 2007.
21       _____
         RANDALL N. FINCH, Texas CSR #504
22       Expiration date: 12/31/2008
         Fredericks-Carroll Reporting
23       Firm Registration No. 82
         7800 Shoal Creek Blvd., Suite 200-W
24       Austin, Texas 78757 (512) 477-9911
25
```

5 (Pages 14 to 15)