## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 4 de mayo de 2002, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 10741 Chestnut Ridge Road, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta (40) dias antes del eleccion.

El lugar donde se hace la votacion sera 10741 Chestnut Ridge Road, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| John Stueber | Juez Presidente |
| Beverly Stueber | Juez Presidente Suplente |

El oficial de la votacion temprano es Beverly Stueber y el lugar para la votacion temprano por comparecencia personal es 10741 Chestnut Ridge Road, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 11:00 a.m. a 7:00 p.m. durante cada dia a partir del dia 17 de abril de 2002, hasta el dia 30 de abril de 2002, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 10741 Chestnut Ridge Road, Austin, Texas, 78728.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 12 de marzo de 2002.

# AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 4 de mayo de 2002, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 10741 Chestnut Ridge Road, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta (40) dias antes del eleccion.

El lugar donde se hace la votacion sera 10741 Chestnut Ridge Road, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| John Stueber | Juez Presidente |
| Beverly Stueber | Juez Presidente Suplente |

El oficial de la votacion temprano es Beverly Stueber y el lugar para la votacion temprano por comparecencia personal es 10741 Chestnut Ridge Road, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 11:00 a.m. a 7:00 p.m. durante cada dia a partir del dia 17 de abril de 2002, hasta el dia 30 de abril de 2002, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 10741 Chestnut Ridge Road, Austin, Texas, 78728.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 12 de marzo de 2002.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 4 de mayo de 2002, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 10741 Chestnut Ridge Road, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta (40) dias antes del eleccion.

El lugar donde se hace la votacion sera 10741 Chestnut Ridge Road, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| John Stueber | Juez Presidente |
| Beverly Stueber | Juez Presidente Suplente |

El oficial de la votacion temprano es Beverly Stueber y el lugar para la votacion temprano por comparecencia personal es 10741 Chestnut Ridge Road, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 11:00 a.m. a 7:00 p.m. durante cada dia a partir del dia 17 de abril de 2002, hasta el dia 30 de abril de 2002, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 10741 Chestnut Ridge Road, Austin, Texas, 78728.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 12 de marzo de 2002.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 4 de mayo de 2002, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 10741 Chestnut Ridge Road, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta (40) dias antes del eleccion.

El lugar donde se hace la votacion sera 10741 Chestnut Ridge Road, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| John Stueber | Juez Presidente |
| Beverly Stueber | Juez Presidente Suplente |

El oficial de la votacion temprano es Beverly Stueber y el lugar para la votacion temprano por comparecencia personal es 10741 Chestnut Ridge Road, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 11:00 a.m. a 7:00 p.m. durante cada dia a partir del dia 17 de abril de 2002, hasta el dia 30 de abril de 2002, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 10741 Chestnut Ridge Road, Austin, Texas, 78728.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 12 de marzo de 2002.

75119.1/040902

2

# ATTENTION VOTERS

If you feel there is an existing or potential abuse of your voting rights, please call the Office of the Texas Secretary of State, <u>toll-free</u>, to report the abuse or potential abuse.

The <u>toll-free</u> number is: 1-800-252-8683.

# *ATENCIÓN VOTANTES*

*Si usted piensa que sus derechos de votante han sido violados o que existe la posibilidad de que sean violados, por favor llame <u>gratis</u> a la oficina del Secretario de Estado de Texas para denunciar dicho abuso o posibilidad de abuso.*

*Llame <u>gratis</u> al: 1-800-252-8683.*

ORDEN DE ELECCIÓN

DE

NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

Por lo presente se ordena que se efectúe una elección el 15 de Mayo, 2004 con el propósito de elegir a directores de Northwest Austin Municipal Utility District No. 1. El sitio de votación será en Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas, 78726.

La votacion adelantada por comparecencia personal será efectuada diario en H-E-B Four Points, 7301 FM 620 North (edificio temporal en el estacionamineto), de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. y el Domingo, de mediodía a las 6:00 p.m. principiando el Miércoles, 28 de Abril, 2004 y terminando el Martes, 11 de Mayo, 2004.

