**AVISO DE ELECCIÓN**
**DE**
**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1**

A los votantes registrados de Northwest Austin Municipal Utility District No. 1:

Por lo presente se notifica que se efectuará una elección el 13 de Mayo, 2006 de las 7:00 a.m. a 7:00 p.m. en Canyon Creek Elementary School 10210 Ember Glen Drive, Austin, Texas 78726, un sitio dentro del Distrito, para elegir directores de la Mesa Directiva de Northwest Austin Municipal Utility District No. 1.

DIRECCIONES DE SITIOS DE VOTACIÓN
La votación adelantada por comparecencia personal será diario en días hábiles en H-E-B Four Points, 7301 FM 620 North (edificio provisional en el estacionamiento ), y en Randall's Research, 10900-D Research Boulevard @ Braker Lane, de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. principiando el Lunes, 1 de Mayo, 2006 y terminando el Martes 9 de Mayo, 2006.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

Reese L. Griffith
c/o Potts & Reilly, L.L.P.
401 W. 15th Street, Suite 850
Austin, TX 78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Viernes, 5 de Mayo, 2006.

Sitios adicionales para la votación adelantada son los siguientes:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 5/1- 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Austin City Hall<br>301 West 2nd Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's 35th Street<br>1500 West 35th Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Rio Grande<br>1212 Rio Grande, Student Lounge | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| **NORTE** | **FECHA** | **HORAS** |
|---|---|---|
| Highland Mall<br>6001 Airport (Piso Bajo, enseguida de JC Penney's) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| H-E-B Parmer y IH-35<br>Parmer Lane (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 5/1 - 5/9 | L-S: 9:00-8:00<br>Dom: Mediodía -6:00 |
| ACC Northridge<br>11928 Stonehollow Drive, Admissions Lobby | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| County Tax Office, Pflugerville<br>15822 Foothill Farms Loop | 5/1 - 5/9 | L:-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NOROESTE** | | |
| Randalls Research<br>10900-D Research Boulevard @ Braker Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| H-E-B Four Points<br>7301 FM 620 Norte (edificio temporal en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| H-E-B South Congress<br>2400 South Congress (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randalls Ben White<br>2025 West Ben white @ Manchaca | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SURESTE** | **FECHA** | **HORAS** |
| Albertson's Riverside<br>1819 S. Pleasant Valley (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| SUROESTE | FECHA | HORAS |
|---|---|---|
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Brodie<br>9911 Brodie Lane @ Slaughter Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Pinnacle Campus<br>7748 Highway 290 West, Student Commons | 5/1 – 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **EAST** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northeast Health Center<br>7112 Ed Bluestein Boulevard, Suite 155<br>(Springdale Shopping Center) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview Campus<br>3401 Webberville Road, Student Commons | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Flagship Randall's en Westlake Hills<br>3300 Bee Caves Road | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 Sur | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido el día 8 de Marzo, 2006.

Don Zimmerman
Presidente

Firma de Oficial Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

**ORDEN DE ELECCIÓN DE**

**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1**

Por lo presente se ordena que se efectúe una elección el 13 de Mayo, 2006 con el propósito de elegir a directores del Distrito Northwest Austin Municipal Utility District No. 1. El sitio de votación es Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas 78726.

La votación adelantada por comparecencia personal será diario en días hábiles en H-E-B Four Points, 7301 FM 620 Norte (edificio provisional en el estacionamiento), y en Randall's Research, 10900-D Research Boulevard en Braker Lane, de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. principiando el Lunes, 1 de Mayo, 2006 y terminando el Martes 9 de Mayo, 2006.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

Reese L. Griffith
c/o Potts & Reilly, L.L.P.
401 W. 15th Street, Suite 850
Austin, TX 78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Viernes, 5 de Mayo, 2006.

Además de la votación adelantada en HEB Four Points, votantes pueden también votar adelantado en los siguientes sitios de votación y horas indicadas:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 5/1- 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Austin City Hall<br>301 West 2nd Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @Delwood | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's 35th Street<br>1500 West 35th Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Rio Grande<br>1212 Rio Grande, Student Lounge | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| NORTE | FECHA | HORAS |
|---|---|---|
| Highland Mall<br>6001 Airport (Piso Bajo, enseguida de JC Penney's). | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| H-E-B Parmer y IH-35<br>Parmer Lane (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 5/1 - 5/9 | L-S: 9:00-8:00<br>Dom: Mediodía -6:00 |
| ACC Northridge<br>11928 Stonehollow Drive, Admissions Lobby | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| County Tax Office, Pflugerville<br>15822 Foothill Farms Loop | 5/1 - 5/9 | L:-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NOROESTE** | | |
| Randalls Research<br>10900-D Research Boulevard @ Braker Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| H-E-B Four Points<br>7301 FM 620 Norte (edificio temporal en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| H-E-B South Congress<br>2400 South Congress (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randalls Ben White<br>2025 West Ben white @ Manchaca | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SURESTE** | **FECHA** | **HORAS** |
| Albertson's Riverside<br>1819 S. Pleasant Valley (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| SUROESTE | FECHA | HORAS |
|---|---|---|
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Brodie<br>9911 Brodie Lane @ Slaughter Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Pinnacle Campus<br>7748 Highway 290 West, Student Commons | 5/1 – 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **EAST** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northeast Health Center<br>7112 Ed Bluestein Boulevard, Suite 155<br>(Springdale Shopping Center) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview Campus<br>3401 Webberville Road, Student Commons | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Flagship Randall's en Westlake Hills<br>3300 Bee Caves Road | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 Sur | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido el día 8 de Marzo, 2006 .

Don Zimmerman
Presidente

Firma de Oficial Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

**AVISO DE ELECCIÓN**
**DE**
**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1**

A los votantes registrados de Northwest Austin Municipal Utility District No. 1:

Por lo presente se notifica que se efectuará una elección el 13 de Mayo, 2006 de las 7:00 a.m. a 7:00 p.m. en Canyon Creek Elementary School 10210 Ember Glen Drive, Austin, Texas 78726, un sitio dentro del Distrito, para elegir directores de la Mesa Directiva de Northwest Austin Municipal Utility District No. 1.

DIRECCIONES DE SITIOS DE VOTACIÓN
La votación adelantada por comparecencia personal será diario en días hábiles en H-E-B Four Points, 7301 FM 620 North (edificio provisional en el estacionamiento ), y en Randall's Research, 10900-D Research Boulevard @ Braker Lane, de Lunes a Sábado, de 7:00 a.m. a 7:00 p.m. principiando el Lunes, 1 de Mayo, 2006 y terminando el Martes 9 de Mayo, 2006.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

Reese L. Griffith
c/o Potts & Reilly, L.L.P.
401 W. 15th Street, Suite 850
Austin, TX 78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Viernes, 5 de Mayo, 2006.

Sitios adicionales para la votación adelantada son los siguientes:

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 5/1- 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Austin City Hall<br>301 West 2nd Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's 35th Street<br>1500 West 35th Street | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Rio Grande<br>1212 Rio Grande, Student Lounge | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| NORTE | FECHA | HORAS |
|---|---|---|
| Highland Mall<br>6001 Airport (Piso Bajo, enseguida de JC Penney's) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| H-E-B Parmer y IH-35<br>Parmer Lane (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 5/1 - 5/9 | L-S: 9:00-8:00<br>Dom: Mediodía -6:00 |
| ACC Northridge<br>11928 Stonehollow Drive, Admissions Lobby | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| County Tax Office, Pflugerville<br>15822 Foothill Farms Loop | 5/1 - 5/9 | L:-S: 7:00-7:00<br>Dom: Mediodía -6:00 |
| **NOROESTE** | | |
| Randalls Research<br>10900-D Research Boulevard @ Braker Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| H-E-B Four Points<br>7301 FM 620 Norte (edificio temporal en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Noon-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| H-E-B South Congress<br>2400 South Congress (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randalls Ben White<br>2025 West Ben white @ Manchaca | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SURESTE** | **FECHA** | **HORAS** |
| Albertson's Riverside<br>1819 S. Pleasant Valley (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| **SUROESTE** | **FECHA** | **HORAS** |
|---|---|---|
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Brodie<br>9911 Brodie Lane @ Slaughter Lane | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Pinnacle Campus<br>7748 Highway 290 West, Student Commons | 5/1 – 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **EAST** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio provisional en el estacionamiento) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northeast Health Center<br>7112 Ed Bluestein Boulevard, Suite 155<br>(Springdale Shopping Center) | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview Campus<br>3401 Webberville Road, Student Commons | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Flagship Randall's en Westlake Hills<br>3300 Bee Caves Road | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 Sur | 5/1 - 5/9 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido el día 8 de Marzo, 2006 .

Don Zimmerman
Presidente

[signature]
Firma de Oficial Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

**Vote Both Sides** *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-1***

210007771100

Sample Ballot

**Instruction Note:**
Please use a black or blue ink pen to mark your choices on the ballot. To vote for your choice in each contest, completely fill in the box provided to the left of your choice. To vote for a write-in candidate, completely fill in the box provided to the left of the words "Write-in" and write in the name of the candidate on the line provided.

