AVISO DE ELECCIÓN
DE
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

A los votantes registrados de Northwest Austin Municipal Utility District No. 1:

Por lo presente se notifica que se efectuará una elección el 15 de Mayo, 2004 de las 7:00 a.m. a 7:00 p.m. en Canyon Creek Elementary School 10210 Ember Glen Drive, Austin, Texas 78726, un sitio dentro del Distrito, para elegir directores de la Mesa Directiva de Northwest Austin Municipal Utility District No. 1.

DIRECCIONES DE SITIOS DE VOTACIÓN
La votación adelantada por comparecencia personal será diario en días hábiles en <u>H-E-B Four Points, 7301 FM 620 North (edificio temporal en el estacionamiento )</u>, de Lunes a Sábado, de <u>7:00 a.m. a 7:00 p.m. principiando el Miércoles, 28 de Abril, 2004 y terminando el Martes 11 de Mayo, 2004</u>.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

> Marilyn Wahl
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, TX   78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Martes, 7 de Mayo, 2004.

**Sitios adicionales para la votación adelantada son los siguientes:**

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Travis County Courthouse<br>1000 Guadalupe, 1st Floor | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Highland Business Center<br>5930 Middle Fiskville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NORTE** | **FECHA** | **HORAS** |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NOROESTE** | **FECHA** | **HORAS** |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| HEB South Congress<br>2400 South Congress (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | L-S: 7:00-7:00 |
| **SURESTE** | **FECHA** | **HORAS**<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUROESTE** | **FECHA** | **HORAS** |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **ESTE** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido este día 19 de Febrero, 2004.

Don Zimmerman
Presidente

                                 *[signature]*
Firma del Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

L:\Clients\NWAMudNo.1\Elections\WIP\notice.wpd

AVISO DE ELECCIÓN
DE
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

A los votantes registrados de Northwest Austin Municipal Utility District No. 1:

Por lo presente se notifica que se efectuará una elección el 15 de Mayo, 2004 de las 7:00 a.m. a 7:00 p.m. en Canyon Creek Elementary School 10210 Ember Glen Drive, Austin, Texas 78726, un sitio dentro del Distrito, para elegir directores de la Mesa Directiva de Northwest Austin Municipal Utility District No. 1.

DIRECCIONES DE SITIOS DE VOTACIÓN
La votación adelantada por comparecencia personal será diario en días hábiles en <u>H-E-B Four Points, 7301 FM 620 North (edificio temporal en el estacionamiento )</u>, de Lunes a Sábado, de <u>7:00 a.m. a 7:00 p.m. principiando el Miércoles, 28 de Abril, 2004 y terminando el Martes 11 de Mayo, 2004</u>.

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

Marilyn Wahl
c/o Potts & Reilly, L.L.P.
401 W. 15th Street, Suite 850
Austin, TX   78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Martes, 7 de Mayo, 2004.

**Sitios adicionales para la votación adelantada son los siguientes:**

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices 5501 Airport Boulevard (Main) | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| Travis County Courthouse 1000 Guadalupe, 1st Floor | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| Fiesta Mart 3909 North IH-35 @ Delwood | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| University of Texas UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |
| ACC Highland Business Center 5930 Middle Fiskville Road | 4/28 - 5/11 | L-S: 7:00-7:00 Dom: Mediodía-6:00 |

Came to hand and posted on a Bulletin Board in the Courthouse Austin, Travis County, Texas on this the 19 day of April 20 04.

Dana DeBeauvoir
County Clerk, Travis County, Texas

By A. Walker  Deputy

A. WALKER

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NORTE** | **FECHA** | **HORAS** |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NOROESTE** | **FECHA** | **HORAS** |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| HEB South Congress<br>2400 South Congress (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | L-S: 7:00-7:00 |
| **SURESTE** | **FECHA** | **HORAS**<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUROESTE** | **FECHA** | **HORAS** |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **ESTE** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido este día __19__ de __Febrero__, 2004.

Don Zimmerman
Presidente

_D. Zimmerman_ (signature)
Firma del Presidente

William C. Ferguson
Miembro

Edward Swarthout
Miembro

George Frederickson
Miembro

Karen Temborius
Miembro

L:\Clients\NWAMudNo.1\Elections\WIP\notice.wpd

DISTRITO MUNICIPAL DE SERVICIO PUBLICO
NUMERO 1 DE NORTHWEST AUSTIN

ORDEN PARA DECLARAR LA ELECCIÓN DE CANDIDATOS SIN OPOSICIÓN Y
CANCELAR LA ELECCIÓN PARA DIRECTOR DEL 6 DE MAYO DE 2000

11 de abril de 2000

| | |
|---|---|
| ESTADO DE TEXAS | § |
| | § |
| CONDADO DE TRAVIS | § |

**Declaración**

La junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ("junta") ha convocado a una elección para director para el 6 de mayo de 2000 ("elección").

La fecha límite para presentar una solicitud para un puesto en la papeleta de votación para la elección era el 22 de marzo de 2000 y la fecha límite para presentar una solicitud para añadir un candidato para la elección era el 27 de marzo de 2000.

