NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
TRAVIS COUNTY, TEXAS

DIRECTOR ELECTION
MAY 7, 1994


DISTRITO MUNICIPAL NUMERO 1 DE SERVICIO PUBLICO
NORTHWEST AUSTIN
CONDADO DE TRAVIS, TEXAS

ELECCION DE DIRECTOR
7 DE MAYO, 1994


OFFICIAL BALLOT
PAPELOTA OFICIAL


Vote for the candidate of your choice for each director place by
placing an "X" in the square beside the candidate's name.  Vote for
none or one for each director place.

(Vote para los candidatos escogido por cada lugar de director a
marcando una equis (x) en la caja junto del candidatos nombre.
Vote por ninguno o uno para cada lugar de director.)

       PLACE 3
       (LUGAR 3)

       [X]  Scott Storm


       PLACE 4
       (LUGAR 4)

       [X]  Ronald Hay


       PLACE 5
       (LUGAR 5)

       [X]  Joseph Ventura


000046

BALLOT NO. _____


24475.1/SP/LRP/5259/040894

NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
TRAVIS COUNTY, TEXAS

DIRECTOR ELECTION
MAY 7, 1994

DISTRITO MUNICIPAL NUMERO 1 DE SERVICIO PUBLICO
NORTHWEST AUSTIN
CONDADO DE TRAVIS, TEXAS

ELECCION DE DIRECTOR
7 DE MAYO, 1994

OFFICIAL BALLOT
PAPELOTA OFICIAL

Vote for the candidate of your choice for each director place by
placing an "X" in the square beside the candidate's name.  Vote for
none or one for each director place.

(Vote para los candidatos escogido por cada lugar de director a
marcando una equis (x) en la caja junto del candidatos nombre.
Vote por ninguno o uno para cada lugar de director.)

PLACE 3
(LUGAR 3)

[X]   Scott Storm


PLACE 4
(LUGAR 4)

[X]   Ronald Hay


PLACE 5
(LUGAR 5)

[X]   Joseph Ventura


BALLOT NO. 000021

24475.1/SP/LRP/5259/040894

NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
TRAVIS COUNTY, TEXAS

DIRECTOR ELECTION
MAY 7, 1994

DISTRITO MUNICIPAL NUMERO 1 DE SERVICIO PUBLICO
NORTHWEST AUSTIN
CONDADO DE TRAVIS, TEXAS

ELECCION DE DIRECTOR
7 DE MAYO, 1994

OFFICIAL BALLOT
PAPELOTA OFICIAL

Vote for the candidate of your choice for each director place by
placing an "X" in the square beside the candidate's name. Vote for
none or one for each director place.

(Vote para los candidatos escogido por cada lugar de director a
marcando una equis (x) en la caja junto del candidatos nombre.
Vote por ninguno o uno para cada lugar de director.)

PLACE 3
(LUGAR 3)

[ ]  Scott Storm


PLACE 4
(LUGAR 4)

[ ]  Ronald Hay


PLACE 5
(LUGAR 5)

[ ]  Joseph Ventura

BALLOT NO. _____

24475.1/SP/LRP/5259/040894

## DISTRITO MUNICIPAL NUMERO 1 DE SERVICIOS PÚBLICOS DE NORTHWEST AUSTIN

## ORDEN PARA DECLARAR LA ELECCIÓN DE CANDIDATOS SIN OPOSICIÓN Y CANCELAR LA ELECCIÓN PARA DIRECTOR DEL 2 DE MAYO DE 1998

30 de marzo de 1998

ESTADO DE TEXAS            §

CONDADO DE TRAVIS      §

### Declaración

La junta directiva del distrito municipal numero 1 de servicios públicos de Northwest Austin ("junta") ha convocado a una elección para director para el 2 de mayo de 1998 ("elección").

La fecha límite para presentar una solicitud para un puesto en la papeleta de votación para la elección era el 18 de marzo de 1998 y la fecha límite para presentar una solicitud para añadir un candidato para la elección era el 23 de marzo de 1998.

El secretario de la junta es la autoridad responsable de tener las papeletas oficiales preparadas para la elección y el 30 de marzo de 1998 presentar a la junta una "certificación de la condición sin oposición de los candidatos para la elección para director del 2 de mayo de 1998", adjuntada como Prueba "A".

Según la Sección 2.053 del Código de elecciones de Texas, si la junta recibe una certificación de la condición sin oposición, puede declarar que cada candidato sin oposición está elegido para el cargo.

