## NOTICE OF CONFIRMATION AND DIRECTOR ELECTION, BOND ELECTION, AND MAINTENANCE TAX ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 7, 1988, between the hours of 7:00 a.m. and 7:00 p.m., at 11408 Boulder Lane, Austin, Texas 78726, within the District, for the purpose of electing five (5) permanent directors of the District, each of whom shall serve until the next regular election on May 5, 1990 and for voting upon the following measures:

### MEASURE I

SHALL THE CREATION OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 PURSUANT TO THE ORDER OF THE TEXAS WATER COMMISSION DATED MARCH 16, 1988, BE CONFIRMED?

### MEASURE II

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO ISSUE THE BONDS OF SAID DISTRICT IN ONE OR MORE ISSUES OR SERIES IN THE MAXIMUM AGGREGATE PRINCIPAL AMOUNT OF $21,110,000.00, MATURING SERIALLY OR OTHERWISE, IN SUCH INSTALLMENTS AS ARE FIXED BY SAID BOARD OVER A PERIOD OR PERIODS NOT EXCEEDING FORTY (40) YEARS FROM THEIR DATE OR DATES, BEARING INTEREST AT ANY RATE OR RATES, AND TO SELL SAID BONDS AT ANY PRICE OR PRICES, PROVIDED THAT THE NET EFFECTIVE INTEREST RATE ON ANY ISSUE OR SERIES OF SAID BONDS SHALL NOT EXCEED THE MAXIMUM LEGAL LIMIT IN EFFECT AT THE TIME OF ISSUANCE OF EACH SUCH ISSUE OR SERIES, ALL AS MAY BE DETERMINED WITHIN THE DISCRETION OF THE BOARD OF DIRECTORS OF SAID DISTRICT, FOR THE PURPOSE OR PURPOSES OF PURCHASING, CONSTRUCTING, ACQUIRING, OWNING, OPERATING, REPAIRING, IMPROVING AND EXTENDING A WATERWORKS SYSTEM, SANITARY SEWER SYSTEM AND DRAINAGE AND STORM SEWER SYSTEM FOR THE DRAINAGE OF LANDS WITHIN THE DISTRICT INCLUDING, BUT NOT LIMITED TO, ALL ADDITIONS TO SUCH SYSTEMS AND ALL WORKS, IMPROVEMENTS, FACILITIES, TREATMENT PLANTS, EQUIPMENT, APPLIANCES, INTERESTS IN PROPERTY, AND CONTRACT RIGHTS NEEDED THEREFOR AND ADMINISTRATIVE FACILITIES NEEDED IN CONNECTION THEREWITH AND ORGANIZATIONAL EXPENSES, AND TO PROVIDE FOR THE PAYMENT OF PRINCIPAL OF AND INTEREST ON SUCH BONDS BY THE LEVY AND COLLECTION OF A SUFFICIENT AD VALOREM TAX UPON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT, ALL AS AUTHORIZED BY THE CONSTITUTION AND LAWS OF THE STATE OF TEXAS?

## MEASURE III

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO LEVY AND COLLECT A MAINTENANCE TAX OF NOT TO EXCEED ONE DOLLAR AND FIFTY CENTS ($1.50) PER ONE HUNDRED DOLLARS ($100) VALUATION ON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT TO SECURE FUNDS FOR MAINTENANCE PURPOSES, INCLUDING, BUT NOT LIMITED TO, FUNDS FOR PLANNING, MAINTAINING, REPAIRING AND OPERATING ALL NECESSARY WORKS, IMPROVEMENTS, FACILITIES, PLANTS, EQUIPMENT AND APPLIANCES OF SUCH DISTRICT, AND FOR THE PAYMENT OF PROPER SERVICES, ENGINEERING AND LEGAL FEES AND ADMINISTRATIVE EXPENSES?

The propositions will appear on the ballot in the following form:

### PROPOSITION I

[  ]    FOR
     A FAVOR DE     )    THE DISTRICT

[  ]    AGAINST
     EN CONTRA DE     )    EL DISTRITO

### PROPOSITION II

[  ]    FOR
     A FAVOR DE     )    THE ISSUANCE OF BONDS AND THE LEVY OF AD VALOREM TAXES ADEQUATE TO PROVIDE FOR THE PAYMENT OF BONDS

[  ]    AGAINST
     EN CONTRA DE     )    LA EMISION DE BONOS Y EL GRAVAMEN DE IMPUESTOS AD VALOREM SUFICIENTE PARA EFECTUAR PAGO DE LOS BONOS

### PROPOSITION III

[  ]    FOR
     A FAVOR DE     )    A MAINTENANCE TAX OF NOT TO EXCEED ONE DOLLAR AND FIFTY CENTS ($1.50) PER ONE HUNDRED DOLLARS ($100) VALUATION OF TAXABLE PROPERTY IN THE DISTRICT

[  ]    AGAINST
     EN CONTRA DE     )    UN IMPUESTO DE MANTENIMIENTO A NO EXCEDER UN DOLAR Y CINCUENTA CENTAVOS ($1.50) POR CADA CIEN DOLARES ($100) DE VALUACION DE PROPIEDAD IMPONIBLE DENTRO DEL DISTRITO

