ORDER CANVASSING THE RETURNS AND
DECLARING THE RESULTS OF
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
MAY 4, 2002 DIRECTOR ELECTION

WHEREAS, on May 4, 2002, an election was held in Northwest Austin Municipal Utility District No. 1 (the "District") for the election of three directors for the District, each of whom will serve a four-year term; and

WHEREAS, the votes cast at the election have been counted and recorded on the official election returns, and said returns have been certified and filed with the Board of Directors by the appropriate election officials; and

WHEREAS, the returns show that the following persons received the following number of votes cast at the election:

| Alan R. Weiss | 139 |
| Paul Gunn | 74 |
| Anthony Brush | 66 |
| William C. Ferguson | 135 |
| Allen Jensen | 126 |
| Don Zimmerman | 284 |

WHEREAS, the election was called and held in all respects under and in strict conformity with the Constitutions and laws of the State of Texas and the United States of America;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1. The Board finds that the May 4, 2002 election was called and notice given in accordance with law; the election was held in all respects in conformity with law; and the returns of the election have been made by the proper officials.

Section 2. The election has resulted in the election of Don Zimmerman, Alan R. Weiss and William C. Ferguson as directors for the District, each of whom will serve for a four-year term ending after the director election to be held on May 6, 2006. Each director will enter into the duties of his office and begin to serve upon posting bond in the amount of $10,000 as required by law and upon taking the constitutional oath of office.

Section 4. A certified copy of this Order will be filed with the Texas Natural Resource Conservation Commission.

129058.1/050602

EXHIBIT B

Section 5.   The Board finds that the meeting at which this Order has been considered and adopted is open to the public as required by law, and written notice of the time, place and subject matter of the meeting, and of the proposed adoption of this Order, was given as required by Section 551, Texas Government Code. The Board of Directors confirms the written notice and the contents and posting thereof.

PASSED AND APPROVED this the 7th day of May, 2002.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

(SEAL)

By: _____
Scott Storm, President
Board of Directors

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

129058.1/050602

2

EXHIBIT B

Official Results
## NWAMUD No.1 Precinct
Precinct 333

| | | |
|---|---|---|
| Total Registered Voters | 2,276 | |
| Total registered voters in Precinct 333 | 2,276 | |

| | Early Voting | | Election Day | | Total Vote | |
|---|---|---|---|---|---|---|
| Total Ballots Cast in Precinct | 62 | | 377 | | 439 | |
| % of Total Registered Voters in Precinct | | 2.72% | | 16.56% | | 19.29% |
| % of Total Votes Cast in Precinct | | 14.12% | | 85.88% | | |

| | Early Voting | | Election Day | | Total Vote | |
|---|---|---|---|---|---|---|
| **NWAMUD NO. 1 DIRECTOR, Vote For 2** | | | | | | |
| Ed Swarthout | 33 | 35.11% | 214 | 35.61% | 247 | 35.54% |
| Karen Temborius | 47 | 50.00% | 184 | 30.62% | 231 | 33.24% |
| Oliver K. Ban | 14 | 14.89% | 203 | 33.76% | 217 | 31.22% |
| Total Votes Counted in this Race: | 94 | | 601 | | 695 | |

P_004875

Official Results
## Northwest Austin Municipal Utility District No. 1 Cumulative Report

| | | | |
|---|---|---|---|
| Total May 13, 2006 Joint General and Special Elections Registered Voters | | 3,129 | |
| Total Precincts Completed | | 2 of 2 | 100.00% |

| | Early Voting | Election Day | Total Vote |
|---|---|---|---|
| Total Ballots Cast | 78 | 417 | 495 |
| % of Total Registered Voters | 2.49% | 13.33% | 15.82% |

|  | Early Voting | | Election Day | | Total Vote | |
|---|---|---|---|---|---|---|
| **NORTHWEST AUSTIN MUD NO. 1 DIRECTOR ELECTION** | | | | | | |
| 2 of 2 Precincts Reporting | | | | | | |
| Franklin Mark Lassandro | 12 | 12.24% | 145 | 18.47% | 157 | 17.78% |
| Russell Scott Hill | 16 | 16.33% | 85 | 10.83% | 101 | 11.44% |
| William Chandler Ferguson | 27 | 27.55% | 212 | 27.01% | 239 | 27.07% |
| Robert R. Ratcliff | 24 | 24.49% | 203 | 25.86% | 227 | 25.71% |
| George A. Frederickson | 19 | 19.39% | 140 | 17.83% | 159 | 18.01% |
| Total Votes Counted in this Race: | 98 | | 785 | | 883 | |