IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY<br>DISTRICT NUMBER ONE,<br>401 W. 15th Street<br>Suite 850<br>Austin, Texas 78701,<br>        *Plaintiff,*<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530,<br>        *Defendant*. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

## ORDER

Having considered Northwest Austin Municipal Utility District Number One's Motion for Summary Judgment, the papers and evidence filed by the District in support of its summary-judgment motion, the responses and evidence filed by the Defendant and Intervenors in response to the District's summary-judgment motion, and the oral arguments of counsel, the Court is of the opinion that the District's motion should be, and it hereby is, GRANTED.

It is ORDERED that judgment is entered in favor of Northwest Austin Municipal Utility District Number One. The District is no longer subject to the preclearance requirements of Section 5 of the Voting Rights Act because it is entitled to bailout under the provisions of the Voting Rights Act. Alternatively, if the District is not entitled to bailout, the District is no longer subject to the preclearance requirements of Section 5 because the provisions of Section 5 of the Voting Rights Act requiring preclearance would be unconstitutional as applied to the District.

SIGNED and ENTERED on this ____ day of ____, 2007.

2

_____
David S. Tatel
United States Circuit Judge


_____
Paul L. Friedman
United States District Judge


_____
Emmet G. Sullivan
United States District Judge