IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

## ORDER

This matter having come before the Court upon the parties' cross Motions for Summary Judgment, and the Court having read and considered the motions, memoranda of points and authorities in support, and other materials submitted in support thereof and in opposition thereto, it is hereby:

ORDERED that the Motion for Summary Judgment of Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the American Way, Jovita Casares, Angie Garcia, and Ofelia Zapata is GRANTED, and this case is dismissed with prejudice.

It is SO ORDERED this ____ day of _____, 2007.

\_\_\_\_\_/s/_____
DAVID S. TATEL
United States Circuit Judge

\_\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

\_\_\_\_\_/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: \_\_\_\_\_, 2007

Notice to:
All Counsel of Record via this Court's ECF/CM system