# Tab C

March 6, 1990

Assistant Attorney General
Civil Rights Division
Voting Section
P.O. Box 66128
Washington, D.C.  20035-6128

SUBMISSION UNDER SECTION 5, VOTING RIGHTS ACT

Re:  Northwest Austin Municipal Utility District No. 1, of
     Travis County, Texas (the "District")

Ladies and Gentlemen:

The undersigned is the President of the Board of Directors of
the District.  This submission pursuant to Section 5, Voting Rights
Act of 1965, as amended, is made under the provisions of 28 CFR 51:
Procedures for the Administration of Section 5 of the Voting Rights
Act of 1965.

<u>Background and History.</u>

The District, a municipal utility district, was created on
April 18, 1986, by the Texas Water Commission pursuant to the
provisions of Chapter 54 of the Texas Water Code.  The District
provides water, sanitary sewer and storm drainage services to the
area within its boundaries.

The District has made two (2) prior submissions to the
Department of Justice, which is described as follows:

| <u>Date</u> | <u>Changes Affecting Voting</u> |
|------|-------------------------------|
| November 25, 1986 | Creation, polling place, and bilingual election procedures |
| March 21, 1988 | Polling place |

Please refer to said prior submissions for information regarding
previous changes affecting voting within the District.

The District has a population of approximately 129 people,
approximately 86 of whom are of voting age.  To the best of my
knowledge, there are less than zero (0) Black families in the
District and less than three (3) families with Spanish surnames,

telephone the District's counsel, Sharlene N. Collins at (512) 499-3604. Correspondence regarding this submission should be sent to the District at the following address: 2600 One American Center, 600 Congress Avenue, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made prior to the May 5, 1990, Director election.

A conference is requested in the event clearance is not anticipated or in the event such conference would be of assistance in the consideration of this request for clearances.

Very truly yours,

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Chester Collinsworth
President
Board of Directors

L290-142.3

3

printed on the ballot at least forty-five (45) days prior to the election, and a blank space for each director place for a write-on vote.

Each voter may vote for one candidate for each director place by placing an "X" in the square beside the person's name or writing the name of a person in the blank space provided.

Section 4:    The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

William P. Heisler         Presiding Judge

Dolores J. Heisler         Alternate Presiding Judge

The presiding judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2).  Absentee voting in the election by personal appearance shall begin on the 19th day preceding the election.  The clerk for absentee voting shall be 11709 Boulder Lane and the place at which absentee voting shall be conducted is 11709 Boulder Lane, Austin, Texas, within the boundaries of the District.

The absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas.  The absentee voting clerk shall keep the absentee voting place open from 1:00 p.m. to 4:00 p.m., on each day for absentee voting which is not a Saturday, a Sunday or an official state holiday.

The Presiding Judge named above shall serve as the presiding judge of the Absentee Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5:    The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code as modified by Chapter 54, Texas Water Code.

Section 6:    All qualified resident electors of the District shall be entitled to vote in the election.

Section 7:    The Secretary of the Board is hereby directed to cause notice of this election to be published in both Spanish and English once a week for two (2) consecutive weeks in a newspaper of general circulation in Travis County, Texas with the first publication to be at least fourteen (14) days before the date

## NOTICE OF DIRECTOR ELECTION

Notice is hereby given that Northwest Austin Municipal Utili[?] District No. 1 (the "District") will hold an election on May [?] 1990, between the hours of 7:00 a.m. and 7:00 p.m., at 117[?] Boulder Lane, Austin, Texas, within the District, for the purpo[?] of electing five (5) directors of the District.

There will appear on the ballots used in the election t[?] names of the candidates for the office of director who have fil[?] applications to have their names printed on the ballot at lea[?] forty-five (45) days prior to the election, and a blank space [?] each director place for a write-in vote.

The polling place will be 11709 Boulder Lane, Austin, Texas The following named persons have been appointed officers of sa[?] election:

William P. Heisler                    Presiding Judge
Dolores J. Heisler                    Alternate Presiding Judg[?]

The clerk for absentee voting is Emily M. Trant and the plac[?] for absentee voting by personal appearance is 11709 Boulder Lane, Austin, Texas. Absentee voting by personal appearance shall occu[?] between the hours of 1:00 p.m. and 4:00 p.m. on each day from Apri[?] 16, 1990 through May 1, 1990, which is not a Saturday, a Sunday o[?] an official state holiday. The Absentee voting clerk's mailin[?] address to which ballot applications and ballots to be voted b[?] mail may be sent is 11709 Boulder Lane, Austin, Texas 78726.

The election is being held pursuant to an order adopted by th[?] Board of Directors of the District on March 6, 1990.

## AVISO DE ELECCION DE DIRECTORES

Se notifica por el presente que el Distrito Municipal Nume[?] 1 de Servicio Publico Northwest Austin celebrara una eleccion e[?] dia 5 de mayo de 1990, entre las horas de las 7:00 a.m. y las 7:0[?] p.m., en 11709 Boulder Lane, Austin, Texas, dentro del Distrito, con el proposito de elegir a cinco (5) directores del Distrito.

