# Tab L

# ARMBRUST & BROWN, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
(512) 435-2300

TELECOPIER (512) 435-2300

SECTION 5 SUBMISSION

NO. *2002-1980*

## TELECOPY COVER SHEET

Date: March 21, 2002

## PLEASE DELIVER THE FOLLOWING TELECOPY TO:

Name: Assistant Attorney General
Chief, Voting Section - Civil Rights Division

Company: U.S. Department of Justice

Telecopy No.: (202) 305-4719

Sender: Sharlene Collins

Client Matter No.: 61742.0102

Verification No: (800) 253-3931

Total Number of Pages: 9
(including cover)

Telephone No.: (512) 435-2304

Please call immediately if the telecopy you receive is incomplete or illegible. Our telephone number is (512) 435-2300.

MESSAGE:

### SUBMISSION UNDER SECTION 5, VOTING RIGHTS ACT

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT), AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

125683.1/032002

ARMBRUST & BROWN, L.L.P.
March 27, 2002
Page 2

| Date | Changes Affecting Voting |
|---|---|
| November 25, 1986 | Creation, Polling Place, Bilingual Election Procedure |
| March 21, 1988 | Polling Place |
| March 6, 1990 | Polling Place |
| April 4, 1996 | Polling Place |
| June 6, 1996 | Notice of Election and Cancellation of Election |
| March 26, 1998 | Annexation and Polling Place |

Please refer to the prior submissions for information regarding previous changes affecting voting within the District.

The District has a population of approximately 5,400 people, approximately one-half of whom are of voting age. To the best of my knowledge, there are less than 2.5% African-American families in the District and less than 5% families with Spanish surnames, none of whom would be considered language minorities. Population figures and the percentage of families with Spanish surnames were obtained from the general manager of the District who maintains names and numbers of occupied residences within the District. The percentage of African-American families within the District is an estimate made by the general manager.

**Changes Affecting Voting**

Polling Place

The District's prior polling place was located at 10218 Open Gate Drive. The location was a private residence and is no longer available. The proposed new polling place is one-quarter mile from the prior location. A map showing both locations is attached for your review as Exhibit "A". The designation of the polling place was made by the Board of Directors. A copy of the Order Calling Election is attached as Exhibit "B".

The above are the only "changes affecting voting" as defined in 28 CFR 51.2 relating to the District. There is no past or pending litigation concerning the changes or related voting practices.

**Clearance Requested.**

The District respectfully requests that you make an executive determination that denial or abridgement of the right to vote on account of race or color or in contravention of the guarantees set forth in Section 4(f)(2) of P.L. 89-110 as amended by P.L. 94-73 was not the purpose and is not the effect of such changes as they relate to:

    (a)    The change of polling place; and

126297.1/032702

03-27-02    10:30am    From-Armbrust & Brown L.L.P.    512 435 2360    T-911  P.005/009  F-431

# ☰MAPQUEST☰

< Back

<div style="float:right">SEND TO</div>

**FROM:**

10218 Open Gate Dr
Austin, TX
78726 US

**Total Distance: 0.25 miles**

**TO:**

10741 Chestnut Ridge Rd
Austin, TX
78726 US

**Total Estimated Time: 1 minute**

**DIRECTIONS**

**DISTANCE**

**1:** Start out going Northeast on OPEN GATE DR towards UTICA LN by turning left.    0.12 miles
**2:** Turn LEFT onto UTICA LN.    0.06 miles
**3:** Turn RIGHT onto CHESTNUT RIDGE RD.    0.08 miles

**Total Estimated Time:**    **Total Distan**
**1 minute**    0.25 miles





**DESTINATION:**

10741 Chestnut Ridge Rd
Austin, TX
78726 US

©2002 MapQuest.com, Inc.; ©2002 Navigation
Technologies

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.





Privacy Policy & Legal Notices
© 2002 MapQuest.com, Inc. All rights reserved.

http://www.mapquest.com/directions/m    EXHIBIT A    =i8rr6UmMevNg4pghGS`... 3/20/2002

SIGNED AND SEALED the 12th day of March, 2002.

