IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, <br><br> *Plaintiff,* <br><br> vs. <br><br> ALBERTO GONZALES, <br> Attorney General of the United States <br><br> *Defendant.* | § § § § § § § § § § § § | Civil Action No. 1:06-1384 <br> (DST, PLF, EGS) |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT-INTERVENORS LISA DIAZ, DAVID DIAZ, AND GABRIEL DIAZ

Now come Defendant-Intervenors, Lisa Diaz, David Diaz and Gabriel Diaz ("Diaz Intervenors") and move this Court for summary judgment pursuant to FED. R. CIV. P. 56 on the ground that there is no genuine issue of material fact, and Defendant-Intervenors are entitled to judgment as a matter of law.

In support of this Motion, Diaz Defendant-Intervenors refer the Court to their Memorandum in Support of Motion for Summary Judgment; the Declaration of Nina Perales in Support of Motion for Summary Judgment of Defendant-Intervenors Lisa Diaz, David Diaz, and Gabriel Diaz; Defendant-Intervenors' Joint Statement of Material Facts as to Which There is No Genuine Issue Pursuant to Local Civil Rules 7(H) and 56.1; and adopts by reference the Motion for Summary Judgment and the Memorandum of Points and Authorities in Support of Motion for Summary Judgment filed by Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane,

People for the American Way, Jovita Casares, Angie Garcia, and Ofelia Zapata.

Defendant-Intervenors respectfully urge this Court to grant summary judgment in their favor. Pursuant to Local Civil Rule 7(c), a proposed order consistent with this motion is attached.

RESPECTFULLY SUBMITTED this 15th day of May, 2007.

MEXICAN AMERICAN LEGAL DEFENSE &
EDUCATIONAL FUND, INC. (MALDEF)

 /s/ Nina Perales
NINA PERALES
No. TX0040
110 Broadway, Suite 300
San Antonio, Texas 78205
Tel: (210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org

JOSEPH E. SANDLER
D.C Bar #255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax: (202) 479-1115
sandler@sandlerreiff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I caused to be served a copy of the foregoing through the Court's CM/ECF filing system to counsel of record.

 /s/ Nina Perales
Nina Perales