Case 1:06-cv-01384-PLF-EGS-DST    Document 101-6    Filed 05/16/2007    Page 1 of 6

While the author made no effort to count the occupations given on the poll tax list, an estimate would place the number at close to 300. To reduce this figure to a manageable size a system classification was worked out which set up twelve occupation categories. Seven of these were taken from the "Gainful Occupations" table of the federal census reports; five were added to accommodate the list to the exigencies of the study. The resulting classification, if not wholly logical, at least has the merit of being useful for our purposes.[13] It need occasion no surprise that apparent paradoxes are discovered—if, for example, females are found in groups which we have been accustomed to consider the strongholds exclusively of mankind; for each group comprises a host of individual vocations which not only are not necessarily related but which may seem in some instances mutually antagonistic.

Chart X presents in summary form the chief fruits of our study of occupational groups, in so far as we shall take occasion to examine them here. Vertically, the chart indicates the percentage of the electorate found in each group; horizontally, each group is classified and charted by percentages of male voters, male non-voters, female voters, and female non-voters. In content, the diagram requires little elucidation or elaboration. The extremes are found in the miscellaneous group, which voted to the extent of only 36.3, and the public service category, 69.4 per cent of whose members were voters.[14] It is not difficult to see what occupations the bulk of the voters follow, nor where most of the non-voters are to be found. The male electors of the manufacturing, transportation, trade, public service, domestic service, and professional service groups cast 47 per cent of the total vote; the housewives cast 29.2 per cent. The same categories contributed 31 and 39.6 per cent respectively of the non-voting electors. Excluding the class labeled miscellaneous, the housekeeping group

[13] Only one group heading, that marked "Labor," requires comment. Not every laborer in Austin has been listed in this category, but only those electors who registered themselves as laborers on the poll tax list. It was thought worth-while to investigate especially the electoral performance of the confessed laborer. Hence as separate group was created for him—at some violence, it may be admitted, to the system of classification as a whole.

[14] A partial explanation of the high vote among public servants is found in the fact that 262 of the 682 electors comprising this group were city employees, a very large percentage of whom voted. See infra, Section XI.

## CHART X

Percentage Distribution of Electorate by Occupations; Percentage Distribution of Occupational Groups as Male Voters, Male Non-Voters, Female Voters, and Female Non-Voters*



Electorate / Per cent

Occupations:
- Pedagogy — 5.14
- Housekeeping, Homemaking — 35.06
- Manufacturing and Mechanical Industries — 10.39
- Transportation — 2.85
- Trade — 16.62
- Public Service — 4.73
- Domestic and Personal Service — 3.76
- Professional Service — 4.86
- Clerical Service — 3.11
- Labor — 4.28
- Agriculture (Animal Husbandry, Forestry) — 1.57
- Miscellaneous — 7.63

Legend:
- ■ Men voted
- Men did not vote
- Women voted
- Women did not vote

*From the figures of Table XII.

Perales Decl.
00011

Austin History Center — Austin Public Library

## TABLE XII

Percentage Distribution of Occupational Groups as Male Voters, Male Non-Voters, Female Voters, and Female Non-Voters

| Electorate Occupations | Per cent male voters | Per cent male non-voters | Per cent female voters | Per cent female non-voters |
|---|---|---|---|---|
| Pedagogy | 32.4 | 23.4 | 19.8 | 24.4 |
| Housekeeping, homemaking | 28.9 | 14.3 | 29.1 | 27.7 |
| Manufacturing and mechanical industries | 1.4 | 1.2 | 43.4 | 64 |
| Transportation | 55.7 | 41.6 | 1.4 | 1.3 |
| Trade | 55.8 | 41.7 | 2.4 | 1.5 |
| Domestic and personal service | 66.6 | 32.3 | 3.8 | 4.1 |
| Public service | 45.3 | 27.4 | 2.8 | 3.2 |
| Professional service | 51.1 | 34.4 | 5.4 | 14.9 |
| Clerical service | 24.8 | 29.6 | 8.3 | 11 |
| Labor | 44.1 | 16.7 | 31.9 | 25.6 |
| Agriculture, animal husbandry, fishing, forestry | 45.6 | 53.3 | 1.6 | 1 |
| Miscellaneous | 31 | 49 | 5.3 | 14.7 |

voted with less enthusiasm than any other (44.8 per cent of its members voted, 55.2 per cent did not vote), with the labor category ranking second. Further study of the chart will reveal additional facts of interest. Table XIII presents the salient data concerning the electorate by occupational groups as voters and non-voters without reference to sex, thus providing information which makes possible ready comparisons.

