Austin History Center ★ Austin Public Library
Case 1:06-cv-01384-PLF-EGS-DST    Document 101-8    Filed 05/16/2007    Page 1 of 1

# The Election and the Press...
## ...A New Approach to Campaign Coverage: How Was It Accepted?

**By WINSTON BODE**
*Special Writer*

I came back to town recently and found the Austin papers making journalistic history. The American and Statesman were covering the city council races as if they were the 1968 Democratic Convention.

People were talking about it.

More than once I heard men say, "I've lived here 18 (or 28 or 38) years, and I've never seen them cover city politics like this."

I looked into this unprecedented coverage by the papers — which extended to the radio stations and to some degree to television, also — and here are some findings and reactions I came up with.

I think they all point to a central fact: Austin is in the throes of becoming a metropolis, and the news media are beginning to rise to the occasion.

**MAXIMUM EXPOSURE**

In case you've forgotten, on Sunday, March 5, it was announced in the American-Statesman that publisher Richard F. Brown had told the city council candidates at a breakfast the day before that, in effect, the paper was going to be thrown open to them. Three reporters were being assigned to the campaign, and the candidates were going to be covered, as the old newspaper expression has it, like a blanket.

"Our objective is to give all candidates maximum exposure in the newspaper," said City Editor Bill Woods in explaining the setup. "Our reporters will be talking with every candidate every day." If a candidate didn't have anything to say some day, said Woods, "it's going to come out that way in the newspaper."

After a couple of cancellations, there remained 14 candidates running for five city council places.

Mrs. Emma Long and [three?] were incumbents. [...] Castlebury, [...] put it:

issues have in getting out the vote?

When it was all over, the net impression could be summed up like this:

The paper and other media had set an interesting precedent, with the readers in particular having tasted the kind of journalism they will not easily forego anymore.

— It was a dull campaign.
— It made dull reading.
— Throwing open the paper to candidate doesn't necessarily get out the vote.

For one thing the candidates were an uncommonly restrained lot.

No really burning issues ever hit the headlines and sustained reader interest.

In the moderated displays given stories throughout the March campaign, headlines ran to such tepid announcements as: "Campaigners Argue About Power Grabs, Expressway," "Delinquent Taxes Enter City Council Race Again," and "Nichols Calls Sale Lewis' Absence Record 'Shocking'."

**"NO ISSUES"**

Said Joe Hornaday, public relations man who handled the campaign of Place 3 winner Ralph Janes:

"In my opinion, there were no issues in the race. It was just a matter of personalities and organizations."

The turnout was the biggest ever for a city election — 32,892 — but it was a sluggish 46 per cent of the potential.

Over 50 per cent of the voters turned out for the '65 election.

Said Health Officers Dr. Ben Primer as the votes trickled into City Hall on election night:

"You know, I don't believe the people want to vote. I think they just want the right to vote!"

In a Dallas fire station three days later city election judge Fred Taylor would groan at the 30 votes out of a possible 660 that had come in.

"This is not a real election. It's a shame. I'd like to do



MRS. EMMA LONG



DICK NICHOLS

Atkison a member of the electrical board.

The story raised questions of whether Lewis and Atkison should resign their posts to run.

Then on March 23, a week before the election, Castlebury wrote a news story, outside the campaign-coverage section, detailing the city's annual payments to builders, bankers and land developers in "refund contracts."

**ENDORSEMENTS**

Castlebury had written a like story in March of last year.

The fact that the second biggest recipient under the refund system was the Nash-Phillips-Copus building firm shortly had its effect on campaign statements by Dick Nichols, Lewis' opponent. Lewis was among the candidates backed by the "Hammer and Nails Club," the political action arm of the Austin Home Builders Association. Nash Phillips is president of the "Hammer and Nails Club." Nichols charged that Phillips wanted Lewis in the mayor's chair closeup to protect builders.

Stories on special-group endorsement caused a ripple of interest in the campaign. The papers reported endorsements of candidates by the builders group, by labor, East Side committees, Democratic women, and the Republicans.

These stories were broken separately from the candidate-statement coverage and were the result of reportorial enterprise.

Meanwhile, each day, faithfully, reporters Jack Maddigan, Roland Lindsey, and Castlebury filled up to a third of a newspaper page with candidates' statements and reports of their activities.

The reporters rotated so that no reporter covered the same candidates all of the time. They saw to it that each candidate was contacted each day. They even held up past deadlines on turning in their stories so that all candidates might be represented.

manner, Dr. Scott gave the most all-encompassing single critique of the election coverage which we received.

He was interviewed before the American-Statesman had indicated whether it would make endorsements, and just before the coverage had ended.

He said, "I think that the paper in the last few days could have reported to an interpretive editorials review of what the candidates had said the last month. By that I mean a condensation of what the paper had printed the last month, wrap-up."

Dr. Scott added: "I would think the newspapers, being part of the community, and historically being a leader opinion, might have endorsed candidates, based on what the paper had printed. I think subjective on the editorial page. I am sorry the electronic media didn't feel they could editorialize or comment on the race. It seems to me that will responsible reporting, the media could have gone to electronic editorials."

He added:

"I've listened to the stations coverage and I feel that it would have been much more representative if the station personnel handling the panel shows had been more articulate and better informed. A program is enhanced by the moderator, or he can be an obstacle."

Dr. Scott also took note of the physical make-up of the American and Statesman coverage.

**THE LAYOUT**

After the first few days, stories on the candidates were run inside generally. Places 1 and 2 stories were run together as were those for 3 and 5.

The coverage did not run on the same page each day. Sometimes the stories were split over two widely separated pages. While the candidate stories usually led the page and were almost always identifiable by their headline content, they were not handled strictly as a package.

EX. 2

Perales Decl.
00024