Austin History Center ★ Austin Public Library

# The History of Mexican-American Schools in Austin:
## From Reconstruction Through World War II

Carol R. Adams

Richard R. Valencia, Ph.D.
Chicano Educational Struggles
MAS 374

April 17, 1997

Perales Decl.
00025

EX. 3

# The History of Mexican-American Schools in Austin: From Reconstruction Through World War II

It was my objective to research the history of segregation of the Mexican-American population in the Austin Public Schools. I wanted to discover when segregation of the Mexican-American student began, to what extent it existed, and whether it was de facto or de jure segregation. An additional objective was to find out the attitude of the Mexican-American community toward the segregation of their children in the public schools. Was segregation received passively or was there active resistance? My primary focus of segregation in the Austin Public Schools covers the period from Civil War Reconstruction until after World War II.

**First Public Schools**

Following the Civil War, Texas was under the control of the radical Republicans who wrote the 1869 Texas Constitution which called for a centralized school system (Centennial Committee, 1954). The first public schools under the new Texas law lasted only two years but they opened in Austin in September, 1871 using rented buildings (Barkley, 1963). In the 1872 daily newspaper the following public schools were announced: German-English school, Boy's school, Girl's school, Boy's "colored" school, Girl's "colored" school, and Mexican School. The article stated that the Mexican school was opened Tuesday morning in the "western portion of city," with about 20 scholars attending and that a Mr. R. Muhlbach was named as the school's principal (Public Schools Open, 1872, September 3, p.3). The <u>Austin City Directory</u> for 1872-73 listed Mr. Muhlbach as a carpenter with Loomis & Christian who lived on Mesquite Street [now 11th Street]. In 1873, the southern democrats regained control of the Texas Legislature and promptly repealed the 1871 school law and returned the schools to the supervision of the local county

Perales Decl.
00026

2

districts (Centennial Committee, 1954; Barkley, 1963). Austin reverted to the preferred custom of private schools which had continued to exist during the period of State controlled schools. In 1880, A.P. Wooldridge and the "Democratic Statesman," along with other Austin citizens initiated a successful campaign to get public schools organized. "At a special election, public free schools within Austin's city limits came under the direction of the city, to end the era when the county and private schools charged tuition" (Barkley 1963, p.177). The public schools opened September 12, 1881 (Wooldridge, 1887, May 31); however, the first mention of Mexican scholastics was in a quote by Wooldridge as he addressed the new public school system's growing pains six years after its inception. Enrollment had increased from 500 to 2500 pupils and Wooldridge stated:

> The First Ward School is a wretched apology for such, it being in an old store house of two rooms, one floored and the other not, save very roughly uneven slabs of rock...yet, Mrs. Garland has taught here for four years from 50-60 genteel white and Mexican children (Wooldridge, 1887, June 2).

The Texas Teacher's Daily Register kept for the First Ward School from September 13, 1897 through May 27, 1898 lists 92 scholastics with predominately Hispanic surnames. The city board of school trustees found the "First Ward Mexican School" to be a "little school in splendid condition and well kept" when it evaluated the public schools' sanitary conditions (School Board's Meeting, 1900, August 5). The following year, however, fiscal problems prompted the finance committee to shorten the Austin school term from nine months to eight months and to abolish the Garland "Mexican" School at 2nd and Nueces [The First Ward school had been renamed the Garland School after its teacher and principal, Mrs. M.E. Garland] (Only Eight Month's Session, 1901, June 16). It seems that the Mexican community may have been concentrated in the area near the railroad tracks, from 2nd Street to 6th Street and between Lavaca

Austin History Center ✶ Austin Public Library

and West Avenue. In reference to the ethnic population of 1900 in Seventy-three Years of Public Education in Austin, it is stated that the Mexican population was smaller than the Negro population but there were enough Mexicans to have a section of the city referred to as "Old Mexico" (Centennial Committee, 1954). It is unclear if the Mexican children were mainstreamed into the other ward schools after the demise of the Garland School or simply denied educational opportunities. The next school found listed specifically for the Mexican student is the Mexican Baptist School located at East Avenue and East 3rd Street (Austin City Directory, 1912-13). A reference to the lack of education for the Mexican community during this period is found in the Austin Baptist Association Proceedings of the Fifty-fifth Annual Session:

> There is a matter, not entirely missionary work, but none the less of preeminent importance to the Mexican in our bounds. I refer to the matter of schools…it is the duty of every Baptist in every school precinct of the Austin Association to see to it that Mexican children and all other children in the bounds of our Association shall have the privileges of a public school, either in the regular schools or in special schools built and maintained for their benefit (Austin Baptist, 1912).

