July 20, 1948

MEMORANDUM:

TO:        Dr. J. W. Edgar

FROM:      T. N. Porter

SUBJECT:   Tabulation - Tax Election, July 19, 1948

| WARD | SCHOOLS Proposition I | | | CITY | | | | |
| | YES | NO | TOTAL | Prop. I YES | NO | Prop. II YES | NO | TOTAL |
|---|---|---|---|---|---|---|---|---|
| E. 1st. | 255 | 275 | 563 | 232 | 286 | 243 | 280 | 563 |
| W. 1st. | 187 | 163 | 375 | 192 | 181 | 191 | 171 | 405 |
| 2nd. Ward A | 32 | 34 | 68 | 28 | 34 | 32 | 33 | 68 |
| 2nd. Ward B | 102 | 126 | 231 | 100 | 134 | 98 | 139 | 250 |
| 2nd. Ward C | 231 | 213 | 478 | 204 | 238 | 223 | 216 | 478 |
| W. 2nd. Ward | 156 | 179 | 345 | 110 | 160 | 111 | 163 | 297 |
| 3rd. Ward A | 106 | 116 | 226 | 107 | 106 | 100 | 120 | 229 |
| 3rd. Ward B | 83 | 106 | 194 | 101 | 107 | 102 | 112 | 213 |
| 3rd. Ward C | 252 | 220 | 472 | 212 | 259 | 224 | 249 | 473 |
| 3rd. Ward D | 189 | 180 | 416 | 159 | 199 | 179 | 187 | 416 |
| 4th. Ward A | 142 | 110 | 247 | 132 | 111 | 126 | 109 | 252 |
| 4th. Ward B | 121 | 82 | 208 | 117 | 89 | 118 | 87 | 208 |
| 4th. Ward C | 205 | 120 | 325 | 190 | 125 | 196 | 118 | 355 |
| 4th. Ward D | 148 | 175 | 353 | 150 | 172 | 147 | 173 | 355 |
| 4th. Ward E | 173 | 184 | 379 | 185 | 188 | 184 | 183 | 398 |
| 4th. Ward F | 112 | 103 | 222 | 104 | 108 | 108 | 106 | 222 |
| 4th. Ward G | 143 | 175 | 341 | 131 | 181 | 137 | 176 | 342 |
| 4th. Ward H | 172 | 159 | 331 | 135 | 167 | 143 | 159 | 302 |
| 5th. Ward A | 94 | 108 | 236 | 102 | 114 | 101 | 113 | 236 |
| 5th. Ward B | 153 | 184 | 381 | 139 | 194 | 154 | 184 | 384 |
| 5th. Ward C | 90 | 70 | 162 | 76 | 74 | 75 | 79 | 162 |
| 5th. Ward D | 44 | 24 | 71 | 44 | 23 | 43 | 24 | 71 |
| 6th. Ward A | 154 | 64 | 218 | 94 | 57 | 94 | 51 | 155 |
| 6th. Ward B | 73 | 7 | 80 | 90 | 9 | 87 | 12 | 99 |
| 6th. Ward C | 110 | 32 | 148 | 136 | 33 | 130 | 31 | 174 |
| 6th. Ward D | 12 | 27 | 39 | 12 | 25 | 13 | 26 | 40 |
| 7th. Ward A | 45 | 64 | 115 | 63 | 62 | 63 | 62 | 135 |
| 7th. Ward B | 158 | 93 | 262 | 168 | 90 | 168 | 90 | 286 |
| TOTALS | 3742 | 3393 | 7486 | 3513 | 3526 | 3590 | 3453 | 7568 |

School Tax —
    7,486 – Votes Cast
    7,135 – Votes Tabulated
    Carried by 349 votes
    52.4% of tabulated votes in favor of increase
    351 – votes not tabulated (Mutilated)

Perales Decl.

00044

EX. 4

"Austin History Center ✯ Austin Public Library

Voting
Places
For
Election
July 19,
1948

1. For East First Ward, and that portion of St. Elmo School District lying <u>east</u> of the San Antonio Road, the place of election shall be at South Austin Fire Hall, 1705 South Congress Avenue.

2. For West First Ward, the place of election shall be at the office of Frank W. McBee, 1510 South Congress Avenue.

3. For Second Ward A, the place of election shall be at the office of the Comal Lumber Company, 701 West 5th Street.

4. For Second Ward B, the place of election shall be at Matthews School, 10th and West Lynn Streets.

5. For Second Ward C, the place of election shall be at the Fire Station, Windsor Road and Forest Trail.

6. For West Second Ward, and that portion of St. Elmo School District not within the city limits and lying <u>west</u> of the San Antonio Road, the place of election shall be at the Jimmy Farrell Electric Shop, 2026 Fredericksburg Road.

7. For Third Ward A, the place of election shall be at the County Courthouse, on Guadalupe Street between 10th and 11th Streets.

8. For Third Ward B, the place of election shall be at the Dahlich Building, 1414 Lavaca Street, upstairs.

9. For Third Ward C, the place of election shall be at the West Austin Fire Hall, 10th Street and Blanco.

10. For Third Ward D, the place of election shall be at Brykerwoods School House, 3309 Kerby Lane.

11. For Fourth Ward A, the place of election shall be at the 19th Street Fire Station, 19th and Nueces Streets.

12. For Fourth Ward B, the place of election shall be at the Wooldridge School House, 502 West 24th Street.

13. For Fourth Ward C, the place of election shall be at the North Austin Fire Station, 3002 Guadalupe Street.

14. For Fourth Ward D, the place of election shall be at the Baker School House, 3908 Avenue B.

15. For Fourth Ward E, the place of election shall be at Hyde Park Fire Station, Speedway and 43rd Street.

16. For Fourth Ward F, the place of election shall be at the Rosedale Baptist Church, 1300 West 44th Street.

17. For Fourth Ward G, and that portion of Ridgetop School District not within the city limits, the place of election shall be at Ridgetop School House, west side Red River Street, between East 50th & East 51st.

18. For Fourth Ward H, and that portion of Esperanza School District not within the city limits, the place of election shall be at Rosedale School House, 2117 West 49th Street.

19. For Fifth Ward A, the place of election shall be at the Little Campus Dormitory Reception Room, 19th and East Avenue.

20. For Fifth Ward B, the place of election shall be at the East Austin Fire Station, East Avenue and 21st Street, 2015 East Avenue.

21. For Fifth Ward C, the place of election shall be at Robert E. Lee School House, Harris Avenue and Hampton Road.

22. For Fifth Ward D, the place of election shall be at Anderson Football Field.

23. For Sixth Ward A, and that portion of Govalle School District

Perales Decl.
00045

Austin History Center ☆ Austin Public Library