AUSTIN'S SCHOOLS

1881-1954

ORIGIN, GROWTH, FUTURE

VOLUME 2

MATERIALS PREPARED
BY
CENTENNIAL COMMITTEE ON INSTRUCTION AND RESEARCH

AUSTIN PUBLIC SCHOOLS
AUSTIN, TEXAS
1954

Austin History Center ★ Austin Public Library

Perales Decl.
00046

EX. 5

# F O R E W O R D

In preparing this Source Book for a study of public education in Texas for the past one hundred years, the Centennial Committee has done a remarkable job.  The Committee was appointed for the purpose of getting as much material of all kinds available on the growth and development of public schools in Austin to be assembled in pamphlets or booklets for use as source material in the classrooms of our city schools.  The information collected by the Committee will also be used by those who are preparing pageants, parades and displays of a Century of Progress in Public Education in Texas.  It is also felt that many other uses can be made of this material, both locally and in the State at large, by those interested in dramatizing or in disseminating such information to the people of the State of Texas.

We are indebted to all of the members of the Committee for the many hours of hard work, diligent research, and careful recording of facts and events as found here.

--- Irby B. Carruth
Superintendent
Austin Public Schools

Austin History Center ✯ Austin Public Library

Perales Decl.
00047

# F O R E W O R D

The materials in this booklet have been compiled from a variety
of sources: Austin schools scrapbooks, School Board minutes, news-
paper files, articles written for publication, Superintendents' Annual
Reports and personal memories. The data are accurate in as far as it
has been possible, within the limitations of the source material
available, to make them so.

It is hoped that the information presented about individual
schools, the instructional program, special areas and budgetary items
will stimulate pupils, laymen, teachers, and other members of the
professional staff to assist in accumulating and organizing additional
data in each of these areas. Such materials will be invaluable in
revising and rewriting this Bulletin in a more permanent form.

Centennial Committee on Research and Instructio

Austin History Center ☆ Austin Public Library

TABLE OF CONTENTS

|  | Source Materials on Austin's Schools | Page |
|---|---|---|
| A Brief History of the Austin Public Schools | | 1 |
| Austin's Schools | | 6 |
| Bickler | | 6 |
| John T. Allan Junior High | | 6 |
| L. C. Anderson High School (New) | | 7 |
| Anderson High (Old) | | 7 |
| Stephen F. Austin High School | | 8 |
| Baker Junior High | | 8 |
| Fulmore Junior High | | 9 |
| O. Henry Junior High | | 9 |
| Kealing Junior High | | 10 |
| A. N. McCallum High School | | 10 |
| Wm. B. Travis High School | | 10 |
| University Junior High | | 11 |
| Becker Elementary | | 11 |
| Brackenridge Elementary | | 12 |
| Blackshear Elementary | | 12 |
| Brentwood Elementary | | 12 |
| Brooke Elementary | | 13 |
| Bryker Woods Elementary | | 13 |
| L. L. Campbell Elementary | | 13 |
| Casis Elementary | | 14 |

Austin History Center ✶ Austin Public Library

|  | Page |
|---|---|
| How the School Building Program Has Been Financed Through the Years | 25 |
| Short History of Austin School Developments 1881-1954 | 28 |
| Summary of Instructional Program | 31 |
|    The Academic Areas | 31 |
|    Library | 33 |
|    Camping Education | 36 |
|    Special Education | 37 |
|    Physical Education | 39 |
|    Audio-Visual Education | 42 |
|    Art Education | 44 |
|    Music Education | 45 |
|    Homemaking Education | 48 |
|    Reading Clinic | 55 |
|    Counseling and Guidance | 57 |
|    Industrial and Vocational Education | 61 |
|    Speech and Dramatics | 73 |
|    Business Education | 75 |
|    Austin Evening School | 86 |
|    Austin's Schools in 1954 | 103 |

Austin History Center ☆ Austin Public Library

-61-

FIFTY-SEVEN YEARS OF INDUSTRIAL AND VOCATIONAL EDUCATION IN AUSTIN

(The Allan-Zilker Manual Training School, 1896 to 1954)

A Brief History of the Industrial Arts Movement in Education

Industrial Education is frequently referred to as a new subject in the schools, yet it is as old as education itself. Even in the days when men lived in caves, they were careful to teach the young the art of making clubs, axes, and spears in order that they might provide protection as well as food for the tribe. They were taught to weave from grasses and to tan skins so that they might have clothing to protect them from the elements. Practical training then was a part of the life of the community as it is today. The community depended upon it for its existence.

Handiwork was always included as a part of the educational program of the monasteries and we find that all monks were skilled craftsmen in such mechanical activities as graphic arts, stone cutting, carving, and forging and were quick to transfer their training to such individuals as might be interested or desired it. The Spanish Missions in our own state are all examples of this type of training. They could not have been built had not the Indians been given some training in these crafts. They became skilled craftsmen and under the direction of their teachers, produced craftsmanship that is the wonder of today.

Up to the middle of the nineteenth century the chief educational agency for the middle class youth was that of apprenticeship. The boy learned a craft or trade under his father or under some individual who was recognized as a craftsmen. Many were "bound out" for years and served without pay through this learning process.

