-66-

In 1916, the Manual Training School received its second endowment with the sum of $100,000. Colonel Andrew J. Zilker, one of the early supporters of the public schools and well known Austin capitalist, gave Barton Springs, camping place of General Robert E. Lee's Calvary during the Mexican War, to the schools with the provision that it was to be purchased by the City of Austin for recreational purposes. It was through his interest in practical education for boys and girls, his friendship for Judge Allan and his admiration for Mr. McCallum that Colonel Zilker made his proposal to the city and the School Board.

In his letter of conveyance of the property, Colonel Zilker said:

> "- - - in order that said sale to the city may be made and the proceeds of such used by the school board and its successors, for the equipment and maintenance and the promotion of the needs and best interests of the school of manual training for instruction of white youth of the City of Austin, Texas, in the useful arts and sciences, as said school now exists or may hereafter exist as a part of the public free school system of the City of Austin."

Upon completion of the conveyance, the Board immediately added the name of Zilker to the Allan Manual Training School and it became known as the Allan-Zilker Manual Training School in honor of Judge Allan and Colonel Zilker.

There had been a growing movement over the United States for many years favoring legislation on a national level for the support of a vocational program which would receive national and state support for the promotion and growth of this type of education. This movement culminated in the passage of the Smith-Hughes Bill, which became a law in 1917. Even though the bill was passed in 1917, it was not until 1922 that Automechanics and Printing were established on a vocational basis in the Austin High School. Vocational radio was established in 1942, vocational agriculture in 1946, distributive education in 1947, and in 1949, vocational agriculture was added to Fulmore and Anderson High Schools.

Plans were perfected by the Board in 1925 to convert the Allan Junior High School building into the high school and as a result the classroom space was doubled with the west part of the building being added, thus providing greater expansion for shop work, related subjects, homemaking, and business subjects. The entire basement and about one-half of the first floor space was to be devoted to industrial education and about one-third of the third floor devoted to homemaking.

During Christmas week, 1925, Austin High School moved to the new location. The following year saw the completion of the entire third floor of the building, a part of which was the homemaking wing. At the same time the high school was moved, the junior high was transferred to Ninth and Trinity Streets, and the building became known as the Allan Junior High School.

Perales Decl.
00056

-67-

In 1926, a revision was made in the junior high school curriculum and the sixth grade became a part of the junior high school program. In the sixth grade all students were required to take Exploratory Work, all the seventh grade boys were required to take Practical Arts, and the eighth grade work, Industrial Arts, was made elective for all boys and girls. Additional units in metal, electricity, automechanics and printing were added to the program and students were given the opportunity of having experiences in broader fields of work. At the same time other units of work were added in the high school and the handicraft program for girls began with units in woodcarving, basketry and weaving. This was the first program of its type in the state and attracted a great deal of attention. Girls, however, had been enrolled in the department since 1898.

In 1932, Colonel Zilker again endowed the department with a gift of $200,000 with the same proposals of his first gift. The gift is now known as Zilker Park and is one of the finest recreation spots in the nation. Thus the original gift of $100,000 was increased to $300,000, assuring industrial education forever for the boys and girls of Austin.

During the school year of 1933, the University Junior High was completed and the department was developed in that building with modern shops in Woodwork, Drawing, Metal, Electricity, Printing, and Automechanics. Provision was made in the building for carrying out the same type of program as was being offered in the Allan Junior High School at that time. Dr. I. I. Nelson was chosen as the principal of the new school and no more loyal supporter of Industrial Education could be found in the school system.

During 1934, many additional courses were added in the department; electricity, radio, and additional units in metal, drawing, printing, and woodwork. These offerings enhanced the interest and growth in the department.

With the addition of Zavala School in 1936, shop space was provided for a general shop program for wood, metal, and arts and crafts. This program continued for fourteen years but was discontinued in 1951 to make way for the growth in enrollment in the academic courses. The Latin-Americans were very proud of the program and they have hopes of its return to Zavala School.

The following year, the renovation of the Bickler Building was completed and the Bickler Junior School opened with a special program for exceptional children. Woodwork, drawing, metal, and arts and crafts composed the industrial program in the school. The school was discontinued in 1947 and remodeled to become the Administration Building of the Austin Public Schools.

The program was again expanded in the high school with the addition of Automotive Theory and additional units in Machine Shop, Metal and Radio. These courses brought the total to a four unit program and greatly increased the enrollment in the department.

