# 1800s Hispanics paid a price for escape of slaves

**By Starita Smith**
American-Statesman Staff

It was a time of anxiety and subterfuge. Neighbor feared neighbor. Conspiracies — both large and small — were everywhere. The city was polarized along racial lines.

## HISPANIC HERITAGE MONTH

It was Austin and Central Texas, circa 1840-1860, the period of the Texas Republic and annexation to a United States on the verge of the Civil War.

During those days, the destinies of Hispanics, African Americans and whites collided in one of the least talked about episodes of local history when Tejanos helped blacks flee from slavery to Mexico on what some call an informal underground railroad.

"Austin was an unusual city. Austin was considered a radical city to the rest of Texas. Slave owners here didn't want to join the Confederacy," said Eve Williams, a historian and curator of Jourdan-Bachman Pioneer Farm, a living museum of 1800s rural

See Hispanics, B7

**Continued from B1**

life.

Finally, though, slave owners yielded to pressure from other counties to expel Mexican Americans from Travis County, Williams said.

The 1860 census counted only 20 people with Spanish surnames in Travis County, historians said.

"Then the other counties went ahead with rounding up families. They had a signal from the state capital that it was OK,'" Williams said.

Today, local historians are learning more about the history of Mexican Americans and other groups and how they related to each other through an approach to history called shared heritage.

Their goal is to chronicle legacies that may have been ignored and to explain how the histories and cultures of people of all colors were interconnected.

## Teaching a common history

An Austin Community College history class project that combines research into 150-year-old census and church records with computer technology will allow people to learn more about the shared heritage of Travis County.

The class is tracing the histories of local Hispanic families, including the descendants of those 20 people who stayed here through the expulsions.

Seth Wilkerson is one of the student leaders of the project. He has compiled information gathered over a year's time by previous and current students of Martha Cotera's history class on a spreadsheet, which eventually will provide the database for a compact disc.

The disc will be used in Plaza Saltillo, a planned Mexican-style market square that will be part of a major redevelopment project in East Austin, along with other Mexican history exhibits.

The disc "will have all the (Hispanic) people who have lived in Austin, the businesses they owned and where they lived. People will be able to go up, type in a name and get a family tree," Wilkerson said.

Cotera's class and Williams know that restoring lost chapters of history is a challenge.

"It is so frustrating to do this work. These are faces without names. These are people who have lost their history," Williams said.

"The Tejanos who were part of the underground railroad, and blacks who were part of slave rebellion, we rarely know their names," she said.

However, Williams said, if the truth about the past is to be told and to serve as a lesson for the future, the job has to be done.

"You cannot separate history," Williams said.

Williams wrote that shared heritage is "a belief that when two cultures meet, they share, influence and enrich each other. To deny one people's culture is to deny everyone's."

## Slaves fled, Hispanics exiled

Cotera's class work is supported by the Austin Heritage Society, which is taking part in research and planning of downtown projects and Plaza Saltillo.

The society — one of the operators of pioneer farm — is writing a local history book using the shared heritage approach, said Matt Kreisle, president of the society.

Kreisle said the pioneer farm already uses shared heritage.

"We want every kid that comes through the farm to be proud of their heritage," said Kreisle, a principal in the architecture firm of Page-Southerland-Page.

The expulsion of the Mexican Americans is a clear example of shared heritage, Williams said. It shows how events in Mexico, Texas and the rest of the South affected each other like dominoes falling across the prairie.

Historians say that as slave-owning settlers moved into the area, they became alarmed at how lax local rules of slave conduct were. Slaves were allowed to hire themselves out for work, drink alcohol and own guns. Gradually the worried slave owners enacted ordinances to curb some conduct.

About a quarter of the white people in Travis County owned slaves. These people also tended to be wealthier and have more influence than others.

Some other whites, who had no slaves, disagreed with the slave owners and tried to oppose the ordinances, but without success.

Newspapers of the day documented numerous incidents of slaves leaving with Mexican guides headed for Mexico where slavery, as it was practiced in the South, did not exist.

"A party of 25 Negroes ran away from Bastrop," one 1845 account said. "It is supposed that some Mexican has enticed them to go to the Mexican settlements west of the Rio Grande. Several of the citizens of Bastrop have gone in pursuit of them, but fears are entertained that they will not be overtaken."

Advertisements appeared describing runaways and speculating that their destination was Mexico.

