THE Vigilance Committee have discharged their duties. No Peon now remains in the city, who is not vouched for by respectable citizens. It should be the duty of every citizen to aid in preserving the present state of things. We trust that our County Court will lend its influence in the appointment of suitable patrols.

TEXAS STATE GAZETTE
Saturday
October 28, 1854
page (76)

Austin History Center ✯ Austin Public Library

Perales Decl.
00086

### Proceedings of the Gonzales Convention.

Pursuant to previous notices the Convention of the counties of Western Texas which had taken action on the subject of the insecurity of the slave population, met at the Court-House in Gonzales, on Monday, the 23d inst., at 2 o'clock P. M.

On motion of Gen. A. H. Jones, the Convention was organized by calling Col. Andrew Neill, of Gaudalupe county, to the chair, and appointing L. H. Russell, Esq., of Gonzales, Secretary. Upon a call of the counties which had appointed delegates, the following gentlemen presented themselves as delegates, to wit:

*Guadalupe.*—Col. Andrew Neill, Joshua W. Young and T. C. Greenwood, Esq.

*Travis.*—George L. Walton, Esq.

*Hays.*—Dr. Wm. Thompson.

*Caldwell.*—Dr. D. F. Brown.

*Gonzales.*—Gen. A. H. Jones, Hon. S. H. Darden, Judge Ed. Billinger, Wm. H. Stewart, Esq., Dr. J. L. Johnson, L. Cleveland, Ben. Weeks, John Mooney and L. H. Russell.

On motion, it was resolved that such gentlemen present from counties which had chosen delegates (and who were not in attendance) as were favorable to the [illegible] would consent to act, were then invited to [illegible] upon the following gentlemen came forward [illegible] viz:

*De Witt.*—Dr. J. A[illegible] Jacob Carrol.

*Lavaca.*—W. T. Rogers [illegible] Esqrs.

*Fayette.*—L. E. Price and R. M. T[illegible] Esqrs.

On motion of T. H. Stribling, Esq., Gen. T. N. Ward of Gonzales, was invited to a seat in the Convention.

The chairman then arose and stated the objects for which the Convention had been called, in a clear, forcible and concise manner, and impressing upon the Convention the necessity of rigid police regulations.

On motion of T. H. Stribling, Esq., Bexar, it was resolved

TEXAS STATE GAZETTE
Saturday
November 14, 1854
page 83

Austin History Center ✦ Austin Public Library

Perales Decl.
00087

that a committee of one member from each county represented, be appointed to report resolutions for the action of the Convention. Whereupon the following delegates were named: Messrs. T. H. Stribling, A. H. Jones, T. C. Greenwood, D. F. Brown, J. A. Wimbush, W. T. Rogers, L. F. Price, Geo. L. Walton and Wm. Thompson; and on further motion Messrs. Waul, Young, and the chairman were added thereto.

Col. Wilcox and Gen. Waul being called upon for their views, delivered speeches in very eloquent and forcible language upon the subject of the great liberty and freedom enjoyed by the slave population of the country and denouncing the interference of evil disposed persons and Mexicans in tampering with them, and calling for an efficient police organization to prevent insubordination or escape.

On motion, the Editor of the Gonzales Inquirer was invited, to a seat at the Secretary's table to make a report of the proceedings.

On motion, the Convention adjourned, to allow the committee time to report, until Tuesday, 2 o'clock P. M.

<pre>
              TEXAS STATE GAZETTE
                   Saturday
              November 14, 1854
                   page 83
</pre>

Austin History Center ★ Austin Public Library

Perales Decl.
00088

TUESDAY, 2 o'clock P. M.

The Convention was called to order by the chairman, at the hour, and the following additional delegates appeared from Guadalupe county: Dr. Jno. M. Anderson and Col. F. Smith.

The committee appointed on yesterday, through Mr. Stribling, the chairman, reported as a majority report, in which they had not all concurred, the following resolutions which being read, on motion, the report was received, and the resolutions taken up separately, and severally adopted—to-wit:

Whereas, from the frequent abduction and escaping of slaves from Western Texas, into the Republic of Mexico, it has become necessary for the people to meet in Convention to devise ways and means for the better security of said slaves, therefore, be it

*Resolved, 1st* That it is recommended to the citizens of each county, to appoint twenty discreet citizens, to compose a committee of vigilance, whose duty it shall be to prosecute, to the full extent of the law, all persons who may be found abducting,

TEXAS STATE GAZETTE
Saturday
November 14, 1854
page 83

*Austin History Center ☆ Austin Public Library*

Perales Decl.
00089

83

or in any manner tampering or trading with our slave population; and when the law will not reach the offence committed, that they use such other means as the emergency of the case may require.

