Austin History Center ⚜ Austin Public Library

# Historical Factors Affecting Mexican American Parental Involvement and Educational Outcomes:
## The Texas Environment from 1910-1996

Mary S. Black

A Thesis Presented to the Faculty
of the Graduate School of Education of Harvard University
in Partial Fulfillment of the Requirements
for the Degree of Doctor of Education

1996



EX. 7

Perales Decl.
00096



Austin History Center ✦ Austin Public Library

## INFORMATION TO USERS

This manuscript has been reproduced from the microfilm master. UMI films the text directly from the original or copy submitted. Thus, some thesis and dissertation copies are in typewriter face, while others may be from any type of computer printer.

The quality of this reproduction is dependent upon the quality of the copy submitted. Broken or indistinct print, colored or poor quality illustrations and photographs, print bleedthrough, substandard margins, and improper alignment can adversely affect reproduction.

In the unlikely event that the author did not send UMI a complete manuscript and there are missing pages, these will be noted. Also, if unauthorized copyright material had to be removed, a note will indicate the deletion.

Oversize materials (e.g., maps, drawings, charts) are reproduced by sectioning the original, beginning at the upper left-hand corner and continuing from left to right in equal sections with small overlaps. Each original is also photographed in one exposure and is included in reduced form at the back of the book.

Photographs included in the original manuscript have been reproduced xerographically in this copy. Higher quality 6" x 9" black and white photographic prints are available for any photographs or illustrations appearing in this copy for an additional charge. Contact UMI directly to order.

UMI

A Bell & Howell Information Company
300 North Zeeb Road, Ann Arbor MI 48106-1346 USA
313/761-4700    800/521-0600

Perales Decl.
00097

UMI Number: 9638732

Copyright 1996 by
Black, Mary S.

All rights reserved.

UMI Microform 9638732
Copyright 1996, by UMI Company. All rights reserved.

This microform edition is protected against unauthorized copying under Title 17, United States Code.

UMI

300 North Zeeb Road
Ann Arbor, MI 48103

Austin History Center ☙ Austin Public Library

© 1996

Mary S. Black

All Rights Reserved

Perales Decl.
00098

Austin History Center ☙ Austin Public Library

## Table of Contents

I. Introduction to Complexity: Context, Research Design, and Methods.................................................................1
Research Context.................................................................4
   Parental Involvement.................................................4
   Mexican American School Failure.................................7
   Guiding Conceptual Framework for Study.........................9
Research Question.................................................10
Setting.................................................12
Research Design and Methods.................................................12
   Texas Environment for Mexican Schoolchildren, 1910-1930.........15
   Metz Elementary School, 1916-1996.................................17
   Parent Interviews on School Involvement.........................18
   Interviews with PTA and School Officials, TEA Hearing and Recommendations.................................22
   Mexican American Family Values.................................22
Validity.................................................23
Organization of the Study.................................................26
Significance of the Study.................................................27

II. Cultural and Historical Background to Academic Performance: The Texas Environment for Mexican Schoolchildren, 1910-1930.................................31
Sources.................................................34
Research Context.................................................36
Immigration and the Mexican Revolution, 1910-1920.................38
Socioeconomic Characteristics of Mexicans in Texas.................41
   The Transition from Rural to Urban.................................45
Texas Public Schools.................................................47
   The Problems of School Funding and Administration.................48
   The Problems of Teachers.................................51
   Curriculum.................................................53
   Facilities.................................................57
Compulsory Attendance and Child Labor Laws.................60
School Completion Rates.................................................62
The Effects of Ethnocentrism on Education for Mexican Students.................63
   Americanization.................................................63
   Americanization in Texas Schools.................................66
   Vocational Education.................................68
   Roots of English/Spanish Distrust.................................70
   Segregation.................................................71
   Enrollment Patterns.................................72
   Harassment.................................................74

   Intelligence Testing.................................................76
   Compounding of Race and Socioeconomic Class.................79
Conclusion: A Cultural Explanation for the Texas School Pattern.................................81
   A Model of Agrarian Society.................................82
   Ethnocentrism.................................................84
   Texas as an Agrarian, Racist Society.................................86
Conclusion.................................................88
   Increasing Population and Stagnant School Completion.................89
   The Origin of Low Academic Performance.................................91

