11

in the Metz a long time. They had "high value" are to children. The total land area for the school was 2.46 acres by 1957, about average for White schools in the city twenty years earlier (Hart 1937), with additional parcels of land purchased in 1922, 1935, and 1947 (unpublished document, Metz PTA memorabilia).

There was little Mexican American parental involvement in the school however. She attributes this to the fact that many parents only spoke Spanish, and the school "was strictly on the terms of the White middle class." Except for a few families, "it was not in their understanding" (H. Rodriguez, personal communication, October, 1995).

## The Bilingual Revolution, 1972–1984

The first Mexican American principal at Metz Elementary School in 1974 was Jose G. Flores, who had served as an intern at Zavala Elementary the previous year under then Principal Hermelinda Rodriguez (Figure 17). Flores expanded bilingual/bicultural education at Metz in 1973, which until then had conducted classes in English only (Goble, July 22, 1973). In 1972, 256 migrant students were enrolled in ESEA Title I migrant programs at 12 A.I.S.D. schools, including Metz ("Migrant students", March 17, 1973). Flores saw bright, beautiful children, "regular kids," at his school whose greatest need, in his opinion, was to appreciate their own culture and language. He took great pains to hire teachers and staff who would help raise the children's self-concept.

Ms. Rodriguez also notes that sometimes the boundary between Metz and Zavala Elementaries moved north of First Street (now called Cesar Chavez Avenue). In some years more Mexican students from Santa Rita Courts attended Metz. Santa Rita Courts is a public housing project close to Zavala Elementary that was built in 1939, thanks to the influence of then Senator Lyndon B. Johnson. "Traditionally, there were separate schools for Whites, Blacks, and Mexicans. When the federal dollars came to build the housing projects, more Blacks came in. This affected Metz and Zavala both," said Ms. Rodriguez.

In the late 1950s, Metz had 29 teachers with a 1:28 teacher to student ratio. These included 25 regular classroom teachers, one special education teacher, one librarian, one physical education teacher, and one music teacher. There were 26 classrooms plus an auditorium, cafeteria, library, "playroom," and a dental clinic. The dental clinic was a relatively short-term project of the city

At that time about 98% of the Metz school population was Mexican American, about 50% of whom had varying degrees of bilingual proficiency (Metz Bilingual Program, unpublished mimeographed document, December

"Austin History Center ✦ Austin Public Library

Perales Decl. 00109

Austin History Center ⇠ Austin Public Library

8, 1977). Of the remaining 50% who were not bilingual, about 28% were monolingual English speakers, and 22% monolingual Spanish speakers. The Spanish dialect of the neighborhood is Southwestern Spanish, which was originally considered inappropriate for bilingual instruction in the 1970s. A plea was made to use the Southwestern dialect in the classroom, rather than impose another, unknown form of Spanish upon the children. The focus of the bilingual program was to develop the child's home language as well as facilitate proficiency in English.

Flores understood the children and their families well since he had grown up in a migrant farm worker family himself. "My father always told me to do my best in school and learn all I could so I could have an easier life than he did," Flores said. His father had spent many years as a *troquero*, or field foreman for migrant agricultural workers. The elder Flores made the decisions for 30-40 migrant families about where and when they would work picking cotton from June through December. "I remember one of my proudest moments was when I was about 8 years old," said Flores. " I picked 150 pounds of cotton one day. We had some very good pickers in our group: some could pick over 1000 pounds per day. The most I ever picked in one day was 700 pounds, however." Flores picked cotton all through the 1950s while he was in high school.

he re___ ___standing teachers who encouraged h___ ___ his own education: his fourth grade teacher, his junior high teachers for math and science, his high school English teacher. Flores did well in school and achieved good grades, but he was shy and afraid to speak English because of his heavy accent. He remembers breaking out in a sweat one time in high school when a teacher asked him to read aloud.

