140

were reluctant to sit there. There were many young children in the audience. The principal encouraged people to move closer, but few did. The meeting was bilingual, with everything translated both ways--Spanish and English--by various individuals. Both the school board president and the principal are bilingual, but the TEA representative was not.

Increased parental involvement was one of the issues discussed at the hearing. Parents wanted to know what kinds of activities they could get involved in, and when they were welcome to be in the school. "We feel shut out," said one parent. Principal Martinez replied that the school was trying to learn more about programs for parent involvement. "Parent involvement is not 550 parents coming to school everyday. There are many ways. First of all, care about your child. For instance, parents make cupcakes at Zavala," said Martinez.

A photocopied handout given to the audience at the hearing had this advice for parents:

Get involved with your child's learning. If you have any questions about how he/she is doing, ask the teacher; come to conferences, parent meetings, PTA meetings; send your children to school on time; make sure they get a good night's rest and are ready to learn; read to and with them; have them sit in the kitchen and do their homework while you prepare dinner. If they need help with their homework, have them attend Study Hall (Mondays through Thursdays, 3:00-3:45). If they need a friend or a mentor, let the teacher know. We want to work with you in every way possible to see that <u>every child at Metz is successful</u>.

In other words, be a good parent. There was no mention of parental governance of the school, or any sort of activity that would allow direct parental input about the school, except for the PTA meetings. Nor was there any suggestion of parent volunteer activities within the school, such as helping out in classrooms or library, planning enrichment activities, or participating in field trips. The message was clearly for parents to stay at home and take care of their children, and let the teachers teach what children need to know. The teacher and the school were promoted as the authorities which should be respected, while the parents' role seemed to be cast as merely the physical caretaker of the child. In these statements, parents were not seen as having equal knowledge with teachers, nor equal authority about what is important to learn.

Even though tempers were sometimes hot and much seemed left unsaid, by 9:00 p.m. two-thirds of the group had already gone home from the meeting to put youngsters to bed. Principal Martinez dismissed the rest of the audience with no further invitation to continue the discussion.

A plan for improved test results was mandated by the TEA (Texas Education Agency, February, 1994). The Metz plan included adding a study hall

Perales Decl.
00123

Austin History Center — Austin Public Library

everyday from 3:00 to 3:45 so children could get help with homework from tutors (children were not required to attend however). The school also acquired several new corporate mentors who provide small project grants and adult mentors for students. Metz teachers were formed into study groups on literacy, bilingual education, multi-age classes, and parent "improvement." There was to be an increased use of computers specifically to prepare for TAAS. Increased staff development was also called for. The burden for improvement fell primarily on the teachers. While there was some networking with corporate mentors, few other outside resources were planned to be tapped. No change in governance or decision-making was considered. Parents were not involved in any of these plans in any way.

The Campus Report for Performance-Based Accreditation (Texas Education Agency, February, 1994) was written by the seven-member TEA peer review accreditation team, which included three Mexican Americans. The group commended Metz for its high attendance rate (97% daily attendance over a two-year period), increased school-community business partnerships, and the high level of support from the regional education service center. They also noted several areas of concern including: 1) lack of curriculum alignment and a need to increase instructional focus; 2) lack of an effective discipline management plan; 3) a need to re-establish the focus of the bilingual/ESL program; 4) need for additional instructional materials, particularly at the pre-K, kindergarten and first-grade levels; 5) lack of teacher input regarding staff development; and 6) the need for additional parental involvement activities (Texas Education Agency, February, 1994).

The specific recommendations for increased parental involvement included expanded services for adults such as high school equivalency classes, English as a second language, literacy classes, health education, parenting skills, and training in how to use community resources (Texas Education Agency, February, 1994). The development of concrete activities and materials for parental use at home to support learning was also urged. The school was exhorted to accommodate parental time constraints with flexible meeting times, sites, transportation, and child care resources. "Disadvantaged parents" were to be encouraged to go on school-arranged field trips "in order to gain insight into the educational process and enhance their understanding." The school was also to implement activities that acknowledged and valued the families' cultural and linguistic backgrounds and to broaden the collaboration between home and school to include community resources and activities.

