Austin History Center ♦ Austin Public Library

## Appendix E

### Growth and Development of the Austin Public Schools

Information for this section on the beginning of the Austin public school system and the pre-history of Metz Elementary School is drawn primarily from the history of Austin High School compiled by journalism teacher Thomas A. Prentice (1981), and surveys of Austin public schools done in 1914 by progressive educator E.D. Jennings (1917) and twenty years later by Winfred Hart (1937). For both surveys, each investigator visited every school in the city to give us a detailed view of schooling conditions. The description of East Austin in 1924 is from Connell's (1925) study of Mexican barrios in Austin. The files of the Metz Elementary School Parent Teacher Association (PTA) contain facts about the founding of the school. Information from the court proceedings concerning desegregation in Austin are also used. A precious few newspaper articles round out the sources used to construct the early history of public schooling in Austin and Metz Elementary in particular.

### The Beginning of the Austin School System, 1881-1915

The official beginning of English-language public schooling in Austin was on September 12, 1881 (Prentice 1981). The city's first public school served all grades, 1-10. About 600 students and 25 faculty comprised the entire school system, which was supported by taxes from the city of approximately 10,000 people. There were separate schools for Black and White children, and in many cases, girls were taught separately from boys. The first elementary school was built three years later and named after a prominent Swedish immigrant in the city. Austin was a growing, dynamic place, reflected by the fact that the city's first electric outdoor streetlights, locally romanticized as "moonlight towers", were installed in 1895.

By 1900, however, Austin's school buildings were in need of certain repairs ("Sanitary Conditions", August 5, 1900). Several buildings needed roof repair, some had broken windows, and drainage was a problem at several school sites. In 1901 the first building specifically constructed as Austin High School was built at 9th Street and Trinity Avenue. When it eventually burned in 1956, it caused a spectacular blaze that could be seen by much of the town (Prentice 1981). One of the first programs in the South in domestic arts (modern cooking and food preservation methods, sewing, etc.) for girls was begun at the high school in 1904. Manual training (industrial education) for high school boys had been featured since 1896, thanks to a private grant from a well-to-do local citizen. Hot lunches were served starting in 1906, with vegetable soup and crackers going for five cents a serving. In 1910 the city was growing fast and electricity had become common in middle class homes. That year the first supermarket, Piggly Wiggly, opened at 117 W. 6th Street. Also in 1910, a school bond of $75,000 was passed to build new schools to accommodate a rising student population.

In 1912, the per pupil expenditure in Austin was $22.00 per year, compared to the highest in the state (El Paso) at $33.00 per year and the lowest (Laredo) at $7.00 per year (Jennings 1917, p. 34). Austin had an average 34 pupils per teacher in 1912; Brownsville had 30:1; and Laredo had 52:1 (p. 36). Austin had only four volumes per student in the high school library in 1912 (p. 37); while in the elementary school, often the only dictionary in the school was the teacher's own personal copy (p. 239). The Austin school district did hire its first paid librarian in 1912, however, to address this matter (Prentice 1981).

### Early Mexican School Enrollment

In 1912-13 there were only 243 children of Mexican heritage out of a total of 6047 students enrolled in Austin's public schools (Jennings 1917). Mexican heritage children comprised the highest number of students considered to be "immigrants", "non-English speaking", or "foreign" by the Austin public schools. By 1916, a special school for Spanish-speaking children had been established on West Avenue (Price v. A.I.S.D. 1989). The number of Mexican-heritage children reflects the massive immigration from Mexico during the Mexican Revolution (1910-1920). In the years just prior to World War I, about 41% of the children in Austin public schools were either "non-American" (immigrants) or Black (Jennings 1917).

According to a 1913 report (Bulletin 126, United States Census Bureau), Austin had total school expenditures of $104,205 in 1913, at a cost per capita of $3.21. The city spent only $21,903 on police in that year, or $0.68 per capita. Thus, Jennings says, "She pays a greater percent of her total government expense out for schools than does any other city in the state, and at the same time has to pay the smallest percent for police service" (1917 p. 42). "These figures are valuable", he continues, "since they tend to show that the less that is paid out on schools the more there is needed on police departments" (p. 42), a warning rarely heeded today.

