

# A CITY PLAN
## for AUSTIN, TEXAS

**KOCH & FOWLER**
consulting engineers - 1928

CITY OF AUSTIN · FOUNDED 1839

Austin History Center ★ Austin Public Library

Perales Decl.
00139

EX. 8

# A CITY PLAN

for

# AUSTIN, TEXAS

KOCH & FOWLER

Consulting Engineers

1928

Austin History Center ☆ Austin Public Library

| | | |
|---|---|---|
| February | Reprinted by | Department of Planning<br>P.O. Box 1160<br>Austin 64, Texas |
| | Director of Planning | V.L. Mike Mahoney |
| 1957 | Chief of Advanced Planning | J.M. Finley |

THE KOCH AND FOWLER REPORT
PREFACE TO SECOND PRINTING

The consulting firm of Koch and Fowler in 1927 prepared a City Plan for Austin, Texas. Community progress in the ensuing 30 years testifies to the plan's influence on policy decisions in both public and private enterprise.

Although the pattern of growth since 1927 has generally followed the Koch and Fowler proposals, the plan was not kept current with our rapidly changing city life. Several attempts during the 1940's to update the plan further accented the need for a program of continuous revision. A new City Charter adopted in 1953 established the Department of Planning and spelled out the duties of the City Planning Commission including the drafting and maintaining of a new city plan. Technical work on the new plan began in February, 1955, and was completed in October, 1956.

Since copies of the Koch and Fowler plan have not been available in recent years, this report is being reprinted to make possible its comparison with the current Austin Development Plan in terms of actual city development during the intervening period.

Original text of this report has not been altered, but all illustrations have been grouped at the end. This arrangement has been necessary because the mimeographed report omitted several illustrations and the photostat negatives no longer can be copied. The complete set of drawings has been reproduced from prints in the files of the Department of Planning and of the City Clerk.

Austin, Texas                         V.L. Mike Mahoney
February, 1957                        Director of Planning

Perales Decl.
00141

KOCH AND FOWLER
Consulting Engineers
Dallas

January 14, 1928

Mr. Wm. T. Caswell, Chairman,
City Plan Commission,
Austin, Texas

Dear Sir:

    We take pleasure in handing you herewith our formal report covering our recommendations for the City Plan of the City of Austin, which was prepared upon request of your Honorable City Planning Commission.

    In presenting this report we wish to say that we have received a most hearty support and cooperation by the various citizens and the City Officials of Austin. We wish, particularly, to recognize and acknowledge the vital time and services of Mr. Wm. T. Caswell, Mr. Hugo Kuehne, and Mr. Gillespie Stady, all of whom have given liberally of their time and assistance in our work. We also wish to acknowledge the whole hearted support and assistance furnished by the City Manager, Mr. Adam R. Johnson, and the City Engineer, Mr. Orin E. Metcalfe, as well as many other City Officials.

    It has been a genuine pleasure to work with men of this kind, and we feel that we would not be grateful if we did not express our appreciation for their valuable assistance.

    We trust and hope that this report will be of inestimable value and of material assistance to the City Planning Commission of Austin in their efforts to build Austin in the proper manner.

    Respectfully submitted,

    KOCH AND FOWLER, Engineers,

    By O. H. Koch.

OHK:jfe/isb

# A CITY PLAN FOR AUSTIN, TEXAS

## TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| Introduction | 1 |
| Street Plan | 4 |
| Parks and Boulevards | 20 |
| Recommended Land Subdivision Rules | 34 |
| Aviation Field | 38 |
| Civic Centers | 39 |
| Transportation (Steam Railways) | 43 |
| Street Railways | 49 |
| Zoning | 51 |
| Schools | 54 |
| Regional Plan | 58 |
| Cemeteries | 60 |
| Fire Stations | 61 |
| Conclusion | 65 |

