six blocks long between main thoroughfares or boulevards, a paving width of twenty-six feet is usually sufficient. Residential streets, however, which extend for a considerable length should not be less than sixty feet wide with a minimum paving width of thirty-six feet. Streets which are favorably located as desirable through traffic streets and extend for long distances connecting with the business district or connecting community centers will attract considerable traffic which does not originate from the residences along the street. This type of street which we choose to call trafficways or boulevards are the streets with which our major traffic plan is principally concerned. Extra width of paving should be provided, based upon the future probable requirements of such streets or boulevards. In determining the amount of such sufficient extra width, in addition to the extra volume of traffic, consideration should be given to the nature of such traffic as to whether it will be slow moving, fast moving, or mixed traffic and whether or not an appreciable amount of parking area must be provided.

    The widths which are recommended in this report are intended to be the ultimate widths which will probably be required after the communiti are built up. In a number of instances, the excess paving width will not needed for some years and need not be supplied until needed but the widths recommended for future right-of-ways should be provided at the earliest possible moment to prevent the encroachment of buildings or other permanent construction which would make the acquisition thereof more difficult and costly at a later date. The paving of these streets can be handled in progressive stages using narrow widths at first and adding width as the necessity of same arises. This is essentially true of the streets near the City Limits and in the area beyond the present City Limits.

It is a fact that slower moving vehicles or trucks will set the pace for all types of traffic on a particular street. Heavy trucks with wide bodies on the same street with fast moving passenger cars usually create traffic confusion and add to the hazards of the street. Since the advent of the large number of passenger or fast moving motor vehicles in use at present, there is a marked tendency and justified desirability to classify traffic where possible. It is for this reason that we have designated some of the proposed trafficways as boulevards. We have assumed that certain streets which we call trafficways, for convenience, will continue to carry mixed traffic. Whereas on the streets which we classify as boulevards, it would be advisable to limit the traffic to fast moving or passenger vehicles. While the proposed boulevards are discussed in detail under the chapter headed "Parks and Boulevards," the principal boulevards which are essential to the general major street plan are shown on the same map with the trafficway streets. On the other hand, those boulevards whose chief purpose is the completion of the parkway system or are more in the nature of pleasure drives are shown upon the "Park and Boulevard Map". This explanation will account for the apparent duplication of some of the same streets on the two maps.

### FIFTH STREET

An important fact shown by the traffic chart is the prominence and importance of Sixth Street. This Street has attracted a considerable volume of traffic with the development of the residential property on the west side of the city opposite the Colorado River Dam.

It is obvious that Sixth Street alone will not be able to handle the future traffic in this direction. The natural topography north of Sixth Street makes it impractical to open a parallel relief street on the north for over one-half mile. On the south of Sixth Street, however, Fifth Street could be extended and used at a reasonable expense. These two streets then together with the proposed Riverside Boulevard will be ample to serve this area. Fifth Street should not be less than eighty feet wide for its entire length.

### Guadalupe Street

Guadalupe Street, today, is next in importance to Congress Avenue. It is the main highway to the north and carries a great deal of through traffic. It is also the business street, serving the University locally, and will always continue to be a very important business street as well as a trafficway. The retail business along the University Campus naturally causes considerable parking which makes the street less desirable for through traffic and its capacity for traffic is now being taxed.

It is recommended that Guadalupe Street be paved from First Street to Nineteenth Street, fifty-six feet wide; that the jog at Nineteenth Street be eliminated by cutting through the corner at Nineteenth Street; that a width of one hundred feet which it now has from Nineteenth Street to Twenty-fourth Street be continued to Twenty-ninth Street; that the streetcar tracks north of Twenty-Nineth Street be moved to the center of the street. North of Forty-fifth Street, Guadalupe Street should be

opened and extended with a full width of one hundred feet to a point where it can be deflected diagonally to intersect the present Taylor and Dallas Highway, thereby eliminating two very objectionable jogs in the highway at Forty-fifth Street.

