The word "recreation" in its popular sense is generally accepted to mean amusement or having a "good time". We are using the word more in the sense of re-creation or renewing, or recreating the health, energy, and morale of the citizens and consider the enjoyment and pleasure more as a by-product. There is no question but that proper recreation has for any community a most important relationship to its production, the condition of its people, their well being and prosperity.

The growth of the city gradually calls for more intensive utilization of space. Vacant areas are gradually absorbed and occupied, and often areas wholly unsuited for residential purposes are occupied by residences. Natural beauty of topography and other features are sacrificed because there is no apparent immediate need or proposed use of same. When congested conditions and unsanitary living conditions force the recognition of the need for open spaces and recreation, the best location for such facilities have been preempted, and the reclamation for recreational purposes becomes very different and expensive. This being the case, and the location of such facilities being very important features in regard to their efficiency, no city plans would be complete or even comprehensive which did not make ample provision for such facilities.

Austin History Center ✷ Austin Public Library

In our study and proposed plan for a park and boulevard system for Austin, we have constantly considered the problem from a utility standpoint, and while recognizing the desirability of aesthetic advantages to be available in a park and boulevard system, we have endeavored to make the aesthetic part of the program more of a secondary consideration. The boulevards and parkways which are recommended have for their primary purposes their utility as a traffic-way and means of transportation. The fact that some of them border creeks and ravines, does not necessarily mean that they were located primarily on account of the natural scenery, but rather on account of the natural grades available and the fact that such ground is usually more unsuited for residential purposes. For instance, as has been pointed out before in this report, the Shoal Creek Driveway will be one of the most important thoroughfares in the City of Austin. It will afford a more direct route from northwest Austin to the center of the City than any other street. It will traverse low lying property wholly unsuited for residential purposes and will make available for recreational purposes other large areas of low lying land which are unsuited for residential development. The parking of the banks of Shoal Creek and Waller Creek will insure storm water drainage facilities

Austin History Center ✦ Austin Public Library

at a minimum expense which would be tremendous if it were attempted
to handle this water in storm sewers.

For the purpose of our study we have adopted the following
arbitrary classification of parks as to size, and use in practice.
This classification cannot be applied or interpreted too rigidly
since topography affects the type of development which may be provided;
also the available spaces within the present City limits are often
limited on account of other conditions.

The first type of park which we will consider is usually
called "Play Grounds".  These play grounds should contain an area
from six to ten acres and should be spaced throughout the City at
such intervals that no child will need to walk more than one-half mile
to reach one.  These play grounds should be chosen with special regard
to their location so that, for instance, the children will not have
to cross railroad tracks or other dangerous hazards in reaching them.
The improvements on these play grounds should be designed for intensively
supervised play for children between the ages of six and twelve years.
A very desirable method of providing this type of play ground is to
extend the school grounds sufficiently to care for the play ground
area.  This has an advantage in that the supervised play can be handled
by the school authorities.

Austin History Center ☆ Austin Public Library

The next type of park to be considered might be called a "Play-field". These play-fields should contain from five to fifteen acres and may be spaced considerably farther apart. These play grounds should be chosen with more regard to their natural development and should be designed for recreation and sports for the larger children for such games as football, baseball, tennis, et cetra.

"Neighborhood Parks" comprising from two to fifteen acres should be provided in various portions of the city. These parks should be developed as intimate community and recreational areas. They should be easily accessible and within walking distance of every person in the city--not more than one-half mile, if possible. The extensive usefulness of neighborhood parks makes their design a more serious problem. The design should reflect in a measure, the nature of their surroundings. The construction of automobile driveways through these parks should be discouraged. However, these parks should be readily accessible by means of drives and boulevards. There should be ample sidewalks, interesting shrubbery, flowers, trees, and lawns and other features which would make the park inviting as a place for rest and recreation.

In addition to the above parks, play grounds, and play-fields the city should provide several large outlying natural parks of some fifty to two-hundred acres. The extent of these parks should be chosen

Austin History Center ✳ Austin Public Library

for their natural advantages, and should be made accessible throughout by a series of driveways, and general treatment should be naturalistic nature. They should preserve, for the city dweller, as much natural topography and scenery as is possible. Often it is practical to include, in the boundaries of these larger parks, such facilities as the play grounds and play-fields above referred to.

Our recommendations for the provision of the various links in the park system in Austin are shown on the map marked Plate No. 4. The play grounds, as mentions above, are, as a rule, near present or proposed schools, or are in the nature of enlargement of present school grounds. On Plate No. 13 we show the location of the proposed play grounds.

