not less than the amount of the established building line on the side street plus the minimum buildable width and side yard requirements as determined by the zoning ordinance. Lots on larger street intersections and at all other points likely to be dangerous shall have a radius of not less than fifteen feet at the street corner. It is recommended that all changes in direction and turns, excepting at street corners be made with a liberal curve rather than sharp angles.

The building lines should be shown on all lots and they should be not less than required by the zoning ordinance for similar property in subdivided property.

Due consideration should be given to the dedication of suitable sites for schools, parks and playgrounds. Such provisions should be indicated on the preliminary plan in order that it may be determined when and in such manner these areas will be dedicated to the city.

The final plan which will be submitted for approval should be made from an accurate survey, and drawn on tracing cloth. Three blue prints or white print copies of the final plan should be submitted to the City Plan Commission. The final plan should show the boundaries of property, the lines of all proposed streets, alleys and other proposed features intended to be dedicated to the public use. All lot lines, and the lines and widths of all adjoining streets and alleys should be shown. The lots and blocks should be suitably dimensioned. The building lines and easements should be shown and determined by measurements. Suitable monuments should be established and property referenced to the plans. The plans should show the title by which the subdivision is

to be recorded, together with the name of the owner and the engineer responsible for the design. The entire plan should be zoned in conformity with the standard zoning practice of the City of Austin, and where such property lies outside the City Limits the zoning provisions should be incorporated in the dedication of the plat and filed therewith. The final plan should be accompanied by a certificate of title showing the ownership, and a suitable dedication of the streets, alleys, parks, et cetera, which are to be dedicated to the public.

## AVIATION FIELD

The importance of the railroad transportation system of the United States is well known to all, and history has shown that those towns that did not take advantage of securing a trunk line railroad have never amounted to very much. At the present time commercial aviation is in its infancy and the various air routes are being established. It is very essential that the City of Austin make suitable preparations for encouraging the establishment of aviation routes through Austin. The best way to accomplish this is to provide suitable, convenient air ports. Austin has, at present, two privately owned air ports located at some distance from the City of Austin. These air ports, so long as they are privately owned and operated, cannot be developed to as a sufficient state of efficiency as they should be compared to the possibility of a municipal air port. This municipal airport should be located nearer the City of Austin, and should be easy of access.

As a result of our studies on this phase of the problem, we have decided to recommend the location of an airport on the south bank of the Colorado River between Congress Avenue and the I & G N Railroad. There is considerable area of comparatively high ground just north of the Barton Springs Road which would be suitable for an airport. This location would be easy to recognize from the air, and it would be convenient of access to the downtown district of Austin. It would be convenient for the air mail delivery to the Post Office. We recommend that the City acquire the entire tract of land between the I & G N Railroad and the northern extension of First Street from the Barton Springs Road north to the river. The north part of this tract of land is low lying and at times subject to overflow. This portion of the property can be parked and used for a large playfield for such as baseball and football fields. It should be sodded with Bermuda Grass. An occasional flood would not injure it for the use of a play-field during the flood period.

## CIVIC CENTERS

We have already referred to the fact that the chief architectural feature in the City of Austin should be the State Capitol Building and we feel that this building should predominate the entire section of the City. We have also referred to the tendency and practice of building office buildings for state official use surrounding the Capitol Building. It is our recommendation that this group of buildings, which will no doubt be necessary for the various activities of the State Government, should be grouped in a more dignified, artistic and convenient manner.

The state business buildings groups should be planned on a more comprehensive scale in order to preserve the dignity and aesthetic nature which the capitol building demands.

Our studies in regard to this matter have led us to recommend that the State consider the acquisition of all the property between the present capitol building and Fifteenth Street from San Jacinto Street to Lavaca; that this area be included in the campus surrounding the capitol building and studies be made for the proper spacing of future office buildings in this area. A proper plan of this type will insure a desirable setting for the group of capitol buildings, and will add to the dignity and aesthetic appearance of the State Capitol Building. We have recommended that Fifteenth Street be made a boulevard and, with this boulevard as a northern boundary of the capitol grounds, the group of buildings could be made as beautiful and interesting from the north as the present location is from the south.

