of Thirty-fourth Street and Red River Street, and in the area of State Street east of Oakwood Avenue. Provision has been made for a school site on Thirty-fourth Street near Red River Street. On map, Plate No. 13, will be found our recommendations for the approximate location of future school sites. These locations have been recommended with particular view to their location as to accessibility and convenience for the area to be served.

Under chapter headed "Parks and Play Grounds" we have recommended that play grounds be provided over the entire city in locations which do not require any child to travel more than one-half mile in reaching a play ground. We also recommend that these play grounds be provided, where possible, in connection with the school grounds. The population which these proposed play grounds will serve corresponds practically with the same population which is served by the schools. We are, therefore, recommending, as shown on the Plate No. 13, the expansion of the various school grounds to provide such play grounds.

As an example of the possibilities we would call your attention to a map on Plate No. 14, whereon we recommend the enlargement of Palm School Grounds for a neighborhood play ground. At present Waller Creek cuts across private property and just south of Third Street has just practically destroyed East Avenue; and then it cuts back west in Second Street and continues across First Street to the river. The Palm School Grounds at present contains one block and the greater portion of said

Perales Decl.
00198

block is covered by the school building. The property immediately north of Palm School, on account of being isolated and cut up by Waller Creek, is very cheap property, and in a neglected state. However, this block contains quite a few wonderful trees. The block to the west of Palm School, excepting for its frontage on First Street, is also very cheap property and will remain so as long as Waller Creek is permitted to continue in its present condition. It is our recommendation that these tracts of land be acquired by the city, and that the course of Waller Creek be straightened. The excavated material can be used to fill up the channel over the abandoned area. Second Street from Red River to East Avenue and Sabine Street from First to Third could be vacated and this entire tract converted into a very desirable neighborhood play ground.

Similarly the grade school located at Eleventh and East Avenue occupies one small block of property, and the block immediately south and the one-half block immediately west are cut up by Waller Creek. By crossing Sabine Street from Ninth to Eleventh and closing Tenth Street from Red River to East Avenue and straightening Waller Creek through this area, a wonderful neighborhood play ground site can be claimed from property which is now very low in value and, in its present condition, is a menace to health of the neighborhood. These two incidents are cited as examples of which it is easily possible to provide the necessary land for the recommended neighborhood play grounds.

The high school located at Twelfth and Rio Grande Streets, we have pointed out heretofore, has a nucleus for a play-field just west of the school grounds. We have already recommended in this report

Austin History Center ☆ Austin Public Library

that this play-field be enlarged and developed to provide for a modern play-field. We also recommend that other play-fields be established in various part of the city. If it is the intention of the school board to provide additional high schools, such play-fields should preferably be located at, or adjacent to, these high schools.

There has been considerable talk in Austin, as well as other cities, in regard to the race segregation problem. This problem cannot be solved legally under any zoning law known to us at present. Practically all attempts of such have been proven unconstitutional.

In our studies in Austin we have found that the negroes are present in small numbers, in practically all sections of the city, excepting the area just east of East Avenue and south of the City Cemetery. This area seems to be all negro population. It is our recommendation that the nearest approach to the solution of the race segregation problem will be the recommendation of this district as a negro district; and that all the facilities and conveniences be provided the negroes in this district, as an incentive to draw the negro population to this area. This will eliminate the necessity of duplication of white and black schools, white and black parks, and other duplicate facilities for this area. We are recommending that sufficient area be acquired adjoining the negro high school to provide adequate space for a complete negro play-field in connection with the negro high school. We further recommend that the negro schools in this area be provided with ample and adequate play ground space and facilities similar to the white schools of the city.

Austin History Center ☆ Austin Public Library

Perales Decl.
00200

A careful study of the city plan for the outlying districts such as shown on Plate No. 15, will enable the school board to anticipate its needs and make desirable locations for future school sites, and should enable them to acquire these sites, together with ample and adequate areas for the play grounds and school grounds for the future at a reasonable cost.

