Austin Public Library

EX. 9

Perales Decl.
00213

240-613-1m-3573

# BULLETIN

OF

# THE UNIVERSITY OF TEXAS

NO. 273

ISSUED FOUR TIMES A MONTH

HUMANISTIC SERIES No. 15                    MARCH 15, 1913

# *A Social Survey of Austin*

BY

WILLIAM B. HAMILTON



PUBLISHED BY
THE UNIVERSITY OF TEXAS
AUSTIN, TEXAS

Entered as second-class matter at the postoffice at Austin, Texas

Austin History Center ✦ Austin Public Library

Perales Decl.
00214

Austin History Center • Austin Public Library

open closets which sit on the banks of this creek; three wells and five private drains. Farther up the creek, the conditions are practically as bad, except that they arise from other sources. A number of horse lots and hog pens, within the city limits, drain into this creek. The city dump, with all its filth, is on West Twenty-fifth Street in a ravine which empties into Shoal Creek, not over one hundred yards away. This ravine carries off the storm water from Wheatville and also from a number of blocks just northwest of the University campus. This water seeps through the manure and the decaying matter in this dump, then into the creek, by which it is carried through the very best residence portion of the city to the river. This creek is lined, through almost its entire distance, with trash, rubbish, cans, stable refuse, straw, and other filth.

Between Thirty-fifth and Thirty-seventh streets, on Guadalupe Street, is another open sewer which separates the residences from the street in front. This partakes of the nature of a pond in which water stands a large part of the year. This stagnant pool could be drained with very little expenditure; the grade of the culvert underneath Guadalupe would have to be lowered very little to carry off this water. This is a natural drain from the Insane Asylum park and lake, and should be properly cared for by the city. A concrete storm sewer for these two blocks would cost very little and would be of great value to the health of the people who live in that community.

### SEWAGE DISPOSAL.

The sewage is discharged in its raw state into the river, and undergoes no "treatment" of any sort, thereby polluting the stream and making the water very dangerous to the health of a large number of citizens who live along the river front. The Thirty-third Legislature, by enacting the anti-pollution stream bill, which takes effect within three years, forces the city to erect a sewage disposal plant. Extensions in the sewer system of the city must be made with this in view.

## CHAPTER III.

### GARBAGE AND WASTE.

The disposal of garbage and waste is the "livest public health problem of American municipalities." The special relation it bears to fly-borne diseases and soil pollution makes it of extreme importance to every individual in the community. Austin is in the Dark Ages of civic sanitation. In no one thing is the city farther behind than in the disposal of garbage and waste.

### MANNER OF HANDLING OF GARBAGE AND WASTE AT HOME.

The City of Austin does not require any special cans or retainers for the collection of either garbage or waste at the home. The waste from the kitchen, such as pieces of bread, meats, and slop, are, as a rule, thrown into open buckets or kegs. These are unscreened and never washed. When the garbage is removed the slop bucket is left out where the flies can, with the least possible effort, find food for themselves and a place to deposit their eggs where they are certain to have sufficient food during the primary stages of their short life. The garbage can is the most fruitful source of typhoid and infantile paralysis. The progressive cities of America have learned that retainers for garbage must have close fitting covers and they must be washed and oiled daily.

The city ordinance, Title 29, Chapter 5, Article 675, requires each person in possession of any business or residence premise to deposit "all ordinary trash and sweepings from such premises in movable receptacles placed in the alley adjacent to such premises * * * convenient to be taken off by the scavenger carts at such time as may be directed by the Sanitary Inspector."

"The movable receptacles" to be found at the residences and business houses are tubs, boxes, and barrels. They are unscreened. The bottoms and sides are open and the sweepings and other trash are scattered all over the sidewalk and alley. I was able to find but a very few closed receptacles in Austin, not one on Congress Avenue, while there were barrels and boxes of papers and trash of all kinds to be seen. The picture on page 4 of the appendix shows the average trash box used by the business houses of this

Perales Decl.
00215

Austin History Center ✦ Austin Public Library

city. This box was placed just across the street from the postoffice. In it were to be found paper, sweepings, cigar stubs, and lemon rinds, and the cuspidors of this corner saloon had been emptied into it. The picture following shows the retainers at another store exactly as they were found. I did not move a barrel. These barrels were full of papers, trash, sweepings, and the waste from the soda fountain. From three to five hundred University students pass these daily.

