Bordering this section on the south, along the river front, is the main city dumping ground. The south breeze strikes this place first, and the filth has not had time to oxidize before it is blown into these shanties. The Mexicans have all the filthy habits described already, but you must add to them the worse filth of the dumping ground. (There is, perhaps, a less amount of drunkenness among this class of people than negroes.) As has been said previously, Mexican men, women and children follow the city wagons to the dump to pick out the old rags, cans of spoiled food, partly rotten apples and other fruits, old boxes, and old cakes. That which is not eaten on the spot is carried to their homes, along with the worst kind of filth. The general sanitary conditions here are intolerable.*

The average size of a house in this section is two small rooms, very poorly lighted and ventilated, often having but one door and one window to the entire room. It is absolutely unfit for human habitation. The percentage of the lot unoccupied by buildings is not over ten. The houses sit directly on the street, and the back strewn with trash and rubbish. Also, in the back sits an open privy, unscreened and poorly kept. There are no sewer connections this section.

On Nueces Street, in one house in which there is but two rooms, are three Mexican families, twelve people in all. A certain one-room house on San Antonio Street, with but one door and one window, accommodates a family of eight people. Between San Antonio and Nueces Streets there is a shanty composed of two rooms on the alley, having the back of a store, which houses two families, nine people in all, five of whom are children. It is interesting to note that these two families make their living by washing clothes for white people, and the clothes are brought to these premises to be laundered.**

Between Second and Third Streets, San Antonio and Nueces Streets, is a plot of ground about one hundred and forty feet by two hundred feet, on which are located thirty houses, in which forty-eight families live. There are one hundred and eight children. The total number of people is two hundred and thirty-one. These houses rent, on an average, for $7.00 per month each, or

$210 for the whole number, making the rent for the entire year amount to $2520. I am told by prominent realty men of the city that the money invested for these houses and ground will not exceed $3500.

Between Third and Fourth Streets, on San Antonio and Nueces Streets, the housing conditions are equally as bad. Along the alley which divides this block in two parts are twenty-four one and two-room shanties. They face a very dirty stable and horse lot, a large rock pile, and the back of a store. The lots on which these houses sit are fifty feet deep. Thirty-two families are huddled together in these tenements.*

On the block between Nueces and Rio Grande Streets, on Third and Fourth Streets, are a number of apartment houses, built around an inner court. The congestion here is not different from that just described. This section of the city is reached by the city water mains, though one hydrant often supplies several houses. There are no bath tubs in these shanties, nor is there any screening. Children are forced to play in the dusty streets in front of saloons and houses of prostitution, as there is no yard space left for them. It is almost criminal for a city, in Austin, to allow children to be posed to be as much culture as in Austin, to allow children to be reared under such unsanitary, filthy, and immoral environment.**

A number of Mexican women wash for a living. Some families are able to live off the garbage picked from the trash boxes in the alleys of the section settled by the Americans, and from the dumps. A home industry which is very generally carried on is the making of candy and tamales. It does not seem believable that this city would permit candy and tamales to be made under such unsanitary surroundings to be sold, yet every day we pass the Mexican candy vendor selling his goods on the streets. On April 19, I counted seven Mexican candy vendors on Congress Avenue from Eleventh Street to Third Street. Three had their candy in a glass-covered box to protect it from the dust of the street. The amount of filth which would enter the candy from this source is small as compared with that already mixed into it at the very making. The Mexican population of this city is needed in our industries and public works, and they must be protected from such housing conditions. It is

---

*See Appendix, p. XVII.
**See Appendix, p. XVIII.

*See Appendix, p. XVIII.
**See Appendix, p. XVI.

Perales Decl. 00223

60 *Bulletin of the University of Texas*

true that a national trait of the Mexicans is to live in shanties surrounded by rubbish and tin cans, but they are not entirely to blame. A majority cannot speak the English language when they first come to our city, so they are forced into this section for there is no other place for them.

