# Duplex Nation Historic District

# Austin, Travis County

Perales Decl.
00232

EX. 10



# TEXAS HISTORICAL COMMISSION

# *Memorandum*

TO: State Board of Review

FROM: Hannah Vaughan

DATE: November 10, 2006

RE: Duplex Nation Historic District

This nomination for the Wilshire Historic District was prepared by a University of Texas graduate student for a historic sites documentation class with assistance from THC staff.

The Duplex Nation Historic District is located in Austin, a few miles northeast of the capitol. The district is comprised entirely of two-story, stuccoed, concrete duplexes constructed in 1948. Each houses one two bedroom one bath unit on each floor. Each duplex is distinguished by its combination of roof form and porch configuration. The majority of properties are accompanied by a freestanding, concrete block two-car garage. Of the 77 duplexes in this district, 75 or 97% can be classified as contributing properties. There are 62 garages within the district boundaries of which, 53 or 85% are contributing. With no tear downs or major additions the Duplex Nation Historic District retains a remarkably high degree of integrity

The Duplex Nation Historic district is a wholly intact example of properties constructed to fulfill the housing needs of moderate-income families after World War II. The neighborhood illustrates trends in mass production and tract development occurring throughout the nation. While representative of local and national housing trends it is unique as the only concentration of mid-20th century duplex tract housing in Austin.

The Duplex Nation Historic District is eligible for listing on the National Register of Historic Places under Criterion A in the area of Community Planning and Development at the local level of significance.

**Perales Decl.**
**00233**

*The State Agency for Historic Preservation*

(Oct. 1990)
**United States Department of the Interior**
**National Park Service**

**NATIONAL REGISTER OF HISTORIC PLACES**
**REGISTRATION FORM**

---

### 1. NAME OF PROPERTY

**HISTORIC NAME:** Duplex Nation Historic District
**OTHER NAME/SITE NUMBER:** Delwood III, Delwood Section 3, Willow Brook Addition

---

### 2. LOCATION

**STREET & NUMBER:** Maplewood, Kirkwood, Ashwood & Wrightwood Roads
**CITY OR TOWN:** Austin          **VICINITY:** N/A          **NOT FOR PUBLICATION:** N/A
**STATE:** Texas     **CODE:** TX     **COUNTY:** Travis     **CODE:** 453     **ZIP CODE:** 78722

---

### 3. STATE/FEDERAL AGENCY CERTIFICATION

As the designated authority under the National Historic Preservation Act, as amended, I hereby certify that this ( x nomination) (__ request for determination of eligibility) meets the documentation standards for registering properties in the National Register of Historic Places and meets the procedural and professional requirements set forth in 36 CFR Part 60. In my opinion, the property ( x meets) ( _ does not meet) the National Register criteria. I recommend that this property be considered significant ( _ nationally) ( _ statewide) ( x locally). (__ See continuation sheet for additional comments.)

_____    _____
**Signature of certifying official**                                Date

State Historic Preservation Officer, Texas Historical Commission
**State or Federal agency and bureau**

In my opinion, the property ___ meets ___ does not meet the National Register criteria. (__ See continuation sheet for additional comments.)

_____    _____
Signature of commenting or other official                          Date

State or Federal agency and bureau

---

### 4. NATIONAL PARK SERVICE CERTIFICATION

I hereby certify that this property is:                Signature of the Keeper              Date of Action

___ entered in the National Register
   ___ See continuation sheet.
___ determined eligible for the National Register
   ___ See continuation sheet
___ determined not eligible for the National Register

___ removed from the National Register

___ other (explain): _____

Perales Decl.
00234

USDI/NPS NRHP Registration Form
Duplex Nation Historic District, Austin, Travis County, Texas                    Page 2

## 5. CLASSIFICATION

**OWNERSHIP OF PROPERTY:** Private

**CATEGORY OF PROPERTY:** District

**NUMBER OF RESOURCES WITHIN PROPERTY:**

| CONTRIBUTING | NONCONTRIBUTING | |
|---|---|---|
| 137 | 11 | BUILDINGS |
| 0 | 0 | SITES |
| 0 | 0 | STRUCTURES |
| 0 | 0 | OBJECTS |
| 137 | 11 | TOTAL |

