NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  8   Page  13

Duplex Nation Historic District
Austin, Travis County, Texas

---

The Duplex Nation Historic district is a wholly intact example of properties constructed to fulfill the housing needs of moderate-income families after World War II. The neighborhood represents post-war suburban development patterns fueled by the "baby boom", advances in building technology, and federal incentives for home ownership. The Duplex Nation neighborhood illustrates trends in mass production and tract development occurring throughout the nation. While representative of local and national housing trends it is unique as the only concentration of mid-20th century duplex tract housing in Austin. The period of significance for the Duplex Nation Historic District is 1948, year construction began, and extends to 1957, the fifty year mark. The Duplex Nation Historic District is eligible for listing on the National Register of Historic Places under Criterion A in the area of Community Planning and Development at the local level of significance.

---

The Duplex Nation Historic District is located northeast of downtown Austin between IH 35 and the Muller Airport. The southwest boundary of the district wraps Maplewood Elementary School, constructed in 1952, and the west boundary abuts the Delwood shopping center, construced 1951 but rebuilt extensively in the 1990s. The larger neighborhood is known today as Cherrywood. The Cherrywood Neighborhood is predominantly minimal traditional or mid century ranch single-family homes executed in wood and stone.

Duplex Nation encompasses all of the Delwood III subdivision and a strip of lots along the western edge of the neighboring Willow Brook Addition. The other homes in Willow Brook are single-family residences that were either constructed to the owner's specifications or by the developer who offered to build a two-bedroom, one-bathroom house on the lot for $10,000. Delwood I and II are architecturally unrelated subdivisions directly north of the Duplexes developed during the same period.

The two-family, two-story concrete duplexes of the district stand in contrast to the surrounding housing stock. The duplexes differ not only in materials and form, but in function as well. The Duplexes offered a lower-cost housing or rental option for families of modest means during the post-war housing boom.

History of Duplex Nation
The Duplex Nation Historic District is located on land granted to Thomas L. Hawkins of Kentucky in 1841 by Mirabeau B. Lamar, then President of Texas. The property covered 510 acres of northeast Austin, the capital of the republic laid out only a few years earlier. Ensuing city records refer to this area as the Thomas Hawkins Survey. In 1850, county clerk Ashford B. McGill purchased 165 acres of the survey area, which he turned around and sold in smaller portions over the course of twelve years. Richard Schieffer, a meat market owner, came into possession of 96 acres of the Thomas Hawkins Survey in 1887. This acreage, which includes present day Delwood III and Willow Brook Addition, was, at the time, largely agricultural with a few scattered frame structures. The Schieffer family held the land for the next sixty years.

During the same period the city of Austin grew steadily after the civil war when it received rail service. Its population grew from eleven thousand in 1880 to thirty-five thousand in 1920. In 1941 the city constructed two dams which provided abundant hydroelectric power and in 1942 Del Valle Army Air base opened.[1] As the city's population grew so did the city limits and residential development cropped up in newly incorporated areas.

---

[1] AUSTIN Handbook of Texas Online

Perales Decl.
00246

NPS Form 10-900-a  
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  8   Page  14

Duplex Nation Historic District
Austin, Travis County, Texas

In 1924 Bascom and Effie Giles moved to a home in an area north of the district near what is now IH 35. They owned 200 surrounding acres and proceeded acquire more land in the area. The Bascoms actively encouraged the development of the area over the next thirty years and were instrumental in the transformation of the area from farmland to residential communities served by an interregional highway and shopping center. In 1928 Giles sold some of his acerage, still outside the city limits, to the city of Austin for an airport. Muller airport, located just east of Duplex Nation served as the city airport until 1993. In 1941 the city annexed parts of the Thomas Hawkins survey and the area was quickly subdivided and developed into residential plots over the next decade.

Giles became Commissioner of the General Land Office in 1938, he is acknowledged by many sources as being involved in the development of Delwoods I, II, and III though it is unclear exactly what his direct role in the development of the Duplexes was. Giles is noted for his implication in the Veteran's Land Board Scandal for which he was sent to prison in 1955. The scandal, which involved using the signatures of veterans to acquire land under the GI bill without their knowledge, was related to his role as Land commissioner rather than the development of the Duplexes or Delwood.

In the 1940s Emmett P. and Jeanette Schieffer began subdividing and selling thier family's land. In 1946, 40 acres of the property was sold to a developer named Perry Jones. Jones had the land platted as the Willow Brook Addition and was selling lots by 1948. In late 1947, James D. Connolly, trading as Delwood Development Company, filed a plat map for Delwood Section Three. The area was platted by C. Coatsworth Pinkney, a local landscape architect who worked prolifically in the Austin area. For the deed restrictions filed in 1948, Connolly is listed as the sole owner of the property. However, a easement plat map filed later in 1948 is signed by Bascom Giles, "President".

