EX. 11

# Wilshire Historic District

# Austin, Travis County

Perales Decl.
00261



TEXAS HISTORICAL COMMISSION

*Memorandum*

TO: State Board of Review

FROM: Hannah Vaughan

DATE: November 10, 2006

RE: Wilshire Historic District

This nomination for the Wilshire Historic District was prepared by a University of Texas graduate student for a historic sites documentation class with assistance from THC staff.

The Wilshire Historic District is a residential neighborhood of one hundred and ten single-family homes located in Austin, Texas approximately three miles northeast of downtown. The distcrict is characterized by large lots and sprawling, one-story ranch houses with low-pitched roofs. Many of the houses combine stone veneer and wood siding painted neutral colors. In general, the houses of Wilshire Wood and Wilshire Park retain a great deal of integrity and 87% contribute to the historic character of the district.

The district represents a significant example of 1940s and 1950s, auto-oriented suburban development. The neighborhood was among the first in Austin to deviate from a rectilinear grid and to feature irregularly sized and shaped lots. Subdivision restrictions stipulated that houses would be architect-designed, set a minimum house size and cost, and required generous setbacks. district is nominated under Criterion A in the area of Community Planning and Development at the local level, and under Criterion C in the area of Architecture at the local level.

(Oct. 1990)
**United States Department of the Interior**
**National Park Service**

**NATIONAL REGISTER OF HISTORIC PLACES**
**REGISTRATION FORM**

### 1. NAME OF PROPERTY

**HISTORIC NAME:** Wilshire Historic District
**OTHER NAME/SITE NUMBER:** N/A

### 2. LOCATION
**STREET & NUMBER:** Roughly Bounded by Southern Pacific RR, Ardenwood Rd., Wilshire Blvd., and the Delwood III subdivision
**CITY OR TOWN:** Austin    **VICINITY:** N/A    **NOT FOR PUBLICATION:** N/A
**STATE:** Texas    **CODE:** TX    **COUNTY:** Travis    **CODE:**    **ZIP CODE:** 78722

### 3. STATE/FEDERAL AGENCY CERTIFICATION

As the designated authority under the National Historic Preservation Act, as amended, I hereby certify that this (_x_ nomination) (__ request for determination of eligibility) meets the documentation standards for registering properties in the National Register of Historic Places and meets the procedural and professional requirements set forth in 36 CFR Part 60. In my opinion, the property (_x_ meets) (_ does not meet) the National Register criteria. I recommend that this property be considered significant (_ nationally) (_ statewide) (_x_ locally). (__ See continuation sheet for additional comments.)

_____          _____
**Signature of certifying official**                                                      Date

State Historic Preservation Officer, Texas Historical Commission
**State or Federal agency and bureau**

In my opinion, the property ___meets ___does not meet the National Register criteria. (__ See continuation sheet for additional comments.)

_____          _____
Signature of commenting or other official                                      Date

_____
State or Federal agency and bureau

### 4. NATIONAL PARK SERVICE CERTIFICATION

I hereby certify that this property is:          Signature of the Keeper          Date of Action

____ entered in the National Register
    ___ See continuation sheet.
____ determined eligible for the National Register

    ___ See continuation sheet
____ determined not eligible for the National Register

____ removed from the National Register

____ other (explain): _____

Perales Decl.
00263

## 5. CLASSIFICATION

**OWNERSHIP OF PROPERTY:** Private

**CATEGORY OF PROPERTY:** District

**NUMBER OF RESOURCES WITHIN PROPERTY:**

| CONTRIBUTING | NONCONTRIBUTING |
|---|---|
| 96 | 14 BUILDINGS |
| 0 | 0 SITES |
| 0 | 0 STRUCTURES |
| 0 | 0 OBJECTS |
| 96 | 14 TOTAL |

**NUMBER OF CONTRIBUTING RESOURCES PREVIOUSLY LISTED IN THE NATIONAL REGISTER:** 0

**NAME OF RELATED MULTIPLE PROPERTY LISTING:** N/A

## 6. FUNCTION OR USE

**HISTORIC FUNCTIONS:** DOMESTIC/single dwelling, secondary structure

**CURRENT FUNCTIONS:** DOMESTIC/single dwelling, secondary structure

## 7. DESCRIPTION

**ARCHITECTURAL CLASSIFICATION:** MID 20th CENTURY AMERICAN MOVEMENTS: Ranch, Modern

**MATERIALS:**  FOUNDATION  CONCRETE, WOOD
             WALLS       STONE/limestone, WOOD, BRICK, STUCCO
             ROOF        ASBESTOS, ASPHALT, METAL
             OTHER

**NARRATIVE DESCRIPTION** (see continuation sheets 7-5 through 7-11).

Perales Decl.
00264

## 8. STATEMENT OF SIGNIFICANCE

**APPLICABLE NATIONAL REGISTER CRITERIA**

_X_ **A** PROPERTY IS ASSOCIATED WITH EVENTS THAT HAVE MADE A SIGNIFICANT CONTRIBUTION TO THE BROAD PATTERNS OF OUR HISTORY.

