NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Wilshire Historic District
Austin, Travis County, Texas

Section _8_  Page _17_

of Texas, and store and restaurant managers. Notable early residents of Wilshire Wood include Buck Hood, the managing editor of the Austin American-Statesman, and Carlton Brush, an Austin architect.

The developers of Wilshire Wood and Wilshire Park believed they would "make subdivision history in Austin," and this is exactly what they accomplished. The curving streets and cul-de-sacs they planned, distinguish Wilshire from nearby residential neighborhoods, makes the district eligible for the National Register under Criterion A for Community Development and Planning at the local level. Furthermore, the architectural controls instituted by Walling, Bradfield & Brush shaped subsequent design and construction, and their original vision is very much in evidence today, despite the interruption of development by World War II. The neighborhood's sprawling residences retain their original design, materials, and feeling, and are a uniquely intact collection of early suburban ranch houses. Wilshire Wood and Wilshire Park are therefore also eligible for the National Register under Criterion C in the area of Architecture at the local level.

**Perales Decl.**
**00279**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Wilshire Historic District
Austin, Travis County, Texas

Section  9   Page  18

**Bibliography**

Austin City Directories, 1942-1957, Austin History Center.

*Austin American-Statesman*, Sunday Real Estate section advertising from 1941, 1944, and 1946.

Handbook of Texas Online, available at http://www.tsha.utexas.edu/handbook/online/.

Hardy, Heck, Moore for the Texas Department of Transportation. *Interstate Highway 35 Expansion Impact Study.*

May, Cliff. *Sunset Western Ranch Homes.* San Francisco: Lane Publishing Co., 1946.

Wright, Gwendolyn. *Building the Dream: A Social History of Housing in America.* Boston: MIT Press, 1992.

Wilshire Wood and Wilshire Park Plat Maps and Subdivision Restrictions, 1941-1947, Office of the Travis County Clerk.

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__ Page __19__

Wilshire Historic District
Austin, Travis County, Texas

Sanborn map showing Wilshire Wood and Wilshire Park. Noncontributing houses have been overlaid in gray.



NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__  Page __20__

Wilshire Historic District
Austin, Travis County, Texas

Section of Sanborn map showing Wilshire Wood Section I.



Perales Decl.
00282

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__    Page __21__

Wilshire Historic District
Austin, Travis County, Texas

Section of Sanborn map showing Wilshire Wood Section II.



Perales Decl.
00283

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__   Page __22__

Wilshire Historic District
Austin, Travis County, Texas

Section of Sanborn map showing Wilshire Wood Section III.



Perales Decl.
00284

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__  Page __23__

Wilshire Historic District
Austin, Travis County, Texas

Section of Sanborn map showing Wilshire Wood Section IV.



Perales Decl.
00285

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __MAP__   Page __24__

Wilshire Historic District
Austin, Travis County, Texas

Section of Sanborn map showing Wilshire Park.



NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__   Page __25__

Wilshire Historic District
Austin, Travis County, Texas

Figure 1. The advertisement below, from the April 20, 1941 *Austin American-Statesman*, was placed shortly after Wilshire Wood Section I was platted, and demonstrates the intention of Walling, Bradfield & Brush to develop Wilshire Wood Sections II, III, and IV.



NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  FIGURE   Page  26

Wilshire Historic District
Austin, Travis County, Texas

Figure 2. This advertisement was placed in the *Austin American-Statesman* July 30, 1944, shortly after the approval of Wilshire Wood Section II.

America Will Build Again!

Each day is bringing the return of building nearer. In the foreseeable future, building will be resumed, and families may again have just exactly the homes they want just exactly where they want them.

It is not too soon to begin planning now. There is a building site in Pemberton Heights or Wilshire Wood upon which you could be entirely happy to live always. Our intimate knowledge of these two fine neighborhoods and our large experience in home building are entirely at your disposal. Your inquiries will be cordially welcomed. Please phone 2-1191.

Walling, Bradfield & Brush

Owners and Developers

Perales Decl.
00288

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section ___FIGURE___ · Page __27__

Wilshire Historic District
Austin, Travis County, Texas

Figure 3. This advertisement dates to December 29, 1946, after Wilshire Wood Sections III and IV were platted.



NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__ Page __28__

Wilshire Historic District
Austin, Travis County, Texas

Figure 4. Advertisements for other developments, such as the following one for Willow Brook Addition, emphasized the prestige of being located adjacent to Wilshire Wood. Advertisement from the *Austin American-Statesman*, February 23, 1947.

ANNOUNCING

RE-OPENING SALE OF

Highly Selected Wooded Lots

In

WILLOW BROOK ADDITION

Once again we take great pleasure in announcing the re-opening sale of beautiful home sites in Willow Brook Addition. Situated in the area of the Country Club and Wilshire Wood, it has long been recognized as one of the most desirable residential sections within the city. Highly restricted as to preclude any home not built according to plans and specifications of a reputable architect, no house shall be constructed containing less than 1,000 square feet of floor space and other restrictions will assure the home owner that his property will not be blighted by undesirable homes.

All lots have a wide frontage; each purchaser contract guarantees the availability of all public utilities; all streets are to be paved at no extra cost to the purchaser. Prices start at $1,250 and up. Terms of $300 cash and balance monthly.

Field Office Off Wilshire Blvd.

Salesmen On Ground From 10 A. M. to 6 P. M.

All Utilities and Paved Streets Included in Selling Price

Go Out East Avenue to Wilshire Blvd., Turn Right and

Go to Entrance

Buratti & Montandon Co.

REAL ESTATE, INSURANCE, RENTALS AND LOANS

710 Colorado.                    Phone 8-6448

Representative Property 4209 Parkwood

Perales Decl.
00290

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__  Page __29__

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4001 Lullwood

Perales Decl.
00291

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__ Page __30__

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4005 Lullwood

**Perales Decl.**
**00292**

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  FIGURE   Page  31

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4101 Wildwood

Perales Decl.
00293

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__  Page __32__

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4105 Bradwod

Perales Decl.
00294

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__  Page __33__

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4200 Bradwood

Perales Decl.
00295

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section __FIGURE__  Page __34__

Wilshire Historic District
Austin, Travis County, Texas



Representative Property 4203 Wildwood

Perales Decl.
00296

NPS Form 10-900-a
(8-86)

OMB Approval No. 1024-0018

**United States Department of the Interior**
National Park Service

# National Register of Historic Places
# Continuation Sheet

Section  FIGURE   Page  35

Wilshire Historic District
Austin, Travis County, Texas



Perales Decl.
00297