# Neighborhood Planning Area Demographics
## Census 2000 Data

--Updated to reflect boundary reconfigurations, circa 2004.

| Neighborhood Planning Area | Total Population | White | Black | Hispanic | Asian | Other | Age Under 5 | Age 5 to 9 | Age 10 to 14 | Age 15 to 17 | Age 18 to 24 | Age 25 to 34 | Age 35 to 44 | Age 45 to 54 | Age 55 to 64 | Age 65 to 84 | Age 85 Plus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allandale | 6,411 | 5,558 | 103 | 544 | 83 | 113 | 306 | 316 | 312 | 186 | 396 | 941 | 1,045 | 1,025 | 537 | 1,187 | 160 |
| Barton Hills | 8,036 | 6,551 | 97 | 847 | 416 | 125 | 270 | 308 | 301 | 189 | 1,144 | 2,251 | 1,363 | 1,155 | 474 | 528 | 53 |
| Bouldin | 5,659 | 2,632 | 521 | 2,305 | 47 | 154 | 417 | 339 | 290 | 190 | 678 | 1,552 | 910 | 674 | 255 | 302 | 52 |
| Brentwood | 8,041 | 5,758 | 198 | 1,634 | 212 | 239 | 402 | 282 | 276 | 169 | 1,191 | 2,151 | 1,459 | 1,022 | 372 | 652 | 65 |
| Central East Austin | 4,802 | 409 | 1,811 | 2,501 | 25 | 56 | 400 | 412 | 400 | 221 | 693 | 798 | 672 | 441 | 230 | 452 | 83 |
| Chestnut | 1,566 | 79 | 815 | 659 | 0 | 13 | 132 | 133 | 76 | 55 | 184 | 255 | 228 | 154 | 79 | 191 | 38 |
| Coronado Hills | 3,735 | 703 | 794 | 2,137 | 56 | 45 | 371 | 248 | 179 | 144 | 642 | 907 | 471 | 337 | 188 | 229 | 19 |
| Crestview | 3,968 | 3,209 | 49 | 562 | 57 | 91 | 219 | 169 | 173 | 76 | 343 | 859 | 713 | 481 | 233 | 553 | 149 |
| Dawson | 3,466 | 1,151 | 94 | 2,132 | 23 | 66 | 222 | 193 | 149 | 118 | 545 | 785 | 619 | 378 | 221 | 219 | 17 |
| Downtown | 3,853 | 2,477 | 451 | 710 | 138 | 77 | 46 | 31 | 35 | 30 | 710 | 987 | 682 | 522 | 278 | 468 | 64 |
| E. Congress | 3121 | 1142 | 160 | 1729 | 28 | 62 | 245 | 216 | 200 | 126 | 376 | 600 | 509 | 406 | 258 | 165 | 20 |
| East César Chávez | 3,790 | 538 | 233 | 2,958 | 6 | 55 | 333 | 286 | 251 | 156 | 431 | 577 | 461 | 413 | 276 | 529 | 77 |
| Franklin Park | 8,395 | 1,048 | 1,178 | 5,971 | 84 | 114 | 1,019 | 901 | 756 | 457 | 1,255 | 1,539 | 1,150 | 734 | 357 | 217 | 10 |
| Galindo | 3,901 | 1,608 | 227 | 1,913 | 30 | 123 | 317 | 254 | 207 | 120 | 565 | 944 | 621 | 397 | 220 | 233 | 23 |
| Garrison Park | 11434 | 5556 | 744 | 4660 | 199 | 275 | 850 | 767 | 793 | 536 | 1448 | 2259 | 1811 | 1417 | 746 | 749 | 58 |
| Gateway | 1,023 | 794 | 32 | 87 | 87 | 13 | 23 | 11 | 5 | 3 | 184 | 520 | 144 | 74 | 32 | 26 | 1 |
| Georgian Acres | 8,593 | 2,615 | 1,212 | 4,329 | 226 | 211 | 886 | 635 | 412 | 274 | 1,723 | 2,092 | 1,221 | 720 | 301 | 292 | 37 |
| Govalle | 4,643 | 345 | 239 | 4,010 | 12 | 37 | 335 | 374 | 376 | 243 | 515 | 704 | 664 | 528 | 366 | 464 | 74 |
| Hancock | 5,020 | 3,644 | 60 | 467 | 711 | 138 | 121 | 91 | 79 | 49 | 2,088 | 1,329 | 487 | 392 | 194 | 149 | 41 |
| Heritage Hills | 5,128 | 1,638 | 1,258 | 1,936 | 168 | 128 | 503 | 392 | 276 | 152 | 732 | 1,211 | 717 | 513 | 320 | 290 | 22 |
| Highland | 4,526 | 2,554 | 240 | 1,547 | 91 | 94 | 259 | 223 | 202 | 114 | 586 | 1,096 | 811 | 532 | 280 | 369 | 54 |
| Holly | 3,944 | 195 | 148 | 3,547 | 16 | 38 | 337 | 350 | 372 | 187 | 427 | 591 | 525 | 421 | 274 | 400 | 56 |
| Hyde Park | 6,043 | 4,740 | 79 | 593 | 464 | 167 | 158 | 141 | 122 | 53 | 1,719 | 2,025 | 864 | 582 | 163 | 170 | 56 |
| Johnston Terrace | 1,838 | 112 | 438 | 1,276 | 0 | 12 | 190 | 184 | 145 | 83 | 251 | 320 | 236 | 179 | 144 | 101 | 5 |

