IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>           Plaintiff,<br><br>           v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06-CV-01384<br>)   (DST, PLF, EGS)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING SUMMARY JUDGMENT

Presently before the Court is the motion for summary judgment filed by Defendant-Intervenors Lisa Diaz, David Diaz, and Gabriel Diaz ("Diaz Intervenors"). Having carefully considered the arguments of counsel and the papers submitted, the Court hereby GRANTS Diaz Intervenors' motion for summary judgment.

It is so ordered this ____ day of _____, 2007

_____
UNITED STATES CIRCUIT JUDGE


_____
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES DISTRICT JUDGE

Names of Persons Entitled to Notice of Entry of Proposed Orders per LCvR 7(k)

Nina Perales
MALDEF
110 Broadway, Suite 300
San Antonio, Texas 78205

JOSEPH E. SANDLER
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003

Norman Chachkin
Debo P. Adegbile
Ryan Haygood
Jenigh Garrett
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013

Kristen M. Clarke
NAACP Legal Defense and
Educational Fund, Inc.
1444 Eye Street, NW
Washington, DC 20005

David J. Becker
People for the American Way Foundation
2000 M Street, NW
Washington, DC 20036-3315

J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304

Max Renea Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801

Arthur B. Spitzer
American Civil Liberties Union of the
National Capitol Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036

Michael Kator
Kator, Park & Weiser, PLLC
1020 19th Street, NW
Suite 350
Washington, DC 20036-6101

M. Laughlin McDonald
American Civil Liberties Union Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227

Michael T. Kirkpatrick
Emma Cheuse
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009-1001

Wan J. Kim
Jeffrey A. Taylor
John K. Tanner
T. Christian Herren Jr.
Sarah E. Harrington
Christy A. McCormick
Civil Rights Division
United States
Department of Justice
Room 7254- NWB
950 Pennsylvania Ave., NW
Washington, DC 20530

Gregory S. Coleman
Christian T. Ward
Yetter & Warden, L.L.P.
221 West 6th Street, Suite 750
Austin, Texas 78701

Jose Garza
George Korbel
Judith A. Sanders-Castro
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, TX 78212

Erik Scott Jaffe, Esq.
5101 34th Street, NW
Washington, DC 20008-2015

Samuel Spital
Holland & Knight
195 Broadway
24th Floor
New York NY 10007

Seth P. Waxman
Paul R.Q. Wolfson
Ariel B. Waldman
Daniel A. Zibel
Michael J. Gottlieb
Wilmer Cutler Pickering
Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Dennis C. Hayes
NAACP, Inc.
4805 Mt. Hope Dr.
Baltimore, MD 21215

Jon Greenbaum
Benjamin Blustein
Jonah H. Goldman
Lawyers Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, DC 20005