IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>*Plaintiff,*<br><br>vs.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States<br><br>*Defendant.* | Civil Action No. 1:06-1384<br>(DST, PLF, EGS) |

### DECLARATION OF NINA PERALES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT-INTERVENORS LISA DIAZ, DAVID DIAZ, AND GABRIEL DIAZ

I, NINA PERALES, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

I am the Southwest Regional counsel at the Mexican American Legal Defense and Educational Fund, counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz ("Diaz Defendants"). Attached hereto are true and correct copies of the following documents, which are referenced in the Memorandum in Support of Diaz Intervenors' Motion for Summary Judgment:

1. Martin, Roscoe C. "The Municipal Electorate: A Case Study" *Southwestern Social Science Quarterly* XIV (December 1933), p. 890-936.

2. "The Election and the Press," *Austin American-Statesman* (Sunday, April 9, 1967), p. A-15.

3. Adams, Carol R. "The History of Mexican-American Schools in Austin: From Reconstruction Through World War II" (Unpublished school paper written for the course Chicano Educational Struggles, University of Austin, 1997).

4. Austin. MEMORANDUM: T.N. Porter to Dr. J.W. Edgar, July 20, 1948. "Tabulation – Tax Election, July 19, 1948."

5. Austin Schools, 1881-1954: Origin, Growth, Future," Volume 2. Austin Public Schools, 1954 (103 pp.).

6. Lack, Paul D. "Slavery and Vigilantism in Austin, Texas, 1840-1860." *Southwestern Historical Quarterly* 85 (July 1981) and supporting archival documents from *Texas State Gazette* (1854-55).

7. Black, Mary S. "Historical Factors Affecting Mexican Americans Parental Involvement and Educational Outcomes: The Texas Environment from 1910-1996" (Unpublished Ed.U. thesis, Harvard University, 1996).

8. Austin. City Plan for Austin. Koch and Fowler, 1928.

9. Hamilton, William B. "A Social Survey of Austin" *Bulletin of the University of Texas* No. 273 (No. 15, March 15, 1913), 89 pp. with Introduction, Appendices, and illustrations.

10. Texas Historical Commission. Duplex Nation Historic District. Application for National Register of Historic Places, Nov. 10, 2006.

11. Texas Historical Commission. Wilshire Historic District. Application for National Register of Historic Places, Nov. 10, 2006.

12. *LULAC v. Perry*, Civil NO. 2:03-CV-354, "Motion of the Jackson Plaintiffs and Democratic Congressional Intervenors For an Award of Attorneys' Fees and Costs"

13. *LULAC v. Perry*, Civil NO. 2:03-CV-354, "LULAC's Motion and Brief in Support of Reasonable Fees and Costs"

14. *LULAC v. Perry*, Civil NO. 2:03-CV-354, "GI Forum Plaintiffs' Motion and Brief in Support of Reasonable Attorneys Fees and Costs"

15. *LULAC v. Perry*, Civil NO. 2:03-CV-354, "Memorandum Opinion and Order" filed March 28, 2007.

16. Declaration of Marcelo Tafoya in Support of Diaz Intervenors' Motion for Summary Judgment

17. Declaration of Fidel Acevedo in Support of Diaz Intervenors' Motion for Summary Judgment

18. Declaration of Gloria Moreno in Support of Diaz Intervenors' Motion for Summary Judgment

19. Declaration of Diana Castaneda in Support of Diaz Intervenors' Motion for Summary Judgment

20. Declaration of David Diaz in Support of Diaz Intervenors' Motion for Summary Judgment

21. Declaration of Lisa Diaz in Support of Diaz Intervenors' Motion for Summary Judgment

22. "City of Austin Neighborhood Planning Area Demographics Census 200 Data – Updated to reflect boundary reconfigurations, circa 2004"

23. U.S. Census Bureau; Census 2000, Summary File 3 (SF 3) –Sample Data; "P19. Age By Language Spoken at Home By Ability To Speak English For The Population 5 Years and Over [67] – Universe: Population 5 years and over" Block Group 1, Census Tract 17.14, Travis County, Texas; generated by Nina Perales, using American Factfinder; http://factfinder.census.gov/; (12 May 2007).

24. U.S. Census Bureau; Census 2000, Summary File 3 (SF 3) –Sample Data; Austin, Texas; generated by Nina Perales, using American Factfinder; http://factfinder.census.gov/; (11 May 2007).

25. Selected Election Orders from Northwest Austin Municipal Utility District No. 1 for Elections in 1992, 1994, 1996, 1998, 2000, 2002.

26. Declaration of Gabriel Diaz in Support of Diaz Intervenors' Motion for Summary Judgment

I declare under penalty and perjury that the foregoing is true and correct.

                                             /s/ Nina Perales
                                             Nina Perales