IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
----------------------------------------------------------- X
NORTHWEST AUSTIN MUNICIPAL                                  :
UTILITY DISTRICT NUMBER ONE                                 :
                                                            :
                Plaintiff,                                  :
         - v -                                              :   Civil Action No. 1:06-CV-01384
                                                            :            (DST, PLF, EGS)
ALBERTO GONZALES, Attorney General                          :
of the United States, et al.,                               :
                                                            :
                Defendants.                                 :
----------------------------------------------------------- X
```

### UNOPPOSED MOTION OF
### THE BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW,
### FOR LEAVE TO FILE A MEMORANDUM OF LAW,
### AMICUS CURIAE,
### IN SUPPORT OF DEFENDANT'S AND INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Brennan Center for Justice at NYU School of Law ("Brennan Center") respectfully moves, pursuant to Local Civ. R. 7, for leave to file as *amicus curiae* the attached Memorandum of Law in Support of Defendant's and Intervenor-Defendants' motion for summary judgment.

Named for late Associate Justice William J. Brennan, Jr., the Brennan Center is a not-for-profit, nonpartisan public policy and law institute that focuses on issues of democracy and justice. Through the activities of the Democracy Program, the Brennan Center seeks to bring the ideal of representative self-government closer to reality by working to eliminate barriers to full and equal political participation and to ensure that public policy and institutions reflect the diverse voices and interests that make for a rich and energetic democracy. The Brennan Center has focused extensively on the protection of minority voting rights, including by authoring a report on minority representation; launching a major, multi-year initiative on redistricting; and

participating as counsel or *amicus* in a number of federal and state cases involving voting and election issues, including as *amicus curiae* in *LULAC v. Perry*, ____ U.S. _____, 126 S. Ct. 2594 (2006).

The Brennan Center seeks to file a Memorandum of Law in this case in order preserve Congress's broad power under the Fifteenth Amendment to protect against racial discrimination in voting. The Plaintiff's challenge to the Voting Rights Act will have an effect on minority voters' ability to have a meaningful voice in their government in light of increasingly sophisticated techniques to suppress the electoral participation of people of color. The Brennan Center seeks to ensure that Congress retains its full powers to enforce the bedrock guarantees for the Fifteenth Amendment.

The Defendant and Intervenor-Defendants have consented to the filing of this Memorandum of Law. Counsel for the Plaintiff has informed counsel that it does not oppose filing.

Date: May 15, 2007                                                      Respectfully submitted,

                                                                        */s/ Paul M. Smith*_____

Deborah Goldberg*                               Paul M. Smith (D.C. Bar No. 436482)
Wendy R. Weiser*                                Joshua A. Block*
Myrna Perez*                                    JENNER & BLOCK, LLP
BRENNAN CENTER FOR JUSTICE                      919 Third Avenue, Floor 37
AT NYU SCHOOL OF LAW                            New York, NY 10022
161 Avenue of the Americas, 12th Fl.            (212) 891-1600
New York, NY 10013
(212) 998-6730                                  Sam Hirsch (D.C. Bar No. 455688)
                                                JENNER & BLOCK, LLP
                                                601 Thirteenth Street, N.W.
*not admitted in this district                  Suite 1200 South
                                                Washington, DC 20005
*Attorneys for Amicus Curiae*                   (202) 639-6000

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I caused to be served a copy of the foregoing **Unopposed Motion of The Brennan Center For Justice At NYU School of Law, for Leave to File a Memorandum of Law,** *Amicus Curiae*, **in Support of Defendant's and Intervenor-Defendants' Motion for Summary Judgment; Memorandum of Law of the Brennan Center for Justice at NYU School Of Law,** *Amicus Curiae*, **in Support of Defendant's and Defendant-Intervenors' Motion for Summary Judgment; Entry of Appearance; and Proposed Order** via email on the following counsel for the parties.  Counselors without listed e-mail addresses I caused to be served the same documents on May 15, 2007, via first class mail:

**Debo P. Adegbile**
dadegbile@naacpldf.org
**Norman Jay Chachkin**
nchachkin@naacpldf.org
**Jenigh J. Garrett**
**Ryan P. Haygood**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
99 Hudson Street
Suite 1600
New York, NY 10013
(212) 965-2200
(212) 226-7592 (fax)

**Samuel Spital**
HOLLAND & KNIGHT, LLP
195 Broadway
24th Floor
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)

*Counsel for Intervenors-Defendants NICOLE LOUIS, RODNEY LOUIS, JAMAL RICHARDSON, MARISA RICHARDSON, WENDY RICHARDSON, YVONNE GRAHAM, and WINTHROP GRAHAM*

**Kristen M. Clarke**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
1444 Eye Street, NW
Washington, DC 20005
(202) 216-5569
(202) 682-1312 (fax)
kclarke@naacpldf.org

*Counsel for Intervenors-Defendants NICOLE LOUIS, RODNEY LOUIS, JAMAL RICHARDSON, MARISA RICHARDSON, WENDY RICHARDSON, YVONNE GRAHAM, WINTHROP GRAHAM, AUSTIN BRANCH OF THE NAACP, PEOPLE FOR THE AMERICAN WAY, TEXAS STATE CONFERENCE OF NAACP BRANCHES, TRAVIS COUNTY, TEXAS, ANGIE GARCIA, DAVID DIAZ, GABRIEL DIAZ, JOVITA CASARES, LISA DIAZ, NATHANIEL LESANE, and OFELIA ZAPATA*

**Jose Garza**
**George Korbel**
**Judith A. Sanders-Castro**
TEXAS RIOGRANDE LEGAL AID, INC.
