IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ X
NORTHWEST AUSTIN MUNICIPAL  :
UTILITY DISTRICT NUMBER ONE :
                            :
    *Plaintiff*,            :
  - v -                     :    Civil Action No. 1:06-CV-01384
                            :         (DST, PLF, EGS)
ALBERTO GONZALES, Attorney General :
of the United States, *et al.*, :
                            :
    *Defendants*.           :
------------------------------------------------------------ X

**ORDER**

Upon consideration of the Motion by the Brennan Center for Justice at NYU School of Law for Leave to File a Memorandum of Law, *Amicus Curiae*, in Support of Defendant's and Intervenor-Defendants' Motion for Summary Judgment, and the record in this case, it is hereby

ORDERED, the Court grants said motion.

SIGNED this ____ day of _____, 2007.

_____
David S. Tatel
United States Circuit Judge

_____
Paul L. Friedman
United States District Judge

_____
Emmet G. Sullivan
United States District Judge