**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------- X
NORTHWEST AUSTIN MUNICIPAL                    :
UTILITY DISTRICT NUMBER ONE                   :
                                              :
            Plaintiff,                        :
      - v -                                   :
                                              :
ALBERTO GONZALES, Attorney General            :
of the United States, et al.,                 :
                                              :
            Defendants.                       :
-------------------------------------------------------- X
```

Civil Action No. 1:06-CV-01384
(DST, PLF, EGS)

**ENTRY OF APPEARANCE**

Please enter the appearance of undersigned counsel Paul M. Smith on behalf of proposed *amicus curiae*, The Brennan Center for Justice at NYU School of Law in the above-captioned case.

Dated:    May 15, 2007

Respectfully submitted:

/s/ Paul M. Smith_____

Paul M. Smith (D.C. Bar No. 436482)
JENNER & BLOCK, LLP
919 Third Avenue, Floor 37
New York, NY 10022
(212) 891-1600