IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLG, EGS) |

### DEFENDANTS' REPORT IN RESPONSE TO THE COURT'S ORDER OF MAY 11, 2007

Pursuant to this Court's Order of May 11, 2007 (Docket No. 95), the Defendant Attorney General of the United States and Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Lisa Diaz, David Diaz and Gabriel Diaz, People for the American Way, Travis County, Nathaniel Lesane, Jovita Casares, Angie Garcia, Ofelia Zapata, (collectively "Defendant-Intervenors," and together with Defendant Attorney General, "Defendants") report as follows:

1)  Under this Court's Order of March 16 (Docket No. 80), dispositive motions were due on or before May 15, oppositions are due on or before June 15, and replies, if any, are due on or before July 6.

2)  On May 15, 2007, Defendant Attorney General filed a Motion for Summary Judgment. On that same date, separate motions for summary judgment were filed by the Defendant-Intervenors—one by Travis County, one by the Diaz Intervenors, and one jointly filed

by all other Defendant-Intervenors. Defendant Attorney General filed a statement of material facts, and all Defendant-Intervenors filed a single joint statement of material facts. Plaintiff Northwest Austin Municipal Utility District Number One also moved for summary judgment on May 15 and filed a memorandum of points and authorities and a statement of material facts in support of its motion.

      3)     Under Local Civil Rule 7(e), without prior approval of court, a memorandum in support of or in opposition to a motion shall not exceed 45 pages and a reply memorandum shall not exceed 25 pages.

      4)     Defendants remain keenly aware of this Court's Order of November 16, 2006 (Docket No. 44) and continue to work diligently to coordinate their efforts, avoid duplication, and minimize the burden on this Court caused by the presence of eight separately-represented groups of defendants. Defendants remain committed to endeavoring, to the maximum extent possible, to minimize the number of documents they file in this case.

      5)     At present, Defendants collectively anticipate filing no more than two briefs in Opposition to the Plaintiff's Motion for Summary Judgment.

          a)     Due to a longstanding policy of the Department of Justice prohibiting the sharing of its draft briefs, the Attorney General is limited in his ability to substantively coordinate with the Defendant-Intervenors regarding the content of supporting memoranda and oppositions. The Attorney General intends to file his own Opposition to the Plaintiff's Motion for Summary Judgment on June 15.

          b)     At present, Defendant-Intervenors report that they anticipate filing a single, consolidated Opposition to Plaintiff's Motion for Summary Judgment on June 15.

6) Today, Defendants are separately filing an unopposed joint motion for leave to file two memoranda of points and authorities in opposition to Plaintiff's motion for summary judgment in excess of 45 pages, but not to exceed 65 pages. For the reasons stated above, Defendants anticipate that one memorandum will be filed by Defendant Attorney General and a second memorandum will be filed jointly by all Defendant-Intervenors.

Respectfully submitted,

| | |
|---|---|
| Wan J. Kim | Jeffery A. Taylor |
| Assistant Attorney General | United States Attorney |
| Civil Rights Division | |

John K. Tanner (D.C. Bar #318873)
Chief, Voting Section

*/s/ T. Christian Herren Jr.*
H. Christopher Coates
Principal Deputy Chief
T. Christian Herren Jr.
Richard Dellheim
Sarah E. Harrington
Christy A. Mccormick
Attorneys

Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax:    (202) 307-3961

*Counsel for Defendant Attorney General*

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
    DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

*/s/ Debo P. Adegbile*
Debo P. Adegbile

*/s/ Norman J. Chachkin*
Norman J. Chachkin (D.C. Bar No.235283)
Theodore Shaw
President and Director-Counsel
Jacqueline A. Berrien
Ryan P. Haygood
Jenigh J. Garrett
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Kristen M. Clarke (D.C. Bar No. 973885)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Samuel Spital
HOLLAND & KNIGHT
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

*/s/ Nina Perales*
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler*
Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz*

*/s/ David J. Becker*
David J. Becker (D.C. Bar No. 496318)
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 467-4999

*Counsel for Defendant-Intervenor People for the American Way*

*/s/ J. Gerald Hebert*
J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Max Renea Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
Telephone: (512) 480-8231
Facsimile: (512) 480-9105

*Counsel for Defendant-Intervenors Travis County, Texas*

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
Telephone: (404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU FOUNDATION OF TEXAS
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor Nathaniel Lesane*

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors Angie Garcia, Jovita Casarez, Ofelia Zapata*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I caused to be served a copy of the foregoing DEFENDANTS' REPORT IN RESPONSE TO THE COURT'S ORDER OF MAY 11, 2007 to all counsel of record via the Court's CM/ECF filing system.

/s/ *Daniel A. Zibel*
Daniel A. Zibel