## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALBERTO GONZALES, Attorney General of the United States, et al., )<br><br>Defendants. ) | Civil Action No. 1:06-CV-01384 (DST, PLG, EGS) |

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7, the Defendant Attorney General of the United States and Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Lisa Diaz, David Diaz and Gabriel Diaz, People for the American Way, Travis County, Nathaniel Lesane, Jovita Casares, Angie Garcia, Ofelia Zapata, (collectively "Defendant-Intervenors," and together with Defendant Attorney General, "Defendants") hereby jointly move for leave to submit certain memoranda of points and authorities in opposition to Plaintiff's motion for summary judgment in excess of the page limit set forth in Local Civil Rule 7(e), but not to exceed 65 pages. The grounds for this motion are as follows:

1.      As the Court is aware, this case concerns the constitutionality of the preclearance requirement of Section 5 of the Voting Rights Act of 1965, which was reauthorized by the

Fannie Lou Hamer, Rosa Parks, and Coretta Scott King Voting Rights Act Reauthorization and

Amendments Act of 2006, Public Law 109-246 (the VRARA).  Also at issue in this case is

whether Plaintiff may "bail out" of the Section 5 preclearance requirement under the criteria set

forth in Section 4 of the Voting Rights Act.  The issues of law in this case are complex and

require an extended analysis of prior decisions of the Supreme Court that have addressed Section

5, as well as the Court's decision in *City of Boerne v. Flores*, 521 U.S. 507 (1997) and its

decisions following *City of Boerne*.

2.      In its motion for summary judgment, Plaintiff raised a number of statutory and

constitutional issues that go beyond those addressed in Defendants' opening memoranda in

support of their respective motions for summary judgment.

3.      By leave of this Court, Plaintiff submitted a 59 page memorandum in support of

its motion for summary judgment.  To properly address the issues raised by the Plaintiff and

assist this Court in deciding the cross-motions for summary judgment, Defendants believe that

page limitations in excess of the 45 pages provided for in Local Civil Rule 7(e) will be

necessary.

4.      As Defendants have reported to this Court today in a separately filed Response to

this Court's Order of May 11, 2007, Defendants continue to work diligently to coordinate their

efforts, avoid duplication, and minimize the burden on this Court caused by the presence of eight

separately-represented groups of defendants.  Defendants remain committed to endeavoring to

the maximum extent possible to minimize the number of filings in this case.

5.      Under this Court's Order of May 11, 2007 (Docket No. 95), Plaintiff has already

been granted leave to file a memorandum of points and authorities in opposition to the

Defendants' motions for summary judgment, in excess of 45 pages and up to the number of

pages equal or less than the total number of pages that are filed by Defendants collectively in Defendants' opening memoranda in support of Defendants' motions for summary judgment. Under this Order, Plaintiff is entitled to file up to 190 pages in opposition to Defendants' motions for summary judgment.

6.     Due to a longstanding policy of the Department of Justice prohibiting the sharing of its draft briefs, the Attorney General is limited in his ability to substantively coordinate with the Defendant-Intervenors regarding the content of supporting memoranda and oppositions.  The Attorney General intends to file his own Opposition to the Plaintiff's Motion for Summary Judgment on June 15.

7.     At present, Defendant-Intervenors anticipate filing a single, consolidated Opposition to Plaintiff's Motion for Summary Judgment on June 15.

8.     The Parties have conferred and Plaintiff has consented to Defendants receiving leave to file over-length memoranda of points and authorities in opposition to the Plaintiff's motion for summary judgment.

WHEREFORE, Defendants collectively request that the Court enter the accompanying proposed Order allowing two memoranda of points and authorities in opposition to Plaintiff's motion for summary judgment in excess of 45 pages, but not to exceed 65 pages, to be filed by Defendants.  Defendants anticipate that one memorandum will be filed by Defendant Attorney General and a second memorandum will be jointly filed by all Defendant-Intervenors.

Respectfully submitted,


Wan J. Kim                          Jeffery A. Taylor
Assistant Attorney General          United States Attorney
Civil Rights Division

John K. Tanner (D.C. Bar #318873)
Chief, Voting Section

*/s/  T. Christian Herren Jr.*
H. Christopher Coates
Principal Deputy Chief
T. Christian Herren Jr.
Richard Dellheim
Sarah E. Harrington
Christy A. Mccormick
Attorneys

Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (800) 253-3931
Fax:    (202) 307-3961

*Counsel for Defendant Attorney General*

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
      DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
      RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
      OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

*/s/ Debo P. Adegbile*
Debo P. Adegbile

*/s/ Norman J. Chachkin*
Norman J. Chachkin (D.C. Bar No.235283)
Theodore Shaw
President and Director-Counsel
Jacqueline A. Berrien
Ryan P. Haygood
Jenigh J. Garrett
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Kristen M. Clarke (D.C. Bar No. 973885)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Samuel Spital
HOLLAND & KNIGHT
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

*/s/ Nina Perales*
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

*/s/ Joseph E. Sandler*
Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz*

_/s/ David J. Becker_____
David J. Becker (D.C. Bar No. 496318)
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 467-4999

_Counsel for Defendant-Intervenor People for the American Way_

_/s/ J. Gerald Hebert_
J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Max Renea Hicks
1250 Norwood Tower
114 West 7th Street
Austin, TX 78801
Telephone: (512) 480-8231
Facsimile: (512) 480-9105

_Counsel for Defendant-Intervenors Travis County, Texas_

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
Telephone: (404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU FOUNDATION OF TEXAS
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor Nathaniel Lesane*

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors Angie Garcia, Jovita Casarez, Ofelia Zapata*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2007, I caused to be served a copy of the foregoing
DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE OVERLENGTH
BRIEFS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT to all
counsel of record via the Court' s CM/ECF filing system.


/s/ Daniel A. Zibel
Daniel A. Zibel