IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>  Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER

Upon consideration of Defendants' Unopposed Joint Motion for Leave to File an Overlength Brief in Opposition to Plaintiff's Motion for Summary Judgment, dated May 29, 2007, the Court finds that the motion should be GRANTED

**IT IS HEREBY ORDERED** that the motion is GRANTED; and it is hereby

**FURTHER ORDERDED** that a memorandum of points and authorities in opposition to Plaintiff's motion for summary judgment in excess of 45 pages, but not to exceed 65 pages, may be filed by Defendant Attorney General of the United States; and it is hereby

**FURTHER ORDERDED** that a memorandum of points and authorities in opposition to Plaintiff's motion for summary judgment in excess of 45 pages, but not to exceed 65 pages, may be filed by a consolidated group of Defendant-Intervenors.

SO ORDERED.

2

   The Clerk of the Court is directed to forward a copy of this Order to all counsel of record in this action.

**Date:** _____     _____
                **United States District Judge**