ORDER CANVASSING THE RETURNS AND
DECLARING THE RESULTS OF
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
MAY 7, 1994 DIRECTOR ELECTION

WHEREAS, at an election held in Northwest Austin Municipal Utility District No. 1 (the "District") on the 7th day of May, 1994, there was submitted the question of the election of three (3) directors for the District, each to serve a four (4) year term; and

WHEREAS, the votes cast at said election have been counted and recorded on the official election returns, and said returns have been certified and filed with this Board of Directors by the appropriate election officials; and

WHEREAS, said returns show that the following persons received the following number of votes cast at the election:

Place 3
Scott Storm                         2 votes

Place 4
Ronald Hay                          2 votes

Place 5
Joseph Ventura                      2 votes

WHEREAS, the election was called and held in all respects under and in strict conformity with the Constitutions and laws of the State of Texas and the United States of America;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1.      The matters and facts recited in the preamble to this Order are found to be true and correct.

Section 2.      The election held in the District on the 7th day of May, 1994, which is fully described in the preamble of this Order, was called and notice given thereof in accordance with law; the election was held in all respects in conformity with law; and the returns of the election have been made by the proper officials.

Section 3.      Said election has resulted in the election of Scott Storm, Ronald Hay and Joseph Ventura as Directors for the District, each whom shall serve for a four (4) year term ending after the director election to be held on May 2, 1998.  Each of said persons shall enter into the duties of the office and begin to

26506.1/SP/LRP/5259/050994

EXHIBIT B

serve said term of office upon posting bond in the amount of $10,000.00 as required by law and upon taking the constitutional oath of office.

Section 4.    A certified copy of this Order shall be filed and recorded in the Real Property Records of Travis County, Texas, and a certified copy of this Order shall be filed with the Texas Natural Resource Conservation Commission.

Section 5.    It is hereby found that the meeting at which this Order has been considered and adopted is open to the public as required by law, and that written notice of the time, place and subject matter of said meeting, and of the proposed adoption of this Order, was given as required by Article 6252-17, Texas Civil Statutes, as amended.  The Board of Directors hereby confirms said written notice and the contents and posting thereof.

PASSED AND APPROVED this the _10_ day of May, 1994.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Scott Storm, President
Board of Directors

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

(SEAL)

26506.1/SP/LRP/5259/050994                    2

EXHIBIT B

## THE STATE OF TEXAS

### Statement of Elected Officer

#### TO BE FILED WITH THE SECRETARY OF STATE OF THE STATE OF TEXAS

THE STATE OF TEXAS    §
                      §
COUNTY OF TRAVIS      §


"I, Joseph Ventura, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected so help me God."

_____

Name Printed: Joseph Ventura
**Office to Which Elected:**
Director  -  Northwest  Austin
Municipal Utility District No. 1
**City and/or County:** Austin/Travis


SWORN TO AND SUBSCRIBED BEFORE ME this _10th_ day of _May_, 1994, by Joseph Ventura.

(SEAL)

SHARLENE M. COLLINS
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-24-96

_____
Notary Public Signature

26102.1/SP/BFA/5259/050394

# EXHIBIT C

In the name and by the authority of
**THE STATE OF TEXAS**
**OATH OF OFFICE**
(Elected Directors)

<u>To be retained in District Records</u>

Each director elected to the Board of Directors shall, before entering upon the duties of his or her office, take the following Oath or Affirmation:

"I, Joseph Ventura, do solemnly swear (or affirm) that I will faithfully execute the duties of the office of Director of Northwest Austin Municipal Utility District No. 1 of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God."

_____
**Name Printed:** Joseph Ventura

SWORN TO AND SUBSCRIBED BEFORE ME this _____ day of _____, 1994, by Joseph Ventura.

(SEAL)

_____
Notary Public Signature

26102.1/SP/BFA/5259/050394

# EXHIBIT C