# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY
DISTRICT NUMBER ONE,
401 W. 15th Street
Suite 850
Austin, Texas 78701,
    *Plaintiff*,

v.

ALBERTO GONZALES,
Attorney General of the United States,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530,
    *Defendant*.

Civil Action No. 1:06CV01384
(DST, PLF, EGS)

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANT ATTORNEY GENERAL ALBERTO GONZALES; DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, AUSTIN BRANCH OF THE NAACP, RODNEY LOUIS, NICOLE LOUIS, WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON, MARISA RICHARDSON, NATHANIEL LESANE, PEOPLE FOR THE AMERICAN WAY, JOVITA CASARES, ANGIE GARCIA, AND OFELIA ZAPATA; DEFENDANT-INTERVENOR TRAVIS COUNTY; AND DEFENDANT-INTERVENORS LISA DIAZ, DAVID DIAZ, AND GABRIEL DIAZ**

Upon consideration of the motions for summary judgment by (1) defendant Attorney General Alberto Gonzales; (2) defendant-intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the American Way, Jovita Casares, Angie Garcia, and Ofelia Zapata; (3) defendant-intervenor Travis County; and (4) defendant-

intervenors Lisa Diaz, David Diaz, and Gabriel Diaz and consideration of the memoranda of points and authorities and evidence in support of and in opposition to the motions, the Court finds that the motions should be DENIED.

        **IT IS HEREBY ORDERED** that the motions are DENIED.

DATED:       Washington, D.C.

        _____, 2007

                                                _____
                                                Judge Presiding