Solicitudes de boletas por correo se enviarán a:

> Marilyn Wahl
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, Tx, 78701

Solicitudes de boletas por correo se deberán recibir a no más tardar del fin de las horas hábiles el Martes, 7 de Mayo, 2004.

Además de la votación adelantada en HEB Four Points, votantes también podrán votar en los siguientes sitios de votación en las horas indicadas:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices 5501 Airport Boulevard (Main) | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| Travis County Courthouse 1000 Guadalupe, 1st Floor | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| Fiesta Mart 3909 North IH-35 @ Delwood | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| University of Texas UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| ACC Highland Business Center 5930 Middle Fiskville Road | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NORTE** | **FECHA** | **HORAS** |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NOROESTE** | **FECHA** | **HORAS** |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| HEB South Congress<br>2400 South Congress (temp building in parking lot) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | L-S: 7:00-7:00 |
| **SURESTE** | **FECHA** | **HORAS**<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUROESTE** | **FECHA** | **HORAS** |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **ESTE** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (temp building in parking lot) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido este día __19th__ de __Febrero__, __2004__.

Don Zimmerman
Presidente

*I can not read Spanish* D_Zimmer
Firma del Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

- **Title of Election:**

SCHOOL BOARD TRUSTEE ELECTION
*(ELECCIONES PARA CONSEJO DE ESCUELAS)*

MANOR INDEPENDENT SCHOOL DISTRICT
*(DISTRITO ESCOLAR INDEPENDIENTE DE MANOR)*

**MAY 15, 2004** *(15 de mayo de 2004)*

- **Title of Contest:**
**BOARD OF TRUSTEES**
*CONSEJO DE ESCUELAS*

- **Directions for voting:**
**Vote for none, one, or two**
*(Vote por ninguno, uno, o dos)*

- **Names of Candidates\*:**
☐ Karen Snowden Mazerac

☐ Stan Voelker

☐ Reggie Turner

☐ Ross Garza

☐ Tim Carlin

\***NOTE:** This is ONLY an alphabetical listing of the candidates' names. It is NOT the official order of the candidates' names for the ballot. The "place on ballot" drawing is to be conducted Thursday, March 25 at 4:30 p.m. We will alert you to the official order on Friday morning.

- **Phonetic pronunciations for two Board Candidates' names:**

Stan VOELKER (Vel-ker) or (Vell-cur)

Karen Snowden MAZERAC (Mah-zer-rack) (the <u>ah</u> is like apple)

- **Title of Election:**

BOND ELECTION<br>
(ELECCION DE BONOS)

MANOR INDEPENDENT SCHOOL DISTRICT<br>
(DISTRITO INDEPENDIENTE ESCOLAR DE MANOR)

MAY 15, 2004 (15 de mayo de 2004)

- **Directions for voting:**
Vote For or Against
*Vota a Favor o en Contra*

- **Wording for the propositions:**

PROPOSITION NO. 1

THE ISSUANCE OF $28,305,000 SCHOOL BUILDING BONDS FOR A NEW ELEMENTARY SCHOOL TO REPLACE EXISTING MANOR ELEMENTARY SCHOOL AND ANEW MIDDLE SCHOOL TO REPLACE EXISTING MANOR MIDDLE SCHOOL AND OTHER SCHOOL BUILDINGS TO THE EXTENT FUNDS REMAIN AVAILABLE AFTER COMPLETION OF THE FOREGOING AND THE LEVYING OF THE TAX IN PAYMENT THEREOF.

PROPOSICION NUM. 1

*LA EMISION DE $28,305,000 DE BONOS PARA EDIFICIOS ESCOLARES PARA UNA NUEVA ESCUELA PRIMARIA QUE REEMPLAZARA LA ACTUAL ESCUELA PRIMARIA DE MANOR Y UNA NUEVA ESCUELA MEDIA QUE REEMPLAZARA LA ACTUAL ESCUELA MEDIA DE MANOR, Y OTROS EDIFICIOS ESCOLARES HASTA EL PUNTO QUE ALGUNOS FONDOS PERMANEZCAN DISPONIBLES DESPUES DE QUE SE COMPLETE LO ANTEMENCIONADO, Y LA IMPOSICION DE LOS IMPUESTOS EN PAGO DE ESOS.*