*Nota de Instruccion:*
*Favor de usar una pluma de tinta negra o azul para marcar su boleta. Para votar por su selección en cada carrera, llene completamente el espacio cuadrado a la izquierda de su selección. Para votar por voto escrito, llene completamente el espacio cuadrado a la izquierda de las palabras "Voto Escrito" y escriba el nombre del candidato en la linea provista.*

**PLEASE REVIEW ALL PAGES**
*REVISE POR FAVOR TODAS PAGINÁS*

*************************

*************************

**CITY OF AUSTIN GENERAL MUNICIPAL ELECTION**

*ELECCIÓN GENERAL MUNICIPAL CIUDAD DE AUSTIN*

**AUSTIN MAYOR**
*AUSTIN ALCALDE*
- [ ] Will Wynn
- [ ] Danny Thomas
- [ ] Jennifer Gale

**PLACE 2 AUSTIN CITY COUNCIL**
*PUESTO 2 CONSEJO DE LA CIUDAD DE AUSTIN*
- [ ] Eliza May
- [ ] Mike Martinez
- [ ] Wes Benedict

**PLACE 5 AUSTIN CITY COUNCIL**
*PUESTO 5 CONSEJO DE LA CIUDAD DE AUSTIN*
- [ ] Kedron Jerome Touvell
- [ ] Mark Hopkins
- [ ] Brewster McCracken
- [ ] Colin Kalmbacher

**PLACE 6 AUSTIN CITY COUNCIL**
*PUESTO 6 CONSEJO DE LA CIUDAD DE AUSTIN*
- [ ] DeWayne W. Lofton
- [ ] Sheryl Cole
- [ ] Darrell Pierce

*************************

*************************

**CITY OF AUSTIN SPECIAL MUNICIPAL ELECTION**

*ELECCIÓN ESPECIAL MUNICIPAL CIUDAD DE AUSTIN*

**NO. 1 AUSTIN PROPOSITION**
Shall the City Charter be amended: (a) to provide online access to public information, which for the most part is already available, by creating an online electronic data system for most City communication and documents at taxpayer expense; (b) to require that private citizens' emails to public officials be placed on the city website in "real time," including emails or electronic communications between private citizens and public officials in all City departments, and limit the ability of citizens to keep private the details of these communications, unless legal exceptions apply; (c) to require that the heads of all City departments, all city manager's staff and all city council members and their staff post online in "real time" information about meetings and phone calls with private citizens; and (d) to prohibit the City from exercising state law protection for information that could expose the City and taxpayers to greater financial and legal liability and risk?

*NÚM. 1 AUSTIN PROPOSICIÓN*
¿Se deberla enmendar la Carta de la Ciudad: (a) para proporcionar acceso en línea a la información pública, que en su mayor parte ya está disponible, creando un sistema de datos electrónico en línea para la mayoría de comunicaciones y documentos de la Ciudad pagado por los contribuyentes de impuestos; (b) para requerir que los emails de ciudadanos en particular a oficiales públicos sean anotados en el sitio Web de la Ciudad en "tiempo real," incluyendo emails o comunicaciones electrónicas entre ciudadanos en particular y oficiales públicos en todos los departamentos de la Ciudad, y limitar la facultad de que los ciudadanos guarden en privado los detalles de dichas comunicaciones, a no ser que apliquen excepciones legales; (c) requerir que los directores de todo departamento de la Ciudad, todo personal del manejador/a de la Ciudad y todo miembro del Consejo de la Ciudad y su personal anoten en línea en "tiempo real" información de todas las reuniones y llamadas telefónicas con ciudadanos en particular; y (d) prohibir a la Ciudad de utilizar la protección de las leyes estatales en casos de información que podría exponer a la Ciudad y a los contribuyentes de impuestos a mayor riesgo y obligaciones legales y financieras?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 2 AUSTIN PROPOSITION**
Shall the City Charter be amended to: (a) limit investment in roads, utilities, water quality infrastructure, drainage infrastructure, and other infrastructure extensions and capacity expansions in the Barton Springs Zone, which includes a large portion of southwest Austin and Travis County, including neighborhoods such as Oak Hill, Barton Hills, part of Zilker, Circle C, Travis Country, Village at Western Oaks, and Westcreek; (b) limit the City's ability to influence development in proposed utility and special districts in the extraterritorial jurisdiction; (c) limit the City's ability to enter into agreements that may subsidize private development in the Barton Springs Zone; (d) make all "grandfathering" decisions in the Barton Springs Zone under state law subject to city council approval; (e) disqualify certain individuals from exercising certain property rights under state law in the Barton Springs Zone; (f) severely limit the City's ability to enter into economic development agreements city-wide; (g) prohibit the City from participating in or supporting certain road projects; and (h) add an environmental policy statement?

*NÚM. 2 AUSTIN PROPOSICIÓN*
¿Será enmendada la carta de la ciudad para: (a) limitar inversiones en caminos, servicios públicos, infraestructura para la calidad del agua, infraestructura para drenaje, y otras extensiones de infraestructura y ampliaciones de capacidad en la Zona de Barton Springs, que incluye una gran parte del suroeste de Austin y del Condado Travis, incluyendo vecindades como Oak Hill, Barton Hills, Zilker, Circle C, Travis Country, Village at Western Oaks, y Westcreek; (b) limitar la habilidad de la ciudad en influir el desarrollo en distritos de servicios públicos y distritos especiales propuestos en las jurisdicciones extraterritoriales; (c) limitar la habilidad de la Ciudad para tramitar convenios que pudieren subsidiar desarrollos privados en la Zona de Barton Springs; (d) que todas las decisiones tocante "grandfathering" (cláusula de ley que excluye a quienes ya participan en una actividad regulada de tener que adoptar ciertas normas nuevas) en la Zona de Barton Springs bajo las leyes estatales sean sujetas a aprobación del consejo de la ciudad; (e) para descalificar a ciertos individuos de ejercer ciertos derechos de propiedad bajo las leyes estatales en la Zona de Barton Springs; (f) seriamente limitar la facultad de la ciudad de tramitar convenios de desarrollo económico en la ciudad entera; y (g) prohibir que la ciudad participe en, o que apoye ciertos proyectos de carreteras; y (h) agregar una declaración de política medioambiental?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 3 AUSTIN PROPOSITION**
Shall the City Charter be amended to change the initial date of the term served by the mayor and council members to comply with a change in state election law?

*NÚM. 3 AUSTIN PROPOSICIÓN*
¿Se deberia enmendar la Carta de la Ciudad para cambiar la fecha inicial del plazo del alcalde y del consejo para cumplir con un cambio en la ley estatal?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 4 AUSTIN PROPOSITION**
Shall the City Charter be amended to allow a council member or mayor first elected after April 30, 2006, to serve for three terms?

*NÚM. 4 AUSTIN PROPOSICIÓN*
¿Se deberla enmendar la Carta de la Ciudad para permitir que un miembro del consejo o el alcalde que sea electo por primera vez después del 30 de Abril, 2006, sirva en el puesto por tres plazos?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 5 AUSTIN PROPOSITION**
Shall the City Charter be amended to limit contributions from individuals outside the Austin city limits, increase and adjust for inflation the aggregate contribution amount that a council member may collect and the maximum individual contribution to a candidate for city council, allow a person elected to city council to fund an account to pay officeholder expenses, and allow fundraising by unsuccessful candidates and retired council members to retire campaign debt?

*NÚM. 5 AUSTIN PROPOSICIÓN*
¿Se deberla enmendar la Carta de la Ciudad para limitar contribuciones de individuos fuera de los limites de la Ciudad de Austin, para aumentar y ajustar de acuerdo con la Inflación la cantidad total de donaciones que un miembro del consejo pueda recaudar y la donación máxima individual a un candidato para el consejo de la ciudad, permitiendo a una persona electa al consejo de la ciudad que tenga una cuenta con fondos para pagar gastos de su puesto de oficial electo (office holder expenses), permitir recaudación de donaciones por candidatos que pierden la elección, y por miembros del consejo retirados, para que paguen su deuda de campaña?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 6 AUSTIN PROPOSITION**
Shall the City Charter be amended to restore a city employee's ability to purchase additional benefit coverage, by repealing Article IX, Section 4 (Employee Benefits) of the City Charter?

*NÚM. 6 AUSTIN PROPOSICIÓN*
¿Se deberla enmendar la Carta de la Ciudad para restaurar el derecho de empleados de la ciudad de comprar cobertura adicional de beneficios, revocando el Articulo IX, Sección 4 (Beneficios de Empleados) de la Carta de la Ciudad?

- [ ] Yes *Sí*
- [ ] No *No*

**NO. 7 AUSTIN PROPOSITION**
Shall the City Charter be amended to increase the term served by a municipal court judge from two years to four years?

*NÚM. 7 AUSTIN PROPOSICIÓN*
¿Se deberla enmendar la Carta de la Ciudad para extender el plazo de servicio del juez de la corte municipal de dos años a cuatro años?

- [ ] Yes *Sí*
- [ ] No *No*

Sample Ballot

100000011

21820300

**Vote Both Sides** *Vote en Ambos Lados de la Página*

**Vote Both Sides** *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006** - *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-1***

2100077721000

Sample Ballot

*************************

*************************

**CITY OF CEDAR PARK GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE CEDAR PARK*

**CEDAR PARK MAYOR**
*CEDAR PARK ALCALDE*

☐ Phil Duprey
☐ Bob Lemon

**PLACE 2 CEDAR PARK COUNCIL**
*LUGAR 2 CEDAR PARK CONCEJAL*

☐ Stephen Berry

**PLACE 4 CEDAR PARK COUNCIL**
*LUGAR 4 CEDAR PARK CONCEJAL*

☐ Melissa Beaudoin
☐ Glen A. Fine

**PLACE 6 CEDAR PARK COUNCIL**
*LUGAR 6 CEDAR PARK CONCEJAL*

☐ Cobby Caputo

*************************

*************************

**CITY OF LAGO VISTA GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE LAGO VISTA*

**PLACE 2 LAGO VISTA COUNCIL MEMBER**
*LUGAR 2 LAGO VISTA MIEMBRO DEL CONCILIO*

☐ Hugh Farmer

**PLACE 4 LAGO VISTA COUNCIL MEMBER**
*LUGAR 4 LAGO VISTA MIEMBRO DEL CONCILIO*

☐ Mike Thornton

**PLACE 6 LAGO VISTA COUNCIL MEMBER**
*LUGAR 6 LAGO VISTA MIEMBRO DEL CONCILIO*

☐ Fred Harless
☐ Brian Schwab

*************************

*************************

**CITY OF LAKEWAY GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE LAKEWAY*

**LAKEWAY COUNCILMEMBERS, AT LARGE**
Vote for none, one, two or three
*LAKEWAY MIEMBRO DEL CONCILIO, EN GENERAL*
*Vote por ninguno, uno, dos o tres*

☐ Bill Rhue
☐ David DeOme
☐ Glenda Foreman

*************************

*************************

**CITY OF LAKEWAY SPECIAL ELECTION**

*ELECCIÓN ESPECIAL CIUDAD DE LAKEWAY*

**NO. 1 LAKEWAY PROPOSITION**
Shall Section 3.01 be amended to increase the number of Councilmembers (including the Mayor) on the City Council from six to seven; and provide for the Mayor and three Councilmembers to be elected in odd numbered years, and three Councilmembers to be elected in even numbered years?