El secretario de la junta es la autoridad responsable de tener las papeletas oficiales preparadas para la elección y el 11 de abril de 2000 presentar a la junta una "certificación de la condición sin oposición de los candidatos para la elección para director del 6 de mayo de 2000", adjuntada como Prueba "A".

Según la Sección 2.053 del Código de elecciones de Texas, si la junta recibe una certificación de la condición sin oposición, puede declarar que cada candidato sin oposición está elegido para el cargo.

POR LO TANTO, la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ordena que:

1. La "certificación de la condición sin oposición de los candidatos para la elección para director del 6 de mayo de 2000", presentado el 11 de abril de 2000 sea aceptada.

2. Karen Cecile Temborius y Edward Lee Swarthout sean elegidos a sus cargos como directores del distrito municipal de servicio publico numero 1 de Northwest Austin, sus mandatos comiencen el 6 de mayo de 2000 y comiencen sus obligaciones de director después de cumplir con las formalidades de una declaración de funcionario electo y prestando el juramento al cargo.

78359.1/040700

3. La elección sea cancelada.

4. Esta orden constituya un certificado de elección y que al secretario de la junta se le ordene que emita y envíe una copia a cada candidato conforme lo requiere la Sección 67.016 del Código de elecciones y que coloque una copia de esta orden en el lugar de la votación el día de las elecciones.

PASADO Y APROBADO el 11 de abril de 2000.

                                          DISTRITO MUNICIPAL DE SERVICIO PUBLICO
                                          NUMERO 1 DE NORTHWEST AUSTIN

                                          Por: [firma]
                                              Karen Temborius, Vice-Presidente
                                              Junta directiva

(SELLO)

ATESTIGUA:

[firma]
Joe E. Ventura, Secretario
Junta directiva

PRUEBA "A"

## DISTRITO MUNICIPAL DE SERVICIO PUBLICO
## NUMERO 1 DE NORTHWEST AUSTIN

### CERTIFICACIÓN DE LA CONDICIÓN SIN OPOSICIÓN DE LOS CANDIDATOS PARA LA ELECCIÓN PARA DIRECTOR DEL 6 DE MAYO DE 2000

El abajo firmante, el Secretario de la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ("distrito"), es la autoridad responsable de tener las papeletas oficiales preparadas para la elección para director del 6 de mayo de 2000 para el distrito y certifica que:

1. Dos (2) directores del distrito deben ser elegidos en la elección para director del 6 de mayo de 2000.

2. La fecha límite para presentar una solicitud para un puesto en la papeleta de votación era el 22 de marzo de 2000 y dos (2) candidatos se presentaron para puestos en la papeleta de votación.

3. La fecha límite para presentar una solicitud para añadir un candidato era el 27 de marzo de 2000 y no se presentó ningún candidato para ser añadido.

4. La fecha limite para retirar de la eleccion para que la nombre de el candidato ser omitidos para la papeleta de votacion era el 31 de marzo de 2000, antes de 5:00 p.m., y ninguno de los candidatos los retiraron, y entonces la eleccion no esta opuesta.

5. Karen Cecile Temborius y Edward Lee Swarthout son candidatos sin oposición para la elección del distrito municipal de servicio publico numero 1 de Northwest Austin.

6. No hay ninguna proposición programada para aparecer en la papeleta de votación.

Cumplidas las formalidades el día 11 de abril de 2000.

[firma]
Joe E. Ventura, Secretario
Junta directiva

ESTADO DE TEXAS    §

CONDADO DE TRAVIS    §

Este instrumento fue certificado ante mí el 11 dia de abril de 2000 por Joe E. Ventura, Secretario de la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin, de parte de dicho distrito municipal de servicios públicos.

(sello)

[firma]
Firma del notario público

**DISTRITO MUNICIPAL DE SERVICIO PUBLICO
NUMERO 1 DE NORTHWEST AUSTIN**

**ORDEN PARA DECLARAR LA ELECCIÓN DE CANDIDATOS SIN OPOSICIÓN Y
CANCELAR LA ELECCIÓN PARA DIRECTOR DEL 6 DE MAYO DE 2000**

11 de abril de 2000

ESTADO DE TEXAS §
§
CONDADO DE TRAVIS §

**Declaración**

La junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ("junta") ha convocado a una elección para director para el 6 de mayo de 2000 ("elección").

La fecha límite para presentar una solicitud para un puesto en la papeleta de votación para la elección era el 22 de marzo de 2000 y la fecha límite para presentar una solicitud para añadir un candidato para la elección era el 27 de marzo de 2000.

El secretario de la junta es la autoridad responsable de tener las papeletas oficiales preparadas para la elección y el 11 de abril de 2000 presentar a la junta una "certificación de la condición sin oposición de los candidatos para la elección para director del 6 de mayo de 2000", adjuntada como <u>Prueba "A"</u>.