**Por lo tanto**, la junta directiva del distrito municipal numero 1 de servicios públicos de Northwest Austin ordena que:

1.      La "certificación de la condición sin oposición de los candidatos para la elección para director del 2 de mayo de 1998", presentado el 30 de marzo de 1998 sea aceptada.

2.      Scott Storm, Joe E. Ventura y Kenneth Ragsdale sean elegidos a sus cargos como directores del distrito municipal numero 1 de servicios públicos de Northwest Austin, sus mandatos comiencen el 2 de mayo de 1998 y comiencen sus obligaciones de director después de cumplir con las formalidades de una declaración de funcionario electo y prestando el juramento al cargo.

29903.1/042798

3.    La elección sea cancelada.

4.    Esta orden constituya un certificado de elección y que al secretario de la junta se le ordene que emita y envíe una copia a cada candidato conforme lo requiere la Sección 67.016 del Código de elecciones y que coloque una copia de esta orden en el lugar de la votación el día de las elecciones.

**Pasado y aprobado el** 30 de marzo de 1998.

DISTRITO MUNICIPAL NUMERO 1
DE SERVICIOS PÚBLICOS DE
NORTHWEST AUSTIN


Por: [firma]_____
        Scott Storm, Presidente
        Junta directiva



(SELLO)



ATESTIGUA:



[firma]_____
Joe E. Ventura, Secretario
Junta directiva

PRUEBA "A"

**DISTRITO MUNICIPAL NUMERO 1 DE SERVICIOS PÚBLICOS DE NORTHWEST AUSTIN**

**CERTIFICACIÓN DE LA CONDICIÓN SIN OPOSICIÓN DE LOS CANDIDATOS PARA LA ELECCIÓN PARA DIRECTOR DEL 2 DE MAYO DE 1998**

El abajo firmante, el Secretario de la junta directiva del distrito municipal numero 1 de servicios públicos de Northwest Austin ("distrito"), es la autoridad responsable de tener las papeletas oficiales preparadas para la elección para director del 2 de mayo de 1998 para el distrito y certifica que:

1.  Tres (3) directores del distrito deben ser elegidos en la Elección para director del 2 de mayo de 1998.

2.  La fecha límite para presentar una solicitud para un puesto en la papeleta de votación era el 18 de marzo de 1998 y sólo tres (3) candidatos se presentaron para puestos en la papeleta de votación.

3.  La fecha límite para presentar una solicitud para añadir un candidato era el 23 de marzo de 1998 y no se presentó ningún candidato para ser añadido.

4.  Scott Storm, Joe E. Ventura y Kenneth Ragsdale son candidatos sin oposición para la elección del distrito municipal numero 1 de servicios públicos de Northwest Austin.

5.  No hay ninguna proposición programada para aparecer en la papeleta de votación.

Cumplidas las formalidades el día 30 de marzo de 1998.

[firma]
Joe E. Ventura, Secretario
Junta directiva

29903.1/042798                    1

ESTADO DE TEXAS          §

CONDADO DE TRAVIS      §

     Este instrumento fue certificado ante mí el 30 marzo de 1998 por Joe E. Ventura, Secretario de la junta directiva del distrito municipal numero 1 de servicios públicos de Northwest Austin, de parte de dicho distrito municipal de servicios públicos.

(sello)

                                 [firma]_____

                                 Firma del notario público

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 2, 1992, between the hours of 7:00 a.m. and 7:00 p.m., at 11709 Boulder Lane, Austin, Texas, within the District, for the purpose of electing two (2) directors of the District.

There will appear on the ballots used in the election the names of the candidates for each place for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for a write-in vote for each place.

The polling place will be 11709 Boulder Lane, Austin, Texas. The following named persons have been appointed officers of said election:

| | |
|---|---|
| Jim Gauntt | Presiding Judge |
| Joan Gauntt | Alternate Presiding Judge |

The clerk for early voting is Rosalyn Peterson and the place for early voting by personal appearance is 11709 Boulder Lane, Austin, Texas.  Early voting by personal appearance shall occur between the hours of 2:00 p.m. and 5:00 p.m. on each day from April 13, 1992 through April 28, 1992, which is not a Saturday, a Sunday or an official state holiday.  The early voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by the Board of Directors of the District on February 18, 1992.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 2 de mayo de 1992, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para por cada lugar por el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y uno (1) espacio en blanco para voto de escrito por cado lugar.