There will also appear on the ballots used in the election the names of the five temporary directors of the District and five blank spaces for write-in votes, as follows:

[    ]    Scott Storm
[    ]    Clifton Spillar
[    ]    Chester Collingsworth
[    ]    Ron Patterson
[    ]    William R. Britton
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____

The election is being held pursuant to an order adopted by the Board of Directors of the District on March 21, 1988. Said order contains an estimate of the probable costs of the purchase and construction of the District's improvements to be paid from the proceeds of the bonds described in Measure II above, as follows:

<u>SUMMARY OF COST ESTIMATE</u>

<u>Construction Cost:</u>

| | | |
|---|---|---|
| 1. | Water Supply, Storage and Distribution System | $ 7,574,210.00 |
| 2. | Sewage Collection and Treatment System | $ 3,240,320.00 |
| 3. | Drainage System | $ 1,137,920.00 |
| 4. | Construction Contingencies | $ 595,108.00 |
| 5. | Investigation Plan and Engineering Work | $ 726,125.00 |
| | TOTAL CONSTRUCTION COST | $13,273,683.00 |

<u>Non-Construction Cost:</u>

| | | |
|---|---|---|
| 1. | Legal and Market Attorney Fees | $ 663,300.00 |
| 2. | Fiscal Agent's Fees | $ 422,200.00 |
| 3. | Capitalized Interest | $ 4,433,100.00 |

| | | |
|---|---|---|
| 4. | Bond Discount | $ 422,200.00 |
| 5. | Developer Interest | $ 1,500,000.00 |
| 6. | Organizational Expense | $ 300,000.00 |
| 7. | Cost of Issuance of Bonds | $ 125,517.00 |
| | TOTAL NON-CONSTRUCTION COST | $ 7,836,317.00 |
| | TOTAL BOND AMOUNT | $21,110,000.00 |

The place for absentee voting by personal appearance is 11408 Boulder Lane, Austin, Texas 78726. Absentee voting by personal appearance shall occur between the hours of 7:00 p.m. and 10:00 p.m. on each day from April 27, 1988 through May 3, 1988, which is not a Saturday, a Sunday or an official state holiday. The absentee voting clerk's mailing address to which ballot application and ballots to be voted by mail may be sent is 11408 Boulder Lane, Austin, Texas 78726.

### AVISO DE ELECCION DE CONFIRMACION Y DE DIRECTORES, ELECCION DE BONOS, Y ELECCION DE IMPUESTO DE MANTENIMIENTO

Se notifica por el presente que el Distrito Municipal de Servicio Publico Northwest Austin No. 1 celebrara una eleccion el dia 7 de mayo de 1988, entre las horas de las 7:00 p.m. y las 10:00 p.m., en 11408 Boulder Lane, Austin, Texas 78726, dentro del Distrito, con el proposito de elegir a cinco directores permanentes del Distrito, cada uno de los cuales servira hasta que la proxima eleccion regular del dia 5 de mayo de 1990, y para votar sobre las siguientes medidas:

### MEDIDA I

SERA CONFIRMADA LA CREACION DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 SEGUN LA ORDEN DE LA COMISION DE AGUAS DE TEXAS DEL DIA 16 DE MARZO DE 1988?

### MEDIDA II

SERA AUTORIZADA LA JUNTA DIRECTIVA DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 A EMITIR LOS BONOS DE DICHO DISTRITO EN UNA O MAS EMISIONES O SERIES EN LA CANTIDAD MAXIMA DE CAPITAL TOTAL DE $21,110,000.00 CON VENCIMIENTO EN SERIE O DE OTRA MANERA EN TALES PLAZOS COMO SEAN FIJADOS POR DICHA JUNTA DIRECTIVA SOBRE UN PERIODO O PERIODOS A NO EXCEDER CUARENTA (40) AÑOS DE SU FECHA O FECHAS, LLEVANDO INTERES A CUALQUIERA TASA O TASAS, Y A VENDER DICHOS BONOS A CUALQUIER

PRECIO O PRECIOS, A CONDICION DE QUE LA TASA DE INTERES NETA EFECTIVA SOBRE CUALQUIERA EMISION O SERIE DE DICHOS BONOS NO EXCEDERA EL LIMITE LEGAL MAXIMO EN EFECTO AL TIEMPO DE EMISION DE CADA TAL EMISION O SERIE, TODO COMO SEA DETERMINADO POR EL EL JUICIO DE LA JUNTA DIRECTIVA DE DICHO DISTRITO, CON EL PROPOSITO O PROPOSITOS DE COMPRAR, CONSTRUIR, ADQUIRIR, POSEER, OPERAR, REPARAR, MEJORAR Y AMPLIAR UN SISTEMA DE ABASTECIMIENTO DE AGUAS, UN SISTEMA DE ALCANTARILLAS SANITARIAS Y UN SISTEMA DE DRENAJE Y ALCANTARILLAS PARA EL DRENAJE DE TORMENTAS DE TIERRAS DENTRO DEL DISTRITO, INCLUYENDO, PERO NO LIMITADO A, TODAS LAS ADICIONES A DICHOS SISTEMAS Y TODAS LAS OBRAS, MEJORAS, INSTALACIONES, PLANTAS DE TRATAMIENTO, EQUIPOS, APARATOS, INTERESES EN PROPIEDADES, Y DERECHOS CONTRACTUALES NECESARIOS PARA LO MISMO Y INSTALACIONES ADMINISTRATIVAS NECESARIAS EN RELACION A LO MISMO Y GASTOS DE ORGANIZACION, Y PARA EFECTUAR PARA EL PAGO DEL PRINCIPAL Y DEL INTERES SOBRE DICHOS BONOS POR EL GRAVAMEN Y RECAUDACION DE IMPUESTOS AD VALOREM SUFICIENTE SOBRE TODA PROPIEDAD IMPONIBLE DENTRO DE DICHO DISTRITO, TODO SEGUN LO AUTORIZADO POR LA CONSTITUCION Y LAS LEYES DEL ESTADO DE TEXAS?