Apareceran el las balotas usadas en la eleccion los nombre[?] de los candidatos para el puesto de director que han registrad[?] aplicaciones para ques sus nombres sean impresos sobre las balota[?] no menos de cuarenta ye cinco (45) dias antes de la eleccion, y un (1) espacio en blanco para cada lugar por voto por escrito.

La casilla electoral sera 11709 Boulder Lane, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

William P. Heisler                    Juez Presidente
Dolores J. Heisler                    Juez Presidente Suplente

**FEDERAL** **AIRBILL**

USE THIS AIRBILL FOR DOMESTIC SHIPMENTS WITHIN THE CONTINENTAL U.S.A., ALASKA AND HAWAII.
USE THE INTERNATIONAL AIR WAYBILL FOR SHIPMENTS TO PUERTO RICO.
QUESTIONS? CALL 800-238-5355 TOLL FREE.

PACKAGE TRACKING NUMBER  **1749228935**

8266N  **1749228935**

Date  4/9/90

**RECIPIENT'S COPY**

From (Your Name) Please Print
ROBERT VIDAURRI

Your Phone Number (Very Important)

To (Recipient's Name) Please Print
ASSISTANT ATTORNEY GENERAL

Recipient's Phone Number (Very Important)

Company
ARMBRUST & BROWN

Department/Floor No.

Company
CIVIL RIGHTS DIVISION VOTING SECTION

Department/Floor No.

Street Address
600 CONGRESS AVE STE 2600

Exact Street Address (We Cannot Deliver to P.O. Boxes or P.O. Zip Codes)
320 FIRST STREET NORTHWEST    ROOM 71

City  AUSTIN   State  TX   ZIP Required  78701

City  WASHINGTON   State  D.C.   ZIP Required  20001

YOUR BILLING REFERENCE INFORMATION (FIRST 24 CHARACTERS WILL APPEAR ON INVOICE)

IF HOLD FOR PICK-UP, Print FEDEX Address Here
Street Address
City    State    ZIP Required

PAYMENT  ☐ Bill Sender  ☐ Bill Recipient's FedEx Acct. No.  ☐ Bill 3rd Party FedEx Acct. No.  ☐ Bill Credit Card
☐ Cash

**SERVICES**
☐ 1 PRIORITY 1 Overnight Delivery   6 ☒ OVERNIGHT LETTER*
☐ 2 COURIER-PAK OVERNIGHT ENVELOPE*   7
☐ 3 OVERNIGHT BOX   8
☐ 4 OVERNIGHT TUBE   9
☐ 5 STANDARD AIR Delivery not later than second business day   10
*Declared Value Limit $100.

**DELIVERY AND SPECIAL HANDLING**
☐ 1 HOLD FOR PICK-UP (Fill in box at right)
☒ 2 DELIVER WEEKDAY
☐ 3 DELIVER SATURDAY (Extra charge)
☐ 4 DANGEROUS GOODS (Extra charge)
☐ 5 CONSTANT SURVEILLANCE SERVICE (CSS) (Extra charge) (Delivery subject to availability)
☐ 6 DRY ICE
☐ 7 OTHER SPECIAL SERVICE
☐ 8
☐ 9 SATURDAY PICK-UP (Extra charge)
☐ 10
☐ 11
☐ 12 HOLIDAY DELIVERY (if open) (Extra charge)

PACKAGES   WEIGHT   YOUR DECLARED VALUE   OTH. SIZE

Total   Total   Total

Received At
☐ Regular Stop
☐ On-Call Stop
☐ Drop Box   ☐ BSC   ☐ Station
FEDEX Corp. Employees

Date/Time for FEDEX Use

Emp. No.    Date
☐ Cash Received
☐ Return Shipment
☐ Third Party   ☐ Org. To Del   ☐ Org. To Hold
Street Address
City    State    Zip
Received By:
X
Date/Time Received    FedEx Emp. No.

Sender authorizes Federal Express to deliver this shipment without obtaining a delivery signature and shall indemnify and hold harmless Federal Express from any claims resulting therefrom.

Release Signature

Federal Express Use:
Base Charges
Declared Value Charges
Other 1
Other 2
Total Charges

PART #111470
REVISION DATE 7/88
PRINTED IN U.S.A. FXEM

009

© 1988 F.E.C

# Tab D

STRASBURGER & PRICE, L.L.P.

ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

2600 ONE AMERICAN CENTER
600 CONGRESS AVENUE
AUSTIN, TEXAS 78701-3288
(512) 499-3600

TELECOPIER (512) 499-3660

SHARLENE N. COLLINS
(512) 499-3604

**DALLAS**
SUITE 4300
901 MAIN STREET
DALLAS, TEXAS 75202
(214) 651-4300

**HOUSTON**
SUITE 2600
1221 McKINNEY STREET
HOUSTON, TEXAS 77010
(713) 951 8800

**MEXICO CITY**
EDIFICIO HEWLETT-PACKARD
MONTE PELVOUX NO. 111, PISO 5
LOMAS DE CHAPULTEPEC
11000 MEXICO D.F., MEXICO
011-525-202-8796

April 4, 1996

Assistant Attorney General
Civil Rights Division
Voting Section
U.S. Department of Justice
320 First Street, N.W., Rm. 816
Washington, D.C.  20534

**via FEDERAL EXPRESS**

SUBMISSION UNDER SECTION 5, VOTING RIGHTS ACT

Re:  Northwest Austin Municipal Utility District No. 1, of
     Travis County, Texas (the "District")

Ladies and Gentlemen:

The undersigned is the Attorney for the Board of Directors of
the District.  This submission pursuant to Section 5, Voting Rights
Act of 1965, as amended, is made under the provisions of 28 CFR 51:
Procedures for the Administration of Section 5 of the Voting Rights
Act of 1965.

Background and History.

The District, a municipal utility district, was created on
April 18, 1986 by the Texas Water Commission pursuant to the
provisions of Chapter 54 of the Texas Water Code.  The District
provides water, sanitary sewer and storm drainage services to the
area within its boundaries.

The District has made three (3) prior submissions to the
Department of Justice, which is described as follows:

72089.1/SPA/LAH/5259//040496

STRASBURGER & PRICE, L.L.P.

Assistant Attorney General
April 4, 1996
Page 3

the District. A copy of the Order of the Board calling the May 4, 1996 Director Election and Notice of Election are enclosed as Exhibits "A" and "B".

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District. The polling place change has not yet been enforced or administered. As stated above, by error the annexation was not submitted for review prior to the 1990 director election. There is no past or pending litigation concerning the changes or related voting practices.

Clearances Requested.

You are hereby respectfully requested to make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

     (a)  The directors election to be held by the District on May 4, 1996, as required by state law; and

     (b)  Subsequent elections to be held by the District.

Procedural Matters.

In the event that further information would be helpful or for any other reason connected with this request for clearances, please telephone the District's counsel, Sharlene N. Collins at (512) 499-3604. Correspondence regarding this submission should be sent to the District at the following address: 2600 One American Center, 600 Congress Avenue, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made prior to the May 4, 1996 director election.

## CERTIFICATE FOR ORDER

THE STATE OF TEXAS     §
                       §
COUNTY OF TRAVIS       §

The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

1.    The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 20th day of February, 1996, at 2600 One American Center, 600 Congress Avenue, Austin, Texas, and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Scott Storm | - | President |
| Chester Collinsworth | - | Vice President |
| Joe E. Ventura | - | Secretary |
| Thomas M. Mays | - | Treasurer |
| Ronald Hay | - | Assistant Secretary/Treasurer |

and all of said persons were present, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

### ORDER CALLING DIRECTOR ELECTION

was introduced for the consideration of the Board.  It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

2.    A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.



## ORDER CALLING DIRECTOR ELECTION

THE STATE OF TEXAS       §
                                §
COUNTY OF TRAVIS       §

        WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission and the establishment and creation of the District has been confirmed by the voters within the District; and

        WHEREAS, in accordance with Section 49.103 of the Texas Water Code, the election of directors is to be held in even numbered years; and

        WHEREAS, also in accordance with Section 49.103 of the Texas Water Code, an election is to be held within the District on May 4, 1996, for the election of two (2) directors who shall serve a four (4) year term; and

        WHEREAS, the Board of Directors wishes to proceed with the ordering of said election;

        NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

        Section 1:   The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

        Section 2:   An election shall be held within the District on the 4th day of May, 1996, between the hours of 7:00 a.m. and 7:00 p.m., at 9914 Barbrook Drive, Austin, Texas, within the boundaries of Northwest Municipal Utility District No. 1, at which there shall be submitted the question of the election of two (2) directors, who shall serve a four (4) year term.

        Section 3:   Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the names of all candidates for the office of director who filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least forty-five (45) days prior to the election.

Texas Election Code. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED this _30th_ day of February, 1996.

NORTHWEST AUSTIN MUNICIPAL UTILITY
DISTRICT NO. 1

By: _____
Scott Storm, President
Board of Directors

(SEAL)

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

la eleccion, y un (1) espacio en blanco para votos de escrito por cualquier candidato para el puesto de director quien ha archivado una declaracion de candidato escrito por lo menos cuarenta y cinco (45) dias antes del eleccion.