(SEAL)

_Joe Ventura_

Joe Ventura, Secretary
Board of Directors

THE STATE OF TEXAS        §

COUNTY OF TRAVIS        §

This instrument was acknowledged before me on _March 12_, 2002 by Joe Ventura, Secretary of the Board of Directors of Northwest Austin Municipal Utility District No. 1, on behalf of said District.

Notary Public Signature

(Seal)

SHARLENE N. COLLINS
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-24-2004

125684.1/031102                    -2-

John Stueber        Presiding Judge

Mary Stueber       Alternate Presiding Judge

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Early voting in the election by personal appearance shall begin on April 17, 2002 and shall continue through April 30, 2002. The clerk for early voting shall be Mary Stueber and the place at which early voting shall be conducted is 10741 Chestnut Ridge Road, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 10741 Chestnut Ridge Road, Austin, Texas. The Early Voting Clerk shall keep the early voting place open from 11:00 a.m. to 7:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 4, 2002 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5: The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6: All qualified resident electors of the District shall be entitled to vote in the election.

Section 7: The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the Texas Election Code. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED this 12th day of March, 2002.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Scott Storm, President
Board of Directors

(SEAL)

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

125457.1/031102           2

# Tab M

JDR:JBG:JEC:nj
DJ 166-012-3
2002-1980

May 24, 2002

Sharlene N. Collins, Esq.
Armbrust & Brown
100 Congress Avenue, Suite 1300
Austin, Texas  78701-2744

Dear Ms. Collins:

This refers to the polling place change for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  We received your submission on March 27, 2002.

The Attorney General does not interpose any objection to the specified change.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change.  See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

Joseph D. Rich
Chief, Voting Section

cc:  Public File

# Tab N

SECTION 5 SUBMISSION
NO. 2004-0946

## POTTS & REILLY, L.L.P.
ATTORNEYS AND COUNSELORS
401 WEST 15TH STREET, SUITE 850
AUSTIN, TEXAS 78701-1665

Kerrie Jo Qualtrough
E-MAIL: qualtrough@pottsreilly.com

TELEPHONE: (512) 469-7474
FAX: (512) 469-7480
WEB: www.pottsreilly.com

February 26, 2004

**ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT-PRIVILEGED & CONFIDENTIAL**
**DO NOT DISCLOSE CONTENTS WITHOUT ADVICE OF COUNSEL & PROPER AUTHORIZATION**

**Submission Under Section 5, Voting Rights Act**

**Via Federal Express**
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
U.S. Department of Justice
1800 G Street, N.W..
Washington, D.C. 20006

    **Re:**    **Submission Under Section 5, Voting Rights Act; Northwest Austin Municipal Utility District No. 1, of Travis County, Texas**

Ladies and Gentlemen:

    The undersigned is the Attorney for the Northwest Austin Municipal Utility District No. 1 (the District). The District makes this submission under the Voting Rights Act of 1965, Section 5, as amended, and Title 28 CFR 51: Procedures for the Administration of Section 5 of the Voting Rights Act of 1965 as amended.

1.    **Background and History.**

    The District is a municipal utility district and was created in March of 1988 by the Texas Water Commission under the provisions of Chapter 54 of the Texas Water Code. At that time, the District provided water, sanitary sewer, and storm drainage services to the area within its boundaries. However, those services are now provided by the City of Austin. The District's current functions include the payment of existing bonds and contracts and maintenance of the common areas within the District. All District officers are residents of the District as required by law.

    The District boundaries are essentially the same as the boundaries of the Canyon Creek subdivision located in northwest Travis County, Texas. Canyon Creek can be described as primarily an upscale subdivision of large, single family homes. There is one elementary school within Canyon

- 1 -

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 3

---

**2.     Changes Affecting Voting**

There is no past or pending litigation concerning the District's changes or voting practices.