Casual contemplation of the problem of occupational performance suggests manifold investigations which might be conducted.

## TABLE XIII

Percentage Distribution of Occupational Groups as Voters and Non-Voters

| Occupational group | Per cent voted | Per cent did not vote |
|---|---|---|
| Pedagogy | 58 | 42 |
| Housekeeping, homemaking | 44.8 | 55.2 |
| Manufacturing and mechanical industries | 57.1 | 42.9 |
| Transportation | 57.8 | 42.2 |
| Trade | 63.7 | 36.3 |
| Public Service | 69.3 | 30.7 |
| Domestic and personal service | 50.7 | 49.3 |
| Professional service | 59.4 | 40.6 |
| Clerical service | 66.7 | 33.3 |
| Labor | 47.3 | 52.7 |
| Agriculture, animal husbandry, fishing, forestry | 52.7 | 47.3 |
| Miscellaneous | 36.3 | 63.7 |

profitably in this field. To illustrate, the cards on which the pedagogues are coded might be separated from the rest and a detailed examination made of that special group with regard to such factors as economic standing, age, nativity, race, etc. Bearing in mind the primary purposes of this study, however, the author elected to drive straight through and confine attention to the major items of voting behavior and sex. A large amount of material therefore has been presented in synoptic form, and many facts of a sociological character have been wholly ignored. The ends of this section may justly be questioned, however, if the reader, within the limits imposed by the scope of the study and the nature of the data, has reached definite conclusions concerning the "classes" of society which vote and those which do not. Further exploration of the materials available must await another time and place.

## VII. AGE

A most significant problem pertaining to the electorate has to do with age. What is the average age of electors? The modal age? The median age? How do electors group themselves around the central tendency age? How does the male electorate compare with the female on these scores? What is the nature of the voting as compared with the non-voting portion of the electorate? How do male voters compare with female? Male non-voters with female? Here are a few of the more significant of the questions consideration of which will provide descriptions, by age characteristics, of electors, voters, and non-voters.

The essential facts concerning age are recorded graphically in Chart XI.[1] There may be seen at a glance the composition by age of male electorate, female electorate, and male voting, male non-voting, female voting, and female non-voting groups. Let attention be directed first to the male and the female electorates. That the distribution curves describing them are markedly similar is evident at a glance, and the impression of likeness deepens into conviction with an examination of specific data. Table XIV presents data which reveal a small difference between the mean

[1]Some 200 persons, comprising 14 per cent of the electorate, who chose to list their age as "over 21," are omitted from the computations of this section. As might have been expected, this group is female to the extent of 87.8 per cent.
An age interval of five years was chosen over an interval of ten for the reason that, while the latter would have produced a "smoother" curve, it was desired to bring out certain details which the smaller interval emphasizes more than the larger.

Austin History Center — Austin Public Library

Perales Decl.
00013

916

## CHART XI

### Distribution by Age of Male Electors, Female Electors, Male Voters, Male Non-Voters, Female Voters, and Female Non-Voters



917

**TABLE XIV**

Central Tendencies and Deviations in Age Among Male Electors, Female Electors, Male Voters, and Female Non-Voters

| | Male electors | Female electors | Male voters | Female voters | Male non-voters | Female non-voters |
|---|---|---|---|---|---|---|
| Arithmetic mean | 47.2 | 46.8 | 46.0 | 44.9 | 49.0 | 48.3 |
| Median age | 45.5 | 45.4 | 45.1 | 44.0 | 46.2 | 47.2 |
| Modal age | 38.6 | 38.5 | 38.4 | 38.5 | 38.5 | 38.5 |
| First quartile | 33.0 | 34.3 | 34.4 | 34.5 | 33.3 | 34.8 |
| Third quartile | 60.7 | 60.1 | 57.5 | 55.5 | 64.2 | 63.0 |
| Measure of skewness | .268 | .279 | .147 | .159 | .329 | .368 |
| Average deviation | 13.8 | 13.2 | 12.0 | 11.0 | 16.3 | 14.6 |

(average) ages of the two groups, median and modal ages which are virtually the same, average deviations from the respective central tendencies which are comparable, and semi-interquartile ranges which for practical purposes are coincidental. The quartile deviations for each curve reveal a positive skew in distribution, but the measures of skewness for the two are substantially the same.[16] Minor differences exist, then, but none of large consequence appears from the figures.