**West Avenue School**

The Austin School Board created its next Mexican school in 1916 at the Southwest corner of West 5th and West Avenue. This is the same neighborhood where the old First Ward/Garland school had been located. I interviewed Consuelo Casarez, (personal communication, March 5,1997) an eighty-five year-old Mexican-American, who began attending the West Avenue School in 1918. She had immigrated with her mother and father from Monterrey, Mexico in 1913 when she was eleven-months old to flee the dangers of the Mexican Revolution. She remembers that the school was freshly painted a bright, "Granny Apple" green trimmed in yellow. The children received a daily lunch consisting of a cup of soup served in a tin cup and a piece of cornbread for a nickel from another building located on the grounds which looked to her like the box-car of a

4

train. Consuelo remembers that the neighborhood was predominately Mexican; however, she was too young to know about the community protest which took place just a few years before she started to school.

There had been a "colored" school at the Southwest corner of West 5th and West Avenue as early as 1887-88 (Austin City Directory, 1887-88) but by 1915, the Negro population had shifted from that area to a community further west called Clarksville. The school board had purchased property to build the Negroes a new school but the board deferred building it and decided to continue using the "West Avenue School for the present"—much to the dissatisfaction of the Clarksville community (School Board Defers, 1915, September 14). However, the Clarksville school was finally built and the school board ordered the two-story building on West Avenue to be remodeled (First City Schools, 1928, August 26). They were preparing the West Avenue School for the segregation of the growing numbers of Mexican pupils in Austin caused by the massive immigration from Mexico during this time. According to statistics from the Superintendent's office in 1916, there were 100-123 Mexican children in the Austin Public Schools but there were more than 400 scholastics listed in the census (Big Increase, 1916, October 28). In addition to the increase caused by immigration, the compulsory attendance law would take effect on January 1, 1917 and the school board stated that the Mexican children would "be compelled to attend" at that time (Big Increase, 1916, October 28 p. 2). Therefore, in 1916, Austin created a new ward school especially for its "non-English speaking community" according to "The Austin Statesman":

> The peculiar conditions existing have rendered it necessary, in the opinion of the school board, to provide a separate school for non-English speaking pupils in the first, second, and third grades... several teachers in the ward school's work is hampered by the fact that one-fourth of their pupils do not speak English...a

handicap is placed on the progress of both the American children and the foreign-speaking ones. These rooms are usually crowded, so that when the foreign element is transferred to the new school the rooms will still be full...additional teachers would have become a necessity when the compulsory attendance rule goes into effect the first of January...many of the children who will be sent to the new school are behind other children of their age...the solution of the difficulty will be greatly to the advantage of the children for whom the new school is created, as well as that of their English-speaking mates (Austin to Have New Ward School, 1916, October 24, p.5).

The following week, the daily newspaper reported that "teachers have been putting in the first days of the week calling upon the families involved and explaining the advantages of the new arrangement." Then the article gave instructions for transportation by the trolley line for the Mexican pupils who would be transferring from three different ward schools which indicates that the Mexican community had moved into several parts of the city and was no longer concentrated into only one area of Austin:

> Pupils from the **Palm** and **Metz** districts will take the Main line car and change to the West end at Sixth and Congress. Those from **Bickler** taking the Blind Institute car can get off at Sixth and Rio Grande within two blocks of the school. Those on the East and West line will get off at West Avenue, within one block of the school (New Public School Will Open Thursday, 1916, November 2, p.6).