The idea that "education should fit a boy for practical life" was first advanced by John Locke in 1697, rapidly followed by others who advocated "learning by doing". Chief among these were Rousseau and Pestalozzi, the latter advocating the "teaching of practical arts as a part of every child's educational career."

The practical arts education movement was started in our own public schools in 1877, through the efforts of Dr. Calvin Woodward of St. Louis and Dr. John D. Dunkle of Boston. These men made the work a part of the high school curriculum and by 1879 the manual training movement gained momentum over the nation and became a part of the educational program. By 1905 there were programs of this type operating as a part of the school systems in Chicago, Omaha, Louisville, Cincinnati, St. Paul, Austin, Dallas and San Antonio.

The program soon expanded to the elementary schools and with the inauguration of the junior high school, developed to a much greater degree. There was a very definite trend in the direction of an exploratory program on the junior high school level and specific vocational or prevocational training program in the senior high school.

Perales Decl.
00051

-62-

With the passage of the Smith-Hughes Law in 1917 there was a rapid
development of vocational training in all of the secondary schools of the
nation. The recognition by the government of the value of vocational
training on the high school level and its willingness to aid these programs
in a monetary way brought about the rapid establishment of vocational and
technical schools, adult or evening schools, and greater additions to
programs already in operation.


### Establishment of the Industrial Education Department in Austin

The history of "Manual Training" in Austin is the history of the
industrial arts movement in Texas and the Southwest. Its history and
development is colorful and follows closely the history of public edu-
cation in the City of Austin. Fifteen years after the public schools
had been established manual training became the first elective subject
to be offered as a part of the educational program. It was later to
be followed by many more elective courses, forming a program that at-
tracted nation-wide attention to the Austin Public Schools. While the
school of manual training was established during the administration of
Superintendent T. G. Harris, other leaders as John B. Winn, A..P.
Wooldridge, Judge Fulmore must be credited with laying the foundation.
Later Superintendent A. N. McCallum, N. S. Hunsdon, and E. A. Murchi-
son had much to do with its growth and development as a part of the
educational program in Austin, the state and the Southwest. These men
believed in practical education for boys and girls and promoted and
developed an elective program in Austin that influenced education
throughout the nation.

The efforts of the early "fathers of education" in Austin to carry
out the wishes of Judge John T. Allan culminated in the opening of the
Allan Manual Training School, eight years after the death of its bene-
factor.

Much work had to be done before a school teaching "practical use of
tools applied to labor" could be established. These men were called upon
to defend their views on education but the opposition was removed with
the authorization by State Superintendent Oscar H. Cooper for the payment
of salaries of manual training teachers from public school funds and
the approval of "practical training" as a part of the educational program
in the State of Texas.

The manual training department was established as a part of the
Austin Public Schools on September 21, 1896 as a result of an endowment
of $43,604.66, given to the schools on January 18, 1888 by Judge John T.
Allan, Provisional Treasurer of Texas under Governor E. M. Pease. Forty
boys were enrolled for Drawing and Woodwork in the new department. An
excerpt from Judge Allan's will reads:

>     " - - - to establish in the City of Austin aforesaid an
> industrial school in which shall be taught practical use of tools
> as well as scientific principles as applied to labor."

**Perales Decl.**
**00052**

-63-

The Allan Manual Training School, named in honor of its benefactor, was the first department to be established as a part of a public school system west of the Mississippi River and the second in the United States. Its growth and development greatly influenced the educational program throughout the Southern States and established the practical education movement in the South and West.

The new school first opened in the old temporary Capitol Building at Eleventh and Congress, the location of the high school at the time. Some of Austin's most prominent citizens today were among the forty boys enrolled in the first classes. The school remained at this location until September 30, 1899, when the building was destroyed by fire. The school was then moved to the Smith Building, 109 West Sixth Street, where it remained until the new high school building was completed at Ninth and Trinity Streets.

The citizens of Austin pointed with pride to the new program and through the efforts of N. S. Hunsdon, T. G. Harris, A. N. McCallum and others, the work in the department influenced and brought about the passage of legislative bills in Texas in 1903 ($1,000), 1905 ($1,200), and 1907 ($1,500), appropriating sums of money from state funds to public schools that wished to establish manual training departments in which the practical use of tools and scientific principles as applied to labor were taught.

The department attracted national attention through elaborate exhibits as early as 1897 at the National Exhibition, The National Education Association, The Manual Training Association, the State Fair at Dallas, and the Southern Education Association at Memphis in 1899.

These exhibits over Texas and the United States played a prominent part in the development of the industrial program in Texas and as early as 1897 the Education Committees of the Legislature were visiting the school to observe the new type of education in operation. In 1899, 1901, 1903, and 1905 the entire Legislature visited the Austin High School to observe the work and the progress it was making in Austin.

The work of the department played a prominent part in the establishment of Grubbs Vocational School (now Arlington State College at Arlington), John Tarleton College (now Tarleton State College at Arlington), The College of Industrial Arts (now T.S.C.W. at Denton), and the State Teachers College program in the state, in that all these centers were established for or had departments in them for specific training in the arts and industries. The members of the Legislature became more familiar with the new type of education and were able to discuss it with authority on the floor of the House and Senate, and in committee meetings.