Perales Decl.
00057

In 1926, a revision was made in the junior high school curriculum and the sixth grade became a part of the junior high school program. In the sixth grade all students were required to take Exploratory Work, all the seventh grade boys were required to take Practical Arts, and the eighth grade work, Industrial Arts, was made elective for all boys and girls. Additional units in metal, electricity, automechanics and printing were added to the program and students were given the opportunity of having experiences in broader fields of work. At the same time other units of work were added in the high school and the handicraft program for girls began with units in woodcarving, basketry and weaving. This was the first program of its type in the state and attracted a great deal of attention. Girls, however, had been enrolled in the department since 1898.

In 1932, Colonel Zilker again endowed the department with a gift of $200,000 with the same proposals of his first gift. The gift is now known as Zilker Park and is one of the finest recreation spots in the nation. Thus the original gift of $100,000 was increased to $300,000, assuring industrial education forever for the boys and girls of Austin.

During the school year of 1933, the University Junior High was completed and the department was developed in that building with modern shops in Woodwork, Drawing, Metal, Electricity, Printing, and Automechanics. Provision was made in the building for carrying out the same type of program as was being offered in the Allan Junior High School at that time. Dr. I. I. Nelson was chosen as the principal of the new school and no more loyal supporter of Industrial Education could be found in the school system.

During 1934, many additional courses were added in the department; electricity, radio, and additional units in metal, drawing, printing, and woodwork. These offerings enhanced the interest and growth in the department.

With the addition of Zavala School in 1936, shop space was provided for a general shop program for wood, metal, and arts and crafts. This program continued for fourteen years but was discontinued in 1951 to make way for the growth in enrollment in the academic courses. The Latin-Americans were very proud of the program and they have hopes of its return to Zavala School.

The following year, the renovation of the Bickler Building was completed and the Bickler Junior School opened with a special program for exceptional children. Woodwork, drawing, metal, and arts and crafts composed the industrial program in the school. The school was discontinued in 1947 and remodeled to become the Administration Building of the Austin Public Schools.

The program was again expanded in the high school with the addition of Automotive Theory and additional units in Machine Shop, Metal and Radio. These courses brought the total to a four unit program and greatly increased the enrollment in the department.

With the reorganization of the schools in 1938 and the addition of the twelfth grade to the school program, the junior high school was made up of the seventh, eighth, and ninth grades; the tenth, eleventh, and twelfth grades were placed in the high school. With this change the same type of program was carried out in the department with the seventh grade (Exploratory Work) being required of all boys and girls, the eighth grade (Practical Arts) required of all boys, and the Industrial Arts work placed on an elective basis in the tenth, eleventh, and twelfth grades.

During the same year the junior high school grades were added to Baker and Fulmore Schools and drawing and wood shops equipped for metal, electricity, printing, and automechanics work were to be added at a later date, should the schools develop into full junior high schools. This organization of the program brought about a revision of Exploratory and Practical Arts programs to meet the needs of these schools.

Driver Education with behind-the-wheel training became a part of the school curriculum in 1938 through a cooperative program with the Austin Police Department. A dual control car was provided by local car dealers. The unit was given on an elective basis in the Austin High School. The class room instruction was provided by instructors in the department. When the program closed in 1941, there were five classes and an enrollment of 133 students. Inability to obtain competent instructors brought about discontinuation of the program

In 1939, a complete revision of the handicraft program was undertaken with metal, plastics and leatherwork added as new units of work. In the following year, 1940, the commercial program in Anderson High School was again placed in the Industrial and Vocational Education Department. The same year brought about a renovation of the Zavala School building and additional shop space was provided for wood, metal, and arts and crafts.

On June 26, 1940, the shops in the Austin Public Schools were placed at the disposal of the War Department and on February 13, 1941, the War Training Program began with classes in Wood, Metal, Drawing Machine Shop, Cabinet Making, Motor Repair, Automotive Repair, and Aircraft Sheet Metal Work, with a related subjects program in Drawing, Blueprint Reading, and Mathematics. The shops were operated from 18 to 24 hours each day and as a result of the program, 2640 people were trained and entered war production plants.

During the following year a cooperative program was established in conjunction with the National Youth Administration for the training of war production workers and communication jobs for civilian workers. Classes in radio communications, radio repair, and cabinet making were organized with some meeting in the N.Y.A. Shops and some in the shops at the high school.

By 1941, it was almost impossible to employ industrial arts teachers. In order to keep the shops open, it was necessary to employ teachers from other fields of work, and to retrain them for the new field of education. A teacher training program was established in 1942 for industrial arts teachers in the Austin Public Schools. In this program the experienced

teachers taught those of little or no experience, the basic skills of the work, teaching methods, use of instructional material and visual aids, class management, and subject matter content. This program, the first of its kind in the state, provided some excellent teachers in the department and the war training program, especially among women whose training was in other fields of education. The program later became an in-service training program and was continued by the department until 1947.