Another newspaper story printed in 1850 told of a plantation owner returning to Austin from Mexico after finding his slave, who had taken a Mexican wife and was doing well. The plantation owner brought the slave back to Texas "though not without a little brush with his father-in-law and others of his new relatives."

Still another newspaper story said one slave returned to his master after "a tour in Mexico," asking to be taken back because peonage in Mexico was worse than slavery in the United States. Most accounts did not end with such re-

**Perales Decl.**
00075

# Hispanics, blacks, whites share Civil War heritage



Lynne Dobson/AA-S

Austin Community College student Seth Wilkerson leafs Saturday though some of the research he is compiling for a class project that will result in a CD database of local Mexican American family histories

morseful returns.

## Southern route to freedom

Most Tejanos were "opposed to slavery. At that time, Central Texas and the Austin area were so far away from the border that slaves needed escorts. (These Mexicans) were undermining slavery" and operating like an "underground railroad," said Arnoldo de León, a history professor at Angelo State University.

The southern route to freedom wasn't nearly as organized as the northern railroad into Canada, but slave flight with Mexican escorts "was a fairly regular occurrence," said de León, author of "They Called Them Greasers."

What happened to the escapees after they crossed the border is still unclear, de León said. Historians don't know whether the runaways established communities in Mexico or how they were treated in their new country.

In 1850, an Austin city watch — a vigilance committee — was formed to help the marshal enforce the ordinances regarding blacks and Mexicans, said some historians.

Then prosperous slave owners decided to make the "transient Mexican population" leave the county. Good Mexicans could stay.

"They asked (Mexicans) to leave or else. I don't know what the 'or else' meant," de León said, but a clear threat was the implication.

By the time the slave owners completed their plan of action, only 20 people with Spanish last names remained in Travis County.

Cotera said she has found the names of the 20 who were allowed to stay in the county in the 1860 census. Among the names were Flores, Menchaca, Garza, Barracas, Garlena, Anteres and Cabazos.

Eventually, Mexican Americans started moving back into the area, and the Hispanic community has been growing in number. The 1990 census counted more than 157,000 Hispanics in the Austin metropolitan area.

Austin American-Statesman

**B8**    Sunday, September 29, 1996

Austin History Center ☆ Austin Public Library

## Public Meeting.

An adjourned meeting of the citizens of Travis county was held at the Old Capitol, at 3 o'clock, on the 7th inst.

The object of the meeting was to receive and consider the report of a committee appointed to report upon the following resolutions offered by Capt. Cleveland at a previous meeting:

[For resolutions see last week's Times.]

Dr. Phillips, chairman of said committee, reported the following resolutions:

The condition of things arising from the unwarrantable and dangerous privileges allowed to the slave population of this county, and especially in this city, imperatively demand of all citizens interested in the common welfare, the adoption of such measures as will immediately counteract their tendency, and establish different and more salutary regulations for their government. To this end that efficiency may be given to public sentiment upon this subject, we regard it as highly important that our feelings, views and determinations should be embodied and expressed so as more certainly to secure general co-operation. We, therefore, recommend the adoption of the following resolutions:

*Resolved*, 1st. That the practice of masters allowing slaves to hire their own time, make their own contracts, and to occupy houses separate from and without enclosures occupied by white persons, is wrong in principle and detrimental to the best interest of this community, as it is calculated to support insubordination and dishonesty among the slave population, thereby rendering the institution of slavery not only valueless, but dangerous.

*Resolved*, 2d. That as law abiding citizens, consulting the interest of all parties concerned, we will not in future allow our slaves any such liberties, nor deal with slaves whose masters allow them such privileges, and we will rigidly enforce the laws against those who allow their slaves such dangerous privileges in violation of the statutes of the State.

*Resolved*, 3d. That all slaves found with arms or deadly weapons of any description upon their persons, or in their apartments, be chastised severely in all cases for the wearing and possessing such unlawful and dangerous articles.

*Resolved*, 4th. That all assemblages of negroes, whether for amusement or religion, without the presence or permission of some respectable white person, are wrong, and should not be permitted.

*Resolved*, 5th. That the ministers having charge of the different churches in our county, be requested to devote a portion of one Sabbath in each month to their spiritual instruction.

*Resolved*, 6th. That we will not buy, sell, or give any article to, or have any business transaction with any slave, without the consent of said slave's master.