*Resolved, 2d.* That all good citizens be requested to report to the vigilance committee, of his county, all suspicious persons, holding communication, tampering, or trading with negroes in any manner.

*Resolved, 3d.* That all slave holders be requested to patrol rigidly their own premises, and prohibit all intercourse between their negroes and evil disposed persons.

*Resolved, 4th.* That each slave holder be requested to prohibit his negroes from leaving his premises, without a written permit, defining the time and object of his leave, nor suffer other negroes to visit his premises without permission from the owner.

*Resolved, 5th.* That all slave holders be requested to prohibit their slaves from acquiring or holding property of any kind, especially fire arms, or any kind of weapons.

*Resolved, 6th.* That the County Courts of all the counties of Western Texas be requested, forthwith, to appoint such a number of responsible men as patrols, as they are authorized to do

TEXAS STATE GAZETTE
Saturday
November 14, 1854
page 83

*Austin History Center ✯ Austin Public Library*

Perales Decl.
00090

under existing laws.

*Resolved, 7th* That the slave holders of each county, be recommended to form associations, and adopt means to recover absconding slaves, at their mutual expense.

*Resolved, 8th* That a committee of nine, being one for each county, herein represented, be appointed to memorialize the next legislature, with the view of obtaining the passage of a law, incorporating joint stock associations in the various counties or districts, for mutual assurance against the loss of negroes absconding, and such other laws as may be necessary for the security and recovery of our slave population.

*Resolved, 9th* That in order to prevent a collision, between our citizens and the Government of Mexico, our Senators be requested, and our Representatives be instructed, to impress upon our National Government, the necessity of protecting us against Mexican aggression, by the abduction and enfranchisement of slaves from our territory.

After which, Mr. Greenwood, from the same committee, reported a minority report, with the following resolution:

That, whereas, there are residing in our State, a large number of persons, known as Mexican Peons, therefore, we recommend the various county associations, to memorialize the legislature to enact such laws as will define their position among us, and adopt such regulations as may render said Peons useful as servants, or harmless as freemen.

Which, after eliciting a warm and interesting discussion, in which Messrs. Greenwood and Young advocated, and Messrs. Stribling, Wilcox and Smith, opposed the same, the question was taken, and the resolution was rejected.

The chairman named the 8th resolution: Messrs. Wilcox, for Bexar, Young, for Guadalupe, Brown, for Caldwell, Steward, for Gonzales, Winbush, for DeWitt, Harris, for Lavaca, Tovis, for Fayette, Walton, for Travis, and Thompson, for Hays counties.

On motion, it was resolved, that the proceedings be signed by the president and secretary, and a copy furnished to the Gonzales Inquirer, with a request for publication, in that paper, and the other papers of Western Texas.

When, on motion, the Convention adjourned *sine die.*

L. H. RUSSELL, Secretary.   A. NEILL, President.

TEXAS STATE GAZETTE
Saturday
November 14, 1854
page 83

Austin History Center ★ Austin Public Library

Perales Decl.
00091

<u>Peons</u>.-- There was much complaint against Mexican peons at and about Austin, because of their mixing with the slaves and inciting them to discontent and insubordination. A mass meeting was held October 7, to consider the subject, at which lengthy resolutions looking to a reform, were adopted. It was resolved to discontinue the practice of employing peons as laborers. The committee appointed, proceeded to the camps of the Mexicans and delivered to them the instructions ordered by the meeting. No further trouble was apprehended.

A second meeting was held at the old capital, October 14. On motion of Judge W. S. Oldham, Thomas F. McKinney was called to preside, and William C. Philips appointed secretary. On motion of John Marshall, the resolutions were taken up <u>seriatim</u>, read and adopted. They were subsequently amended in some minor particulars, on motions offered by Joseph W. Hampton and P. W. Nowlin. Judge Sneed addressed the meeting at length. Judge Oldham also made a speech. The following committee was appointed to see that the measures provided for in the resolutions were enforced: William C. Philips, John Marshal, Joel A. Burditt, Joseph W. Hampton, Newton Burditt, James R. Jackson, Peyton W. Nowlin, George W. Davis, Thomas H. Jones, Samuel G. Norvell, John S. Ford, Aaron Burleson, James G. Swisher, Alfred Smith, James H. Matthews, Gideon G. Pace, Abner P. Blocker, Enoch. S. Johnson, S. M. Swenson, and Sebron G. Sneed.