III. The Battleground: The History of Metz Elementary School.................96
Sources.................................................98
A Neighborhood Snapshot, 1994.................................100
Metz is Built, 1916.................................103
The Era of Segregation, 1930-1972.................................105
The Bilingual Revolution, 1972-1984.................................112
The Fight for the New Building, 1984-1991.................................125
The New Start, 1992-1996.................................133
   The TAAS Fiasco, 1993.................................135
   Aftermath.................................................142
Conclusion.................................................146

IV. The Influence of Mexican American Family Values on Education.................................159
Familism.................................................160
   Family as Emotional Support System.................................162
   Interaction of Grandparents and Grandchildren.................165
The Ideal of "Educación".................................168
Home/School Interaction.................................173
Conclusion.................................................180

V. Families and School: Four Generations of Mexican American Experiences.................................189
Family Stories of Discrimination.................................197
The Language Shift: "Like Being on Mars".................................200
Grandmothers' Stories of Leaving School.................................202
Traditional Family Values: Watchfulness, Faith and Respect.................205
   Careful Vigilance over Children.................................206
   The Concept of Respect.................................209
   Faith and Church.................................212
External Involvement with School: PTA.................................213
Internal Involvement with School: Homework.................................215
Dissatisfaction: Making School Positive.................................216

Perales Decl.
00099

Austin History Center · Austin Public Library

Figure1. Counties of Texas ...... 94
Figure 2. Mexican heritage schoolchildren in 1912 ...... 95
Figure 3. School bell: Metz Elementary School ...... 149
Figure 4. New Metz building ...... 149
Figure 5. Dominos in the afternoon ...... 150
Figure 6. Grandfather ...... 150
Figure 7. Washed clean ...... 151
Figure 8. Piñata Palace ...... 151
Figure 9. Holly Street Power Plant ...... 152
Figure 10. Power plant and park ...... 152
Figure 11. Total Metz enrollment ...... 153
Figure 12. Percentage of Mexican heritage students ...... 153
Figure 13. Metz in 1930-31 ...... 154
Figure 14. Daily schedule for 1931-32 ...... 154
Figure 15. Fifth grade class in 1954 ...... 155
Figure 16. Hermelinda Rodriguez ...... 155
Figure17. Jose G. Flores ...... 156
Figure 18. Overcrowding and portable buildings ...... 157
Figure 19. Four friends graduate kindergarten ...... 157
Figure 20.Looking to the future ...... 158
Figure 21. Carnival time ...... 158
Figure 22. Increase in schooling ...... 237

Environmental Concerns ...... 217
Testing Concerns ...... 218
Aspirations for the Children ...... 221
Past Life Histories and Academic Outcomes ...... 223
The Abuela Effect ...... 223
Genealogies of Hope ...... 226
Conclusion ...... 232

VI The Importance of Social History on Mexican American Schooling Involvement and Outcomes ...... 238
Original Research Question ...... 239
Ogbu's Theory: The Mexican American Case in Central Texas ...... 241
Late Inclusion in School ...... 244
Inferior Education ...... 245
Limits on Occupational Mobility ...... 246
Child-Rearing Practices ...... 248
Critique of Ogbu's Theory ...... 251
Mexican Americans: A Study in Complexity ...... 251
Conclusions ...... 254
An Alternative View of Mexican American Experience ...... 256
Recommendations for Further Research ...... 260
Implications for Schools ...... 261
Final Thoughts ...... 263

VII. Appendices
A. Life-course Analysis as Used in This Study ...... 264
B. Author's Background ...... 266
C. Conditional Matrix ...... 267
D. Interview Questions ...... 268
E. Growth and Development of the Austin Public Schools ...... 270
The Beginning of the Austin Public School System, 1881-1915 ...... 270
Early Mexican School Enrollment ...... 271
Evaluating Excellence, Pre-Modern Style ...... 272
Health and Recreation ...... 273
Population Increases During 1920s ...... 274
Depression Era Stability ...... 275
Austin Continues to Grow During the 1940s and 1950s ...... 276
Implementing Desegregation, 1954-1989 ...... 277
The Aftermath of Busing ...... 278
F. Principals of Metz Elementary School, 1916-1996 ...... 281

VIII. Bibliography ...... 282

Perales Decl. 00100

96

"Austin History Center ❧ Austin Public Library

## Chapter Three

### The Battleground: The History of Metz Elementary School

Metz Elementary School is located in a one-story yellow brick building, with a red tile roof, and circling just above the windows, a row of charming ceramic tiles made by the students (Figures 3 and 4). The building was dedicated with pride and ceremony in October 1992, with flashing Mexican folklorico dancers and a state senator in attendance. The school is located in Austin, Texas, six blocks north of the Colorado River and eight blocks east of Interstate Highway 35 in what is commonly called East Austin.