After graduation from high school, Flores was considering becoming a backhoe operator, like his father in the off-season; then he got a scholarship to Texas Agricultural and Industrial College in Kingsville, Texas, in 1961. "When I was told by my high school principal that I was eligible for a scholarship to college I was scared," Flores said. "I didn't know what college was. It was something totally new to my family" (personal communication, 1993). He decided to go to college, even though he was already married and uncertain of what lay ahead. His first child was born during his freshman year at Texas A & I. He held a job and supported his family all the way through his college years to supplement his scholarship.

When he entered Texas A & I, he went early, in hopes of getting some advice from the professors about courses and college life. But he was brusquely told by the department chairman to come back during the regular registration period. "So I went back to my room and figured it out by myself. I think this

Perales Decl.
00110

Austin History Center ✦ Austin Public Library

116

is typical for many of my people. You learn from experience because no one will help you."

He finished his degree in education and worked as a Visiting Teacher for six years in Victoria, Texas. Then he returned to Texas A & I for a master's degree and later obtained certification as a school administrator at the University of Texas at Austin through a joint program with Pan American University. He was hired as principal of Metz in 1972 when he was 31 years old.

The old, two-story brick building from 1916 was in grave disrepair by 1972. The interior was painted an ugly green, and many walls were peeling. The roof leaked, and water seeped into the first floor rooms, which were partially below ground level. There were holes as big as a man's hand in the plaster, old furniture and equipment, and very poor air conditioning and ventilation. Graffiti covered the building's exterior.

The playground was small, with the whole building and grounds only taking up one city block. Outdoor play equipment consisted of a wooden platform raised a few feet off the ground and dubbed "the fort" by the children, and two cement culverts, which could presumably be used to climb on or as a secret hiding place. Eventually, the parents raised the funds to put in a new playing apparatus, and a new "fort." Even today minority schools in Austin are short changed on repairs and equipment, Flores commented. The general consensus of various minority principals, reported Flores, was that even though no one person was to blame since decisions were made at all levels, many people in the district still consider minority schools to be unimportant.

In the late 1970s, Flores and three other principals participated in a "raid" on a district warehouse to get ESEA Title I equipment that had not been delivered to their schools. As the principals were loading the equipment into a pickup, they were "discovered," which resulted in letters of reprimand being placed in their files. They took their case to the superintendent, however, who sided with the principals and removed the letters.

Flores' first years at Metz Elementary were not easy. He had his secretary removed within the first month because of her clear prejudice against Mexican Americans. At the end of the first year, 13 teachers (about half the staff), resigned or transferred out of Metz. This allowed him to hire new teachers, including more Mexican Americans, who were interested in reform, had high expectations for the children, and understood the new principal's vision of ethnic pride. In A.I.S.D. the principal makes the final hiring decision after applicants are screened by the central personnel office.

Perales Decl.
00111

118

Austin History Center ★ Austin Public Library

In order to meet the East Austin community, he and community representative Benita Rodriguez organized a series of block meetings in various homes around the neighborhood ("Block meetings", December 17, 1978). The block meetings were his idea to help parents overcome negative experiences in school. He wanted to introduce parents to the school and to the people who worked there. He wanted to get them more involved in school affairs. The meetings were small, with maybe eight parents in attendance on average. The meetings were in Spanish, "not extremely formal or intimidating like a PTA meeting," which was normally conducted mostly in English. Flores showed slides and talked about the school. Parents had a chance to talk freely. Flores asked parents to give the school a report card, to say "this is how we feel about the school." Flores found parents supportive of bilingual education, but they wanted more homework and more communication between teachers and parents. One parent commented that some other parents were afraid to speak at PTA meetings because of language and general formality. The block meetings succeeded in conveying an interest by the school in the parents which had often been lacking in previous eras.

In May, 1975, Flores sent a letter home to parents to explain the new school rules that had been developed by the students themselves. "We have some great kids here at Metz!... [if necessary] We may be calling you to let you know if your child has broken a rule, but remember, your child helped make the rule." The following six simple rules will seem familiar to elementary schools everywhere:

1. Walk quietly in the halls.
2. Respect others so they will respect you.
3. Don't play in the restrooms.
4. Respect other people's property.
5. Eat with good manners.
6. Don't lean or jump out the windows.