*Aftermath*

Perales Decl. 00124

14

By 1995, the school had made the progress required by TEA, and was no longer on the low achievement list. Student scores on the Texas Assessment of Academic Skills (TAAS) were acceptable in 1994 and 1995. Even though some of the children at Metz have to deal with such social and emotional problems as gangs and inhalant abuse, the majority of the children are making satisfactory progress (J. Hardin, personal communication 1994; A. Babler, personal communication 1995). Enrollment at Metz in Fall 1995 was 475 students in pre-Kindergarten through sixth grade, with 32 teachers.

The campus improvement plan spells out goals for the future, including increased achievement and increased parental involvement in all aspects. These include knowledge of the child's education, decision making for the school, and personal growth. Greater parental involvement has been accomplished in several ways since 1993. Austin Interfaith has coordinated several community discussions aimed at raising awareness and bettering the school (Stanley May 7, 1995). Parents now teach in an after school recreational program featuring classes in cooking, puppet making, karate, and other topics. A number of parents volunteer daily at the school doing various tasks. Parents also learn computer skills in community classes at the school. The Parent Teacher Association had about 100 members in Fall 1995. In all, parents feel more empowered and have a greater voice in school affairs than several years ago (Figures 20 and 21).

The school population is 98% Hispanic, with about one-third recent immigrants from Mexico. Approximately two-thirds of the students are from families of Mexican heritage who have lived in Texas and other parts of the U.S for generations. Some say the greatest strength of the school is the feeling of community and continuity, although there is some perception of division between those born in the U.S. and more recent immigrants (J. Hardin, personal communication, 1995). Many families have lived in this neighborhood for many years, however, and have seen several generations of children attend this school.

A parent training specialist teaches parenting skills at the school regularly. She tries to teach the importance of "dignity and respect," two important aspects of the traditional Mexican concept of *educacion* (Reese, Gallimore, Balzano, & Goldenberg 1991). Many times these classes are held in Spanish only, indicating that newer immigrants may be the most receptive to this kind of instruction.

The community has continued to be politically active, to the extent that some feel that "power issues seem more important than children" (Anonymous neighborhood resident, personal communication, 1995). A few people behave divisively and will not even attend meetings with certain others in the

Austin History Center    Austin Public Library

Perales Decl.
00125

"Austin History Center—Austin Public Library

146

neighborhood. Some key people are not in favor of working with Austin Interfaith, perhaps because they do not wish to give up power to a larger group (Anonymous neighborhood resident, personal communication, 1995). The issues of environmental danger from the Holly Street Power Plant and the low TAAS scores in 1993 have caused people to continue to fight for what they want in their neighborhood.

In 1994 Metz decided to adopt a year-round schedule, with only a month-long vacation in the summer. There is mixed reaction to this change, but many feel it helps children learn better and uses resources more effectively. Mrs. Martinez, the principal, says the new schedule seems to have a positive impact on standardized test scores, particularly if the children attend intersession classes during the short breaks. With the current schedule, no one gets too far behind to catch up.

Other new programs in 1995-96 include multi-age classes in which students have the same teacher for two consecutive years, thus allowing for stronger relationships to build between students and teachers. There is also a new school-based health clinic and a dual language program funded by a $250,000.00 federal grant. Many local corporations also support the school as "adopters" providing adult mentors, fundraising, school supplies, and special gifts at Christmas and Thanksgiving.

Even though the school faces great problems associated with the low income of most of the neighborhood, much has been accomplished since the new building opened. The children had been moved in and out of three buildings in the three years during construction of the new building, and had three different principals, each with slightly different priorities. Much work had to be done to re-establish lines of communication between parents, teachers, administrators and the community when the new building was opened. Creating a sense of stability for the students was paramount, according to Martinez. The TAAS crisis of 1993 produced recommendations for school improvement that have been put into action with moderate success. Even though there are strong political divisions within the school today, progress has been made toward meeting the TEA guidelines. Mexican American parents have greater voice in school affairs at Metz than ever before, thanks to many years of community struggle.