Jennings (1917) decried the fact that there was no industrial training of any kind offered in the Austin elementary schools in 1913. Manual arts and domestic science were only taught at the high school level, but very few students continued that far in their education. "The schools almost utterly fail to prepare the masses to make an efficient living, being established for

Perales Decl.
00134

the professional classes...it is imperative that the school prepare them for this line of life work (manual arts) without habituating them to a trade that they cannot change if ambition and opportunity direct otherwise" (p. 56).

*Evaluating Excellence, Pre-Modern Style*

Progressive concepts were not unknown in the city, however, and in the winter of 1914, a teacher preparation class at the University of Texas at Austin visited every elementary school and high school in the city to observe classrooms, children and teachers (Jennings 1917). Their objective was to rate various aspects of education, as was the progressive craze at the time. Eighty years later, however, their ratings seem quaint and arbitrary, but are included here to illustrate not only the beginnings of educational evaluation, but also the qualities considered important to education by early 20th Century educators.

Possible ratings went from "excellent" to "very poor" for such undeniably important elements of the classroom environment as the teacher and the pupils, their "companionship", discipline, study, assignments, methods, pupil's knowledge, "appreciation", responses, the room, and even the air. For instance the category "air" was rated excellent if it was "invigorating," but very poor if it was "stifling." The teacher was rated excellent if she was "beautiful, properly dressed", and had a "proper voice", and very poor if she was "sickly and improperly dressed with a harsh voice." The teacher was rated somewhere in between excellent and very poor if she was "comely, homely, or ugly." The idea of rating pedagogical technique rather than personal characteristics was missing from this ambitious study. This was all in the name of "efficiency in education", reported Jennings (1917, p. 117). According to Jennings' own rating scheme, about 12% of the Austin teachers would be rated poor, which he considered average with other American cities of the day (p. 156).

In 1914-15, there were 1641 students in Austin public schools at least one year overage for their grade level, or "retarded", in the terminology of the times. There were 577 students at least one year underage for grade level, or "accelerated" (Jennings 1917, p. 159). In Jennings' estimation, these retardation and acceleration figures could be at least partially accounted for by the influx of foreigners into the schools on the one hand, and the influence of the University of Texas on the other (i.e., professor's children tended to start early and were thus regarded as accelerated). The year before, Austin teachers had cited the causes of 1623 cases of retardation in the schools as follows: 540 students considered mentally slow; 229 students had outside distractions; 227 students suffered from lack of application; 173 were poorly prepared; 156 showed irregular attendance; 76, sickness; and 222, other causes (Jennings 1917, p. 163). Jennings thought that the schools should be held at least partially responsible for the "mentally slow" students since too often discouragement and poor teaching led to such labeling. He stressed that the problem of retardation could be addressed by making the curriculum more lively and relevant. He also predicted great improvement when the compulsory attendance law went into effect in 1916.

Jennings reported that principals spent a lot of time in the classrooms, supervising or directing student activity. "This accounts for much of the good spirit and work found in the school" (Jennings 1917, p. 264). Principals held weekly teachers' meetings to discuss the school. They visited each teacher quite often and reported the observations to the superintendent. At least two principals in Austin in 1914 had to teach almost every hour, however, and had no time for supervision. By 1913, all high school teachers in Austin were required to have university degrees (Prentice 1981).

Corporal punishment was rarely administered in Austin public schools immediately before World War I (Jennings 1917). In 1914, the superintendent believed that each teacher should correct all troubles with the students and the parents. There had been no appeals to the Committee on Grievances about punishment from 1910 to 1914. Principals settled cases every day, and in the high school, the student council along with a committee of teachers administered discipline. Still, about 10 cases were referred for suspension to the Superintendent every month.

*Health and Recreation*

Health was an important issue that was tied to public schools early in the 20th Century. Austin public schools had a school nurse in 1914 who visited "all schools and homes" to instruct teachers and parents about symptoms of disease and health (Jennings 1917). This was carried out in a "very satisfactory manner," according to Jennings, but he advised hiring an additional nurse and a male physician to handle the workload.

Organized social and recreational groups for White children in Austin were limited prior to World War I (Jennings 1917). In 1913 the *American Statesman* newspaper organized the Working Boys Club composed of about 100 messenger boys. There was also a Newsboys Club with 75 members, made up of newsboys from all over the city. Boys in these two clubs pledged not to smoke cigarettes or swear. There was much sentiment against tobacco and cheating shown by the high school students, according to Jennings (p. 190). There was also a Covenanter Club of about 50 boys sponsored by the Presbyterian Church. The Boy Scouts, formed in 1911, had about 150 high school boys as members.