### PLATES

Plate  2 - Street Paving
Plate  3 - Proposed Major Streets
Plate  4 - Park and Boulevard System
Plate  5 - Development of Barton Springs Park
Plate  6 - Recommended Street Development
Plate  7 - Suggested University Boulevard Exten.
Plate 10 - Present Use of Property
Plate 11 - Zoning - Use Districts
Plate 13 - Present and Proposed Schools and Play
           Ground Areas
Plate 14 - Proposed Play Ground - Palm School

- - - - - - - -

Austin History Center ☆ Austin Public Library

Perales Decl.
00143

# A CITY PLAN FOR AUSTIN, TEXAS

- - - -

In authorizing the preparation of a comprehensive city plan Austin has recognized the fact that the building of a modern, efficient city is more than a mere accident and that the best advantages are available only when a good city plan has been adopted, and a program provided which will suggest certain re-adjustments and the co-ordination of the future improvements. There are very few cities which are not now engaged in attempting to correct certain acute evils resulting from neglect, or lack of co-ordinate efforts. But in making such corrections, without the aid of a comprehensive city plan the corrections too often are but of a temporary nature, and each succeeding correction becomes more costly and difficult to accomplish.

During the past two years Austin has taken a step forward in the reorganization of its governmental administrative machinery. That the adoption of the City Manager form of government has been of inestimable value in the economic administration of its municipal affairs is very evident to the student who has studied the various improvements and accomplishments which have been wrought during the past few months. The present City Commission and City Officials have demonstrated their ability to carry on the municipal business of Austin in an efficient and business like manner. It is, therefore, only natural that they should recognize the importance of a complete city plan to enable them to continue their work efficiently and they should promptly take steps to obtain such a plan.

Austin History Center ☆ Austin Public Library

Perales Decl.
00144

We have made a careful, first hand study of the various elements and characteristics of the City of Austin and the surrounding territory, and we are presenting herewith our report containing various plans and recommendations. We would like to call attention, however, that due to the impossibility of predicting accurately the future developments and conditions for any considerable time in the future, it is impractical to adopt a complete, fixed and rigid plan in all details. Such plans as are adopted must be capable of being adapted to changing conditions from time to time. While the practicability of these plans, in general, has been carefully examined and tested they are obviously not offered as final or construction plans that can be executed without further study and detailed revisions. These plans are intended to establish a policy and the character of growth and control in the improvements and expansion for the City of Austin and to serve as the basis for future work of the City Plan Commission.

The City of Austin is a very unique city. It has many unusual and extraordinary characteristics and advantages unto itself. These desirable characteristics should be preserved, featured, and capitalized to the fullest extent. Austin is the capital of the great state of Texas. It is the site of the most wonderful state capitol building in the United States. This feature should be the outstanding characteristic of the city, and the capitol building should be conspicuous and visible from all parts of the surrounding territory. It should predominate and other structures should be subordinated to it. Already, due to the absence of

any plan for expansion in an orderly fashion, the state has constructed an office building at the southeast corner of the capitol grounds, and other skyscrapers are threatening to be built on Congress Avenue, thereby shutting off the view of the capitol building from the south.

While Austin has some industrial development, the civic survey shows that industrial development will not be the controlling element that will build future Austin and determine its future character. On account of the location of the numerous state institutions, schools, and the State University in Austin, with the natural beauty of its topography and the unusual climate making it an ideal residential city, it is only natural that the chief characteristic of greater Austin will continue, as at present, essentially a cultural and educational center.

The location in and about Austin of the numerous State Institut as well as the University of Texas, creates a condition which is peculiar Austin alone. This condition can be either an advantage or a serious disadvantage in the development of Austin, depending upon whether or not pro cooperation is secured between the State and Institution Officials and th City of Austin. It is strongly urged and recommended that the State Offi be invited and encouraged to confer with the City Plan Commission in rega to the general city plan at least in so far as it may affect the State Pr ties. An intelligent coordination of the plans to develop this state property with the general city plan will be of considerable advantage to all parties concerned. Your City Plan Engineers have conferred several times with University Officials and find them to be more than ready and willing to cooperate to the fullest extent. We feel that this same spirit of cooperation will be forthcoming from the other State Officials.