<center>Neuces Street</center>

Paralleling Guadalupe Street, we are recommending the establishment of a boulevard on Nueces Street. This street, while it should be protected against trucks and slow moving vehicles and is classed as a boulevard, will naturally relieve Guadalupe Street of a considerable portion of fast moving vehicles. Beginning at the north side of the Colorado River, we recommend that Nueces Boulevard be made one hundred ten feet wide to Nineteenth Street. From Nineteenth to Twenty-fourth Street we recommend that the Boulevard be divided and that Nueces be used for south bound traffic and San Antonio Street be used for north bound traffic. We recommend that these sections of the boulevard be made seventy feet wide. The shallow depth of the building lots in this section makes the widening to one hundred ten feet of either of these streets very expensive and impractical and jogs at Nineteenth and Twenty-fourth Streets would still have to be considered. For these reasons we are recommending the use of the two streets as one-way streets for these sections. Continuing north from Twenty-fourth Street, we recommend a width of one hundred ten feet crossing Guadalupe at Twenty-ninth Street, and continuing north to connect at the south end of what is now called Hemphill Place in Aldridge Place. Continuing north from the north end of Hemphill Place at Thirty-Third Street, a new street is recommended cutting through the long blocks to Thirty-ninth connecting with the south end of Avenue "B" in Hyde Park and extending along Avenue "B" north to the City Limits.

We are recommending a width of one hundred ten feet on this street for several reasons. First, using it as a boulevard street it will be reserved for high speed passenger cars; it is more essential that the intersections of the cross streets be made as wide as possible for visibility of traffic crossing the street. Also, since this street is a part of the boulevard system, it is very desirable that such parking area for lawn and trees be provided back of the curbs. It would be highly desirable on a boulevard street of this nature to provide a double row of trees between the curb and the lot lines and the extra width, if uniform, down the entire street would add greatly to the appearance of the streets. This extra width would call for a widening of fifteen feet on each side from Fifth to Nineteenth Street. It would not be at all expensive. The lots on this street are deep enough so that this fifteen feet cut off the front would still have sufficient depth for residential construction, and the damages to the property would be more than offset by the benefits accruing due to the improvements.

### SHOAL CREEK DRIVE

We are recommending also an important traffic thoroughfare up the Shoal Creek Valley. This proposed roadway will start at Seventh and West Avenue and follow the low, even grade line of Shoal Creek Valley in a northeasterly direction and will act as an interceptor for numerous other radial trafficways which will feed in through the proposed residence areas between the present western City Limits and the Colorado River.

Perales Decl.
00154

This important thoroughfare will form an importnat link in the Park and Boulevard System to be recommended, but at the same time, will serve a very unusual and important arterial highway feeder into the lower business area; and while it will not draw very much traffic from that portion of the city between Shoal Creek and the University south of Twenty-ninth Street, we feel that a considerable amount of the residential traffic north of Twenty-ninth Street will be served on both sides of Shoal Creek. This roadway should be so located as to eliminate all unnecessary sharp turns and steep grades, and in such a location that it can ultimately be paved to a width of fifty-six feet excepting in such sections where it will be deemed advisable to split the roadway into two forks, one on either side of the Creek.

SAN JACINTO STREET

The traffic from the north central residential section at the present time is concentrated on Speedway, which splits the present University Campus property. The plans for the ultimate development of the University Campus contemplate the closing of this street. University officials have indicated, however, that they would be favorable to providing a boulevard or trafficway, along the banks of Waller Creek through the Campus, and that this location can be worked into their ultimate development plans to the best advantage. At the north end of the University Campus Waller Creek splits into two forks; one form tending in a northeasterly direction and the other bending practically due west around an unusually interesting hill. The location of Waller

Austin History Center ☆ Austin Public Library

Creek in this fork is what would be Twenty-ninth Street if it were opened. This prong of the Creek intercepts, practically at right angles, the proposed new Nueces Boulevard, University Avenue, and Duval Street, all three of which are very important trafficways feeding from the north. It is only natural that the traffic coming south on these streets, as they approach this hill which starts in at Twenty-ninth Street should deflect along the direction of the drainage around the base of the hill. We have taken advantage of this natural condition and are recommending a roadway along the banks of Waller Creek.