The only "play-fields" which are at present available in Austi is the property adjoining the Caswell Gymnasium. This property, now owned by the school board, at the west of the High School Building, is the nearest approach to a play-field. This property should be enlarged and improved as a real play-field. Other play-fields as shown on Plate No. 4 are suggested.

The only "neighborhood parks" which Austin has at present are the three "squares in the original town site". These parks have been made very attractive and their unusually well kept condition is very gratifying in that it can be taken as a criterion that other parks will be properly maintained and cared for. As beauty spots and breathing spaces, they are certainly worth while, and those under whose

Austin History Center ✳ Austin Public Library

care they are at present, are to be complimented upon the well kept manner in which they are maintained. From a real utility point of view, however, Wooldridge Park is the only one which is really efficient, outside of the aesthetic value. We are recommending a number of locations for additional neighborhood parks of various sizes and characters. These locations are not intended to be specific in each case, but will have to vary to suit the local conditions such as ability to acquire, purchase price, et cetera. We have chosen these locations, sometimes on account of natural topography and other locations particularly because the spacing requires a park in that vicinity.

Pease Park has been owned by the City for some time, but has not been developed and used to any great extent. This is a wonderful property and should be promptly developed and provision made for its maintenance. It should be developed as one of the series of neighborhood parks recommended along the Shoal Creek Valley.

In the matter of large parks Austin is very fortunate in having available for its use, a large tract of land of five hundred acres owned by the State of Texas in the western portion of the City near the Colorado River Dam. Negotiations are now under way between the City of Austin and State Authorities to establish a natural aboretum on this five hundred acre tract. The municipal golf links are now located thereon. This tract will afford an unusual opportunity for a wonderful outlying park for the City of Austin. The city is also fortunate in the possession of Barton Springs Park. This is a tract of thirty-seven and thirty-one

Austin History Center ✶ Austin Public Library

one hundredths acres upon which considerable improvement has already been made and for which future improvement plans have been adopted by the present City Council with the idea of installing such improvements immediately. This park should be enlarged on the east by the acquisition of the property remaining between the present property and the rock bluff. The proposed improvements for the development of Barton Springs Park are shown on Plate No. 5 of this report. This is a sample of what can be accomplished in similar parks throughout the city.

Important property which is available to the City of Austin for park development is the Colorado River Banks. A considerable area of the Colorado River banks, especially on the north side of the river, is now owned by the State of Texas and provisions should immediately be made for its acquisition by the City of Austin, so that this property can be developed into one large park and a system of beautification can be started. One feature of this particular park should be a prominent river front drive, or boulevard, through the entire city, connected up on either end with the proposed boulevard system. Several neighborhood parks should be developed throughout this park to serve the adjoining territory as local neighborhood parks and community centers.

We have already mentioned the Waller Creek Driveway, which will provide a convenient avenue for traffic from the northeast portion of Austin to the business district, and on south to the Colorado River Drive. The completion of this drive will entail the acquisition of certain cheap property along the banks of Waller Creek from Eighth Street

to Nineteenth Street. Most of the property which will be needed
is at present occupied by very unsightly and unsanitary shacks in-
habited by negroes. With these buildings removed to provide for
the trafficway, most of the remaining property will be of a sub-
stantial and more desirable type. The construction of this driveway,
and reclamation of the banks of this creek, will make the remaining
property very desirable and will increase its value many times the cost
of the acquisition of the necessary property to complete the project.

Continuing north from Nineteenth Street to Twenty-sixth
Street this proposed parkway will pass through the University Campus
which, in itself when developed, will be in the nature of a large
park. Continuing north from Twenty-sixth Street this parkway will
split into two prongs; one continuing in a northwesterly direction
and connecting up with the proposed thoroughfares of Duval Street and
University Avenue; the other continuing in a northeasterly direction
through practically undeveloped areas, which should offer no practical
resistance because of existing improvements, on north to the vicinity
of Forty Third Street at which point the valley branches out into a
plane area. This area has very poor drainage facilities at present,
and is unsuited for residential property, but on account of its natural
timber growth is very well adapted for a neighborhood park. By
referring to Plate No. 4 it will be seen that we are recommending a
neighborhood park in this vicinity, taking advantage also of the

Austin History Center ✦ Austin Public Library

location of the Elizabeth Ney Memorial Studio.  This is a historical feature which should be preserved for Austin's future posterity, and the park would make a most suitable setting for this historical studio.