Referring to the matter of a municipal civic center it would also be desirable to provide for a civic center for the municipal activities of the City of Austin, as well as the civic center for the State activities of the government. Travis County will soon erect a new court house building. It would be very desirable from the standpoint of the City Plan if provisions could be made at this time so that the erection of this court house could be a unit in the future municipal civic center for Austin. It is very desirable from the standpoint of convenience to have the court house and city hall, as well as the post office and other

Austin History Center ☆ Austin Public Library

Perales Decl.
00183

official public buildings, in close proximity to each other. We have made several studies with this problem in mind, and wish to recommend that our first choice for such civic center would be the area embraced between Colorado Street and Brazos Street from Third Street south to the River. This site, at present, is considered reasonably priced property. It has many advantages, and could be developed into a wonderful civic center. It is far enough removed from the state group above referred to so that neither one would detract from the other. It is in a location in which a union station could be incorporated. It is easily accessible via Congress Avenue and while it is a block removed from the present business district it would not be long until the business district would join up with it. Situated on the north bank of the Colorado River with the broad open space to the south, the grounds can be successfully landscaped and the buildings could be given a very favorable setting. This site has one apparent disadvantage in that the switch track on Fourth Street makes this area more of a warehouse district, but we feel that, with this civic center as a feature at this point and the bank of the Colorado River beautified, the property between Third Street and the present business district will become more valuable as a retail business district than it could ever be as a wholesale or warehouse district.

The public library is often included in the municipal civic center group. In the case of Austin, however, a very beautiful and desirable site has been secured overlooking Wooldridge Park. It

would be our recommendation that the library be located on the present site overlooking Wooldridge Park and not included in the civic center district. Considerable discussion has taken place in Austin as to combining a municipal auditorium with a library building on the present library site. This combination, we feel, would be absolutely out of place. There is no reason or community interst in the two projects which would justify their combination and we feel that each one would be a detriment to the other if they were combined. The location of the present library site is wholly unsuited for an auditorium of any appreciable size. The streets surrounding the site practically all have excessive grades, and the parking space for automobiles is very limited. The municipal auditorium should be well located in the proposed municipal civic center where it could have the advantage of parking space and ample space for ingress and egress as well as better facilities in the way of street car transportation.

Another group of buildings which is very important in the city plan of Austin is the educational center comprising the University of Texas. The acquisition of additional ground for the expansion of the campus and improvement of same will create an entirely different condition in this vicinity. The actual improvements and developments on the campus will be carried out by the State of Texas, but the proper approaches and other conditions surrounding the campus must be considered in the City plan. At the present time, the main building of the University is built upon the axis of a very beautiful boulevard known as University Boulevard. It is one hundred twenty feet wide and very

Austin History Center ⋆ Austin Public Library

Case 1:06-cv-01384-PLF-EGS-DST    Document 101-23    Filed 05/16/2007    Page 7 of 18

43

beautifully parked for several blocks. It ends abruptly at Nineteenth Street and the approach at this point is very uninviting. This University Boulevard, if extended in a straight line along the prolongation of the present boulevard to Fifteenth Street, would center upon the dome of the Capitol Building and the main building of the University. It would provide a magnificent avenue tying up the University with the State group and furnish an entrance to the University which would be more in keeping with the dignity and importance of the institution. This connection on first blush would seem very costly, but upon examining the map it would be found that only two blocks of property are really damaged to any great extent from Nineteenth Street to Fifteenth Street. For the remainder of the distance outside of these two blocks, the greater portion of the extension will be in the present Colorado Street area.

## TRANSPORTATION

STEAM RAILWAYS: - In studying the local conditions at Austin in regard to the steam railway situation, we find that the present condition of the railway tracks does not seriously affect the general plan at this time. There are, however, a few minor features which are objectionable, and which will continue to become more objectionable and more serious as the city grows and develops. The final adjustment of the railway facilities of Austin will be much more difficult and expensive to accomplish as time goes on, and since the adjustment of the steam railway tracks and facilities must naturally be accomplished in easy stages with the least expense on the part of the railways and the city, it is

Perales Decl.
00186

very essential that plans be made far in advance of the actual accomplishment for the eventual solution of this problem.