## REGIONAL PLAN

We have made a careful study of the region immediately adjoining, and within five miles of the present city limits. While the major portion fo the city plan herein described deals principally with that area inside the City Limits, we have continually kept in mind the fact that the present City Limits line is only temporary. The inter of the city extend far beyond this imaginary line. The limits will be extended from time to time so that in all of our studies we have not considered the City Limits as being boundaries of any project. Thi is evident in the location of parks, fire stations, et cetra, several of which are located very near the present City Limits line. Our plans and recommendations, therefore, are based upon studies which extend five miles beyond the present City Limits line. The territory covered in this area is shown on the map. Plate No. 15, upon which we have shown a complete system of proposed major traffic thoroughfares and a park and boulevard system. It will be seen that the plans for this area have been worked out without any particular reference to the present City Limits line.

Perales Decl.
00201

This study, showing the location of the various trafficways, boulevards, and parks must of necessity be general in its nature. The exact location of these facilities will have to be worked out from time to time as the topographic information and other features are made available. It will serve as a guide to future property owners in subdividing their property, and to the City Plan Commission in its study for approval of proposed plats. It will enable the Park Board to anticipate suitable locations and proper spacing for future parks and boulevards. No attempt has been, made to designate the location of play grounds, schools or neighborhood parks for the reason that this will depend a great deal upon the character and detail development of each area.

Among other natural conditions with which Austin is favored are the many available scenic driveways within a short driving distance of the city, and the interesting natural features which are easily available. The parkway system for Austin should be augmented by proper boulevards and scenic driveways to make easily accessible such natural topographic features as Bull Creek; Perdenales River -- a typical mountain stream; Hamilton Pool, which is reputed to be the crater of an extinct volcano; West Cave, and Mount Bonnell, from the top of which a most gorgeous panorama can be viewed. The driveway on top of Mount Bonnell is very interesting and is included in the regional plan. Some of the other features mentioned are farther from the city, but the driveways contemplated can be extended to make them all a part of the ultimate parkway and boulevard scheme.

## CEMETERIES

The present city cemetery, located in the eastern part of the city, is being rapidly surrounded by residential constructions and the present available space for burials is being rapidly exhausted. The possibility of expanding the present cemetery grounds is undesirable for several reasons. The value of the land necessary to increase the size of the present cemetery is too great. The presence of a cemetery in the residential sections is not to be desired.

We are recommending that a new cemetery site be acquired by the city in the location shown on the regional map, Plate No. 15, about one mile east of the present cemetery. This area is well suited for cemetery purposes and lies adjoining a proposed large park so that the cemetery ground could be blended into a natural park.

We recommend that a liberal amount of land be acquired so that a modern park cemetery can be laid out and developed. We further recommend that the plans be worked out so that the cemetery would be operated on a perpetual care basis. This can be done by setting aside a portion of the sale price of the lots on a trust fund, provisions being made for the permanent maintenance of such. We would like to see a cemetery laid out with ample driveways and spacious lots so that in the future it could be maintained and would also continue to be a beautiful park, to be admired by posterity, rather than a series of graves and tombstones to be fenced in, abandoned and forgotten after the space has been filled.

Austin History Center ☆ Austin Public Library

Perales Decl.
00203

FIRE STATIONS

The location of fire stations throughout the City has a very distinct bearing upon the city plan. A few years ago the location of fire stations, and their distance from one another, was determined on the basis of horse drawn equipment. The equipment today being all motorized, can cover greater distances and will permit further spacing of stations. This fact, however, makes it necessary that such stations be located with reference to the major thoroughfares so that the equipment can reach all parts of the city as quickly as possible. It is preferable to locate such stations at the intersection of two or more radial thoroughfares wherever possible.

The zoning plans for the city are also very important in assisting to establish the location of fire stations, and will enable the authorities to provide suitable equipment for such stations, depending upon the type of construction and buildings to be protected.

The present business district is being served by one firestation, located on Eight Street, one-half block west of Congress Avenue. This one station will not be adequate to serve the business district of Austin, and provisions should be made for an ultimate location of at least two more fire stations to serve the business district. One of these stations will probably be found necessary within a very short time. The second can be postponed several years. The present fire station on Eighth Street is not ideally located. When the two ultimate stations are taken into account; the very objectionable

Austin History Center ☆ Austin Public Library

steep grade on the street on which this station fronts would also make a new location for a permanent fire station much to be desired. We are recommending that when the removal of this station is practical, and seriously considered, that a location for same be sought in the neighborhood of Eleventh and San Jacinto Streets.