The Sanitary Inspector of the city tells me there are very few instances where garbage and trash are destroyed at home. In those few cases where it is, the method used is burning or burying.

Persons are supposed to separate refuse into garbage, ashes, and trash. The city proposes to take up the trash only. Ashes and garbage must be removed by private agencies. As a matter of fact this separation is not made; an investigation of the contents of these boxes will conclusively prove this to be true. Where the house is connected with the sewer or cess pool, the slops are poured through the sinks. Pieces of bone, bread, and the like are thrown into the trash box. Mexican men, women, and children daily come to these trash containers and pick out the scraps of food. Again and again I have seen them eat it on the very spot. The men generally carry tow sacks into which part of the garbage is carried home for the children to eat. It is the common thing to see the garbage thrown over the back fence into the alley. At one particular place on the east side of the University campus the people have thrown so much garbage into the alley next to the wall around Clark Field that the odor makes it very disagreeable for spectators in the grandstand. This is no singular instance, but represents a large class of cases. There is hardly a person in this city who does not know that the alleys of Austin are filled with watermelon rinds during the summer months. The Sanitary Inspector says that it requires five extra wagons during this season.

METHOD OF COLLECTION OF GARBAGE AND WASTE.

Garbage, strictly speaking, is collected by private agencies. There are a number of slop wagons that collect the garbage from residences, restaurants, and hotels. This is mostly done by negroes who feed the waste to hogs. As a general rule, this service is free to the householders, yet it is sometimes difficult to find a negro

who will collect the garbage. At some of the larger restaurants and hotels, persons pay for the privilege of hauling away the garbage. Here it is collected every day, but on an average it is taken up only once or twice a week, if taken up from private homes at all.

No specially constructed garbage wagons are required. While the cans and barrels are covered with tow sacks, yet the wagon beds are covered with garbage.

Article 697, Title 29, of the city ordinances, sets out the regulations concerning the collection of garbage by private wagons in the following language:

"It shall be unlawful for any person to move slops and swill in carts, wagons or other vehicles in the City of Austin between the hours of 6 o'clock a. m. and 8 o'clock p. m.; provided, that this ordinance shall not apply to persons hauling such slops in odorless tanks in any time of the day."

The city wagons take up trash from the residences in most cases twice each week. However, there are some sections which are not reached more often than once a week. In the business sections the wagons make the rounds every day.

The city undertakes to collect nothing but trash and sweepings, while as a matter of fact, the wagons carry to the dumps not less than 60 per cent of the garbage collected in this city. They are practically forced to do this. People place meat, breads, and other refuse from the kitchen in the boxes and barrels along with the paper and trash. Rags, ashes, and manure are also thrown into these boxes, all this being dumped into the city's carts. It is very common practice for grocery stores to place rotten cabbage, decayed potatoes, over-ripe bananas, old boxes of cakes, and other spoiled foodstuffs in the trash containers. The drivers of the wagons are forced to take up all of this together, for they cannot take the time to separate the garbage from the trash.

The trash wagons are piled so high with this character of waste that from the alley to the dumping ground the streets are strewn with this character of filth. The photograph on page 6 of the appendix shows a city dump cart overloaded with stable manure on its way to the city dump, and with each jolt of the wagon much manure fell off in the streets, thereby forming new places for the mother fly to deposit her eggs. Again, this method of handling

Austin History Center ♦ Austin Public Library

## CHAPTER VII.

### HOUSING.

#### THE GENERAL HOUSING CONDITIONS.

The housing conditions in Austin are very bad indeed. The one problem which should attract the most earnest attention of all the people of this city is the housing question. It is, without doubt, a problem which takes on serious aspects. Certainly, there are no tenement districts here as in the large cities of America (using the term "tenement" as it is commonly used). Yet there are certain housing conditions which have an effect on the people, not at all unlike that of the squalid tenement houses. It is a reproach to our enlightened people, that we allow certain conditions to exist many longer. Here, in this beautiful Southland, where the land is cheap and sunshine is free, people are crowded together in small huts, one and two families in a one-room shanty; and little children are forced to play out in the dusty street on the filthy, dirty creek or river bank where their homes are located.