*A Social Survey of Austin* 61

## CHAPTER VIII.
## BILL-BOARDS.

### LOCATION.

Bill-boards in Austin, as in all other cities, are erected in the most prominent places on the most often traveled streets. As is their purpose, they are read by everyone who passes that way. They stand out, as is intended for them, and in glaring type announce certain kinds of business. They force themselves upon the public and there is no way to escape their influence upon the public mind. Again, they are not different here from those of other cities, where they are still allowed to exist, in that, in most instances they both face and adjoin residence property. They detract from the general appearance of that particular section, and together they mar the beauty of the city. The most important are to be found along the bridge at the south end of Congress Avenue, the corner of First Street and Congress Avenue, on East Thirteenth Street, at the corners of Guadalupe and Nineteenth Streets, and Speedway and Nineteenth Street, and on both East and West Sixth Streets. In practically every case they are surrounded by residences.

### CONSTRUCTION.

A majority of these bill-boards are constructed out of two by four timbers, covered with boxing or sheetiron, and fastened to posts which have been sunk slightly into the earth. They are often propped by runners from the board to stobs driven into the ground. Some are nailed to old fences. A very slight windstorm from the proper direction would blow these down and scatter them into the streets or the yards of the residences close by, destroying property and endangering life. In case of fire many of these would serve as fire brands to spread the conflagration. During the San Francisco fire many lives were lost and property destroyed by burning bill-boards which were blown many blocks.

Austin History Center ✦ Austin Public Library

Perales Decl.
00224

### KIND OF RUBBISH BEHIND BILL-BOARDS.*

The danger from fire becomes more noticeable when we take into account the large amount of paper that is to be found lodged behind the bill-boards. Not only do we find many loads of dirty and moulding paper and rags collected here, but also dead chickens, rats, dogs, and cats. Some are killed and thrown behind these walls; others are poisoned and seek these places of shelter. Here they are hidden away from the eye of the drivers of trash wagons and are left to rot. But this is not the worst condition. Most of the bill-boards of Austin are used as public toilets. This is very dangerous to the health of the community. Flies breed and swarm in these places of filth, and with their bodies laden with such filth seek the kitchens of the residences close by. This is an important source of soil pollution. If ever these harbors of filth are removed and residences built on such sites, the soil in the front yard of the same will be so polluted that no one should dare allow his barefooted child to play in his own front yard, because of the danger of contracting hookworm.

Bill-boards invariably lower the value of the surrounding property. In addition to the evil consequences before mentioned, they destroy the beauty of the city.

### MORAL INFLUENCE IS BAD.

Again, bill-boards furnish hiding places for all kinds of criminality. The tramp sleeps on this pile of paper; the burglar hides from the officers of the law. The white slave trafficker finds these bill-boards shelters in the darkness of the night to tempt and perform his deeds. The pictures shown are very injurious to the morals of a community. The bill-board painter goes as far as he dares to show very obscene pictures. These catch the public eye. Also they attract the attention of growing boys and girls to no good results. Much of what is shown is meant to appeal to the baser sensual desires of the individual.

Of the one hundred and thirty-seven bill-boards I counted, only sixteen advertise business houses of Austin, as follows: Lumber companies, 2; insurance, 1; music houses, 4; drugs, 3; automobile companies, 6. Other advertising is as follows: Soap, 6; syrup, 4;

*See Appendix, p. XVII.

coco cola, 4; polish, 8; chewing gum, 18; shows, 33; whisky, 18; cigarettes and tobaccoes, 30. The last four items cover 99 of the 137. Thus it is seen at a glance that bill-boards, which are the sources of much evil, have not sufficient value within themselves to justify their existence.