**NUMBER OF CONTRIBUTING RESOURCES PREVIOUSLY LISTED IN THE NATIONAL REGISTER:** 0

**NAME OF RELATED MULTIPLE PROPERTY LISTING:** N/A

## 6. FUNCTION OR USE

**HISTORIC FUNCTIONS:** DOMESTIC/ multiple dwelling; DOMESTIC/ secondary structure=garage

**CURRENT FUNCTIONS:** DOMESTIC/ multiple dwelling, single dwelling; DOMESTIC/ secondary structure=garage

## 7. DESCRIPTION

**ARCHITECTURAL CLASSIFICATION:** NO STYLE

**MATERIALS:**   FOUNDATION CONCRETE
                 WALLS CONCRETE, STUCCO
                 ROOF WOOD, ASPHALT
                 OTHER METAL

**NARRATIVE DESCRIPTION** (see continuation sheets 7-5 through 7-▊).

Perales Decl.
00235

## 8. STATEMENT OF SIGNIFICANCE

### APPLICABLE NATIONAL REGISTER CRITERIA

X  A   PROPERTY IS ASSOCIATED WITH EVENTS THAT HAVE MADE A SIGNIFICANT CONTRIBUTION TO THE BROAD PATTERNS OF OUR HISTORY.
___ B   PROPERTY IS ASSOCIATED WITH THE LIVES OF PERSONS SIGNIFICANT IN OUR PAST.
___ C   PROPERTY EMBODIES THE DISTINCTIVE CHARACTERISTICS OF A TYPE, PERIOD, OR METHOD OF CONSTRUCTION OR REPRESENTS THE WORK OF A MASTER, OR POSSESSES HIGH ARTISTIC VALUE, OR REPRESENTS A SIGNIFICANT AND DISTINGUISHABLE ENTITY WHOSE COMPONENTS LACK INDIVIDUAL DISTINCTION.
___ D   PROPERTY HAS YIELDED, OR IS LIKELY TO YIELD, INFORMATION IMPORTANT IN PREHISTORY OR HISTORY.

**CRITERIA CONSIDERATIONS:** N/A

**AREAS OF SIGNIFICANCE:** Community Planning and Development

**PERIOD OF SIGNIFICANCE:** 1948-1956

**SIGNIFICANT DATES:** N/A

**SIGNIFICANT PERSON:** N/A

**CULTURAL AFFILIATION:** N/A

**ARCHITECT/BUILDER:** Connolly Delwood Development Company

**NARRATIVE STATEMENT OF SIGNIFICANCE** (see continuation sheets 8-# through 8-#).

## 9. MAJOR BIBLIOGRAPHIC REFERENCES

**BIBLIOGRAPHY** (see continuation sheets 9-# through 9-).
**PREVIOUS DOCUMENTATION ON FILE (NPS):** N/A
   _ preliminary determination of individual listing (36 CFR 67) has been requested.
   _ previously listed in the National Register
   _ previously determined eligible by the National Register
   _ designated a National Historic Landmark
   _ recorded by Historic American Buildings Survey #
   _ recorded by Historic American Engineering Record #
**PRIMARY LOCATION OF ADDITIONAL DATA:**
   x State historic preservation office *(Texas Historical Commission)*
   _ Other state agency
   _ Federal agency
   x Local government
   _ University
   x Other -- Specify Repository: *Austin History Center*

USDI/NPS NRHP Registration Form
Duplex Nation Historic District, Austin, Travis County, Texas                                  Page 4

## 10. GEOGRAPHICAL DATA

**ACREAGE OF PROPERTY:**

**UTM REFERENCES**          Zone    Easting         Northing

**VERBAL BOUNDARY DESCRIPTION:** The district includes all properties facing onto Maplewood, Kirkwood, Ashwood and Wrightwood Roads. Further defined by the rear property line behind those houses on the east side of Maplewood Road from 381/2 street to Wilshire Blvd and the rear property line behind those properties on the west side of Maplewood from Wilshire Blvd to its intersection with the rear property line behind Kirkwood road which forms the northern boundary. The western boundary is formed by rail road tracks and the southern boundary is formed by Ashwood Road.