Only a small number of the duplexes were owner occupied in early city directories, two in 1949, and four more in 1952 indicating that most of the units were rentals. Directories list a large number of occupants as members of the Air Force, presumably based at Bergstrom Air Force Base. Other occupations include students, assistants and clerks indicating that the duplexes attracted young families on small budgets. Like many residential developments at the time, the Delwood III development contained a restrictive covenant which prohibited non-whites from owning or residing in the neighborhood.

At some point in the late 1940s East Avenue, a north-south street near the western boundary of Duplex Nation, became an interregional highway and a major traffic artery. In the 1960s East avenue would become IH35, a double decker freeway which became physical barrier between the neighborhood from the rest of Austin. However, in 1951 the interregional highway seemed a promise of growth for the area. That year Basom Giles opened Delwood Shopping Center. The Center, wedged between East Avenue and Duplex Nation, was Austin's first completely "modern" shopping center. Modern, meant auto focused, and the complex was located on a major traffic artery and boasted twelve acres of parking.[2] Bascom Giles told the Austin Statesman "I expect this to be only the first of many fine developments along the interregional highway...undoubtedly many other developments will be built along this artery of traffic."[3] The following year, Maplewood, a public elementary school, opened at the southwest edge of the district. Shopping, schools, and highway access were important services for not just Duplex Nation, but all of the neighborhoods which sprang up in the area in the post-war period.

---

[2] Delwood Center Austin Statesman 19 October 1951  
[3] Ibid.

**Perales Decl.
00247**

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  8   Page  15
Duplex Nation Historic District
Austin, Travis County, Texas

Post-War Housing
The same forces which transformed farmland on the outskirts of Austin into neighborhoods of suburban housing in the matter of a decade were at work all across the country. Demand for housing along with increased access to homeownership created the largest building boom in US history, most of it occurring in newly created suburbs.[4] The national housing industry, which had been largely stagnant during The Great Depression and WWII, was not prepared to absorb the need for housing by soldiers returning home after the war.

At the same time, federal programs which made it easier than ever for Americans to buy homes further spurred the demand. The Federal Housing Administration (FHA) and National Housing Act, created in 1934 provided federal insurance for home loans from private institutions extended the repayment periods, and lowered interest rates. The "GI" Bill of 1944 guaranteed home loans for veterans. Other federal programs aimed at encouraging private residential development and improved highway systems, helped cities and developers meet those needs more quickly. The Defense Housing Program of 1941 as well as other federal programs spurred new home construction by increasing credit available to builders. The Federal Aid Highway Act of 1944 envisioned a national network of highways and by 1951 all major cities in the country were improving infrastructure and thereby expanding their suburban boundaries. Increased automobile ownership, along with expressesways, meant that areas which were once inaccessible to an urban center were now an easy commute.[5]

Although materials and styles varied across the country, there are consistencies in development patterns and construction methods in post-war neighborhoods. Some of these are due to planning guidelines set forth by the FHA which encouraged appropriate lot sizes and setbacks, street sizes and formation, and access to services and amenities. The FHA recommended curvilinear street layouts and attention to existing topography, as opposed to a traditional gridiron pattern, for their picturesque quality.

The accelerated pace of building combined with advances in building technology and efficiency further transformed the face of residential developments. Many post-war subdivisions made use of assembly line methods to simultaneously construct multiple buildings rather than proceeding house by house. Prefabricated building components could be brought to the building site and assembled quickly and at a lower cost. Homes were also designed with economy in mind, the absence of decorative elements and the efficient use of space lowered costs and sped up the building process.

The Duplex Nation Historic District illustrates the common qualities of post-war subdivisions in the United States. With all of the development occurring over the course a year, Duplex Nation exhibits characteristic subdivision patterns with uniform design, materials, lot size, and setbacks. The homogenous physical character of Duplex Nation makes it clearly distinguishable from neighboring contemporary subdivisions. The use of prefabricated materials, such as concrete block is consistent with national trends. The access created by new roads and the inclusion of a two-car garage with each duplex speaks to the growing use of the automobile even among moderate-income populace. Duplex Nation is a unique example of rental housing during a time when building was focused on single family owner-occupied residential development.

---

[4] *Historic Residential Suburbs in the United States 1830-1960* National Park Service Multiple Property Documentation
[5] Ibid.

**Perales Decl.**
**00248**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __8__  Page __16__

Duplex Nation Historic District
Austin, Travis County, Texas

Summary
The Duplex Nation Historic District is eligible for listing on the National Register of Historic Places under Criterion A for its association with community planning and development in Austin, Texas. This district is a wholly intact example of properties constructed to fulfill the housing needs of moderate-income families after World War II. Duplex Nation represents the only such concentration of mid-20th century duplex housing in Austin. For its association with trends in that were popular throughout the nation during this time the Duplex Nation Historic District is nominated to the National Register of Historic Places under Criterion A in the area of Community Planning and Development.