___ **B** PROPERTY IS ASSOCIATED WITH THE LIVES OF PERSONS SIGNIFICANT IN OUR PAST.

_X_ **C** PROPERTY EMBODIES THE DISTINCTIVE CHARACTERISTICS OF A TYPE, PERIOD, OR METHOD OF CONSTRUCTION OR REPRESENTS THE WORK OF A MASTER, OR POSSESSES HIGH ARTISTIC VALUE, OR REPRESENTS A SIGNIFICANT AND DISTINGUISHABLE ENTITY WHOSE COMPONENTS LACK INDIVIDUAL DISTINCTION.

___ **D** PROPERTY HAS YIELDED, OR IS LIKELY TO YIELD, INFORMATION IMPORTANT IN PREHISTORY OR HISTORY.

**CRITERIA CONSIDERATIONS:** N/A

**AREAS OF SIGNIFICANCE:** Community Planning and Development, Architecture

**PERIOD OF SIGNIFICANCE:** 1941-1958

**SIGNIFICANT DATES:** N/A

**SIGNIFICANT PERSON:** N/A

**CULTURAL AFFILIATION:** N/A

**ARCHITECT/BUILDER:** Developer Walling, Bradfield & Brush; architect Carlton Brush; additional unknown architects

**NARRATIVE STATEMENT OF SIGNIFICANCE** (see continuation sheets 8-12 through 8-15).

## 9. MAJOR BIBLIOGRAPHIC REFERENCES

**BIBLIOGRAPHY** (see continuation sheet 9-16).
**PREVIOUS DOCUMENTATION ON FILE (NPS):** N/A
  _ preliminary determination of individual listing (36 CFR 67) has been requested.
  _ previously listed in the National Register
  _ previously determined eligible by the National Register
  _ designated a National Historic Landmark
  _ recorded by Historic American Buildings Survey #
  _ recorded by Historic American Engineering Record #
**PRIMARY LOCATION OF ADDITIONAL DATA:**
  x State historic preservation office *(Texas Historical Commission)*
  _ Other state agency
  _ Federal agency
  _ Local government
  _ University
  _ Other -- Specify Repository:

Perales Decl.
00265

## 10. GEOGRAPHICAL DATA

**ACREAGE OF PROPERTY:** less than one acre

**UTM REFERENCES**

|    | Zone | Easting | Northing |
|----|------|---------|----------|
| 1. | 14   | 623955  | 3352469  |
| 2. | 14   | 623739  | 3352212  |
| 3. | 14   | 623409  | 3352375  |
| 4. | 14   | 623462  | 3352705  |

**VERBAL BOUNDARY DESCRIPTION:** (see continuation sheet 7-5)

**BOUNDARY JUSTIFICATION:** The Wilshire Historic District includes five subdivisions platted between 1941 and 1947: Wilshire Wood Sections I, II, III, and IV, and Wilshire Park.

## 11. FORM PREPARED BY

**NAME/TITLE:** Dana Serovy

**ORGANIZATION:** M.S.A.S Student, University of Texas at Austin    **DATE:** May 16, 2006

**STREET & NUMBER:** 103-B Nelray Blvd. Apt. B    **TELEPHONE:** 512-786-5013

**CITY OR TOWN:** Austin    **STATE:** Texas    **ZIP CODE:** 78751

## ADDITIONAL DOCUMENTATION

**CONTINUATION SHEETS**

**MAPS** (see continuation sheets Maps-17-22)

**PHOTOGRAPHS** (see continuation sheet Photo-23)

**ADDITIONAL ITEMS** (see continuation sheets Figures-24-)

## PROPERTY OWNER

**NAME:** (on file with the Texas Historical Commission)

**STREET & NUMBER:**    **TELEPHONE:**

**CITY OR TOWN:** Austin    **STATE:** Texas    **ZIP CODE:** 78722

Perales Decl.
00266

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section  7   Page  5

Wilshire Historic District
Austin, Travis County, Texas

Wilshire Historic District is a residential neighborhood of one hundred and ten single-family homes located within a larger area of post-World War II suburban development located in Austin, Texas approximately three miles northeast of downtown. The streets of Wilshire Wood and Wilshire Park follow the contours of the land between Boggy Creek and Patterson Park, and the neighborhood retains the tall trees that gave the Wilshire Wood subdivision its name. Large lots and sprawling, one-story ranch houses with low-pitched roofs predominate. Many of the houses combine stone veneer and wood siding painted neutral colors. In general, the houses of Wilshire Wood and Wilshire Park retain a great deal of integrity and 87% contribute to the historic character of the district. The period of significance for the district extends from 1941, when the first construction took place to 1958, the end of the majority of construction. Because most resources are over fifty years old criterion consideration G does not need to be claimed.

The Wilshire Historic district is comprised of two subdivisions, Wilshire Wood and Wilshire Park, The boundaries of Wilshire Wood are defined by Ardenwood Road to the North the Southern Pacific Railroad tracks and IH35 to the west and Wilshire Brook to the east. The boundaries of Wilshire Park are defined by Wilshire Brook to the west and Wilshire Boulevard to the south and east. The streets in the district are wide and curving, following the contours of the gentle slopes between the former course of Boggy Creek, which is now buried beneath the pavement, and Wilshire Brook. The primary through-street is Wilshire Boulevard, running east-west from IH 35 to Cherrywood Road. Bradwood, Wildwood, and Lullwood Roads connect Ardenwood Rd. Wrightwood Road runs south from Wilshire Boulevard into Delwood III, where it becomes Ashwood Road.