Perales Decl.
00441

EX. 22

| Neighborhood | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McKinney | 2,860 | 453 | 459 | 1,861 | 23 | 64 | 340 | 342 | 243 | 173 | 345 | 563 | 490 | 223 | 79 | 56 | 6 |
| MLK | 5,160 | 416 | 2,510 | 2,153 | 20 | 61 | 604 | 475 | 229 | 229 | 775 | 611 | 676 | 504 | 335 | 467 | 51 |
| MLK - 183 | 6,425 | 193 | 3,261 | 2,908 | 4 | 59 | 520 | 599 | 579 | 332 | 690 | 869 | 863 | 667 | 534 | 697 | 75 |
| Montopolis | 6,868 | 391 | 699 | 5,622 | 19 | 137 | 734 | 712 | 633 | 411 | 878 | 1,086 | 888 | 618 | 430 | 445 | 33 |
| N. Burnet | 3,780 | 2,057 | 334 | 640 | 627 | 122 | 225 | 100 | 62 | 18 | 1,010 | 1,639 | 425 | 197 | 74 | 27 | 3 |
| N. Lamar | 5,890 | 1,351 | 1,166 | 2,898 | 386 | 89 | 612 | 524 | 376 | 229 | 876 | 1,409 | 555 | 224 | 154 | 10 | |
| N. Shoal Creek | 3,936 | 2,930 | 136 | 664 | 128 | 78 | 188 | 145 | 131 | 77 | 921 | 912 | 468 | 327 | 437 | 84 | |
| N. University | 4,426 | 3,367 | 76 | 317 | 531 | 135 | 64 | 39 | 41 | 27 | 229 | 319 | 667 | 110 | 275 | 12 | |
| North Austin Civic Association | 27,450 | 9,026 | 3,744 | 12,219 | 154 | 649 | 2,522 | 1,936 | 1,593 | 1,006 | 4,360 | 6,329 | 4,147 | 2,695 | 1,416 | 1,327 | 119 |
| North Loop | 5,393 | 2,985 | 208 | 1,897 | 149 | 288 | 204 | 168 | 103 | 1,194 | 1,722 | 767 | 447 | 178 | 285 | 37 | |
| Old West Austin | 4,372 | 3,318 | 134 | 501 | 344 | 75 | 137 | 105 | 84 | 559 | 1,525 | 827 | 595 | 243 | 152 | 35 | |
| Parker Lane | 8,279 | 3,420 | 612 | 3,558 | 516 | 173 | 492 | 337 | 252 | 110 | 2,588 | 2,280 | 1,036 | 604 | 265 | 240 | 17 |
| Pecan Springs - Springdale | 5,480 | 536 | 3,110 | 1,746 | 75 | 75 | 549 | 419 | 392 | 168 | 754 | 850 | 662 | 609 | 430 | 476 | 57 |
| Pleasant Valley | 8,858 | 3,907 | 1,035 | 2,787 | 850 | 279 | 460 | 325 | 196 | 262 | 4,857 | 1,738 | 621 | 328 | 119 | 63 | 5 |
| Riverside | 16,259 | 5,126 | 1,058 | 8,688 | 983 | 404 | 1,023 | 553 | 422 | 457 | 6,266 | 4,341 | 1,712 | 888 | 353 | 218 | 26 |
| RMMA | 640 | 9 | 39 | 590 | 0 | 2 | 97 | 66 | 49 | 38 | 138 | 155 | 62 | 23 | 5 | 0 | |
| Rosedale | 5,925 | 5,320 | 58 | 388 | 87 | 72 | 209 | 165 | 79 | 765 | 1,453 | 1,076 | 765 | 311 | 691 | 407 | |
| Rosewood | 4,458 | 304 | 2,341 | 1,732 | 23 | 58 | 470 | 446 | 428 | 224 | 519 | 577 | 556 | 387 | 255 | 523 | 145 |
| S. Lamar | 8843 | 4742 | 514 | 3132 | 58 | 232 | 667 | 456 | 335 | 217 | 1,685 | 1,453 | 387 | 929 | 334 | 367 | 72 |
| S. Manchaca | 7,089 | 3,887 | 234 | 2,786 | 63 | 109 | 490 | 432 | 458 | 280 | 800 | 1,246 | 1,212 | 999 | 529 | 585 | 58 |
| South River City | 6380 | 4420 | 168 | 1565 | 81 | 146 | 254 | 186 | 100 | 823 | 1882 | 1175 | 841 | 298 | 327 | 105 | |
| Southeast | 1,371 | 395 | 83 | 866 | 16 | 16 | 158 | 127 | 108 | 64 | 154 | 253 | 212 | 138 | 94 | 59 | 4 |
| St. Edwards | 3979 | 1742 | 242 | 1873 | 52 | 70 | 224 | 194 | 177 | 159 | 1,352 | 754 | 448 | 292 | 149 | 210 | 20 |
| St. Johns | 9,472 | 1,708 | 1,262 | 6,101 | 267 | 134 | 908 | 711 | 526 | 390 | 2,320 | 2,222 | 1,041 | 562 | 357 | 188 | |
| Sweetbriar | 4103 | 1300 | 298 | 2392 | 34 | 79 | 373 | 313 | 274 | 188 | 686 | 755 | 563 | 491 | 247 | 170 | |
| Triangle / State | 730 | 521 | 78 | 62 | 11 | 5 | 13 | 13 | 15 | 268 | 159 | 101 | 76 | 45 | 34 | 8 | |
| University Hills | 5,292 | 1,248 | 2,299 | 1,639 | 40 | 66 | 404 | 378 | 379 | 241 | 575 | 914 | 769 | 707 | 460 | 434 | 1 |
| Upper Boggy Creek | 5,688 | 3,769 | 420 | 1,154 | 131 | 155 | 275 | 220 | 13 | 116 | 268 | 159 | 563 | 76 | 45 | 170 | 31 |
| UT | 6,696 | 988 | 924 | 1,366 | 217 | 0 | 0 | 274 | 15 | 864 | 1,623 | 864 | 101 | 707 | 247 | 66 | |
| W. Congress | 2919 | 144 | 1679 | 44 | 64 | 404 | 378 | 379 | 241 | 6,546 | 68 | 20 | 620 | 248 | 248 | 1 | |
| W. University | 11,594 | 8,547 | 158 | 1,076 | 1,515 | 298 | 270 | 204 | 150 | 42 | 474 | 608 | 460 | 10 | 7 | 1 | |
| Westgate | 4671 | 2603 | 121 | 1709 | 52 | 86 | 51 | 34 | 26 | 36 | 9,061 | 1,515 | 427 | 346 | 148 | 141 | 14 |
| Windsor Hills | 6,333 | 2,133 | 1,564 | 2,325 | 200 | 327 | 292 | 235 | 140 | 259 | 527 | 615 | 232 | 95 | 103 | 192 | 14 |
| Windsor Park | 16,572 | 5,138 | 3,024 | 7,816 | 297 | 111 | 573 | 449 | 938 | 671 | 743 | 1,075 | 940 | 715 | 338 | 696 | 135 |
| Windsor Road | 4,129 | 3,828 | 19 | 224 | 30 | 28 | 1,354 | 1,173 | 938 | 3,048 | 3,049 | 3,349 | 2,420 | 1,585 | 433 | 501 | 119 |
| Wooten | 5,950 | 2,586 | 297 | 849 | 124 | 94 | 267 | 267 | 233 | 113 | 270 | 817 | 754 | 782 | 298 | 352 | 112 |
| Windsor Road | 5,936 | 3,828 | 19 | 2,849 | 30 | 28 | 462 | 378 | 308 | 232 | 928 | 1,320 | 927 | 566 | 299 | 484 | 26 |
| Zilker | 5,936 | 4,376 | 172 | 1,172 | 55 | 161 | 304 | 221 | 223 | 134 | 662 | 1,598 | 1,170 | 915 | 285 | 354 | 70 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPA Totals | 365,042 | 157,311 | 44,301 | 141,567 | 14,362 | 7,501 | 25,457 | 20,952 | 17,946 | 11,495 | 79,480 | 80,077 | 50,623 | 35,539 | 17,859 | 22,032 | 3,582 |
| Travis County Totals | 805,329 | 457,075 | 72,503 | 223,753 | 36,143 | 15,855 | 58,120 | 53,378 | 49,402 | 29,305 | 118,864 | 160,198 | 134,321 | 99,061 | 48,013 | 48,054 | 6,593 |
| City of Austin Totals | 656,562 | 347,554 | 64,259 | 200,579 | 30,915 | 13,255 | 48,715 | 41,227 | 37,108 | 24,405 | 107,349 | 138,643 | 104,874 | 75,844 | 36,492 | 38,082 | 5,823 |
| Austin MSA Totals | 1,249,763 | | | | | | 93,064 | 88,790 | 84,962 | 46,996 | 170,253 | 228,717 | 212,146 | 155,896 | 78,335 | 79,538 | 11,106 |

NOTES
1) Population by ethnic group is defined here as "one race only respondents."
2) Asian includes Hawaiian and Other Pacific Islanders and Asians.
3) Other includes American Indian, and Some Other (Census Bureau terms).
4) Hispanic is treated as a discrete ethnicity category.
5) Multi-racial respondents are included in Other.