1111 North Main Street
San Antonio, TX 78212
(210) 212-3700
(210) 212-3772 (fax)

**Michael T. Kirkpatrick**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009-1001
(202) 588-1000
(202) 588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Intervenors-Defendants ANGIE GARCIA, JOVITA CASARES, and OFELIA ZAPATA*

**J. Gerald Hebert**
5019 Waple Lane
Alexandria, VA 22304
(703) 628-4673
(202) 736-2222 (fax)
JGHEBERT@COMCAST.NET

**Max Renea Hicks**
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
(512) 480-8231
(512) 480-9105 (fax)
rhicks@renea-hicks.com

*Counsel for Intervenor Defendant TRAVIS COUNTY, TEXAS*

**Benjamin Jay Blustein**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW
Washington, DC 20005
(202) 662-8320
bblustein@lawyerscommittee.org

**John Payton**
john.payton@wilmerhale.com
**Ariel B. Waldman**
ariel.waldman@wilmerhale.com
**Seth P. Waxman**
seth.waxman@wilmerhale.com
**Paul Reinherz Quitma Wolfson**
paul.wolfson@wilmerhale.com
**Daniel A. Zibel**
daniel.zibel@wilmerhale.com
**Michael J. Gottlieb**
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6834
(202) 663-6363 (fax)

**Jon M. Greenbaum**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW
Suite 400
Washington, DC 20005
(202) 662-8325
jgreenbaum@lawyerscommittee.org

*Counsel for Intervenors-Defendants AUSTIN BRANCH OF THE NAACP and TEXAS STATE CONFERENCE OF NAACP BRANCHES*

**Michael J. Kator**
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW
#350
Washington, DC 20036-6101
(202)898-4800
(202) 289-1389 (fax)
mkator@katorparks.com

**Moffatt Laughlin McDonald**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721
lmcdonald@aclu.org

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)
artspitzer@aol.com

*Counsel for Intervenor-Defendant
NATHANIEL LESANE*

**Elliot M. Mincberg**
PEOPLE FOR THE AMERICAN WAY
FOUNDATION
2000 M Street, NW
Washington, DC 20036-3315
(202) 467-2392
(202) 293-2672 (fax)
emincberg@pfaw.org

*Counsel for Intervenor-Defendant PEOPLE
FOR THE AMERICAN WAY*

**Gregory S. Coleman**
gcoleman@yetterwarden.com
**Christian J. Ward**
cward@yetterwarden.com
YETTER & WARDEN, LLP
221 West 6th Street
Suite 750
Austin, TX 78701
(512) 533-0150

**Erik Scott Jaffe**
ERIK S. JAFFE, P.C.
5101 34th Street, NW
Washington, DC 20008-2015
(202) 237-8165
(202) 237-8166 (fax)
jaffe@esjpc.com

*Counsel for Plaintiff NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NUMBER
ONE*

**Dennis C. Hayes**
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

*Counsel for Intervenor-Defendant AUSTIN
BRANCH OF THE NAACP*

| | |
|---|---|
| **Nina Perales**<br>MEXICAN AMERICAN LEGAL DEFENSE<br>& EDUCATIONAL FUND, INC.<br>110 Broadway<br>Suite 300<br>San Antonio, TX 78205<br>(210) 224-5476<br>nperales@maldef.org | **Thomas Christian Herren, Jr.**<br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Room 7254-NWB<br>Washington, DC 20530<br>(202) 514-1416<br>(202) 307-3961 (fax)<br>chris.herren@usdoj.gov |
| **Joseph E. Sandler**<br>SANDLER, REIFF & YOUNG, P.C.<br>50 E Street, SE<br>Suite 300<br>Washington, DC 20003<br>(202) 479-1111<br>(202) 479-1115 (fax)<br>sandler@sandlerreiff.com | *Counsel for Defendant ALBERTO GONZALES* |

*Counsel for Intervenors-Defendants DAVID DIAZ, GABRIEL DIAZ, and LISA DIAZ*

 

       _____*/s/ Paul M. Smith*_____
               Paul M. Smith