PROPOSITION NO. 2

THE ISSUANCE OF $11,120,000 SCHOOL BUILDING BONDS FOR A NEW ELEMENTARY SCHOOL (OTHER THAN THE ELEMENTARY SCHOOL TO REPLACE EXISTING MANOR ELEMENTARY SCHOOL DESCRIBED IN PROPOSITION NO. 1) AND OTHER SCHOOL BUILDINGS TO THE EXTENT FUNDS REMAIN AVAILABLE AFTER COMPLETION OF THE FOREGOING AND THE LEVYING OF THE TAX IN PAYMENT THEREOF.

PROPOSICION NUM. 2

*LA EMISION DE $11,120,000 DE BONOS PARA EDIFICIOS ESCOLARES PARA UNA NUEVA ESCUELA PRIMARIA (ADEMAS DE LA ESCUELA PRIMARIA QUE REEMPLAZARA LA ACTUAL ESCUELA PRIMARIA DE MANOR QUE SE DESCRIBE EN LA PROPOSICION NUM. 1), Y OTROS EDIFICIOS ESCOLARES HASTA EL PUNTO QUE ALGUNOS FONDOS PERMANEZCAN DISPONIBLES DESPUES DE QUE SE COMPLETE LO ANTEMENCIONADO, Y LA IMPOSICION DE LOS IMPUESTOS EN PAGO DE ESOS.*