*NÚM. 1 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 3.01 para aumentar el numero de Concejales (incluyendo al Alcalde) en el Ayuntamiento de seis a siete y para establecer que el Alcalde y tres Concejales sean electos en años nones y tres Concejales sean electos en años pares?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 2 LAKEWAY PROPOSITION**
Shall Section 3.01(c) be amended to replace "No person shall serve as Mayor or Councilmember for more than three (3) successive terms" with "No person shall serve as Mayor for more than three (3) successive terms and no person shall serve as Councilmember for more than three (3) successive terms" to clarify that a person may not serve more than six (6) consecutive terms on the City Council; three as Mayor and three as Councilmember?

*NÚM. 2 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 3.01(c) para reemplazar "Ninguna persona podrá servir como Alcalde o Concejal por mas de tres (3) periodos consecutivos" con "Ninguna persona podrá servir como Alcalde por mas de tres (3) periodos consecutivos y ninguna persona podrá servir como Concejal por mas de tres (3) periodos consecutivos" para aclarar que una persona no puede servir por mas de seis (6) periodos consecutivos en el Ayuntamiento, tres como Alcalde y tres como Concejal?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 3 LAKEWAY PROPOSITION**
Shall Section 4.01(d) be amended to give the City Manager expanded authority to address personnel policies and procedures that are not covered by the personnel manual by adding subsection (7), "Make such interim personnel policies and procedures, excluding ones that create or alter any compensation or other remuneration or benefit of employment, that are not substantially inconsistent with any policy or procedure adopted by the City Council then in effect, provided that a report or notice thereof is provided to the City Council within 30 days"?

*NÚM. 3 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 4.01(d) para expander la autoridad del Gerente de la Ciudad para formular politicas de personal y procedimientos que no están cubiertos por el manual de personal mediante la adición de la sub-sección (7), "Formular aquellas politicas y procedimientos de personal interinas, que excluyendo aquellas que crean o alteran cualquier compensación u otra remuneración o prestación de empleo que no sean substancialmente inconsistentes con cualquier politica o procedimiento previamente adoptada por el Ayuntamiento y que estén en vigor, siempre y cuando se le reporte o de aviso de estas al Ayuntamiento dentro de los siguientes 30 dias"?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 4 LAKEWAY PROPOSITION**
Shall Section 4.01(d)(2) be amended to include a definition of department heads at end of this section that will state, "A Department Head is any city employee who is the chief director and/or manager of any department of the City"?

*NÚM. 4 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 4.01(d)(2) para incluir una definición de los titulares de departamentos final de esta sección que diga "El Jefe de un Departamento es cualquier empleado de la ciudad que es el jefe, director o gerente de cualquier departamento de la Ciudad"?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 5 LAKEWAY PROPOSITION**
Shall Section 4.06 related to the City Treasurer be amended to allow for the appointment of assistant treasurers by (1) inserting, after the word "Treasurer" in the first sentence, the words "and such Assistant Treasurers as the Council may deem advisable," (2) deleting the words "who may serve as Tax Collector," and (3) adding, after the first sentence, "The Treasurer may also serve as Tax Collector."?

*NÚM. 5 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 4.06 relacionada con el Tesorero de la Ciudad para permitir el nombramiento de Tesoreros Adjuntos mediante (1) la inserción después de la palabra "Tesorero" en la primera oración, las palabras "y aquellos Tesoreros Adjuntos que el Ayuntamiento considere conveniente," (2) eliminando las palabras "que puede fungir como Recolector de Impuestos" y (3) insertando, tras la primera oración, "El Tesorero también puede fungir como Recolector de Impuestos."?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 6 LAKEWAY PROPOSITION**
Shall Section 4.08 regarding the term of appointments be deleted in its entirety to allow for appointments of terms that do not run "concurrent with that of the Mayor"?

*NÚM. 6 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 4.08 relativa a la duración de ciertos nombramientos en su totalidad para permitir que los nombramientos no tengan duración "concurrente con la duración del servicio del Alcalde"?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 7 LAKEWAY PROPOSITION**
Shall Section 7.03(b) be deleted in its entirety to remove the burden of creating and maintaining a current zoning map from commission volunteers?

*NÚM. 7 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 7.03(b) eliminándose esta en su totalidad para reducir la carga de trabajo de tener que crear y mantener un mapa de zonificación actualizado de los miembros de la Comisión de Zonificación que sirven en este en forma voluntaria?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 8 LAKEWAY PROPOSITION**
Shall Section 7.01 be amended to allow for the City Council to remove board and commission members without cause during their term of appointment, by adding to the last word of Section 7.01, "unless the appointee is removed for any reason from the board or commission by the recommendation of the Mayor confirmed by majority vote of the City Council to remove the appointee."

*NÚM. 8 LAKEWAY PROPOSICIÓN*
¿Deberá enmendarse la Sección 7.01 para permitir al Ayuntamiento remover a miembros de comisiones y consejos sin razón alguna durante la vigencia de su nombramiento, mediante la adición tras la ultima palabra de la Sección 7.01, "salvo que la persona nombrada sea removida por cualquier causa de el consejo o comisión por recomendación del Alcalde confirmada por el voto de la mayoria de los miembros del Ayuntamiento de remover a la persona nombrada."?

☐ For *A Favor*
☐ Against *En Contra*

Sample Ballot

1000000012

21820300

**Vote Both Sides** *Vote en Ambos Lados de la Página*

Vote Both Sides — *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006** - *13 Mayo 2006* **Precinct** *Precincto* ***Sample-1***

Sample Ballot

21000773100

**NO. 9 LAKEWAY PROPOSITION**

Shall Section 7.06 be added to allow for the creation of committees by the City Council as follows, "The Council shall have authority to establish, by ordinance or resolution, such committees as it may deem necessary for the conduct of City business and management of municipal affairs. The composition, authority, functions and responsibilities of each committee and the qualifications and procedures for the appointment and removal of their members shall be set forth in the establishing ordinance or resolution. All existing committees heretofore established shall be continued in accordance with the ordinance or resolution pursuant to which each has been created until the Council, as modified from time to time by amendments to the ordinance or resolution that created the committee. Appointments to committees will be made by the Mayor subject to the approval of the City Council unless otherwise provided by this Charter or by ordinance. The term of each appointee shall be for the duration of the Mayor's term of office and shall continue until a successor is appointed, unless the appointee is removed for any reason from the committee by the recommendation of the Mayor confirmed by a majority vote of the City Council to remove the appointee."

*NÚM. 9 LAKEWAY PROPOSICIÓN*

¿Deberá enmendarse la Sección 7.06 adicionando a esta para permitir la creación de comités por el Ayuntamiento como sigue "El Ayuntamiento tendrá la autoridad de establecer, mediante ordenanza o resolución, aquellos comités como juzgue necesarios para conducir las operaciones y administración de los asuntos de Ciudad. La composición, autoridad, funciones y responsabilidades de cada comité y los requisitos y procedimientos para el nombramiento y remoción de sus miembros será determinado en la ordenanza o resolución que lo establezca. Todos los comités existentes continuarán en funciones de acuerdo a lo establecido en las ordenanzas y resoluciones mediante las cuales fueron creados hasta que el Ayuntamiento como sea modificado de vez en vez mediante enmiendas a la ordenanza o resolución que dio origen al comité. Los nombramientos a los comités serán realizados por el Alcalde sujetos a la aprobación del Ayuntamiento salvo que otra disposición sea establecida por esta Escritura Constitutiva o mediante una ordenanza. La duración de cada nombramiento será la misma que la duración del período de servicio del Alcalde, y continuará en funciones hasta que un sucesor sea nombrado salvo que si el nombrado es removido de su puesto por cualquier razón por recomendación del Alcalde confirmada por un voto mayoritario del Ayuntamiento que dicho nombrado sea removido."?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 10 LAKEWAY PROPOSITION**

Shall Section 11.03 be amended to delete the words "by microfilm or other photographic process," to allow for other methods of permanent recordkeeping?

*NÚM. 10 LAKEWAY PROPOSICIÓN*

¿Deberá enmendarse la Sección 11.03 para eliminar las palabras "mediante microfilm, u otro proceso fotográfico," para permitir otros medios de conservación permanente de información?

☐ For *A Favor*
☐ Against *En Contra*

**NO. 11 LAKEWAY PROPOSITION**

Shall the following grammatical, numerical, clerical, or otherwise non-substantive changes be made to the Charter? Section 1.03 Delete "Chapter 43." Section 4.02(b) (5) Delete "all." Section 4.03 Insert "The City Manager, subject to the approval of the Council, shall appoint the Finance Director and such Assistant Finance Directors as the Council shall deem advisable." Section 4.03(a) Insert "Accounting" between "Governmental" and "Standards." Section 4.07 Change "He" to "The Chief of Police" in the fourth sentence. Section 7.03(c)-(f) Change these subsection letters to the immediately preceding letter in the event Section 7.03(b) is deleted. Section 10.04 Insert "any" between "amending" and "franchise." Section 11.02 Change "including" to "include." Section 11.15 Change "Citizen" to "Charter."

*NÚM. 11 LAKEWAY PROPOSICIÓN*

Deberán realizarse las siguientes correcciones gramaticales, numéricas, tipográficas, o de otra naturaleza no substanciales a la Escritura Constitutiva? Sección 1.03 Elimínese "Capítulo 43." Sección 4.02(b) (5) Elimínese "todos." Sección 4.03 Insértese "El Gerente de la Ciudad, sujeto a la aprobación del Ayuntamiento, nombrara al Director de Finanzas y a aquellos Directores Adjuntos de Finanzas que el Ayuntamiento considere conveniente." Sección 4.03(a) Insértese "Contabilidad" entre "Gubernamental" y "Normas." Sección 4.07 Cámbiese "El" a "El Jefe de Policía" en la cuarta oración. Sección 7.03(c)-(f) Cámbiese las letras de estas sub-secciones a las letras inmediatas inmediatamente precedentes en el caso de ser aprobada la eliminación de la Sección 7.03(b). Sección 10.04 Inserte "cualquiera" entre "enmienda" y "franquicia." Sección 11.02 Cámbiese "incluyendo" a "inclusive." Sección 11.15 Cámbiese "Ciudadano" a "Escritura Constitutiva."