Según la Sección 2.053 del Código de elecciones de Texas, si la junta recibe una certificación de la condición sin oposición, puede declarar que cada candidato sin oposición está elegido para el cargo.

POR LO TANTO, la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ordena que:

1. La "certificación de la condición sin oposición de los candidatos para la elección para director del 6 de mayo de 2000", presentado el 11 de abril de 2000 sea aceptada.

2. Karen Cecile Temborius y Edward Lee Swarthout sean elegidos a sus cargos como directores del distrito municipal de servicio publico numero 1 de Northwest Austin, sus mandatos comiencen el 6 de mayo de 2000 y comiencen sus obligaciones de director después de cumplir con las formalidades de una declaración de funcionario electo y prestando el juramento al cargo.

78359.1/040700

3. La elección sea cancelada.

4. Esta orden constituya un certificado de elección y que al secretario de la junta se le ordene que emita y envíe una copia a cada candidato conforme lo requiere la Sección 67.016 del Código de elecciones y que coloque una copia de esta orden en el lugar de la votación el día de las elecciones.

PASADO Y APROBADO el 11 de abril de 2000.

                                                                   DISTRITO MUNICIPAL DE SERVICIO PUBLICO
                                                                   NUMERO 1 DE NORTHWEST AUSTIN

Por: [firma]
     Karen Temborius, Vice-Presidente
     Junta directiva

(SELLO)

ATESTIGUA:

[firma]
Joe E. Ventura, Secretario
Junta directiva

PRUEBA "A"


## DISTRITO MUNICIPAL DE SERVICIO PUBLICO
## NUMERO 1 DE NORTHWEST AUSTIN

## CERTIFICACIÓN DE LA CONDICIÓN SIN OPOSICIÓN DE LOS CANDIDATOS PARA LA ELECCIÓN PARA DIRECTOR DEL 6 DE MAYO DE 2000

El abajo firmante, el Secretario de la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin ("distrito"), es la autoridad responsable de tener las papeletas oficiales preparadas para la elección para director del 6 de mayo de 2000 para el distrito y certifica que:

1. Dos (2) directores del distrito deben ser elegidos en la elección para director del 6 de mayo de 2000.

2. La fecha límite para presentar una solicitud para un puesto en la papeleta de votación era el 22 de marzo de 2000 y dos (2) candidatos se presentaron para puestos en la papeleta de votación.

3. La fecha límite para presentar una solicitud para añadir un candidato era el 27 de marzo de 2000 y no se presentó ningún candidato para ser añadido.

4. La fecha limite para retirar de la eleccion para que la nombre de el candidato ser omitidos para la papeleta de votacion era el 31 de marzo de 2000, antes de 5:00 p.m., y ninguno de los candidatos los retiraron, y entonces la eleccion no esta opuesta.

5. Karen Cecile Temborius y Edward Lee Swarthout son candidatos sin oposición para la elección del distrito municipal de servicio publico numero 1 de Northwest Austin.

6. No hay ninguna proposición programada para aparecer en la papeleta de votación.

78359.1/040700                              1

Cumplidas las formalidades el día 11 de abril de 2000.

[firma]<br>
Joe E. Ventura, Secretario<br>
Junta directiva

ESTADO DE TEXAS        §

CONDADO DE TRAVIS   §

Este instrumento fue certificado ante mí el 11 dia de abril de 2000 por Joe E. Ventura, Secretario de la junta directiva del distrito municipal de servicio publico numero 1 de Northwest Austin, de parte de dicho distrito municipal de servicios públicos.

(sello)

[firma]<br>
Firma del notario público

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 6, 2000, between the hours of 7:00 a.m. and 7:00 p.m., at _____ _____, Austin, Texas, within the District, for the purpose of electing two (2) directors of the District.

There will appear on the ballots used in the election the names of the candidates for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least forty (40) days prior to the election.

The polling place will be _____, Austin, Texas. The following named persons have been appointed officers of said election:

                                              Presiding Judge
                                              Alternate Presiding Judge

The clerk for early voting is _____ and the place for early voting by personal appearance is _____, Austin, Texas. Early voting by personal appearance shall occur between the hours of 11:00 a.m. and 7:00 p.m. on each day from April 19, 2000 through May 2, 2000, which is not a Saturday, a Sunday or an official state holiday. The early voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is _____ _____, Austin, Texas, 787__.

The election is being held pursuant to an order adopted by the Board of Directors of the District on March 14, 2000.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 6 de mayo de 2000, entre las horas de las 7:00 a.m. y las 7:00 p.m., en _____, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta (40) dias antes del eleccion.

75119.1/031300

El lugar donde se hace la votacion sera _____, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

                                             Juez Presidente
                                             Juez Presidente Suplente

El oficial de la votacion temprano es _____ y el lugar para la votacion temprano por comparecencia personal es _____, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 11:00 a.m. a 7:00 p.m. durante cada dia a partir del dia 19 de abril de 2000, hasta el dia 2 de mayo de 2000, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es _____ _____, Austin, Texas, 787__.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 14 de marzo de 2000.