El lugar donde se hace la votacion sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

Jim Gauntt          Juez Presidente
Joan Gauntt         Juez Presidente Suplente

El oficial de la votacion temprano es Rosalyn Peterson y el lugar para la votacion temprano por comparecencia personal es 11709 Boulder Lane, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 2:00 p.m. a 5:00 p.m. durante cada dia a partir del dia 13 de abril de 1992, hasta el dia 28 de abril de 1992, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 11709 Boulder Lane, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 18 de febrero de 1992.

0292-77.16

-2-

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 2, 1992, between the hours of 7:00 a.m. and 7:00 p.m., at 11709 Boulder Lane, Austin, Texas, within the District, for the purpose of electing two (2) directors of the District.

There will appear on the ballots used in the election the names of the candidates for each place for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for a write-in vote for each place.

The polling place will be 11709 Boulder Lane, Austin, Texas. The following named persons have been appointed officers of said election:

| | |
|---|---|
| Jim Gauntt | Presiding Judge |
| Joan Gauntt | Alternate Presiding Judge |

The clerk for early voting is Rosalyn Peterson and the place for early voting by personal appearance is 11709 Boulder Lane, Austin, Texas.  Early voting by personal appearance shall occur between the hours of 2:00 p.m. and 5:00 p.m. on each day from April 13, 1992 through April 28, 1992, which is not a Saturday, a Sunday or an official state holiday.  The early voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by the Board of Directors of the District on February 18, 1992.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 2 de mayo de 1992, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para por cada lugar por el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y uno (1) espacio en blanco para voto de escrito por cado lugar.

El lugar donde se hace la votacion sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

Jim Gauntt          Juez Presidente
Joan Gauntt         Juez Presidente Suplente

El oficial de la votacion temprano es Rosalyn Peterson y el lugar para la votacion temprano por comparecencia personal es 11709 Boulder Lane, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 2:00 p.m. a 5:00 p.m. durante cada dia a partir del dia 13 de abril de 1992, hasta el dia 28 de abril de 1992, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 11709 Boulder Lane, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 18 de febrero de 1992.

0292-77.16

-2-

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 2, 1992, between the hours of 7:00 a.m. and 7:00 p.m., at 11709 Boulder Lane, Austin, Texas, within the District, for the purpose of electing two (2) directors of the District.

There will appear on the ballots used in the election the names of the candidates for each place for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for a write-in vote for each place.

The polling place will be 11709 Boulder Lane, Austin, Texas. The following named persons have been appointed officers of said election:

| | |
|---|---|
| Jim Gauntt | Presiding Judge |
| Joan Gauntt | Alternate Presiding Judge |

The clerk for early voting is Rosalyn Peterson and the place for early voting by personal appearance is 11709 Boulder Lane, Austin, Texas. Early voting by personal appearance shall occur between the hours of 2:00 p.m. and 5:00 p.m. on each day from April 13, 1992 through April 28, 1992, which is not a Saturday, a Sunday or an official state holiday. The early voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by the Board of Directors of the District on February 18, 1992.

## AVISO DE ELECCION DE DIRECTOR

Se notifica por el presente que el Distrito Municipal Numero 1 de Servicio Publico Northwest Austin (el "Distrito") se va a tener una eleccion el dia 2 de mayo de 1992, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, por el proposito de elegir a dos (2) directores del Distrito.

Apareceran en las papeletas que se utiliza usadas en la eleccion los nombres de los candidatos para por cada lugar por el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las papeletas no menos de cuarenta y cinco (45) dias antes de la eleccion, y uno (1) espacio en blanco para voto de escrito por cado lugar.

Came to hand and posted on a Bulletin board in the Courthouse, Austin, Travis County, Texas on this 28 day of April

Dana DeBeauvoir
County Clerk, Travis County, Texas

By _____ Deputy

El lugar donde se hace la votacion sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| Jim Gauntt | Juez Presidente |
| Joan Gauntt | Juez Presidente Suplente |

El oficial de la votacion temprano es Rosalyn Peterson y el lugar para la votacion temprano por comparecencia personal es 11709 Boulder Lane, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 2:00 p.m. a 5:00 p.m. durante cada dia a partir del dia 13 de abril de 1992, hasta el dia 28 de abril de 1992, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 11709 Boulder Lane, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 18 de febrero de 1992.