## MEDIDA III

SERA AUTORIZADA LA JUNTA DIRECTIVA DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 A GRAVAR Y RECAUDAR UN IMPUESTO DE MANTENIMIENTO A NO EXCEDER UN DOLAR Y CINCUENTA CENTAVOS ($1.50) POR CADA CIEN DOLARES ($100) DE VALUACION SOBRE TODA PROPIEDAD IMPONIBLE DENTRO DE DICHO DISTRITO PARA ASEGURAR FONDOS PARA PROPOSITOS DE MANTENIMIENTO, INCLUYENDO, PERO NO LIMITADO A, FONDOS PARA PLANEACION, MANTENIMIENTO, REPARACION Y OPERACION DE TODAS LAS OBRAS, MEJORAS, INSTALACIONES, PLANTAS, EQUIPOS Y APARATOS DE DICHO DISTRITO, Y PARA EL PAGO DE SERVICIOS APROPIADOS, HONORARIOS DE INGENIERIA Y LEGALES, Y GASTOS ADMINISTRATIVOS?

Las proposiciones apareceran en la balota en la siguiente forma:

## PROPOSICION I

| | | | | |
|---|---|---|---|---|
| [ | ] | FOR | ) | THE DISTRICT |
| | | A FAVOR DE | ) | |
| | | | ) | |
| [ | ] | AGAINST | ) | EL DISTRITO |
| | | EN CONTRA DE | ) | |

PROPOSICION II

[    ]    FOR                    )    THE ISSUANCE OF BONDS AND THE
         A FAVOR DE             )    LEVY OF AD VALOREM TAXES
                                )    ADEQUATE TO PROVIDE FOR THE
                                )    PAYMENT OF BONDS
                                )
[    ]    AGAINST               )    LA EMISION DE BONOS Y EL
         EN CONTRA DE           )    GRAVAMEN DE IMPUESTOS AD
                                )    VALOREM SUFICIENTE PARA
                                )    EFECTUAR PAGO DE LOS BONOS

PROPOSICION III

[    ]    FOR                    )    A MAINTENANCE TAX OF NOT TO
         A FAVOR DE             )    EXCEED ONE DOLLAR AND FIFTY
                                )    CENTS ($1.50) PER ONE HUNDRED
                                )    DOLLARS ($100) VALUATION OF
                                )    TAXABLE PROPERTY IN THE
                                )    DISTRICT
                                )
[    ]    AGAINST               )    UN IMPUESTO DE MANTENIMIENTO
         EN CONTRA DE           )    A NO EXCEDER UN DOLAR Y
                                )    CINCUENTA CENTAVOS ($1.50) POR
                                )    CADA CIEN DOLARES ($100) DE
                                )    VALUACION DE PROPIEDAD
                                )    IMPONIBLE DENTRO DEL DISTRITO

Tambien apareceran en las balotas utilizadas en la eleccion los nombres de los cinco directores temporales del Distrito, y cinco espacios en blanco para votos por escrito, como sigue:

[    ]    Scott Storm
[    ]    Clifton Spillar
[    ]    Chester Collingsworth
[    ]    Ron Patterson
[    ]    William R. Britton
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Junta Directiva del Distrito el dia 21 de marzo de 1988. Dicha orden contiene un estimacion de los costos

-6-

probables de la compra y construccion de las mejoras del
Distrito a ser pagadas de los procedimientos de bonos descritos
en la Medida II anterior, como sigue:

RESUMEN DE COSTO ESTIMADO

Costo de Construccion:

| | | |
|---|---|---|
| 1. | Sistema de abasteciminteo, almacenamiento y distribucion de agua | $ 7,574,210.00 |
| 2. | Sistema de coleccion y tratamiento de aguas residuales | $ 3,240,320.00 |
| 3. | Sistema de drenaje | $ 1,137,920.00 |
| 4. | Accesorios de construccion | $ 595,108.00 |
| 5. | Plan de investigacion y trabajo de ingenieria | $ 726,125.00 |
| | COSTO TOTAL DE CONSTRUCCION | $13,273,683.00 |