El lugar donde se hace la votacion sera 9914 Barbrook Drive, Austin, Texas. Las personas que se nombran a continuacion han sido designados oficiales de dicha eleccion:

| | |
|---|---|
| Donna Lovejoy | Juez Presidente |
| Craig Lovejoy | Juez Presidente Suplente |

El oficial de la votacion temprano es Rosalyn Peterson y Carrie Montoya, y el lugar para la votacion temprano por comparecencia personal es 9914 Barbrook Drive, Austin, Texas. La votacion temprano por comparecencia personal podra realizarse entre las horas de 9:00 a.m. a 12:00 p.m. durante cada dia a partir del dia 15 de abril de 1996, hasta el dia 30 de abril de 1996, lo cual no es sabado, domingo o un dia feriado oficial estatal. La direccion postal del oficial de la votacion temprano a la cual se podran enviar solicitudes para papeletas y papeletas por correo es 9914 Barbrook Drive, Austin, Texas 78726.

Se esta efectuando la eleccion en cumplimiento a una orden adoptada por la Mesa Directiva del Distrito el dia 20 de febrero de 1996.

# Tab E

___ Confidential          X   Not Confidential

Memorandum of Telephonic Communication

Date: 5/30/96    Attorney/Analyst: D. Shorago  File No.: 96-1732

Other Party: Sharlene Collins  Race:    Tel. No.: 512-499-3604

Title/Organization: Counsel/Northwest Austin MUD #1

Jurisdiction: Northwest Austin MUD #1

Subject: mention of annexation in submission letter


     the mention of an annexation on page three of the submission
is a typo and should not have been included

# Tab F

DLP:GS:DMS:emr
DJ 166-012-3
96-1732

June 3, 1996

Sharlene N. Collins, Esq.
Strasburger & Price
2600 One American Center
600 Congress Avenue
Austin, Texas  78701-3288

Dear Ms. Collins:

This refers to the polling place change for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  We received your submission on April 5, 1996.

The Attorney General does not interpose any objection to the specified change.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change.  See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

Deval L. Patrick
Assistant Attorney General
Civil Rights Division

By:

Elizabeth Johnson
Acting Chief, Voting Section

cc:  Public File

# Tab G

STRASBURGER & PRICE, L.L.P.

ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

2600 ONE AMERICAN CENTER
600 CONGRESS AVENUE
AUSTIN, TEXAS 78701-3288
(512) 499-3600

TELECOPIER (512) 499-3660

SHARLENE N. COLLINS
(512) 499-3608

**DALLAS**
SUITE 4300
901 MAIN STREET
DALLAS, TEXAS 75202
(214) 651-4300

**HOUSTON**
SUITE 2600
1221 McKINNEY STREET
HOUSTON, TEXAS 77010
(713) 951-5600

**MEXICO CITY**
EDIFICIO HEWLETT-PACKARD
MONTE PELVOUX NO. 111, PISO 6
LOMAS DE CHAPULTEPEC
11000 MEXICO D.F., MEXICO
011-525-202-6786

June 6, 1996

CERTIFIED MAIL,
RETURN RECEIPT REQUESTED

Chief, Civil Rights Division
Voting Section
U.S. Department of Justice
P.O. Box 66128
Washington, D.C. 20035-6128

Submission Under Section 5, Voting Rights Act

Re:  Northwest Austin Municipal Utility District No. 1, of Travis County, Texas
     (the "District")

Ladies and Gentlemen:

The undersigned is the Attorney for the District's Board of Directors.  The District makes this submission under the Voting Rights Act of 1965, Section 5, as amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the Voting Rights Act of 1965 as amended.  Before the election, the District contacted the Texas Secretary of State's office and determined that the changes addressed in this submission had been submitted for preclearance by the Texas Secretary of State shortly after each change had been enacted by the Legislature.  The District discussed the changes stated in this submission with the Department of Justice's staff recently.  Based upon that conversation, the District determined that it erred in assuming that preclearance was not needed because the Secretary of State submitted the changes.   We now understand that the District needed to make a separate submission.  Consequently, the District makes this submission and apologizes for any inconvenience its mistake may have caused.

STRASBURGER & RICE, L.L.P.

June 6, 1996
Page 3

the notice to each registered voter in the District.  The notice must also be posted on the bulletin board used for posting notices of District meetings.  Texas Election Code §4.003 is attached as Exhibit "A".  The District adopted the Order Calling May 4, 1996 Director Election and elected to post notice of the election.  A copy of the Order is attached as Exhibit "B".

Cancellation of Election

In 1995, the Texas Legislature adopted Texas Election Code §§2.051-2.054, which authorized the District to cancel an election when the candidate for each position is unopposed.  Texas Election Code §§2.051-2.054 are attached as Exhibit "C".  Before Texas Election Code §§2.051-2.054 were adopted, the law required the District to hold the election even though the candidates were unopposed.  Pursuant to the new law, the District cancelled the May 4, 1996, Director Election.  A copy of the Order Declaring Election of Unopposed Candidates and Canceling May 4, 1996 Director Election is attached as Exhibit "D".

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District.  There is no past or pending litigation concerning the changes or related voting practices.

Clearance Requested.