**A.     Joint Election Agreement with Travis County.**

On February 19, 2004, the Board approved and entered into the attached Joint Election Agreement with Travis County, a Texas county and political subdivision. (Att. 1). Texas election laws allow for joint elections to be held under certain circumstances. A joint election with another political subdivision may be held if the elections are to be held on the same day, in all or part of the same territory, and when the election precinct can be served by a common polling place. TEX. ELEC. CODE § 271.002. The participating political subdivisions must execute an agreement to hold a joint election. The terms of the agreement must allocate expenses and be stated in an order, resolution, or other official action adopted by the governing body of each of the participating political subdivisions. *Id.* §§ 271.002(d-e) & 271.0004. As required, the District requests that the attached joint election agreement be precleared.

**(1).     Election Day Polling Place**

Under this agreement, the polling place for the District will be the Canyon Creek Elementary School located within the District. This school is the polling place for Travis County's precinct 333 and the District is located completely within this precinct.

Canyon Creek Elementary School is a far superior polling place than the private residence that was used in the District's 2002 election. The location of the school is well known to the registered voters of the District. Also, in the 2002 election, a voter had to travel to the precinct 333 polling place <u>and</u> the private residence in order to vote in all races for which he was eligible.

Now, a voter can go to one location and use one ballot to vote in all elections for all jurisdictions. Therefore, this will cut down on the voter confusion and inconvenience that can occur when a voter must travel to more than one polling place to fill out more than one ballot for each separate jurisdiction in which they are entitled to vote. Furthermore, Travis County has the financial ability and economies of scale to use electronic ballots instead of the paper ballots used by the District in the past.

Chief Voting Section
Civil Rights Division
U.S. Department of Justice
February 26, 2004
Page 5
_____

effect of such changes as they relate to (a) the joint election agreement with Travis County; (b) the May 15, 2004 polling place; (c) the early voting location; and (d) the electronic ballot.

**4.     Procedural Matters.**

In the event that further information would be helpful or for any reason connected with this request for preclearance, please telephone the District's counsel, Kerrie Jo Qualtrough, Potts & Reilly, L.L.P. at (512) 469-7474. Correspondence regarding this submission should be sent to the District at the following address:

   Kerrie Jo Qualtrough
   Potts & Reilly, L.L.P.
   401 W. 15th, Suite 850
   Austin, Texas 78701

Pursuant to 28 CFR § 51.34, the District further requests that this submission be given expedited consideration in order that the executive determination requested above be made as soon as possible. The District also requests a conference in the event clearance is not anticipated or in the event a conference would assist in the consideration of this request for preclearance.

                    Sincerely,

                    Kerrie Jo Qualtrough
                    Attorney for the District

Enclosures

L:\Clients\NWAMudNo.1\Elections\DOJ-submission-final.wpd

- 5 -

## II.    Election Officer

The Entities hereby appoint the Honorable Dana DeBeauvoir, Travis County Clerk, as the Joint Election Officer to perform or supervise the performance of the duties and responsibilities of Travis County involved in conducting the Joint Election covered by this Agreement.

## III.    Early Voting

The Entities agree to conduct their early voting jointly.  Early voting for the Entities shall be conducted at the dates and times required by law and at the locations shown on Exhibit "B" to this Agreement.

### A.    County Responsibilities

1.    The Regular Early Voting Clerk for the County, The Honorable Dana DeBeauvoir, shall also serve as the Joint Early Voting Clerk for the election.  The Joint Early Voting Clerk will be responsible for the conduct of early voting by mail and by personal appearance for all Travis County voters voting in the Joint Election.  The Joint Early Voting Clerk shall receive from the District's Regular Early Voting Clerk applications for early voting ballots to be voted by mail in accordance with Title 7 of the Texas Election Code.  The Joint Early Voting Clerk shall send early voting ballots by mail and receive early voting ballots for early voting by mail.  The Joint Early Voting Clerk shall have authority to appoint such deputy early voting clerks as may be necessary to assist the Joint Early Voting Clerk with voting to take place at the early voting locations

2.    The County will determine the number of election workers to hire to conduct early voting in the Joint Election.  The Joint Election Officer will arrange or contract for training for all election workers  and will assign all election workers employed for early voting in the Joint Election.  The training of said election workers is mandatory; these individuals will be compensated for their time in training.  The County will provide a training facility where election schools will be conducted to train election workers employed in the conduct of early voting, including the mobile early voting program, early voting by personal appearance at main and temporary branch early voting polling places, early voting by mail, and other aspects of the early voting program for the Joint Election.  The County will name early voting deputies and clerks employed in the conduct of early voting.