Three features of the electorate distribution curves require brief mention. First among these is the pronounced upward trend of each curve in the age range 61–66 years. Payment of the poll tax is prerequisite to enfranchisement in Texas, but persons over 60 years in age are exempted from the poll tax requirement.[17] Such persons take advantage of the offer of free registration in large numbers, and the female portion of the populace bears up the reputation of womankind for bargain-hunting by qualifying to vote from 61 to 66 in much greater numbers (pro-

[16]To say that a distribution is skewed is to say that the items described are not grouped with perfect symmetry about the central tendency. The first quartiles in the two series at hand reveal deviations from the medians of about 11.5; the third in each case indicates a deviation of about 15. Hence, since the deviations are not equal in either distribution, both are said to be skewed. Moreover, since the deviation above the median is greater than that below in each case, the skew is positive in both; that is, it is in the direction of the greater ages. The measure of skewness for the male electorate is .27, that for the female electorate .28. The small difference indicates that they are skewed to about the same degree. In other words, the distributions, though asymmetrical, are very similar.

[17]See infra, Section VIII.

Perales Decl. 00014

Austin History Center ♦ Austin Public Library

portionally) than the male element. A second feature worthy of comment is observed at the age range 76-81, where for the first time the female electorate outnumbers the male. The curve describing the male electorate continues its steady downward tendency to the midpoint of the range, it will be noted, whereas the female curve flattens out somewhat. The flattening out is brought about by the presence in that age group of the wives and widows of Confederate veterans, who are found particularly in Wards 2B, at the Veterans' Home, and 4B, in which the State maintains a Confederate Womans' Home. The influence of this group extends into the next age range, though a new factor enters in which minimizes its comparative significance. A third notable characteristic of the electorate curves is seen particularly in the range 81-86, and to a less extent in those immediately following, where, it will be observed, the male curve rises markedly while the female curve, recovering from the veterans' wives-and-widows flurry, resumes its downward trend. The explanation of the fluctuation is apparent: it is found in the veterans themselves. Specifically, of the 185 male electors 81-86 years in age, ninety-six gave as their residence the Confederate Home. In these terms may be explained the three major quirks of the electorate curves, which in the absence of the features noted would assume forms descriptive of the familiar positively skewed frequency distribution.

Analysis of the curves describing by age intervals the characteristics of male voters, male non-voters, female voters, and female non-voters leads to a number of interesting conclusions, especially if it be made in light of the data of Table XIV. To begin with, inspection of the curves indicates a much closer relation between the voters of each sex and between the non-voters of each sex than between male voters and non-voters or female voters and non-voters. Stating the relation statistically, calculations based upon the percentages of male electors voting (by age intervals) and the percentages of female electors voting yield a coefficient of correlation of .90. The same operation for non-voters produces an identical coefficient, which merely evidences a relation between non-voters complementing that subsisting between voters. The coefficients of correlation obtained, which are unusually high, indicate a marked tendency for equal percentages of male and female electors, within any given age range, to vote, and for equal percentages to refrain from voting. The figures of Table XIV bear out the conclusion reached. A comparison of male voters

and female voters as to mean ages, median ages, semi-interquartile ranges, measures of skewness, and average deviations identifies the two as essentially similar groups in age distribution. Moreover, male non-voters and female non-voters may be associated definitely in the same manner.[18] On the other hand, like comparisons of male voters and male non-voters and of female voters and female non-voters indicate clearly that the pairs mentioned are not made up of similar series in age distribution. It is clear, therefore, that such differences as exist among the various age groups in the matter of electoral performance are attributable not to sex, but to factors which divide the electorate into voters and non-voters with little regard for sex.