**Protest**

Superintendent A.N. McCallum and the school board may not have expected any serious opposition but by November 6, the daily newspapers reported that a mass meeting of "perhaps 125 Mexican citizens" was held at the West Avenue School on Sunday afternoon three days after the school opened with 105 children being transferred. Dr. Alberto Garcia and Reverend Basilio Soto were among the speakers for the Mexicans. The "crowd seemed in a mood to protest against this action" that the school board had taken. Superintendent McCallum was on hand to explain to the parents that their children would be returned to the ward schools as soon as their

Perales Decl.
00030

6

"understanding of the language would warrant" (Mexicans Protest, 1916, November 6, p.5). The Mexicans stated that they wanted a "separate department" at their own ward schools so that their children would not have to walk or ride so far to school. The Mexican parents also decided to meet again soon to appoint a committee to pursue the matter (School Superintendent Explains, 1916, November 6, p. 3). Superintendent McCallum was careful to state that the children were not being "transferred because they were Mexicans, but because their inability to speak English makes them an impediment for the progress of the English-speaking children in the ward schools" (Mexicans to Protest, 1916, November 10, p. 8). A delegation composed of R. Ledesma, E.J. Cruz, J. Del Rio, P. Gomez, A. G. Nunez, and M.R. Cardenas, a University of Texas law student who was the spokesman for the group, addressed the "inconvenience of sending children from remote parts of the city to the new school." The delegation also "argued that the children can learn English as rapidly in the ward schools with the American children as associates as they can in a school especially for the non-English speaking." Two of the board members were out of town and only three members were present to hear the protest of the Mexican committee so there was not a quorum to vote on the matter (Three Members Hear Protest, 1916, November 14, p. 1). The following night the board voted to continue with the non-English speaking school as planned with the Superintendent stressing that a pupil would be placed in the ward school as soon as he had the necessary English language skills. (New School Continued, 1916, November 15). Following the mass protest at the school, the attendance decreased from the original 105 pupils to 40 pupils. It was "assumed that some of the children had been placed in private or denominational schools" (Three Members Hear Protest, 1916, November 14, p. 1). While the protest did not produce any changes by the school board, news of the actions by the Mexican community moved from page eight to page one coverage in the Austin Statesman. The most

Perales Decl.
00031

significant aspect, however, was that the protest obviously continued with a partial boycott of the West Avenue School because enrollment fell almost 50% for the first three years of its existence. The enrollment for 1917 was 41 pupils (Enrollment, 1917, September 27) and the enrollment for 1918 was about 65 pupils (West Avenue School, 1918, December 22). The decline in enrollment could indicate that families who lived outside the neighborhood of the West Avenue school may have chosen to boycott the designated Mexican school. The Parochial School of Our Lady of Guadalupe at 400 West 5th Street appears in the 1918 <u>Austin City Directory</u> for the first time and may have been established to serve the Mexican students who refused to go to the West Avenue School. An undated news clipping in the "Austin Statesman" and a memo on "Hispanic Austin" by Carlos Morton both report that the Mexican community had established Our Lady of Guadalupe Catholic Church in 1907 because the Anglos at St. Mary's Cathedral were intolerant of the Mexicans and made them sit in segregated pews. Therefore, it seems likely that this church may have also had the spirit to provide a school for the Mexican children's education. Consuelo Casarez (personal communication, March 5, 1997) also remembers attending the Parochial School of Our Lady of Guadalupe in about 1920 after her family moved from the West Avenue neighborhood to East 1st Street. The school protest also demonstrated that there were some middle-class Mexicans in Austin in 1916 to help represent the interests of the Mexican community. The group had little power but they demonstrated that as early as 1916 the Mexican community was not a passive participant in the segregation of their children in the Austin schools.

**Comal School**

Metz was erected the in 1916, the same year as the West Avenue School, to take care of the overcrowded conditions at Palm which had opened in 1887 when the growth of the city caused

Bickler to become overcrowded (Palm School, 1928, August 26). Bickler was among the first public schools opened in Austin in 1882 and served the entire East Side community before Palm was built (Palm School, 1928, August 26). By 1922, the school board felt that Bickler again needed relief and decided to organize another school in this neighborhood where the "non-English speaking children of the first and second grades could receive special teaching" (Palm School, 1928, August 26). The new school was known as the East Avenue School and by 1923 it had an enrollment of 120 (Palm School, 1928, August 26). It was moved into a new building at East 3rd and Comal Street in 1925 and became the Comal School and enrollment grew to 222 by 1927 (Palm School, 1928, August 26). Now, the Austin Public Schools were providing two segregated public schools for the primary grade Mexican scholastics—West Avenue and Comal. An article on the first page of the daily newspaper in October of 1928 titled "We Feed Them, Then Teach English" reveals the attitudes of the dominant culture for this period and the dynamics of these segregated schools:

> Children in these schools cannot speak English well enough to enter the other schools of the city. Here they receive special lessons in English and the customs of the Americans. They sing patriotic songs of this country and their own, and are taught the fundamentals of American citizenship. The majority of the children come from wretched, poverty-stricken homes where food is perhaps not nourishing, and certainly not served in quantities…Before the soup kitchens were established, some children had no lunch…The afternoon sessions were poorly done and the teachers and Council of Mothers decided that it was from poor nourishment. Soup kitchens were established and the children have shown remarkable improvement. "The next generation of Mexicans in Texas will be superior to the present one," she predicted (Bradford, 1928, October 19, p. 1).

Just nine years earlier, the West Avenue School had also reported similar feats: "After just completing its third year in existence, there has been a wonderful change in the lives and characters of the children" (West Avenue School, 1919, June 8, p. 14). Thirteen years after the success of the Comal School, the school board had devised a new plan to segregate Mexican

scholastics beyond the primary years. In 1935, a bond election provided for a new Mexican School:

> For many years it has been the desire of the Austin School Board to provide for the large group of Spanish-speaking citizens of Austin; a suitable, well-equipped school building as near the center of their population as possible. This school will also be used as a community center for the adults (Austin Public Schools, 1935, November 8, p. 5).

**Zavala School**

Zavala School was opened in 1936 with 361 pupils and was located only three blocks from the Metz School which was predominately white. It was announced in a daily newspaper that "Mexican children from Bickler, Comal, Palm and Metz were segregated and began school in a new building" (Markham, J.W., 1936, November 6, p. 8). It was called the "first and only Mexican school in the city where Mexican children have been segregated" [It seems that the Comal and West Avenue primary Mexican schools are disregarded in this statement] (Markham, J.W., 1936, November 13, p.10). The Comal School was apparently closed after Zavala was opened since all of its scholastics were transferred to Zavala. It was no longer listed in the <u>Austin City Directory</u> after 1936 and had become a recreation center at some point after its closing (School Sketches, 1949, February 18). Mr. Darnell, supervising principal at Zavala, reported that many parents had expressed a desire for their children to attend classes at Metz and Palm "to learn and associate with the white children…but the Mexican children grouped together and did not mix with the white children" (Markham, J.W., 1936, November 13, p. 10). He explained that the Mexican's cultural background which consists of "old Spain fused with the Aztec and Maya civilizations was outstanding" but their ancestors lived an agrarian and village life where "handiwork predominated" and that the children needed to learn "group cooperation" and adapt

to an industrial society (Markham, J.W., 1936, November 13). The school was credited with helping the Mexican child to overcome this handicap:

> ...by acquainting him with the American ideals, customs, and instilling in him conservation of time, efficiency, and systematized living. This is also done in the manual training and home economics departments by teaching practical things. We teach them how to clean clothes; how to buy and cook foods of the best quality for the money; how to buy the best clothes for the money, instead of teaching how to make a salad or a fancy dress (Markham, J.W., November 13, 1936, p. 10).

Principal Darnell also addressed the language question by explaining that when the students are playing baseball on the playground and the child at bat speaks Spanish, he must "immediately retire to the furthermost outpost in the field" and he stressed that the older children supervised the use of English on the playground (Markham, J.W., 1936, November 6, p.8). Spanish was also banned on the playground and in the classroom at the West Avenue School which "is attended by Mexican children only" because its aim is to teach English (Spanish Barred, 1937, February 5, 1937, p.2). Zavala became the school for the entire Mexican population for the East Side of Austin while the Mexican community living on the West Side remained in the West Avenue School until it was discontinued in 1945. (School Sketches, 1949, December 16). With the West Avenue School gone, Zavala was the only school left in Austin which had been designated for Mexicans. In 1944 the Mexican Consul Luis Lupian had written a letter to the Austin School Board April 21 in reference to "the segregating of Latin-American students in Zavala" but the board had not answered his letter by the September board meeting. They decided that since they had waited so long to answer the letter, that it would be less offensive to send "no reply." However, they decided to "take the matter up irrespective of Mr. Lupian and decide something definite about the practice itself" (Austin Schools, 1944, September 12, p.3).