In 1897, classes were offered after school for boys who could not attend the day school and on April 1, 1898, a resolution by Judge Fulmore opened the Manual Training Department to girls on an equal advantage basis with the boys. The following September 27th, post-graduates were approved for work in the department.

**Perales Decl.**
**00053**

-64-

When the high school was moved to the new building at Ninth and Trinity Streets, provisions had been made to increase the offerings of the new school and additional shops were provided for pattern making, forging, and foundry work and the enrollment increased accordingly with the addition of another teacher. Two men now made up the faculty of the new school, with Mr. Hunsdon as Director of the school.

On October 4, 1901, manual training was extended to include the eighth grade and on August 4th, the following year, the seventh grade was included in the manual training program and plans were proposed to offer it to students from the fifth through the eighth grades with these students taking work in the shops on alternate days.

From 1902 to the creation of teacher training departments in the State Normal Schools in the state, the Allan Manual Training School served the state as a teacher training institution, through a cooperative program with the University School of Education. In 1904, a cooperative program with the School of Engineering of the University opened the shops to University students in Engineering on a tuition basis of $50.00 per year. Shop work was unknown at the time and the University had no laboratories in which this work could be taught.

Although girls had been permitted to take work in manual training in 1898, it was felt that a program in Domestic Science and Domestic Arts should be organized for them in which they could be taught the practical things in the home. Mr. McCallum was enthusiastic about the program and Mr. Hunsdon made several attempts to initiate the work in the high school, but finances prevented it from becoming a reality until September 4, 1904, when cooking and sewing were offered all girls in the Allan Manual Training School.

Two years later, 1906, the first high school lunch room to be opened in Texas was opened as an activity of the Allan Manual Training School with all meals prepared and served by the girls in the cooking classes at the high school.

There had been a feeling for sometime that students not fortunate enough to receive the benefits of the practical education program offered by the Allan Manual Training School, should be given the opportunity of taking this training in the evening hours. At the request of the Executive Committee of the Local Carpenter's Union, classes were opened on October 12, 1908, in Drawing and Woodwork to all apprentice carpenters in Austin. Three weeks later, academic courses became a part of the evening school curriculum with an excellent enrollment. This was the first evening school established west of the Mississippi River under public school control and the first in the South to offer industrial training as a part of an adult program. From a beginning enrollment of twenty students this program has developed and grown to better than 3,000 yearly enrollment and to date 57,098 citizens of Austin have attended the program, 11,693 of whom are colored. Yearly, students complete requirements for graduation or obtain training for well paying positions in the business life of Austin.

**Perales Decl.**
**00054**

-65-

Mr. McCallum and Mr. Hunsdon had for some time had the feeling that practical training in business activities should be given in the manual training school that would equip students to enter the business life of Austin. In this they had whole hearted support of the Board and the business men of Austin. By June 10, 1910, a special session of the Board added a variety to the practical education program by authorizing Shorthand and Typing in the Allan Manual Training School. Mr. Frank McGuire was the first teacher and the students were required to furnish their own typewriters, but by October 31, 1912, typewriters were purchased and installed for use in the day and evening programs.

Upon the completion of the school year of 1910, Mr. N. S. Hunsdon resigned as Director of the Allan Manual Training School to accept a like position with the San Antonio Public Schools, which was expanding its program of practical education and needed the services of a competent educator in that field. The salary for the position was such that Mr. Hunsdon could not afford to continue with the Austin Public Schools. Mr. Hunsdon, with the support of Mr. McCallum and an enthusiastic and sympathetic Board had developed the most outstanding program in practical education in the United States and had promoted state-wide interest and support of the manual training movement.

Efforts to establish manual training and domestic science in the colored school began as early as June 4, 1908, when C. L. Anderson, principal of the colored high school requested that the practical education of the Allan Manual Training School be extended to the colored youth of Austin, but finances and space prevented it being done until November 27, 1911, when Woodwork, Drawing, Domestic Science and Domestic Art were added to the school curriculum for negro youth.

The year 1912 saw an additional growth and expansion of the department with the addition of extra wings and a third floor to the Austin High School. The wings provided additional shop space and laboratory space for manual training, home economics, and business subjects. With the increased shop space available the department grew in proportion and several new units were added in each of the divisions.

Two years later, December 14, 1914, the Board approved opening of the evening school for negro adults, with C. L. Anderson as the first principal. This was the first public evening school to be opened in Texas for colored people by a public school system and maintained by public funds.

In 1916, the Austin Public Schools opened the first junior high school in Texas with Dr. I. I. Nelson as principal. Woodwork and Drawing were introduced as a part of the curriculum in the new school. The new school was named for Judge John T. Allan, first benefactor of the Manual Training School. At the same time the new school was opened, another renovation was made of the Austin High School building and the shops and laboratories were rearranged to provide additional space for the rapid development of the three areas of work. As a result, several new units made their appearance in the program, one of which was sheet metal work.

Perales Decl.

00055