In August of 1942, Aircraft Sheet Metal and Assembly Work was added to the war training program and the third new shop was constructed for the operation of this program. During the following year, a one-year course in Aeronautics was organized in the department at the high school and a full time teacher employed for these classes. When the program was closed in 1946, there were six classes in operation and an enrollment of 173 students. Many students passed C.A.A. examinations on units of the work studied in school and later obtained their pilot's license.

A day-trade preparatory program in Radio Theory and Construction was organized the same year and two classes were operated in the newly prepared shop used in the war training program. Inability to obtain properly trained personnel prompted the temporary closing of the program in 1946. At the time of closing, two classes were in operation with an enrollment of 58 students. There have been hopes among the students each year for re-opening of the program and sufficient enrollment is always available for continuance of the work, but thus far these hopes have not been realized.

On April 13, 1942, Superintendent McCallum resigned after 39 years of service to the schools and on April 27, 1942, Russell A. Lewis was elected to succeed him. Mr. McCallum was indeed proud of the Allan-Zilker Manual Training School and the progress it had made during his administration and it was largely through his friendship with Colonel Zilker that additional endowments were made to the department. Mr. McCallum always pointed to the growth and development of the department as one of the greatest accomplishments of his entire administration. Dr. Lewis, for several years, Director of Instruction, possessed the same feeling toward the practical education program in the schools and did his utmost for its development and progress throughout the system.

The Board had for some years been discussing the adding of Vocational Agriculture to the departmental program and in 1946, classes were opened in the Austin High School. The following year, 1947, Distributive Education was made available at Austin High and Anderson High and 1949 saw Vocational Agriculture extended to Anderson High, Fulmore and Kealing, which brought about increased educational experiences in the lives of the boys and girls of Austin.

The year 1948 brought the fourth endowment to the Allan-Zilker Manual Training School. On March 3, Misses Lelia and Josephine Casis endowed the department for $64,326.50. The gift carried the same provisions as that of the original John T. Allan bequest. An extract from the last will and testament of Miss Lelia Casis is as follows:

Perales Decl.
00060

"Any portion of my estate remaining after the payment to the University of Texas of the aforesaid five thousand dollars shall be paid to the Board of Directors of the Allan Manual Training Fund at Austin, Texas to be vested and used as a part of said fund."

The will, dated June 15, 1907, expressed the sentiment toward and feeling of appreciation of two classical scholars of the value of practical education in the development of good citizens in a democracy. It was their intent through the provisions of their will to assure the continued growth and development of this program in the Austin Schools.

During the summer of 1951, the entire basement and first floor of the Austin High School was renovated; several shops moved to the first floor and enlarged providing more teaching stations and better accommodations for the students in the department. The shops in the basement were enlarged, with better lighting, storage facilities, and tool rooms. Special areas were provided for Vocational Agriculture and Distributive Education.

The Board had for years been discussing the need for additional high schools, junior high schools, as well as for additional elementary schools. The summer of 1953 brought about the completion of three new high schools and one additional junior high school, all of which contained wings for the expansion of the industrial education program. In the McCallum and Travis High Schools, provisions were made for drawing, woodwork, metal, electricity, radio, handicraft, vocational agriculture, and distributive education. In Anderson High School, the program of industrial and vocational education was greatly enlarged to care for the growing needs of these students and shops were provided for drawing, woodwork, metal, electricity, radio, vocational agriculture, vocational automechanics, distributive education and business subjects. In the O. Henry Junior High, areas were set aside for woodwork, drawing, metal, electricity, handicraft, and driver education. These shops are among the finest in the state with the equipment and facilities provided to further the growth and development of the industrial and vocational program in Austin. The facilities for distributive education in McCallum and Anderson High Schools are recognized as the most outstanding in Texas.

When Anderson High was moved to its new location, renovation was begun on the old building, which will later become Kealing Junior High School. New shops were constructed in this center for the industrial arts program. Provisions were made for drawing, woodwork, handicraft, metal, electricity, and driver education.

The department provided the first elective subjects to be offered in the Austin Public Schools and its introduction began a new movement in education in the South and Southwest. From a beginning of forty students and two areas of work, the Allan-Zilker Manual Training School has grown to an enrollment during the Spring Term, 1952-1953 to 3776 students and fourteen areas of work, five of which are in the field of vocational education. In its fifty-seven years of its existence, practically every boy born and reared in Austin has taken some work in the

Austin History Center ☆ Austin Public Library

Perales Decl.
00061

# Austin's Children Learn Yesterday And Today



KINDERGARTEN RHYTHM BAND, BICKLER, 1922



AUTO-MECHANICS, 1953



GEOGRAPHY, 1953

*Austin History Center ★ Austin Public Library*

Perales Decl.
00062

department, a great many of whom are the most prominent business men and best known civic leaders in Austin today. It has been estimated, and records seem to substantiate this, that more than seventy thousand boys and girls have taken courses in industrial and vocational education in the Austin Public Schools. With the expansion of the program to additional schools, it is expected that this number will increase rapidly in the near future.