*Resolved*, 7th. That a Vigilance Committee be appointed by this meeting, to consist of 12; from the city of Austin, half from the east and half from the west side of Congress Avenue, and 36 from Travis county, 6 from each beat or township, whose duty it shall be to to enforce a strict compliance with the provisions of these resolutions.

*Resolved*, 8th. That we will aid and sustain the said Vigilance Committee in the enforcement of the provisions of these resolutions.

WHEREAS, We have amongst us a Mexican population who continually associate with our slaves, and instill into their minds false notions of freedom, and make them discontented and insubordinate, therefore,

*Resolved* 1st, That all transient Mexicans, or those not freeholders, in our midst, be warned to leave within ten days from the passage of this resolution.

*Resolved* 2d, That all remaining after that time be forcibly expelled, unless their *good character* and *good behavior*, be vouched for by some *responsible American citizen.*

*Resolved* 3d, That all citizens employing Mexicans as laborers, be requested to notify them of the passage of these resolutions.

*Resolved* 4th, That we will not employ Mexicans as laborers, and will discountenance and discourage their presence among us.

*Resolved* 5th, That a committee of ten energetic gentlemen be appointed to carry 1st and 2d resolutions into effect.

Report received, and the meeting proceeded to the consideration of the resolutions, *seriatim.*

Capt. Cleveland offered the following amendment to the 2d resolution:

"That a committee of —— be appointed by the chairman of this meeting to wait upon the merchants, grocers, and other dealers of this city and county, and request them not to buy or sell, from or to a negro, any article whatever, without a written consent from the owner of such slave, and that such merchants, grocers and other dealers, be requested to sign a written article in accordance with this resolution."

Rejected.

Capt. Cleveland proposed the following as a substitute to the 7th resolution:

"That of the fifty-six composing the said Vigilance Committee, six shall be citizens of each of the several six beats, or districts into which the county is divided, exclusive of the city of Austin; and that the chairman of this meeting be instructed to ask of the County Court, at its next session, on the third Monday in November, proximo, to clothe them with the authority and power of the patrol, in each of such districts; and that the rest (twenty) of this committee shall constitute and compose the Vigilance Committee for the city of Austin, with in and to the extent of the corporate limits of said city; and that the chairman of this meeting cause the Mayor and Aldermen of the city to convene immediately, and in their corporate capacity to pass such ordinances as will confer upon the said city Vigilance Committee full power and authority to take up and punish any and all negroes that may at any time be found idling, loitering, or conversing together, either with or without passes, or with the Mexican population of the city, over two in number, as said corporate body may by direct ordinance direct."

On motion of Mr. Hampton, substitute laid on the table.

Mr. Hampton proposed to amend the 7th resolution as follows:

"That a committee be appointed to request the County Court and city authorities to appoint the persons contemplated in this resolution for their respective districts."

Accepted.

Preamble and resolutions, second series, taken up, read and adopted, *seriatim.*

On motion of Maj. Hampton, the chairman appointed the following gentlemen: a committee to carry into effect these resolutions: Dr. Phillips, Maj. John Marshall, Maj. J. W. Hampton, James Jackson, S. G. Norvell, J. A. Burdett, Newton Burdett, Thos. H. Jones, P. J. Nowlin, G. W. Davis.

Dr. Phillips moved that the above proceedings be published in the city papers. Carried.

On motion of B. H. H. Butts, the meeting adjourned, *sine die.*

J. S. FORD, Chairman.

WM. LEIGH CHALMERS, Sec'ry.

TEXAS STATE TIMES
Saturday
October 14, 1854
page 02

Austin History Center ✸ Austin Public Library

Perales Decl.
00077

# TEXAS STATE GAZETTE

## Gonzales Convention.

On Monday, the 22d of October, a convention of delegates from the different western counties of the State, will be holden in Gonzales, for the purpose of devising means to remedy the evil resulting from the transient Mexican *peon* population in our midst.

There presence among us is a serious evil when viewed with reference to our slave population. By placing themselves on an equality with the slave, they stir up among our servants a spirit of insubordination, and experience has proved that they are always ready to assist the runaway slave in effecting his escape to the Mexican frontier.

Self-preservation requires at our hands the adoption of stringent measures to relieve ourselves of the evil; for we hazard nothing in saying that until this is done, there is no safety in slave property west of the Colorado.