Frank BROWN
ANNALS OF TRAVIS COUNTY
Chapter XVI
1854
page 40

Perales Decl.
00092

WORTHY OF NOTICE.—A writer in the San Antonio Ledger suggests that every strange Peon Mexican coming to San Antonio be compelled to register his name at the Mayor's office, and give an account of himself and his business; that, also, if he is unknown to any respectable resident of San Antonio, and unable to give a satisfactory certificate, that he be required under a penalty to leave the city forthwith. It is a most troublesome class in the community—one far more mischievous than free negroes, and they are doubtless all of them fugitives from service and labor in Mexico. Something of a stringent nature ought to be put in force against them. We may suffer the peon to stay among us who labors and shows himself to be honest and industrious, but we cannot permit the peons to increase in our community unrestrainedly without serious loss to the citizens. It is a bad element of society, and sooner or later will be entirely extinguished.

TEXAS STATE GAZETTE
Saturday
February 24, 1855
page 04 (204)

Austin History Center ☆ Austin Public Library

Perales Decl.
00093

PEON MEXICANS.—We see by the California papers that the Chinese now residing in California, to the number of forty thousand, are decided to be incapable of acquiring the rights of citizenship—the court holding that they are not white people. Now, if the tonsured and pigtailed Asiatic is to be placed out of the pale of citizenship, what ought to become of the half-negro, half Indian greaser, who runs away from his master in Mexico and crossing into Texas, comes here among us and claims the same rights of citizenship as the best of us? Is he any better than the Chinaman, that he should be treated with such superior consideration?

TEXAS STATE GAZETTE
April 21, 1855
page 04 (268)

PEON MEXICANS.--We see by the California papers that the Chi- // nese now residing in California, to the number of forty thousand, are // decided to be incapable of acquiring the rights of citizenship--the // court holding that they are <u>not</u> <u>white</u> <u>people</u>. Now, if the tonsured // and pigtailed Asiatic is to be placed out of the pale of citizenship, // what ought to become of the half-negro, half Indian greaser, who // runs away from his master in Mexico and crossing into Texas, comes // here among us and claims the same rights of citizenship as the best // of us?  Is he any better than the Chinaman, that he should be treat- // ed with such superior consideration?

Austin History Center ☆ Austin Public Library

Perales Decl.
00094

## SAN ANTONIO

The Editor of this paper found less excitement in San Antonio, during his recent visit, than at any previous time. The cart question is becoming old; and the mere circumstance of paying an additional sum of $25,000 per month freight does by no means cause an unanimous opposition against the universal assault upon the carts. The merchants add the cost to the goods, and some of them usually argue, that they are not the real sufferers. The "American" and "German" teamsters are glad enough to get rid of a competition which in despatch and cheapness excels them.

A few rule or ruin politicians think they will thus drive out the great mass of the Mexican population, and thus restore the balance of power to themselves. We met one member of the American party however forseeing and candid enough to admit, that if the warfare be continued it will destroy the prosperity of the city. He said to the writer: "Within two years San Antonio has received three terrible blows: 1. The organization of Know Nothingism. This has kept back a large German population, who would have brought wealth and industry; and helped their kindred to build up town and country. These have been deterred from coming by the letters which they received from the Germans here.

"2. The dry weather, which has operated upon all classes alike.

"3. The war against the carts, which to a great extent grows out of the political aspect of the question. The Democrats have not the courage to defend those who serve them at the ballot box."

When we asked him if the Democrats must go to war with the "Plug Uglies" who murder the cartmen, he said that Democrats should at least stand by their brethren, and enlighten the public. By way of assisting in this enlightenment we publish this conversation. And we add on our own account, that whenever the citizens of San Antonio run off their gregarious population, the city will ever afterwards be an insignificant village. An American Southern population of 500,000 inhabitants and 50,000,000 of wealth would not support so large an inland city as San Antonio. Whatever there may be the causes of disturbance it behoves the property holders of San Antonio to put down the warfare upon castes, religion and classes as such. There are really no incongruous elements which may not exist together and be mutually beneficial: and the keen native-born American is simply a fool who cannot make the other elements the means of his own prosperity.

SOUTHERN INTELLIGENCER
Wednesday
September 09, 1857
page 02

Austin History Center ☆ Austin Public Library

Perales Decl.
00095