This chapter describes the history of this school from its founding in 1916 to today. Children of Mexican heritage have attended this school continuously in greater or lesser numbers since its opening. It is important to understand the history of such an elementary school because the early grades were often the only education past generations of Mexican Americans received in the Texas school system. For example, as late as 1960, the median years of schooling achieved by persons of Spanish surname in Texas was only 4.8 years (Moore 1970, p. 66). Since Mexican Americans have one of the highest school drop out rates in the nation in the 1990s (U.S. Bureau of the Census 1990), elementary school still represents the most common educational experience for many Mexican Americans.

Perales Decl.
00101



Figure 2. Mexican schoolchildren in Austin, Texas, tentatively identified as the academic year 1912-13. This is probably in front of the Mexican Baptist School, 301 East Avenue, in Austin. The Anglo woman on the right may be the teacher, Miss Linnie Hopkins. Man on left may be Rev. James A. Musa. The public schools for Mexican children were closed temporarily in Austin that year, so church schools briefly took over for a few months.

Austin History Center → Austin Public Library

the past 80 years. Major historical periods in the life of the school include the Beginning Era 1916 -1930; the Era of Segregation 1930-1971; the Bilingual Revolution 1972-1984: the Fight for the New Building 1985-1992; and the New Start, 1992-96. The chapter concentrates on 1972 to 1996, not only due to the availability of source material, but also to illustrate the significant differences of this time period compared to earlier years. For information on the beginning of public schooling in Austin (1881-1915), please see Appendix E.

Sources

Approximately 40 newspaper stories from Austin newspapers from 1916 to 1995 outline the effects of major changes on Metz Elementary such as desegregation, bilingual education, construction of a new building, parent activism, and low school achievement on the Texas Assessment of Academic Skills (TAAS). These newspaper articles are in the archives of the Austin History Center in Austin, Texas. There are considerable gaps in the news stories due to the unsystematic method of collection by the History Center. School district archives were not accessible for this study due to lack of systematic filing and storage.

In 1992-93, 48% of the Metz third graders passed all three sections (reading, writing, and math) of the Texas Assessment of Academic Skills (TAAS), but only 6% of the fourth graders did so. Because at least 20% of the fourth grade did not pass the test, the school was put on notice for low performance by the Texas Education Agency (TEA) (Texas Education Agency 1993). The school had 531 pupils in grades pre-K through six that year, 96% of whom were Mexican American. Almost 89% of the children were considered economically disadvantaged, and 35% had limited English proficiency.

Children of Mexican heritage have attended this school during the entire 80 years of its existence, in greater or lesser concentration with Anglos and a few Blacks. Anglo students dominated the Metz population from 1916 until the early 1950s. The population of the neighborhood changed considerably after World War II, however, so that there was an almost even mix of Anglo and Mexican American students in the school by the mid-1950s. Twenty years later the school had become predominately Mexican American. Today, there are only a few children in the school who do not consider themselves to be of Mexican heritage.

This chapter will describe the history of Metz Elementary School from 1916 to 1996 in order to illustrate the changes in elementary school experience for

Perales Decl. 00102

Austin History Center ❧ Austin Public Library

The files of the Metz Elementary Parent Teacher Association (PTA) contain several memory books of photos, school programs, and miscellaneous notes, which are valuable in reconstructing the school history. Again there are gaps in the materials, however, due to unsystematic collecting. To close some of these gaps, former Metz principal Jose G. Flores allowed me to use his personal files from his tenure at the school (1973-84), which include unpublished internal school memos, the school handbook, letters to school parents, and newspaper articles not in the Austin History Center collection. I have also interviewed the current principal of Metz, Celia Martinez; two former principals: Flores, and Jorge Luis Rodriguez, now a high school vice-principal; two social workers connected to the school; several current and former PTA officers; and various neighborhood residents. These interviews were conducted in each person's home or office, using open-ended questions that allowed the person to talk about what he or she felt was most important concerning the school. The campus accreditation report of February, 1994, is also used, as well as transcripts from a hearing held by the Texas Education Agency (TEA) to discuss the school's performance on the state-mandated achievement test.