Even though by some criteria there were more behavior problems at Title I schools than others in Austin (South, February 19, 1976), Metz Elementary was filled with enriching activities. In a project operated by the Teacher Corps, a pre-school center was opened at the school for 3 and 4-year-olds. The concept included a "toy library" for pre-schoolers, and "toy and play" workshops for parents, as well as weekly play periods ("Metz helps kids," February 10, 1976). Fifth grade students wrote and illustrated books for the school book fair ("Metz book fair," April 17, 1977), and each Friday children looked forward to special enrichment activities. These included operating a movie theater and popcorn stand, exploring the microscopic world, producing movies and plays, reading great books, dissecting frogs, and giving music and dance performances (" Mi Mundo y Yo," May 26, 1977. Children also participated in school elections and learned about nominating candidates, campaigning, voting, and working together (Peterson, October 11, 1979).

Perales Decl.
00112

Austin History Center — Austin Public Library

The children made paper costumes, voting booths and campaign signs as part of their experience. Several children also served as pages-for-a-day in the Texas House of Representatives for then State Representative Gonzalo Barrientos (Murray, 1983).

These activities were designed to 1). improve students' self concept and appreciation for his or her own culture as well as others, 2). improve students' attitude toward school, 3). relate the school curriculum to everyday life, 4). expand knowledge, enrich vocabulary, and develop understanding. Many families in the neighborhood were at the poverty level economically, lacking material resources for enrichment experiences for the children. Some educators thought this resulted in low scores on standardized tests, so great effort was made to provide a more stimulating environment for children at school ("Metz Bilingual Program," unpublished document, December 8, 1977).

In May 1978 a new pilot program for three Austin elementary schools was announced that would add 20 days to the school year at a cost of $315,800.00 (Neff, May 30, 1978). Metz was chosen to participate in this program because the principal had demonstrated "unusual leadership" in helping disadvantaged children raise their standardized test scores. When the program was announced on May 30, 1978, the plan was to bring in [teachers early and] give year-end assignments to the pilot schools, give principals the latitude to develop their own programs as they thought best, and add 20 school days to the academic year, for a total of 205 days. "Poor children can learn as well as affluent ones under good teaching conditions," said Dr. George Bowden, director of elementary education for the district.

The "educationally redesigned" pilot program (Irving, May 30, 1978) would have "special programs to help disadvantaged students." The three schools chosen all had students from families with very low socioeconomic conditions. There would be more support for libraries, physical education, special education, art, music, and counselors. "Principals will select the teachers...seniority and education degrees will mean less...than teaching ability and a willingness to innovate. The district will give them as much freedom as possible." Superintendent Jack Davidson said, "I expect to hear parents complaining that these teachers expect their students to learn and insist on teaching them 'til they do. That's not a new concept, it's just one that's been vanishing in the past few years."

Dr. Bowden also wanted teachers to watch children's behavior for signs of comprehension and engagement (Irving, May 29, 1978). "A teacher can see this by noticing if a child is frowning or smiling," he said. Teachers should provide clear goals, place instructions on the chalk board, check

Perales Decl. 00113

12

covered their meals, built fires, provided a sanitary camp, took security measures, sought out specimens of flora and fauna, described what they saw, heard, and told stories, found a couple of snakes, took precautions that no one was hurt or even scared, and lived successfully with one another...I mention that the learning done was unbelievable and I am a veteran teacher..Aside from convincing non-believers that this sort of behavior could be expected and achieved in low socioeconomic schools, these children 'made it' (unpublished memorandum, May 28, 1979).