### Conclusion

The transmission of culture, or knowledge, from elders to children is the rationale for any school's existence. To train children in the knowledge gained by previous generations with the hope that they can use it to meet the challenges ahead is the whole purpose of education. For most of its 80

Perales Decl.
00126

years, this cultural transmission at Metz Elementary School has been dominated by Anglo ways and mores. Even though children of Mexican heritage have attended Metz every day from the very beginning, it is only in the last 20 years or so that Hispanic language and culture have been valued in the school.

How did the Mexican children at the Metz of long ago receive the Anglo message? What did this mean in terms of identity, self-esteem, and belonging? What did those parents and grandparents in the past convey to their children about their place in the power structure called school? Judging from abundant evidence from throughout the state, it is clear that Metz offered a higher quality academic setting for children of Mexican heritage than many other places did 50 or even 80 years ago. Nonetheless, it is evident that the segregationist attitudes of the 1930s and the deterioration of the building after World War II made a negative imprint in the minds of many in the neighborhood.

Today schools are called upon by both local neighborhoods and the nation to do more than in the past. Formal schooling is more important than ever before in children's cognitive development because of rapidly changing technology that is dramatically transforming the way people work. The "readin', 'ritin', and 'rithmatic" of days gone by is now the springboard to higher level problem solving and technical skills needed by today's workforce.

Metz Elementary School has served children of Mexican origin continually from 1916 to the present, reflecting the values of the larger society in many respects throughout those years. Although it has shifted from predominately Anglo to almost exclusively Mexican American, it has been ethnically integrated since the beginning, whether by default or design. Since the early 1970s, Metz has been at the forefront of bilingual education in Texas, offering rich programs that cherish the Mexican heritage. Today, after many battles, the school is a source of pride in the community. In many ways the history of Metz Elementary School reflects the opportunity and power of education for Mexican American students in Texas, as well as other major trends in public education.

Perales Decl.
00127

shown in this example has also occurred in many Anglo and Black families during the past 70 years as well. Thus it is an effect of generational change over time, which is not accounted for by Ogbu's theory.

The Mexican American folk theory of success is one that needs further exploration, both for past generations and today. In Ogbu's (1987) usage, "success" seems to mean independent financial security or wealth. Yet that may not be an appropriate definition of success at all for Mexican American families that value close physical and emotional interaction with each other. It is possible that success could be defined in terms of family togetherness, in which case financial stability is seen as only a means to an end, rather than the end itself. For instance, two cases from the present study support this view: 1) the young man with perfect attendance for 12 years and straight As who went to work in the family auto parts shop rather than go to college; and 2) the young man who wants to go to the University of Texas at Austin rather than any other school, mainly so he does not have to leave home. Family solidarity is more important in both these cases than independent achievement. Other definitions of success for Mexican Americans should also be investigated, for instance the effects of residual cultural values from Central Mexico (see Foster 1979) and other possible alternative meanings.

In summary, the details of Mexican American experience in Texas schools do not support all elements of Ogbu's theory about low academic performance for several reasons. One aspect is the complexity of the Mexican American case in Texas, which does not correspond to Ogbu's formulation. Another reason is that things have changed over the past 50 to 80 years. Social change has brought general improvement in education and job opportunities for all people, including Mexican Americans, in Texas. While it is true that in many cases schools serving primarily lower income Mexican American students in Texas do not offer as enriched a curriculum as those serving mostly upper middle class Whites, nonetheless students of Mexican heritage today are obtaining more education than their grandparents. Lastly, in contradiction to Ogbu's conclusion that certain child-rearing practices are indicative of adaptation to low social and economic status, Mexican American child-rearing behaviors serve to protect children physically and emotionally and cannot be labeled low status without comparative research with middle and upper status Mexican American groups.

## Conclusions

Broadly, this study shows that schooling conditions for Mexican American in Texas in the past were generally poor. Before World War II, Texas public schools were designed to offer the minimum possible academic training to

Austin History Center ~ Austin Public Library

Perales Decl. 00128

Austin History Center ⋆ Austin Public Library

students of all ethnicities in rural areas, but especially Blacks and children of Mexican heritage. Schools during the early part of this century upheld the agrarian cultural value of child labor on the farm in order to support the dominant economic system of plantation agriculture. Racist attitudes and techniques were used by Whites to enforce these primary survival values.