"Austin History Center ☆ Austin Public Library

Perales Decl. 00135

For girls there was the Camp-Fire Club. There were also various school clubs, such as a literary society, debating society, student council, and sports teams. Football and baseball were popular for boys; and volley ball and basketball were organized for girls (Jennings 1917). The beginning of organized high school sports occurred in 1914 when the first athletic director was hired (Prentice 1981). In the following year, the school board appropriated $125.00 for new band instruments, thus officially beginning formal music instruction. The school system was growing, and more attention was given to enrichment beyond the basics of literacy and arithmetic.

There were also eight Mother's Clubs around the city to assist the schools by stressing home-training (Jennings, 1917, p. 193). Funds were raised for school enrichment. For instance $800.00 had been raised at Pease Elementary to pay for play ground equipment and $725.00 the year before to equip lunch rooms. At Woolridge Elementary the club spent $75.00 on the library, athletic uniforms, and lunch room improvements. At Winn Elementary they built an outdoor room for recitation, put in a sanitary drinking fountain, and maintained the afternoon story hour for the children. Clubs contributed free lunches to economically deprived children, and a committee of mothers visited needy parents to offer various sorts of aid. Sometimes, however, these clubs "interfere with proper administration authorities," reported Jennings (p. 193).

It was into this milieu that Metz Elementary School was built at the end of the World War I. The city constructed a fine building to serve a growing part of town. People were concerned about education and wanted the best for their children. Citizens were also eager to produce "real Americans" out of the ethnic mix of settlers in the young city. Austin had been founded in the wilderness in 1839, and was trying hard to be a modern urban center 75 years later when the new school was built.

## Population Increases During 1920s

Manuel (1930, p. 50A) indicates that there had been a considerable increase in the number of schoolchildren of Mexican origin in Travis County, in which Austin is located, from 1922 to 1928. According to the Public School Directory of 1928-29 from the State Department of Education, as cited by Manuel (1930, p. 164), there was a total of 17,000 public school students in Travis County, of whom 4,727 were Black, 9,425 were White, and 2,848 were of Mexican heritage. The 1920 Census (U.S. Bureau of the Census 1920) gave Austin a Mexican population of 1663, with an overall population of 34,876. Connell estimated there were about 2000 people of Mexican origin in the city by 1925 (Connell 1924).

## Depression Era Stability

Austin was more stable than some other areas of the state and the nation during the Depression. For instance, public school teachers' pay was never cut, although professors at the University of Texas did sustain a pay decrease. New construction at both the university and the public schools in Austin continued during the entire Depression, due in part to the discovery of oil on state-held land in West Texas (Prentice 1981).

All public schools in the city of Austin offered students a nine-month term by the mid-1930s, while rural schools in the county sometimes were in session as little as five-months in the year (Hart 1937). About 18% of the white students in Travis county received less than nine-months of schooling in rural schools. Of the 12 separate schools for Mexican heritage children in the Common School Districts of Travis County (rural schools, not including the city of Austin), school sessions ranged from seven months to slightly less than five months. "These shortened terms," declared Winifred Hart (1937), "are important factors in the retardation of the pupils". These one-teacher rural schools usually had less than 20 students in daily attendance, with seven grades taught all in one room.

Educational progress by Spanish-speaking children was very slow in the segregated county schools of Travis County in the mid-1930s, with 90.4% of the children concentrated in the first three primary grades, compared to 39% for Whites, and 44% for Blacks (Hart 1937). Only 10 Mexican students out of an estimated 355 that were eligible in 1936 went on to sixth grade.

In Austin city schools, the average number of pupils per teacher was 32 for Whites and 38 for Blacks in the mid-1930s (Hart 1937). In the three independent school districts in Travis County (Austin, Manor, and Pflugerville), 86% of the teachers held degrees. In the rural districts in the county (Common School Districts), only 17% of the White teachers and 35% of the Black teachers held degrees. In comparison, in Dallas County all teachers were required to have a degree (Hart 1937, p. 30). The average per pupil cost in Austin elementary schools was higher ($42.57) than in the common schools in the rural parts of the county ($36.66) because facilities were better, and teachers were better trained and better paid.