Austin History Center ✶ Austin Public Library

**Perales Decl.
00146**

## STREET PLAN

The most fundamental element of any city plan is its major street plan. The life and growth of the city depends upon the facility of the flow of traffic, and whenever any portion of the city becomes so congested that traffic cannot flow easily, then that section of the city will have reached its maximum value and it will begin to recede. This fact is illustrated time and again by what is known as the blighted districts of our cities; a condition which is costing millions to overcome in a number of cities. Traffic in the modern city is increasing in volume and importance and the recognition of the importance of its free circulation is often postponed until the congestion exists and the relief, if at all possible, is usually very difficult and expensive.

In our proposed major street plan for Austin we have endeavored to predict the future needs in streets and to suggest a program for their development. The City of Austin is very fortunate in that all of the streets in the downtown section were originally laid out eighty feet wide with Congress Avenue one hundred twenty feet. It was not quite so fortunate, however in regard to fitting the topography. In following out the rigid rectangular system of layout the topography was wholly ignored and this fact accounts for the unreasonable grades in some places thus making portions of some of the streets practically useless for traffic or business streets.

Outside of the original town, bounded by East Avenue, West Avenue, First Street, and nineteenth Street, there has been no real unified plan of subdivision. This fact accounts for the large number of objection-

Austin History Center ✶ Austin Public Library

**Perales Decl.**
**00147**

able jogs and offsets and the nonuniformity in width of continuity of alignment of the streets. The location of the University of Texas Campus in the midst of the residential section; its unusual recent expansion across several important streets which necessitated the closing of those streets introduces further difficulties in the adoption of the ultimate city plan.

By referring to the present traffic flow diagram, Plate No. 1, it will be seen that the bulk of the traffic today is on Congress Avenue, Lavaca, and Guadalupe Streets. One reason so much of the traffic is concentrated upon Guadalupe Street is because it is the only paved street serving that territory. This chart also shows that a considerable bit of this traffic is being diverted to Rio Grande Street. The next streets in volume of present traffic are North Congress Avenue and Speedway. It can readily be seen that the closing up of Speedway by the University, through the campus, will certainly affect a great many people and will make necessary the use of aternate routes west of the University Campus in order to keep from throwing additional traffic on Guadalupe Street.

On Plate No. 2, is shown the present paved streets. Austin has been inactive in regard to paving its streets for a number of years and it is considerably behind on its paving requirements. This fact, of course, is responsible for considerable congestion which now exists on certain streets which were paved in the past. We have also prepared, in connection with our major street plan, a map showing the streets which are recommended to be paved and the order of their urgency. This recommendation should be of value to the City Commission in determining the amount of bonds to be voted upon for the next paving program.

In preparing the analysis of the street traffic problem we have considered the central business section at Seventh and Congress to be the main objective for the traffic. At the present time access to this area is limited from all directions. From the south, the Colorado River bridge, on Congress Avenue, is the only means of access; from the north, all traffic must jog around the capitol building; from the west, the Sixth Street bridge across Shoal Creek is the only opening; and from the east, Sixth Street again is the only available street. The opening of a diagonal street to the northwest and one to the northeast from the central business district is practically impossible, and certainly impractical on account of the topography, but by encouraging traffic from the northwest to come down Shoal Creek to Seventh and Sixth and from the northeast traffic to come down East Avenue and Waller Creek to Seventh and Sixth, this traffic can enter the business district from the east and west over several routes and relieve the north and south streets of some of this traffic and in this manner equalize the distributio of traffic on the streets in the business district.

In preparing our studies for the proposed major traffic plan we have kept in mind the fact that streets should be designed and built for the use which they are intended to serve. Streets whose principal function is to serve purely local uses are considered as local uses are considered as local residential streets, and will not affect the major traffic plan to any great extent. For such streets it is preferable that a minimum width of fifty feet be used, although in some instances it might be permissible to have a forty foot street where it does not exceed more than two blocks in length. On such streets which are fifty feet wide and not over four to

Austin History Center ✦ Austin Public Library

Perales Decl.
00149