Beginning at Nueces Street Boulevard, crossing University Avenue, connecting with the south end of Duval Street and continuing along the bank of Waller Creek south through the University Campus to its southern boundary on Nineteenth Street, this prong of the roadway will connect up with the north end of San Jacinto Street. Another prong will follow the banks of Waller Creek diagonally into Red River Street at Twelfth Street. San Jacinto Street should be paved from Seventh Street to Nineteenth Street--fifty six feet wide, and the roadway through the University Campus along the Waller Creek banks should be so located that it can be ultimately paved fifty-six feet wide, its entire length. This trafficway will permit the traffic from north Austin to reach the business district without the necessity of jogging around the State Capitol Building.

Perales Decl.
00156

EAST AVENUE

East Avenue at the present has a right-of-way two hundred feet wide from the north bank of the Colorado River to Nineteenth Street. Only a portion of this right-of-way has been improved and used as a roadway at the present time. The landscape advantages of this street are very interesting and it should form an important part of the Park and Boulevard System. It's development should be worth while from that standpoint alone. By a glance at the major street plan map one sees very clearly that East Avenue is destined to be the backbone for all traffic in the eastern portion of the City, and somewhat the same way as the Shoal Creek Driveway serves the west side. Eleventh Street, Rosewood Avenue, Twelfth Street, Nineteenth Street and Twenty-second Street, all important traffic thoroughfares, radiate from East Avenue, as well as do the numerous minor residential streets which feed into East Avenue.

East Avenue from Nineteenth Street on north is the most favorably located, from the standpoint of grades, than any other street in that direction, therefore, it will be favored as a radial arterial highway for the entire northeast section of Austin. By developing East Avenue so it will be a desirable trafficway, we assist in carrying the northeast traffic down East Avenue and feed it into the business district from the east side, thus leaving the north and south streets such as San Jacinto, Red River, Guadalupe and Lavaca, to handle the traffic from the north portion of the City into the business district from the north.

East Avenue should be developed from the River north to Nineteenth Street as a double trafficway with a park center, with the possible exception of the area opposite the Sam Huston Normal School, where the topography is rugged and it will be impractical to build a double roadway where a single wider roadway should be built. From Nineteenth Street on north, we have also a street car track to consider. The width of this street from this point north should be not less than one hundred feet. This width should be maintained well beyond the City Limits.

### RED RIVER STREET

Red River Street is one of the present trafficways from Northeast Austin, and is being used very extensively. It should ultimately be paved fifty-six feet wide from First Street to Nineteenth Street, and forty-feet wide from Nineteenth Street to the City Limits. This street is not favorably located in regard to grades from Nineteenth Street north and will never be as important as East Avenue. A seventy foot right-of-way would, however, be provided through the full length of this street.

University Avenue, in the Hyde Park neighborhood, is an eighty foot street. On the south end, however, from about Thirty-first to Thirty-fourth Street, it is only sixty feet wide. This street should be widened to a uniform eighty feet from Twenty-ninth Street north to the City Limits.

Perales Decl.
00158

### DUVAL STREET

Duval Street extends from Twenty-ninth Street north to and beyond the City Limits and is destined to be a very important trafficway. Steps should immediately be taken to assure a width of one hundred feet for this street for its entire length.

### UPPER GEORGETOWN ROAD

The upper Georgetown Road is favorably located as a diagonal thoroughfare, and should be developed as such. It should be continued down Oakwood Avenue with an eighty foot minimum width to connect with the Shoal Creek Drive at Twenty-ninth Street.

### MANOR ROAD

The Manor Road is one of the principal street highways, and its importance can easily be recognized, especially in the development of the area east of Austin. This road should be designated as a principal trafficway and its minimum width fixed at eighty feet.

### ROSEWOOD AND SIXTH STREETS

These streets are well located and will serve east Austin as main traffic thoroughfares. They should be established as eighty foot streets.

### ELEVENTH STREET

Eleventh Street, from East Avenue to Rosewood Street, should be seventy feet wide and from Rosewood to Chicon Street should be sixty feet wide.