The name of Elizabeth Ney has come to have historical significance of international character.  It is recorded in the art histories of both Europe and America as one of the outstanding woman sculptors of her time.  The building, and example of Spanish Architecture should be recognized by the City of Austin.

Attention is called to the fact that the parkway at about Thirtieth Street passes a very intersting tract of land which is covered with a wonderful grove of forest trees.  This particular tract of land should also be acquired and preserved and developed as a neighborhood park.  It is perhaps one of the most intersting and beautiful pieces of natural "woods" in Austin.

On the western side of Austin, in a very favorable location lies Shoal Creek Valley.  It is flanked on either side by high bluffs, and very desirable residential property.  Between the bluffs, however, in varying widths are considerable low lands which are not particularly desirable for residential use.  We are recommending that the low lands of this valley be acquired for a large park.  It would be very desirable to acquire sufficient property on either side of this valley to control the nature of developments of the bluff front properties.  Most of the property in this valley is, at present, considered very cheap, and should be acquired for a reasonable figure.

Austin History Center ✦ Austin Public Library

A great deal of it can probably be acquired by donation since it is
practically all owned by large property owners whose property extends
over the bluff, and would be benefitted materially by the development
of this park. The area recommended to be included in this park is
such as to provide space for a golf course and a number of other
features necessary in the play-field parks. It will afford an excel-
lent opportunity to develop within this large park, a series of neigh-
borhood parks properly spaced to serve a large portion of the City.
The possibilities of developing this property are practically unlimited,
and it should be acquired before the property valuation increases and
makes its acquisition difficult.

Austin is also fortunate in having a tract of land in the
eastern portion of the city whose real value has probably never been
appreciated by very many people. What is known as East Avenue, a strip
of land two hundred feet wide extending from Nineteenth Street to the
Colorado River, has possibilities of a parkway which are exceptional.
At the present time this parkway, on account of its rugged topography
in some portions, and its smooth level contour in others, makes it pos-
sible to develop a most interesting and valuable parkway. It has been
pointed out that it is a very important trafficway intercepter for all
of east Austin, and when the developments are extended south to the
river and a viaduct is constructed across the river, it will intercept
the present Travis Heights Boulevard and will also make connection with
a proposed parkway continuing south up the Travis Heights Creek, through

Travis Heights and ultimately connect with the present San Antonio highway. This connection will enable tourists to by-pass the business district of Austin, and continue to the north and northeast over a beautiful parkway, without the invonvenience of passing thought the business district. It will also enable the residents in the Travis Heights are to reach the business district and other portions of north-east Austin in a more direct manner. It will tend to relieve the congestion on the Congress Avenue viaduct as well as the congestion on the approaches of same.

At sometime in the future, depending upon the growth and development of the district, a neighborhood park should be provided in the vicinity of Johanna Street and Annie Street between South First and Newton Streets. This park would be ideally located to serve a considerable area of residential property. The land should be acquired while it is yet reasonably priced and before the natural growth of timber and other features are destroyed. It can now be acquired in a block large enough to make a worthwhile park, whereas if development takes place it may be impossible to secure a suitable size area without con-siderable difficulty.

Similarly, we are recommending the ultimate establishment of a neighborhood park in the vicinity of Eleventh and Twelfth Streets just east of the I & G N Railroad. This property, while it adjoins the City Limits, is well located to serve as a neighborhood park for this area in the future. The topography is very rough and is at present occupied by

Austin History Center ✦ Austin Public Library

the cheapest type of negro shacks, whereas the property immediately
adjoining is more valuable and can eventually be residential property
of the highest order.  The acquisition of this property for park pur-
poses, and the removal of the present type of development, will
increase the value of the surrounding property many times the cost of
the acquisition thereof.

Another neighborhood park which we consider very essential
is in an area which there are now no facilities for a neighborhood park,
and which is not accessible to any of the proposed neighborhood parks in
the neighborhood of Eleventh and Chicon Streets.  This park is recom-
mended to be developed as a negro "neighborhood" park.  The location is
very favorable for the proposed negro district and the value of the
land at the present time is very low,

One of the most interesting historical spots in Austin is the
old French Embassy.  This building, it is claimed, is the only building
ever erected by a foreign country on American Soil.  The building erected
in 1840 is, of course, in a poor physical condition and it is question-
able whether the building itself could be preserved for any length of
time, but it  would be desirable for the City of Austin to commemorate
the site of this building, and to perpetuate the historical spot.  We
feel that no better way would be possible than to acquire the ground
surrounding this site and to convert the same into a small neighborhood
park.