It is for this reason that we wish to submit herewith a report pointing out some of the features which will probably cause trouble in the future, and to suggest a tentative study of a proposed plan with the hope that the matter will be taken up seriously and worked out through the cooperation of the railways and other interests involved. With the limited information at hand, and the numerous interests involved, we feel sure that this suggestion will have to be modified, and details worked out more carefully before the final plans can be adopted.

A glance at the map showing the present retail business district shows that the retail business district area extends from Eleventh Street down Congress Avenue to Fifth Street where it spreads out east and west. It does not extend south of Fifth Street on account of the existence of the switch tracks and railway property. The business cannot extend north on account of the capitol grounds. It is slow to widen out to the northeast and northwest on account of the rugged topography and steep grades, and is blocked on the south by the railway tracks. This shows the expansion of business in a shoe string fashion east and west along Sixth Street, and shows some business in the neighborhood of Tenth and Guadalupe Street which area is not highly desirable for retail business property because of the steep grades of the streets. There is a large section of highly desirable, potential retail business property south of Fifth Street, and we have blocks on either side of Congress Avenue which

Austin History Center ☆ Austin Public Library

if it were available, would provide for expansion of the business district in a natural way. The property values on Congress Avenue going south from Sixth Street drop very abruptly at Fifth Street and continue to decrease as the river is approached. There is a considerable area of this property south of Third Street which is practically a blighted district, and will remain so, so long as it is cut off from the main business district by the present railway barrier. Austin cannot afford to have its retail business district throttled by the presence of an obstruction of this nature; and while it may not appear, at this time, to be serious, it will be a very great inconvenience and serious disadvantage for the Austin of tomorrow. Guadalupe Street, Lavaca Street, Colorado Street, Brazos Street, San Jacinto Street and Trinity Street are all important potential business streets, but are at present terminated, as far as their use is concerned, at Fifth Street. It should be made possible for these streets to extend south all the way to First Street and they should ultimately be available for retail business.

Congress Avenue is a wonderful street, and the axis upon which the state capitol is built. Upon approaching Austin from the south it is necessary, on passing over the Colorado River Bridge, to pass through four or five blocks of very unattractive and neglected looking buildings, practically a blighted district, aside from the dangers attendant upon the grade crossings at Third and Fourth Streets. It is very doubtful if Congress Avenue of the future, through this district, would develop in the way that would be fitting to match up with the

Austin History Center ✯ Austin Public Library

remainder of the street north of Fifth Street.

The removal of these tracks from West to East Avenue may seem to be a very huge task as pointed out above. However, if this movement is attempted in a progressive sort of way it will be surprising how much can be accomplished in a few years. We realize that there are certain warehouses and other industries being served by this track in this area, but we also insist that if the removal of these industries are undertaken in a progressive manner over a period of years the value of the land reclaimed will far exceed any portion of the cost of the removal; and the city, in addition to providing for a normal expansion of the business district, will reap considerable tax revenue from the increased value. One needs only to compare the present value of property one block below Third Street with the present value one block above Fifth Street. The reason for this difference in value is apparent, and it is only natural that if the reason is removed the value will increase.

The present arrangement of two separate railway stations on opposite sides of Congress Avenue is, of course, very convenient, and the advantage gained in having a union staion would not be so very great, though it would be better. At the present time the railways are using city's property and have appropriated the full width of Third Street for their station yards, to the detriment of the adjoining property owners. The use of this street for station yards in the past has not been serious because the city has not had urgent need for this particular

Austin History Center ☆ Austin Public Library

47

street for the purpose for which it was first provided, but before long this additional street space will be needed.

In making provisions for handling street traffic, both for the business district and for the thoroughfares and trafficways, it is very essential to consider the removal of all obstacles which are imposed.

The City of Austin, in expanding to the west, will have to cross the I & G N Railroad main line in a number of places. In expanding to the east, it will have to cross the H & T C lines in a number of places. To provide suitable grade crossing eliminations on such an expanse of railway tracks completely encircling the city, will cost a considerable sum of money. In our studies for the proposed recommendation for the steam railways, we have tried to suggest a scheme which would make the number of crossings a minimum.