It is further recommended that another station site be acquired in the vicinity of Sixth and Red River Streets. This station should be provided in the not far distant future.

The third station which we recommend to serve the business area should be located in the vicinity of Brazos Street and First Street. The construction of this station can probably be deferred for several years. Its importance and usefulness will be more obvious and essential when the civic center has been established, and the railroad tracks have been removed from Third and Fourth Streets. In east Austin there is, at present, a fire station on Waller Street and First Street; also one on Lydia Street near Eleventh Street. These two stations are very well located and are recommended to be retained, with the possible exception that the one on Lydia Street might be moved to the corner of Lydia and Eleventh, or at the junction of Eleventh and Rosewood Streets, if convenient.

Another station is recommended on First Street near Perdenales Street, to be built in the future.

We understand that a site for a new station has been obtained near the intersection of East Avenue and Manor Road. This location is very desirable and this station should be build immediately.

Another location for a fire station should be secured on Eleventh in the neighborhood of the present east City Limits. The immediate necessity for the construction of this building is not pressing.

There is, at present, a station on Lavaca between Sixteenth and Seventeenth Streets. We feel that the Usefulness of this station will be very much increased if it were moved to a point on Nineteenth near the intersection of Guadalupe Street. We would not recommend the immediate removal of this station, but would suggest that in the correction of the present jog in Guadalupe Street at Nineteenth Street, the City might profitably secure a fire station site in the adjustment due to the correction of the jog, so that when the station on Lavaca Street has served its usefulness, or when it would be desirable to move same, it could then be located as recommended.

There is, at present, a fire station on Guadalupe Street at Thirtieth Street. This location is one block removed from the important junction of several major traffic streets. It is an old building and we are recommending the removal of this station to some point which would be adjacent to the intersection of Guadalupe Street and Sycamore Street or Twenty-ninth Street. By referring to the traffic map

it is easy to see that this location is more accessible to all portions of the territory to be served.

There should be built, immediately, another fire station in the vicinity of Thirty-first Street and Speedway. This area is well built up at present without adequate fire station protection.

Provisions hould be made for the ultimate location of a fire station on East Avenue near its intersection with Thirty-ninth STreet.

There is, at present, a fire stationlocated on Blanco Street near Eleventh Street. This station serves a distinct need in this neighborhood, but we feel that ultimately a better location to serve this area would be in the neighborhood of West Lynn and Eleventh Streets. This new location will better space the fire stations to serve a greater area. This change of location would not be necessary for several years, however.

There is another fire station on South Congress near Annie STreet. This station is very well located and we recommend that it be retained in its present location.

Three other proposed locations are designated on the map as desirable future locations for South Austin, none of which, with the exception of Travis Heights Boulevard, and River Side Drive, are very urgent at this time.

Several other future locations are noted on the map in West Austin west of the present City Limits, as being the most desirable location for stations for those areas when they are needed.

Austin History Center ★ Austin Public Library

Perales Decl.
00207

65

## CONCLUSION

This City Plan Report deals with many matters and problems, and is a comprehensive plan covering a program of improvements to extend over a period of many years. The order in which the improvements are made is not of serious consequence. The important thing is that each shall be done in such a manner as to fit properly into its place in the general plan. Some matters, of course, for one reason or another, are of more immediate importance; while the immediate accomplishment of other is less urgent.

The careful preparation of any city plan, and its adoption by the authorities, does not automatically serve as a panaceafor all municipal ills. The plan, itself, is to be considered more as an intelligent basis upon which the future activities of the city's growth should be predicated; and the success of same will depend very materially upon the intelligent detail planning and execution of the various elements; and the unification of efforts on the part of the officials responsible for the actual improvements.

The city plan, to be successful, must first be widely understood and appreciated by the citizens of Austin in general. Popular appreciation and support will accomplish more than the most vigorous enforcement of a plan adopted by law without a thorough understanding on the part of the citizenship. The cooperation of all the city's various interests must be secured through an intimate acquaintanceship with the plan and the purposes thereof. We, therefore, recommend that

Austin History Center ✶ Austin Public Library

Perales Decl.
00208

one of the first steps to be taken is to thoroughly inform and advise the public of the general plans to be undertaken.