There are many blocks of shanties in Austin which ought to be destroyed, and if nothing else is done with the ground, it is better to let the weeds grow and soak up the filth and foul poison which is sown deep in these places. They are but breeding places for moral and physical degeneracy, contagious diseases, and crime. The very soil is polluted; it is reeking with hookworms, and in its present state unfit for human habitation. I speak more particularly of what is known a s the Mexican settlement between Colorado, Rio Grande, Fourth Streets, and the river front; and also of certain districts populated by the negroes and Mexicans along the banks of Waller Creek.

#### METHOD AND OUTLINE OF STUDY.

A study of the housing conditions of Austin must be made in accordance with the three classes of population. American, Mexican and negro. Not that in many places the three races will be found living side by side, but, taken in the aggregate, there are three distinct sections of the city which may be described along racial lines. In making this study I selected what might be called

an average section, and I believe that conditions found there will represent the general condition of the whole city. The following outline was used in making a study of each of these districts.*

1. The house and yard space.
   - (a) The size and fitness of the house: (1) light and ventilation; (2) rent.
   - (b) Percentage of the lot unoccupied by buildings: (1) Grass and trees; (2) paved sidewalks and streets; (3) drainage and sanitary conditions.
2. Congestion.
   - (a) Number of inmates.
   - (b) Room congestion.
   - (c) Roomers, boarders, homes, and ligh housekeeping.
3. Water supply.
   - (a) Source.
   - (b) Convenience to living quarters.
4. Sewage.
5. Condition of plumbing; facilities for ordinary cleanliness.
6. Disposal of garbage and waste.
7. National traits.
8. Children:
   - (a) Number of children in each dwelling.
   - (b) Manner in which they live.
   - (c) Association with immorality.
   - (d) Sanitary conditions and so on.
9. General sanitation.
10. Transient and permanent residents.
11. Relation to business houses, industries, saloons, and immoral resorts.
12. Home industries.

#### THE THREE CLASSES OF HOUSING CONDITIONS.

*The Section Settled by Americans.*

The housing conditions here are fair. However, throughout the city large areas of shanties may be found. One of these, which is located right in the center of the best residence portions of the

*Palmer, "A Sanitary and Health Survey."

Austin History Center    Austin Public Library

Bulletin of the ... vey of Austin

5.

city, is the block between Eighteenth and Nineteenth Streets and Guadalupe and San Antonio Streets. These shanties ought to be declared nuisances by the City Council and razed to the ground. If the property owner does not care enough for the interest of the whole people, or has not the money to improve his property, he should sell to someone who can and will do so. Often one sees a very beautiful residence practically surrounded by shanties or old houses about to fall down, and by yards poorly kept. The great number of these places destroy the civic beauty of Austin as a whole.

These old houses are generally built very close to the street. There is no grass or trees, no sidewalks or paving. The drainage is often to the front of the yard, and the sanitary conditions of the premises are very bad. Trash, cans, rags, rubbish, are scattered about the place; or the yard has been turned into a horse lot. The alley is in a miserable condition. Often an old uncovered well is in the yard, serving only as a breeding place for mosquitoes. It is a singular fact that these places have no sewer connections. Usually a poorly kept dry closet sits in the back part of the lot. It matters not how clean the premises of the adjacent places are kept, this will furnish enough breeding places for flies to destroy the good results of the neighbors' efforts. This condition is not right.

The average housing conditions in this section of the city are good. About 50 per cent of the lot is unoccupied by the build-ings. Very few of the houses are crowded close together, and grass and flowers are growing in the yard. A place without trees is the exception.

Very few of the streets are paved, and there are but few con-crete sidewalks. Of the three hundred miles of streets in the city, less than ten miles are paved. However, there is a great deal of improvement being made in this line. The city has begun to force the owners of vacant lots to put down concrete sidewalks. The dust menace continues to grow worse.