Austin History Center · Austin Public Library

Perales Decl. 00225

## CHAPTER XII.

### NEXT STEPS IN MUNICIPAL HOUSEKEEPING IN AUSTIN.

The first step by way of improvement in the sanitary and health conditions of this city should be the immediate reorganization of the Health Department as outlined above. This is extremely important because there is no hope for an efficient administration of our present health code under the present disjointed system. This scheme is no more expensive than it should be for a city of this size, not taking into account the deplorable conditions as we have found them, and the following table gives the yearly salary of each officer and the total amount under the proposed system:

Registration of vital statistics and secretary of Board of Health ................................................ $ 1,000 00
City Physician............................................... 2,400 00
City Bacteriologist and Chemist........................ 2,400 00
Two sanitary inspectors, $1200 each................. 2,400 00
One Plumbing Inspector................................. 1,200 00
Two Inspectors of Dairies, $1200 each.............. 2,400 00
One Meat Inspector (if abattoir is built)............ 1,200 00
One Inspector of Bakeries, Stores and Restaurants... 1,200 00
                                                                        ─────────
Total ........................................................ $13,800 00

Asheville, N. C., with a population of only 18,762, expends annually $25,000 for this service.

This would give Austin four inspectors of foods. San Antonio has twenty-four. An extra sanitary inspector is added, which will be necessary when the city begins to collect garbage, and that should be at once. The Board of Health is given a secretary to record the reports made by the inspectors, keep score cards, and act as registrar of vital statistics.

A municipal abattoir is the only solution of the meat question. The waste from the slaughter-houses alone would pay a large per cent of the running expense and at the same time remedy a great evil—the disposition of offal. It will be remembered one of the nine slaughter-houses around Austin only one cooked the offals; five fed them to the hogs, a practice which is against the laws of the

83

State; three threw the offals out into the fields to rot or to be eaten by buzzards. The following conditions demand an abattoir:

1. Inadequacy and unfitness of the slaughter-houses.
2. Difficulty of inspection.
   (a) Slaughter-house.
   (b) Cattle.
   (c) Meat.
   (d) Markets.
3. The disposition of waste.
4. The methods of handling meat from slaughter-house to market.
5. The necessity of hanging carcasses in the markets, unprotected from flies and dust.
6. The meat could be cooled under sanitary conditions.
7. Would be cheaper on market man.
8. Would pay the city a good revenue.
9. Would not cost over $35,000 for construction.

The general condition of the city dumps, the nature of the material thrown there, the practice by certain classes of digging out the garbage, both from the dump and the trash boxes in the alleys, pollution of the soil by the burial of dead animals, show the absolute necessity for the immediate installation of a large incinerary plant. This is also made necessary by the method of handling garbage in this city. If we hope to prevent the recurrence of typhoid epidemics, and like diseases which are spread by the house fly, there must be municipal collection of garbage. This garbage could be destroyed by a large amount of paper waste which is being collected already, and the by-product could be sold at a good price as fertilizer. A plant which will incinerate all the waste, garbage, and rubbish can be installed for $12,000.

Another step in civic betterment is the adoption of modern, up-to-date health, plumbing, and housing codes. The public health code, which may be found in Title XXIX of the Revised Ordinances of 1908, is in no way suited to present needs; the amendments passed June 2, 1910, are too general. The plumbing code, Title XXVII, of the Revised Ordinances of 1908, needs revising.

Title XXIX, public health code, Chapters VI and VII, declare

Perales Decl.
00226

it to be a misdemeanor to refuse to place any building or premises in a sanitary condition as prescribed by the City Physician or the Council. Among other things, a comprehensive housing code should include provisions regulating: (1) The size of the lot; (2) the size and construction of the house; (3) location with reference to industries, saloons, and immoral resorts; (4) the lot and alley grade; (5) the prohibition of congestion; (6) the general sanitation of the premises; (7) yard space; (8) maximum rental rate.

Austin is paying heavily because of her bad housing conditions. She has received much damaging advertising by permitting these conditions to exist. This city is destined to be a place of homes. It should and will become the Mecca for cultured people, a place where men, having made a success in business in smaller towns, are wont to make their residence. The best advertising the Austin Chamber of Commerce can do is to see that the housing conditions are improved at once. It is not right for a few men who chance to own this property to get rich by exorbitant rates, when their property damages the whole city from every viewpoint, including the business of the city. It is folly to defend the housing condition in Austin.