**BOUNDARY JUSTIFICATION:** (see continuation sheet 10-▓)

## 11. FORM PREPARED BY

**NAME/TITLE:** Melissa Huber

**ORGANIZATION:** University of Texas at Austin         **DATE:** May 15, 2006

**STREET & NUMBER:** 1 University Station, B7500         **TELEPHONE:** 512-663-5864

**CITY OR TOWN:** Austin         **STATE:** Texas         **ZIP CODE:** 78712-0222

### ADDITIONAL DOCUMENTATION

**CONTINUATION SHEETS**

**MAPS** (see continuation sheet Map-▓)

**PHOTOGRAPHS** (see continuation sheet Photo-▓)

**ADDITIONAL ITEMS** (see continuation sheets Figure- through Figure-)

### PROPERTY OWNER

**NAME:** (on file with the THC)

**STREET & NUMBER:**                                           **TELEPHONE:**

**CITY OR TOWN:**         **STATE:**                           **ZIP CODE:**
DESCRIPTION

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section 7  Page 5

Duplex Nation Historic District
Austin, Travis County, Texas

The Duplex Nation Historic District is located in Austin, a few miles northeast of the capitol. The district is comprised entirely of two-story, stuccoed, concrete duplexes constructed in 1948. Each houses one two bedroom one bath unit on each floor. The duplexes are simple two-story boxes with minimal stylistic language, however each duplex is distinguished by its combination of roof form and porch configuration. The variations of front-gable, side-gabled or hipped roof, full-width, partial-width, and integral or freestanding porch are used to create seemingly infinite number of combinations. The residences are arranged with uniform setbacks and the majority are accompanied by a freestanding, concrete block two-car garage. Each duplex has developed an individual character over the years. Many of the buildings have been painted bright colors or small modifications have been made to the exterior. The majority of the contemporary alternations however are compatible with the historic materials and design. Of the 77 duplexes in this district, 75 or 97% can be classified as contributing properties. There are 62 garages within the district boundaries of which, 53 or 85% are contributing. With no tear downs or major additions the Duplex Nation Historic District retains a remarkably high degree of integrity

The Duplex Nation Historic District is located in east Austin just outside of the central corridor that encompasses the university and downtown areas. The district includes all of the Delwood III development (named in relationship to the adjacent developments of Delwood I and Delwood II) and the western-most edge of the Willow Brook Addition subdivision. This area, which forms the Historic District, is commonly referred to as Duplex Nation by current residents of the community.

Directly to the north is the district is the Whilshire Wood neighborhood, predominantly composed of mid-century architect-designed limestone ranch houses. To the south is Maplewood Elementary School, constructed in 1952. To the east, the rest of Willow Brook Addition neighborhood is comprised of single family homes of the same period. Western boundary is formed by IH 35 and rail road tracks. The duplexes are unique in a neighborhood of single-family one story residential.

Duplex Nation Historic District is laid out along four streets: Kirkwood, Ashwood, Wrightwood and Maplewood Roads. Maplewood runs north south and forms the eastern boundary. Kirkwood and Ashwood run east-west and dead end at Maplewood. On the west side of the district Ashwood curves north and becomes Wrightwood road off of which Kirkwood forms a cul-de-sac. Historically all properties were served by an alley, however not all of the alleyways continue to be maintained. The alley between Kirkwood and Ashwood remains completely accessible by car, others are only partially passible, or completely overgrown.

Properties on the east side of the district are located at a higher elevation with the landscape sloping down to the west. The lot sizes are generally uniform and rectilinear, though they become irregular in shape were the streets curve and around the Kirkwood Road cul-de-sac. Typically, there is one duplex and one garage per lot. In general, there are no fences or other barriers between lots. The duplexes are uniformly setback in the center of each lot with enough open space for lawns in the front and back. The yards are all grass but other vegetation and landscaping, such as trees, manicured shrubs, or gardens, vary from property to property. All of the properties are visible from the street.

**Perales Decl.**
**00238**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  7   Page  6

Duplex Nation Historic District
Austin, Travis County, Texas

The buildings in the Duplex Nation Historic District originally served a multi-family residential function. The residences were designed as two-story duplexes with upstairs-downstairs two bedroom, one bath units. They are constructed of concrete block, covered with stuccoed and painted. In general, the duplexes have simple plans (square or L-shaped) with projections from the principal mass that are smaller than room-size.

The duplexes cannot be accurately categorized by a particular stylistic influence. The buildings were designed with a basic form with variation of decorative treatments applied to the façade. The units are principally distinguished by either a front or side gabled, or hipped roof, and porches which are either integrated into the principal mass or not and may be full width or partial width, in the center or on the side. No single feature is dependant on another, for example one side-gabled house may have a full width porch while another may have two smaller porches at the outer corners of the façade. This variation of design elements provides a subtle texture to the seemingly homogeneous appearance of the district.