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section 9  Page 17

Duplex Nation Historic District
Austin, Travis County, Texas

BIBLIOGRAPHY

Austin City Directory. Austin History Center, Austin. 1949, 1952
Bennett, Gordon. "The Cherrywood Neighborhood -- Past, Present and Future."
    http://www.main.org/cherrywood/cherrywood_01.html (accessed May 2006)
http://www.barkleyhouses.com/
C. Coatsworth Pinkney Architectural Drawings, Delwood Section Three. Austin History Center, Austin.
Cherrywood Neighborhood Association website. http://inic.utexas.edu/~bennett/nhome.htm (accessed May 2006).
Clark-Madison, Mike. "Into the Woods: Cherrywood Neighbors' Journey of Change." *Austin Chronicle*.
    http://www.austinchronicle.com/issues/vol17/issue25/pols.corner.html, (accessed May 2006).
Deed Records, Travis County Tax Office, Austin.
Donnybrook Duplex Residential District, Tyler, Smith County, Texas. National Register Nomination
"Duplex apartments in economy role." *Architectural record* 102 (1947):86-88.
"Duplex unit increases rentable area in Milwaukee apartment." *Architectural Record* 86 (1939):28-33.
Farley, Elana and Muara Murnane. *Study of Duplex Nation*. University of Texas School of Design, Spring 2004,
    http://design.art.utexas.edu/Design%20History/Maura%20and%20Elana/DUPLEXOS.swf (accessed May 2006).
*Historic Residential Suburbs in the United States 1830-1960* National Park Service Multiple Property
    Documentation
Interstate Highway 35 Corridor. http://www.io.com/%7Elolawson/wwd1/WWD1HistoricEligibility-sm.pdf (accessed
    May 2006).
McAlester, Virginia, and Lee McAlester. *Field Guide to American Houses*. New York: Alfred A. Knopf, 1986.
"National defense issue." *Housing* 4 (1941):1-95.
Sanborn Map Co., *City of Austin Fire Insurance Maps, Vol. 2*. Various dates. Austin History Center, Austin.
*Schieffer Neighborhood History*, courtesy of Emily Bankston.
Streets Photo File, Wilshire Boulevard. Austin History Center, Austin.
Subdivisions Photo File, Delwood, Austin History Center, Austin.
Upper Boggy Creek Design Guidelines. http://www.ci.austin.tx.us/zoning/downloads/ubc_design7.pdf (accessed May
    2006)
Upper Boggy Creek Neighborhood Plan. http://www.ci.austin.tx.us/zoning/downloads/ubc_np1.pdf (accessed May 2006)
Word, Pauline. "Pulitzer Prize-Winning Papers Come Home to Roost: Cuero Journalist Donates 1955 Personal Collection
    to State." *Texas Press*. October 2003, http://www.texaspress.com/messenger/october03/pulitzer1003.htm,
    (accessed May 2005).
Wright, Gwendolyn. *Building the Dream: A Social History of Housing in America*. Cambridge, MA: MIT Press, 1981.

Perales Decl.
00250

NPS Form 10-900-a  
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**  
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  10   Page  18

Duplex Nation Historic District  
Austin, Travis County, Texas

Map of Duplex Nation Historic District in relationship to Cherrywood Neighborhood



Perales Decl.
00251

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  10   Page  19 

Duplex Nation Historic District
Austin, Travis County, Texas

Contributing Properties Map (non contributing properties shown in gray)



Perales Decl.
00252

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section 10   Page 20

Duplex Nation Historic District
Austin, Travis County, Texas

Representative Property 1304 Kirkwood with floor plan from similar property







Perales Decl.
00253

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section 10  Page 21

Duplex Nation Historic District
Austin, Travis County, Texas

Representative Property 3901 Maplewood (no floor plan available)



NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section 10  Page 22

Duplex Nation Historic District
Austin, Travis County, Texas

Representative property 1307 Kirkwood







Perales Decl.
00255

Case 1:06-cv-01384-PLF-EGS-DST    Document 101-28    Filed 05/16/2007    Page 11 of 15

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section 10   Page 23

Duplex Nation Historic District
Austin, Travis County, Texas

Representative property 1305 Kirkwood (floor plan not available)



Perales Decl.
00256

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section 10  Page 24

Duplex Nation Historic District
Austin, Travis County, Texas

Representative property 3904 Wrightwood







NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section  10   Page  25

Duplex Nation Historic District
Austin, Travis County, Texas

Representative property 4008 Maplewood (floor plan not available)



**Perales Decl.**
**00258**

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section 10   Page 26

Duplex Nation Historic District
Austin, Travis County, Texas

Representative noncontributing property 4004 Maplewood



Representative noncontributing property 1403 Kirkwood



Perales Decl.
00259

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section 10   Page 27

Duplex Nation Historic District
Austin, Travis County, Texas

Representative garage properties: contributing and non contributing (below)



Perales Decl.
00260