The Wilshire Historic District is located within the larger neighborhood which today is known as Cherrywood. The neighborhood, which lies between Interstate Highway (IH) 35, and the old Muller Airport, is comprised of post war residential development. To the south of the district is the Delwood III neighborhood, more commonly known as Duplex Nation; the two neighborhoods are separated by a long fence and dense vegetation. North of Wilshire Wood, just across Ardenwood Road, is the Delwood I neighborhood, a residential area which includes an Episcopal Church and its spacious grounds.

The curvilinear street pattern creates irregularly shaped lots and blocks and lot sizes in Wilshire Wood vary. The lots on Bradwood Road that back onto the Southern Pacific tracks are the smallest in the neighborhood at 75 feet wide and 135 deep, but these lots are still generously sized compared to those in adjacent neighborhoods. Accordingly, the houses along Bradwood road are generally more compact than those elsewhere in Wilshire Wood. Larger lots are to be found at the center of the neighborhood and off of the cul-de-sacs that terminate Ardenwood and Lullwood Roads. In four locations, original lots were combined to accommodate especially large homes. Lots are generally flat or slightly sloped, with a few more steeply sloped lots backing onto Wilshire Brook. Most houses are set in the middle of large expanses of mown grass. Some properties have been landscaped with flowerbeds, shrubbery, or formal plantings, but most properties are simply and sparely landscaped, with mature trees shading large, open lawns.

All of the houses in Wilshire Wood have front or side driveways, unlike in the adjacent duplex development, where detached garages are accessed from alleyways. The houses of Wilshire Wood, with their large setbacks, few substantial front porches, and lack of sidewalks, suggest an orientation towards interior space and back yards rather than to the street. Very few front lawns are fenced or enclosed properties within

Perales Decl.
00267

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section _7_  Page _6_

Wilshire Historic District
Austin, Travis County, Texas

Wilshire Wood, contributing to a park-like setting of open space and meandering streets. Though there is a great degree of consistency in the style and scale of the ranch homes in Wilshire Wood, there is a considerable variety of plans. Long, asymmetrical plans are the norm, with attached garages or carports. Some plans are skewed to the shape of their triangular or oblong lots.

Additional diversity in the appearance Wilshire Wood houses comes from the various uses of materials. Many facades feature a split-faced, Cordova limestone veneer, or, less commonly, brick veneer. Wood siding, alone or in combination with stone or brick veneer, is also common. Paint colors are neutral and subdued, most often sage, beige, and brown. The houses' low-pitched roofs, many with broad eaves, generally have composition shingles, again in neutral tones. There is a range of window types, from large, metal casement windows to double-hung sash windows. A few houses deviate from Wilshire Wood's typical ranch style, with more modern facades featuring large expanses of glass and flat or nearly flat roofs.

Statement of Integrity

Neighborhood stability and conscientious maintenance by homeowners have contributed to Wilshire Wood's remarkable integrity. Houses that contribute to the historic character of the neighborhood are those dating to the period of significance of 1941-1958, with few alterations to the principal façade. A few houses are now non-contributing due to substantial additions that disrupt the long, low lines that characterize the neighborhood. Several other homes are non-contributing due to multiple changes using incompatible replacement materials such as mismatched veneers and prominent bay windows. However, it is notable that no homes within Wilshire Wood have been demolished since the initial development of the neighborhood, and very few have been altered to such an extent that their original form has been erased.

The period of significance, 1941-1958, reflects the vast majority of building activity. The period of significance extends one year past the fifty year mark to 1958 to include 4100 Bradwood because it is stylistically a continuation of earlier building trends in the district. There are only three houses which post date the period of significance. 4009 Lullwood, built in 1959, although close to the end of the period of significance is considered non contributing because it is not stylistically keeping with the rest of the district and has incompatible addition in the front. The other two homes, 4203 Wildwood, build in 1964, and 4105 Wildwood, built in 1994, significantly post date the period of significance and are clearly unrelated to the original development of the neighborhood.

The relatively short span of development and the consistency of style and materials, along with a minimum of alterations gives the Wilshire Historic District a remarkable level of integrity. The curvilinear streets, mature trees, low, rambling houses which originally characterized the neighborhood are still its most salient features. the Wilshire Historic District retains integrity of location, design, setting, materials, workmanship, feeling, and association, to a high degree.

**Representative Properties**

**4200 Bradwood Rd. (circa 1941)**
4200 Bradwood Road was among the first homes built in the Wilshire Wood subdivision, and one of the few homes in the neighborhood built before the entry of the U.S. into World War II. The first occupants of the house

Perales Decl.
00268

Case 1:06-cv-01384-PLF-EGS-DST   Document 101-29   Filed 05/16/2007   Page 9 of 18

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section __7__  Page __7__

Wilshire Historic District
Austin, Travis County, Texas

listed in Austin city directories were Bruno and Geraldine Jastremski, in 1944. Later occupants included Karl and Jane Wagner in 1947 and Henry and Zeanuth Totland in 1949. Henry Totland's occupation was listed as a Woolworth's manager.