*** This data reflects neighborhood planning area boundary changes that were made in 2003.



**City of Austin**
**Neighborhood Planning Areas**

Produced by City of Austin
Neighborhood Planning & Zoning Department
January, 2007

Approved With Zoning
Plan Partially Approved
Planning Underway or Begins 2007
Future Planning Areas
Non-neighborhood Planning Area

Perales Decl.
00444

P19. AGE BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE
POPULATION 5 YEARS AND OVER [67] - Universe: Population 5 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Block Group 1, Census Tract 17.14, Travis County, Texas |
|---|---:|
| Total: | 3,929 |
| 5 to 17 years: | 1,102 |
| Speak only English | 973 |
| Speak Spanish: | 56 |
| Speak English "very well" | 51 |
| Speak English "well" | 5 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak other Indo-European languages: | 20 |
| Speak English "very well" | 20 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak Asian and Pacific Island languages: | 53 |
| Speak English "very well" | 46 |
| Speak English "well" | 7 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak other languages: | 0 |
| Speak English "very well" | 0 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| 18 to 64 years: | 2,695 |
| Speak only English | 2,192 |
| Speak Spanish: | 168 |
| Speak English "very well" | 134 |
| Speak English "well" | 34 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak other Indo-European languages: | 48 |
| Speak English "very well" | 38 |
| Speak English "well" | 10 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak Asian and Pacific Island languages: | 287 |
| Speak English "very well" | 151 |
| Speak English "well" | 108 |
| Speak English "not well" | 28 |
| Speak English "not at all" | 0 |
| Speak other languages: | 0 |
| Speak English "very well" | 0 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| 65 years and over: | 132 |
| Speak only English | 118 |
| Speak Spanish: | 0 |
| Speak English "very well" | 0 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |

Perales Decl.
00445

| | |
|---|---:|
| Speak English "not at all" | 0 |
| Speak other Indo-European languages: | 14 |
| Speak English "very well" | 14 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak Asian and Pacific Island languages: | 0 |
| Speak English "very well" | 0 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |
| Speak other languages: | 0 |
| Speak English "very well" | 0 |
| Speak English "well" | 0 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 0 |

U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 3 (SF 3) - Sample Data (PDF 141.5KB)

Perales Decl.
00446



**U.S. Census Bureau**
**American FactFinder**

**P1. TOTAL POPULATION [1] - Universe: Total population**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total | 656,302 |

U.S. Census Bureau
Census 2000

**P7. HISPANIC OR LATINO BY RACE [17] - Universe: Total population**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 656,302 |
| Not Hispanic or Latino: | 455,262 |
| White alone | 347,533 |
| Black or African American alone | 63,403 |
| American Indian and Alaska Native alone | 1,779 |
| Asian alone | 30,579 |
| Native Hawaiian and Other Pacific Islander alone | 217 |
| Some other race alone | 870 |
| Two or more races | 10,881 |
| Hispanic or Latino: | 201,040 |
| White alone | 81,680 |
| Black or African American alone | 1,419 |
| American Indian and Alaska Native alone | 1,687 |
| Asian alone | 287 |
| Native Hawaiian and Other Pacific Islander alone | 228 |
| Some other race alone | 106,945 |
| Two or more races | 8,794 |

U.S. Census Bureau
Census 2000

**P147H. SCHOOL ENROLLMENT BY LEVEL OF SCHOOL BY TYPE OF SCHOOL FOR THE POPULATION 3 YEARS AND OVER (HISPANIC OR LATINO) [17] - Universe: Hispanic or Latino population 3 years and over**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 187,462 |
| Enrolled in nursery school, preschool: | 3,784 |
| Public school | 2,723 |
| Private school | 1,061 |

Perales Decl.
00447

| Enrolled in kindergarten: | 4,206 |
|---|---|
| Public school | 3,976 |
| Private school | 230 |
| Enrolled in grade 1 to grade 8: | 26,676 |
| Public school | 25,679 |
| Private school | 997 |
| Enrolled in grade 9 to grade 12: | 10,972 |
| Public school | 10,582 |
| Private school | 390 |
| Enrolled in college: | 13,986 |
| Public school | 12,160 |
| Private school | 1,826 |
| Not enrolled in school | 127,838 |

U.S. Census Bureau
Census 2000

---

## P147I. SCHOOL ENROLLMENT BY LEVEL OF SCHOOL BY TYPE OF SCHOOL FOR THE POPULATION 3 YEARS AND OVER (WHITE ALONE, NOT HISPANIC OR LATINO) [17] - Universe: White alone, not Hispanic or Latino population 3 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 337,382 |
| Enrolled in nursery school, preschool: | 5,363 |
| Public school | 1,381 |
| Private school | 3,982 |
| Enrolled in kindergarten: | 3,334 |
| Public school | 2,740 |
| Private school | 594 |
| Enrolled in grade 1 to grade 8: | 24,385 |
| Public school | 20,942 |
| Private school | 3,443 |
| Enrolled in grade 9 to grade 12: | 11,544 |
| Public school | 10,358 |
| Private school | 1,186 |
| Enrolled in college: | 49,611 |
| Public school | 45,288 |
| Private school | 4,323 |
| Not enrolled in school | 243,145 |

U.S. Census Bureau
Census 2000

---

## P148H. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER (HISPANIC OR LATINO) [17] - Universe: Hispanic or Latino population 25 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 101,209 |
| Male: | 53,883 |
| Less than 9th grade | 15,055 |
| 9th to 12th grade, no diploma | 9,889 |

Perales Decl.
00448

| | |
|---|---:|
| High school graduate (includes equivalency) | 10,165 |
| Some college, no degree | 8,587 |
| Associate degree | 2,178 |
| Bachelor's degree | 5,399 |
| Graduate or professional degree | 2,610 |
| Female: | 47,326 |
| Less than 9th grade | 11,946 |
| 9th to 12th grade, no diploma | 7,919 |
| High school graduate (includes equivalency) | 10,580 |
| Some college, no degree | 7,575 |
| Associate degree | 1,632 |
| Bachelor's degree | 5,583 |
| Graduate or professional degree | 2,091 |