## Monday, May 1
lunes, el 1 de Mayo

Manor Elementary School
600 E Parsons, Manor
10 am - 4 pm

Lago VistaISD
8039 Bar K Ranch Road
10 am - 6 pm

Stephen F Austin Bldg
1700 N Congress Ave
8 am - 6 pm

Heritage Park Nursing Home
2806 Real St.
8 am - 10 am

Parsons House
1130 Camino La Costa
Noon - 2 pm

Englewood Estates
2603 Jones Rd
4 pm - 6 pm

Summit at Westlake Hills
1034 Liberty Park Dr
8 am - 10 pm

Westminster Manor
4100 Jackson Ave
Noon - 2 pm

Heatherwilde Assisted Living
401 S Heatherwilde Blvd, Pflugerville
4 pm - 6 pm

## Tuesday, May 2
martes, el 2 de Mayo

Decker Elementary School
8500 Decker Ln, Manor
7 am - 7pm

Lago Vista City Hall
5803 Thunderbird St, Lago Vista
7 am - 7 pm

Travis County Courthouse
1000 Guadalupe St.
9am - 5 pm

LBJ Office Building

## Wednesday, May 3 (cont'd)
miercoles, el 3 de Mayo

Lago VistaCity Hall
5803 Thunderbird St, Lago Vista
10 am - 6 pm

Travis County Courthouse
1000 Guadalupe St.
9 am - 5 pm

Travis Building
1701 North Congress Ave
8 am - 6 pm

Huston-Tillotson University
900 Chicon St
8 am - 10 am

Saint Edwards University
3001 S Congress Ave
Noon - 2 pm

Montopolis Recreation Center
1200 Montopolis Dr
4 pm - 6 pm

## Thursday, May 4
jueves, el 4 de Mayo

Lago Vista ISD
8039 Bar K Ranch Road
7 am - 7 pm

Manor High School
12700 Gregg Manor Rd, Manor
7 am - 7 pm

Rollingwood Municipal Building
403 Nixon Drive
7 am - 7 pm

Vietnamese Senior Center
8222 Jamestown Dr, Bldg C
8 am - 10 am

The Park at Beckett Meadows
7709 Beckett Road
Noon - 2 pm

Summit at Lakeway
1915 Lohman's Crossing Rd, Lakeway
4 pm - 6 pm

## Friday, May 5 (cont'd)
viernes, el 5 de Mayo

Rollingwood Municipal Building
403 Nixon Drive
7 am - 7 pm

Service for the Deaf
2201 Post Rd
8 am - 10 am

Govalle Care Center
3101 Govalle Ave
Noon - 2 pm

Del Valle ISD Administration Bldg
5301 Ross Rd, Del Valle
4 pm - 6 pm

Mitchie's Fine Black Art Community Ctr
6406 North IH35, Suite 2800
10 am - 6 pm

## Saturday, May 6
sabado, el 6 de Mayo

Lowes

Austin Resource Ctr for the Homeless
500 E 7th St
9 am - 11 pm

Aids Services of Austin
7215 Cameron Rd
1 pm - 3 pm

The Continental
4604 S Lamar
5 pm - 7 pm

Rollingwood Municipal Building
403 Nixon Drive
7 am - 7 pm

Volente City Hall and Firehouse
15406 FM 2769
7 am - 7 pm

NW Rural Community Ctr
18649 FM 1431, Ste 6A, Jonestown
8 am - 6 pm

## Sunday, May 7(cont'd)
domingo, 7 de mayo

Brighton Gardens
4401 Spicewood Springs
Noon - 1:30 pm

Conley-Guerrero Senior Center
808 Nile St
4:30 pm - 6 pm

South Rural Community Ctr
3518 S FM 973, Del Valle
Noon - 6 pm

Lago Vista City Hall
5803 Thunderbird St, Lago Vista
Noon - 6 pm

## Monday, May 8
lunes, el 8 de Mayo

Lowes

Volente City Hall and Firehouse
15406 FM 2769, Volente
7 am - 7 pm

Town Lake Center
721 Barton Springs Road
10 am - 6 pm

NW Rural Community Ctr
18649 FM 1431, Ste 6A, Jonestown
8 am - 6 pm

Rollingwood Municipal Building
403 Nixon Drive
7 am - 7 pm

## Tuesday, May 9
martes, el 9 de Mayo

Manor Middle School
10323 Hwy 290 E, Manor
8 am - 12 pm

Loyalton of Austin
5310 Duval Rd
2 pm - 4 pm

| | | | |
|---|---|---|---|
| 111 E 17th St<br>Austin 6 pm | East Rural Community Center<br>600 West Carrie Manor St, Manor<br>8 am - 6 pm | Sunday, May 7<br>domingo, 7 de mayo | |
| Sam Houston Building<br>201 East 14th Street<br>8 am - 6 pm | | Lowes | Rollingwood Municipal Building<br>403 Nixon Drive<br>7 am - 7 pm |
| | Friday, May 5<br>viernes, el 5 de Mayo | | |
| Wednesday, May 3<br>miercoles, el 3 de Mayo | Travis County Courthouse<br>1000 Guadalupe St.<br>9 am - 5 pm | Crytsal Falls Golf Clubhouse<br>3400 Crystal Falls, Leander<br>Noon - 6 pm | NW Rural Community Ctr<br>18649 FM 1431, Ste 6A, Jonestown<br>8 am - 6 pm |
| Bluebonnet Elementary<br>11316 Farmhaven, Austin<br>7 am - 7 pm | Lowe's | | Crytsal Falls Golf Clubhouse<br>3400 Crystal Falls, Leander<br>7 am -7 pm |

# Travis County Elections Early Voting Guide for the May 13, 2006 Joint Elections

## Early Voting Monday, May 1, 2006 - Tuesday, May 9, 2006

**Hours of Operation:** Monday - Saturday 7 am - 7 pm, and Sunday Noon - 6 pm for all locations, with the exception of malls and mobile voting sites. **Special Hours:** Northcross Mall and Highland Mall are open Monday - Saturday 9 am - 8 pm, and Sunday Noon - 6 pm.

*Horas de Servicio: Lunes - sábado, de las 7 am a 7 pm, y los domingos de las 12 pm a 6 pm para todos los sitios, con excepción de los malls y sitios móviles de votación. Horas Especiales: Highland Mall y Northcross Mall permanecerán abiertos de lunes a sábado de las 9 am a 8 pm y el día domingo de las 12 pm a 6 pm.*