☐ For *A Favor*
☐ Against *En Contra*

*************************

*************************

**CITY OF LEANDER GENERAL ELECTION**

*DE LA CIUDAD DE LEANDER GENERAL ELECCIÓN*

**LEANDER MAYOR**
*LEANDER ALCALDE*
☐ John D. Cowman

**PLACE 2 LEANDER CITY COUNCIL**
*LUGAR 2 LEANDER MIEMBRO DEL AYUNTAMIENTO*
☐ Mike Robinson
☐ Kirsten Call Lynch

**PLACE 4 LEANDER CITY COUNCIL**
*LUGAR 4 LEANDER MIEMBRO DEL AYUNTAMIENTO*
☐ Michell R. Cantwell
☐ Simon Garcia

**PLACE 6 LEANDER CITY COUNCIL**
*LUGAR 6 LEANDER MIEMBRO DEL AYUNTAMIENTO*
☐ David Siebold
☐ Rob Lederman

*************************

*************************

**CITY OF MANOR CITY COUNCIL ELECTION**

*ELECCIONES PARA MIEMBROS DEL CONCILIO CUIDAD DE MANOR*

**MANOR CITY COUNCIL**
Vote for none, one, two or three
*MANOR MIEMBROS DEL CONCILIO*
*Vote por ninguno, uno, dos o tres*
☐ Allen Ray
☐ Joe Sanchez
☐ Matildy (Sam) Samaripa, Jr.
☐ Maud E. Taylor

*************************

*************************

**CITY OF PFLUGERVILLE GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE PFLUGERVILLE*

**PLACE 3 PFLUGERVILLE COUNCIL MEMBER**
*LUGAR 3 PFLUGERVILLE MIEMBRO DEL CONCILIO*
☐ John Welton

**PLACE 5 PFLUGERVILLE COUNCIL MEMBER**
*LUGAR 5 PFLUGERVILLE MIEMBRO DEL CONCILIO*
☐ Victor Gonzales
☐ Sidney Hacker

*************************

*************************

**CITY OF ROLLINGWOOD GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE ROLLINGWOOD*

**ROLLINGWOOD MAYOR**
Vote for none or one
*ROLLINGWOOD MAYOR*
*Vote por ninguno o por uno*
☐ William C. (Bill) Hamilton
☐ Hollis Jefferies

**ROLLINGWOOD ALDERMAN**
Vote for none, one, or two
*ROLLINGWOOD CONCEJAL*
*Vote por ninguno, uno, o dos*
☐ Susan Hinton
☐ Brian Nalle
☐ Frank E. Scofield
☐ Laura Hirschfeld

*************************

*************************

**CITY OF ROUND ROCK GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE ROUND ROCK*

**PLACE 3 ROUND ROCK COUNCIL**
*LUGAR 3 ROUND ROCK CONCEJO*
☐ Joe Clifford

**PLACE 5 ROUND ROCK COUNCIL**
*LUGAR 5 ROUND ROCK CONCEJO*
☐ Scott Rhode

*************************

*************************

**CITY OF ROUND ROCK SPECIAL ELECTION**

*ELECCIÓN ESPECIAL CIUDAD DE ROUND ROCK*

**ROUND ROCK PROPOSITION**

Shall the City of Round Rock be authorized to sell land known as Henry McNeil Park, which is owned, held or claimed by the City as a park?

*ROUND ROCK PROPOSICIÓN*

¿Se autoriza a la Ciudad de Round Rock vender el predio conocido como Henry McNeil Park, siendo poseído, retenido o reivindicado por el Ayuntamiento como un parque?

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

*************************

*************************

**CITY OF SUNSET VALLEY GENERAL CITY ELECTION**

*ELECCIÓN GENERAL DE LA CIUDAD DE SUNSET VALLEY*

**SUNSET VALLEY MAYOR**
Vote for none or one
*SUNSET VALLEY ALCALDE*
*Vote por ninguno o por uno*
☐ Cat Quintanilla

**SUNSET VALLEY COUNCIL MEMBER**
Vote for none, one or two
*SUNSET VALLEY MIEMBRO DEL CONCILIO*
*Vote por ninguno, o por uno o por dos*
☐ Robert N. Garrett III
☐ Jeff Mills
☐ Robb Buchanan
☐ John Moore

*************************

*************************

20000000011

21820300

Sample Ballot

Vote Both Sides — *Vote en Ambos Lados de la Página*

Vote Both Sides | *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-1***

Sample Ballot

21000777 4100

**CITY OF SUNSET VALLEY EDWARDS AQUIFER PROTECTION VENUE PROJECTSPECIAL ELECTION**

*ELECCIÓN PROYECTO DEL LUGAR DE PROTECCIÓN DEL ACUÍFERO EDWARDS DE SUNSET VALLEY*

**NO. 1 SUNSET VALLEY PROPOSITION**

SHALL THE CITY COUNCIL OF THE CITY OF SUNSET VALLEY, TEXAS BE AUTHORIZED TO PROVIDE FOR THE PLANNING, ACQUISITION, AND DEVELOPMENT OF AN OPEN SPACE PRESERVATION PROGRAM TO BE CALLED THE "EDWARDS AQUIFER PROTECTION VENUE PROJECT" WHICH INCLUDES ACQUISITION OF PROPERTY, CONSERVATION EASEMENTS, OR OTHER PROPERTY RIGHTS TO PROTECT WATER IN THE EDWARDS AQUIFER, AND TO IMPOSE A SALES AND USE TAX AT THE MAXIMUM RATE NOT TO EXCEED ONE-EIGHTH OF ONE PERCENT (1/8 OF 1%) FOR THE PURPOSE OF FINANCING THE VENUE PROJECT?

*NÚM. 1 SUNSET VALLEY PROPOSICIÓN*

¿SE AUTORIZA AL CONSEJO DE LA CIUDAD, DE LA CIUDAD DE SUNSET VALLEY, TEXAS, A PROVEER LO NECESARIO PARA LA PLANEACIÓN, ADQUISICIÓN Y DESARROLLO DE UN PROGRAMA DE CONSERVACIÓN DE ESPACIO ABIERTO LLAMADO "PROYECTO DEL LUGAR DE PROTECCIÓN DEL ACUÍFERO EDWARDS" QUE INCLUYE LA ADQUISICIÓN DE PROPIEDAD, DE DERECHOS DE SERVIDUMBRE PARA CONSERVACIÓN, U OTROS DERECHOS DE PROPIEDAD PARA PROTEGER EL AGUA EN EL ACUÍFERO EDWARDS, Y PARA GRAVAR CON UN IMPUESTO SOBRE VENTAS Y SOBRE UTILIZACIÓN DE BIENES A UNA TASA MÁXIMA QUE NO EXCEDA DE UN OCTAVO DE UNO POR CIENTO (1/8 DE 1% CON EL PROPÓSITO DE FINANCIAR EL PROYECTO DEL LUGAR)?

☐ FOR
*A FAVOR*
☐ AGAINST
*EN CONTRA*

************************

************************

**VILLAGE OF THE HILLS BOARD OF ALDERMEN ELECTION**

*ELECCIÓN ALDEA DEL HILLS*

**VILLAGE OF THE HILLS ALDERMEN ON BOARD OF ALDERMEN**
**Vote for none, one, two or three**
*VILLAGE OF HILLS CONCEJALES*
*Vote por ninguno, uno, dos o tres*

☐ Joe B. McShane
☐ Jerry Chernivec
☐ Chris G. Wittmayer
☐ Doug Lindgren
☐ Larry Kosta
☐ John J. Camiolo, Jr.

************************

************************

**CITY OF WESTLAKE HILLS GENERAL ELECTION**

*ELECCIÓN GENERAL CIUDAD DE WEST LAKE HILLS*

**WESTLAKE HILLS MAYOR**
**Vote for none or one**
*WESTLAKE HILLS ALCALDE*
*Vote por ninguno o uno*

☐ Dwight Thompson
☐ Mark Urdahl

**PLACE 2 WESTLAKE HILLS CITY COUNCIL**
**Vote for none or one**
*LUGAR 2 WESTLAKE HILLS CONCILIO DE CIUDAD*
*Vote por ninguno o uno*

☐ Katherine Loayza

**PLACE 4 WESTLAKE HILLS CITY COUNCIL**
**Vote for none or one**
*LUGAR 4 WESTLAKE HILLS CONCILIO DE CIUDAD*
*Vote por ninguno o uno*

☐ Cindy Probst
☐ Cathy Scott McElroy

************************

************************

Sample Ballot

200000012

21820300

Vote Both Sides | *Vote en Ambos Lados de la Página*

Vote Both Sides

*Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-2***

**Instruction Note:**
Please use a black or blue ink pen to mark your choices on the ballot. To vote for your choice in each contest, completely fill in the box provided to the left of your choice. To vote for a write-in candidate, completely fill in the box provided to the left of the words "Write-in" and write in the name of the candidate on the line provided.