0292-77.16

-2-

NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
TRAVIS COUNTY, TEXAS

DIRECTOR ELECTION
MAY 2, 1992

DISTRITO MUNICIPAL NUMERO 1 DE SERVICIO PUBLICO
NORTHWEST AUSTIN
CONDADO DE TRAVIS, TEXAS

ELECCION DE DIRECTOR
2 DE MAYO, 1992

OFFICIAL BALLOT
PAPELOTA OFICIAL

Vote for the candidate(s) of your choice by placing an "X" in the
square beside the candidate's(s') name(s) or by writing the name or
names of a person or persons in the blank spaces provided.  Vote
for none, one or two.

(Vote para los candidatos escogido a marcando una equis (x) en la
caja junto del candidatos nombre(s) o escribiendo el nombre o los
nombres de una persona o personas en los blancos que aparecen.
Vote por ninguno, uno o dos.)

PLACE 1
(LUGAR 1)

[X] Chester Collinsworth

[ ] _____

PLACE 2
(LUGAR 2)

[X]  Thomas M. Mays

[ ] _____

0392-246.3

BALLOT NO. _____

# NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
## TRAVIS COUNTY, TEXAS

DIRECTOR ELECTION
MAY 4, 2002

## DISTRITO MUNICIPAL DE SERVICIO PUBLICO
## NUMERO 1 DE NORTHWEST AUSTIN
### CONDADO DE TRAVIS, TEXAS

ELECCION DE DIRECTOR
4 DE MAYO DE 2002

OFFICIAL BALLOT
PAPELOTA OFICIAL

Vote for the candidate(s) of your choice by placing an "X" in the square beside the candidate's(s') name(s). Vote for none, one, two, or three.

Vote para los candidatos escogidos marcando una equis (X) en la caja junto del candidatos nombre(s). Vote por ninguno, uno, dos, o tres.

[ ]    Alan R. Weiss

[ ]    Paul Gunn

[ ]    Anthony Brush

[ ]    William C. Ferguson

[ ]    Allen Jensen

[ ]    Don Zimmerman

000391

BALLOT NO. _____

**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1**
**TRAVIS COUNTY, TEXAS** (DISTRITO DE SERVICIOS PÚBLICOS NO. 1 DEL
NOROESTE DEL CONDADO TRAVIS)

**DIRECTOR ELECTION**
(ELECCIÓN DE DIRECTORES)

MAY 15, 2004
(15 de MAYO, 2004)

**OFFICIAL BALLOT**
**(BOLETA OFICIAL)**

Vote for the candidate(s) of your choice by placing an X in the square beside the candidate(s)
name(s).  Vote for none, one, or two. (Vote por el/los candidato(s) que quiera poniendo una X en
el cuadro al lado del nombre del candidato(s). Vote por ninguno, uno o dos).

[   ]

[   ]

[   ]

[   ]

[   ]

**AVISO DE ELECCIÓN**
**DE**
**NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1**

A los votantes registrados de Northwest Austin Municipal Utility District No. 1:

Por lo presente se notifica que se efectuará una elección el 15 de Mayo, 2004 de las 7:00 a.m. a 7:00 p.m. en Canyon Creek Elementary School 10210 Ember Glen Drive, Austin, Texas 78726, un sitio dentro del Distrito, para elegir directores de la Mesa Directiva de Northwest Austin Municipal Utility District No. 1.

DIRECCIONES DE SITIOS DE VOTACIÓN
La votación adelantada por comparecencia personal será diario en días hábiles en <u>H-E-B Four Points, 7301 FM 620 North (edificio temporal en el estacionamiento )</u>, de Lunes a Sábado, de <u>7:00 a.m. a 7:00 p.m. principiando el Miércoles, 28 de Abril, 2004 y terminando el Martes 11 de Mayo, 2004.</u>

Las solicitudes para boletas que se votarán por correo deberán enviarse a:

> Marilyn Wahl
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, TX    78701

Las solicitudes de boletas que se votarán por correo deberán recibirse a no más tardar del fin de las horas hábiles el Martes, 7 de Mayo, 2004.