Otros Costos:

| | | |
|---|---|---|
| 1. | Honorarios legales y del abogado de venta | $ 663,300.00 |
| 2. | Honorarios del agente fiscal | $ 422,200.00 |
| 3. | Interes Capitalizado | $ 4,433,100.00 |
| 4. | Descuento de Bonos | $ 422,200.00 |
| 5. | Interes del Contratista | $ 1,500,000.00 |
| 6. | Gastos de Organizacion | $ 300,000.00 |
| 7. | Costo de emision de los bonos | $ 125,517.00 |
| | TOTAL DE OTROS COSTOS | $ 7,836,317.00 |
| | SUMA TOTAL DE BONOS | $21,110,000.00 |

El lugar para la votacion absentista por comparecencia personal es 11408 Boulder Lane, Austin, Texas 78726. La votacion absentista por comparecencia personal podra realizarse dentro las 7:00 p.m. hasta las 10:00 p.m. durante cada dia a partir del dia 27 de abril de 1988, hasta el dia 3 de mayo de 1988, que no sea sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion absentista a la cual se podran enviar solicitudes para papeletas y papeletas a ser votadas por correo es 11408 Boulder Lane, Austin, Texas 78726.

3911P

PROPOSICION II

| [  ] | FOR<br>A FAVOR DE | ) ) ) ) ) | THE ISSUANCE OF BONDS AND THE<br>LEVY OF AD VALOREM TAXES<br>ADEQUATE TO PROVIDE FOR THE<br>PAYMENT OF BONDS |
| [  ] | AGAINST<br>EN CONTRA DE | ) ) ) ) | LA EMISION DE BONOS Y EL<br>GRAVAMEN DE IMPUESTOS AD<br>VALOREM SUFICIENTE PARA<br>EFECTUAR PAGO DE LOS BONOS |

PROPOSICION III

| [  ] | FOR<br>A FAVOR DE | ) ) ) ) ) ) ) | A MAINTENANCE TAX OF NOT TO<br>EXCEED ONE DOLLAR AND FIFTY<br>CENTS ($1.50) PER ONE HUNDRED<br>DOLLARS ($100) VALUATION OF<br>TAXABLE PROPERTY IN THE<br>DISTRICT |
| [  ] | AGAINST<br>EN CONTRA DE | ) ) ) ) ) ) | UN IMPUESTO DE MANTENIMIENTO<br>A NO EXCDER UN DOLAR Y<br>CINCUENTA CENTAVOS ($1.50) POR<br>CADA CIEN DOLARES ($100) DE<br>VALUACION DE PROPIEDAD<br>IMPONIBLE DENTRO DEL DISTRITO |

Tambien apareceran en las balotas usadas en la elecion los nombres de los cinco directores temporales del Distrito, y cinco espacios en blanco para votos por escrito, como sigue:

        [  ]    Scott Storm
        [  ]    Clifton Spillar
        [  ]    Chester Collingsworth
        [  ]    Ron Patterson
        [  ]    William R. Britton
        [  ]    _____
        [  ]    _____
        [  ]    _____
        [  ]    _____
        [  ]    _____

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 21 de marzo de 1988. Dicha orden contiene un estimacion de los costos

-6-

probables de la compra y construccion de las mejoras del
Distrito a ser pagadas de los procedimientos de bonos descritos
en la Medida II anterior, como sigue:

RESUMEN DE COSTO ESTIMADO

Costo de Construccion:

    1.    Sistema de abastecimineto,          $_____
        almacenamiento y distribucion de aqua

    2.    Sistema de coleccion y tratamiento      $_____
        de aguas residuales

    3.    Sistema de drenaje                  $_____

    4.    Accesorios de construccion          $_____

    5.    Plan de investigacion y trabajo       $_____
        de ingenieria

        COSTO TOTAL DE CONSTRUCCION        $_____

Otros Costos:

    1.    Honorarios legales y del            $_____
        abogado de venta

    2.    Honorarios del agenta de           $_____
        financieros

    3.    Interes Capitalizado              $_____

    4.    Discuento de Bonos               $_____

    5.    Interes del Contratista           $_____

    6.    Gastos de Organizacion           $_____

    7.    Costo de emision de los bonos      $_____

        TOTAL DE OTROS COSTOS            $_____

        SUMA TOTAL DE BONOS             $_____

El lugar para la votacion absentista por comparecencia personal es _____, Austin, Texas 787____. La votacion absentista por comparecencia personal podra realizarse dentro las ___:00 ___.m. hasta las ___:00 ___.m. durante cada dia a partir del dia 27 de abril de 1988, hasta el dia 3 de mayo de 1988, que no sea sabodo, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion absentista a la cual se podran enviar solicitudes para papeletas y papeletas a ser votadas pro correo es _____ _____, Austin, Texas 787____.

3911P

NOTICE OF CONFIRMATION AND DIRECTOR ELECTION,
BOND ELECTION, AND MAINTENANCE TAX ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 7, 1988, between the hours of 7:00 a.m. and 7:00 p.m., at 11408 Boulder Lane, Austin, Texas 78726, within the District, for the purpose of electing five (5) permanent directors of the District, each of whom shall serve until the next regular election on May 5, 1990 and for voting upon the following measures:

## MEASURE I

SHALL THE CREATION OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 PURSUANT TO THE ORDER OF THE TEXAS WATER COMMISSION DATED MARCH 16, 1988, BE CONFIRMED?