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

(a)    The May 4, 1996 director's election cancelled by the District as required by state law; and

(b)    Subsequent elections to be held by the District.

ELECTION CODE                    Sec. 4.003.

**Sec. 3.007. Failure to order general election.** Failure to order a general election does not affect the validity of the election.

**Sec. 3.008. Preservation of election order.** (a) The authority ordering an election shall preserve the order, proclamation, or other document ordering the election for the period for preserving the precinct election records.

(b) For an election ordered by an authority of a political subdivision, the date and nature of each election shall be entered in the official records of the political subdivision's governing body. For an election on a measure, the entry must include a description of the measure.

Period for preserving precinct election records, see Sec. 66.058.

## CHAPTER 4. NOTICE OF ELECTION

Sec. 4.001.  Notice required
Sec. 4.002.  Authority responsible for giving notice
Sec. 4.003.  Method of giving notice
Sec. 4.004.  Contents of notice
Sec. 4.005.  Record of notice
Sec. 4.006.  Failure to give notice of general election
Sec. 4.007.  Notice to election judge

**Sec. 4.001. Notice required.** Notice of each general and special election shall be given as provided by this chapter.

**Sec. 4.002. Authority responsible for giving notice.** Except as otherwise provided by law, the following authority shall give notice of an election:

(1) the county judge of each county wholly or partly in the territory covered by the election, for an election ordered by the governor;

(2) the presiding officer of the governing body of a political subdivision, for an election ordered by the presiding officer or the governing body; and

(3) the authority ordering the election, for an election ordered by any other authority.

**Sec. 4.003. Method of giving notice.** (a) Except as provided by Subsection (c), notice of an election must be given by any one or more of the following methods:

(1) by publishing the notice at least once, not earlier than the 30th day or later than the 10th day before election day:

19

# EXHIBIT A

ELECTION CODE                                    Sec. 4.005.

Location of bulletin board for posting notice. See Sec. 551.048 et seq., Government Code (Open Meetings Law), for the place for posting notice of meetings of governmental bodies.

Sec. 4.004. Contents of notice. (a) The notice of a general or special election must state:

(1) the nature and date of the election;

(2) except as provided by Subsection (c), the location of each polling place;

(3) the hours that the polls will be open; and

(4) any other information required by other law.

(b) The notice of a special election must also state each office to be filled or the proposition stating each measure to be voted on. This subsection does not apply to an election on a proposed constitutional amendment.

(c) If notice of an election is given by posting the notice in the various election precincts, the notice posted in a precinct is not required to state the location of the polling places in other precincts.

(d) If precincts are consolidated under Section 42.008, the notice must state which precincts have been combined to form each consolidated precinct in addition to the locations of the polling places in the consolidated precincts.

Notice to include the information listed in note under Sec. 3.006, on contents of election order, see sections cited in the note. However, in special election to fill vacancy, notice not required to include statement of filing deadline or nature of emergency. See note under Sec. 3.006.

Sec. 4.005. Record of notice. (a) If notice of an election is given by publication, the authority responsible for giving the notice shall retain a copy of the published notice that contains the name of the newspaper and the date of publication.

(b) For each notice posted under Section 4.003(a)(2) or (b), the person posting the notice shall make a record at the time of posting stating the date and place of posting. The person shall sign the record and deliver it to the authority responsible for giving the election notice after the last posting is made.

(c) If notice of an election is given under Section 4.003(a)(3), the authority responsible for giving the notice shall:

(1) retain a copy of the notice and enter on the copy the date or dates the mailing occurred; and

(2) prepare a list of the names and addresses of the persons to whom the notice was mailed.

21

# EXHIBIT A

Each voter may vote for none, one or two persons for director by placing an "X" in the square beside the person's or persons' names or by writing the name or names of a person or persons in the blank spaces provided.

Section 4:    The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

| | |
|---|---|
| Donna Lovejoy | Presiding Judge |
| Craig Lovejoy | Alternate Presiding Judge |

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Early voting in the election by personal appearance shall begin on April 15, 1996 and shall continue through April 30, 1996. The clerk for early voting shall be Donna Lovejoy and the place at which early voting shall be conducted is 9914 Barbrook Drive, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 9914 Barbrook Drive, Austin, Texas 78726. The Early Voting Clerk shall keep the early voting place open from 3:00 p.m. to 6:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 4, 1996 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5:    The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6:    All qualified resident electors of the District shall be entitled to vote in the election.

Section 7:    The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the

# EXHIBIT B

runoff election ballot the names of the runoff candidates and shall deliver the certification to the authority responsible for having the official ballot prepared.

Sec. 2.028. Tie vote in runoff. (a) If the candidates in a runoff election tie, they shall cast lots to determine the winner.

(b) The presiding officer of the final canvassing authority shall supervise the casting of lots under this section.