3.    The County will provide and deliver all supplies and equipment necessary to conduct early voting for the Joint Election, including but not limited to ballots, election forms, any necessary ramps, utility hook-ups, signs, registration lists and ballot boxes, to early voting polling places.  The County will designate and confirm all early voting polling place locations.

4.    The County will be responsible for the preparation and transportation of the electronic voting equipment necessary to conduct early voting.  The County shall perform all tests of voting equipment as required, including but not limited to posting notice of equipment testing.

## IV.     Election Day

The District is completely within Travis County Precinct 333.   The election day polling location for Precinct 333 is the Canyon Creek Elementary School located within the District.

### A.     County Responsibilities

1.     The County shall designate and confirm that the Precinct 333 polling place is the Canyon Creek Elementary School for the Joint Election held on May 15, 2004.

2.     The County shall appoint the Presiding Election Judge and the Alternate Presiding Election Judge to administer the election in the precinct in which a common polling place is to be used.  The Presiding Election Judge and Alternate Presiding Election Judge shall be qualified voters of the Travis County Election Precinct in which the joint election is held.  The Presiding Election Judge for the precinct in which a common polling place is used may appoint election clerks as necessary to assist the judge in the conduct of the election at the precinct polling place.  The Alternate Presiding Election Judge may be appointed as a clerk.  The Alternate Presiding Election Judge may serve as the Presiding Election Judge for the precinct in the absence of the Presiding Election Judge.  Election Judges and clerks shall be compensated at the rate established hereafter by the County. Compensable hours shall be determined in accordance with provisions of the Texas Election Code, as amended and other applicable laws.

3.     One set of election officials shall preside over the election in the precinct in which a common polling place is used.  A single joint voter sign-in process consisting of a common list of registered voters, and common signature rosters shall be used in the precinct in which a common polling place is used.  A single, combined ballot and single ballot box will be used.  The officer designated by law to be the custodian of the voted ballots for the County shall be custodian of all materials used in common in the precinct where a common polling place is used.  The County shall use an electronic voting system, as defined and described in Title 8 of the Texas Election Code and agrees to use ballots that are compatible with such equipment.

4.     The County will arrange for training and will provide the instructors, manuals and other training materials deemed necessary for training all judges and clerks.  Training for Election Judges and Alternate Judges is mandatory; and these individuals will be compensated for their time in training.

5.     The County will arrange for Election Day voter registration precinct lists for the Joint Election.  The County will determine the quantities of election supplies needed for Election Day voting.

6.     The County, by and through the County Clerk's Elections Division, and Administrative Operations, will be responsible for the preparation and transportation of voting equipment and Election Day supplies for use on Election Day.

87613-1  064.000

4

3.    The County will appoint the Presiding Judge and Alternate Presiding Judge of the Central Counting Station to maintain order at the Central Counting Station, to administer oaths as necessary, to receive sealed ballot boxes, and to perform such other duties required by the Texas Election Code. These individuals shall be those hereafter appointed by the County to serve as Presiding and Alternate Judge of the Central Counting Station. The Presiding Judge of the Central Counting Station may appoint clerks to serve at the Central Counting Station. In addition, the County shall appoint a Tabulation Supervisor to be in charge of the operation of the automatic tabulating equipment at the Central Counting Station; an individual to serve as Central Counting Station Manager and an Assistant Counting Station Manager to be in charge of the overall administration of the Central Counting Station and the general supervision of the personnel working at the Central Counting Station. These individuals shall be those hereafter appointed by the County to serve as Tabulation Supervisor, Central Counting Station Manager and Assistant Counting Station Manager.

A.    The District's Responsibilities

1.    The District has no role or responsibility on the night of the election.

VI.    **County Resources**

1.    The County shall provide the Elections Division permanent staff and offices to administer the Joint Election, under the direction of the Travis County Clerk, Dana DeBeauvoir.