Further significant findings flow from consideration of the question, at what ages do the voters predominate, at what ages the non-voters? Table XIV shows that the mean age of voters is considerably less than that of non-voters; that the median age likewise is less; that the first quartile is somewhat nearer and the third quartile much nearer the median among voters than among non-voters; that the degree of skewness is much smaller among voters than among non-voters; and that the average deviation for voters is several years less than for non-voters. These data mean first, that voters as a body are considerably younger than non-voters, and secondly, that those who vote are grouped in more concentrated fashion around the central age tendency than are those who do not vote. The latter point may be re-stated in these terms: as one leaves the median voting age and moves upward or downward, one finds progressively fewer voters and more non-voters, until in the lower reaches of the distribution the non-voters challenge the supremacy of the voters, while in the upper they outstrip their rivals by figures which constantly grow larger.

18 Lest omission of mention of the mode give rise to some doubt, a word may be said here concerning it. In so far as voters are concerned, no explanation is required. The figures (of Table XIV) mean merely that a greater number of male electors voted at 43.4 years than at any other age, and that more females voted at 38.6 years than at any other. As to non-voters, the data indicate that a greater number of male non-voters was found in the age range 26-31 than in any other (though the mode missed the interval 36-41 by only one vote), and that the greatest number of female non-voters fell into the range 61-66. Specifically, and practically, these latter figures mean that the marked increase in frequency at the range 61-66 looked a little of precipitating the male non-voters' curve back to the height it had attained earlier, while the increase in number of female non-voters caused their curve to skyrocket to its highest point. Explained in these terms, the modal figures are not difficult to understand.

Austin History Center ♦ Austin Public Library

920

Inspection of Chart XI substantiates these conclusions. Its curves indicate that the voters predominate among male electors to the age range 71–76, after which they yield more and more ground to the non-voters. Among female electors, the voters enjoy a superiority in strength only between the ages of 36 and 60, and even during those years the non-voters exhibit a tenacity which foreshadows their early return to a position of numerical supremacy. Voters, to summarize, are men and women in the prime of life; in youth they battle on almost even terms with the non-voters, but in late middle age they desert their camp in such numbers as soon to establish the non-voters in a position of superiority which becomes stronger with advancing years.

The examination of the electorate by age distribution here brought to an end has yielded certain conclusions which may profitably be passed in review. First, the male and the female portions of the electorate are substantially similar in all important respects. Secondly, the exemption from poll tax payment, which becomes effective at 60 years of age, encourages many additional persons to become members of the electorate. Thirdly, the Confederate veterans and the wives and widows of veterans have a considerable effect on the electorate in its upper reaches, though but little on the vote cast. Fourthly, there is a greater similarity between male and female voters and between male and female non-voters than between male voters and non-voters or female voters and non-voters. Fifthly, voters tend to concentrate at the middle ages, non-voters at the extremes, and more especially at the upper extreme. Other conclusions might be drawn, but these offer what are believed to be significant suggestions in answer to the questions propounded as we approached the problem of age.

### VIII. METHOD OF QUALIFYING FOR THE VOTE

The laws of Texas provide that electors of the State shall enjoy the privilege of franchise in city elections.[19] They provide further that every person between the ages of 21 and 60 years shall be liable for payment of a poll tax, and that none shall be eligible to vote who has not paid this tax. Certain exceptions to payment of the poll tax as a prerequisite to voting are specified: (1) as intimated above, persons over 60 years in age are exempt from payment; (2) any person "who is blind or deaf and dumb, or is

---

[19]There are certain exceptions which are not material here.

permanently disabled, or has lost one hand or foot, . . ." is exempt;[20] and (3) any person who reaches the age of 21 years after January 1st and before the day of the election in which he desires to participate may vote without having paid the tax.

In effect, therefore, notwithstanding the evident purpose of state law to set up poll tax payment as a requirement for voting in city elections, the statutes list exemptions which make it possible to divide the electorate into four categories as regards method of qualifying for the vote. The first includes those who pay the tax and so qualify; the second, those who, having reached the age of 60 years, are eligible to vote without payment of the tax; the third, those between the ages of 22 and 59 who for one of the specified reasons are exempt from payment; and the fourth, those 21 years of age and under who are allowed to cast their first ballot without charge. Chart XII indicates the percentage distribution of the electorate among these four categories. It reveals that poll tax payment is not exacted from nearly so large a percentage of the electors as one from the language of the law might assume it would be. In truth, 26.6 per cent escape payment entirely. 23.6 through having reached the age of 60 years, 2.1

CHART XII
Percentage Distribution of Electorate by Method of Qualifying for Vote*

Poll Tax Paid — Exemptions 60 and over
Exemptions 21 and under — Exemptions 22–59

*From the figures of Table XV.