**Perales Decl.**
**00035**

## Changes

World War II prompted some subtle changes in the Austin Public School's policies toward the Spanish-speaking community. In 1940, there was emphasis placed on Latin-American history as well as United States history and in 1941, courses in conversational Spanish were introduced into the seventh, eighth, and ninth grades with an emphasis on the ability to speak the language (these were later dropped). Superintendent McCallum suggested that these classes "mark a new trend in Spanish studies in the Austin schools" (Centennial Committee, 1954, p.35). There was also concern during the war years for the need to have a friendly relationship with the countries which bordered us on the north and south—especially Mexico. Therefore, to promote "better Anglo-Latin-American understanding and cooperation" the gradual termination of segregation in separate schools for "Latin-Americans" began (Centennial Committee, 1954, p. 42). Gradually, Mexican-Americans became a part of the school population nearest to their homes. By the late forties, Metz and Palm which had been preserved as predominately Anglo schools with the building of Zavala, were now receiving an increased number of Mexican-American scholastics. The ethnic mixture of the neighborhoods was changing. After the end of World War II, many Anglo families left the older neighborhoods for the new suburban areas that had been built during the post-war boom. As the 1940's came to a close, the majority of Mexican-American scholastics were now isolated by de facto segregation in the Austin Public Schools.

## Conclusion

I concluded from my research that the segregation of the Mexican scholastic was present with the first public schools in Austin. It is possible that the Mexican school during the Reconstruction period was just one example of the forms of segregation that existed in the 1870's because other

immigrant nationalities often had separate schools and even boys and girls were segregated into different schools. When the First Ward School was opened in the 1880's, it may have begun as a neighborhood school with a mixture of Anglo and Mexican children but a shift in residential patterns may have increased Mexican enrollment causing it to be referred to as the "Mexican school" by 1901 when it was closed. However, segregation of the Mexican scholastic takes a dramatically different turn with the creation of the West Avenue, Comal, and Zavala schools. The Austin School Board was apparently acting "under the color of Texas law." Salinas states that "maintaining separate schools…was never sanctioned by any State statute" but "the segregation of Mexican-Americans was enforced by the customs and regulations of school districts" (Salinas, 1971). In effect, Austin practiced de jure segregation since State funds were involved. It is strange to think that in a progressive, industrialized, modern society such as ours, that in a twenty year period the Mexican scholastic evolved from being segregated because of his language in 1916 to being segregated because of his Mexican ancestry in 1936. A backward step to be sure.

While there was no litigation brought against the Austin schools during the period concerning my research, the protest of the West Avenue School by 125 Mexican citizens in 1916 was significant for that time period. There also must have been some unrest in the community regarding the segregation of Zavala for the Mexican Consul to be prompted to write the school board a letter in 1944. I would like to have more information regarding the attitudes of the Mexican community in Austin during those years between the West Avenue protest and the end of World War II.

It was difficult to document the exact chronology of the events that lead to the segregation of the Mexican scholastic in the Austin Public Schools during those early years because records were not systematically kept. In addition, it seems that no one has published any history on Mexican

segregation in early Austin and I found resources to be lacking. To clarify and corroborate what I have discovered in my research, I had hoped to see what the minutes of the Austin School Board indicated for those early periods. However, the relevant minutes were not available to me. According to Elizabeth Polk, the Director of Libraries for the Austin Independent School District, the minutes are in boxes in a portable building at 2608 Richcreek behind the Professional Development Academy waiting to be catalogued and placed on shelves so that the public can have access to them. The most revealing information I found came from early articles written in the city newspapers which are on microfilm. I feel that I have uncovered only a small portion of what is still to be discovered of the history of the Mexican-American schools in Austin.