While the phenominal growth of the Allan-Zilker Manual Training School from two shops in 1896 to fifty-seven shops today, cannot be credited to the efforts of any one person or group of persons, certainly the founders of the public free schools of Austin are the ones who laid the foundation for the new movement in education in Austin and the Southwest. The names of A. P. Wooldridge, John T. Allan, Swante Palm, J. W. Graham, Louis Hancock, Z. T. Fulmore, J. W. Maxwell, J. B. Rector, B. C. Ludlow, William von Rosenbert, R. F. Campbell, and H. C. Still, the "Immortal Twelve" together with J. P. Richardson and Louis N. Goldbeck, appear continuously in all early records pertaining to early efforts to establish the public free schools of Austin and the Manual Training School. Later in the early development and expansion of the school, we find the names of such stalwarts as H. M. Metz, J. B. Rogers, Jefferson Johnson, R. W. Castleman, J. D. McCall, D. B. Gracy, F. T. Ramsey and many other leading citizens of Austin, including such outstanding personalities as George W. Littlefield and Andrew J. Zilker, Austin capitalists. The efforts and determination of Judge Z. T. Fulmore, J. W. Maxwell, and J. W. Graham certainly cannot be overlooked, as these men served as Directors of the Allan Fund Committee for a period of nineteen years and Judge Fulmore and J. W. Graham, according to minutes of the Board of Trustees, introduced more resolutions pertaining to the development and growth of the schools than any other persons connected with the public school system.

Superintendents John B. Winn and T. G. Harris, through their friendship, leadership and devotion to the "Immortal Twelve", brought about the final organization and establishment of the school and certainly the approval and sanction of the educational program on a state level by State Superintendent Oscar H. Cooper, who on July 30, 1889 approved Manual Training as a school subject and authorized payment of salaries for this instruction out of public school funds. All of this aided the early establishment of the Allan Manual Training School and assured its success as a part of the educational program in Texas.

Superintendent A. N. McCallum, Nelson S. Hunsdon, Andrew J. Zilker, E. A. Murchison, and others provided the leadership and wholehearted support needed to establish the program as a growing one in the educational program in Austin and Texas. It was through the administration of Superintendent McCallum and his love of practical education that Colonel Zilker made his first endowment to the department, later increasing his gifts to $300,000.

Mr. Murchison has many times expressed the thought that the greatest accomplishment of his twenty-five years on the Board, was the second endowment of Colonel Zilker to the department, its growth and development, and the growth and development of the evening school program.

Perales Decl.
00063

According to minutes of the Board, the Board members looked with favor on the work of the department and the favorable publicity it had brought the schools. During the fourteen years Mr. Hunsdon was Director of the Allan Manual Training School, not a single recommendation made by him was ever looked upon with disfavor by the Board.

Superintendent McCallum, Judge Fulmore, and later, Eugene Murchison championed the cause of practical education in Austin. Through their efforts and the efforts of such men as A. J. Zilker, George W. Littlefield, Tom Miller and other civic leaders, the department became outstanding in the state and nation. These leaders aroused local pride in the schools and in the department that has been sustained over such a long period of time in Austin.

The Austin Public Schools in its seventy-three years of existence has only had six superintendents and in the fifty-seven years of operation, the Allan-Zilker Manual Training School has had the same number of local Directors, Nelson S. Hunsdon, 1896-1910; Edward S. Blackburn, 1910-1919; G. C. Kirschner, 1919-1922; C. Phil Peters, 1922-1926; Harvey S. Williams, 1926-1938; and Sam L. Martin, who is the present Director of Industrial and Vocational Education.

In one of his inspiring addresses defending manual training before a national group of educators in 1889, Dr. Calvin M. Woodward said:

> "It is no disgrace to work with your hands - the men who have worked with their hands are the men who have built the nation."

> "It is the duty and responsibility of general education in our public free schools to provide those things that will send young people into the world better equipped to battle for their existence - better equipped to become defenders of Democracy, better equipped to exercise their rights of citizenship, but most important of all, better equipped to earn a living and carry the responsibility of parenthood."

When Mr. Hunsdon left the Austin Public Schools to become Director of Industrial Education in the San Antonio Schools, he removed a motto from over his office door, a quotation from Ben Franklin, which said:

> "He who hath a trade hath an estate."

This thought expresses the feelings of those who help train boys and girls in the art of earning a living.

Austin History Center ★ Austin Public Library