We do not wish to be understood as favouring the idea of proscribing the entire Mexican population now among us, as a class. There are a few worthy Mexicans in every county who have identified their interests with the country, by permanently settling and engaging with laudable enterprise, in industrial pursuits; all such should be protected. We hope to hear of a full attendance at Gonzales.

It may be remarked in this connection that the escape of our slaves into Mexico by the help of Mexicans, and otherwise, has become a matter of magnitude, and of sufficient importance to demand some decided action on the part of the people of Western Texas. Hundreds of refugee negroes are now residing there in a state of destitution, and degredation, and unable to return to their masters.

In the treaties between the United States and Mexico, no provision is made for the re-capture of fugitive slaves. In this respect, our Government has been negligent of the interests of the people of Texas. The people should look to the government for protection of person and property, as long as there may be any hope of such protection; but when the government fails in the performance of that paramount duty, it cannot be required of the citizen tamely to submit to the loss and destruction of his property, without the hope of redress. Inasmuch as the general government has failed to provide for the re-capture of fugitive slaves in Mexico, we believe the people should adopt some means of accomplishing that object.

To that end we respectfully suggest, to all those who may have lost slaves, to send us a description of them, and the time when they escaped. Eventually something may be done.

Austin History Center ✦ Austin Public Library

Perales Decl.
00078

PEONES.

At a public meeting of our citizens last Saturday, the
following preamble and // resolutions were adopted.

The condition of things arising from the unwarrantable and
dangerous privileges // allowed to the slave population
of this county, and especially in this city, im- // per-
viously demand of all citizens interested in the common
atively, the adoption // of such measures as will immedi-
ately counteract their tendency, and establish // differ-
ent and salutary regulations for their government.  To
the end that // efficacy may be given public sentiment
upon this subject, we regard it as high- // ly important
in that our feelings, views and determinations should be
embodied // and expressed so as more certainly to secure
general co-operation.  We, there- // fore, recommend the
adoption of the following resolutions:

RESOLVED, 1st.  That the practice of masters allowing slaves
to hire their own // time, make their own contracts, and
to occupy houses separate from and without // enclosures
occupied by white persons, is wrong in principle and det-
rimental  to // the best interest of this community, as
it is calculated to support insubordination // and dis-
honesty among the slave population, thereby rendering the
institution of // slavery not only valueless, but dangerous.

RESOLVED, 2d.  That as law abiding citizens, consulting the
interest of all parties // concerned, we will not in future
allow our slaves any such liberties, nor deal with // slaves
whose masters allow them such privileges, and we will rig-
idly enforce the // laws against those who will allow their
slaves such dangerous privileges in violation // of the
statues of the State.

RESOLVED, 3d.  That all slaves found with arms or deadly
weapons of any descrip- // tion upon their persons, or in
their apartments, be chastised severely in all cases // for
the wearing and possessing such unlawful and dangerous ar-
ticles.

RESOLVED, 4th.  That all assemblages of negroes, whether
for amusement or re- // ligion, without the presence or
permission of some respectable white person, are // wrong,
and should not be permitted.

RESOLVED, 5th.  That the ministers having charge of the
different churches in // our county, be requested to devote
a portion of one Sabbath in each month to their // spirit-
ual instruction.

RESOLVED, 6th.  That we will not buy, sell, or give any article to, or have any // business transaction with any slave, without the consent of said slave's master.

RESOLVED, 7th  That a Vigilance Committee be appointed by this meeting, to // consist of 12 from the city of Austin, half from the east and half from the west // side of Congress Avenue, and 36 from Travis county, 6 from each beat or town- // ship, whose duty it shall be to enforce a strict compliance with the provisions of // those resolutions.

RESOLVED, 8th.  That we will aid and sustain the said Vigilance Committee in // the enforcement of the provision of these resolutions.


WHEREAS, we have among us a Mexican population who continually associate // with our slaves and instill into their minds false notions of freedom and make // them discontented and insubordinate, there.

RESOLVED, 1st.  That all transient Mexicans, or those not freeholders, in our // midst, be warned to leave within ten days from the passage of this resolution.

RESOLVED, 2nd.  That all remaining after that time be forcibly expelled, unless // their good character and good behavior, be vouched for my some responsible American citizen.

RESOLVED, 3d.  That all citizens employing Mexicans as laborers, be requested // to notify them of the passage of those resolutions.