Long-time Metz neighborhood resident Danny Camacho also gave me access to his considerable files of newspaper clippings and memorabilia concerning Metz, which proved extremely helpful. Mr. Camacho attended Metz himself along with his four sisters. His mother's sister, now in her 80s, also attended second grade at Metz when the school was new, in 1917. Presently, Mr. Camacho's niece and nephew go to Metz. His sister, Darlene Rosales, is a former PTA president. This family has lived just a few houses down the street from the Metz school building since the early 1950s. They have much knowledge about the school, which they graciously shared with me. Taken together, data from all these sources forms a workable outline of the history of this particular school.

A Neighborhood Snapshot, 1994

One crisp Saturday afternoon in November, 1994, the ethnically variegated neighborhood around Metz Elementary School was full of its usual activity. There were at least six garage sales going on, and many people were outside doing chores, talking to neighbors, walking, or "hanging out." Four African American children and one Hispanic child were sitting together on an old sofa on the front porch of a house across the street from the school, talking and occasionally punching each other good-naturedly. A few blocks away, seven little Hispanic girls sat on the hood of a car parked in the front yard of a house. An Anglo mother and child were walking down the sidewalk on the other side of the street. Several Hispanic men were putting a new roof on a house a few blocks away, and another was cleaning up his yard. Three

Perales Decl.
00103

Austin History Center Austin Public Library

different clusters with five or more Hispanic men each were gathered in various front yards around the neighborhood, listening to Tejano music and drinking beer (Figure 5). Several barbeque pits were smoking, and the delicious smell of mesquite and *carne al carbon* were in the air.

Most residences are small, one-story, single-family, wood construction homes, at least 50-years-old or more. Some houses are dilapidated from many years of inadequate maintenance, but others sparkle with new paint. Some show recent prosperity, with new windows and doors (partly due to a city weatherization program), and a generally well-maintained condition. Each house has a front and back yard, and often a garage or workshop behind the house. Hanging baskets of red and pink flowers bedeck many front porches, and most yards are full of flowers and plants. Some yards also have piles of used building materials, old cars, old refrigerators, stacks of rusting bed springs, large aluminum can collection bins, and other assorted potential resources (Figure 6).

Ten years ago, the neighborhood was much more run-down. According to one local source, one house was so dilapidated back then that it had no door, just a blanket hanging across the doorway, even though the house was fully occupied. Now there is nothing so bad as that. There are still slum lords,

though, may charge exorbitant rents to low-income people who do not know of any place else to go, or want to stay close to kin, no matter what the cost.

There are some fine examples of mural art on the exterior walls of several businesses in the area, including a Virgin of Guadalupe on the side of the Kleen Wash Laundromat (Figure 7) and a dynamic piece in the style of the great Mexican muralist, Jose Clemente Orozco, overlooking a used car lot on Cesar Chavez Avenue, about six blocks from the school. Across the street from the school, there is a carefully-done spray-painted mural on a fence around a house. There is also some gang "tagging," or names and slogans spray-painted by young gang members either to mark territory or for other reasons, on the exterior walls of certain businesses, fences, and at least one garage that belongs to a neat, well-maintained house.

There are several Protestant chapels and outreach centers in the neighborhood, and a big Catholic church is several blocks away. There are several "corner drive-in" convenience stores, or "ice houses," that sell gasoline and common grocery items, but no large grocery store. Along the main commercial street, Cesar Chavez Avenue, there are businesses of various types including small cafes, night clubs, pool halls, car lots, garages, law and medical offices, and a big colorful *agua dulce* stand and *piñata* shop (Figure 8).

Perales Decl.
00104

Austin History Center ❧ Austin Public Library

Along the river, which forms the southern boundary of the neighborhood, there is a city park, with a swimming pool, baseball fields, play equipment, and plenty of open space with grass and trees. A pavilion dominates a festival site where holiday celebrations with dances and barbeques are held for *Cinco de Mayo*, *Dies y Seis* and others. This is directly next to the largest architectural feature of the neighborhood, the Holly Street Power Plant, which generates electricity for the city (Figures 9 and 10).