In a follow-up survey of Metz Elementary School teachers after implementation of the pilot program, teachers indicated that their highest areas of concern were 1) more attention needed from Dr. Bowden; 2) too many restrictions on needed materials; 3) building in disrepair; 4) lack of personal freedom to teach; 5) not enough use made of expertise in school; and 6) the philosophy used for teaching reading. They felt very positive about such factors as faculty cohesiveness, achievement of the children, quality of the faculty, special area teachers, and workshops (unpublished memorandum, 1979).

"Metz the Best" was the motto proudly emblazoned on the new Metz School Handbook for 1979-80. The school colors were blue and gold, and the mascot was a Cobra. The school philosophy stated:

We value every child as an individual.
At Metz we would like to provide an atmosphere where:
-every child may develop self-respect and a positive self-concept
-every child may develop a positive attitude toward his/her culture and language and that of others
-every child can acquire necessary academic skills

comprehension frequently, and be warm and sociable. One-third of the teaching time should be spent writing," according to Bowden. "Effective teachers don't waste time talking with other teachers, and use their time to deal directly with students rather than waste time getting a drink of water or sharpening their pencils," he went on.

By June 5, a week after its announcement, the new plan had been modified, however. The 20 extra days were now to be used for planning and in-service training (Cockerill, June 5, 1978). The student school year would not be affected; it would remain at 185 days. Jose Flores said "nothing much is really going to change, but the extra time will be a big advantage... We're not going back to the old-fashioned style of teaching," he continued, "with this program we'll be able to come in five days earlier and really get our goals and priorities planned" (Cockerill, June 5, 1978).

Partly as an incentive to do well during the first year of the pilot program, the children were offered an overnight campout at the end of the year if they made their grades. Both Mr. Flores and Dr. Bowden went on this trip, which was held in a nearby state park with overnight bunking facilities. Dr. Bowden wrote to Supt. Davidson the following May:

If you think children cannot by excited by learning, you should have seen what had gone on--the learning never stopped. Each child had had his pad, pencil, they observed, discussed, wrote, exchanged ideas, petted domestic animals, went swimming,

Austin History Center — Austin Public Library

Perales Decl. 00114

- every child is encouraged to be creative
- every child develops respect and appreciation of others
- every child develops awareness and appreciation for the environment.

To provide that atmosphere at Metz:
- We strive for a bilingual and multicultural concept of total education which will enrich the child's experience and overall development
- We respect the community and strive for community involvement in the overall development of the child.

Even though it was old and in poor repair, in 1979 the school was equipped with a cafeteria, gym, auditorium, library, materials center, and 4-year-old migrant pre-school classroom. There were 4 kindergarten rooms, 4 first grades, 4 second grades, and 4 third grades, but only 2 fourth grades and 2 fifth grades, with one fourth-and-fifth combined room. Twelve teachers out of 31 total had Hispanic surnames in 1979. The staff included a physical education teacher, an art teacher, a music teacher, a bilingual specialist, a speech therapist, a Title I reading teacher, a nurse, a visiting teacher or social worker, a community representative, a counselor, and a librarian.

Student activities included the choir; the student council which coordinated a canned food drive, chose the school mascot and held dress-up days once a month for students and faculty; the safety patrol for both boys and girls; the drill team for third grade boys and girls which emphasized rhythm and movement; library aides for boys and girls; *Los Valientes*, a Spanish language enrichment club; the craft club which learned paper flower-making, batiking, quilting, crocheting, and weaving; and the guitar club.

In an unpublished letter from Nan Clayton, A.I.S.D. school board member to Flores, in October, 1979, she commended the school for raising achievement scores in reading and math for all grades at Metz higher than the average for Austin. Apparently an enriched model of education that clearly valued the students and the community was paying off in higher test scores. The proposed three-year program ended abruptly after only two years, however, because of the pressures of desegregation.

When two-way busing went into effect in Austin in 1981 (see Appendix E), the Mexican American enrollment at Metz dropped from 98% to 58% overnight, with many Anglo children bused in and Mexican American children bused out of the Metz area. The total enrollment dropped slightly to 450. Flores expanded the bilingual program to a two-way method whereby Spanish was used in ethnically mixed classes (Douthat, January 22, 1981).