Metz Elementary School in Austin, Texas, a well-funded, integrated, urban school when it started in 1916, is an example not only of better than average educational conditions for children of Mexican descent in the state, but also an example of how conditions change over time. The first 20 years at Metz saw better funding, facilities, teachers, and so forth than many other schools. Even with the hardening of segregation in the 1930s, Mexican origin children continued to attend this school with Anglos. The rhetoric of separation during the 1930s to 1950s and the deterioration of the building after World War II, combined with the demographic change in the Metz neighborhood, made many Mexican American people in the Metz area believe their education was inferior to that of Whites. Even after the introduction of an excellent bilingual program in the 1970s, the perception of people in the neighborhood was, and continues to be to some degree, that the Anglo power structure works to oppress Mexican Americans by reducing the quality of their publicly financed education. Some Mexican American families struggle against this through community activism, but state and

times as well as local media remain relatively insensitive to their needs and demands.

The previous schooling experience of family elders has a residual influence on the educational choices and behaviors of today's children. In many Mexican American families, strong mutual dependence, or familism, work together to inculcation of proper behavior, or the concept of educación, work together to influence schooling decisions. The Abuela Effect, or the transmission of mediated past experience from an older generation to a younger, can have positive or negative consequences depending on 1) what the past experience was, and 2) how it has been mediated. In the case of some Mexican American families with multiple support systems, even if the grandparents had severe or discordant experiences with school, they may nonetheless be able to impart messages of hope and encouragement for the future to the children in the family. A positive Abuela Effect also encourages greater parental participation in education, whether externally in school affairs or internally at home.

**An Alternative View of Mexican American Experience**

This study differs from others in several significant ways. First, it embeds issues of schooling for Mexican Americans in deep historical context in order

Perales Decl.
00129

*Austin History Center ☆ Austin Public Library

to understand the various forces at play. This study offers evidence that Mexican heritage students were not necessarily singled out for inequitable treatment in Texas schools before the Depression, as rural schools for all ethnic groups in Texas were poor during the early part of this century, not just those for Mexicans and Blacks. In addition the detailed chronology of Metz Elementary School is possibly the only account of 80 years of integrated, urban schooling for children of Mexican heritage in the United States.

The focus on English-speaking Mexican American families who have lived in the U.S. three generations or more and are active in community affairs is also of note, particularly since most research has concentrated on Mexican immigrants only, who tend to have little community involvement. This study demonstrates that educational and occupational status for many Mexican Americans who have lived in the U.S. for several generations has risen dramatically in the past 30 years, thus presenting important within-group differentiation (see Chapa 1988).

Chapa (1988) examined Census Bureau data concerning the Mexican origin population in the United States from 1940 to 1979. He found a pattern of increasing years of schooling from first generation immigrants to third generation Mexican Americans which nonetheless continued to lag behind years of schooling attainment by Anglos, much as demonstrated in the present study. He concludes that the educational levels of third generation Mexican Americans show no indication of converging with Anglo levels.

The process of achieving more years of schooling from generation to generation is not simply a matter of assimilation, as some have contended (see Chapa 1988). It is also a matter of the policies and structures of the particular schools involved. For instance, if a school segregates non-English speaking children and provides little real opportunity for them to learn English (as in Texas prior to the 1970s), these children will probably not learn much English. If schooling for certain children ceases to be available after the sixth grade (as in many parts of Texas in the past), then not many of those particular children will continue further in their education. If the school only offers a six-month term (as in the past in the rural Texas cotton belt), then children will only get six months of formal education.

Policies such as these, combined with the particular characteristics of many Mexican children in the past such as frequent work-related migration, economic hardship, and perhaps sometimes a generalized feeling of inferiority and/or distaste for mixing with higher economic groups (see Gamio 1931), created the conditions for minimal academic achievement by Mexican heritage students in Texas in the past. The number of years of

Perales Decl. 00130

*Austin History Center ⁂ Austin Public Library

schooling for Mexican American children since the 1970s have greatly increased, however, due to changed school policies such as 1) uniform nine-month, full-day school terms for all; 2) bilingual education; 3) and more stringently enforced compulsory education. This is true despite the cultural and economic characteristics of the children, which is many cases have remained relatively unchanged. Thus even though Mexican American students continue to drop out of school at a high rate, and thus lag behind Anglos in overall schooling attainment, their average years of schooling have increased.