In contrast to attitudes sometimes encountered today, schools were perceived as serving the needs of the community by many people. For instance, during the 1930s the Parent Teacher Association was considered a

Austin History Center · Austin Public Library

Perales Decl. 00136

"Austin History Center ❖ Austin Public Library

pleasant social activity as well as civic function by many parents (Prentice 1981). In addition, in 1939 Austin schools organized into 12 grades for the first time, giving many students two more years of upper-level course work before they joined the work force, the college crowd, or the military.

### Austin Continues to Grow During the 1940s and 1950s

By 1940 the population of Austin had grown to 87,930 ("Austin population," May 24, 1955), with a total school enrollment of 14,998 ("Austin public school enrollment", June 25, 1955) and a per pupil expenditure of $21.79 (unpublished memo, Board of Trustees, April 22, 1940). Even though the total school budget had more than tripled in the nearly 30 years since 1913, from $104,205 to $326,806, the per capita expenditure for Austin schools remained near the 1913 level ($3.21), only rising to $3.72 in 1940. Twelve other Texas cities with populations over 9,000 provided more money per pupil than Austin. The average annual teacher's salary in Austin in 1940 was $1,150.00, or about $95.00 per month. The school board wanted to build an addition to Metz in 1940, but World War II intervened before new construction could begin (unpublished memo, Board of Trustees, April 22, 1940). Perhaps as a nod to expanding horizons, conversational Spanish was introduced for grades 7,8, 9 in 1941 (Prentice 1981). This marked a contrast to the widely-held attitude during World War I that English was the only language suitable for educated people. Schools were seen as a necessary part of the defense effort on the home front, but the city's attention turned to the war abroad, rather than focusing on local issues during the 1940s (unpublished memo, Austin Public Schools: Centennial Committee, 1954).

By 1950, the Austin population had increased by almost 45,000 people to 132,459 ("Austin population", May 24, 1955), but total school enrollment only showed an increase of about 3000 students from 10 years before. Zavala Elementary School, only four blocks away from Metz, was almost 100% Mexican American in 1950, with an enrollment of 665 (unpublished memo, Austin Public Schools: Centennial Committee, 1954). A new addition to the Zavala building had been necessary in 1949, adding a lunch room, auditorium, and restrooms with showers. The industrial arts class at Zavala was discontinued in 1951 on the grounds that there were no longer many average children attending. Evening classes in "Americanization" were still held at several Austin high schools in 1950, although who attended and what was taught is not known. By 1954, all Austin public schools had libraries, some of which had been started by earlier Mother's Clubs (unpublished memo, Austin Public Schools: Centennial Committee, 1954).

In 1954 the city of Austin had 30 elementary schools (unpublished memo, Austin Public Schools: Centennial Committee, 1954). The five smallest were segregated schools for Black children. Four of these were small, one-room schools with enrollments ranging from 28 to 58. One Black school had an enrollment of 198. Of the other 25 schools, five out of the top six in enrollment were located in East Austin and served primarily minority students.

### Implementing Desegregation, 1954-1989

Austin came to national attention immediately following World War II, when postal worker Heman Sweatt sued to attend the all-White Law School at the University of Texas, located in the state capital (Kluger 1975). The battle was fought in the Travis County District Court, where state Attorney General Price Daniel and Thurgood Marshall, attorney for the plaintiff and later a member of the U.S. Supreme Court, went head to head in dramatic confrontation. The state tried various maneuvers to prevent Sweatt, who was Black, from attending the publicly funded state university. Marshall called in expert witnesses to testify that segregation was unjustifiable and educationally unsound, among them Robert Redfield, chairman of the department of anthropology at the University of Chicago. The case was widely followed by Austinites and others for more than four years before the Supreme Court finally ruled in favor of Sweatt, thus ending the White-only reign on the university (Kluger 1975). Headlines and local speculation from such an event could not have failed to affect the city's public schools as well.