Perales Decl.
00159


## SEVENTH STREET

Seventh Street, with an additional bridge across Shoal Creek at the westerly extension of Seventh Street and some adjustments in widening Seventh Street at the intersection of San Antonio Street can be made a very valuable business street through the entire City as far east as Chicon Street. At Chicon Street, Seventh Street deflects to the south around the base of a hill, and then is projected in a northeasterly direction and is known as the Webberville Road. If this street is established eighty feet wide throughout the entire length it will, in time, become an important business thoroughfare relieving the necessity of widening Sixth Street--which is but one block to the south.

The possibility of relieving Sixth Street east of East Avenue by using Fifth Street, is practically eliminated on account of the presence of the railroad tracks in Fifth Street. While there are one or two places on Seventh Street which might appear to be undesirabl because of grades, we have gone over this street very carefully and find that these grades can be adjusted so that a very satisfactory stre can be obtained.

## COMAL AND CHICON STREETS

In the eastern part of Austin we have designated two parallel streets namely, Comal and Chicon Streets which we consider logical belt line streets for east Austin. They should be maintained at a minimun width of seventy feet and the jogs at First Street and Rosewood Street

should be eliminated. These streets will permit traffic to have access from the north portion of Austin to the industrial areas without the necessity of passing through the central business district.

### SOUTH CONGRESS AVENUE

South Congress Avenue is, of course, the principal thoroughfare for South Austin at this time. Its width is ample, but a considerable fill will be necessary opposite the Deaf and Dumb Institute to make its full width available. On the south end of Congress Avenue, at the City Limits, there exists a very undesirable jog of one and one-half blocks. This jog should be eliminated by extending South Congress Avenue through LaPrelle Place to a diagonal connection with the San Antonio highway.

### FREDERICKSBURG ROAD - SOUTH FIRST STREET

These two streets are practically the only available thoroughfares serving southwest Austin, and they should ultimately be widened to a minimum of eighty feet.

### BARTON SPRINGS ROAD - RIVERSIDE DRIVE

The Barton Springs Road and Riverside Drive will serve as the ultimate interceptors for traffic from South Austin, and they should be established at not less than eighty feet wide, and where possible, some of the sharp curves existing should be eliminated.

## TRAVIS HEIGHTS BOULEVARD

This Boulevard is the principal trafficway for that section of Austin known as Travis Heights. While it is now important and carries a car line, the future extensions of Austin to the south will throw further burden upon this trafficway, and it should be maintained not less than eighty feet wide. When the bridge, which is recommended across the Colorado River on East Avenue, has been constructed, Travis Heights Boulevard will relieve Congress Avenue of considerable traffic from the southeast.

## RIO GRANDE STREET

Rio Grande Street, at present, is paved from Sixth Street to Nineteenth Street, forty feet wide. It also contains a street car track. This width is insufficient for a moving lane of traffic between the street car and a parked car and the street should ultimately be paved forty-six feet wide. We do not recommend that this be done, however, until the re-paving of this street is considered desirable. From Nineteenth Street north to Twenty-ninth Street--it is now paved thirty feet wide. This width will probably suffice for a time but provisions should be made to secure the assurance of an ultimate right-of-way width of seventy feet so that it can ultimately be paved forty-six feet wide.

## WEST LYNN STREET

West Lynn Street, at present, from Sixth Street north for several blocks is but forty feet wide. This street is one of the major traffic streets for this area and it should ultimately be paved at least forty-six feet. We recommend that immediate steps be taken to secure a right-of-way width of seventy feet on this street.

## PARKS AND BOULEVARDS

Parks and Boulevards are considered, by a great many people, as being more of a luxury than a necessity. This impression, on the part of those who are responsible for the development, usually responsible for the postponement of serious consideration of the parks and boulevards. In a fast growing city there are so many demands made upon the authorities for other apparently more elementary and necessary features; so the natural result is that the parks and boulevards are usually neglected.

As a matter of fact, however, play grounds and recreation facilities are as much a necessity to the health and happiness of people as are its schools, sewer systems, water supply, pavements and drainage. The essential purpose of parks and similar facilities are being recognized more and more as being necessary for recreational purposes.

Austin History Center ☆ Austin Public Library