Austin History Center ✴ Austin Public Library

There is an area of low lying property just  south of Aldridge Addition
and just north of Twenty-ninth Street between Guadalupe Street and the
Speedway which is wholly unsuited for residential uses.  This ground
has been platted into residential lots but no building has taken place.
It is in the midst of the high class resident area and if developed
for residential purposes would naturally be used for a cheap inferior
type of residences.  This ground is flat and poorly drained and would
not be desirable for use as residential property.  It should be acquired
at a very reasonable figure and the entire area should be converted into
a large neighborhood park.  This park, when properly developed, would be
one of the most useful and convenient parks of the city.  We strongly urge
that this property be acquired in as large a tract as is possible for
park purposes.

Austin History Center ☆ Austin Public Library

**Perales Decl.**
**00176**

RECOMMENDED LAND SUBDIVISION RULES

The proper control of the subdivision of land for future urban use is very important from the standpoint of the city plan in that many mistakes can be avoided and costly changes in the future can be prevented. The last legislature passed a law giving the City Plan Commission authority to approve plats of proposed subdivisions before they can be filed for record.  In order that the City Plan Commission can intelligently approve or disapprove such plans, it is essential that the general city plan be thoroughly kept in mind, and that the City Plan Commission adopt certain rules and regulations corering the subdivision of property in order that the City Plan Commission's rules and decisions be legal and binding. They must, of course, not be arbitrary and discriminatory.  Similar property must be treated in a similar manner and any unusual deviation must be substantiated by the general plan for the district.  We are recommending herewith certain rules and regulations covering the general subject of laying out subdivisions.

The information in regard to ultimate plans, and the general rules relating to the subdivision of land, should be public information and available to all prospective subdividors to enable them to intelligently prepare their proposed subdivisions for submission to the City Plan Commission.

The owner of the land to be subdivided should submit two copies of a preliminary subdivision plan to the City Plan Commission or its engineer, before submission of the final plan.  The preliminary plans should be drawn to a scale of one hundred feet to the inch or larger.  They should show the location of the property with

Austin History Center ✶ Austin Public Library

respect to the adjoining property, the width of and location of abutting streets, alleys, building lines and similar effects, and the names of all the adjoining subdivisions. They should show the location of existing water and sewer mains, and other important natural features. The maps should show the contours of the ground of not less than two feet intervals. They should show proposed layout together with general dimensions of streets, lots, blocks, building lines, et cetera. This preliminary plan will enable the City Planning Engineer to check over the plan and point out, to the owner, the probable objections which might be raised by the City Plan Commission when submitted for approval.

The arrangement of streets should make provision for the continuation of the principal existing streets, major thoroughfares, and boulevards in adjoining additions in so far as they may be necessary for proper requirements and to conform with the adopted City Plan for that area. In general, the major streets should be of a width at least as great as the minimum set out and adopted by the City Plan Commission in the general plan for the district, and in no case should they be less than the minimum set out below on streets and alleys. Arrangements should be such as to provide opportunity for access and use by adjoining property owners, and all continuous streets should bear the same name throughout. The minimum width for minor residential streets should be fifty feet except that in cases where the topography or special conditions make a street of less width

more practical.  When adjoining undeveloped property, the City

Plan Commission may accept the dedication of one-half of a street.

  The minimum width of any alley should be fifteen feet.

Where alleys are not provided, easements of not less than five feet

in width should be provided on each side of all rear lot lines, or

ten feet wide on the rear of one tier of lots abutting, and on side

lines where necessary for poles, wires, conduits, storm and sanitary

sewers, gas, water mains, or other appurtenances.  Easements of a greater

width may be required along lines or across lots where necessary for

the extension of sewer mains or similar utilities.  Easements should

provide a sufficient width for all natural drainage of storm water flow.

  Blocks in the residential district should preferably be not

longer than one thousand feet between the street lines.  In blocks

which are over seven hundred fifty between street lines, cross walks

of not less than ten feet in width should be conveniently provided

near center of the block.  The general practice, so far as possible

should be that the side lines of lots shall be right angles to the

street upon which the lot faces.  The minimum dimensions for resident-

ial lots should be fifty feet in width and one hundred feet in

depth, and in no case should a rectangular or irregular shaped lot be

platted containing less than five thousand square feet without special

permission from the City Plan Commission.  Corner lots should have extra

widths sufficient to permit the maintenance of adequate building lines

on both front and sides.  In normal cases the width required should be

Austin History Center ☆ Austin Public Library