At the present time the H & T C Railway and the I & G N Railway are parallel, and only a short distance apart, about five miles north of the present City Limits. From this point they diverge. The I & G N passes to the west of the City Limits and the H & T C passes to the east of the City Limits. When the H & T C reaches Fifth Street it is joined by two other railways coming in from the east. The route of the present H & T C Railway passes through a wide, low area just north of Fifth Street which is well adapted and suitable for an industrial area. The I & G N Railway passes on the west side of the City through property which is not suited for industrial development,

48

and through an area which is being absorbed at the present time as a high class residential area.

We are recommending that a connection be built somewhere about five miles north of the city to permit the I & G N trains to pass over to the H & T C tracks and use these tracks into the city; that a union station be provided somewhere in the neighborhood of Fifth Street just east of East Avenue; that another connection be built beginning at Fifth and Perdenales Street crossing south over the river; thence in a southeasterly direction to a connection with the present I & G N tracks somewhere in the neighborhood where the present spur track to the Woodward Body Works is located. This will permit the operation of through freight trains on both the M K & T and the I & G N without the necessity of passing through the business district of Austin. It will make available to all the railways the new proposed industrial district north of Fifth Street as well as the area south of Fifth Street between East Avenue and Perdenales Street; and will furnish a desirable freight terminal location somewhere in this district.

The location of the union station on the east side of East Avenue will provide a very desirable site for a union station fronting on East Avenue, a broad wonderful thoroughfare. By referring to the major traffic map, Plate No. 3, it will be seen that it is readily accessible to all points of the city without the necessity of passing through the congested business district.

Austin History Center ☆ Austin Public Library

It is recommended that the I & G N tracks be removed from the junction above referred to, five miles north of the city to a point south of Fifth Street. The present I & G N tracks serving the industries on the north bank of the Colorado River west of Congress Avenue could remain for a while to serve its industries until they could be moved to the new industrial district.

When these industries, which are now comparatively few in number, have been removed, the remainder of the track of the I & G N track should be taken up and the present I & G N bridge across the Colorado River could be used for a highway crossing, another feature which will in a few years become a necessity. The present right-of-way of the I & G N where the tracks would be removed would provide another ideal and highly desirable boulevard or trafficway serving this section of the city. The use of the present I & G N bridge as a highway bridge would make an ideal connection to the south end of the Shoal Creek trafficway and connect up the city on the opposite side of the river.

This plan in a general way, if carried out, would reclaim the entire area from East Avenue west to Shoal Creek and would permit the proper and fullest development of this area in connection with the proposed civic center and retail business district.

STREET RAILWAYS: - The street railway situation in Austin is typical of a great many street railway systems in the United States in cities of this size. While the studies from a city planning standpoint of the future of street railway systems are primarily concerned with

Perales Decl.
00192

the physical location and operation of the cars, instead of the financial and organization set-up, the ability to finance the construction of new lines and the ability to properly maintain present lines, and to keep pace with the growth of the city with the developments, has a considerable bearing upon the plans for the ultimate system.  The street railway industry at the present time is passing through a very radical and critical period.  The introduction of the motor bus lines and their extensive use appears to some people to be threatening to displace the street car.  The experience in other cities along this line has shown that the operation of motor busses in competition with the street car has usually been disastrous to both.  Experience has shown, however, that where motor busses have been used to supplement the street car much better results have been obtained.  In order to assure proper city development the transit facilities should keep ahead of, or at least abreast of the city's growth.  As a general rule, outlying extensions of a street car line or a bus line has to build up the territory it serves before it will earn a reasonable income on its investment.  During that period other older established lines will have to make up the deficiency.  The bus lines in this instance, if operated by the street railway company, can be co-ordinated with the existing lines.  On Plate No. 9 we show the distribution of the present street car lines and the proposed extensions.  These extensions will in some cases mean bus routes and may be replaced by car routes when the economies justify it.  It will be noted that two small sections of the present tracks are recommended to be abandoned.