The city plan is not a spectacular thing per se, and cannot be expected to continually arouse public agitation and enthusiastic support unless it is thoroughly understood, and continually placed before the public by means of regular and periodical information regarding the purposes and progress made in that direction. If the plan is to continue to be effective and productive, it must be kept free from political manipulations by selfish interests. To accomplish this it must have the support of a well qualified and interested sponsor. The City Plan Commission and the City Engineer should make it their duty and objective to keep the city plan of Austin up to date, and alive in the thoughts and activities of the various interests which are building the city.

One of the most useful and important duties of the City Planning Commission in the gradual development of this plan, will be to assist in the selection of sites for the numerous semi-public buildings such as churches, hospitals, institutions, and the like, and the continual urge and advice that a high-type of actual development be maintained. We wish to call particular attention to the matter of construction of bridges which are so often built without particular reference to their architectural appearances. The City Plan Commission through its intimate knowledge of the location of future parks, parkways, et cetra, should use its influence to secure proper architectural

considerations in the construction of bridges on such structures, especially where they pass through parks, parkways, and other public property. On Plate No. 17 is shown a suggestion for an ornamental type of a concrete bridge which is recommended for the proposed crossing of Shoal Creek on Twenty-fourth Street. It would be criminal to build an ugly steel structure at this point which will undoubtedly be practical in the center of one of the most beautiful parks in the City of Austin. Particular attention to features of this kind will enable the City to acquire structures which will be actually desirable and attractive at a very little extra cost, instead of having structures which may later prove very expensive to correct.

  The present City Commission of Austin, fortunately, is heartily in accord with the execution of a proper City Plan. It is upon the City Commission where the actual responsibility for the execution of the plan really rests. If the City Commission ignores the recommendations of the City Planning Commission, and does not follow out the general principles of the City Plan, it will be extremely difficult to secure the lasting benefits which are available. It should be recognized obligation of the City Commission, City Manager, and City Engineer to see that their various actions are in full accord with the City Plan. It should be remembered that the City Plan is of greater consequence than the fortunes of any individual or administration. No City Official should so forget his obligations to his city or his office as to allow personal considerations to take precedence over the larger

68

aspects of the city's welfare. Through proper co-operation between the City Plan Commission and other officials, and through thoroughness of consideration on all subjects, where differences of opinion arise, and where fair-mindedness prevails, satisfactory accomplishments will be possible.

Possibly some of the recommendations herein will, at first, appear to some people to be extravagent or impossible of accomplishment. Usually this apparent impossibility is due to the matter of finance. These apparently insurmountable objections oftentimes develop to be comparatively simple upon a careful study and analysis of the possibilities. In city planning it is well to keep in mind the old axiom "Where there is a will, there is a way". Through the control of new land subdivisions, especially in the planning of new areas, it will be possible to accomplish many desired conditions in the City Plan without material cost. Proper street widths can be secured through dedication, and to a limited extent, play grounds, parks, and public building sites may often be secured by donation or at a negligible cost. It is in the readjustment of developed property where the greater expense is incurred. There are numerous ways in which this expense may be defrayed or apportioned in a manner that will make the adjustment thoroughly practical.

Austin History Center ☆ Austin Public Library

It is not recommended that city-wide bond issues be employed proniscuously in accomplishing these necessities; but that an equitable method of assessing the benefited property owners be worked out in each particular instance, so that all interests affected be permitted to bear their pro rata cost of such improvements.

Attention is called to the changing conditions and many things which were considered extravagant and impossible in the past are now considered ordinary necessities and common-place in the routine of a city's development.

In conclusion, we would urge that your City Plan, when adopted, be zealously guarded and closely followed, subject to intelligent adjustments due to changing conditions; that the public be kept fully informed, at all times, in regard to the general plan, and that the improvements be carried out with a real vision of the future with the recognition that the City of Austin is to endure and grow for a long time and that through a short-sighted vision on our part, posterity will be faced with difficult and more unsurmountable problems than we have had in the past.

**Perales Decl.**
**00212**

Austin History Center ✦ Austin Public Library