The drainage is generally good, though the sanitary conditions are not as favorable. Part of the lot is often used for a horse lot or cow lot and the manure is never put in screened boxes as re-quired by city ordinance, nor hauled off as often as it should be. Sufficient light and ventilation are found in the average house.

There is little or no congestion in this section. The average size of the houses on the blocks, carefully studied, was a place of six rooms; the average number of people living in one house was four. The water supply generally comes from the city pipes, yet there are no less than three hundred wells used, in the section settled by Americans. As a rule the pipes are convenient to the living quarters. On these five blocks studied, there were three private wells in use; four were not in use, and only one of the four had been sealed up. The open wells contained a great number of old cans, boards, and much trash. Many mosquitoes were seen along the walls, and continually flying away from the well.

Three of these blocks are reached by the sewer system, on which there are twenty-eight houses connected with the sewer, and five not connected. If this can be taken as an index, an exceedingly large number of houses within the sewer district do not take advantage of it. Two blocks were located without the sewer dis-trict. On these blocks were seventeen dry closets sitting on the back alley, and there was one cess pool, poorly constructed and serving as an excellent means of soil pollution.*

The plumbing conditions and facilities for ordinary cleanliness were very good on an average. Some few cases were found to be in a very bad condition, however. There is a great need for a modern, up-to-date plumbing code.

The garbage and waste is generally collected in tubs, buckets, and cans, if collected at all. Many places that were visited, it was thrown all over the back yard and alley. The handling of this will be discussed more thoroughly under the subject, "Garbage Disposal."

As a rule, the children in the homes of this class of people live under favorable moral and moderate sanitary conditions. But my attention was brought to many notable examples of exceptions to this rule. A number of children on East Fourth, Fifth, and Sixth Streets have neither good morals nor good sanitary surroundings. They often live in the back end of a dirty store and have for their playground a poorly kept livery stable or wagon yards; while others, which join poorly kept livery stables or wagon yards, live in very dirty apartment houses. They do not get the proper amount of pure air and sunlight. They early become morally and

*See Appendix, p. XV.

Perales Decl.
00218

Austin History Center    Austin Public Library

52

*Bulletin of the University of Texas*

physically degenerated, their education being entirely deficient. On East Seventh Street, there was a white family living in a damp, dirty basement. The light and ventilation were poor, there being but one small window to let in air. This family was composed of two women and three children. One of the women has a bad case of tuberculosis.

In the southeastern section, along the river, I found some very bad conditions existing. A tent ten feet by twelve housed two women, one man and six children. In a one-room house there lived an old lady, a younger woman, who had tuberculosis, her husband, who was a drunkard, and three children.

One very serious criticism which can be made to the housing conditions in the best section of Austin is the small distance between dwellings and saloons. The saloon limit is entirely too large. It is not at all restricted to the business district of the city. Saloons may be established in any part of the city, with the exception of a small area bounded on the east by Duval Street, on the north by the city limits, on the south by State Street, and on the west by the west line of the Insane Asylum grounds. There are six saloons within the purely residence section. These places of vice are practically surrounded by houses, some facing, some adjoining, and others touching on the back alley. When the children of these homes go out to play they are forced to come into contact with these bad influences. Over fifty school children pass one of these saloons each morning and each afternoon.

### THE SECTION SETTLED BY NEGROES.

There are three large sections of the city almost entirely populated by negroes—Wheatville, East Austin, and Clarksville. In the Wheatville district, the houses, or shanties, are scattered. Perhaps this is due to the fact that they were not built by some unscrupulous realty owner as is the case in some other sections of the city. A large number of families own their own homes. As a result, there is not existing a crowding together on small lots, which is so characteristic of numerous blocks in the city. On an average, at least 65 per cent of the lot is unoccupied by buildings. I had a number of these negroes to tell me they had moved out away from the dust and filth of the city so their children would have more room to play, and would escape the commonly practiced

*...vey of Austin*

3

immorality which comes from too many living in the same house or too close together. Here they get enough sunlight and more fresh air. I made a house-to-house canvass of this entire district.