The Mexican and negro population are important factors in the commercial life of this city; they could not be dispensed with. Then why should we allow them to live under certain conditions which continually destroy their mental, moral, and physical efficiency? They are citizens and have an inherent right to decent conditions of living. They help generally to support the government. Also, they are voters, help select our and their rulers, lawmakers, and judges, and they should. Their vote is a distinct factor in municipal politics, and one sought diligently by every candidate for office. What kind of citizens can be expected to come from people who, from early childhood, have been huddled together into squalid shanties surrounded by filth, disease, and immorality?

To the bad housing conditions of this city are due the greater amount of crime and poverty. Seventy-five per cent of the names on the corporation court record will be found to live under bad housing conditions. This is quite reasonable, for immorality always follows congestion. The secretary of the United Charities tells me that 90 per cent of those helped by that association come

[fr]om [places that are the] worst. Not only do these places breed poverty, but they make the administration of the charity department a mere dispensary of food and clothing. The charities can do little constructive work; there is no way of removing causes as long as the persons helped remain in these unsanitary places. The point of attack now is to move the person assisted out of these districts, away from this environment, so the children will escape during their early life these degrading influences.

These shacks must be razed to the ground and the erection of such buildings prohibited by a modern housing code. These people must be moved to a better environment and taught how to live. It is true that certain criminaloids, who own this property and reap an enormous per cent income on it will object. The same owners hold honored positions in both church and society; wear their diamonds and ride in expensive touring cars off of the money they squeeze from these poor people. Such an owner is not criticised by his church, and the people in the city who fight the church and its influence sanction his business. As a result, he walks our streets a highly respected citizen.

The property between Congress Avenue and Rio Grande Street, and the river and Fourth Street is aptly suited for manufacturing establishments. The streets should be opened to railroad trackage, with suitable regulations, and the whole exempt from city taxes. Austin would then have something worth while to offer manufacturing enterprises, and would find it much easier to locate them in this city.

This would be an excellent place for the city abattoir. It would be close in and within easy reach of the city markets, would be easily inspected by the city inspectors, and would be connected with the city sewer and city water.

Thus the property owners would not necessarily lose anything by the change. To be sure, their property would be enhanced in value. Public health and decency demand that this be done. An enlightened public opinion will force such action.

Vice should be stamped out absolutely. Prostitution as a protection of the virtue of others is a superb fallacy. But if houses of prostitution are going to be permitted to exist, the Council should set aside a certain territory as a reservation somewhere away

86                    *Bulletin of the University of Texas*

from both the residence and the business sections of the city, where all prostitutes should be required to go. This should be well lighted, policed, and put under strict rules: (1) In the first place, the saloons must be divorced from the houses of prostitution; (2) all dancing should be prohibited; (3) music of a certain sort should be prohibited; (4) the general health conditions and sanitation of the premises should be carefully observed by the City Board of Health; (5) all owners of property in this district should be required to pay a special tax on the property; (6) the "lock hospital" plan should be instituted to care for the diseased inmates and to safeguard others against infection.

The shacks along Waller Creek should be moved back or torn down for one block on each side, the creek cleaned out, a gravel driveway put on either side, and parked from Twenty-seventh Street to the river. This is the only solution of the housing question along its bank. The bed of the creek divides the blocks into two parts, neither of which is deep enough for a residence lot. We may expect nothing but shacks to be erected here. At the same time, it would furnish the east side with a much needed park. The children at Bickler school and the high school would be given a beautiful playground, and they would not be forced longer to breathe the foul air from this indescribable deposit of filth. This would connect with the river front park the city is planning and give a continuous chain of parks and drives from the Country Club to the dam. Very few cities have such an endowment by nature, and Austin should hasten to take advantage of it.

Title XXXCI, Chapter VI, Articles 919 and 922 of the city ordinances, codified in 1908, regulate the erection of bill-boards and assign penalties for the violation of these rules. Article 919 says: "It shall also be unlawful for any person, firm, or corporation to place or cause to be placed in any street, alley, or sidewalk of the City of Austin any posters or advertising matter in the form of paper bills or advertisements, or to place the same in any street or alley in the City of Austin in such a manner or in such a way that the same is liable to become loose and blow about the streets or alleys of the City of Austin." Article 922 reads: "It shall be unlawful for any person, firm or corporation to place any sign, placard, notice, bulletin board, or advertising device of any nature or kind whatsoever, upon or against any pole erected, used, or

*A Social Survey of Austin*                    87

maintained in any street in the City of Austin for the support of any telegraph, telephone, or electric light wire or wires." These ordinances are too general. They leave it to the opinion of the person erecting the bill-board as to whether it is liable to become loose. The result is the constant violation of the ordinances. Furthermore, these provisions cover but a portion of the field in which bill-boards should be regulated.