All The roofs are wood frame with painted wood fascia and soffits and asphalt shingles. The most common roof form is side gabled, followed by front gabled, with hipped roofs occurring less frequently. Font gabled examples usually have a circular or rectangular vent in the center of the pediment. Those roofs that are hipped have deep, overhanging eaves.

The porches present the widest variety of configurations. Some incorporate second floor balconies, while others, even those with the same form, do not. Four general porch types can be distinguished among the variations. One type is a full-façade, full-height porch with second floor balcony and railings. These porches are always separate from the main roof and are capped by a flat roof. A second type is the central partial-façade, full height porch with second floor balcony and railings, also under a separate roof. This type may have a flat roof or a front-gabled roof with pediment. A third porch type has two full-height, inset porches on both sides of the front façade. Duplexes of this type may or may not have a second-floor balconies. Finally, there is a similar porch type for which only one end of the front façade has a full-height, inset porch (approximately 1/3 of the façade). Again, this type may or may not have a second-floor balcony and railings. This final type represents one of the few asymmetrical façade arrangements.

Porch supports throughout the district are either wood or metal. Most wood posts are box columns, while the metal supports are either round pipe or leafy faux wrought iron. The prevalence of these three types of supports makes it difficult to distinguish which, if any, are later modifications.

The majority of properties retain their original multi-pane metal casement windows. The window sizes are predominantly 2x3, 3x5, 3x5, 4x5, and 5x6. Some of the duplexes feature a central 5x6 metal casement bay window with a hipped roof at the first floor. One variation of fenestration is the inclusion of fixed shutter on some facades.

Each unit has a separate exterior door. Access to the second floor is either located on the front or side elevation on the first floor with an interior staircase, or, less frequently an exterior stair leads to a side entrance. Many ground floor side entrances are surrounded by a small, front-gabled porch. There are a few examples of duplexes with a unique entrance porch variation. These have a one-story, partially enclosed entrance porch (approximately 1/3 of the façade) at one end of the front façade. There are two doorways at the porch with one entering on the front façade and one entering to one side. The roof for this entrance porch type is hipped.

**Perales Decl.**
**00239**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section _7_ Page _7_

Duplex Nation Historic District
Austin, Travis County, Texas

Other exterior features include, side staircases, and rear decks most of which appear to be later modifications or replacements.

Interior
All duplexes were built with two units, one on the ground floor and one on the second floor. Although floor plans vary each unit is approximately nine hundred square feet with two bedrooms and one bathroom, a kitchen, living room, dining room and a short hall. Rooms are compact but comfortable, and most units include at least one porch or balcony. The interior partition walls are also constructed of concrete block and floors are hardwood.

The concrete block construction on the duplexes makes additions and alterations difficult and as a result most of the duplexes retain their original form. Some duplexes have been converted to single family homes, however this has not compromised their exterior character. There are only two non-contributing duplexes in the district, both due to substantial and incompatible porch modifications.

Garages
A freestanding garage accompanies each duplex in the district. The garages are located on the back of the lots and historically, each was accessible by alleyway. Some alleys are still intact, such as one between Ashwood and Kirkwood, while others have not been maintained and are overgrown or only passable on foot. It is apparent that historically the garages were identical in design. All but three garages are free standing square-plan concrete block structures with wood-framed front-facing gable roofs. The only openings in the garages are the for the garage door, two solid wood double doors. By today's standards the garages are small even for a single car but the historic door configuration suggests they were intended as two-car garages. Unlike the duplexes the garages were not stuccoed originally. Most garages have undergone some type of alteration; most commonly the two garage doors have been replaced or removed. A number of garages have been converted into apartments including some with second story additions. Fifteen garages have been demolished, in most cases the concrete foundation remains. There are three garages which deviate from the typical design; these are wood carport structures with a small enclosed shed space. They appear to be of historic age and their similarity to one another suggests they may have all been built at the same time.

Garages which still retain their overall form are considered contributing, as are the wood carports. Because the garages are located at the back of the properties and they face onto alleyways which are not major traffic arteries, most garage alterations are not visible from the street, therefore a garage which has been converted into an apartment may still look the same from the rear, street facing, elevation. Garages with second story or side additions or which no longer have a roof are considered non contributing.