The one-story, cross-gabled house has a compact, L-shaped plan of about 1500 square feet, with an attached garage at the right rear. Unlike most of the houses in Wilshire Wood, 4200 Bradwood has a steeply pitched roof and shallow eaves. The gable end at the right side of the front façade is veneered in split-faced limestone, with wood siding on the rest of the house, wood trim at the roofline and around the front door, and wood shutters on either side of double-hung, multi-paned windows. Wooden pilasters and a cornice over the door suggest a neoclassical influence. A previously open porch at the right side of the house has been enclosed with glass and board-and-batten siding, but this change is in keeping with the original design and materials, and thus does not detract from the overall integrity of the property. The flat site is simply landscaped with trees and shrubs, with no sidewalk or paved walkway to the front entrance.

**4105 Bradwood Road (circa 1942)**

This home was built by Carl and Arleigh Stoune. Carl Stoune was the general manager of the Austin branch of Central Fowarding, Inc., a Waco-based freight company.

As originally built, the house had an asymmetrical plan, roughly U-shaped with wings extending to the rear on either side of the house and an attached garage at the left rear. The roof is low-pitched and covered with composite shingles, and the house's entrance is recessed beneath a deep eave at the left front corner of the house. Most of the front façade is veneered in limestone, but the entrance is surrounded by vertical board-and-batten siding. Large, double-hung, multi-paned windows have painted wood shutters that are decorative, rather than functional. 4105 Bradwood was originally built on Lot 6 of Block 2 of the Wilshire Wood Section 1 subdivision. However, by 1947 the adjacent lot, Lot 5, was divided between the owners of 4105 and 4107 Bradwood, and at a later date an addition to 4105 Bradwood was built on a portion of Lot 5. This addition encompasses a garage with a second-story living space. The second story is sided in green asphalt or asbestos shingles. While this addition may or may not date to the period of significance, it is compatible in design and materials and thus does not detract from the general integrity of the house or the neighborhood.

**4001 Lullwood Road (circa 1957)**

The first owners of 4001 Lullwood were LaRue and Donna Olson. LaRue Olson owned Olson Motors and Appliances and Southern Investment Company. These family business operated on Sixth Street in downtown Austin for 62 years before closing in March 1998, according to a Texas House Resolution honoring Olson, who had passed away in June 1998.[1]

The house at 4001 Lullwood Road was one of the last to be built in Wilshire Wood, and deviates from the typical ranch style in several notable ways. First, rather than having a low-pitched roof, it has a mostly flat roof, with the roof over the main living area sloping up to the front, right corner of the house, with windows flush with the façade just below the eave. Large, plate glass windows divided by narrow vertical mullions wrap

---

[1] Texas House of Representatives, 76R: HR 779, 8 May 1999, available at http://www.legis.state.tx.us/tlodocs/76R/billtext/html/HR00779F.htm

Perales Decl.
00269

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section _7_  Page _8_

Wilshire Historic District
Austin, Travis County, Texas

around a living room, providing expansive views out of and into this space. 4001 Lullwood features limestone veneer, with sage green wood trim and soffits. A detached garage has been added at the rear of the house, but it does not detract from the overall integrity of the property.

**4208 Lullwood Road (circa 1949)**
The house at 4208 Lullwood Road was built for William D. Johnson, a Vice-President of Texas Quarries, Inc.
International-style modernism shaped the design of this house, which contrasts noticeably with its more traditional neighbors. The façade presents a set of interlocking cubical and rectangular elements. The flat roof is slightly cantilevered over the left side of the façade, but traditional ornamental metalwork supports the roof over the central front entrance and the carport at the right side of the house. The carport roof spans from the house to a detached storage area, with a gap between the two providing a view to the back yard from the front of the house. This innovative design is combined with a traditional material palate: the façade is entirely veneered with limestone, with large, multi-paned metal casement windows. The site is atypical for Wilshire Wood, with its concrete retaining wall at the front of the lot, penetrated by a stepped concrete walkway leading to the front entrance. There have been no apparent modifications to the form or materials of the house, and its integrity is thus intact.

**4209 Parkwood Road (circa 1955)**
The first and only owners of this house have been H. Neal and Melba Clarkson; Neal Clarkson received a Ph.D. from the University of Texas at Austin and shortly afterwards began a lifelong career with LaCoste-Romberg Gravity Meters.
The Clarkson house is configured to accommodate the flow of water through the center of its lot; drainage from Parkwood Road flows into Wilshire Brook underneath a covered walkway that bridges the main house and a detached carport. The main house is one-story, has an L-shaped plan, and has a low-pitched roof. Just off-center within the main façade, a prominent chimney interrupts a ribbon of windows that separates the lower, stone-veneered portion of the façade from the clapboard, upper portion of the façade, just beneath the eave of a broad end gable. The influence of the Prairie School is evident in the way the house is designed to accommodate site conditions; in the repetition of geometric motifs in the band of rectangular windows; and in the use of a screening wall across part of the front façade. The house possesses a high degree of integrity, with no changes to the original design or materials.