U.S. Census Bureau
Census 2000

---

## P148I. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER (WHITE ALONE, NOT HISPANIC OR LATINO) [17] - Universe: White alone, not Hispanic or Latino population 25 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 237,885 |
| Male: | 119,995 |
| Less than 9th grade | 1,581 |
| 9th to 12th grade, no diploma | 4,147 |
| High school graduate (includes equivalency) | 14,706 |
| Some college, no degree | 27,579 |
| Associate degree | 6,193 |
| Bachelor's degree | 40,433 |
| Graduate or professional degree | 25,356 |
| Female: | 117,890 |
| Less than 9th grade | 1,524 |
| 9th to 12th grade, no diploma | 4,448 |
| High school graduate (includes equivalency) | 18,755 |
| Some college, no degree | 28,195 |
| Associate degree | 6,130 |
| Bachelor's degree | 39,510 |
| Graduate or professional degree | 19,328 |

U.S. Census Bureau
Census 2000

---

## P150H. SEX BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER (HISPANIC OR LATINO) [15] - Universe: Hispanic or Latino population 16 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 143,658 |
| Male: | 77,179 |
| In labor force: | 59,996 |
| In Armed Forces | 76 |

**Perales Decl.**
**00449**

| Civilian: | 59,920 |
|---|---|
| Employed | 56,821 |
| Unemployed | 3,099 |
| Not in labor force | 17,183 |
| Female: | 66,479 |
| In labor force: | 41,133 |
| In Armed Forces | 11 |
| Civilian: | 41,122 |
| Employed | 38,364 |
| Unemployed | 2,758 |
| Not in labor force | 25,346 |

User note on employment status data
U.S. Census Bureau
Census 2000

---

## P150I. SEX BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER (WHITE ALONE, NOT HISPANIC OR LATINO) [15] - Universe: White alone, not Hispanic or Latino population 16 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---|
| Total: | 297,241 |
| Male: | 150,074 |
| In labor force: | 120,598 |
| In Armed Forces | 293 |
| Civilian: | 120,305 |
| Employed | 116,550 |
| Unemployed | 3,755 |
| Not in labor force | 29,476 |
| Female: | 147,167 |
| In labor force: | 99,331 |
| In Armed Forces | 88 |
| Civilian: | 99,243 |
| Employed | 95,951 |
| Unemployed | 3,292 |
| Not in labor force | 47,836 |

User note on employment status data
U.S. Census Bureau
Census 2000

---

## P152H. MEDIAN HOUSEHOLD INCOME IN 1999 (DOLLARS) (HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe: Households with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---|
| Median household income in 1999 | 35,632 |

U.S. Census Bureau
Census 2000

Perales Decl.
00450

## P152I. MEDIAN HOUSEHOLD INCOME IN 1999 (DOLLARS) (WHITE ALONE, NOT HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe: Households with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Median household income in 1999 | 48,979 |

U.S. Census Bureau
Census 2000

## P157H. PER CAPITA INCOME IN 1999 (DOLLARS) (HISPANIC OR LATINO) [1] - Universe: Hispanic or Latino population
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Per capita income in 1999 | 13,252 |

U.S. Census Bureau
Census 2000

## P157I. PER CAPITA INCOME IN 1999 (DOLLARS) (WHITE ALONE, NOT HISPANIC OR LATINO) [1] - Universe: White alone, not Hispanic or Latino population
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Per capita income in 1999 | 32,244 |

U.S. Census Bureau
Census 2000

## P159H. POVERTY STATUS IN 1999 BY AGE (HISPANIC OR LATINO) [17] - Universe: Hispanic or Latino population for whom poverty status is determined
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 197,428 |
| Income in 1999 below poverty level: | 41,203 |
| Under 5 years | 5,647 |
| 5 years | 1,113 |
| 6 to 11 years | 5,352 |
| 12 to 17 years | 4,271 |
| 18 to 64 years | 23,745 |

Perales Decl.
00451

| | |
|---|---:|
| 65 to 74 years | 590 |
| 75 years and over | 485 |
| Income in 1999 at or above poverty level: | 156,225 |
| Under 5 years | 15,257 |
| 5 years | 2,676 |
| 6 to 11 years | 14,993 |
| 12 to 17 years | 13,401 |
| 18 to 64 years | 105,096 |
| 65 to 74 years | 3,290 |
| 75 years and over | 1,512 |

U.S. Census Bureau
Census 2000

---

P159I. POVERTY STATUS IN 1999 BY AGE (WHITE ALONE, NOT HISPANIC OR LATINO) [17] -
Universe: White alone, not Hispanic or Latino population for whom poverty status is determined
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 337,971 |
| Income in 1999 below poverty level: | 31,254 |
| Under 5 years | 844 |
| 5 years | 163 |
| 6 to 11 years | 798 |
| 12 to 17 years | 856 |
| 18 to 64 years | 26,974 |
| 65 to 74 years | 568 |
| 75 years and over | 1,051 |
| Income in 1999 at or above poverty level: | 306,717 |
| Under 5 years | 15,765 |
| 5 years | 2,796 |
| 6 to 11 years | 17,620 |
| 12 to 17 years | 16,521 |
| 18 to 64 years | 225,042 |
| 65 to 74 years | 15,069 |
| 75 years and over | 13,904 |

U.S. Census Bureau
Census 2000

---

PCT11. LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE
POPULATION 5 YEARS AND OVER (HISPANIC OR LATINO) [8] - Universe: Hispanic or Latino
population 5 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 179,713 |
| Speak only English | 43,424 |
| Speak Spanish: | 135,728 |
| Speak English "very well" | 67,807 |
| Speak English "well" | 24,155 |
| Speak English "not well" | 25,997 |
| Speak English "not at all" | 17,769 |

Perales Decl.
00452

| Speak other language | 561 |

U.S. Census Bureau
Census 2000

## PCT62H. AGE BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER (HISPANIC OR LATINO) [22] - Universe: Hispanic or Latino population 5 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 179,713 |
| 5 to 17 years: | 42,537 |
| Speak only English | 15,055 |
| Speak other languages: | 27,482 |
| Speak English "very well" | 14,835 |
| Speak English "well" | 5,999 |
| Speak English "not well" | 4,790 |
| Speak English "not at all" | 1,858 |
| 18 to 64 years: | 131,135 |
| Speak only English | 27,841 |
| Speak other languages: | 103,294 |
| Speak English "very well" | 51,014 |
| Speak English "well" | 16,755 |
| Speak English "not well" | 20,278 |
| Speak English "not at all" | 15,247 |
| 65 years and over: | 6,041 |
| Speak only English | 528 |
| Speak other languages: | 5,513 |
| Speak English "very well" | 2,325 |
| Speak English "well" | 1,474 |
| Speak English "not well" | 1,028 |
| Speak English "not at all" | 686 |