### CENTRAL/CENTRAL
**Travis County Airport Blvd Offices**
5501 Airport Boulevard (Main/*Principal*)

**Austin City Hall**
301 West 2nd Street

**Fiesta Mart**
3909 North IH-35 @ Delwood

**University of Texas**
UGL Lobby West Mall, UT Campus

**Randalls 35th Street**
1500 West 35th Street

**ACC Rio Grande Campus**
1212 Rio Grande, Student Lounge

### NORTH/NORTE
**Highland Mall**
6001 Airport, (Lower Level by JCPenney/
*el nivel bajo enseguida de JCPenney*)

**HEB Parmer and I35**
Parmer Lane (temp building in parking lot/
*edificio provisional en el estacionamiento*)

**Northcross Mall**
2525 West Anderson Lane

**ACC Northridge Campus**
11928 Stonehollow Drive, Admissions Lobby

### NORTHEAST/NORESTE
**Albertson's North Lamar**
11331 North Lamar (temp building in parking lot/
*edificio provisional en el estacionamiento*)

**County Tax Office, Pflugerville**
15822 Foothill Farms Loop

### NORTHWEST/NOROESTE
**Randalls Research**
10900-D Research Boulevard @ Braker Lane

**H-E-B Four Points**
7301 FM 620 North (temp building in parking lot/
*edificio provisional en el estacionamiento*)

### SOUTH/SUR
**H-E-B South Congress**
2400 South Congress (temp building in parking lot/
*edificio provisional en el estacionamiento*)

**Randalls Ben White**
2025 West Ben White @ Manchaca

### SOUTHEAST/SURESTE
**Albertson's Riverside**
1819 S. Pleasant Valley (temp building in parking lot
*edificio provisional en el estacionamiento*)

**Albertson's Stassney**
5510 South I-35 @ Stassney Lane

### SOUTHWEST/SUROESTE
**Randalls South Mopac**
6600 South Mopac @ William Cannon

**Randalls Brodie**
9911 Brodie Lane @ Slaughter Lane

**ACC Pinnacle Campus**
7748 Highway 290 West, Student Commons

### EAST/ESTE
**H-E-B East 7th**
2701 E. 7th Street (temp building in parking lot/
*edificio provisional en el estacionamiento*)

**Northeast Health Center**
7112 Ed Bluestein Boulevard, Suite 155
(Springdale Shopping Center)

**ACC Eastview Campus**
3401 Webberville Road, Student Commons

### WEST/OESTE
**Flagship Randalls at Westlake Hills**
3300 Bee Caves Road

**Randalls Lakeway**
2303 RR 620 South/*Sur*

24 -hour automated voice response system 512-238-VOTE (238-8683); Voice 512-854-4996; Fax 512-854-9075
*Hablamos Español: Sistema automático de respuestas en servicio las 24 horas en 512-238-VOTE (238-8683); Voz 512-854-4996; Fax 512-854-9075*

**Vote with an ID or Voter Registration Card**
Registered voters can vote with a voter registration card, driver's license or any official photo ID, birth certificate, United States citizenship papers or a passport, copy of a current utility bill, bank statement, or other official document that shows the name and address of the voter. First-time voters in Travis County MUST provide identification (as listed above) OTHER THAN their voter registration card.

*Vote con ID o con su Tarjeta de Registro para Votar*
*Votantes registrados pueden votar con su tarjeta de registro para votar, su licencia de conducir, o con cualquiera ID oficial con foto, su acta de nacimiento, documentos de ciudadanía de los Estados Unidos, con pasaporte, copia de alguna cuenta actual de servicios públicos, estado de cuentas del banco, u otro documento oficial que indique el nombre y domicilio del votante. Votantes que van a votar por primera vez en el Condado de Travis DEBEN mostrar identificación (del tipo listado arriba) ADEMÁS DE su tarjeta de registro para votar.*

**Information and Internet Sites/***Información y Sitios Internet*
The Travis County Elections Division can provide you with a Sample Ballot. Call 512-238-VOTE (512-238-8683); watch Travis County TV, Cable channel 17; or visit the Elections Division's web site:
*La División de Elecciones de Travis County puede proporcionarle una Muestra de Boleta. Llame al 512-238-VOTE (512-238-8683); viendo el Canal TV de Cable # 17 de Travis County; o visitando el sitio Web de la División de Elecciones en:* www.traviscountyelections.org.