*Nota de Instruccion:*
*Favor de usar una pluma de tinta negra o azul para marcar su boleta. Para votar por su selección en cada carrera, llene completamente el espacio cuadrado a la izquierda de su selección. Para votar por voto escrito, llene completamente el espacio cuadrado a la izquierda de las palabras "Voto Escrito" y escriba el nombre del candidato en la línea provista.*

**PLEASE REVIEW ALL PAGES**
*REVISE POR FAVOR TODAS PAGINÁS*

************************
************************

**AUSTIN COMMUNITY COLLEGE BOARD OF TRUSTEE ELECTION**

*PARA CONSEJO COLEGIO DE COMUNIDAD DE AUSTIN*

**PLACE 7 ACC TRUSTEE**
*LUGAR 7 CONSEJO DE ACC*
- ☐ Barbara Mink

**PLACE 8 ACC TRUSTEE**
*LUGAR 8 CONSEJO DE ACC*
- ☐ Rodney Ahart
- ☐ James McGuffee

**PLACE 9 ACC TRUSTEE**
*LUGAR 9 CONSEJO DE ACC*
- ☐ Allen Kaplan
- ☐ Ana Mejia-Dietche

************************
************************

**AUSTIN ISD SCHOOL BOARD TRUSTEE ELECTION GENERAL ELECTION**

*ELECCIÓN GENERAL PARA MESA DIRECTIVA DE DISTRITO ESCOLAR INDEPENDIENTE DE AUSTIN*

**DISTRICT 1 AISD SINGLE MEMBER TRUSTEE**
*AISD NÚM. 1 DISTRITO DE REGENTE, MIEMBRO INDIVIDUAL*
- ☐ Cheryl Bradley

**DISTRICT 4 AISD SINGLE MEMBER TRUSTEE**
*AISD NÚM. 4 DISTRITO DE REGENTE, MIEMBRO INDIVIDUAL*
- ☐ Vincent Torres

**DISTRICT 6 AISD SINGLE MEMBER TRUSTEE**
*AISD NÚM. 6 DISTRITO DE REGENTE, MIEMBRO INDIVIDUAL*
- ☐ Lori Moya

**DISTRICT 7 AISD SINGLE MEMBER TRUSTEE**
*AISD NÚM. 7 DISTRITO DE REGENTE, MIEMBRO INDIVIDUAL*
- ☐ Robert Schneider
- ☐ Mel Fuller

**AISD AT-LARGE POSITION 9**
*AISD PUESTO EN GENERAL 9*
- ☐ Karen Dulaney Smith
- ☐ Alberto C. González
- ☐ Write-in *Voto escrito* ____________

************************
************************

**AUSTIN ISD SCHOOL BOARD TRUSTEE ELECTION SPECIAL ELECTION**

*ELECCIÓN ESPECIAL PARA MESA DIRECTIVA DE DISTRITO ESCOLAR INDEPENDIENTE DE AUSTIN*

**AISD AT-LARGE POSITION 8 (Unexpired Term)**
*AISD PUESTO EN GENERAL (Término No Completado)*
- ☐ Ed Leo
- ☐ Annette LoVoi

************************
************************

**COUPLAND ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS COUPLAND ISD*

**COUPLAND ISD BOARD OF TRUSTEES**
Vote for none, one, or two
*COUPLAND ISD CONSEJO DE ESCUELAS*
*Vote por ninguno, uno, o dos*
- ☐ Kandice Samuelson
- ☐ Sherri Walker
- ☐ Jami Sewalson

************************
************************

**SINGLE MEMBER DISTRICT 2 DEL VALLE ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS MIEMBRO SINGULAR DE DISTRITO 2 DEL VALLE ISD*

**DEL VALLE ISD DISTRICT 2 BOARD OF TRUSTEES-SINGLE MEMBER**
*DEL VALLE ISD DISTRITO 2 CONSEJO DE ESCUELAS-MIEMBRO SINGULAR*
- ☐ Bernard Small
- ☐ Write-in *Voto escrito* ____________

************************
************************

**EANES ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS EANES ISD*

**EANES ISD BOARD OF TRUSTEES**
Vote for none or one
*EANES ISD CONSEJO DE ESCUELAS*
*Vote por ninguno o uno*
- ☐ Paul D. Stone, Place 4
- ☐ Gail King, Place 5

************************
************************

**EANES ISD SCHOOL BOARD BOND ELECTION**

*ELECCIÓN DE BONOS DE ESCUELAS EANES ISD*

**NO. 1 EANES ISD PROPOSITION**
THE ISSUANCE OF $53,000,000 OF SCHOOL BUILDING BONDS FOR ACQUIRING, CONSTRUCTING, RENOVATING AND EQUIPPING SCHOOL BUILDINGS, PURCHASING NECESSARY SITES THEREFOR, ACQUIRING SCHOOL BUSES, AND THE LEVYING OF A TAX IN PAYMENT OF THE BONDS AND TO PAY THE COSTS OF ANY CREDIT AGREEMENTS EXECUTED IN CONNECTION WITH THE BONDS

*NÚM. 1 EANES ISD PROPOSICIÓN*
LA EMISIÓN DE $53,000,000 DE BONOS DE EDIFICIOS ESCOLARES PARA LA ADQUISICIÓN, CONSTRUCCIÓN, RENOVACIÓN Y EQUIPAMIENTO DE EDIFICIOS ESCOLARES, LA COMPRA DE SITIOS NECESARIOS PARA ESTO, LA ADQUISICIÓN DE AUTOBUSES ESCOLARES Y LA IMPOSICIÓN DE UN IMPUESTO PARA EL PAGO DE LOS BONOS Y EL PAGO DE LOS COSTOS DE CUALQUIER CONVENIO DE CRÉDITO EJECUTADO EN RELACIÓN CON LOS BONOS

- ☐ FOR *A FAVOR*
- ☐ AGAINST *EN CONTRA*

**NO. 2 EANES ISD PROPOSITION**
THE ISSUANCE OF $5,000,000 OF SCHOOL BUILDING BONDS FOR ACQUIRING, CONSTRUCTING, RENOVATING AND EQUIPPING SCHOOL BUILDINGS, PURCHASING NECESSARY SITES THEREFOR, INCLUDING A MULTI-PURPOSE ACTIVITY CENTER, AND THE LEVYING OF A TAX IN PAYMENT OF THE BONDS AND TO PAY THE COSTS OF ANY CREDIT AGREEMENTS EXECUTED IN CONNECTION WITH THE BONDS

*NÚM. 2 EANES ISD PROPOSICIÓN*
LA EMISIÓN DE $5,000,000 DE BONOS DE EDIFICIOS ESCOLARES PARA LA ADQUISICIÓN, CONSTRUCCIÓN, RENOVACIÓN Y EQUIPAMIENTO DE EDIFICIOS ESCOLARES, LA COMPRA DE SITIOS NECESARIOS PARA ESTO, INCLUYENDO UN CENTRO DE ACTIVIDADES DE PROPÓSITOS MÚLTIPLES Y LA IMPOSICIÓN DE UN IMPUESTO PARA EL PAGO DE LOS BONOS Y EL PAGO DE LOS COSTOS DE CUALQUIER CONVENIO DE CRÉDITO EJECUTADO EN RELACIÓN CON LOS BONOS

- ☐ FOR *A FAVOR*
- ☐ AGAINST *EN CONTRA*

************************
************************

**LAGO VISTA ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS DISTRITO ESCOLAR INDEPENDIENTE DE LAGO VISTA*

**PLACE 6 LAGO VISTA ISD TRUSTEE**
*LUGAR 6 LAGO VISTA ISD REGENTE*
- ☐ David Scott
- ☐ Ty Parcher

Sample Ballot

Sample Ballot

210007781100

1000000021

21820300

Vote Both Sides

*Vote en Ambos Lados de la Página*

Vote Both Sides — *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* **Sample-2**

Sample Ballot

21000782100

**PLACE 7 LAGO VISTA ISD TRUSTEE**
*LUGAR 7 LAGO VISTA ISD REGENTE*

☐ Tami Hood
☐ Lisa Duran

***************************

***************************

**LAGO VISTA ISD BOND ELECTION**

*ELECCIÓN DE BONOS DISTRITO ESCOLAR INDEPENDIENTE DE LAGO VISTA*

**NO. 1 LAGO VISTA ISD BOND PROPOSITION**

THE ISSUANCE OF $21,291,000 OF BONDS FOR THE CONSTRUCTION, RENOVATION AND EQUIPMENT OF A HIGH SCHOOL AND RELATED INFRASTRUCTURE AND SITE IMPROVEMENTS AND LEVYING THE TAX IN PAYMENT THEREOF.

*NÚM. 1 LAGO VISTA ISD PROPOSICIÓN DE BONOS*

LA EMISIÓN DE $21,291,000 EN BONOS PARA LA CONSTRUCCIÓN, RENOVACIÓN Y EQUIPAMIENTO DE UNA ESCUELA SECUNDARIA JUNTO CON LA INFRAESTRUCTURA RELACIONADA Y MEJORAS AL SITIO, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 2 LAGO VISTA ISD BOND PROPOSITION**

THE ISSUANCE OF $4,759,000 OF BONDS FOR THE CONSTRUCTION, RENOVATION AND EQUIPMENT OF A BASEBALL FACILITY, SOFTBALL FACILITY, TENNIS FACILITY, PRACTICE FACILITIES AND THE COMPLETION OF THE EXISTING FOOTBALL/TRACK FACILITY AND LEVYING THE TAX IN PAYMENT THEREOF.

*NÚM. 2 LAGO VISTA ISD PROPOSICIÓN DE BONOS*

LA EMISIÓN DE $4,759,000 EN BONOS PARA LA CONSTRUCCIÓN, RENOVACIÓN Y EQUIPAMIENTO DE COMPLEJOS PARA EL BÉISBOL, SOFTBALL Y TENIS, FACILIDADES PARA PRÁCTICAS, Y LA TERMINACIÓN DEL COMPLEJO EXISTENTE DE FUTBOL AMERICANO Y ATLETISMO, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 3 LAGO VISTA ISD BOND PROPOSITION**

THE ISSUANCE OF $1,945,000 OF BONDS FOR CAMPUS IMPROVEMENTS AND UPGRADES TO THE ELEMENTARY SCHOOL, MIDDLE SCHOOL AND EXISTING HIGH SCHOOL AND LEVYING THE TAX IN PAYMENT THEREOF.