**Sitios adicionales para la votación adelantada son los siguientes:**

| CENTRO | FECHA | HORAS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Travis County Courthouse<br>1000 Guadalupe, 1st Floor | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Highland Business Center<br>5930 Middle Fiskville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NORTE** | **FECHA** | **HORAS** |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| **NORESTE** | **FECHA** | **HORAS** |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **NOROESTE** | **FECHA** | **HORAS** |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUR** | **FECHA** | **HORAS** |
| HEB South Congress<br>2400 South Congress (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | L-S: 7:00-7:00 |
| **SURESTE** | **FECHA** | **HORAS**<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **SUROESTE** | **FECHA** | **HORAS** |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

| ACC Pinnacle<br>7748 Highway 290 West | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
|---|---|---|
| **ESTE** | **FECHA** | **HORAS** |
| H-E-B East 7th<br>2701 E. 7th Street (edificio temporal en el estacionamiento) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| **OESTE** | **FECHA** | **HORAS** |
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

Emitido este día 19 de Febrero , 2004 .


Don Zimmerman                                 _DSZimmer_
Presidente                                    Firma del Presidente

William C. Ferguson                           Edward Swarthout
Miembro                                       Miembro

George Frederickson                           Karen Temborius
Miembro                                       Miembro


L:\Clients\NWAMudNo.1\Elections\WIP\notice.wpd

ORDER CALLING CONFIRMATION AND DIRECTOR ELECTION,
BOND ELECTION, AND MAINTENANCE TAX ELECTION

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission (the "Commission"), and the temporary directors of the District have been appointed by the Commission (the "Board of Directors") and have met and organized and have qualified to serve as directors of the District by taking the oath and making the bond required by law; and

WHEREAS, it is now necessary to call an election to confirm the creation and establishment of the District and to elect five (5) permanent directors thereof, each of whom shall serve until the next regular election on May 5, 1990; and

WHEREAS, there has been filed in the office of the District, open to inspection by the public, an engineer's report covering the works, improvements, facilities, treatment plants, equipment and appliances to be purchased, acquired and constructed by the District and the property, contract rights, rights of use, and interests in property to be purchased or acquired, as well as the estimated cost of all the foregoing, together with maps, plats, profiles and data showing and explaining the report and the report has been considered by the Board of Directors; and

WHEREAS, said works, improvements, facilities, treatment plants, equipment, appliances, property, contract rights, rights of use, and interests in property are designed and intended to furnish a water supply and distribution system, sanitary sewer system, and a drainage and storm sewer system for the District; and

WHEREAS, said engineer's report, as supplemented to date, contains an estimate of the cost of the purchase, acquisition and construction of the proposed works, improvements, facilities, treatment plants, equipment, appliances, and an estimate of the District's cost of purchasing and acquiring said property, contract rights, rights of use, and interests in property, and an estimate of the expenses incident thereto, as generally follows:

Construction Cost:

| | | |
|---|---|---|
| 1. | Water Supply, Storage and Distribution System | $ 7,574,210.00 |
| 2. | Sewage Collection and Treatment System | $ 3,240,320.00 |

| | | |
|---|---|---|
| 3. | Drainage System | $ 1,137,920.00 |
| 4. | Construction Contingencies | $ 595,108.00 |
| 5. | Investigation Plan and Engineering Work | $ 726,125.00 |
| | TOTAL CONSTRUCTION COST | $13,273,683.00 |

Non-Construction Cost:

| | | |
|---|---|---|
| 1. | Legal and Market Attorney Fees | $ 633,300.00 |
| 2. | Fiscal Agent's Fees | $ 422,200.00 |
| 3. | Capitalized Interest | $ 4,433,100.00 |
| 4. | Bond Discount | $ 422,200.00 |
| 5. | Developer Interest | $ 1,500,000.00 |
| 6. | Organizational Expense | $ 300,000.00 |
| 7. | Cost of Issuance of Bonds | $ 125,517.00 |
| | TOTAL NON-CONSTRUCTION COST | $ 7,836,317.00 |
| | TOTAL BOND AMOUNT | $21,110,000.00 |

and

WHEREAS, the Board of Directors has determined that the above estimate of $21,110,000.00 is reasonable and proper and wishes to approve the same and all items thereof but reserves the right to authorize amendments to said report and to reallocate said costs to meet the changing requirements of the District's systems; and

WHEREAS, the Board of Directors is of the opinion that it would be of benefit to the District to be authorized to levy and collect a maintenance tax of not to exceed One Dollar and Fifty Cents ($1.50) per one hundred dollars ($100) valuation of taxable property within the District to secure funds for maintenance purposes; and

WHEREAS, Section 54.311(b), Texas Water Code, states that a maintenance tax cannot be levied until such maintenance tax is approved by a majority of the electors voting in an election held for that purpose; and

WHEREAS, the District desires to issue its bonds secured by and payable from ad valorem taxes; and

WHEREAS, the Board of Directors is of the opinion that an election should be held for the purposes of confirming the creation and establishment of the District and electing five (5) permanent directors thereof, submitting measures on the issuance of the District's bonds and the levy and collection of an ad valorem tax.