## MEASURE II

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO ISSUE THE BONDS OF SAID DISTRICT IN ONE OR MORE ISSUES OR SERIES IN THE MAXIMUM AGGREGATE PRINCIPAL AMOUNT OF $21,110,000.00, MATURING SERIALLY OR OTHERWISE, IN SUCH INSTALLMENTS AS ARE FIXED BY SAID BOARD OVER A PERIOD OR PERIODS NOT EXCEEDING FORTY (40) YEARS FROM THEIR DATE OR DATES, BEARING INTEREST AT ANY RATE OR RATES, AND TO SELL SAID BONDS AT ANY PRICE OR PRICES, PROVIDED THAT THE NET EFFECTIVE INTEREST RATE ON ANY ISSUE OR SERIES OF SAID BONDS SHALL NOT EXCEED THE MAXIMUM LEGAL LIMIT IN EFFECT AT THE TIME OF ISSUANCE OF EACH SUCH ISSUE OR SERIES, ALL AS MAY BE DETERMINED WITHIN THE DISCRETION OF THE BOARD OF DIRECTORS OF SAID DISTRICT, FOR THE PURPOSE OR PURPOSES OF PURCHASING, CONSTRUCTING, ACQUIRING, OWNING, OPERATING, REPAIRING, IMPROVING AND EXTENDING A WATERWORKS SYSTEM, SANITARY SEWER SYSTEM AND DRAINAGE AND STORM SEWER SYSTEM FOR THE DRAINAGE OF LANDS WITHIN THE DISTRICT INCLUDING, BUT NOT LIMITED TO, ALL ADDITIONS TO SUCH SYSTEMS AND ALL WORKS, IMPROVEMENTS, FACILITIES, TREATMENT PLANTS, EQUIPMENT, APPLIANCES, INTERESTS IN PROPERTY, AND CONTRACT RIGHTS NEEDED THEREFOR AND ADMINISTRATIVE FACILITIES NEEDED IN CONNECTION THEREWITH AND ORGANIZATIONAL EXPENSES, AND TO PROVIDE FOR THE PAYMENT OF PRINCIPAL OF AND INTEREST ON SUCH BONDS BY THE LEVY AND COLLECTION OF A SUFFICIENT AD VALOREM TAX UPON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT, ALL AS AUTHORIZED BY THE CONSTITUTION AND LAWS OF THE STATE OF TEXAS?

## MEASURE III

SHALL THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 BE AUTHORIZED TO LEVY AND COLLECT A MAINTENANCE TAX OF NOT TO EXCEED ONE DOLLAR AND FIFTY CENTS ($1.50) PER ONE HUNDRED DOLLARS ($100) VALUATION ON ALL TAXABLE PROPERTY WITHIN SAID DISTRICT TO SECURE FUNDS FOR MAINTENANCE PURPOSES, INCLUDING, BUT NOT LIMITED TO, FUNDS FOR PLANNING, MAINTAINING, REPAIRING AND OPERATING ALL NECESSARY WORKS, IMPROVEMENTS, FACILITIES, PLANTS, EQUIPMENT AND APPLIANCES OF SUCH DISTRICT, AND FOR THE PAYMENT OF PROPER SERVICES, ENGINEERING AND LEGAL FEES AND ADMINISTRATIVE EXPENSES?

The propositions will appear on the ballot in the following form:

### PROPOSITION I

[   ]   FOR            )   THE DISTRICT
        A FAVOR DE     )
                       )
[   ]   AGAINST        )   EL DISTRITO
        EN CONTRA DE   )

### PROPOSITION II

[   ]   FOR            )   THE ISSUANCE OF BONDS AND THE
        A FAVOR DE     )   LEVY OF AD VALOREM TAXES
                       )   ADEQUATE TO PROVIDE FOR THE
                       )   PAYMENT OF BONDS
                       )
[   ]   AGAINST        )   LA EMISION DE BONOS Y EL
        EN CONTRA DE   )   GRAVAMEN DE IMPUESTOS AD
                       )   VALOREM SUFICIENTE PARA
                       )   EFECTUAR PAGO DE LOS BONOS

### PROPOSITION III

[   ]   FOR            )   A MAINTENANCE TAX OF NOT TO
        A FAVOR DE     )   EXCEED ONE DOLLAR AND FIFTY
                       )   CENTS ($1.50) PER ONE HUNDRED
                       )   DOLLARS ($100) VALUATION OF
                       )   TAXABLE PROPERTY IN THE
                       )   DISTRICT
                       )
[   ]   AGAINST        )   UN IMPUESTO DE MANTENIMIENTO
        EN CONTRA DE   )   A NO EXCEDER UN DOLAR Y
                       )   CINCUENTA CENTAVOS ($1.50) POR
                       )   CADA CIEN DOLARES ($100) DE
                       )   VALUACION DE PROPIEDAD
                       )   IMPONIBLE DENTRO DEL DISTRITO

There will also appear on the ballots used in the election the names of the five temporary directors of the District and five blank spaces for write-in votes, as follows:

```
[    ]    Scott Storm
[    ]    Clifton Spillar
[    ]    Chester Collingsworth
[    ]    Ron Patterson
[    ]    William R. Britton
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
```