## SUBCHAPTER C. ELECTION OF UNOPPOSED CANDIDATE

Sec. 2.051. Applicability of subchapter. This subchapter applies only to an election for officers of a political subdivision other than a county in which write-in votes may be counted only for names appearing on a list of write-in candidates and in which:

(1) each candidate whose name is to appear on the ballot is unopposed; and

(2) no proposition is to appear on the ballot.

Elections using list of write-in candidates, see note under Sec. 146.001.

Sec. 2.052. Certification of unopposed status. (a) The authority responsible for having the official ballot prepared shall certify in writing that a candidate is unopposed for election to an office if:

(1) only one candidate's name is to be placed on the ballot for that office under Section 52.003; and

(2) no candidate's name is to be placed on a list of write-in candidates for that office under applicable law.

(b) The certification shall be delivered to the governing body of the political subdivision as soon as possible after the filing deadlines for placement on the ballot and list of write-in candidates.

Authority responsible for having ballot prepared, see Sec. 52.002.

Elections using list of write-in candidates, see note under Sec. 146.001.

Filing deadlines for placement on ballot, see Secs. 143.007, 143.008, 144.005, and 201.054.

Filing deadlines for placement on list of write-in candidates, see Sec. 146.054, Sec. 11.056, Education Code, and Sec. 49.101, Water Code.

Sec. 2.053. Action on certification. (a) On receipt of the certification, the governing body of the political subdivision by order or ordinance may declare each unopposed candidate elected to the office.

16

# EXHIBIT C

NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

Order Declaring Election of Unopposed Candidates
and Canceling May 4, 1996, Director Election

April 9, 1996

STATE OF TEXAS          §

COUNTY OF TRAVIS        §

Recitals

The Board of Directors ("Board") adopted an Order Calling
Director Election on February 20, 1996 ("Election").

The deadline to submit an application for a place on the
ballot for the Election was March 20, 1996.

The deadline to submit an application for write-in candidacy
for the Election was March 20, 1996.

The Secretary of the Board is the Authority Responsible for
having the Official Ballots prepared for the Election.

The Secretary of the Board submitted a Certification of
Unopposed Status of Candidates for the May 4, 1996, Director
Election, attached hereto as Exhibit "A", to the Board on April
9, 1996.

Under Section 2.053 of the Texas Election Code, if the Board
receives a Certification of Unopposed Status, it may declare each
unopposed candidate elected to office.

Therefore, the Board of Directors of Northwest Austin
Municipal Utility District No. 1 orders that:

1. The Certification of Unopposed Status of Candidates for
   the May 4, 1996 Director Election, submitted on April 9,
   1996 is valid.

2. Edward L. Swarthout and Karen Temborius are elected to
   office as Directors for Northwest Austin Municipal
   Utility District No. 1 and their terms will begin on May
   4, 1996.

3. The May 4, 1996, Director Election is canceled and will
   not be held.

4. The Secretary of the Board is directed to post a copy of
   this Order at the polling place on the election day.

73583.1/SPA/LRP/5133//040896

# EXHIBIT D

# NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

### Certification of Unopposed Status of Candidates
### for the May 4, 1996, Director Election

The undersigned, the Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1 ("District"), is the authority responsible for having the official ballots prepared for the May 4, 1996, Director Election for the District and certifies that:

1. Two (2) Directors will be elected at the May 4, 1996 Director Election.

2. The deadline for filing a ballot application was March 20, 1996, and there are only two (2) candidates on the ballot.

3. The deadline for write-in candidates was March 20, 1996, and there are no write-in candidates.

4. Edward L. Swarthout and Karen Temborius are the unopposed candidates for election as Directors of Northwest Austin Municipal Utility District No. 1.

Joe E. Ventura, Secretary
Board of Directors

THE STATE OF TEXAS §

COUNTY OF TRAVIS §

This instrument was acknowledged before me on _____, 1996, by Joe E. Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1 on behalf of said municipal utility district.

Notary Public Signature

(seal)



SHARLENE N. COLLINS
NOTARY PUBLIC
State of Texas
Comm Exp. 02-24-2000

# EXHIBIT D

# Tab H

___ Confidential     _x_  Not Confidential

### Memorandum of Telephonic Communication

Date: 6/27/96  Attorney/Analyst: C. Powers  File No.: 96-2595
                                                    96-2593
                                                    96-2594

Other Party: Sharlene N. Collins  Race:   Tel. No.: 512 499-3608

Title/Organization: Strasburger & Price

Jurisdiction: TX Northwest Austin MUD #1
              TX Circle C MUD #1
              TX Circle C MUD #2

Subject: location of posting places

    I contacted Ms. Collins and asked for the location of the
election notice posting places for the 3 jurisdictions listed
above.  She said she would find the information and call me back.
    She returned my call shortly with the three addresses.

# Tab I

DLP:DHH:CAP:emr
DJ 166-012-3
96-2595

August 1, 1996

Sharlene N. Collins, Esq.
Strasburger & Price
2600 One American Center
600 Congress Avenue
Austin, Texas  78701-3288

Dear Ms. Collins:

     This refers to the general election notice procedures and cancellation of the general election under circumstances specified in Sections 2.051 through 2.053 of the Texas Election Code for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  We received your submission on June 10, 1996.