2.    For early voting, the County will provide a locked and secure area in which voted ballot boxes will be stored until the Early Voting Ballot Board convenes. The County, by and through Administrative Operations, will provide transportation of such ballot boxes to the Central Counting Station for the Early Voting Ballot Board.

3.    The County will be responsible for providing and maintaining voting equipment and testing any voting equipment as required by the Texas Election Code.

4.    The County will process the payroll for all temporary staff hired to conduct the Joint Election. The payroll processing includes statutory reporting and providing the W-2 forms where applicable.

5.    The County will conduct early voting as indicated in this Agreement.

VII.    **Joint Election Costs; Payment**

1.    After March 15, 2004, in the event the District's general election is not cancelled pursuant to state law, the District will transmit to the County a check in the amount of $ 705, made payable to Travis County. This represents approximately 75% of the costs of District's share of the election. The Joint Election expenses, including administrative costs, for the District is expected to be $ 940. The County shall submit an invoice to the District for the balance of the District's actual Joint Election expenses upon completion of the election. Joint Election expenses include, but are not limited to, expenses for facilities, personnel, supplies, and training actually incurred by the County

87613-1  064.000                                                                                           6

## IX.   Miscellaneous Provisions

### A.   Amendment/Modification

Except as otherwise provided, this Agreement may not be amended, modified, or changed in any respect whatsoever, except by a further Agreement in writing, duly executed by the parties hereto. No official, representative, agent or employee of the County has any authority to modify this Agreement except pursuant to such expressed authorization as may be granted by the Commissioners Court of Travis County, Texas.   No official, representative, agent or employee of the District has any authority to modify this Agreement except pursuant to such expressed authorization as may be granted by the Board of Directors of the District.  Dana DeBeauvoir, Travis County Clerk, may make necessary amendments or modifications to this Agreement in writing in order to conduct the Joint Election smoothly and efficiently, except that any changes to the joint election costs must be approved by the Commissioners Court of the County and the Board of Directors of the District.

### B.   Notice

Any notice to be given hereunder by either party to the other shall be in writing and may be effected by personal delivery in writing or certified mail, return receipt requested, when mailed to the proper party, at the following addresses:

Northwest Austin Municipal Utility Dist. No. 1      Travis County
c/o Potts & Reilly, L.L.P.                          c/o Hon. Dana DeBeauvoir, County Clerk
401 W. 15th Street, Suite 850                       1000 Guadalupe Street, Room 222
Austin, Texas 78701                                 Austin, Texas 78701

Each party may change the address for notice to it by giving notice of such change in accordance with the provisions of this Section.

### C.   Force Majeure

In the event that the performance by the County of any of its obligations or undertakings hereunder shall be interrupted or delayed by any occurrence not occasioned by its own conduct, whether such occurrence be an act of God or the result of war, riot, civil commotion, sovereign conduct, or the act or condition of any persons not a party or in privity thereof, then it shall be excused from such performance for such period of time as is reasonably necessary after such occurrence to remedy the effects thereof.

J.    Third Party Beneficiaries

Except as otherwise provided herein, nothing in this Agreement, expressed or implied, is intended to confer upon any person, other than the parties hereto, any benefits, rights or remedies under or by reason of this Agreement.

K.    Other Joint Election Agreements

The County and District expressly understand and acknowledge that the County and District may enter into other Joint Election Agreements with other jurisdictions, to be held on Election Day and at common polling places covered by this Agreement.

L.    Mediation

When mediation is acceptable to both parties in resolving a dispute arising under this Agreement, the parties agree to use the Dispute Resolution Center of Austin, Texas as the provider of mediators for mediation as described in the TEX. CIV. PRAC. & REM. CODE, Section 154.023. Unless both parties are satisfied with the result of the mediation, the mediation will not constitute a final and binding resolution of the dispute. All communications within the scope of the mediation shall remain confidential as described in TEX. CIV. PRAC. & REM. CODE, Section 154.073, unless both parties agree, in writing, to waive the confidentiality.