TABLE XV
Percentage Distribution of Electorate by Method of Qualifying for Vote

| | Per cent of electorate |
|---|---|
| Poll tax paid | 73.4 |
| Exemptions 60 and over | 23.6 |
| Exemptions 21 and under | 2.1 |
| Exemptions 22–59 | .9 |

---

[20]Revised Civil Statutes of the State of Texas (1925), Article 2960.

921

Perales Decl.
00015

Austin History Center · Austin Public Library

*Social Science Quarterly*

through having just come of age, and .9 by reason of physical imperfections. The poll tax rule thus disappears, to be replaced by the alternative requirements of (1) poll tax payment, (2) age, and (3) physical disability. It will be interesting to observe the voting performance of the groups qualifying under these various requirements.

### TABLE XVI

Percentage Distribution of Electorate, by Method of Qualifying for Vote, as Voters and Non-Voters

| | Per cent voted | Per cent did not vote |
|---|---|---|
| Poll tax paid | 57.5 | 42.5 |
| Exemptions 60 and over | 37.9 | 62.1 |
| Exemptions 21 and under | 36.9 | 63.1 |
| Exemptions 22–59 | 35.8 | 64.2 |

Table XVI reveals clearly the comparative electoral behavior of the four groups at hand. From the data presented the conclusion is patent that the poll tax payers constitute what is relatively much the most influential element of the electorate, 57.5 per cent of their number voting as against 42.5 per cent who did not vote. Next in importance are those electors classified as "Exemptions 60 and over," 37.9 per cent of whom voted as compared with 62.1 per cent who did not vote. Next are those listed as "Exemptions 21 and under," who voted somewhat less enthusiastically than those 60 and over. Occupying the position of least importance are those electors between the ages of 22 and 59 who qualify without paying the poll tax. The relative voting performance of the four groups may be evaluated readily by reference to Chart XIII, which permits the reader also to estimate the relative importance of male and female electors. Their absolute influence as voters is indicated by the fact that, whereas those exempt from payment of the poll tax constitute 26.6 per cent of the electorate, they furnish only 19.2 per cent of the total vote.

An additional comment on the largest of the exempt groups, namely that including electors over 60 (see Chart XII), rests upon further study of Chart XI. The electorate curves, as was noted in Section VII, experience a sharp rise in the age range 61–66, which indicates that a large number of additional persons, attracted by the prospect of voting without charge, become electors at that time. When the increased electorate of the range

### CHART XIII

Percentage Distribution by Method of Qualifying for Vote of Males and Females, as Voters and Non-Voters*



*From the figures of Table XVII.

Men voted ▨ | Women voted ▨ | Men did not vote ☐ | Women did not vote ☐

### TABLE XVII

Percentage Distribution by Method of Qualifying for Vote of Males and Females, as Voters and Non-Voters

| | Per cent males voted | Per cent males did not vote | Per cent females voted | Per cent females did not vote |
|---|---|---|---|---|
| Electorate | 58.1 | 41.9 | 44.7 | 55.3 |
| Poll tax paid | 63.6 | 36.4 | 50 | 50 |
| Exemptions 60 and over | 44.6 | 55.4 | 29.2 | 70.8 |
| Exemptions 21 and under | 38.5 | 61.5 | 34 | 66 |
| Exemptions 22–59 | 40.4 | 59.6 | 22.9 | 77.1 |

61–66 is resolved into its component parts, however, some facts of the greatest significance come to light. The non-voting curves for both males and females rise sharply at that point, whereas the voting curves merely flatten out somewhat, continuing their downward progress at a temporarily abated pace. It is clear, therefore, that while some of the newly-enfranchised electors seized the opportunity to vote, most of them did not. The curves which evidence these facts also warrant some pointed observations on human nature, revealing as they do that a majority of the new voters merely purchased an article, namely the privilege of voting, because it was cheap, and that having acquired the privilege they neglected to make use of it.