Austin History Center ★ Austin Public Library

# References

Austin Baptist association proceedings of the fifty-fifth annual session. (1912). Unpublished report.

Austin city directory. (1872-1873). Austin: S.A. Gray, Book and Job Printer.

Austin city directory. (1887-1888). Houston: Morrison & Fourmy's Directory Co., Inc.

Austin city directory. (1912-1913). Houston: Morrison & Fourmy's Directory Co., Inc.

Austin public schools began in 1880. (1935, November 8). Austin Maroon Bond Supplement, p. 5.

Austin schools will seek part of light fund. (1944, September 12). Austin Statesman, p. 3.

Austin to have new ward school. (1916, October 24). Austin Statesman, p. 5.

Barkley, M. (1963). History of Travis county and Austin 1839-1899. Austin: The Steck Company.

Big increase in city schools. (1916, October 28). Austin Statesman, p. 5.

Bradford, B. (1928, October 19). We feed them, then teach English. Austin Statesman, p. 1.

Centennial committee on instruction and research. (1954). Seventy-three vital years: Public education in Austin 1881-1954. (Vol. 1). Unpublished.

Enrollment in all public schools of Austin show gain. (1917, September 27). Austin American, p. 2.

First city school. (1928, August 26). American Statesman.

Markham, J.W. (1936, November 6). Mexican school is outstanding. Austin Statesman, p. 8.

Markham, J.W. (1936, November 13). Mexican youths given special attention now. Austin Statesman, p. 10.

Mexicans protest to school board. (1916, November 6). (1916, November 6). Austin Statesman, p. 5.

Mexicans to Protest (1916, November 10). Austin Statesman, p. 8.

Morton, C. Hispanic Austin: Two centuries of struggle. Unpublished and undated memo.

Austin History Center ✶ Austin Public Library

New public school will open Thursday. (1916, November 2). Austin Statesman.

New school to be continued. (1916, November 15). Austin Statesman, p. 5.

Only eight months' session. (1901, June 16). Austin Daily Statesman, p. 16.

Palm school is named for man here in 1838. (1928, August 26). American Statesman.

Public schools open. (1872, September 3). Democratic Statesman, p. 3.

Salinas, G. Mexican-Americans and the desegregation of schools in the southwest. Houston Law Review. (Vol. 8, 1971).

School board defers building Negro school. (1915, September 14). Austin Statesman, p. 3.

School board's meeting. (1900, August 5). Austin Daily Statesman, p. 16.

School sketches. (1949, February 18). Austin Statesman.

School sketches. (1949, December 16). Austin Statesman.

School superintendent explains "segregation" to Mexican parents. (1916, November 6). Austin American, p.1.

Spanish barred in west avenue school. (1937, February 5). Austin Statesman, p. 2.

Texas teacher's daily register. (1897-1898). First ward school's annual report.

Three members hear protest. (1916, November 14). Austin Statesman, p. 1.

West avenue school. (1918, December 22). Austin American, p. 6.

West avenue school. (1919, June 8). Austin American, p. 14.

Wooldridge, A.P. (1887, May 31). Public schools. Austin Daily Statesman.

Wooldridge, A.P. (1887, June 2). Our public schools. Austin Daily Statesman.

Austin History Center ⋆ Austin Public Library

## Parental Involvement:
## A Case Study of Mexican American Social and Cultural Capital

You are invited to participate in a study of parental involvement. My name is Delores Peña and I am a graduate student at The University of Texas at Austin, Department of Curriculum and Instruction. This project is research being conducted in partial fulfillment of the requirements for a dissertation. I hope to learn how Mexican American parents are involved in their children's schooling and what variables lead to their involvement. You were selected because of your participation in parent programs.

Participation in the study is voluntary. If you decide to participate, I will schedule an initial one hour interview and a brief follow-up interview at your convenience. At these interviews, you will be asked to answer questions regarding your involvement at the school. You do not have to answer every question. The information you provide will be quoted; however, it will not be attributed to you. Fictitious names will be used and your responses will remain confidential. To ensure the accuracy of these responses, interviews will be recorded. This tape will be stored in my personal files during the study and then erased. If at any time during the interview you would like for the tape recorder to be turned off, or if you wish to withdraw any or all of the information you have provided, your request will be honored.