RESOLVED, 4th.  That we will not employ Mexicans as laborers, and will discon- // tenance and discourage their presence among us.

RESOLVED, 5th.  That a committee of ten energetic gentlemen be appointed to // carry 1st and 2d resolution into effect.

A vigilance committee appointed under these resolutions have, with other // citizens, called a meeting to take place today, in order for a more full and gen- // eral expression of public opinion.  As this meeting will adopt or modify these resolutions, we have not deemed it necessary to publish further details of the // previous meeting.

TEXAS STATE GAZETTE
Saturday
October 14, 1854
page (61)

Austin History Center ☆ Austin Public Library

## Peones.

At a public meeting of our citizens last Saturday, the following preamble and resolutions were adopted.

The condition of things arising from the unwarrantable and dangerous privileges allowed to the slave population of this county, and especially in this city, imperatively demand of all citizens interested in the common welfare, the adoption of such measures as will immediately counteract their tendency, and establish different and more salutary regulations for their government. To the end that efficacy may be given to public sentiment upon this subject, we regard it as highly important that our feelings, views and determinations should be embodied and expressed so as more certainly to secure general co-operation. We, therefore, recommend the adoption of the following resolutions:

*Resolved,* 1st. That the practice of masters allowing slaves to hire their own time, make their own contracts, and to occupy houses separate from and without enclosures occupied by white persons, is wrong in principle and detrimental to the best interest of this community, as it is calculated to support insubordination and dishonesty among the slave population, thereby rendering the institution of slavery not only ridiculous, but dangerous.

*Resolved,* 2d. That as law-abiding citizens, consulting the interest of all parties concerned, we will not in future allow our slaves any such liberties, nor deal with slaves whose masters allow them such privileges, and we will rigidly enforce the laws against those who allow their slaves such dangerous privileges in violation of the statutes of the State.

*Resolved,* 3d. That all slaves found with ...... upon their persons or in their apartments .............. in all cases for the wearing and possessing such unlawful and dangerous articles.

*Resolved,* 4th. That all assemblages of negroes, whether for amusement or reasoning, without the presence or permission of some respectable white person, are wrong, and should not be permitted.

*Resolved,* 5th. That the ministers having charge of the different churches in any county, be requested to devote a portion of one Sabbath in each month to their spiritual instruction.

*Resolved,* 6th. That we will not buy, sell, or give any article to, or have any business transaction with any slave, without the consent of said slave's master.

*Resolved,* 7th. That a Vigilance Committee be appointed by this meeting, to consist of 12 from the city of Austin, half from the east and half from the west side of Congress Avenue, and 36 from Travis county, 6 from each beat or township, whose duty it shall be to enforce a strict compliance with the provisions of those resolutions.

*Resolved,* 8th. That we will aid and sustain the said Vigilance Committee in the enforcement of the provisions of these resolutions.

Austin History Center ✳ Austin Public Library

Perales Decl.
00081

WHEREAS, We have among us a Mexican population who continually associate with our slaves, and instil into their minds false notions of freedom, and make them discontented and insubordinate, therefore.

*Resolved,* 1st. That all transient Mexicans, or those not freeholders, in our midst, be warned to leave within ten days from the passage of this resolution.

*Resolved,* 2d. That all remaining after that time be forcibly expelled, unless their *good character* and *good behavior*, be vouched for by some *responsible American citizen.*

*Resolved,* 3d. That all citizens employing Mexicans as laborers, be requested to notify them of the passage of these resolutions.

*Resolved,* 4th. That we will not employ Mexicans as laborers, and will discountenance and discourage their presence among us.

*Resolved,* 5th. That a committee of ten energetic gentlemen be appointed to to carry 1st and 2d resolutions into effect.

A vigilance committee appointed under these resolutions have, with other citizens, called a meeting to take place to-day, in order for a more full and general expression of public opinion. As this meeting will adopt or modify these resolutions, we have not deemed it necessary to publish further details of the previous meeting.