A health survey was sent around the neighborhood in 1993 in connection with a campaign to close down the power plant. Some people claimed the power plant was causing children to have learning difficulties. This campaign started after another group in East Austin successfully sued the city to remove a large gasoline storage facility that had existed in that residential area for years (Menard 1994). The cry of environmental racism sprang up and caught many people's ears. Austin is an especially environmentally aware city, so this was a big issue. In Fall 1994, the city began taking steps to eventually close the power plant.

## Metz is Built, 1916

...ol opened during a time not unlike today, when immigrants were vilified in American society as causing crime, sickness, social ills, and the breakdown of "American values." Immigrants were castigated because they often did not speak English and had cultural patterns different from the White middle class American ideal. They were often considered a drain on society because they needed help making the transition to American life. Prejudice against Black Americans was also high, and remnants of slave culture attitudes combined with anti-immigrant hysteria to produce a tense social environment for non-White people struggling to live in the United States.

Metz Elementary School was built in 1916 at a cost of $22,711.68 to serve the new neighborhood springing up just east of the original eastern boundary of the city, East Avenue (now Interstate Highway 35). The yellow brick building consisted of two-stories, with the first floor partially below ground level for better insulation. The original site consisted of 1.24 acres, which cost $2,800. The school was named for Hamilton M. Metz, a school board member who died in 1915 (unpublished memorandum, Metz PTA memorabilia). The first principal was Miss Clara Stubbs, who served until 1932 (see Appendix F for principals from 1916-1996). Miss Clara was appointed during an exciting time for women in Texas. Suffragettes were on the march for women's right to vote, and women gained several prominent

Perales Decl.
00105

Austin History Center ✦ Austin Public Library

state offices during this period. For instance, Ma? Ferguson was elected governor in 1924, and Dr. Annie Webb Blanton served as State Superintendent of Public Instruction from 1918 to 1922 (Cottrell 1993).

The enrollment of Metz Elementary was 233 in 1917, at least some of whom were of Mexican heritage (Lott, October 19, 1992). Enrollment grew slowly until there were 332 pupils in 1926, about 20% children of Mexican heritage (Price v. A.I.S.D. 1989). Then suddenly enrollment exploded, so that by 1930, 640 students were counted (Figure 11). This increase in enrollment may reflect the movement to the city from the surrounding rural areas that was occurring all over the state at that time. An addition was made to the building in 1936 to accommodate this increased enrollment. The majority of the students at Metz at this time were Anglo, but Mexican heritage students attended Metz from the very beginning (Figure 12).

**The Era of Segregation, 1930-1972**

By 1931, Metz had four first grade classes, one of which was exclusively for children of Mexican descent (unpublished memorabilia, Metz PTA). This was primarily for the purpose of introducing Spanish-speaking children to the English language. It also had four second grades, and two classes each of third through sixth grade, reflecting a lower enrollment beyond second

...truction included art, music and physical education in addition to reading, writing and spelling, arithmetic, social studies and science. Each morning began with opening exercises, announcements, and a Bible reading (see Figures 13 and 14). There were no teachers at Metz with Hispanic surnames in the early 1930s. Miss Mamie Dell Barrow, a former reading teacher at the school, was principal of Metz from 1932-1947, during the depths of the Depression and the mobilization of the country for World War II. The school would not have another female principal for almost 50 years.

By 1934, 27% of the children enrolled at Metz were of Mexican descent (Price v. A.I.S.D. 1989). But with the hardening of segregation in the Depression, a separate school all together was seen as politically necessary. In 1936 a new elementary school was built just four blocks north of Metz. The new school was named after Lorenzo de Zavala, Interim Vice President of the Republic of Texas in 1836 and former governor of Yucatan in southern Mexico. It is commonly expressed in the neighborhood that Zavala Elementary was built specifically to educate Mexican children in a segregated school. In the 1930s special citizenship classes were held at Zavala as an effort at Americanization for Mexican heritage children (Hart 1937).

Perales Decl. 00106

"Austin History Center ☆ Austin Public Library

Manuel (1930, p. 75) says that Mexican children were mixed with Whites in some Austin schools (including Metz), although there were two schools exclusively for Mexican students before 1930, West Avenue and Comal Elementaries. Black children were strictly segregated by state statute before 1954, but "all others" were allowed to attend together (Prentice 1981). Until Zavala was built, Metz was not considered segregated by race. Afterwards, however, the perception in the neighborhood grew that Metz was only for Whites. In truth, however, children of Mexican descent continued to attend Metz, albeit in fewer numbers.