"Our English-speaking parents think it's terrific," said one teacher. The bilingual instruction in Austin is "among the best in the country," said Superintendent John Ellis. "Flores has built what many consider to be one of Texas' most successful bilingual education schools", said *The National Hispanic Journal* (Murray, Summer 1983).

Perales Decl. 00115

Austin History Center · Austin Public Library

At the end of May, 1984, Flores left the school for a short tenure as principal of another school before going on to central district administration. He sent home a note to Metz parents commenting that the school was considered highly effective in many ways, including the fact that it had an integrated PTA with Anglos, Mexican Americans, and Blacks all working together (unpublished memorandum, May 31, 1984).

### The Fight for the New Building, 1984-1991

Jorge Luis Rodriguez served as principal of Metz from 1984-1991. He saw the end of court-ordered busing at Metz in 1987 (see Appendix E), and was responsible for getting the new school built. Solid integration had been achieved by the court-ordered busing plan, as a photo of the "Music Memory Team" of 1986 attests. The team consisted of 8 children--3 Mexican American, 2 Black, and 3 Anglo ("Metz Memories", April 26, 1986). But things were soon to change (Figure 18).

In January 1989 water from an overflowing second-floor toilet caused part of the ceiling to collapse into a classroom, sending plaster and ceiling tiles crashing down on student desks while the children were in the cafeteria eating lunch (Smith, January 24, 1989). No one was injured, but the deteriorating condition of the 74-year-old school building. "This kind of stuff happens all the time," Rodriguez was quoted as saying. "Last spring another classroom ceiling collapsed when we had a heavy rain." Even though Metz was a "Priority School" at the time, for which more funding was allocated for educational enhancement and expanded staff, money could not be used for maintenance or renovations. During decades of school district expansion and new construction in Austin, Metz had failed to receive adequate maintenance to offer a safe and welcoming place for children to learn.

Even with publicity in the newspaper and TV telling the city of the plight, a city-wide bond election that included funding for a new Metz school failed in March 1989. The voter turn-out in the Metz precinct itself was low, as was not uncommon (Garcia, July 21, 1989). By September of that year, the Metz community had become mobilized to demand action for a new school, however (Bearden & Revilla, September 15, 1989; Garcia, September 29, 1989). Part of the new activism was spurred by the school district's proposal to lease a brand new school for a mostly white, middle class suburb that was rapidly growing, while doing nothing to improve the condition of existing schools like Metz. The scheme to lease a new school building for the new subdivision was seen by some in the city as a way to circumvent the defeat of

Perales Decl. 00116

128

[...] was moved from the second story of the building because engineers feared the floor would collapse under the weight of the books. Two classrooms were moved into the former second floor library space, which did not allay parents fears that the building was unsafe.

As enrollment grew, portable classroom buildings had also taken over precious playground space, always a scarce commodity at Metz (Figure 19). "Our children can't even throw a baseball here on this campus because the teachers are afraid it could break out a window," one parent said. "They have to take the kids to the park for physical education classes because there is no room here" (Wright, September 17, 1989). Most Anglo schools in Austin at this time had school grounds of 10-12 acres, but Metz had only half a block (Bearden, September 8, 1989).

Austin Interfaith helped organize the community into a political force to fight for a new school (T. Kirkland, personal communication, 1995). The mission of Austin Interfaith is to teach people the necessary skills for active participation in the political process. As a result of the organizing and training activities of Austin Interfaith, the Metz community sent around a petition and spoke at several school board meetings. For some parents, including some who spoke Spanish only, this was their first time to speak in

the bond election. In political terms, however, the plan only served to keep the city divided.

Metz parents felt betrayed by what they felt were racist school district trustees (Wright, September 17, 1989). "Now we've been forgotten again," said Marie Govea, president of the Metz Parent Teacher Association (PTA). "Many people around here feel that because we are Hispanic, we are being discriminated against and that had Metz been at some other location in Austin, we would be the ones getting a new school."