Some studies conclude that second generation immigrant youth are the best positioned to excell academically (Kao & Tienda 1995; Suárez-Orozco & Suárez-Orozco 1995). But in Texas to a large extent, this favorable moment was lost in the 1920s and 1930s due to oppressive school policies. Presently second generation Mexican children face a different school climate, one such as decribed for Metz Elementary School (Chapter Three) where two-thirds of the children are long-time Texas residents whose families have experienced the Texas school system and economic realities for several generations. By the time many of these children become young adolescents, they are often disillusioned about school. This may be due to having experienced repeated academic failure and public humiliation such as the testing fiasco of 1993 at Metz. Kao and Tienda (1995, p. 5) theorize that some "native-born minority

parents may pass on their leveled aspirations to their children", thus decreasing the liklihood of high academic achievement by the children.

The present study is different in that it examines the perspectives of families who have "made it" by achieving both higher educational attainment and higher employment status than former generations. Factors that play important roles in this achievement include both community activism and support, and the Abuela Effect.

This study traces change over time, placing particular importance on how change is experienced and mediated by family units, rather than individuals. It illuminates patterns of family strength and transcendence over difficult circumstances of the past. Finally, it identifies the influence of elders' past experience on children, or the Abuela Effect, as an important component of family background.

Recommendations for Further Research

It is clear that more research is needed from many perspectives on the internal interaction of Mexican American families, with particular attention on elders. We need to understand more about how the grandparents' schooling experiences in the U.S. have affected them and their families for

Perales Decl.
00131

good or for ill over succeeding generations. We also need to learn how children process their ancestors' experiences. It is also important to understand the differences within the complex group known as Mexican Americans from the stand points of social class, immigration status, and specific history.

## Implications for Schools

It seems clear from the present perspective that many schools in the U.S. serving historically oppressed minority groups need to value the unique histories and strengths of their students' families rather than merely consider them in need of "fixing" so they can be like middle class Whites. This philosophy of worth must be expressed consistently at all levels within the school and the district in order to convince families that they are wanted and respected. If schools can do this, fewer students will feel alienated and families will feel safer about encouraging children to work hard and persevere in the school environment.

All the families interviewed for this study expressed the desire for their children to attain more education and more financially rewarding jobs than the current parents (also see Suárez-Orozco & Suárez-Orozco 1995). If increased educational attainment continues in each generation as documented here, it seems highly likely that in the next decade educators will see the highest enrollment ever of Mexican American students in colleges and universities who are the first members of their families to attend college. A network of support systems will be necessary for these students to succeed, especially if they are far away from home. Institutions of higher education would do well to reach out to the parents and grandparents of these students as much as possible in order for the families to continue to give emotional support to their children as they engage in one activities.

## Final Thoughts

The protection and guidance of children by adults is important to Mexican American families. Schools need to make sure they are safe, welcoming places for all children in order to promote greater academic development by all members of American society. As we begin to see the limits of individualism and competition in world business and politics and turn more towards cooperation and the importance of communities, it behooves us as a society to consider ways to embrace all our children in such a way that they will be able to use the lessons of the past for the well-being of the future.

Austin History Center ❖ Austin Public Library

Perales Decl. 00132

Austin History Center • Austin Public Library

We need to consider thoughtfully how to incorporate the best examples of nurturing from the multitude of cultural styles in the U.S. and the world to mold a more psychologically healthy nation. But to do this, we must be able to see what is around us and recognize the strengths which have been hidden under the blanket of "Otherness." Mexican American families are an example of people with great strength that has been hidden by and from Anglo eyes. Research with Mexican Americans needs to be reconsidered from a perspective of strength and health, so we all may grow.

**Appendices**

Perales Decl. 00133