Integration in the public schools became an issue in Austin soon thereafter. In 1953, a brand new high school opened exclusively for Black students (Prentice 1981). After *Brown v. Board of Education* the following year, however, 14 Black students enrolled in three formerly all-White Austin high schools, and 1 student with a Hispanic surname, though characterized as "White" in the newspaper, entered the previously all-Black Anderson High ("Additional students expected", September 8, 1955). The city's desegregation plan allowed students to attend the high school nearest their home (Prentice 1981). Thus all the high schools in Austin became legally desegregated. This first try at desegregation was "going smoothly", according to the newspaper in early September, 1955. Desegregation was generally played down in the Austin papers that first year, with high enrollment receiving much more attention.

The years 1958 through 1963 saw a neighborhood school desegregation plan for Austin that allowed all students in high school and grades 1-9 to attend the school nearest their home (Price v. A.I.S.D., September 13, 1989). In 1967 the plan was modified to allow all students living near the formerly all-Black Anderson high school to attend any high school of their choice in the district. Beginning in 1968, however, the district was found to be in non-

Perales Decl. 00137

Austin History Center ★ Austin Public Library

compliance with the 1964 Civil Rights Act by the U.S. Department of Health, Education and Welfare because the desegregation plan was too restrictive. Thus began a period of unrest in the city over the issue of integrated schools. In 1971 District Judge Jack Roberts ruled the school district was not discriminating against Mexican Americans, but did order several all-Black schools closed because of segregated practices. One-way busing of minority students to White schools was instituted. Roberts again found no unlawful segregation of Mexican Americans in 1973 when the case was reviewed. Racial disturbances began to spill over from the community into the schools themselves by 1974, however ("Racial disturbances rock school", December 2, 1974).

Community reaction continued to escalate culminating in an appeal to the Supreme Court in 1976. The next year, however, the 5th Circuit Court of Appeals ruled on the case for the third time that Austin had indeed intentionally segregated minority children in schools, including Mexican Americans (Prentice 1981). A full-time desegregation worker was hired to help the city through this crisis, but district desegregation efforts were found inadequate again for a fourth time in 1978. In 1979 the Supreme Court refused to hear the Austin case, thus affirming the Circuit Court decision that Austin was denying the civil rights of Black children in particular by adopting a relatively non-aggressive desegregation policy. Public meetings were held in the Austin High School gym amid emotional, chanting crowds to discuss the next step: the busing of over 10,000 students around the city daily to achieve the federally mandated integration standard. The new busing plan was implemented in Fall, 1980, creating the need for the district to operate more than 200 school buses per day (Prentice 1981).

### The Aftermath of Busing

Austin experienced two-way busing of public school students from Fall 1981 until the end of Spring 1987. In Spring 1987 Metz enrollment reached 531 and was 72% Mexican American, with White students bused in. The end of busing the next fall made the school 98% Mexican American again, as it had been in the 1970s before the court-ordered desegregation plan. A lawsuit was immediately filed in the summer of 1987 by several parents with children enrolled in the Austin Independent School District (A.I.S.D.) to halt the neighborhood school assignment plan which allowed children to attend the school nearest their home, but would not ensure a broad ethnic mix at many schools (Price v. A.I.S.D., August 7, 1987). The lawsuit alleged that the district had maintained racially identifiable schools and purposely segregated Black and Mexican American children in the past. It claimed that A.I.S.D. deliberately withheld necessary enrichment and compensatory academic programs for minority children, delayed repairs to school buildings in minority neighborhoods, and failed to provide adequate equipment to those schools. Disparity between Anglo and minority children's standardized test scores was blamed on segregated schools, saying the effectiveness of existing academic programs was reduced or eliminated by the racial isolation of the students.

In further proceedings of this suit, the plaintiffs contended that the school district failed to eliminate the vestiges of segregation and that racial imbalance in the schools was the result of past segregative acts. The plaintiffs claimed that conditions had not changed enough to warrant abandonment of the cross-town busing plan for school integration in effect from 1981 through 1987. The school district, on the other hand, claimed that no remnants of past racial discrimination existed within the Austin public schools, and that its neighborhood school assignment plan of 1987 had no racially discriminatory impact and was not adopted for racially discriminatory reasons (Price v. A.I.S.D., September 13, 1989). Many schools in Austin today are ethnically mixed in ways that compliment a rich education, but others are almost wholly comprised of one ethnic group. A variety of methods to promote ethnically integrated schools are currently used in Austin, such as magnet schools and open enrollment in other special programs. These efforts are generally limited to secondary schools, however, leaving some elementary schools like Metz in a condition of de facto segregation.

Perales Decl. 00138