ZONING

At the last session of the Texas Legislature an enabling act was passed, permitting cities to control the nature of their growth through zoning. This method of safeguarding the property owners, and the control of the nature of the growth of the city has become very popular throughout the United States during the past few years. In framing their ordinances in such a manner that they would not be declared unconstitutional by the courts. We have, today, a wealth of court decisions which are tending to uphold the principle of zoning as applied to city building.

A zoning ordinance, to be constitutional, must be based upon the police power of the city. Its requirements must be comprehensive, and similar conditions must be treated in similar manner. The zoning plan must cover the entire city, and must be the result of comprehensive studies and intelligent regulations. The zoning ordinacne must be based primarily upon the principle of public safety and public health rather than upon any purely aesthetic consideration. Experience has shown that where a zoning ordinacne is based upon the safety and health of the community and is broad and comprehensive in its requirements, there is very little chance of its being declared unconstitutional.

We have made, with the co-operation of the Austin City Zoning Commission, a comprehensive zoning plan for the City of Austin and we have prepared a suggested zoning ordinance to conform with such zoning plans. This suggested zoning ordinance has been delivered to the City

Attorney and he is at present drafting the same into proper legal form to comply with the specific state laws regarding same.

Included in this report, Plate No. 11 and No. 12, are maps showing the various recommended zoning districts. These maps have been prepared after numerous conferences with your official Zoning Commission and they represent the joint recommendation of your Zoning Commission and the City Plan Engineers as a basis for holding public hearings on same.

The map on Plate No. 11 shows five different types of USE Districts. The map is designated as the Use District Map. The various districts are limited in that certain uses of buildings in each district are prohibited, but all property in the same type of district may have the same type of use. The detail " Use" restriction and the general requirements for each are set out fully in the proposed ordinance. In general, however, the "A" Residential District is limited to the following uses:

1. One family dwellings
2. Two family dwellings
3. Churches
4. Schools
5. Libraries
6. Farming and truck gardeing

The "B" Residential Districts are limited to the following uses:

1. Any use permitted in the "A" Residential District
2. Apartment houses
3. Hotels
4. Private clubs
5. Fraternities
6. Boarding and lodging houses
7. Hospitals
8. Educational institutions

      9. Nurseries and greenhouses
    10. Public garages (for storage purposes only)

The "C" Commercial District is limited to the following:

    1. Any use permitted in the "B" Residential District and a number of other retail business houses.

The "D" Industrial District is limite to any use in the "C" Commercial District and for a number of othr industrial uses not particular offensive.

The "E" Unrestricted District is limited to any use permitted in the "D" Industrial District and in addition a number of slightly objectionable industrial uses and excepts only those uses which have been declared a nuisance in any court of record or which are in conflict with any ordinance of the city regulating nuisances.

The map on Plate No. 12 is known as the Height and Area District Map. The city is divided into four distinct zones for the regulation of the height of buildings to be erected, and the area of the property to be used.

In the "A" Height and Area District no building shall be erected to exceed thirty-five feet in height, and shall have a rear yard with a minimum depth of twenty-five feet and a side yard on each side of the building not less than five feet. The building shall be set back not less than thirty feet from the front property line, and a minimum number of square feet of lot must be provided for each family occupying the building.

The "B" Height and Area District does not permit the erection of a building higher than forty-five feet. The rear yard shall have a depth of not less than twenty-five feet and the side yards shall be not less than five feet wide and the set back shall be not less than thirty feet from the front line of the property.

The "C" Height and Area District will permit the erection of a building to a maximum of ninety feet in height; and provides a minimum rear yard of not less than twenty-five feet and a side yard of not less than six feet on each side and a set back of not less than thirty feet from the front of the property.

The "D" Height and Area District provides for a maximum height of ninety feet, a rear yard of not less than ten feet with no requirements for a set back from the front.

These requirements are all similar for similar districts of similar conditions, but a number of exceptions are recommended in the general rules which are to be applied by the zoning commission uniformly throughout each district.

## SCHOOLS

Our studies in regard to the location of the various grade schools in Austin show that the present sites for school buildings are very well located. A glance at the map on Plate No. 13 shows that practically the entire city is now being served with the present schools so that very small areas are located more than one-half mile from a grade school. This statement is true except for an area in the neighborhood

Austin History Center ★ Austin Public Library