The general appearance of the premises are bad. There is no grass, very few trees, and no paved walks or streets at all. To be sure, there are few walks of any kind, and the streets are not even graded. The drainage is generally to the back or side of the lot. An actual count showed that there were eighteen lots where the water ran directly into the front yard. The general sanitary condition of the premises is very bad indeed. Often the yard space is used for a horse lot or a cow lot.

As a rule only one family lives in a house. I found six places, however, where there were three different families in the same house. Five of these houses had four rooms each, the other only three rooms. Eight shanties of three rooms each housed sixteen families, in which were fifty-eight people.

This section of the city is supplied with city water used for domestic purposes, but there are no fire plugs in the district. The hydrant is generally found out in the yard, rarely ever in the house where it would be convenient to the living quarters.

This part of the city is not accommodated by a sewer. Open privies sit on the alley of each place. These are rarely ever cleaned by the scavenger and are never screened.

No plumbing is found in these houses, nor are any facilities for ordinary cleanliness. Bath tubs are entirely out of the question.

A very few of the houses are screened.

The garbage and waste are scattered about the lots and alleys. Why should they collect it, since the city wagons rarely, if ever, cover this section? Certainly, the wagons go out there twice or thrice a week. But for what purpose? To collect garbage and waste? No, to dump the garbage and waste they have collected from other sections. The city wagons have almost turned the streets and alleys of these people into dumping grounds. There is a city dumping ground where all kinds of trash and rubbish are thrown, a large part of which should be cremated, almost in the very center of Wheatville. The drivers are not always careful to dump the trash in that one place. Frequently the wagons are emptied into a street or alley before the dump is reached. Private wagons, also, haul manure from the lots and stables out

Perales Decl.
00219

physically degenerated, their education being ...

On East Seventh Street, there was a white family living in a damp, dirty basement. The light and ventilation were poor, there being but one small window to let in air. This family was composed of two women and three children. One of the women has a bad case of tuberculosis.

In the southeastern section, along the river, I found some very bad conditions existing. A tent ten feet by twelve housed two women, one man and six children. In a one-room house there lived an old lady, a younger woman, who had tuberculosis, her husband, who was a drunkard, and three children.

One very serious criticism which can be made to the housing conditions in the best section of Austin is the small distance between dwellings and saloons. The saloon limit is entirely too large. It is not at all restricted to the business district of the city. Saloons may be established in any part of the city, with the exception of a small area bounded on the east by Duval Street, on the north by the city limits, on the south by State Street, and on the west by the west line of the Insane Asylum grounds. There are six saloons within the purely residence section. These places of vice are practically surrounded by houses, some facing, some adjoining, and others touching on the back alley. When the children of these homes go out to play they are forced to come into contact with these bad influences. Over fifty school children pass one of these saloons each morning and each afternoon.

THE SECTION SETTLED BY NEGROES.

There are three large sections of the city almost entirely populated by negroes— Wheatville, East Austin, and Clarksville. In the Wheatville district, the houses, or shanties, are scattered. Perhaps this is due to the fact that they were not built by some unscrupulous realty owner as is the case in some other sections of the city. A large number of families own their own homes. As a result, there is not existing a crowding together on small lots, which is so characteristic of numerous blocks in the city. On an average, at least 65 per cent of the lot is unoccupied by buildings. I had a number of these negroes to tell me they had moved out away from the dust and filth of the city so their children would have more room to play, and would escape the commonly practiced

or too close ... fresh air. I made a house-to-house canvass of this entire district.

The general appearance of the premises are bad. There is so much sunlight and more ... in the same house ... grass, very few trees, and no paved walks or streets at all. To be sure, there are few walks of any kind, and the streets are not even graded. The drainage is generally to the back or side of the lot. An actual count showed that there were eighteen lots where the water ran directly into the front yard. The general sanitary condition of the premises is very bad indeed. Often the yard space is used for a horse lot or a cow lot.

As a rule only one family lives in a house. I found six places, however, where there were three different families in the same house. Five of these houses had four rooms each, the other only three rooms. Eight shanties of three rooms each housed sixteen families, in which were fifty-eight people.