An ordinance should be passed requiring every bill-board in the city to be torn down, and making it a misdemeanor for the erection of any in the future. They are not needed from a commercial standpoint, for the daily papers will more fully reach the public. They mar the beauty of the city, lower the value of surrounding property, are a fire menace, are injurious to the public health, and are detrimental to the morals of a community.

But if they are to be continued, they must be strictly regulated. I would suggest that ordinances be passed covering the following points. I do not claim that these provisions will be sufficient, but if adopted they will improve the existing conditions.

1. An ordinance requiring persons or corporations wishing to erect bill-boards to first get a permit from both the sanitary and fire inspectors, naming the place, manner of construction, and the nature of the advertisement.

2. An ordinance specifying the manner of construction and the material used.*

3. An ordinance requiring persons or corporations owning bill-boards to collect the trash and refuse from behind these boards as often as twice each week, and to place it in closed containers where it can be easily reached by the city trash wagons.

4. An ordinance providing for a board of censors, composed of the Mayor and two ministers appointed by the Council, who shall pass upon all pictures and signs before they are posted.

5. An ordinance requiring all persons or corporations owning such bill-boards to pay a special tax.

6. An ordinance requiring the secretary of the Board of Health to keep a record of the time and place of erection of each bill-board within the city.

No sanitary survey of this city would be complete without some three feet above the ground.

---

*"No billboard should be erected where the bottom plank is less than three feet above the ground.

Austin History Center · Austin Public Library

Perales Decl.
00228

viii

Append



Waller Creek (Characteristic View.)

A Part of City Dump along the River Front.

Austin History Center ❖ Austin Public Library

ix



There is a Bakery in Basement of this Residence. The foul air from Waller Creek has free access into the mixing room.



Dry Closets on Bank of Waller Creek. Attention is called to drain pipes which empty into creek.

Perales Decl.
00229



Mexican Children must find a Play-ground in the streets in front of saloons and other resorts.



Negro School House on West Twenty-fifth street. Attention is called to Open Closet and Filthy Drain on south side of Building.



Mexican shanties near Dump.



Negro Houses built out over Filthy Draw. Attention is called to the weeds. There have been two cases of typhoid in the second house during past ten months.

Austin History Center ♦ Austin Public Library

*endix*

ii

Perales Decl.
00230

xviii                                Appendix



Four of the Twenty-four Mexican shanties facing an Alley.

Mexican shanties. Notice the sign board says there are *seven* cottages on a plot of ground only 69x128 ft.

## Austin History Center ~ Austin Public Library

Appendix                                                                                     xix