The duplexes all continue to serve a residential function. The majority continue to serve as rentals, though many are owner occupied and some have been converted into single-family homes. Most of these single-family conversions still read as duplexes from the exterior. There are some instances where new decorative elements have replaced historic materials, particularly in the case of porch supports and railings. Other façade changes include modified staircases, decks and new paint colors. The majority of the contemporary alternations however, are compatible with, and often indistinguishable from, the historic materials and design. In some cases, window air-conditioning units are visible and some metal casement windows are missing panes or have been replaced with sash windows.

**Perales Decl.**
**00240**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section _7_ Page _8_

Duplex Nation Historic District
Austin, Travis County, Texas

There have not been any significant additions to the duplexes such as new floors or additional wings. There have been no duplex teardowns and, therefore, there are no empty lots or new construction in the neighborhood to disrupt the continuity of the district. Though there are a number of garages that have been demolished, the majority are intact. Some have been painted, enclosed, or converted into apartments, but most of these have maintained their integrity. The buildings do not exhibit severe deterioration, though several of the duplexes suffer deferred maintenance. The continuity of massing and façade design makes the Duplex Nation Historic District unique and clearly distinguishable from the adjacent neighborhoods, which are largely composed of single-family homes. Duplex Nation Historic District retains integrity of location, design, setting, materials, workmanship, feeling and association to a high degree.

Inventory of Properties

Dates for the inventory of properties are based on Travis Central Appraisal District (TCAD) records. "C" denotes a contributing property, "NC" denotes a non-contributing property, and "n/a" indicates those properties were a garage is no longer present. Additional notes about the duplex are included under "Other".

| ADDRESS | DATE | OTHER | GARAGE | STATUS |
|---|---|---|---|---|
| 3809 Maplewood | 1948 | Metal porch supports, second-floor balconies on both sides of façade | NC | C |
| 3811 Maplewood | 1948 | Metal porch supports and railings | n/a | C |
| 3813 Maplewood | 1948 | Metal porch supports and railings | C | C |
| 3815 Maplewood | 1948 | Metal porch supports, second-floor balconies on both sides of façade | n/a | C |
| 3817 Maplewood | 1948 | Wood porch supports and railings | n/a | C |
| 3819 Maplewood | 1948 | Metal porch supports and railings; sash windows | n/a | C |
| 3821 Maplewood | 1948 | Wood porch supports; sash windows | n/a | C |
| 3901 Maplewood | 1948 | Metal porch supports and railings | NC | C |
| 3902 Maplewood | 1948 | Wood porch supports and railings | C | C |
| 3903 Maplewood | 1948 | Wood porch supports and metal railings; first-floor windows are partially filled with sash windows | n/a | C |
| 3904 Maplewood | 1948 | Wood porch supports | C | C |
| 3905 Maplewood | 1948 | Wood porch supports and railings | n/a | C |
| 3907 Maplewood | 1948 | Metal porch supports and railings | NC | C |
| 3909 Maplewood | 1948 | Wood porch supports | NC | C |
| 4001 Maplewood | 1948 | Metal porch supports and railings | C | C |
| 4003 Maplewood | 1948 | Wood porch support, no second-story balcony | C | C |
| 4004 Maplewood | 1948 | Inappropriate wood porch addition | C | NC |
| 4005 Maplewood | 1948 | Metal porch supports and railings; second-floor balcony extension and staircase to proper right | C | C |
| 4006 Maplewood | 1948 | Wood porch supports; second-floor balcony removed; second-floor door enclosed | C | C |
| 4008 Maplewood | 1948 | Three shallow arched openings with column supports at one corner, of the; half-moon detail above first-floor windows | C | C |