**4101 Wildwood (circa 1951)**
Built by L.L. "Dude" McCandless, of McCandless Construction Co., this home was built upon what was originally platted as four lots wrapping around the corner of Wildwood Road and Wilshire Boulevard. (Part of this lot was sold off and a new home was constructed at 4105 Wildwood in 1992.) Dude McCandless was a major homebuilder in Austin, responsible for the construction of many of Wilshire Wood's homes and for much of Burnet Heights, where McCandless Street bears his name. McCandless also developed and owned the Terrace Motor Hotel located at 1201 South Congress Avenue. A 1955 expansion of the hotel brought the total

Perales Decl.
00270

Case 1:06-cv-01384-PLF-EGS-DST    Document 101-29    Filed 05/16/2007    Page 11 of 18

NPS Form 10-900-a
(8-86)
OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section __7__ Page __9__

Wilshire Historic District
Austin, Travis County, Texas

number of rooms to 406, and at the time it was considered one of the finest places to stay in Austin. Since demolished, the Terrace Motor Hotel also included two restaurants and convention facilities.

The McCandless home at 4101 Wildwood is by far the largest residence in Wilshire Wood, a rambling, one-story home with an asymmetrical plan and low-pitched, cross-hipped roof with deep eaves. The façade is entirely veneered in limestone and features a prominent chimney to the right of the recessed front entrance. The house's original metal casement windows have almost all been replaced by modern, double-hung windows, and the original garage was enclosed for additional living space. A new attached garage was build adjacent to the old garage, at the north side of the house. Despite these changes, 4101 Wildwood retains the sprawling horizontality of its original design and substantial integrity of materials, thus contributing to the historic character of the neighborhood.

**4005 Lullwood (1950)**
This house is an example of a property which is considered non contributing due to alterations. Its original form and materials are almost indistinguishable. A second story has been added to the central portion. Vertical siding in the central portion accentuates the height of the building as opposed to the low horizontals which characterize the rest of the neighborhood. One end houses a projecting attached garage with limestone side walls, while the other end consists of a single story shed-roof wing. All windows are 1/1 light and are replacements as is the front door with large oval window. A deck has been added to the front and side of the main elevation.

**4203 Wildwood (1964)**
This house is an example of a property which is considered non contributing due to age. Built in 1964 it post dates the period of significance. In addition its materials and form are not consistent with the character of the district. This property has a two-car garage on one side, and a recessed entry and picture window on the other. The roof is side-gabled with a front-facing gable over the entry and picture window. A band of light red brick forms the base of the building and vertical columns between the garage bays. Cladding on the rest of the house is a combination of brick (side elevations), horizontal wood siding (gable) and vertical wood siding (entry area). Decorative shutters flank the picture window and the solid wood door is flanked by novelty glass sidelights. Although the house is a single-story and could be categorized generally as "ranch" like the rest of the neighborhood, however it lacks the natural limestone, rambling plan, metal casement windows which characterize the rest of the district.

## Inventory of Properties

| number | street | year (TCAD) | status |
|---|---|---|---|
| 1311 | ARDENWOOD RD | 1949 | contributing |
| 1313 | ARDENWOOD RD | 1952 | noncontributing |
| 1317 | ARDENWOOD RD | 1951 | contributing |
| 1300 | BRADWOOD RD | 1948 | contributing |
| 1301 | BRADWOOD RD | 1949 | contributing |

Perales Decl.
00271

NPS Form 10-900-a  
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**  
National Park Service

# National Register of Historic Places Continuation Sheet

Section __7__  Page __10__

Wilshire Historic District  
Austin, Travis County, Texas

| | | | |
|---|---|---|---|
| 1303 | BRADWOOD RD | 1950 | contributing |
| 1304 | BRADWOOD RD | 1947 | contributing |
| 1305 | BRADWOOD RD | 1949 | contributing |
| 1306 | BRADWOOD RD | 1949 | contributing |
| 1307 | BRADWOOD RD | 1948 | contributing |
| 4000 | BRADWOOD RD | 1949 | contributing |
| 4001 | BRADWOOD RD | 1949 | contributing |
| 4002 | BRADWOOD RD | 1946 | contributing |
| 4004 | BRADWOOD RD | 1946 | contributing |
| 4006 | BRADWOOD RD | 1951 | contributing |
| 4100 | BRADWOOD RD | 1958 | contributing |
| 4101 | BRADWOOD RD | 1948 | contributing |
| 4102 | BRADWOOD RD | 1942 | contributing |
| 4103 | BRADWOOD RD | 1942 | contributing |
| 4104 | BRADWOOD RD | 1941 | contributing |
| 4105 | BRADWOOD RD | 1942 | contributing |
| 4106 | BRADWOOD RD | 1940 | contributing |
| 4107 | BRADWOOD RD | 1947 | noncontributing |
| 4200 | BRADWOOD RD | 1940 | contributing |
| 4202 | BRADWOOD RD | 1941 | contributing |
| 4203 | BRADWOOD RD | 1941 | contributing |
| 4204 | BRADWOOD RD | 1941 | contributing |
| 4205 | BRADWOOD RD | 1947 | contributing |
| 4206 | BRADWOOD RD | 1954 | noncontributing |
| 4207 | BRADWOOD RD | 1950 | contributing |
| 4000 | LULLWOOD RD | 1948 | contributing |
| 4001 | LULLWOOD RD | 1957 | contributing |
| 4002 | LULLWOOD RD | 1953 | contributing |
| 4003 | LULLWOOD RD | 1950 | contributing |
| 4005 | LULLWOOD RD | 1950 | noncontributing |
| 4007 | LULLWOOD RD | 1950 | contributing |
| 4009 | LULLWOOD RD | 1959 | noncontributing |
| 4101 | LULLWOOD RD | 1956 | contributing |
| 4103 | LULLWOOD RD | 1950 | contributing |