U.S. Census Bureau
Census 2000

## PCT62I. AGE BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER (WHITE ALONE, NOT HISPANIC OR LATINO) [22] - Universe: White alone, not Hispanic or Latino population 5 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 330,816 |
| 5 to 17 years: | 39,259 |
| Speak only English | 37,122 |
| Speak other languages: | 2,137 |
| Speak English "very well" | 1,576 |
| Speak English "well" | 358 |
| Speak English "not well" | 192 |
| Speak English "not at all" | 11 |
| 18 to 64 years: | 259,477 |
| Speak only English | 240,085 |

Perales Decl.
00453

| | |
|---|---:|
| Speak other languages: | 19,392 |
| Speak English "very well" | 15,248 |
| Speak English "well" | 2,498 |
| Speak English "not well" | 1,545 |
| Speak English "not at all" | 101 |
| 65 years and over: | 32,080 |
| Speak only English | 30,333 |
| Speak other languages: | 1,747 |
| Speak English "very well" | 1,326 |
| Speak English "well" | 245 |
| Speak English "not well" | 164 |
| Speak English "not at all" | 12 |

U.S. Census Bureau
Census 2000

---

**PCT63H. PLACE OF BIRTH BY CITIZENSHIP STATUS (HISPANIC OR LATINO) [15] - Universe: Hispanic or Latino population**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 201,040 |
| Native: | 130,618 |
| Born in state of residence | 114,891 |
| Born in other state in the United States: | 12,608 |
| Northeast | 1,278 |
| Midwest | 3,821 |
| South | 2,019 |
| West | 5,490 |
| Born outside the United States: | 3,119 |
| Puerto Rico | 1,059 |
| U.S. Island Areas | 9 |
| Born abroad of American parent(s) | 2,051 |
| Foreign born: | 70,422 |
| Naturalized citizen | 11,878 |
| Not a citizen | 58,544 |

U.S. Census Bureau
Census 2000

---

**PCT63I. PLACE OF BIRTH BY CITIZENSHIP STATUS (WHITE ALONE, NOT HISPANIC OR LATINO) [15] - Universe: White Alone, not Hispanic or Latino population**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 347,533 |
| Native: | 335,107 |
| Born in state of residence | 186,623 |
| Born in other state in the United States: | 143,021 |
| Northeast | 25,705 |
| Midwest | 47,355 |
| South | 42,006 |
| West | 27,955 |

Perales Decl.
00454

| Born outside the United States: | 5,463 |
|---|---|
| Puerto Rico | 186 |
| U.S. Island Areas | 59 |
| Born abroad of American parent(s) | 5,218 |
| Foreign born: | 12,426 |
| Naturalized citizen | 4,650 |
| Not a citizen | 7,776 |

U.S. Census Bureau
Census 2000

---

## PCT65H. MEANS OF TRANSPORTATION TO WORK FOR WORKERS 16 YEARS AND OVER (HISPANIC OR LATINO) [16] - Universe: Hispanic or Latino workers 16 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 92,932 |
| Car, truck, or van: | 80,540 |
| Drove alone | 56,167 |
| Carpooled | 24,373 |
| Public transportation: | 6,306 |
| Bus or trolley bus | 6,180 |
| Streetcar or trolley car (publico in Puerto Rico) | 15 |
| Subway or elevated | 14 |
| Railroad | 9 |
| Ferryboat | 19 |
| Taxicab | 69 |
| Motorcycle | 170 |
| Bicycle | 405 |
| Walked | 2,360 |
| Other means | 1,730 |
| Worked at home | 1,421 |

U.S. Census Bureau
Census 2000

---

## PCT65I. MEANS OF TRANSPORTATION TO WORK FOR WORKERS 16 YEARS AND OVER (WHITE ALONE, NOT HISPANIC OR LATINO) [16] - Universe: White alone, not Hispanic or Latino workers 16 years and over
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 209,371 |
| Car, truck, or van: | 184,561 |
| Drove alone | 166,886 |
| Carpooled | 17,675 |
| Public transportation: | 5,631 |
| Bus or trolley bus | 5,317 |
| Streetcar or trolley car (publico in Puerto Rico) | 25 |
| Subway or elevated | 56 |
| Railroad | 13 |
| Ferryboat | 17 |
| Taxicab | 203 |

Perales Decl.
00455

| | |
|---|---:|
| Motorcycle | 815 |
| Bicycle | 2,623 |
| Walked | 5,142 |
| Other means | 944 |
| Worked at home | 9,655 |

U.S. Census Bureau
Census 2000

---

## PCT74H. MEDIAN EARNINGS IN 1999 (DOLLARS) BY WORK EXPERIENCE IN 1999 BY SEX FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS (HISPANIC OR LATINO) [6] - Universe: Hispanic or Latino population 16 years and over with earnings in 1999
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Median earnings in 1999 -- | |
| Worked full-time, year-round in 1999 -- | |
| Total | 23,833 |
| Male | 24,768 |
| Female | 22,526 |
| Other -- | |
| Total | 10,429 |
| Male | 11,775 |
| Female | 8,910 |

U.S. Census Bureau
Census 2000

---

## PCT74I. MEDIAN EARNINGS IN 1999 (DOLLARS) BY WORK EXPERIENCE IN 1999 BY SEX FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS (WHITE ALONE, NOT HISPANIC OR LATINO) [6] - Universe: White alone, not Hispanic or Latino population 16 years and over with earnings in 1999
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Austin city, Texas |
|---|---:|
| Median earnings in 1999 -- | |
| Worked full-time, year-round in 1999 -- | |
| Total | 37,589 |
| Male | 42,288 |
| Female | 33,184 |
| Other -- | |
| Total | 11,412 |
| Male | 12,345 |
| Female | 10,513 |

U.S. Census Bureau
Census 2000

---

## HCT29H. OCCUPANTS PER ROOM (HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe: Occupied housing units with a householder who is Hispanic or Latino

**Perales Decl.
00456**

Data Set: <u>Census 2000 Summary File 3 (SF 3) - Sample Data</u>

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see <u>http://factfinder.census.gov/home/en/datanotes/expsf3.htm</u>.

|  | Austin city, Texas |
|---|---|
| Total: | 57,963 |
| 1.00 or less occupants per room | 42,462 |
| 1.01 or more occupants per room | 15,501 |

U.S. Census Bureau
Census 2000

---

<u>HCT29I. OCCUPANTS PER ROOM (WHITE ALONE, NOT HISPANIC OR LATINO
HOUSEHOLDER) [3]</u> - Universe: Occupied housing units with a householder who is White alone, not
Hispanic or Latino
Data Set: <u>Census 2000 Summary File 3 (SF 3) - Sample Data</u>

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see <u>http://factfinder.census.gov/home/en/datanotes/expsf3.htm</u>.