For information specific to the entities participating in the elections/*Para información detallada de entidades participando en las elecciones:* **Travis County**: www.co.travis.tx.us

For voter registration information, call **Travis County Voter Registration** at 854-9473 or visit their website./ *Para información tocante el registro de votantes, llame a* **Travis County Voter Registration** *al 854-9473 o visite su sitio Web.* www.traviscountytax.org

**BOARD OF DIRECTORS ELECTION**
**NORTHWEST AUSTIN**
**MUNICIPAL UTILITY DISTRICT NO. 1**
(DISTRITO DE SERVICIOS PÚBLICOS NO. 1 DEL NOROESTE DEL CONDADO TRAVIS)

**MAY 13, 2006** *(13 de mayo de 2006)*

DIRECTOR ELECTION
(ELECCIÓN DE DIRECTORES)

MAY 13, 2006
(13 de MAYO, 2006)

**OFFICIAL BALLOT**
**(BOLETA OFICIAL)**

Vote for the candidate(s) of your choice by placing an X in the square beside the candidate(s) name(s). Vote for none, one, two or three. (Vote por el/los candidato(s) que quiera poniendo una X en el cuadro al lado del nombre del candidato(s). Vote por ninguno, uno, dos o tres).

[ ]   Franklin Mark Lassandro

[ ]   Russell Scott Hill

[ ]   William Chandler Ferguson

[ ]   Robert R. Ratcliff

[ ]   George A. Frederickson

## ORDEN DE ELECCIÓN DE

## NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

Por lo presente se ordena que se efectúe una elección el 13 de Mayo, 2006 con el propósito de elegir a directores del Distrito Northwest Austin Municipal Utility District No. 1. El sitio de votación es Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas 78726.
La votación adelantada por comparecencia personal será diario en días hábiles en H-E-B Four Points, 7301 FM 620 Norte (edificio provisional en el estacionamiento), y en Randall's Research, 10900-D Research Boulevard en Braker Lane, de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. principiando el Lunes, 1 de Mayo, 2006 y terminando el Martes 9 de Mayo, 2006.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

> Reese L. Griffith
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, TX  78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Viernes, 5 de Mayo, 2006.

Además de la votación adelantada en HEB Four Points, votantes pueden también votar adelantado en los siguientes sitios de votación y horas indicadas:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 5/1- 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Austin City Hall<br>301 West 2nd Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's 35th Street<br>1500 West 35th Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Rio Grande<br>1212 Rio Grande, Student Lounge | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| **NORTE** | **FECHA** | **HORAS** |
|---|---|---|
| Highland Mall<br>6001 Airport (Piso Bajo, enseguida de JC Penney's) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| H-E-B Parmer y IH-35<br>Parmer Lane (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 5/1 - 5/9 | L-S: 9:00-8:00<br>Dom: Mediodía -6:00 |
| ACC Northridge<br>11928 Stonehollow Drive, Admissions Lobby | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| County Tax Office, Pflugerville<br>15822 Foothill Farms Loop | 5/1 - 5/9 | L:-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NOROESTE** | | |
| Randalls Research<br>10900-D Research Boulevard @ Braker Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| H-E-B Four Points<br>7301 FM 620 Norte (edificio temporal en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| H-E-B South Congress<br>2400 South Congress (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randalls Ben White<br>2025 West Ben white @ Manchaca | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SURESTE** | **FECHA** | **HORAS** |
| Albertson's Riverside<br>1819 S. Pleasant Valley (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| SUROESTE | FECHA | HORAS |
|---|---|---|
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Brodie<br>9911 Brodie Lane @ Slaughter Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Pinnacle Campus<br>7748 Highway 290 West, Student Commons | 5/1 – 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **EAST** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northeast Health Center<br>7112 Ed Bluestein Boulevard, Suite 155<br>(Springdale Shopping Center) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview Campus<br>3401 Webberville Road, Student Commons | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Flagship Randall's en Westlake Hills<br>3300 Bee Caves Road | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 Sur | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido el día 8 de Marzo, 2006.

Don Zimmerman
Presidente
William C. Ferguson
Miembro

George Frederickson
Miembro

Firma de Oficial Presidente
Edward Swarthout
Miembro

Karen Temborius
Miembro