*NÚM. 3 LAGO VISTA ISD PROPOSICIÓN DE BONOS*

LA EMISIÓN DE $1,945,000 EN BONOS PARA MEJORAS AL CAMPUS ESCOLAR Y MEJORAS A LA ESCUELA PRIMARIA, ESCUELA INTERMEDIA Y ESCUELA SECUNDARIA EXISTENTE Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

***************************

***************************

**LAKE TRAVIS ISD GENERAL ELECTION**

*ELECCIÓN GENERAL LAKE TRAVIS ISD*

**PLACE ONE LAKE TRAVIS ISD TRUSTEE**
*LUGAR 1 LAKE TRAVIS ISD REGENTE*

☐ Carol Johnson
☐ Jim Cummings

**PLACE TWO LAKE TRAVIS ISD TRUSTEE**
*LUGAR 2 LAKE TRAVIS ISD REGENTE*

☐ Kim Nixon

***************************

***************************

**LEANDER ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS LEANDER ISD*

**PLACE 1 LEANDER ISD BOARD OF TRUSTEE**
*LUGAR 1 LEANDER ISD CONSEJO DE ESCUELA*

☐ Don McCall
☐ Richard Segina

**PLACE 2 LEANDER ISD BOARD OF TRUSTEE**
*LUGAR 2 LEANDER ISD CONSEJO DE ESCUELA*

☐ Elizabeth Frey
☐ Don Hisle
☐ Aaron Johnson

***************************

***************************

**LEANDER ISD BOND ELECTION**

*ELECCIÓN DE BONOS LEANDER ISD*

**NO. 1 LEANDER ISD PROPOSITION**

THE ISSUANCE OF $286,116,000 OF BONDS AND LEVYING THE TAX IN PAYMENT THEREOF, INCLUDING THE COSTS OF ANY CREDIT AGREEMENTS EXECUTED IN CONNECTION WITH THE BONDS

*NÚM. 1 LEANDER ISD PROPOSICIÓN*

LA EMISION DE BONOS DE $286,116,000, Y EL GRAVAMEN DEL IMPUESTO EN PAGO DE ESTO, INCLUYENDO EL GASTO DE CUALQUIERES ACUERDOS DE CREDITO EJECUTADOS EN CONEXION CON LOS BONOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 2 LEANDER ISD PROPOSITION**

THE ISSUANCE OF $6,864,000 OF A.C. BIBLE MEMORIAL STADIUM BONDS AND LEVYING THE TAX IN PAYMENT THEREOF, INCLUDING THE COSTS OF ANY CREDIT AGREEMENTS EXECUTED IN CONNECTION WITH THE BONDS

*NÚM. 2 LEANDER ISD PROPOSICIÓN*

LA EMISION DE BONOS DE $6,864,000 PARA A.C. BIBLE MEMORIAL STADIUM, Y EL GRAVAMEN DEL IMPUESTO EN PAGO DE ESTO, INCLUYENDO EL GASTO DE CUALQUIERES ACUERDOS DE CREDITO EJECUTADOS EN CONEXION CON LOS BONOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 3 LEANDER ISD PROPOSITION**

THE ISSUANCE OF $7,000,000 OF NATATORIUM BONDS AND LEVYING THE TAX IN PAYMENT THEREOF, INCLUDING THE COSTS OF ANY CREDIT AGREEMENTS EXECUTED IN CONNECTION WITH THE BONDS

*NÚM. 3 LEANDER ISD PROPOSICIÓN*

LA EMISION DE BONOS DE $7,000,000 PARA UN NATATORIUM, Y EL GRAVAMEN DEL IMPUESTO EN PAGO DE ESTO, INCLUYENDO EL GASTO DE CUALQUIERES ACUERDOS DE CREDITO EJECUTADOS EN CONEXION CON LOS BONOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

***************************

***************************

**MANOR ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS MANOR ISD*

**MANOR ISD BOARD OF TRUSTEES**
Vote for none, one, or two
*CONSEJO DE ESCUELAS*
*Vote por ninguno, uno, o dos*

☐ Wendy Hutchinson
☐ Jody Markert
☐ Ben Arellano
☐ Lilah Moffett
☐ David Burgos
☐ Torris Beasley, Sr.

***************************

***************************

**MANOR ISD BOND ELECTION**

*ELECCIÓN DE BONOS MANOR ISD*

**NO. 1 MANOR ISD PROPOSITION**

THE ISSUANCE OF $12,830,000 OF BONDS FOR THE CONSTRUCTION AND EQUIPMENT OF SCHOOL BUILDINGS, INCLUDING A NEW ELEMENTARY SCHOOL AND LEVYING THE TAX IN PAYMENT THEREOF

*NÚM. 1 MANOR ISD PROPOSICIÓN*

LA EMISIÓN DE $12,830,000 EN BONOS PARA LA CONSTRUCCIÓN Y EQUIPO DE EDIFICIOS ESCOLARES, INCLUYENDO UNA NUEVA ESCUELA PRIMARIA, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGARLOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 2 MANOR ISD PROPOSITION**

THE ISSUANCE OF $6,220,000 OF BONDS FOR THE CONSTRUCTION, ACQUISITION AND EQUIPMENT OF SCHOOL BUILDINGS, INCLUDING LAND AND DESIGN COSTS OF A NEW ELEMENTARY AND A NEW MIDDLE SCHOOL AND DESIGN COST OF AN EXPANSION TO MANOR HIGH SCHOOL, AND LEVYING THE TAX IN PAYMENT THEREOF

*NÚM. 2 MANOR ISD PROPOSICIÓN*

LA EMISIÓN DE $6,220,000 EN BONOS PARA LA CONSTRUCCIÓN, ADQUISICIÓN Y EQUIPO DE EDIFICIOS ESCOLARES, INCLUYENDO TERRENO Y LOS COSTOS DE DISEÑO DE UNA NUEVA ESCUELA PRIMARIA Y UNA NUEVA ESCUELA MEDIA Y LOS COSTOS DE DISEÑO DE UNA EXPANSIÓN A MANOR HIGH SCHOOL, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGARLOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

Sample Ballot

1000000022 — 21820300

Sample Ballot

210007783100

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-2***

**NO. 3 MANOR ISD PROPOSITION**
THE ISSUANCE OF $1,395,000 OF BONDS FOR THE CONSTRUCTION, RENOVATION AND EQUIPMENT OF SCHOOL BUILDINGS, INCLUDING IMPROVEMENTS TO BLUEBONNET TRAIL ELEMENTARY SCHOOL WITH A NEW GYMNASIUM AND EXPANSION OF THE CAFETERIA, AND LEVYING THE TAX IN PAYMENT THEREOF

*NÚM. 3 MANOR ISD PROPOSICIÓN*
LA EMISIÓN DE $1,395,000 EN BONOS PARA LA CONSTRUCCIÓN, RENOVACIÓN Y EQUIPO DE EDIFICIOS ESCOLARES, INCLUYENDO MEJORAMIENTOS A LA ESCUELA PRIMARIA, BLUEBONNET TRAIL ELEMENTARY SCHOOL CON UN GIMNASIO NUEVO Y EXPANSIÓN A LA CAFETERÍA, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGARLOS

☐ FOR
*A FAVOR*
☐ AGAINST
*EN CONTRA*

**NO. 4 MANOR ISD PROPOSITION**
THE ISSUANCE OF $15,450,000 OF BONDS FOR THE CONSTRUCTION, RENOVATION AND EQUIPMENT OF SCHOOL BUILDINGS, INCLUDING A NEW STADIUM AND UPGRADES TO EXISTING TRANSPORTATION FACILITIES, AND LEVYING THE TAX IN PAYMENT THEREOF

*NÚM. 4 MANOR ISD PROPOSICIÓN*
LA EMISIÓN DE $15,450,000 EN BONOS PARA LA CONSTRUCCIÓN, RENOVACIÓN Y EQUIPO DE EDIFICIOS ESCOLARES, INCLUYENDO UN ESTADIO NUEVO Y MEJORAMIENTOS A LAS INSTALACIONES DE TRANSPORTE, Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGARLOS

☐ FOR
*A FAVOR*
☐ AGAINST
*EN CONTRA*

************************

************************

**PFLUGERVILLE ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA CONSEJO DE ESCUELAS PFLUGERVILLE ISD*

**PLACE 1 PFLUGERVILLE ISD TRUSTEE**
Vote for none or one
*LUGAR 1 PFLUGERVILLE ISD REGENTE*
*Vote por ninguno o uno*

☐ Elva Gladney
☐ Jo Eubanks

**PLACE 2 PFLUGERVILLE ISD TRUSTEE**
Vote for none or one
*LUGAR 2 PFLUGERVILLE ISD REGENTE*
*Vote por ninguno o uno*

☐ Kenneth D. Thompson, Sr.
☐ Cynthia Graves

************************

************************

**ROUND ROCK ISD SCHOOL BOARD TRUSTEE ELECTION**

*ELECCIONES PARA LA MESA DIRECTIVA ESCOLAR ROUND ROCK ISD*

**PLACE 2 ROUND ROCK ISD**
Vote for none or one for each place.
*LUGAR 2 ROUND ROCK ISD*
*Vote por ninguno o por uno para cada lugar*

☐ Diana M. Maldonado
☐ Karl Richard Falken

**PLACE 7 ROUND ROCK ISD**
Vote for none or one for each place.
*LUGAR 7 ROUND ROCK ISD*
*Vote por ninguno o por uno para cada lugar*

☐ Edmund Buckley
☐ Pat Abbott
☐ Konrad Bouffard

************************

************************

2000000021

Sample Ballot

21820300

210007784100

Sample Ballot

This page intentionally left blank

*Esta página fuè dejada en blanco intencionadamente*

Sample Ballot

2000000023

21820300



Vote Both Sides    *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006** - *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-3***

Sample Ballot

21000779100

**Instruction Note:**
**Please use a black or blue ink pen to mark your choices on the ballot. To vote for your choice in each contest, completely fill in the box provided to the left of your choice. To vote for a write-in candidate, completely fill in the box provided to the left of the words "Write-in" and write in the name of the candidate on the line provided.**

*Nota de Instruccion:*
*Favor de usar una pluma de tinta negra o azul para marcar su boleta. Para votar por su selección en cada carrera, llene completamente el espacio cuadrado a la izquierda de su selección. Para votar por voto escrito, llene completamente el espacio cuadrado a la izquierda de las palabras "Voto Escrito" y escriba el nombre del candidato en la línea provista.*