WHEREAS, Section 54.507, Texas Water Code, provides that a bond election may be held on the same day as the District's confirmation and director election; and

WHEREAS, Section 54.312, Texas Water Code, provides that a maintenance tax election may be held on the same day as the District's bond election; and

WHEREAS, there is no public building of any kind within the boundaries of the District; and

WHEREAS, this Board of Directors wishes to proceed with the ordering of said election; Now, Therefore,

BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1; The matters and facts set out in the preamble of this order are hereby found and declared to be true and are incorporated herein by reference.

Section 2: The engineer's report and estimate of cost, as supplemented, are hereby approved as described above.

Section 3: A special election shall be held within the District on May 7, 1988, between the hours of 7:00 a.m. and 7:00 p.m., at 11408 Boulder Lane, Austin, Texas  78726, within the boundaries of the District, at which there shall be submitted the question of the election of five (5) permanent directors of the District, each of whom shall serve until the next regular election on May 5, 1990, and at which the following measures shall be submitted.

<u>MEASURE I</u>

SHALL THE CREATION OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 PURSUANT TO THE ORDER OF THE TEXAS WATER COMMISSION DATED MARCH 16, 1988, BE CONFIRMED?

## MEASURE II

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO ISSUE THE BONDS OF SAID DISTRICT IN ONE OR MORE ISSUES OR SERIES IN THE MAXIMUM AGGREGATE PRINCIPAL AMOUNT OF $21,100,000.00, MATURING SERIALLY OR OTHERWISE, IN SUCH INSTALLMENTS AS ARE FIXED BY SAID BOARD OVER A PERIOD OR PERIODS NOT EXCEEDING FORTY (40) YEARS FROM THEIR DATE OR DATES, BEARING INTEREST AT ANY RATE OR RATES, AND TO SELL SAID BONDS AT ANY PRICE OR PRICES, PROVIDED THAT THE NET EFFECTIVE INTEREST RATE ON ANY ISSUE OR SERIES OF SAID BONDS SHALL NOT EXCEED THE MAXIMUM LEGAL LIMIT IN EFFECT AT THE TIME OF ISSUANCE OF EACH SUCH ISSUE OR SERIES, ALL AS MAY BE DETERMINED WITHIN THE DISCRETION OF THE BOARD OF DIRECTORS OF SAID DISTRICT, FOR THE PURPOSE OR PURPOSES OF PURCHASING, CONSTRUCTING, ACQUIRING, OWNING, OPERATING, REPAIRING, IMPROVING AND EXTENDING A WATERWORKS SYSTEM, SANITARY SEWER SYSTEM AND DRAINAGE AND STORM SEWER SYSTEM FOR THE DRAINAGE OF LANDS WITHIN THE DISTRICT INCLUDING, BUT NOT LIMITED TO, ALL ADDITIONS TO SUCH SYSTEMS AND ALL WORKS, IMPROVEMENTS, FACILITIES, TREATMENT PLANTS, EQUIPMENT, APPLIANCES, INTERESTS IN PROPERTY, AND CONTRACT RIGHTS NEEDED THEREFOR AND ADMINISTRATIVE FACILITIES NEEDED IN CONNECTION THEREWITH AND ORGANIZATIONAL EXPENSES, AND TO PROVIDE FOR THE PAYMENT OF PRINCIPAL OF AND INTEREST ON SUCH BONDS BY THE LEVY AND COLLECTION OF A SUFFICIENT AD VALOREM TAX UPON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT, ALL AS AUTHORIZED BY THE CONSTITUTION AND LAWS OF THE STATE OF TEXAS?