The election is being held pursuant to an order adopted by the Board of Directors of the District on March 21, 1988. Said order contains an estimate of the probable costs of the purchase and construction of the District's improvements to be paid from the proceeds of the bonds described in Measure II above, as follows:

## SUMMARY OF COST ESTIMATE

### Construction Cost:

| | | |
|---|---|---|
| 1. | Water Supply, Storage and Distribution System | $ 7,574,210.00 |
| 2. | Sewage Collection and Treatment System | $ 3,240,320.00 |
| 3. | Drainage System | $ 1,137,920.00 |
| 4. | Construction Contingencies | $ 595,108.00 |
| 5. | Investigation Plan and Engineering Work | $ 726,125.00 |
| | TOTAL CONSTRUCTION COST | $13,273,683.00 |

### Non-Construction Cost:

| | | |
|---|---|---|
| 1. | Legal and Market Attorney Fees | $ 663,300.00 |
| 2. | Fiscal Agent's Fees | $ 422,200.00 |
| 3. | Capitalized Interest | $ 4,433,100.00 |

| 4. | Bond Discount | $ 422,200.00 |
| 5. | Developer Interest | $ 1,500,000.00 |
| 6. | Organizational Expense | $ 300,000.00 |
| 7. | Cost of Issuance of Bonds | $ 125,517.00 |
| | TOTAL NON-CONSTRUCTION COST | $ 7,836,317.00 |
| | TOTAL BOND AMOUNT | $21,110,000.00 |

The place for absentee voting by personal appearance is 11408 Boulder Lane, Austin, Texas 78726. Absentee voting by personal appearance shall occur between the hours of 7:00 p.m. and 10:00 p.m. on each day from April 27, 1988 through May 3, 1988, which is not a Saturday, a Sunday or an official state holiday. The absentee voting clerk's mailing address to which ballot application and ballots to be voted by mail may be sent is 11408 Boulder Lane, Austin, Texas 78726.

#### AVISO DE ELECCION DE CONFIRMACION Y DE DIRECTORES, ELECCION DE BONOS, Y ELECCION DE IMPUESTO DE MANTENIMIENTO

Se notifica por el presente que el Distrito Municipal de Servicio Publico Northwest Austin No. 1 celebrara una eleccion el dia 7 de mayo de 1988, entre las horas de las 7:00 p.m. y las 10:00 p.m., en 11408 Boulder Lane, Austin, Texas 78726, dentro del Distrito, con el proposito de elegir a cinco directores permanentes del Distrito, cada uno de los cuales servira hasta que la proxima eleccion regular del dia 5 de mayo de 1990, y para votar sobre las siguientes medidas:

#### MEDIDA I

SERA CONFIRMADA LA CREACION DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 SEGUN LA ORDEN DE LA COMISION DE AGUAS DE TEXAS DEL DIA 16 DE MARZO DE 1988?

#### MEDIDA II

SERA AUTORIZADA LA JUNTA DIRECTIVA DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 A EMITIR LOS BONOS DE DICHO DISTRITO EN UNA O MAS EMISIONES O SERIES EN LA CANTIDAD MAXIMA DE CAPITAL TOTAL DE $21,110,000.00 CON VENCIMIENTO EN SERIE O DE OTRA MANERA EN TALES PLAZOS COMO SEAN FIJADOS POR DICHA JUNTA DIRECTIVA SOBRE UN PERIODO O PERIODOS A NO EXCEDER CUARENTA (40) AÑOS DE SU FECHA O FECHAS, LLEVANDO INTERES A CUALQUIERA TASA O TASAS, Y A VENDER DICHOS BONOS A CUALQUIER

-4-

PRECIO O PRECIOS, A CONDICION DE QUE LA TASA DE INTERES NETA EFECTIVA SOBRE CUALQUIERA EMISION O SERIE DE DICHOS BONOS NO EXCEDERA EL LIMITE LEGAL MAXIMO EN EFECTO AL TIEMPO DE EMISION DE CADA TAL EMISION O SERIE, TODO COMO SEA DETERMINADO POR EL EL JUICIO DE LA JUNTA DIRECTIVA DE DICHO DISTRITO, CON EL PROPOSITO O PROPOSITOS DE COMPRAR, CONSTRUIR, ADQUIRIR, POSEER, OPERAR, REPARAR, MEJORAR Y AMPLIAR UN SISTEMA DE ABASTECIMIENTO DE AGUAS, UN SISTEMA DE ALCANTARILLAS SANITARIAS Y UN SISTEMA DE DRENAJE Y ALCANTARILLAS PARA EL DRENAJE DE TORMENTAS DE TIERRAS DENTRO DEL DISTRITO, INCLUYENDO, PERO NO LIMITADO A, TODAS LAS ADICIONES A DICHOS SISTEMAS Y TODAS LAS OBRAS, MEJORAS, INSTALACIONES, PLANTAS DE TRATAMIENTO, EQUIPOS, APARATOS, INTERESES EN PROPIEDADES, Y DERECHOS CONTRACTUALES NECESARIOS PARA LO MISMO Y INSTALACIONES ADMINISTRATIVAS NECESARIAS EN RELACION A LO MISMO Y GASTOS DE ORGANIZACION, Y PARA EFECTUAR PARA EL PAGO DEL PRINCIPAL Y DEL INTERES SOBRE DICHOS BONOS POR EL GRAVAMEN Y RECAUDACION DE IMPUESTOS AD VALOREM SUFICIENTE SOBRE TODA PROPIEDAD IMPONIBLE DENTRO DE DICHO DISTRITO, TODO SEGUN LO AUTORIZADO POR LA CONSTITUCION Y LAS LEYES DEL ESTADO DE TEXAS?