     The Attorney General does not interpose any objection to the specified changes.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes.  See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

     We have reviewed cancellation of the general election as a recurrent practice pursuant to 28 C.F.R. 51.14.  Thus, the district need not submit future implementation of this same practice.  Only a decision to hold an election under the circumstances specified for cancellation or cancellation of an election under circumstances other than those specified in Sections 2.051 through 2.053 of the Texas Election Code would constitute a voting change subject to Section 5 review.

                              Sincerely,

                         Deval L. Patrick
                    Assistant Attorney General
                       Civil Rights Division

                    By:

                         Elizabeth Johnson
                    Acting Chief, Voting Section

cc:  Public File

# Tab J

Section 5 Submission
No. 98-1262

# ARMBRUST BROWN & DAVIS, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-4042
(512) 435-2300

TELECOPIER (512) 435-2360

SHARLENE N. COLLINS
(512) 435-2304

March 26, 1998

98 MAR 27 AM 11:46
CIVIL RIGHTS DIVISION
VOTING SECTION

## via FEDERAL EXPRESS

Chief, Civil Rights Division
Voting Section
U.S. Department of Justice
320 First Street, N.W., Room 816
Washington, D.C. 20534

### Submission Under Section 5, Voting Rights Act

Re:    Northwest Austin Municipal Utility District No. 1, of Travis County,
Texas (the "District")

Ladies and Gentlemen:

The undersigned is the Attorney for the District's Board of Directors.  The District makes this submission under the Voting Rights Act of 1965, Section 5, as amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the Voting Rights Act of 1965 as amended.

Background and History.

The District is a municipal utility district and was created on April 18, 1986 by the Texas Water Commission under the provisions of Chapter 54 of the Texas Water Code.  The District provides water, sanitary sewer and storm drainage services to the area within its boundaries.

The District has made five (5) prior submissions to the Department of Justice that are described as follows:

23543.1/032698

ARMBRUST BROWN & DAVIS, L.L.P.
March 26, 1998
Page 3

<u>Annexation</u>

On April 14, 1997, the Board of Directors' approval of the annexation of approximately one (1) acre ("Land") into the District's boundaries became effective. A copy of the District's order approving the annexation, upon completion of certain contingencies is attached hereto as <u>Exhibit "C"</u>. The land is used for commercial purpose and has no residents. A detailed map depicting the location of the annexed land is attached hereto as <u>Exhibit "D"</u>. A location map is attached hereto as <u>Exhibit "E"</u>.

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District. There is no past or pending litigation concerning the changes or related voting practices.

**Clearance Requested.**

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

    (a)    The change of polling place;
    (b)    The annexation of Land; and
    (c)    Subsequent elections to be held by the District.

**Procedural Matters.**

In the event that further information would be helpful or for any other reason connected with this request for clearance, please telephone the District's counsel, Sharlene N. Collins at (512) 435-2304. Correspondence regarding this submission should be sent to the District at the following address: 100 Congress Avenue, Suite 1300, Austin, Texas 78701.

Pursuant to 28 CFR 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made as soon as possible.

23543.1/032698

MapQuest! Interactive Atlas - Print

# MAPQUEST INTERACTIVE ATLAS



© 1997 GeoSystems Global Corp.; © 1997 NavTech

This map is from the library of (E-Mail Address: )

[ VIEW ]    [ OPTIONS ]

# EXHIBIT A

SIGNED AND SEALED the _10_ day of March, 1998.

(SEAL)

_Joe Ventura_
Joe Ventura, Secretary
Board of Directors

THE STATE OF TEXAS    §

COUNTY OF TRAVIS    §

This instrument was acknowledged before me on March _10_, 1998, by Joe Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

(SEAL)

Notary Public Signature

26055.1/030998                                    -2-

Section 4:  The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

Erin Sigler                          Presiding Judge

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2).  Early voting in the election by personal appearance shall begin on April 15, 1998 and shall continue through April 28, 1998.  The clerk for early voting shall be Erin Sigler and the place at which early voting shall be conducted is 10218 Open Gate Drive, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 10218 Open Gate Drive, Austin, Texas 78726.  The Early Voting Clerk shall keep the early voting place open from 11:00 a.m. to 7:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 2, 1998 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5:  The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6:  All qualified resident electors of the District shall be entitled to vote in the election.