IN TESTIMONY WHEREOF, this Agreement is executed in duplicate on this ___ day of ___, 2004.

**TRAVIS COUNTY**

BY:    _____
       Samuel T. Biscoe
       County Judge


BY:    _____
       Dana DeBeauvoir
       County Clerk

10

**EXHIBIT A**

**Map**

12

**EXHIBIT B**

**Travis County Early Voting Locations**

## CERTIFICATE FOR ORDER

STATE OF TEXAS            §
                         §
COUNTY OF TRAVIS         §

      The undersigned officer of the Board of Directors of Northwest Austin Municipal Utility District No. 1 hereby certifies as follows:

      1.     The Board of Directors of Northwest Austin Municipal Utility District No. 1 convened in regular session on the 19th day of February, 2004, at Peace Lutheran Church, 10625 North F.M. 620, Austin, Texas and the roll was called of the duly-constituted officers and members of the Board, to wit:

| | | |
|---|---|---|
| Don Zimmerman | - | President |
| William C. Ferguson | - | Vice President |
| Karen Temborius | - | Secretary |
| Edward L. Swarthout | - | Treasurer |
| George Frederickson | - | Director |

all of said persons were present, thus constituting a quorum. Whereupon, among other business, the following was transacted at the meeting: an

## ORDER CALLING DIRECTOR ELECTION

was introduced for the consideration of the Board. It was then duly moved and seconded that the Order be adopted, and, after due discussion, the motion prevailed and carried by majority of the Board.

      2.     A true, full and correct copy of the Order adopted at the meeting described in the above paragraph is attached to this certificate; the Order has been duly recorded in the Board's minutes of the meeting; the persons named in the above and foregoing paragraph are the duly chosen, qualified and acting officers and members of the Board as indicated therein; each of the officers and members of the Board was duly and sufficiently notified officially and personally, in advance, of the time, place and purpose of the aforesaid meeting and that the Order would be introduced and considered for adoption at the meeting, and each of the officers and members consented, in advance, to the holding of the meeting for such purpose; the meeting was open to the public as required by law; and public notice of the time, place and subject of the meeting was given as required by Chapter 551 of the Government Code.

## ORDER OF ELECTION FOR

## NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1

An election is hereby ordered to be held on May 15, 2004 for the purpose of electing District directors for Northwest Austin Municipal Utility District No. 1. The polling location is Canyon Creek Elementary School, 10210 Ember Glen Drive, Austin, Texas 78726.

Early voting by personal appearance will be conducted at H-E-B Four Points, 7301 FM 620 North (temp building in parking lot), Monday through Saturday, 7:00 a.m. to 7:00 p.m. and Sunday, noon to 6:00 p.m. beginning on Wednesday, April 28, 2004 and ending on Tuesday, May 11, 2004.

Applications for ballot by mail shall be mailed to:

> Marilyn Wahl
> c/o Potts & Reilly, L.L.P.
> 401 W. 15th Street, Suite 850
> Austin, TX                    78701

Applications for ballot by mail must be received no later than the close of business on Tuesday, May 7, 2004.

In addition to the early voting at the HEB Four Points, a voter may also vote at the following

early voting locations and hours:

| CENTRAL | DATE | HOURS |
|---|---|---|
| Travis County Airport Blvd. Offices<br>5501 Airport Boulevard (Main) | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Travis County Courthouse<br>1000 Guadalupe, 1st Floor | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Fiesta Mart<br>3909 North IH-35 @ Delwood | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| University of Texas<br>UGL Lobby West Mall, UT Campus | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Highland Business Center<br>5930 Middle Fiskville Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **EAST** | **DATE** | **HOURS** |
|---|---|---|
| H-E-B East 7th<br>2701 E. 7th Street (temp building in parking lot) | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Springdale Shopping Center (Primary Health Clinic)<br>7112 Ed Bluestein Boulevard, Suite 155 | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| ACC Eastview<br>3401 Webberville Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

| **WEST** | **DATE** | **HOURS** |
|---|---|---|
| Randall's Bee Caves<br>3300 Bee Caves Road | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |
| Randall's Lakeway<br>2303 RR 620 South | 4/28 - 5/11 | M-S: 7:00-7:00<br>Sun: Noon-6:00 |

Issued this the  19th  day of  February , 2004 .