You will be one of approximately twelve other representatives from different parent groups who will be interviewed. The information you provide will be combined with responses from other parents and teachers into a dissertation which will inform educators of the variables that influence and promote successful parental involvement programs. There are no risks involved with participation in this study. Your participation will be beneficial in providing a rich description of what enables parents to participate and how they translate their involvement into decisions regarding the education of their child.

Your decision whether or not to participate will not affect your future relations with The University of Texas at Austin or your child's school. If you decide to participate, you are free to discontinue participation at any time by telling me or your child's teacher that you no longer want to participate. Questions may be addressed to the interviewer, Delores Peña at (512)374-1484 or my supervising professor, Dr. Harriet Romo at (512)471-4611. A copy of this letter will be provided to you.

I have read the above information and I am willing to participate in a study of parental involvement.

Signature _____  Date Oct. 28, 1997

Austin History Center ✶ Austin Public Library

Perales Decl.
00041

03/17/97

Dear Carol,
   Once again thanks for lunch, your visit and meeting your mother-in-law, Mrs. Adams. Mother and I both enjoyed the company.

   Enclosed are a few more photo-copies I thought would be of interest. I had mentioned that even in the late 40's and early 50's there was a difference between the beginning of the school year in September and the return of African-Americans and Mexican-Americans returning to school in November. The 1951 article lists them as "migratory workers" but still some of these were Austin residents who suplamented their income by going out with their families into the fields.

   I'm still going through the Austin American looking for information on my mother's two brothers and sister. I was very gratified today to find in the February 23, 1919 School Section my Mom's sister Lucile Castro listed as a student on the Honor Role from Metz. We knew she had gone there, but just when we didn't know and this is the first documentation we have on it, so I'm very pleased and will continue my search. What information I find on the West Avenue School I will of course pass on to you.

   Two maps, of the West Avenue area. The first 1894 show no structure where the West Avenue School was to be. The second (39) shows a Public School-Negro. So the Negro School was later to become the Mexican School. It is listed as being two stories, I wonder if any photos exist when it was either school?

   Also a little bit about M. R. Cardenas who was the spokesman for the group that met with part of the school board Monday, November 14, 1916. The 1917 Cactus list him as a member of the Cofer Law Society and Delta Theta Phi-Law Fraternity.

   Enclosed are information on the Austin History Center, State Library, General Land Office Archives, UT Libraries and collections and a couple of other sources that might be of interest, especially if you want to do any family research.

   Once more, thanks for everything and our best to your husband and his mother.

Yours truly

Perales Decl.
00042

03/31/97

Dear Carol,

Enclosed are a few more photocopies I thought would be of interest;

Some articles on Zavala: the Spanish language seems to have been a big consideration, still unresolved; a visit from Dr. Castaneda; etc.; contrast this with the chapter from THE PATH TO POWER about LBJ teaching in South Texas, I think I had mentioned before about the contrast of Mexican-Americans in North and South Texas, Mexicans North of San Antonio had a opportunity to live in an urban area and become a middle class, though we were always a minority, while to the South, while always a majority, rural life, farming was the occupation, several counties were divided in the Boarder Land as anglos moved in, and while Mexican-Americans kept control of some city and county governments they lost area to Anglos who wouldn't tolerate being governed by Mexicans.

A few items on county school and the Esperanza School. County Schools were as segregated as the Austin Schools, I became interested in the ESPERANZA School because of the name. As you can see in May 02, 1931 all the names are Anglo while in May of 1937 they all are Hispanic.

Articles on school openings, as you can see after Wooldridge School in some of the list are Ridge Top, Comal Street, West Avenue, Sdiders Springs, East Avenue are at the bottom, I wonder in part if it is due that these school didn't have a set district like the others, so in a way they were special schools, though I'm not sure they could all be classified as Mexican schools. I will do somemore research into their enrollment.

The article on my mom from 1989 and the parent protest and the one that had the quote of my cousin along with one about Spanish speaking students.

Once again, thanks for the great lunch and if I come across anything of interest I will be sure to copy and send it out to you.

Yours truly,

*Danny*

Austin History Center ✶ Austin Public Library

Perales Decl.
00043