TEXAS STATE GAZETTE
Saturday
October 14, 1854
page (61)

Austin History Center ✶ Austin Public Library

Perales Decl.
00082

THE PEONS.—The Vigilance Committee have so far promptly carried out the views expressed by their fellow-citizens at the public meeting of Saturday last. Forming into a cavalcade, the committee proceeded to the camps of the transient Peons, and delivered to them the instructions adopted at the meeting. They have thus ample notice, and we think that further trouble need not be apprehended.

```
            TEXAS STATE GAZETTE
                 Saturday
            October 21, 1854
                page (68)
```

Austin History Center ✳ Austin Public Library



Austin History Center ☆ Austin Public Library

TEXAS STATE TIMES
Saturday
October 21, 1854
page 02

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
that summary proceedings seem perfectly jus-
tifiable.  Hence, the committee have resolved
to expel those Mexicans whose guilt is appa-
rent, "peaceably if the can, forcibly if they
must."

Perales Decl.
00084

## Grand Ratification Meeting.

Pursuant to notice, the citizens of Travis county convened at the Old Capitol, on Saturday the 4th inst., for the purpose of ratifying or repudiating the resolutions adopted on the 7th inst., relative to the Mexican population in the county.

On motion of Judge W. S. Oldham, Col. Thos. McKinney was called to the Chair, and Dr. W. Philips appointed Secretary.

The Chairman explained the object of the meeting, and read the following resolutions adopted at the previous meeting.

WHEREAS, We have among us a Mexican population who continually associate with our slaves, and instil into their minds false notions of freedom, and make them discontented and insubordinate; therefore,

*Resolved*, 1st. That all transient Mexicans, those not freeholders, in our midst, be warned to leave within ten days from the passage of this resolution.

*Resolved*, 2d. That all remaining after that time be forcibly expelled, unless their good character and good behavior, be vouched for by some responsible American citizen.

*Resolved*, 3d. That all citizens employing Mexicans as laborers, be requested to notify them of the passage of this resolution.

*Resolved*, 4th. That we will not employ Mexicans as laborers, and will discountenance and discourage their presence among us.

*Resolved*, 5th. That a committee of ten energetic gentlemen be appointed to carry the first and second resolution into effect.

On motion of Major John Marshall the resolutions were taken up *seriatim*; whereupon Judge S. G. Sneed addressed the meeting at length, reviewing the evils in our community growing out of the Peon Mexican Population, unprincipled white men, abolitionists, dram shop dealers, etc. The Judge urged the most pacific means for ridding our county of the transient Mexican population.

Judge W. S. Oldham being called for, addressed the meeting in clear, forcible and convincing argument, sustaining the resolutions of the previous meeting, and showing most conclusively the propriety and necessity of expelling the Mexican population, specified in the resolutions, from this community, "*peaceably if we can, forcibly if we must.*"

On motion of Major J. W. Hampton, the preamble and first resolution were read and adopted.

The second resolution being read, Major P. W. Nowlin moved to strike out the words "transient Mexicans, and those not freeholders;" whereupon open discussion ensued; in which the Chairman and others participated, in opposition to the proposed amendment. At the request of Dr. Philips, Major Nowlin withdrew his amendment, and the second resolution was then adopted.

The third and fourth resolutions were read and adopted without discussion.

The fifth resolution being read, on motion of Dr. Philips, the committee were enlarged to twenty in lieu of ten, as originally appointed, to carry first and second resolutions into effect. On motion of Judge Oldham, the committee appointed at the previous meeting was continued. The gentlemen composing the entire committee as appointed, are as follows: Dr. W. C. Philips, Major John Marshall, J. A. Burch, Major J. W. Hampton, Newton Burdett, J. R. Jackson, P. W. Nowlin, Geo. W. Davis, Thos. H. Jones, S. G. Norvell, Dr. Ford, Aaron Burleson, Capt. Swisher, Alfred Smith, Jas. H Matthews, Gideon Pace, Mr. Blocker, E. Johnson, S. M. Swenson, and Judge S. G. Sneed.

At the close of the regular proceedings, Capt. D. T. Cleveland offered in substance the following resolution: "That a committee of three or four be appointed by the Chairman of this meeting, to wait upon the merchants, grocers, and other dealers in this city and county, and request them not to buy or sell from or to a negro any article whatever, without the written consent of the owner of such slave, and that such merchants, grocers or other dealers, be requested to sign a written article in accordance with this resolution." *Rejected.*

On motion of Judge Sneed, the meeting adjourned *sine die.*

THOS. McKINNEY, Chairman.
W. C. PHILIPS, Secretary.

TEXAS STATE TIMES
Saturday .
October 21, 1854
page 03

Austin History Center ✶ Austin Public Library