In addition to building Zavala Elementary four blocks away, a new wing was also built at Metz in 1936 to accommodate a growing student population. The total enrollment at Metz showed no net decrease over the ten-year period from 1930 to 1940. It remained around 630 students, even with the new school siphoning off at least some of the former Metz population. The percentage of Mexican children at Metz did decrease, however, from 27% in 1934 (172 Mexican heritage children at Metz) to 13% (68 Mexican children) in 1936. By 1940, Metz was 90% Anglo (Price v. A.I.S.D. 1989). Twenty years later, many communities across the nation would readily agree that 10% minority children in a primarily White school meant full integration had been achieved. In the Metz neighborhood today, however, this era from

to be one of segregation and great discrimination against people of Mexican heritage.

"White flight" from the neighborhood began immediately after World War II when service men and women of all ethnicities returned home. Scarce building supplies suddenly became available, and people started families. In Austin as elsewhere, new suburbs were created almost overnight to accommodate people's long pent-up desires for security and comfort. Some Mexican American veterans returned to their old East Austin neighborhood where they had grown up to settle down after the war. Other Mexican American families moved into the neighborhood when they were uprooted by urban renewal and interstate highway construction along the old East Avenue. But many Anglos moved on to other parts of town.

Enrollment at Metz grew to 37% Mexican American by 1950 (Price v. A.I.S.D. 1989). Metz topped the list in enrollment in 1954 as the school population jumped to 880, up from around 650 in 1940 (unpublished memo, Austin Public Schools: Centennial Committee, 1954). Zavala, only four blocks away, had the 6th highest enrollment in the city with 665 in 1954. The number of Mexican American children continued to increase at Metz during the 1950s (Figure 15), as the Mexican American scholastic population of East Austin increased from 3583 students in 1950 to 6161 students in

Perales Decl.
00107

110

Austin History Center ⚜ Austin Public Library

strates a difference in perceived expectations about the importance of school versus family needs between some Anglos and Mexican Americans of this time. Children played significantly different roles in most Mexican American households of the 1950s than Anglo children. Mexican American children were expected to take care of younger children, do chores or deliver messages for families without telephones, and work in the fields or at odd jobs in town to contribute to the family income. But in the Anglo dominated schools, children were expected to be at school no matter if that expectation conflicted with other family priorities.

By 1959 there were four Mexican American teachers at Metz, including Hermelinda Rodriguez (Figure 16). She later became principal of Zavala Elementary and was the first to introduce bilingual education in Austin. She was a classroom teacher at Metz from 1959 to 1965. Ms. Rodriguez grew up in the cotton farming area just south of Austin. Her Mexican-born mother fought hard for her daughter to attend good schools, even confronting local officials when necessary. As a result, when she was a child, Ms. Rodriguez attended the elementary demonstration school for South West Texas State University in San Marcos, Texas.

Ms. Rodriguez recalls that the Metz community was relatively stable during the late 1950s and early 1960s. Many Mexican American families had lived

1960 (Price ... I.S.D. 1989). Obviously East Aust... were many children in the neighborhood (unpublished memo, Austin Public Schools: Centennial Committee 1954).

The issue of migrant students was strong in the late 1950s. About 1600 Mexican American students were expected to begin school late in Austin in 1955, as they arrived from their migratory work in the fields ("Additional students expected", September 8, 1955). By 1957 the Metz enrollment hovered around 800 students. By mid-September, 716 students had enrolled, with about 130 more expected by November as the migrant children, almost all Mexican American, arrived. On September 17, 1957, Metz principal M.S. Norton sent a letter home to parents, written in English only, urging parents to get their children to school (unpublished document, Metz PTA memorabilia):

...these late children will slow the whole class down. We just can't put them in a class by themselves. Please encourage the parents to get the children to school...[It is] a waste of money unless children are in school...don't keep your child home to pay bills, take care of children or do other jobs that you could get a neighbor to do...if someone gave you a dollar for free, you would feel real good. Your schools are giving you over $1.35 per day for your child's education. If your child is absent, most of this $1.35 is wasted because school goes on whether he is present or not. And your child missed the information and skills in the lessons while he was absent...please don't let your child arrive before 8:15 a.m.

Perales Decl.
00108