Metz parents organized themselves to fight this perceived discrimination. Several parents and grandparents marched in front of the Metz school and district administrative offices to protest unfair treatment. They carried placards that read "Where is our new school?" and "30 years of broken promises" (Wright, September 16, 1989). "I think we need a new school before this one caves in," Metz grandparent Lorraine Camacho was quoted as saying. "I'm worried about my little granddaughter who goes here. It isn't safe."

Parents said the school's roof leaked with every rain, flooding some hallways and classrooms (Wright, September 17, 1989). The lunchroom roof collapsed several years before because of water damage and structural problems. The

Austin History Center — Austin Public Library

Perales Decl.
00117

130

public. When the school bond election came up for a vote again in May 1990, the community was ready.

Principal Rodriguez led a pickup truck parade around the neighborhood the day of the election, urging people to vote for the school bond package. Children piled in the back of the pickup, and others walked behind it carrying banners and chanting for neighbors to go to the polls. Loudspeakers played music and an aura of festivity surrounded the commotion. As a result, the precinct had the highest voter turn-out ever for an election, and partly as a result of this, the school bonds passed. The $80 million bond package included $5 million to build a new school for the Metz neighborhood, including money to purchase land.

"Jorge Rodriguez really helped us see the power," said former PTA president Liz Landeros (personal communication, 1994). "He helped us find resources we didn't even know were there. He was consistent and committed. Most of the work organizing was done by a core group of parents, I guess it always is, but Rodriguez was the center. This was the first time we as a Mexican American community had organized."

After much discussion, the Metz community decided they wanted the new school to remain on the existing site. This then would entail the demolition of the old, dilapidated, original building, and therein lay the rub. As soon as the district filed a letter of intent to raze the old yellow brick building, the Austin Historic Landmark Commission was compelled to consider rezoning the 1916 structure as a historic building (Smith, May 20, 1990).

"A lot [of parents] commented to me that they can't believe the city would consider designating Metz as historic," said a PTA officer in a newspaper interview (Smith, May 20, 1990). Rodriguez commented that it was ironic that so much interest should suddenly be shown in the building when he had tried to get simple maintenance done for years, to no avail. The Landmark Commission's mandate was to protect the city's architecturally significant and historic structures, including those that have some importance to an ethnic group or neighborhood. "History is important," said school trustee Nan Clayton, "but where the children go to school is the priority. The district has to do something about school buildings that are falling down. How do we serve the children?" (Smith, May 20, 1990).

The Landmark Commission took community sentiment into consideration, however, ("Before the 1st brick falls", May 21, 1990) and after a few tense days, the commission voted not to impede the destruction of the old Metz building (Smith, May 22, 1990). The commission heard from several Metz parents who wanted a fresh start, in a school building untainted by

Perales Decl. 00118

segregation and past discrimination. Several speakers before the commission said that even though Metz was old and had a long history, it was a history they would rather forget.

One parent expressed a commonly held belief in the Metz neighborhood that historically Mexican Americans had not been wanted at the school. "If you think you're going to make it historic, we don't want it," said one parent who claimed he was not allowed to attend Metz as a child due to segregationist mentality. "Latinos could only attend Metz after fighting the school board. The school became Hispanic only after whites left the neighborhood. We have the right to a new school" (Smith, May 22, 1990). This perception of alienation is still held by many adults in the Metz community. Even though children of Mexican heritage have attended Metz continuously since 1916, some may not have felt valued or accepted, particularly in years gone by. Many other people in the Metz neighborhood may not be aware of the continual Hispanic enrollment since much emphasis was put on promoting nearby Zavala Elementary as the school for Mexican children.