This section of the city is supplied with city water used for domestic purposes, but there are no fire plugs in the district. The hydrant is generally found out in the yard, rarely ever in the house where it would be convenient to the living quarters.

This part of the city is not accommodated by a sewer. Open privies sit on the alley of each place. These are rarely ever cleaned by the scavenger and are never screened.

No plumbing is found in the houses, nor are any facilities for ordinary cleanliness. Bath tubs are entirely out of the question.

A very few of the houses are screened.

The garbage and waste are scattered about the lots and alleys. Why should they collect it, since the city wagons rarely, if ever, cover this section? Certainly, the wagons go out there twice or thrice a week. But for what purpose? To collect garbage and waste? No, to dump the garbage and waste they have collected from other sections. The city wagons have almost turned the streets and alleys of these people into dumping grounds. There is a city dumping ground where all kinds of trash and rubbish are thrown, a large part of which should be cremated, almost in the very center of Wheatville. The drivers are not always careful to dump the trash in that one place. Frequently the wagons are emptied into a street or alley before the dump is reached.

Private wagons, also, haul manure from the lots and stables out

Perales Decl.
00220

to this dump. These are piled 30 high, as is the city dump wagon, that the manure is jolted off along the streets. I have seen private wagons dump cans, rubbish, and manure in the streets before they reached the dump. A few of the negroes in this section have a number of hogs, which feed on the slop they haul from the homes of whites and from restaurants and hotels. They do not make a complaint to the city about the offensive dumping grounds because they fear that they would have to remove their hog pens. Others have become so accustomed to this condition that they take it as a matter of course.

These people have a mania for collecting cans, bottles, and trash, and strewing it about their houses. They huddle together, though not as much as those who live in the parts of the city where the houses are joined close together. It is the opinion of the city ministers of the city that there is not as much profligacy and other kinds of immorality here as is found in the average section population by the negroes in the city.

On an average, there were six children in each house of the four blocks canvassed. These children live under adverse circumstances. Their food is not protected from the flies; it is poorly cooked; and frequently food that they get is what is left uneaten at some white home where the mother is cooking. This is often brought to them rolled in a dirty apron. The ground on which they play is infected with hookworms. They breathe the air from the decaying vegetable matter in the city's dumping ground. They go to school in a building surrounded by unsanitary premises. The dump wagons pass by on the south side of the building on the way to the dumping ground. As said above, these wagons are piled high, and the rubbish, manure, and other filth are scattered along the street. The building is not over one block from the dumping ground itself. The picture on page 17 of the appendix shows the bad surroundings. I would call especial attention to the draw on the south side of the picture. This is strewn with litter and filth. The color of the water would indicate that it is seeping from some private sewer or cess pool.

It is no wonder that there is a fast increasing number of tubercular patients among this race. Who is surprised at the moral and physical inefficiency of the "modern negro" as compared with

the "old time negro," when from early childhood to old age they live under such bad housing conditions?

The housing conditions of these people bear a close relation to the sanitation and health of the entire city. Into this dirt and filth the people send their clothes to be washed clean and laundried. They are exposed to the dust, filth, and all kinds of unsanitary conditions. No one ought to be surprised at the source of an offensive odor which often attaches itself to the clothes when they are returned. From these places come our cooks each morning. The very clothes they wear are covered with this filth. From such shanties come the nurses of our infants.

I have given an extended description of the housing conditions of Wheatville, not because I have not made an equally close survey of the larger part of the other sections inhabited by negroes, but rather because this well represents the better sections of the whole city. This section can be taken as a pointer to the real condition of the city. It may be somewhat above the average, but it is certainly no lower.

As bad as the housing conditions are in the section described above, there are block after block elsewhere far worse. They will be found largely along Waller Creek and the two draws which run into it, and three blocks near the mouth of Shoal Creek.