| EQUIPMENT. | SCORE. | |
|---|---|---|
| | Perfect. | Allowed. |
| **COWS.** | | |
| Health. Apparently in good health..................... | 1 | |
| If tested with tuberculin within a year and no tuberculosis is found, or if tested within six months and all reacting animals removed, 5 (If tested within a year and reacting animals are found and removed, 2.) | | 6 |
| Food (clean and wholesome)........................... | 2 | |
| Water. Clean and fresh.................................... | 1 | |
| Convenient and abundant............................. | 1 | 2 |
| **STABLES.** | | |
| Location of stable. Well drained.......................... | 1 | |
| Free from contaminating surroundings.......... | 1 | 2 |
| Construction of stable.................................... | | |
| Tight, sound floor and proper gutter.............. | 2 | |
| Smooth, tight walls and ceiling..................... | 1 | |
| Proper stall, tie, and manger........................ | 1 | 4 |
| Provision for light: Four sq. ft. of glass per cow. (Three sq. ft., 3; 2 sq. ft., 2; 1 sq. ft., 1. Deduct for uneven distribution.) | | 4 |
| Bedding......................................................... | | 1 |
| Ventilation. Provision for fresh air, controllable flue system............ | 3 | |
| (Clean convenient, and abundant.) | | |
| (Windows hinged at bottom, 1.50; sliding windows, 1; other openings, 0.50.) | | |
| Cubic feet of space per cow, 500................... | 3 | |
| (Less than 500 ft., 2; less than 400 ft., 1; less than 300 ft., 0.) | | |
| Provision for controlling temperature........... | 1 | 7 |
| **UTENSILS.** | | |
| Construction and condition of utensils............. | 1 | |
| Water for cleaning........................................... | 1 | 2 |
| (Clean convenient, and abundant.) | | |
| Small-top milking pail..................................... | 1 | |
| Facilities for steam (Hot water, 0.50.)............. | 1 | |
| Milk cooler...................................................... | 1 | |
| (In milk house, not in kitchen.) | | |
| Clean milking suits........................................ | 1 | |
| **MILK ROOM OR MILK HOUSE.** | | |
| Location: free from contaminating surroundings................................................... | 1 | |
| Construction of milk room.............................. | 2 | |
| Floor, walls, and ceiling.................................. | | |
| Light, ventilation, screens.............................. | 1 | |
| Separate rooms for washing utensils and handling milk........................................... | 1 | |
| **Total**........................................................... | | 40 |

| METHODS. | SCORE. | |
|---|---|---|
| | Perfect. | Allowed. |
| **COWS.** | | |
| Cleanliness of cows. (Free from coarse dirt, 6.)......... | | 8 |
| **STABLES.** | | |
| Cleanliness of stables. | | |
| Floor................................................................ | 2 | |
| Walls............................................................... | 1 | |
| Ceiling and ledges........................................... | 1 | |
| Mangers and partitions................................... | 1 | |
| Windows........................................................ | 1 | 6 |
| Stable air at milking time. | | |
| Freedom from dust......................................... | 2 | |
| Freedom from odors...................................... | 3 | |
| Cleanliness of bedding.................................... | 1 | |
| Barnyard. Clean................................................... | 1 | |
| Well drained.................................................. | 1 | 2 |
| Removal of manure daily to field or proper pit. (To 50 feet from stable, 1.)........................ | | 2 |
| **MILK ROOM OR MILK HOUSE.** | | |
| Cleanliness of milk room................................. | | 3 |
| **UTENSILS AND MILKING.** | | |
| Care and cleanliness of utensils Thoroughly washed..................................... | 2 | |
| Sterilized in live steam for 15 minutes (Placed over steam jet, or scalded with boiling water, 2.)..................... | 3 | |
| Inverted in pure air........................................ | 3 | 8 |
| Cleanliness of milking..................................... | | 3 |
| Clean, dry hands............................................ | 3 | |
| Udders washed and dried............................... | 6 | |
| (Udders cleaned with dry cloth or brush at least 15 minutes before milking, 1.) | | 9 |
| **HANDLING THE MILK.** | | |
| Cleanliness of attendants in milk room......... | | 2 |
| Milk removed immediately from stable without pouring from pail.................... | | 2 |
| Cooled immediately after milking each cow.. | | 3 |
| Coo ed below 50° F. (51° to 55°, 4; 56° to 60°, 2.) | | 5 |
| Stored below 50° F. (51° to 55°, 2; 56° to 60°, 1.) | | 3 |
| Transportation below 50° F. (If delivered twice a day, allow perfect score.) (51° to 55°, 1.50; 56° to 60°, 1.) | | 2 |
| **Total**........................................................... | | 60 |

NOTE 1.—If any exceptionally filthy condition is found, particularly dirty utensils, the total score may be further limited.

NOTE 2.—If the water is exposed to dangerous contamination, or there is evidence of the presence of a dangerous disease in animals or attendants, the score shall be 0.

Score Card Suggested by the Federal Bureau of Animal Industry for the Sanitary Inspection of Dairy Farms.

Perales Decl.
00231