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section _7_ Page _9_

Duplex Nation Historic District
Austin, Travis County, Texas

| | | | | |
|---|---|---|---|---|
| 4010 Maplewood | 1948 | Metal porch supports and railings | n/a | C |
| 4012 Maplewood | 1948 | Wood porch supports and metal railings | C | C |
| 4014 Maplewood | 1948 | Three shallow arched openings with column supports at one corner, of the; half-moon detail above first-floor windows | C | C |
| 4016 Maplewood | 1948 | No porch supports or second-floor balcony | C | C |
| 1300 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1301 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1302 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1303 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1304 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1305 Kirkwood | 1948 | Wood porch supports | C | C |
| 1307 Kirkwood | 1948 | Wood porch supports, second-floor balcony on proper left with metal railings, flat porch roof | C | C |
| 1400 Kirkwood | 1948 | Wood porch supports | C | C |
| 1401 Kirkwood | 1948 | Metal porch supports, second-floor balconies on both sides of façade, sash windows | C | C |
| 1402 Kirkwood | 1948 | Wood porch supports and railings | NC | C |
| 1403 Kirkwood | 1948 | Fully enclosed front facade | n/a | NC |
| 1404 Kirkwood | 1948 | Wood porch supports and railings | C | C |
| 1405 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1406 Kirkwood | 1948 | Wood porch supports | C | C |
| 1407 Kirkwood | 1948 | Wood porch supports | C | C |
| 1408 Kirkwood | 1948 | Wood porch supports and railings | NC | C |
| 1409 Kirkwood | 1948 | Metal porch supports, sash windows in bay window | C | C |
| 1410 Kirkwood | 1948 | Wood porch supports and railings, no second-floor porch | C | C |
| 1411 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1412 Kirkwood | 1948 | Metal porch supports; second-floor balcony removed, second-floor doorway enclosed | n/a | C |
| 1413 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1500 Kirkwood | 1948 | Wood porch supports and railings | n/a | C |
| 1501 Kirkwood | 1948 | Wood porch supports; central sash windows | n/a | C |
| 1502 Kirkwood | 1948 | Wood porch supports and railings, panes missing from casement windows | n/a | C |
| 1503 Kirkwood | 1948 | Wood porch supports and railings | C | C |
| 1504 Kirkwood | 1948 | Wood porch supports and railings | n/a | C |
| 1505 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1506 Kirkwood | 1948 | Wood porch supports and railings; shed roof over side entrance porch | NC | C |
| 1507 Kirkwood | 1948 | No porch supports | n/a | C |
| 1508 Kirkwood | 1948 | Wood porch supports, no second-floor balcony, panes missing | C | C |

Perales Decl.
00242

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section _7_ Page _10_

Duplex Nation Historic District
Austin, Travis County, Texas

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | from casement windows |  |  |
| 1509 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1510 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 1511 Kirkwood | 1948 | Metal porch supports and railings | C | C |
| 3900 Wrightwood | 1948 | Metal porch supports and railings | C | C |
| 3901 Wrightwood | 1948 | Metal porch supports and railings | C | C |
| 3902 Wrightwood | 1948 | Porch removed, second-floor doorway enclosed | C | C |
| 3903 Wrightwood | 1948 | Wood porch supports, open on all sides | NC | C |
| 3904 Wrightwood | 1948 | Metal porch supports and railings, some missing casement panes | C | C |
| 4002 Wrightwood | 1948 | Metal porch supports and railings | C | C |
| 1400 Ashwood | 1948 | Metal porch supports and railings | C | C |
| 1401 Ashwood | 1948 | Wood porch supports | C | C |
| 1402 Ashwood | 1948 | Wood porch supports | C | C |
| 1403 Ashwood | 1948 | Wood porch supports, second-floor balconies on both sides of façade | C | C |
| 1404 Ashwood | 1948 | Wood porch supports and railings | C | C |
| 1406 Ashwood | 1948 | Wood porch supports | C | C |
| 1408 Ashwood | 1948 | Wood porch supports and railings; sash windows | C | C |
| 1410 Ashwood | 1948 | Original porch replaced with one-story wood porch with second-floor balcony and staircase; sash windows; sheet metal roofing | NC | C |
| 1500 Ashwood | 1948 | Wood porch supports and railings, no second-floor balcony | C | C |
| 1502 Ashwood | 1948 | Wood porch supports and railings | C | C |
| 1504 Ashwood | 1948 | Wood porch supports and railings | C | C |
| 1506 Ashwood | 1948 | Wood porch supports and railings | C | C |
| 1508 Ashwood | 1948 | Wood porch supports and railings | C | C |
| 1510 Ashwood | 1948 | Metal porch supports and railings | C | C |

REPRESENTATIVE PROPERTIES
The following properties have been selected to represent the various types of porch and roof configurations present in the district. Photos are included on continuation sheets.