Perales Decl.  
00272

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  7   Page  11

Wilshire Historic District
Austin, Travis County, Texas

| | | | |
|---|---|---|---|
| 4105 | LULLWOOD RD | 1950 | contributing |
| 4106 | LULLWOOD RD | 1951 | contributing |
| 4107 | LULLWOOD RD | 1949 | contributing |
| 4109 | LULLWOOD RD | 1950 | contributing |
| 4110 | LULLWOOD RD | 1950 | contributing |
| 4111 | LULLWOOD RD | 1950 | contributing |
| 4112 | LULLWOOD RD | 1948 | contributing |
| 4113 | LULLWOOD RD | 1950 | contributing |
| 4114 | LULLWOOD RD | 1948 | contributing |
| 4200 | LULLWOOD RD | 1948 | contributing |
| 4201 | LULLWOOD RD | 1950 | contributing |
| 4202 | LULLWOOD RD | 1948 | noncontributing |
| 4204 | LULLWOOD RD | 1956 | contributing |
| 4205 | LULLWOOD RD | 1950 | contributing |
| 4206 | LULLWOOD RD | 1948 | contributing |
| 4208 | LULLWOOD RD | 1949 | contributing |
| 4209 | LULLWOOD RD | 1952 | contributing |
| 4210 | LULLWOOD RD | 1948 | contributing |
| 4209 | PARKWOOD RD | 1955 | contributing |
| 4211 | PARKWOOD RD | 1952 | contributing |
| 4213 | PARKWOOD RD | 1949 | contributing |
| 4100 | WILDWOOD RD | 1948 | contributing |
| 4101 | WILDWOOD RD | 1948 | contributing |
| 4102 | WILDWOOD RD | 1951 | contributing |
| 4104 | WILDWOOD RD | 1948 | contributing |
| 4105 | WILDWOOD RD | 1992 | noncontributing |
| 4107 | WILDWOOD RD | 1948 | contributing |
| 4200 | WILDWOOD RD | 1948 | contributing |
| 4201 | WILDWOOD RD | 1949 | contributing |
| 4202 | WILDWOOD RD | 1951 | contributing |
| 4203 | WILDWOOD RD | 1964 | noncontributing |
| 4204 | WILDWOOD RD | 1950 | contributing |
| 4205 | WILDWOOD RD | 1947 | contributing |
| 4206 | WILDWOOD RD | 1949 | contributing |

Perales Decl.
00273

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places Continuation Sheet

Section  7   Page  12 

Wilshire Historic District
Austin, Travis County, Texas

| | | | |
|---|---|---|---|
| 1201 | WILSHIRE BV | 1948 | contributing |
| 1203 | WILSHIRE BV | 1947 | contributing |
| 1205 | WILSHIRE BV | 1946 | contributing |
| 1301 | WILSHIRE BV | 1949 | contributing |
| 1302 | WILSHIRE BV | 1948 | contributing |
| 1303 | WILSHIRE BV | 1948 | contributing |
| 1304 | WILSHIRE BV | 1948 | contributing |
| 1305 | WILSHIRE BV | 1949 | contributing |
| 1306 | WILSHIRE BV | 1948 | contributing |
| 1307 | WILSHIRE BV | 1946 | contributing |
| 1400 | WILSHIRE BV | 1948 | contributing |
| 1401 | WILSHIRE BV | 1950 | contributing |
| 1402 | WILSHIRE BV | 1950 | contributing |
| 1404 | WILSHIRE BV | 1951 | contributing |
| 1405 | WILSHIRE BV | 1950 | contributing |
| 1406 | WILSHIRE BV | 1950 | contributing |
| 1407 | WILSHIRE BV | 1950 | contributing |
| 1506 | WILSHIRE BV | 1948 | contributing |
| 1508 | WILSHIRE BV | 1949 | contributing |
| 1510 | WILSHIRE BV | 1948 | contributing |
| 1602 | WILSHIRE BV | 1946 | noncontributing |
| 4200 | WILSHIRE PY | 1948 | contributing |
| 4201 | WILSHIRE PY | 1947 | contributing |
| 4202 | WILSHIRE PY | 1948 | noncontributing |
| 4203 | WILSHIRE PY | 1946 | noncontributing |
| 4204 | WILSHIRE PY | 1948 | contributing |
| 4205 | WILSHIRE PY | 1947 | noncontributing |
| 4206 | WILSHIRE PY | 1947 | contributing |
| 4207 | WILSHIRE PY | 1947 | contributing |
| 4208 | WILSHIRE PY | 1947 | contributing |
| 4209 | WILSHIRE PY | 1947 | noncontributing |
| 4210 | WILSHIRE PY | 1947 | contributing |
| 4212 | WILSHIRE PY | 1947 | contributing |
| 4214 | WILSHIRE PY | 1947 | contributing |