|  | Austin city, Texas |
|---|---|
| Total: | 166,759 |
| 1.00 or less occupants per room | 163,408 |
| 1.01 or more occupants per room | 3,351 |

U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
<u>Accuracy of the Data: Census 2000 Summary File 3 (SF 3) - Sample Data (PDF 141.5KB)</u>

Perales Decl.
00457



**U.S. Census Bureau**

**American FactFinder**

HCT32H. TELEPHONE SERVICE AVAILABLE (HISPANIC OR LATINO HOUSEHOLDER) [3] -
Universe: Occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 57,963 |
| With telephone service available | 55,007 |
| No telephone service available | 2,956 |

U.S. Census Bureau
Census 2000

HCT32I. TELEPHONE SERVICE AVAILABLE (WHITE ALONE, NOT HISPANIC OR LATINO
HOUSEHOLDER) [3] - Universe: Occupied housing units with a householder who is White alone, not
Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 166,759 |
| With telephone service available | 164,997 |
| No telephone service available | 1,762 |

U.S. Census Bureau
Census 2000

HCT33H. VEHICLES AVAILABLE (HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe:
Occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro
and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 57,963 |
| No vehicle available | 6,737 |
| 1 or more vehicles available | 51,226 |

U.S. Census Bureau
Census 2000

HCT33I. VEHICLES AVAILABLE (WHITE ALONE, NOT HISPANIC OR LATINO HOUSEHOLDER)
[3] - Universe: Occupied housing units with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

**Perales Decl.**
**00458**

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 166,759 |
| No vehicle available | 8,850 |
| 1 or more vehicles available | 157,909 |

U.S. Census Bureau
Census 2000

---

### HCT34H. PLUMBING FACILITIES (HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe: Occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 57,963 |
| Complete plumbing facilities | 57,344 |
| Lacking complete plumbing facilities | 619 |

U.S. Census Bureau
Census 2000

---

### HCT34I. PLUMBING FACILITIES (WHITE ALONE, NOT HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe: Occupied housing units with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 166,759 |
| Complete plumbing facilities | 166,342 |
| Lacking complete plumbing facilities | 417 |

U.S. Census Bureau
Census 2000

---

### HCT35H. KITCHEN FACILITIES (HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe: Occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 57,963 |
| Complete kitchen facilities | 57,361 |
| Lacking complete kitchen facilities | 602 |

U.S. Census Bureau
Census 2000

Perales Decl.
00459

## HCT35I. KITCHEN FACILITIES (WHITE ALONE, NOT HISPANIC OR LATINO HOUSEHOLDER) [3]
- Universe: Occupied housing units with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 166,759 |
| Complete kitchen facilities | 165,649 |
| Lacking complete kitchen facilities | 1,110 |

U.S. Census Bureau
Census 2000

## HCT41H. VALUE (HISPANIC OR LATINO HOUSEHOLDER) [25] - Universe: Specified owner-occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 17,997 |
| Less than $10,000 | 46 |
| $10,000 to $14,999 | 125 |
| $15,000 to $19,999 | 80 |
| $20,000 to $24,999 | 92 |
| $25,000 to $29,999 | 133 |
| $30,000 to $34,999 | 178 |
| $35,000 to $39,999 | 318 |
| $40,000 to $49,999 | 835 |
| $50,000 to $59,999 | 1,354 |
| $60,000 to $69,999 | 1,919 |
| $70,000 to $79,999 | 2,235 |
| $80,000 to $89,999 | 2,457 |
| $90,000 to $99,999 | 1,864 |
| $100,000 to $124,999 | 2,668 |
| $125,000 to $149,999 | 1,376 |
| $150,000 to $174,999 | 846 |
| $175,000 to $199,999 | 362 |
| $200,000 to $249,999 | 394 |
| $250,000 to $299,999 | 269 |
| $300,000 to $399,999 | 220 |
| $400,000 to $499,999 | 79 |
| $500,000 to $749,999 | 89 |
| $750,000 to $999,999 | 34 |
| $1,000,000 or more | 24 |

U.S. Census Bureau
Census 2000

## HCT41I. VALUE (WHITE ALONE, NOT HISPANIC OR LATINO HOUSEHOLDER) [25] - Universe: Specified owner-occupied housing units with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

Perales Decl.
00460

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling erro and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 74,151 |
| Less than $10,000 | 54 |
| $10,000 to $14,999 | 36 |
| $15,000 to $19,999 | 77 |
| $20,000 to $24,999 | 55 |
| $25,000 to $29,999 | 30 |
| $30,000 to $34,999 | 57 |
| $35,000 to $39,999 | 72 |
| $40,000 to $49,999 | 394 |
| $50,000 to $59,999 | 916 |
| $60,000 to $69,999 | 1,886 |
| $70,000 to $79,999 | 3,037 |
| $80,000 to $89,999 | 5,225 |
| $90,000 to $99,999 | 6,605 |
| $100,000 to $124,999 | 10,993 |
| $125,000 to $149,999 | 9,404 |
| $150,000 to $174,999 | 7,509 |
| $175,000 to $199,999 | 5,737 |
| $200,000 to $249,999 | 7,537 |
| $250,000 to $299,999 | 5,491 |
| $300,000 to $399,999 | 4,463 |
| $400,000 to $499,999 | 1,884 |
| $500,000 to $749,999 | 1,622 |
| $750,000 to $999,999 | 490 |
| $1,000,000 or more | 577 |

U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 3 (SF 3) - Sample Data (PDF 141.5KB)

Perales Decl.
00461



PCT1. TOTAL POPULATION [1] - Universe: Total population
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corre
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|        | Austin city, Texas |
|--------|--------------------|
| Total  | 656,302            |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Hispanic or Latino (of any race)**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corre
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|        | Austin city, Texas |
|--------|--------------------|
| Total  | 201,040            |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corre
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|        | Austin city, Texas |
|--------|--------------------|
| Total  | 455,262            |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **White alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corre
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|        | Austin city, Texas |
|--------|--------------------|
| Total  | 356,232            |

U.S. Census Bureau
Census 2000

**Perales Decl.
00462**

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Black or African American alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|       | Austin city, Texas |
|-------|--------------------|
| Total | 66,400             |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **American Indian and Alaska Native alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|       | Austin city, Texas |
|-------|--------------------|
| Total | 4,988              |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Asian alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|       | Austin city, Texas |
|-------|--------------------|
| Total | 34,345             |

U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Some other race alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|  | Austin city, Texas |
|--|--------------------|