**PLEASE REVIEW ALL PAGES**
*REVISE POR FAVOR TODAS PAGINÁS*

*************************
*************************

**TRAVIS COUNTY EMERGENCY SERVICES DISTRICT NO.6 SPECIAL ELECTION**

*ELECCIÓN ESPECIAL DISTRICTO NO.6 DE LOS SERVICIOS DE EMERGENCIA DEL CONDADO DE TRAVIS*

**NO. 1 ESD NO. 6 PROPOSITION**
Adoption of the state law applicable to fire fighters that establishes collective bargaining if a majority of the affected employees favor representation by an employee association, preserves the prohibition against strikes and lockouts, and provides penalties for strikes and lockouts

*NÚM. 1 ESD NÚM. 6 PROPOSICIÓN*
La adopción de la ley estatal aplicable a bomberos que establece la negociación colectiva si una mayoría de los empleados afectados favorece la representación por una asociación de empleado, conserva la prohibición contra huelgas y bloqueos, y proporciona penas para huelgas y bloqueos

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

*************************
*************************

**TRAVIS COUNTY EMERGENCY SERVICES DISTRICT #13 SPECIAL ELECTION**

*ELECCIÓN ESPECIAL PARA EL DISTRITO # 13 DE SERVICIOS DE EMERGENCIA DEL CONDADO TRAVIS*

**ESD NO. 13 PROPOSITION**
THE CREATION OF EMERGENCY SERVICES DISTRICT NO. 13 AND ADOPTION OF A TAX ON THE AD VALOREM PROPERTY SITUATED IN SAID DISTRICT AT A RATE NOT TO EXCEED TEN CENTS ON THE ONE HUNDRED DOLLARS VALUATION FOR THE SUPPORT OF THE DISTRICT.

*ESD NÚM. 13 PROPOSICIÓN*
LA CREACIÓN DEL DISTRITO # 13 DE SERVICIOS DE EMERGENCIA Y LA ADOPCIÓN DE UN IMPUESTO AD VALOREM DE PROPIEDADES SITUADAS EN DICHO DISTRITO EN UNA TASA QUE NO EXCEDA DIEZ CENTAVOS EN CADA CIEN DOLARES DE VALORACIÓN PARA MANTENIMIENTO DEL DISTRITO

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

*************************
*************************

**BELVEDERE MUNICIPAL UTILITY DISTRICT CONFIRMATION AND DIRECTORS ELECTION, BOND ELECTION, REFUNDING BOND ELECTION, MAINTENANCE TAX ELECTION, AND RECREATIONAL FACILITIES BOND ELECTION**

*ELECCIÓN DE CONFIRMACIÓN Y DIRECTORES, ELECCIÓN DE BONOS, ELLECCIÓN DE BONOS DE REFINANCIACIÓN, ELECCIÓN DE IMPUESTOS DE MANTIENIMIENTO Y ELECCIÓN DE OBLIGACION DE INSTALACIONES RECREATIVAS DISTRITO MUNICIPAL DE SERVICIOS PÚBLICOS DE BELVEDERE*

**NO. 1 BELVEDERE MUD PROPOSITION**
THE DISTRICT
*NÚM. 1 BELVEDERE MUD PROPOSICIÓN*
EL DISTRITO

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 2 BELVEDERE MUD PROPOSITION**
THE ISSUANCE OF BONDS AND THE LEVY OF TAXES ADEQUATE TO PROVIDE FOR THE PAYMENT OF THE BONDS.

*NÚM. 2 BELVEDERE MUD PROPOSICIÓN*
LA EMISIÓN DE BONOS Y LA IMPOSICIÓN DE IMPUESTOS ADECUADOS PARA PROPORCIONAR EL PAGO DE LOS BONOS.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 3 BELVEDERE MUD PROPOSITION**
THE ISSUANCE OF BONDS TO DEVELOP AND MAINTAIN PARKS AND RECREATIONAL FACILITIES AND THE LEVY OF TAXES TO PAY FOR THE BONDS.

*NÚM. 3 BELVEDERE MUD PROPOSICIÓN*
LA EMISION DE BONOS PARA DESARROLLARSE Y MANTENER PARQUES Y LAS INSTALACIONES RECREATIVAS Y EL GRAVAMEN DE IMPUESTOS PARA PAGAR POR LOS BONOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 4 BELVEDERE MUD PROPOSITION**
THE ISSUANCE OF REFUNDING BONDS AND THE LEVY OF TAXES ADEQUATE TO PROVIDE FOR THE PAYMENT OF THE REFUNDING BONDS.

*NÚM. 4 BELVEDERE MUD PROPOSICIÓN*
LA EMISIÓN DE BONOS DE REFINANCIACIÓN Y LA IMPOSICIÓN DE IMPUESTOS ADECUADOS PARA PROPORCIONAR EL PAGO DE LOS BONOS DE REFINANCIACIÓN.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 5 BELVEDERE MUD PROPOSITION**
OPERATION AND MAINTENANCE TAX.
*NÚM. 5 BELVEDERE MUD PROPOSICIÓN*
DEL IMPUESTO DE FUNCIONAMIENTO Y MANTENIMIENTO.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**BELVEDERE MUD BOARD OF DIRECTORS**
**Vote for up to five**
*BELVEDERE MUD CONSEJO DE ADMINISTRACIÓN*
*Vote para hasta cinco*

☐ Penny Handsel
☐ Roy Willis
☐ Linda Frost
☐ Colleen Rinaldi
☐ Harold Jobes

*************************
*************************

**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BOARD OF DIRECTORS ELECTION**

*ELECCIÓN DISTRITO DE SERVICIOS PÚBLICOS NO. 1 DEL NOROESTE DEL CONDADO TRAVIS*

**NORTHWEST AUSTIN MUD NO. 1 DIRECTOR ELECTION**
**Vote for none, one, two or three**
*DISTRITO DE SERVICIOS PÚBLICOS NO. 1 DEL NOROESTE ELECCIÓN DE DIRECTORES*
*Vote por ninguno, uno, dos o tres*

☐ Franklin Mark Lassandro
☐ Russell Scott Hill
☐ William Chandler Ferguson
☐ Robert R. Ratcliff
☐ George A. Frederickson

*************************
*************************

**RANCH AT CYPRESS CREEK MUNICIPAL UTILITY DISTRICT NO. 1 DIRECTORS ELECTION**

*ELECCIÓN DE DIRECTORES DISTRITO DE SERVICIOS PÚBLICOS NO. 1 RANCH AT CYPRESS CREEK*

**RANCH AT CYPRESS CREEK MUD NO. 1 DIRECTORS**
**Vote for none, one, or two**
*RANCH AT CYPRESS CREEK MUD NO. 1 DIRECTORES*
*Vote por ninguno, uno, o dos*

☐ Kay Gebhardt
☐ Richard A. Kennedy
☐ Larry Yetter

*************************
*************************

**WELLS BRANCH MUNICIPAL UTILITY DISTRICT DIRECTORS ELECTION**

*ELECCIONES DE DIRECTORES DISTRICTO MUNICIPAL DE SERVICIO PUBLICO WELLS BRANCH*

**PLACE 1 WELLS BRANCH MUD DIRECTORS**
**Vote for none or one for each place**
*LUGAR 1 WELLS BRANCH MUD DIRECTORES*
*Vote por ninguno o uno para cada lugar*

☐ Tom Cheshire

**PLACE 3 WELLS BRANCH MUD DIRECTORS**
**Vote for none or one for each place**
*LUGAR 3 WELLS BRANCH MUD DIRECTORES*
*Vote por ninguno o uno para cada lugar*

☐ Donna Howe

Sample Ballot

100000031    21820300

Vote Both Sides    *Vote en Ambos Lados de la Página*

**Vote Both Sides** *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006 -** *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-3***

21000779210

Sample Ballot

**PLACE 5 WELLS BRANCH MUD DIRECTORS**
Vote for none or one for each place
*LUGAR 5 WELLS BRANCH MUD DIRECTORES*
*Vote por ninguno o uno para cada lugar*

- [ ] Joy Smith
- [ ] Marcus Horton

*************************

*************************

**WILLIAMSON-TRAVIS COUNTIES MUNICIPAL UTILITY DISTRICT NO. 1 DIRECTORS ELECTION**
*ELECCIÓN PARA ELEGIR TRES DIRECTORES EL DISTRITO MUNICIPAL NO. 1 DENTRO DE LOS CONDADOS WILLIAMSON-TRAVIS*

**WILLIAMSON-TRAVIS COUNTIES MUD NO. 1 DIRECTORS**
Vote for none, one, two or three
*WILLIAMSON-TRAVIS COUNTIES MUD NO. 1 DIRECTORES*
*Vote por ninguno, uno, dos o tres*

- [ ] Diron L. Blackburn
- [ ] Brian Nasky
- [ ] Luis Zervigon
- [ ] Robert Kenny
- [ ] Linda Garrett
- [ ] Rhonda G. Henry
- [ ] Brian Hardin

*************************

*************************

**LAKESIDE WATER CONTROL AND IMPROVEMENT DISTRICT NO. 2D DIRECTORS ELECTION, BOND ELECTION, REFUNDING BOND ELECTION, MAINTENANCE TAX ELECTION, AND RECREATIONAL FACILITIES BOND ELECTION**
*ELECCIÓN DE DIRECTORES, ELECCIÓN DE BONOS, ELLECCIÓN DE BONOS DE REFINANCIACIÓN, ELECCIÓN DE IMPUESTOS DE MANTIENIMIENTO Y ELECCIÓN DE OBLIGACION DE INSTALACIONES RECREATIVAS DISTRITO NÚMERO 2D DE LAKESIDE PARA CONTROLAR Y MEJORAR EL AGUA*

**NO. 1 LAKESIDE WCID NO. 2D PROPOSITION**
THE ISSUANCE OF BONDS AND THE LEVY OF TAXES ADEQUATE TO PROVIDE FOR THE PAYMENT OF THE BONDS.
*NÚM. 1 LAKESIDE WCID NO. 2D PROPOSICIÓN*
LA EMISIÓN DE BONOS Y LA IMPOSICIÓN DE IMPUESTOS ADECUADOS PARA PROPORCIONAR EL PAGO DE LOS BONOS.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 2 LAKESIDE WCID NO. 2D PROPOSITION**
THE ISSUANCE OF BONDS TO DEVELOP AND MAINTAIN PARKS AND RECREATIONAL FACILITIES AND THE LEVY OF TAXES TO PAY FOR THE BONDS.
*NÚM. 2 LAKESIDE WCID NO. 2D PROPOSICIÓN*
LA EMISION DE BONOS PARA DESARROLLARSE Y MANTENER PARQUES Y LAS INSTALACIONES RECREATIVAS Y EL GRAVAMEN DE IMPUESTOS PARA PAGAR POR LOS BONOS