## MEASURE III

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO LEVY AND COLLECT A MAINTENANCE TAX OF NOT TO EXCEED ONE DOLLAR AND FIFTY CENTS ($1.50) PER ONE HUNDRED DOLLARS ($100) VALUATION ON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT TO SECURE FUNDS FOR MAINTENANCE PURPOSES, INCLUDING, BUT NOT LIMITED TO, FUNDS FOR PLANNING, MAINTAINING, REPAIRING AND OPERATING ALL NECESSARY WORKS, IMPROVEMENTS, FACILITIES, PLANTS, EQUIPMENT AND APPLIANCES OF SUCH DISTRICT, AND FOR THE PAYMENT OF PROPER SERVICES, ENGINEERING AND LEGAL FEES AND ADMINISTRATIVE EXPENSES?

Section 4: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting

the Presiding Judge or the Alternate Presiding Judge. The
ballots used in the election shall have printed thereon the
following:

OFFICIAL BALLOT

PROPOSITION I

| [    ] | FOR<br>A FAVOR DE | ) ) ) | THE DISTRICT |
| [    ] | AGAINST<br>EN CONTRA DE | ) ) | EL DISTRITO |

PROPOSITION II

| [    ] | FOR<br>A FAVOR DE | ) ) ) ) ) | THE ISSUANCE OF BONDS AND THE<br>LEVY OF AD VALOREM TAXES<br>ADEQUATE TO PROVIDE FOR THE<br>PAYMENT OF BONDS |
| [    ] | AGAINST<br>EN CONTRA DE | ) ) ) ) | LA EMISION DE BONOS Y EL<br>GRAVAMEN DE IMPUESTOS AD<br>VALOREM SUFICIENTE PARA<br>EFECTUAR PAGO DE LOS BONOS |

PROPOSITION III

| [    ] | FOR<br>A FAVOR DE | ) ) ) ) ) ) | A MAINTENANCE TAX OF NOT TO<br>EXCEED ONE DOLLAR AND FIFTY<br>CENTS ($1.50) PER ONE HUNDRED<br>DOLLARS ($100) VALUATION OF<br>TAXABLE PROPERTY IN THE<br>DISTRICT |
| [    ] | AGAINST<br>EN CONTRA DE | ) ) ) ) ) | UN IMPUESTO DE MANTENIMIENTO<br>A NO EXCEDER UN DOLAR Y<br>CINCUENTA CENTAVOS ($1.50) POR<br>CADA CIEN DOLARES ($100) DE<br>VALUACION DE PROPIEDAD<br>IMPONIBLE DENTRO DEL DISTRITO |

Each voter shall vote on the proposition by placing an "X" in
the square beside the statement indicating the way he wishes to
vote.

There shall also be placed on the ballots used in the
election the names of the five temporary directors appointed by
the Commission, and five blank spaces for write-in votes, as
follows:

-5-

[    ]    Scott Storm
[    ]    Clifton Spillar
[    ]    Chester Collingsworth
[    ]    Ron Patterson
[    ]    William R. Britton
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____

The voter may vote for any five persons for director by placing an "X" in the square beside the person's name or by writing the name or names of a person or persons in the blank spaces provided.

Section 5:  The boundaries of the District as established by the Commission are hereby designated as and shall constitute one election precinct and the following is hereby appointed presiding officer of said election:

Joyce Hogan                        Presiding Judge

The presiding judge may appoint, as she deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2).  Absentee voting in the election by personal appearance shall begin on the 10th day preceding the election and shall continue through the 4th day preceding the election.  The clerk for absentee voting shall be Joyce Hogan and the place at which absentee voting shall be conducted is 11408 Boulder Lane, Austin, Texas 78726, within the boundaries of the District.

The absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11408 Boulder Lane, Austin, Texas 78726.  The absentee voting clerk shall keep the absentee voting place open from 7:00 p.m. to 10:00 p.m., on each day for the absentee voting which is not a Saturday, a Sunday or an official state holiday.

The Presiding Judge named above shall serve as the presiding judge of the Absentee Ballot Board, which shall serve as provided in Chapter 87 of the Texas Election Code.

Section 6:  The election shall be held and conducted and returns made to this Board of Directors in accordance with the Texas Election Code as modified by Chapter 54, Texas Water Code.

Section 7:  All qualified resident electors of the District shall be entitled to vote in the election.

Section 8:  The Secretary of the Board is hereby directed to cause notice of this election to be published in both Spanish and English once a week for two (2) consecutive weeks in a newspaper of general circulation in Travis County, Texas, with the first publication to be at least 14 days before the date of the election.  The notice shall be substantially in the form of Notice of Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED the 21st  day of March, 1988.

President, Board of Directors

(SEAL)

ATTEST:

Secretary, Board of Directors

3908P

-7-