## MEDIDA III

SERA AUTORIZADA LA JUNTA DIRECTIVA DEL DISTRITO MUNICIPAL DE SERVICIO PUBLICO NORTHWEST AUSTIN NO. 1 A GRAVAR Y RECAUDAR UN IMPUESTO DE MANTENIMIENTO A NO EXCEDER UN DOLAR Y CINCUENTA CENTAVOS ($1.50) POR CADA CIEN DOLARES ($100) DE VALUACION SOBRE TODA PROPIEDAD IMPONIBLE DENTRO DE DICHO DISTRITO PARA ASEGURAR FONDOS PARA PROPOSITOS DE MANTENIMIENTO, INCLUYENDO, PERO NO LIMITADO A, FONDOS PARA PLANEACION, MANTENIMIENTO, REPARACION Y OPERACION DE TODAS LAS OBRAS, MEJORAS, INSTALACIONES, PLANTAS, EQUIPOS Y APARATOS DE DICHO DISTRITO, Y PARA EL PAGO DE SERVICIOS APROPIADOS, HONORARIOS DE INGENIERIA Y LEGALES, Y GASTOS ADMINISTRATIVOS?

Las proposiciones apareceran en la balota en la siguiente forma:

## PROPOSICION I

| | | | | |
|---|---|---|---|---|
| [ ] | FOR | ) | THE DISTRICT |
| | A FAVOR DE | ) | |
| | | ) | |
| [ ] | AGAINST | ) | EL DISTRITO |
| | EN CONTRA DE | ) | |

<u>PROPOSICION II</u>

| | | | | |
|---|---|---|---|---|
| [ | ] | FOR<br>A FAVOR DE | )<br>)<br>)<br>)<br>) | THE ISSUANCE OF BONDS AND THE<br>LEVY OF AD VALOREM TAXES<br>ADEQUATE TO PROVIDE FOR THE<br>PAYMENT OF BONDS |
| [ | ] | AGAINST<br>EN CONTRA DE | )<br>)<br>)<br>) | LA EMISION DE BONOS Y EL<br>GRAVAMEN DE IMPUESTOS AD<br>VALOREM SUFICIENTE PARA<br>EFECTUAR PAGO DE LOS BONOS |

<u>PROPOSICION III</u>

| | | | | |
|---|---|---|---|---|
| [ | ] | FOR<br>A FAVOR DE | )<br>)<br>)<br>)<br>)<br>) | A MAINTENANCE TAX OF NOT TO<br>EXCEED ONE DOLLAR AND FIFTY<br>CENTS ($1.50) PER ONE HUNDRED<br>DOLLARS ($100) VALUATION OF<br>TAXABLE PROPERTY IN THE<br>DISTRICT |
| [ | ] | AGAINST<br>EN CONTRA DE | )<br>)<br>)<br>)<br>)<br>) | UN IMPUESTO DE MANTENIMIENTO<br>A NO EXCEDER UN DOLAR Y<br>CINCUENTA CENTAVOS ($1.50) POR<br>CADA CIEN DOLARES ($100) DE<br>VALUACION DE PROPIEDAD<br>IMPONIBLE DENTRO DEL DISTRITO |

Tambien apareceran en las balotas utilizadas en la eleccion los nombres de los cinco directores temporales del Distrito, y cinco espacios en blanco para votos por escrito, como sigue:

[    ]    Scott Storm
[    ]    Clifton Spillar
[    ]    Chester Collingsworth
[    ]    Ron Patterson
[    ]    William R. Britton
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____
[    ]    _____

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Junta Directiva del Distrito el dia 21 de marzo de 1988. Dicha orden contiene un estimacion de los costos

-6-

probables de la compra y construccion de las mejoras del Distrito a ser pagadas de los procedimientos de bonos descritos en la Medida II anterior, como sigue:

RESUMEN DE COSTO ESTIMADO

Costo de Construccion:

| | | |
|---|---|---|
| 1. | Sistema de abasteciminteo, almacenamiento y distribucion de agua | $ 7,574,210.00 |
| 2. | Sistema de coleccion y tratamiento de aguas residuales | $ 3,240,320.00 |
| 3. | Sistema de drenaje | $ 1,137,920.00 |
| 4. | Accesorios de construccion | $   595,108.00 |
| 5. | Plan de investigacion y trabajo de ingenieria | $   726,125.00 |
| | COSTO TOTAL DE CONSTRUCCION | $13,273,683.00 |