Section 7:  The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the Texas Election Code.  The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

23492.1/032698

## ORDER ADDING PROPERTY TO
## NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

THE STATE OF TEXAS          §
                            §
COUNTY OF TRAVIS            §

WHEREAS, the owners of certain real property situated in Travis County, Texas (collectively the "Property") have filed petitions (the "Petitions") with the Board of Directors (the "Board") of Northwest Austin Municipal Utility District No. 1 (the "District") requesting that the Property be included in the District; and

WHEREAS, the Board has heard and considered the Petitions and has determined that adding the Property to the District is to the advantage of the District and that the water, wastewater and drainage systems and other improvements of the District are sufficient or will be sufficient to supply the Property without injuring land already in the District; and

WHEREAS, the owners of the Property have agreed to assume their respective shares of the outstanding bonds, notes and other obligations of the District and the voted but unissued tax bonds of the District and have authorized the Board to levy a tax on the Property in each year while any of the bonds, notes, or other obligations payable in whole or in part from taxation are outstanding, to pay their share of indebtedness and to tax the Property for purposes of funding operation and maintenance of the District; and

WHEREAS, the Property described in the legal description attached hereto as Exhibit "A" constitutes the same properties described in the Petitions, as reflected in each Petition to Include Property Within Northwest Austin Municipal Utility District No. 1 (the "Petitions") and such legal descriptions have been certified to the Board as true and correct descriptions of the Property;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 AS FOLLOWS:

Section 1.    The matters set forth in the Preamble to this Order are found to be true and correct.

Section 2.    The Petitions are hereby granted, and the properties described in Exhibit "A", attached hereto and incorporated by reference is hereby added to the District contingent upon approval of the City of Austin, written agreement of petitioners to pay costs of the revision of the District's boundary map and written agreement of the petitioners to pay wastewater tap fees.

EXHIBIT C

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

97002.1/SPA/LRP/1097//121996

12934    1911

## EXHIBIT "A"

Lots 8 and 9, Block A, 620 Oaks, Section Two, as shown on the plat filed of record at Volume 77, Page 355 of the Plat Records of Travis County, Texas.

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934   1913

**PART 4.** This ordinance takes effect on March 17, 1997.

**PASSED AND APPROVED**

_____ March 6 _____, 1997.    §
                                      §
                                      §    _____
                                                Bruce Todd
                                                 Mayor

APPROVED: _____    ATTEST: _____
            Andrew Martin                  James E. Aldridge
            City Attorney                    City Clerk

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934   1915

THE STATE OF TEXAS §

COUNTY OF TRAVIS §

    I, Barbara A. Bell, Associate City Clerk of the City of Austin, Texas, do hereby certify that the foregoing instrument is a true and correct copy of Ordinance No. 970306-R , consisting of 3 page(s), passed by the City Council of Austin, Texas, at a regular meeting on the 6th day of March , 1997 , as on file in the City Clerk's Office this 11th day of April , 1997 .

*Barbara Bell*

BARBARA A. BELL

ASSOCIATE CITY CLERK, CITY OF AUSTIN, TEXAS

FILED

97 MAY 14 AM 10: 45

CITY OF AUSTIN
TRAVIS COUNTY, TEXAS

STATE OF TEXAS    COUNTY OF TRAVIS
I hereby certify that this instrument was FILED on
the date and at the time stamped hereon by me; and
was duly RECORDED, in the Volume and Page of the
named RECORDS of Travis County, Texas, on

MAY 14 1997



COUNTY CLERK
TRAVIS COUNTY, TEXAS

RECEIPT#: A00071813  TRANS#: A9556  DEPT: REGULAR RECORD  $25.00
CASHIER: BAHED  FILE DATE: 5/14/97  TRANS DATE: 5/14/97
PAID BY: CHECK# 1093

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934    1917

SIGNED AND SEALED the __31__ day of December, 1996.

(SEAL)

Joe Ventura, Secretary
Board of Directors

THE STATE OF TEXAS    §

COUNTY OF TRAVIS    §

This instrument was acknowledged before me on _December 31_, 1996 by Joe Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

(SEAL)

Notary Public Signature

SHARLENE N. COLLINS
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-24-2000

REAL PROPERTY RECORDS
TRAVIS COUNTY, TEXAS

12934    1910



NORTHWEST AUSTIN
M.U.D. NO. 1

VICINITY MAP

FEBRUARY, 1988

EXHIBIT E

# Tab K

EJ:DHH:RJD:jng
DJ 166-012-3
98-1264


May 19, 1998


Sharlene N. Collins, Esq.
Armbrust Brown & Davis
100 Congress Avenue, Suite 1300
Austin, Texas 78701-4042

Dear Ms. Collins:

    This refers to the annexation (adopted April 14, 1997) and
the polling place change for Northwest Austin Municipal Utility
District No. 1 in Travis County, Texas, submitted to the Attorney
General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C.
1973c.  We received your submission on March 27, 1998.

    The Attorney General does not interpose any objection to the
specified changes.  However, we note that Section 5 expressly
provides that the failure of the Attorney General to object does
not bar subsequent litigation to enjoin the enforcement of the
changes.  See the Procedures for the Administration of Section 5
(28 C.F.R. 51.41).

                              Sincerely,


                              Elizabeth Johnson
                              Chief, Voting Section


cc:  Public File