Don Zimmerman
President

Signature of Presiding Officer

William C. Ferguson
Member

Edward Swarthout
Member

George Frederickson
Member

Karen Temborius
Member

| | | |
|---|---|---|
| ACC Rio Grande<br>1212 Rio Grande | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| NORTE | FECHA | HORAS |
| Highland Mall<br>6001 Airport, Lower Level by JC Penney's | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| ACC Northridge<br>11928 Stonehollow Drive | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Northcross Mall<br>2525 West Anderson Lane | 4/28 - 5/11 | L-S: 10:00-9:00<br>Dom: Mediodía-6:00 |
| NORESTE | FECHA | HORAS |
| Albertson's North Lamar<br>11331 North Lamar & Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Pflugerville<br>1601 West Pecan Street | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| NOROESTE | FECHA | HORAS |
| Randall's Research<br>10900-D Research Boulevard @ Braker Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| ACC Cypress Creek<br>1555 Cypress Creek Road | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| SUR | FECHA | HORAS |
| HEB South Congress<br>2400 South Congress (temp building in parking lot) | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Randall's Ben White<br>2025 West Ben white @ Manchaca | 4/28 - 5/11 | L-S: 7:00-7:00 |
| SURESTE | FECHA | HORAS<br>Dom: Mediodía-6:00 |
| ACC Riverside<br>1020 Grove Boulevard | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Albertson's Stassney<br>5510 South I-35 @ Stassney Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| SUROESTE | FECHA | HORAS |
| Randall's South Mopac<br>6600 South Mopac @ William Cannon | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |
| Home Depot<br>1200 Home Depot Boulevard @ Brodie Lane | 4/28 - 5/11 | L-S: 7:00-7:00<br>Dom: Mediodía-6:00 |

FedEx | Ship Manager | Label 7917 8329 8677                    https://www.fedex.com/cgi-bin/ship_it/unity/2IjRy2CcY...

From: POTTS & REILLY, L.L.P (512)469-7474

401 W. 15TH STREET, SUITE B50

AUSTIN, TX, 78701

REVENUE BARCODE



To: Chief, Voting Section, Civil Rights (202)353-1555
U.S. Department of Justice
Room 7254-NWB
1800 G. Street, N.W.
Washington, DC, 20006

SHIP DATE: 26FEB04
WEIGHT: 1 LBS

Ref: NWA MUD

DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7917 8329 8677  FORM 0201

FedEx   PRIORITY OVERNIGHT

FRI
A1
Deliver by:
27FEB04

20006-DC-US    XC BZSA
IAD

# Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

1 of 1                                                                    2/26/2004 11:58 AM

# Tab O

_ Confidential         _ Not Confidential

## Memorandum of Telephonic Communication

**Date:** 3/18/2004  **Attorney/Analyst:** S.Celandine  **File No.:** 2004-0946

**Other Party:** Kerrie Jo Qualtrough  **Race:**        **Tel. No.:** 512/469-7474

**Title/Organization:** Submitting attorney

**Jurisdiction:** Northwest Austin MUD No. 1 in Travis County, TX

**Subject:** Joint election


The county is conducting the election for the district.  The district will use the county's early voting locations.  The polling place change was made by the district.  The election will be a regular directors election.

# Tab P



U.S. Department of Justice

Civil Rights Division

JDR:MSR:SMC:tgf
DJ 166-012-3
2004-0946

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

April 8, 2004

Kerrie Jo Qualtrough, Esq.
Potts & Reilly
401 West 15th Street, Suite 850
Austin, Texas 78701-1665

Dear Ms. Qualtrough:

    This refers to the polling place change, and the May 15 2004, joint election procedures with Travis County, including the use of the county's early voting locations and hours and voting method, for Northwest Austin Municipal Utility District No. 1 in Travis County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on February 27, 2004.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. See Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41 and 51.43).

                    Sincerely,

                    Joseph D. Rich
                    Chief, Voting Section