The last day of school in the old building was marked with both tears and festivity (Smith, June 1, 1990). "Every creak brings back a lot of sentimental memories," said Sheila Guzman, who had taught at Metz for six years. "The sad part is that this building is history, but this is also progress." One fifth-grader said, "I feel bad because they are going to knock down the school." Parents and teen-aged alumni helped teachers pack for the temporary move to Webb Elementary, which students attended during construction of the new Metz.

For two years, Metz children were bused to Webb Elementary while the old Metz building was demolished and the new one built. Parents and grandparents rode the buses with the children everyday, to escort them to the new neighborhood about five miles north. Daily attendance was one of the highest in the city during the 1991-92 school year (A.I.S.D. memorandum, February 12, 1992). During this time, there was an accident at the Metz construction site, and a worker was killed. Rumors immediately sprang up of a ghost haunting the old location. The media sensationalized this local gossip ("Death, weird accidents", November 6, 1990), culminating in a spot on a national television show about "true ghost stories" (Holloway, May 17, 1991).

Instead of calling "Ghostbusters", however, Metz parents, teachers, and administrators held a jubilant opening day on August 25, 1992, designed to allay children's fears. If there were any ghosts, kidded vice principal Raul Solis, "they are happy spirits who are glad to join in the carnival" (Bryant, August 27, 1992). At last the children and teachers of Metz were in a

"Austin History Center — Austin Public Library

Perales Decl. 00119

Austin History Center · Austin Public Library

134

beautiful new building after two years of being bused to other schools and a huge community effort. The school also had a brand new principal, Celia Martinez, serving her first year as an elementary school administrator.

### The New Start, 1992-1996

"We stood together and got what our children needed," said Darlene Rosales, co-president of the 1992 Metz PTA, at the dedication of the new building on October 18, 1992 (Lott, October 19, 1992). The Metz neighborhood had demonstrated "perseverance and a willingness to sacrifice for their children" claimed the local newspaper. Many public officials attended the ceremonies including U.S. Rep. Jake Pickle, state Sen. Gonzalo Barrientos, state Rep. Glen Maxey, A.I.S.D. Superintendent Jim Hensley and several school board members. Keynote speaker Gonzalo Garcia, former A.I.S.D. Interim Superintendent, told the audience, "Schools provide a unique link between the generations" (Lott, October 19, 1992).

The new one-story yellow brick building was constructed around a courtyard and a slightly enlarged playground. Yellow brick was used to create historical continuity with the original building. The design of the new building models classic Southwestern architecture rather than the old "factory" school design of the past or the modern "warehouse" design of the present. The new building features a multi-use cafeteria and auditorium with a Mexican-style mural painted on the ceiling of the lobby area, a library and a gym. Glass display cases feature artifacts of Mexican culture, such as fine blankets and grinning sugar skulls for *La Dia de los Muertos* in November. Children's artwork lines the hallways, captioned in both English and Spanish. Bilingual notices to parents and community members are posted on bulletin boards and doors, and both languages are heard constantly in the halls. The playground has brightly colored play equipment under the tall, old trees, and a jogging track around the perimeter.

The new mission statement written in Spanish and English for the dedication of the new building expressed the hope and pride of the community:

> Through education in a child-focused and culturally enriched environment, Metz students will be empowered with the confidence and knowledge to succeed in their academic, personal and social lives.

This sentiment has been shaped as much by the past schooling experiences of the parents and grandparents as by their aspirations for the children. Parents and children of Mexican heritage were always part of the school population at Metz, even though there were decades when dominant Anglo attitudes were prejudiced against Mexican Americans.

Perales Decl. 00120

136

## The TAAS Fiasco, 1993

After the jubilation of opening the new school in 1992, disaster struck the community in the form of the state-mandated Texas Assessment of Academic Skills (TAAS) at Metz in 1993. The TAAS is an annual test given statewide by the Texas Education Agency (TEA) to determine the academic performance of students, schools, and school districts in the areas of reading, writing, and math. The problem at Metz was primarily with the fourth grade. The state requires that 20% or more of the students must pass all three sections of the test for a school to remain in good standing. Only 6% of the fourth graders at Metz did so that year (unpublished memo, TEA hearing, October 26, 1993).