These shanties have one, two, three, and four rooms. The average size of each room is not larger than twelve by twelve feet. The small windows permit a very insufficient amount of light, and the ventilation would be very poor were it not for the large cracks in the walls. The average size of the lot does not exceed twenty-five by fifty feet. The average cost of the house and lot to the owner is not over $200. The average rent is $1.00 a week for each room, making a three-room house $12 a month of $144 a year. The average net per cent made on these investments will on an average, exceed 60 per cent per annum.

Often the lot is not over twenty feet deep, or even less. The back of the shanty at times is sitting on stilts over the bank of the creek.*

There is one particular piece of ground of one hundred and eighty by forty feet. On this ground there are nine houses. The average size of the houses is a row of three rooms, one directly

*See Appendix, p. XVII.

Perales Decl.
00221

behind the other. In these nine houses there live twelve different families, ninety-two people in all. This is a characteristic condition and in no way an exceptional one. Another plot of ground is ninety feet in front and the depth varies from fifteen feet to thirty feet, according to the bank of the creek. There are four houses on this plot of ground. The level of the yard is below that of the street. Each house save one has three rooms. Five families live in these four houses, twenty-seven people in all. A number of instances illustrating this could be given also.

Along the banks of Waller Creek I found four wells which are being used. Their location proved that they were exploited, without the necessity of making a bacteriological test. The filthy water of the creek seeped into each. In most cases where there are hydrants they are in the yard.

There was no plumbing for investigation. Practically all facilities for ordinary cleanliness were lacking.

There were no sewer connections in this part of the city. An open privy sits on the bank of the creek at each place, or close enough for the human waste to be readily pushed into the creek. This creek is nothing but an open sewer, for garbage and all waste are dumped into the creek. It does not run more than three months in a year, so all this refuse is left there, hidden away to rot and pollute the air. Here, along the creek, huddled together in miserable shacks, are a number of Austin citizens. Under such unsanitary environment children are being reared. Not only is there physical filth on every side, but the moral filth is as bad or worse. They are forced to associate with every description of immorality.

There are a few stores, wagon yards, bottling works, wood yards, and horse and mule lots located here, which add to the existing bad conditions.

What kind of citizens can we hope to come from such places of squalor, sickness, and filth?

The children who live under these horrible conditions are not the only ones who must suffer. At Ninth Street the creek divides, making a high point between the two branches. Here sits Bickler school, the largest ward school for white children in the city. The south breeze comes fresh from this deep, open sewer to these children.

The lower part of Shoal Creek is in almost as bad a condition as Waller Creek. Here, almost completely surrounded by this open sewer and by unsanitary premises on every side, is the West Side school for the colored children. There is no sewer even to accommodate this school building. Their dry privies are un-screened and poorly kept. Here, with stench and filth on every side, their south breeze, fresh from the stagnant water of the creek, the Mexican tenements, and the city dumping ground along the river bank, add to the already unbearable condition.

I have seen clothes hanging over this creek to dry. The shanties in which they are ironed are reeking in dirt and filth. I have seen these same clothes taken from such holes of filth and disease directly to homes to be worn by the white children of refined families.

THE SECTION SETTLED BY MEXICANS.

Between Congress Avenue on the east and Rio Grande Street on the west, Fourth Street on the north and the river on the south, is a section which may be called the Mexican district. It is true that the tenderloin district of Austin is within these boundaries. It might seem best to limit the Mexican district to Lavaca Street on the east, but as there is no definitely defined tenderloin area, and as there are Mexican homes, which have children in them, on all sides of these houses of prostitution, it becomes necessary to bound it as I have done. Furthermore, the men, women, and children are forced to pass directly by these houses on their way to the shops of the city, to places of work, and to their schools. There are ten large houses of prostitution and a great number of small ones. Within this district are a number of Austin's largest industries. Working men and women, going to and from work, are forced to pass directly by houses of prostitution. These places of business, in turn, make the housing conditions worse. The heavy traffic on the streets creates a great deal of dust, and the stables, which are rarely clean, are fertile breeding places for flies.

Within the bounds mentioned there are, by actual count, five saloons. These are surrounded by Mexican shanties and houses of prostitution. Mexican children play in the street, directly in front of these saloons and assignation houses. It is within this district that the larger part of the crimes tried in the justice and corporation courts are committed.