1304 Kirkwood
This type has a full-façade, full-height porch with second floor balcony and metal porch supports and railings. On the primary façade at each floor there is a central doorway with 3x5 metal casement windows on either side. The duplex roof is side-gabled while the porch roof is flat. The second story entrance is located on the side of the building near the front. There is a small front-gabled porch with pediment at this entrance.

3901 Maplewood
This type is similar to 1304 Kirkwood, but with a partial façade porch. The central partial-façade, full-height porch has a second floor balcony and metal porch supports and railings. On the primary façade at each floor there is a central

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section 7  Page 11

Duplex Nation Historic District
Austin, Travis County, Texas

---

doorway. On the proper left side of the front façade there is a 3x5 metal casement window at each floor. There is a 2x3 metal casement window at each floor on the proper right side of the front façade. The duplex roof is side-gabled. The porch roof is front-gabled with pediment. There is an exterior staircase leading to a second floor entrance on one side.

### 1307 Kirkwood
The façade of this type is divided approximately into thirds. There is a full-height, inset porch on both sides of the front façade creating a central projecting bay. Porch supports are wood and the second floor balcony has a geometric pattern metal railing which is likely a later addition. A central 5x6 metal casement bay window with hipped roof is located at the first floor. Above the bay window at the second floor is a 4x5 metal casement window. Two 2x3 metal casement windows, one at each floor, are visible on the front façade of the proper right inset. On the front façade of the proper left inset, there is an entrance at the ground floor and a 2x5 metal casement window at the second floor. There is a 2x5 metal casement window at each floor on both sidewalls of the central protruding façade. The duplex roof is side-gabled with a flat porch. There is an exterior staircase leading to a second floor entrance on one side.

### 1305 Kirkwood
The façade of this type is divided approximately into thirds. It is similar to 1307 Kirkwood but for a front gable and absence of a second floor balcony. There is a full-height, inset porch on both sides of the front façade. A central 5x6 metal casement bay window with hipped roof is located at the first floor. Above the bay window at the second floor is a central 4x5 metal casement window. Two 2x3 metal casement windows, one at each floor, are visible on the front façade of the proper right inset. On the front façade of the proper left inset, there is an entrance at the ground floor and a 2x5 metal casement window at the second floor. There is a 2x5 metal casement window at each floor on both sidewalls of the central protruding façade. The duplex roof is front-gabled with pediment and circular vent in the center. The windows are flanked by decorative shutters. There is an exterior staircase leading to a second floor entrance to the front of one of the sides.

### 3904 Wrightwood
This type represents one of the few asymmetrical configurations in the district with only one inset bay. At the proper left end of the front façade there is a full-height, inset porch (approximately 1/3 of the façade) with second-floor balcony and metal porch supports and railings. There is a 3x4 metal casement window at each floor of the front façade in this inset. Additionally, there is a doorway at both floors on the sidewall of the inset porch. At the opposite end of the front façade there is a small, one-story entrance porch with front-gabled roof. At the center of the front façade there is a 4x5 metal casement window at each floor. The duplex roof is side-gabled.

### 4008 Maplewood
This type occurs rarely in the district and is the only one to have a decorative treatment on the façade. It has a one-story partially enclosed entrance porch (approximately 1/3 of the façade) at the proper left end of the front façade. There are two doorways at the porch with one entering on the front façade and one entering to one side. There are three shallow arched openings with column supports at one corner of the porch and the roof is hipped. There are two 3x5 metal casement windows along the first floor of the front façade. These windows have a half-moon detail impressed above them. From proper right to proper left at the second-floor of this façade, there is one 3x5 metal casement window and two 2x5 metal casement windows. The duplex roof is hipped.

**Perales Decl.**
**00244**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __7__  Page __12__

Duplex Nation Historic District
Austin, Travis County, Texas

NON-CONTRIBUTING PROPERTIES
There are 9 garage structures within the Duplex Nation Historic District that are considered non-contributing due to alterations or deterioration. Only two of the duplexes within the neighborhood are classified as non-contributing due to inappropriate façade additions.

<u>4004 Maplewood</u>
This duplex is similar to representative property 3904 Wrightwood. However, porch and balcony elements have been constructed of rough hewn logs in an elaborate pattern which extend beyond the original porch line. The design in out of scale and the materials are inconsistent with other minor alterations within the neighborhood.

<u>1403 Kirkwood</u>
This property appears similar to 1304 Kirkwood. The full width front porch has been enclosed on both levels with wood vertical groove siding thus obscuring the front elevation.