Perales Decl.
00274

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section __7__  Page __13__

Wilshire Historic District
Austin, Travis County, Texas

| | | | |
|---|---|---|---|
| 4001 | WRIGHTWOOD RD | 1952 | contributing |
| 4003 | WRIGHTWOOD RD | 1947 | contributing |
| 4005 | WRIGHTWOOD RD | 1949 | noncontributing |

Perales Decl.
00275

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __8__   Page __14__

Wilshire Historic District
Austin, Travis County, Texas

    The Wilshire Historic District represent a significant example of 1940s and 1950s, auto-oriented suburban development. The neighborhood was among the first in Austin to deviate from a rectilinear grid and to feature irregularly sized and shaped lots. Subdivision restrictions stipulated that houses would be architect-designed, set a minimum house size and cost, and required generous setbacks. Most houses were ranch style, with low-pitched roofs and sprawling plans. Typical façades include Texas limestone veneer and wood siding. The district is nominated under Criterion A in the area of Community Planning and Development at the local level, and under Criterion C in the area of Architecture at the local level.

    Wilshire Wood and Wilshire Park were platted in five sections: Wilshire Wood I (1941), Wilshire Wood II (1944), Wilshire Wood III (1946), Wilshire Wood IV (1947), and Wilshire Park (1947). Wilshire Wood and Wilshire Park were built on land that belonged to Bascom Giles, a commissioner of the State of Texas General Land Office and chairman of the Veterans' Land Board whose historic home lies just to the north of Wilshire Wood, in what is now the Delwood I neighborhood. Giles gained notoriety when he was implicated in the Veterans' Land Board scandal of 1954. Convicted of conspiring to steal over $80,000 in state monies though corrupt land deals, Giles was sentenced to six years in prison and served almost three.[2] Giles was also involved in the development of land to the south and north of Wilshire Wood, encompassing what are now the neighborhoods of French Place, Cherrywood, Duplex Nation, and Delwood I and II. Part of Giles' land, just southwest of Wilshire Wood, was reserved for commercial development; this area was designated Wilshire Shopping Village on the 1941 plat map for Wilshire Wood Section I. When this shopping center opened in 1951, it was named Delwood Shopping Center, and is considered "Austin's first modern-variety (i.e., totally auto-dependent) shopping center."[3]

    Wilshire Wood and Wilshire Park were platted and subdivided by W.L. Bradfield and G.H. Brush, partners in the development company Walling, Bradfield & Brush. The same developers had been responsible for Pemberton Heights in northwest Austin, and this was emphasized in almost all of their advertising for Wilshire Wood. When Walling, Bradfield & Brush initially advertised the sale of lots in Wilshire Wood, they boasted that

> Wilshire Wood restrictions will make subdivision history in Austin. Through the exercise of strict architectural control, the sponsors seek simplicity and architectural harmony rather than high home cost. The aim is to develop and protect by rigid restrictive covenants a neighborhood of wide, rambling houses, setting far back from the street in the middle of spacious, tree-shaded lawns. . . .Wilshire Wood is a virgin forest as beautiful as a Peter Pan Fairyland."[4] (See Figure 1.)

    Walling, Bradfield & Brush's 1941 advertisement for Wilshire Wood emphasized its location across East Avenue from the Austin Country Club, and showed a street pattern markedly different from that of nearby neighborhoods, where a grid of streets and regular, rectangular lots are the norm.

---

[2] Handbook of Texas Online, s.v. "Veterans' Land Board Scandal."
[3] Mike Clark-Madison, "Into the Woods: Cherrywood Neighbors' Journey of Change," Austin Chronicle Vol. 17 No. 5, available at http://www.austinchronicle.com/issues/vol17/issue25/pols.corner.html
[4] "Beautiful Beyond Belief!" advertisement in the *Austin American-Statesman*, 25 May 1941, in the Wilshire Wood file at the Austin History Center.

Perales Decl.
00276

**United States Department of the Interior**
**National Park Service**

# National Register of Historic Places
# Continuation Sheet

Section __8__  Page __15__

Wilshire Historic District
Austin, Travis County, Texas

    Bradfield and Brush achieved their goal of "architectural harmony" through the use of deed restrictions specifying that each lot could only contain a single dwelling, "not to exceed two and one-half stories in height and such accessory buildings, including customary servants' quarters, as are usually built in connection with a main residence." Subdivision covenants required a minimum home cost of $4,000, and a minimum footprint of 1,000 square feet for one-story houses, or 700 square feet for two-story houses. Houses had to be set back forty feet from the front lot line and 15 feet from side lot lines. Perhaps the most significant design requirement, however, was the stipulation that "No building shall be erected on any building plot unless such building has been designed by a licensed architect, or until the external design and location thereof has been approved in writing by the subdivider or by a committee appointed at intervals of not less than five (5) years by the owners of a majority of the lots which are subject to the covenants herein set forth."[5]

    In addition to controlling house setbacks and design, restrictive covenants controlled who might purchase and live in houses within Wilshire Wood and Wilshire Park. First, the subdivision restrictions stated, "No race or nationality other than the Caucasian race shall use or occupy any building on any lot, except that this covenant shall not prevent occupancy of servants' quarters by domestic servants of a different race or nationality employed by an owner or tenant." Future homogeneity was to be assured with the stipulation that "No part of the premises or property covered hereby ever shall be rented, leased, sold, demised, or conveyed to, or otherwise become the property of, or into the possession of, any persons other than white persons of strict Caucasian blood."[6]