Perales Decl.
00463

| Total | 4,402 |
|-------|-------|

U.S. Census Bureau
Census 2000

---

PCT38. AGE BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE
POPULATION 5 YEARS AND OVER [67] - Universe: Population 5 years and over
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 609,773 |
| 5 to 17 years: | 100,978 |
| Speak only English | 67,739 |
| Speak Spanish: | 29,091 |
| Speak English "very well" | 15,892 |
| Speak English "well" | 6,293 |
| Speak English "not well" | 5,043 |
| Speak English "not at all" | 1,863 |
| Speak other Indo-European languages: | 1,301 |
| Speak English "very well" | 1,002 |
| Speak English "well" | 185 |
| Speak English "not well" | 97 |
| Speak English "not at all" | 17 |
| Speak Asian and Pacific Island languages: | 2,452 |
| Speak English "very well" | 1,710 |
| Speak English "well" | 468 |
| Speak English "not well" | 246 |
| Speak English "not at all" | 28 |
| Speak other languages: | 395 |
| Speak English "very well" | 268 |
| Speak English "well" | 64 |
| Speak English "not well" | 54 |
| Speak English "not at all" | 9 |
| 18 to 64 years: | 465,076 |
| Speak only English | 316,409 |
| Speak Spanish: | 113,703 |
| Speak English "very well" | 59,155 |
| Speak English "well" | 17,954 |
| Speak English "not well" | 21,278 |
| Speak English "not at all" | 15,316 |
| Speak other Indo-European languages: | 14,150 |
| Speak English "very well" | 11,019 |
| Speak English "well" | 2,198 |
| Speak English "not well" | 853 |
| Speak English "not at all" | 80 |
| Speak Asian and Pacific Island languages: | 18,024 |
| Speak English "very well" | 10,114 |
| Speak English "well" | 5,615 |
| Speak English "not well" | 2,093 |
| Speak English "not at all" | 202 |
| Speak other languages: | 2,790 |
| Speak English "very well" | 2,016 |
| Speak English "well" | 568 |
| Speak English "not well" | 185 |
| Speak English "not at all" | 21 |
| 65 years and over: | 43,719 |
| Speak only English | 35,736 |
| Speak Spanish: | 6,329 |
| Speak English "very well" | 2,977 |

Perales Decl.
00464

| | |
|---|---:|
| Speak English "well" | 1,546 |
| Speak English "not well" | 1,106 |
| Speak English "not at all" | 700 |
| Speak other Indo-European languages: | 1,083 |
| Speak English "very well" | 764 |
| Speak English "well" | 181 |
| Speak English "not well" | 132 |
| Speak English "not at all" | 6 |
| Speak Asian and Pacific Island languages: | 479 |
| Speak English "very well" | 104 |
| Speak English "well" | 99 |
| Speak English "not well" | 149 |
| Speak English "not at all" | 127 |
| Speak other languages: | 92 |
| Speak English "very well" | 47 |
| Speak English "well" | 33 |
| Speak English "not well" | 0 |
| Speak English "not at all" | 12 |

U.S. Census Bureau
Census 2000

---

## PCT39. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER [45] - Universe: Population 5 years and over

Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 609,773 |
| Native: | 502,723 |
| Speak only English | 407,290 |
| Speak Spanish: | 83,206 |
| Speak English "very well" | 62,585 |
| Speak English "well" | 13,398 |
| Speak English "not well" | 6,383 |
| Speak English "not at all" | 840 |
| Speak other Indo-European languages: | 7,015 |
| Speak English "very well" | 5,863 |
| Speak English "well" | 722 |
| Speak English "not well" | 416 |
| Speak English "not at all" | 14 |
| Speak Asian and Pacific Island languages: | 4,336 |
| Speak English "very well" | 3,640 |
| Speak English "well" | 523 |
| Speak English "not well" | 156 |
| Speak English "not at all" | 17 |
| Speak other languages: | 876 |
| Speak English "very well" | 705 |
| Speak English "well" | 119 |
| Speak English "not well" | 47 |
| Speak English "not at all" | 5 |
| Foreign born: | 107,050 |
| Speak only English | 12,594 |
| Speak Spanish: | 65,917 |
| Speak English "very well" | 15,439 |
| Speak English "well" | 12,395 |
| Speak English "not well" | 21,044 |
| Speak English "not at all" | 17,039 |
| Speak other Indo-European languages: | 9,519 |
| Speak English "very well" | 6,922 |

Perales Decl.
00465

| | |
|---|---:|
| Speak English "well" | 1,842 |
| Speak English "not well" | 666 |
| Speak English "not at all" | 89 |
| Speak Asian and Pacific Island languages: | 16,619 |
| Speak English "very well" | 8,288 |
| Speak English "well" | 5,659 |
| Speak English "not well" | 2,332 |
| Speak English "not at all" | 340 |
| Speak other languages: | 2,401 |
| Speak English "very well" | 1,626 |
| Speak English "well" | 546 |
| Speak English "not well" | 192 |
| Speak English "not at all" | 37 |

U.S. Census Bureau
Census 2000

---

### PCT40. AGE BY LANGUAGE SPOKEN AT HOME FOR THE POPULATION 5 YEARS AND OVER IN LINGUISTICALLY ISOLATED HOUSEHOLDS [17] - Universe: Population 5 years and over in linguistically isolated households
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 54,612 |
| 5 to 17 years: | 11,499 |
| Speak only English | 576 |
| Speak Spanish | 9,801 |
| Speak other Indo-European languages | 212 |
| Speak Asian and Pacific Island languages | 814 |
| Speak other languages | 96 |
| 18 to 64 years: | 40,956 |
| Speak Spanish | 34,348 |
| Speak other Indo-European languages | 1,402 |
| Speak Asian and Pacific Island languages | 4,899 |
| Speak other languages | 307 |
| 65 years and over: | 2,157 |
| Speak Spanish | 1,784 |
| Speak other Indo-European languages | 128 |
| Speak Asian and Pacific Island languages | 218 |
| Speak other languages | 27 |

NOTE: When a race or ethnic group or an ancestry group is selected, the data in this table refer to the race, Hispanic or Latino origin, American Indian or Alaska Native tribe, or ancestry of the person.
A **linguistically isolated household** is one in which no member 14 years old and over (1) speaks only English or (2) speaks a non-English language and speaks English "very well." In other words, all members 14 years old and over have at least some difficulty with English.
U.S. Census Bureau
Census 2000

---

### PCT41. LANGUAGE DENSITY BY LINGUISTIC ISOLATION BY AGE FOR THE POPULATION 5 YEARS AND OVER IN HOUSEHOLDS [28] - Universe: Population 5 years and over in households
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| | Austin city, Texas |
|---|---|
| | |

Perales Decl.
00466

| | |
|---|---:|
| Total: | 589,657 |
| In households where all members speak English only: | 359,708 |
| 5 to 17 years | 51,952 |
| 18 to 44 years | 198,494 |
| 45 to 64 years | 77,340 |
| 65 years and over | 31,922 |
| In households where some members speak a non-English language: | 90,508 |
| Not linguistically isolated: | 88,903 |
| 5 to 17 years | 20,845 |
| 18 to 44 years | 51,444 |
| 45 to 64 years | 13,764 |
| 65 years and over | 2,850 |
| Linguistically isolated: | 1,605 |
| 5 to 17 years | 792 |
| 18 to 44 years | 722 |
| 45 to 64 years | 85 |
| 65 years and over | 6 |
| In households where all members speak a non-English language: | 139,441 |
| Not linguistically isolated: | 86,434 |
| 5 to 17 years | 16,063 |
| 18 to 44 years | 52,777 |
| 45 to 64 years | 14,001 |
| 65 years and over | 3,593 |
| Linguistically isolated: | 53,007 |
| 5 to 17 years | 10,707 |
| 18 to 44 years | 34,996 |
| 45 to 64 years | 5,153 |
| 65 years and over | 2,151 |