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 3 LAKESIDE WCID NO. 2D PROPOSITION**
THE ISSUANCE OF REFUNDING BONDS AND THE LEVY OF TAXES ADEQUATE TO PROVIDE FOR THE PAYMENT OF THE REFUNDING BONDS.
*NÚM. 3 LAKESIDE WCID NO. 2D PROPOSICIÓN*
LA EMISIÓN DE BONOS DE REFINANCIACIÓN Y LA IMPOSICIÓN DE IMPUESTOS ADECUADOS PARA PROPORCIONAR EL PAGO DE LOS BONOS DE REFINANCIACIÓN.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 4 LAKESIDE WCID NO. 2D PROPOSITION**
OPERATION AND MAINTENANCE TAX.
*NÚM. 4 LAKESIDE WCID NO. 2D PROPOSICIÓN*
DEL IMPUESTO DE FUNCIONAMIENTO Y MANTENIMIENTO.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**LAKESIDE WCID NO. 2D BOARD OF DIRECTORS**
Vote for up to five
*LAKESIDE WCID NO. 2D CONSEJO DE ADMINISTRACIÓN*
*Vota para hasta cinco*

- [ ] William McCord
- [ ] Joseph Kohl
- [ ] Terry English
- [ ] James Gill
- [ ] Patrick Murphy

*************************

*************************

**KELLY LANE WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1 CONFIRMATION, DIRECTOR, SYSTEM FACILITIES BONDS, PARK AND RECREATIONAL FACILITIES BONDS, REFUNDING BONDS AND MAINTENANCE TAX ELECTION**
*ELECCIONES DE CONFIRMACIÓN, DIRECTORES, BONOS PARA INSTALACIONES DEL SISTEMA, BONOS PARA INSTALACIONES DE PARQUES Y RECREACIÓN, BONOS DE REEMBOLSO E IMPUESTOS DE MANTENIMIENTO DISTRITO NÚM. 1 DE CONTROL DE AGUAS Y MEJORAS DE KELLY LANE*

**KELLY LANE WCID NO. 1 BOARD OF DIRECTORS**
Vote for none, one, two, three, four or five persons for director
*KELLY LANE WCID NO. 1 CONSEJO DE DIRECTORES*
*Vote por ninguno, uno, dos, tres, cuatro o cinco personas para director*

- [ ] Sandlin Niccum
- [ ] James Lewis Cotton
- [ ] Sarah Joy Davis
- [ ] Robert Clay Laws
- [ ] Lisa Prichard
- [ ] Write-in *Voto escrito* ____________
- [ ] Write-in *Voto escrito* ____________
- [ ] Write-in *Voto escrito* ____________
- [ ] Write-in *Voto escrito* ____________
- [ ] Write-in *Voto escrito* ____________

**NO. 1 KELLY LANE WCID NO. 1 PROPOSITION**
CONFIRMING CREATION OF THE DISTRICT AS MODIFIED.
*NÚM. 1 KELLY LANE WCID NO. 1 PROPOSICIÓN*
CONFIRMANDO EL ESTABLECIMIENTO DEL DISTRITO SEGÚN MODIFICADO.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 2 KELLY LANE WCID NO. 1 PROPOSITION**
AN OPERATION AND MAINTENANCE TAX NOT TO EXCEED ONE DOLLAR ($1.00) PER ONE HUNDRED DOLLARS ($100) VALUATION OF TAXABLE PROPERTY.
*NÚM. 2 KELLY LANE WCID NO. 1 PROPOSICIÓN*
UN IMPUESTO DE OPERACIÓN Y MANTENIMIENTO NO MAYOR A UN DÓLAR ($1.00) POR CADA CIEN DÓLARES ($100) DEL VALOR DE PROPIEDADES SUJETAS A IMPUESTOS.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 3 KELLY LANE WCID NO. 1 PROPOSITION**
THE ISSUANCE OF $23,990,000 BONDS FOR SYSTEM FACILITIES AND THE LEVY OF TAXES IN PAYMENT OF THE BONDS.
*NÚM. 3 KELLY LANE WCID NO. 1 PROPOSICIÓN*
LA EMISIÓN DE $23,990,000 PARA INSTALACIONES DEL SISTEMA Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 4 KELLY LANE WCID NO. 1 PROPOSITION**
THE ISSUANCE OF $35,935,000 REFUNDING BONDS AND THE LEVY OF TAXES IN PAYMENT OF THE BONDS.
*NÚM. 4 KELLY LANE WCID NO. 1 PROPOSICIÓN*
LA EMISIÓN DE $35,935,000 EN BONOS DE REEMBOLSO Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

**NO. 5 KELLY LANE WCID NO. 1 PROPOSITION**
THE ISSUANCE OF $3,960,000 BONDS FOR PARK AND RECREATIONAL FACILITIES AND THE LEVY OF TAXES IN PAYMENT OF THE BONDS.
*NÚM. 5 KELLY LANE WCID NO. 1 PROPOSICIÓN*
LA EMISIÓN DE $3,960,000 EN BONOS PARA INSTALACIONES DE PARQUES Y RECREAMIENTO Y LA RECAUDACIÓN DE IMPUESTOS PARA PAGAR LOS BONOS.

- [ ] FOR *A FAVOR*
- [ ] AGAINST *EN CONTRA*

*************************

*************************

Sample Ballot

100000032

21820300

**Vote Both Sides** *Vote en Ambos Lados de la Página*

**May 13, 2006 Joint General and Special Elections**
*13 de mayo 2006 Elecciones Generales y Especiales Conjuntas*
**Travis County**
*Condado de Travis*
**May 13, 2006** - *13 Mayo 2006*

**Precinct** *Precincto* ***Sample-3***

Sample Ballot

21000779310O

**WEST CYPRESS HILLS WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1 CONFIRMATION AND DIRECTORS ELECTION, BOND ELECTION, RECREATIONAL FACILITIES BOND ELECTION, REFUNDING BOND ELECTION, AND OPERATION AND MAINTENANCE TAX ELECTION**

*ELECCIÓN DE CONFIRMACIÓN Y DE DIRECTORES, ELECCIÓN DE BONOS, ELECCIÓN DE BONOS PARA LAS INSTALACIONES RECREATIVAS, ELECCIÓN DE BONOS DE REFINANCIACIÓN, Y ELECCIÓN PARA IMPUESTOS DE FUNCIONAMIENTO Y MANTENIMIENTO DISTRITO NÚMERO 1 DE WEST CYPRESS HILLS PARA CONTROLAR Y MEJORAR EL AGUA*

**NO. 1 WEST CYPRESS HILLS WCID NO. 1 PROPOSITION**
THE DISTRICT
*NÚM. 1 WEST CYPRESS HILLS WCID NO. 1 PROPOSICIÓN*
EL DISTRITO

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 2 WEST CYPRESS HILLS WCID NO. 1 PROPOSITION**
THE ISSUANCE OF BONDS AND THE LEVY OF TAXES TO PAY FOR THE BONDS
*NÚM. 2 WEST CYPRESS HILLS WCID NO. 1 PROPOSICIÓN*
LA EMISION DE BONOS Y EL GRAVAMEN DE IMPUESTOS PARA PAGAR POR LOS BONOS

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 3 WEST CYPRESS HILLS WCID NO. 1 PROPOSITION**
THE ISSUANCE OF BONDS TO DEVELOP AND MAINTAIN PARKS AND RECREATIONAL FACILITIES AND THE LEVY OF TAXES TO PAY FOR THE BONDS.
*NÚM. 3 WEST CYPRESS HILLS WCID NO. 1 PROPOSICIÓN*
LA EMISION DE BONOS PARA DESARROLLARSE Y MANTENER PARQUES Y LAS INSTALACIONES RECREATIVAS Y EL GRAVAMEN DE IMPUESTOS PARA PAGAR POR LOS BONOS.

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 4 WEST CYPRESS HILLS WCID NO. 1 PROPOSITION**
THE ISSUANCE OF REFUNDING BONDS AND THE LEVY OF TAXES TO PAY FOR THE REFUNDING BONDS.
*NÚM. 4 WEST CYPRESS HILLS WCID NO. 1 PROPOSICIÓN*
LA EMISION DE BONOS DE REFINANCIACIÓN Y EL GRAVAMEN DE IMPUESTOS PARA PAGAR POR LOS BONOS DE REFINANCIACIÓN

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**NO. 5 WEST CYPRESS HILLS WCID NO. 1 PROPOSITION**
OPERATION AND MAINTENANCE TAX
*NÚM. 5 WEST CYPRESS HILLS WCID NO. 1 PROPOSICIÓN*
IMPUESTOS DE FUNCIONAMIENTO Y MANTENIMIENTO

☐ FOR *A FAVOR*
☐ AGAINST *EN CONTRA*

**WEST CYPRESS HILLS WCID NO. 1 BOARD OF DIRECTORS**
Vote for any five (5) persons for director
*WEST CYPRESS HILLS WCID NO. 1 CONSEJO DE ADMINISTRACIÓN*
*Vote por cualquiera cinco (5) personas por la oficina de director*

☐ Brigette Walker Evans
☐ Anthony Dennis
☐ Lisa Lee
☐ Craig Hallenberger
☐ Janice Marcus
☐ Write-in *Voto escrito* ____________
☐ Write-in *Voto escrito* ____________
☐ Write-in *Voto escrito* ____________
☐ Write-in *Voto escrito* ____________
☐ Write-in *Voto escrito* ____________

2000000031

Sample Ballot

21820300

210007794100

Sample Ballot

Sample Ballot

This page intentionally left blank

*Esta página fuè dejada en blanco intencionadamente*

2000000033

21820300