Otros Costos:

| | | |
|---|---|---|
| 1. | Honorarios legales y del abogado de venta | $   663,300.00 |
| 2. | Honorarios del agente fiscal | $   422,200.00 |
| 3. | Interes Capitalizado | $ 4,433,100.00 |
| 4. | Descuento de Bonos | $   422,200.00 |
| 5. | Interes del Contratista | $ 1,500,000.00 |
| 6. | Gastos de Organizacion | $   300,000.00 |
| 7. | Costo de emision de los bonos | $   125,517.00 |
| | TOTAL DE OTROS COSTOS | $ 7,836,317.00 |
| | SUMA TOTAL DE BONOS | $21,110,000.00 |

El lugar para la votacion absentista por comparecencia personal es 11408 Boulder Lane, Austin, Texas 78726. La votacion absentista por comparecencia personal podra realizarse dentro las 7:00 p.m. hasta las 10:00 p.m. durante cada dia a partir del dia 27 de abril de 1988, hasta el dia 3 de mayo de 1988, que no sea sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion absentista a la cual se podran enviar solicitudes para papeletas y papeletas a ser votadas por correo es 11408 Boulder Lane, Austin, Texas 78726.

3911P

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 5, 1990, between the hours of 7:00 a.m. and 7:00 p.m., at 11709 Boulder Lane, Austin, Texas, within the District, for the purpose of electing five (5) directors of the District.

There will appear on the ballots used in the election the names of the candidates for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and a blank space for each director place for a write-in vote.

The polling place will be 11709 Boulder Lane, Austin, Texas. The following named persons have been appointed officers of said election:

| | |
|---|---|
| William P. Heisler | Presiding Judge |
| Dolores J. Heisler | Alternate Presiding Judge |

The clerk for absentee voting is Emily M. Trant and the place for absentee voting by personal appearance is 11709 Boulder Lane, Austin, Texas. Absentee voting by personal appearance shall occur between the hours of 1:00 p.m. and 4:00 p.m. on each day from April 16, 1990 through May 1, 1990, which is not a Saturday, a Sunday or an official state holiday. The Absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by the Board of Directors of the District on March 6, 1990.

## AVISO DE ELECCION DE DIRECTORES

Se notifica por el presente que el Distrito Municipal Numer 1 de Servicio Publico Northwest Austin celebrara una eleccion el dia 5 de mayo de 1990, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, con el proposito de elegir a cinco (5) directores del Distrito.

Apareceran el las balotas usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las balotas no menos de cuarenta ye cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para cada lugar por voto por escrito.

La casilla electoral sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| William P. Heisler | Juez Presidente |
| Dolores J. Heisler | Juez Presidente Suplente |

El oficial de la votacion absentista es Jim Stoddart y el lugar para la votacion absentista por comparecencia personal es 11709 Boulder Lane, Austin, Texas. La votacion absentista por comparecencia personal podra realizarse entre las horas de 1:00 p.m. a 4:00 p.m. durante cada dia a partir del dia 16 de abril de 1990, hasta el dia 1 de mayo de 1990, que no sea sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion absentista a la cual se podran enviar solicitudes para balotas y balotas a ser votadas for correo es 11709 Boulder Lane, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 6 de Marzo de 1990.

290-137.3

2

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utility District No. 1 (the "District") will hold an election on May 5, 1990, between the hours of 7:00 a.m. and 7:00 p.m., at 11709 Boulder Lane, Austin, Texas, within the District, for the purpose of electing five (5) directors of the District.

There will appear on the ballots used in the election the names of the candidates for the office of director who have filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and a blank space for each director place for a write-in vote.

The polling place will be 11709 Boulder Lane, Austin, Texas. The following named persons have been appointed officers of said election:

| | |
|---|---|
| William P. Heisler | Presiding Judge |
| Dolores J. Heisler | Alternate Presiding Judge |

The clerk for absentee voting is Emily M. Trant and the place for absentee voting by personal appearance is 11709 Boulder Lane, Austin, Texas. Absentee voting by personal appearance shall occur between the hours of 1:00 p.m. and 4:00 p.m. on each day from April 16, 1990 through May 1, 1990, which is not a Saturday, a Sunday or an official state holiday. The Absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by the Board of Directors of the District on March 6, 1990.

## AVISO DE ELECCION DE DIRECTORES

Se notifica por el presente que el Distrito Municipal Numer 1 de Servicio Publico Northwest Austin celebrara una eleccion el dia 5 de mayo de 1990, entre las horas de las 7:00 a.m. y las 7:00 p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, con el proposito de elegir a cinco (5) directores del Distrito.

Apareceran el las balotas usadas en la eleccion los nombres de los candidatos para el puesto de director que han registrado aplicaciones para ques sus nombres sean impresos sobre las balotas no menos de cuarenta ye cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para cada lugar por voto por escrito.

La casilla electoral sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

William P. Heisler          Juez Presidente
Dolores J. Heisler          Juez Presidente Suplente

El oficial de la votacion absentista es Emily M. Trant y el lugar para la votacion absentista por comparecencia personal es 11709 Boulder Lane, Austin, Texas. La votacion absentista por comparecencia personal podra realizarse entre las horas de 1:00 p.m. a 4:00 p.m. durante cada dia a partir del dia 16 de abril de 1990, hasta el dia 1 de mayo de 1990, que no sea sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion absentista a la cual se podran enviar solicitudes para balotas y balotas a ser votadas for correo es 11709 Boulder Lane, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 6 de Marzo de 1990.

290-137.3

2