The news was reported in blaring headlines in August, 1993 that shouted "Low scores endanger nine schools", and "State says A.I.S.D. facilities could be shut in two years if performance doesn't improve" (Lott, August 5, 1993). Nine low-income schools serving mostly minority children in the Austin district were deemed "clearly unacceptable" by the TEA because of low student performance on the TAAS. Schools have two years to improve or face the possibility of closure, according to an accountability ruling passed by TEA in May 1993. If a school is closed, the students are forced to attend another school.

The sensational way this news was delivered in the local media caused great alarm in the affected neighborhoods, especially Metz. After years of work to get a new school, Metz parents felt the threatened closure was a humiliating insult from state officials. The community had worked very hard to get a new start in a brand new building, and as a neighborhood, they had gained a feeling of self-esteem and control. Now all this was being threatened. Many parents were shocked and bewildered. "We thought the students did pretty well," said Cathy Morrison, whose sixth grade son attended Metz. "I don't know. Is it the drinking water or something different over here? You can't tell me that the kids over here are any different than the kids anywhere else in Austin" (Lott, August 6, 1993).

Actually, school closure would only occur if no improvement were noted after several intermediary steps had been taken. These included a public hearing to discuss the issues, a campus improvement plan, and an on-site visit by TEA officials to see how the improvement plan was put into action. If the school continued to have low performance and showed no signs of change, a board of managers could be put in place to govern the school. If after all

Austin History Center — Austin Public Library

Perales Decl. 00121

"Austin History Center ≛Austin Public Library

these steps had been taken within a two-year time frame, no improvement had occurred, the school could be closed (TEA Hearing, October 26, 1993).

When asked at the October 1993 hearing what would happen in two years if Metz did not reach the state goal, TEA representative James Alcorn replied: Sanctions would be applied. In one school last year, all the staff was dismissed and all new put in as a last resort. But this is a beautiful, new facility....[softly, with a look of dismay on his face]...they would not close this school.

Other elementary schools in Texas with comparable student populations based on socioeconomic status and ethnicity had an average of 42% of their third graders pass all three sections of the test in 1992, versus Metz 38% (Texas Education Agency, June 1994). Comparing Metz with all elementary schools in all 1054 Texas school districts in 1992, the statewide average was 57% of the students passing all three sections, and 38% for Metz. In 1991, 71% of the third grade class at Metz (1993 fifth grade, a year ahead of the target group) passed all three sections, compared to an average of 57% for all schools statewide. So the fourth grade class at Metz in 1993 was weaker than many others in the state, and weaker than their immediate predecessors at Metz.

At the TEA hearing at the school on October 26, 1993, to discuss the low TAAS performance, Principal Martinez claimed that "the rules changed after we took the test." Twelve children in the fourth grade in 1993, who the year before only read Spanish, took the English-language test. Their low scores were included in the overall score, making only 6% passing all three sections. Three Anglos and 69 Hispanics took the test in fourth grade. Of the Hispanics, only two children passed. Only four children considered economically disadvantaged passed. Lower scores were not a statewide phenomena in 1993, however, indicating that any misunderstanding about the rules may have been isolated to particular schools, if indeed that was the case. "Metz is not a low performing school--one bad grade, one bad year-- believe me it will not happen again," cried an impassioned Mrs. Martinez at the hearing.

There was aggressive discussion about education at the TEA hearing in October, 1993, in the school cafetorium. Those on the podium were James Alcorn, TEA representative; Celia Martinez, Metz principal; and Beatriz De La Garza, president of the school board for the Austin Independent School District (A.I.S.D.). Several hundred Metz parents, teachers, and community members also attended. The room was about 75% full, with most of the parents sitting near the back at two long rows of cafeteria tables. Several rows of chairs had been placed up front near the speakers, but many people

Perales Decl. 00122