    Walling, Bradfield & Brush marketed lots in Wilshire Wood to "gentle folk of limited budget but of unlimited good taste." Lots in the first phase of development were sold for $1000 each. Nine of these lots were sold and built upon in 1941 and 1942; despite the developers' endorsement of "wide, rambling houses," these first houses typically had quite compact plans. During World War II, construction came to a halt except for defense-related purposes. Despite the moratorium, Walling, Bradfield & Brush urged Austinites to think ahead to the end of the war. A July 30, 1944 advertisement, placed very shortly after Wilshire Wood Section II was platted, proclaimed,

> America Will Build Again! Each day is bringing the return of building nearer. In the foreseeable future building will be resumed, and families may again have just exactly the homes the want just exactly where they want them. It is not too soon to begin planning now. There is a building site in Pemberton Heights or Wilshire Wood upon which you could be entirely happy to live always.[7] (See Figure 2.)

    But lot sales were evidently still slow, as Wilshire Wood Section III was not platted until 1946. A 1946 advertisement notes that the developers had "refrained from pushing the development of Pemberton Heights and Wilshire Wood during the period of shortages and restrictions just past. But now Government controls have

---

[5] W.L. Bradfield and G.H. Brush, Wilshire Wood Section I, April 19, 1941, Travis County Deed Records, Austin, Texas, Vol. 676, pp. 333-335.
[6] W.L. Bradfield and G.H. Brush, Wilshire Wood Section I, April 19, 1941, Travis County Deed Records, Austin, Texas, Vol. 676, pp. 333-335.
[7] Walling, Bradfield & Brush, "America Will Build Again," advertisement in *Austin American-Statesman*, 30 July 1944, page 15.

Perales Decl.
00277

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __8__  Page __16__

Wilshire Historic District
Austin, Travis County, Texas

---

been relaxed. Shortages are becoming less acute. Homes which will meet the rigid requirements of Pemberton Heights and Wilshire Wood can again be built."[8] (See Figure 3.)

Indeed, post-war Austin saw a boom in residential construction, brought about by the return of GIs, and consequent need for additional family housing, as well as by rapid economic growth. When construction resumed in Wilshire Wood, larger and more sprawling homes predominated. More innovative design and the influence of modernism are also evident in several of the houses dating to this second wave of development. Post-war development was facilitated by increasing car ownership that allowed greater movement from the city to the suburbs. At the same time as Wilshire Wood and Wilshire Park were being developed, plans to expand East Avenue – now Interstate 35 – were coming to fruition. East Avenue had always been a major roadway, but in the late 1940s and early 1950s, the construction of overpasses at key intersections, including East 38th Streets and East 51st streets, just to the southwest and northwest of the Wilshire Historic District, helped to speed traffic from downtown to new suburban neighborhoods. The prestige of Wilshire Wood served as a marketing tool for new developments in the vicinity, such as the Willow Brook Addition. (See Figure 4.) As surrounding development accelerated, the Austin Country Club sold its land to the city and moved to a more rural setting in 1946. The City of Austin retained part of the former country club as a public golf course, but in 1959 sold the open land near Wilshire Wood to Homart, a development company that built Hancock Shopping Center on the site.

While the raw land in Wilshire Wood and Wilshire Park was not very different from that of neighborhoods to the south, like French Place and Duplex Nation, the street layout and architectural controls resulted in a distinctive neighborhood and consistency of housing types. French Place was largely compact minimal traditional homes, and in Duplex Nation consists of two-story stucco duplexes. By contrast, most Wilshire construction occurred at a time when ranch style homes were gaining favor among architects and homebuilders, and this style was strongly endorsed by the neighborhood's developers. Typified by low-pitched roofs, deep eaves, and a strong horizontality, ranch houses were popularized in publications like *Sunset* magazine, which published plans adaptable to suburban lots like those sold in Wilshire Wood and Wilshire Park.[9] *Sunset* urged, "where there's room, let the house ramble," and promoted orienting the ranch home around indoor-outdoor living space. The influence of other styles is evident in Wilshire's houses as well: most notably, the precedents of vernacular Texas architecture are suggested by the ubiquitous use of limestone, and modernism's ascendance is perceptible in the flat roofs and expanses of glass on several facades.

Early residents of Wilshire Wood and Wilshire Park were largely upper middle class, many of them small business owners or businesspeople in Austin. Larger homes were owned by prominent Austinites like L.L. "Dude" McCandless, the owner of McCandless Construction, who built a sprawling house for his own family at 4101 Wildwood Rd., and also built a number of other houses in the neighborhood; and Paul K. Williams, the owner of P.K. Williams Nash car dealership, who lived at 4001 Bradwood Rd. There were also many more modest homes occupied by those of lesser means: salesmen and women, students at the University

---

[8] Walling, Bradfield & Brush, "Now Again! Pemberton Heights and Wilshire Wood," advertisement in *Austin American-Statesman*, December 29, 1946.
[9] May, Cliff. *Sunset Western Ranch Homes*. San Francisco: Lane Publishing Co., 1946.

Perales Decl.
00278