NOTE: When a race or ethnic group or an ancestry group is selected, the data in this table refer to the race, Hispanic or Latino origin, American Indian or Alaska Native tribe, or ancestry of the person.
A **linguistically isolated household** is one in which no member 14 years old and over (1) speaks only English or (2) speaks a non-English language and speaks English "very well." In other words, all members 14 years old and over have at least some difficulty with English.
U.S. Census Bureau
Census 2000

---

## PCT42. HOUSEHOLD LANGUAGE BY LINGUISTIC ISOLATION [14] - Universe: Households
## Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| | Austin city, Texas |
|---|---:|
| Total: | 265,594 |
| English | 182,885 |
| Spanish: | 60,972 |
| Linguistically isolated | 14,663 |
| Not linguistically isolated | 46,309 |
| Other Indo-European languages: | 10,386 |
| Linguistically isolated | 1,056 |
| Not linguistically isolated | 9,330 |
| Asian and Pacific Island languages: | 9,631 |
| Linguistically isolated | 2,737 |
| Not linguistically isolated | 6,894 |
| Other languages: | 1,720 |
| Linguistically isolated | 198 |
| Not linguistically isolated | 1,522 |

NOTE: When a race or ethnic group or an ancestry group is selected, the data in this table refer to the race, Hispanic or Latino origin, American Indian or Alaska Native tribe, or ancestry of the householder.
A **linguistically isolated household** is one in which no member 14 years old and over (1) speaks only English or (2) speaks a non-English language and speaks English "very well." In other words, all members 14 years old and over have at least some difficulty with English.

Perales Decl.
00467

U.S. Census Bureau
Census 2000

PCT48. PLACE OF BIRTH BY YEAR OF ENTRY BY CITIZENSHIP STATUS FOR THE FOREIGN-BORN POPULATION [104] - Universe: Foreign-born population
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

|  | Austin city, Texas |
|---|---|
| Total: | 109,006 |
| Europe: | 7,474 |
| Year of entry 1990 to March 2000: | 3,513 |
| Naturalized citizen | 371 |
| Not a citizen | 3,142 |
| Year of entry 1980 to 1989: | 1,231 |
| Naturalized citizen | 566 |
| Not a citizen | 665 |
| Year of entry before 1980: | 2,730 |
| Naturalized citizen | 1,996 |
| Not a citizen | 734 |
| Asia: | 25,036 |
| Year of entry 1990 to March 2000: | 14,068 |
| Naturalized citizen | 1,762 |
| Not a citizen | 12,306 |
| Year of entry 1980 to 1989: | 6,551 |
| Naturalized citizen | 4,308 |
| Not a citizen | 2,243 |
| Year of entry before 1980: | 4,417 |
| Naturalized citizen | 3,867 |
| Not a citizen | 550 |
| Africa: | 2,263 |
| Year of entry 1990 to March 2000: | 1,178 |
| Naturalized citizen | 80 |
| Not a citizen | 1,098 |
| Year of entry 1980 to 1989: | 739 |
| Naturalized citizen | 352 |
| Not a citizen | 387 |
| Year of entry before 1980: | 346 |
| Naturalized citizen | 263 |
| Not a citizen | 83 |
| Oceania: | 298 |
| Year of entry 1990 to March 2000: | 185 |
| Naturalized citizen | 0 |
| Not a citizen | 185 |
| Year of entry 1980 to 1989: | 29 |
| Naturalized citizen | 0 |
| Not a citizen | 29 |
| Year of entry before 1980: | 84 |
| Naturalized citizen | 49 |
| Not a citizen | 35 |
| Americas: | 73,935 |
| Latin America: | 72,097 |
| Caribbean: | 1,623 |
| Year of entry 1990 to March 2000: | 985 |
| Naturalized citizen | 64 |
| Not a citizen | 921 |
| Year of entry 1980 to 1989: | 261 |
| Naturalized citizen | 117 |
| Not a citizen | 144 |

Perales Decl.
00468

| | |
|---|---:|
| Year of entry before 1980: | 377 |
| Naturalized citizen | 338 |
| Not a citizen | 39 |
| Central America: | 67,701 |
| Mexico: | 61,948 |
| Year of entry 1990 to March 2000: | 40,575 |
| Naturalized citizen | 2,632 |
| Not a citizen | 37,943 |
| Year of entry 1980 to 1989: | 13,760 |
| Naturalized citizen | 3,309 |
| Not a citizen | 10,451 |
| Year of entry before 1980: | 7,613 |
| Naturalized citizen | 3,682 |
| Not a citizen | 3,931 |
| Other Central America: | 5,753 |
| Year of entry 1990 to March 2000: | 3,358 |
| Naturalized citizen | 284 |
| Not a citizen | 3,074 |
| Year of entry 1980 to 1989: | 1,834 |
| Naturalized citizen | 640 |
| Not a citizen | 1,194 |
| Year of entry before 1980: | 561 |
| Naturalized citizen | 366 |
| Not a citizen | 195 |
| South America: | 2,773 |
| Year of entry 1990 to March 2000: | 1,392 |
| Naturalized citizen | 125 |
| Not a citizen | 1,267 |
| Year of entry 1980 to 1989: | 677 |
| Naturalized citizen | 371 |
| Not a citizen | 306 |
| Year of entry before 1980: | 704 |
| Naturalized citizen | 526 |
| Not a citizen | 178 |
| Northern America: | 1,838 |
| Year of entry 1990 to March 2000: | 764 |
| Naturalized citizen | 40 |
| Not a citizen | 724 |
| Year of entry 1980 to 1989: | 421 |
| Naturalized citizen | 160 |
| Not a citizen | 261 |
| Year of entry before 1980: | 653 |
| Naturalized citizen | 479 |
| Not a citizen | 174 |
| Born at sea: | 0 |
| Year of entry 1990 to March 2000: | 0 |
| Naturalized citizen | 0 |
| Not a citizen | 0 |
| Year of entry 1980 to 1989: | 0 |
| Naturalized citizen | 0 |
| Not a citizen | 0 |
| Year of entry before 1980: | 0 |
| Naturalized citizen | 0 |
| Not a citizen | 0 |

Table PCT48 With Codes (PDF 35KB)
Place of Birth Code List (PDF 74KB)
U.S. Census Bureau
Census 2000


**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 4 (SF 4) - Sample Data (PDF 141.5KB)

Perales Decl.
00469