## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY
DISTRICT NUMBER ONE,
401 W. 15th Street
Suite 850
Austin, Texas 78701,

        *Plaintiff*,

v.

ALBERTO GONZALES,
Attorney General of the United States,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530,

        *Defendant*.

Civil Action No. 1:06-CV-01384
(DST, PLF, EGS)

## PLAINTIFF'S RESPONSE TO STATEMENTS OF MATERIAL FACTS BY DEFENDANT ALBERTO GONZALES AND DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, AUSTIN BRANCH OF THE NAACP, RODNEY LOUIS, NICOLE LOUIS, WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON, MARISA RICHARDSON, NATHANIEL LESANE, PEOPLE FOR THE AMERICAN WAY, JOVITA CASARES, ANGIE GARCIA, OFELIA ZAPATA, LISA DIAZ, DAVID DIAZ, AND GABRIEL DIAZ.

### PRELIMINARY STATEMENT

Plaintiff Northwest Austin Municipal Utility District No. 1 notes that very little in the 527 pages of statements of material facts on the defense side actually contains statements of "material facts." In particular, the vast bulk of defendant-intervenors' 500-page joint statement consists of characterizations of testimony or other material in the congressional record or discussions of case law. Those voluminous citations are apparently an attempt to bolster defendants' legal argument with additional pages of briefing. They do not present facts material to the district's action for bailout. The district has not independently verified the defendant-

intervenors' citations to the congressional record, and thus neither admits nor denies that they accurately reflect that record.

Further, the defense-side statements of material facts contain several references to events preceding August 4, 1996, the commencement of the statutorily material 10-year period. The district disputes that any facts preceding August 4, 1996 are material to this action, even when the district does not dispute the facts themselves in the responses below. The facts material and necessary to establish the district's entitlement to the bailout remedy it seeks in this case are set forth in the statement of facts accompanying its motion for summary judgment.

### RESPONSE TO NUMBERED PARAGRAPHS IN STATEMENT OF MATERIAL FACTS BY DEFENDANT ALBERTO GONZALES

1.      Not disputed.

2.      Not disputed.

3.      Not disputed.

4.      Not disputed.

5.      Not disputed.

6.      Not disputed.

7.      Not disputed.

8.      Not disputed.

9.      Not disputed.

10.     Not disputed.

11.     Not disputed.

12.     Not disputed.

13.     Not disputed.

14.     Not disputed.

15.    Not disputed.

16.    Not disputed.

17.    Not disputed.

18.    Not disputed.

19.    Not disputed.

20.    Not disputed.

21.    Not disputed.

22.    Disputed but not material.  The relevant historical period for this suit, which was filed on August 4, 2006, began on August 4, 1996, and nothing before that date is considered material under the bailout criteria.  42 U.S.C. §1973*b*(a)(1).  The district has never adopted numbered place voting, as made clear by the orders calling for the director elections, which state that voters may vote for any number of persons from zero up to the number of seats to be filled that year on the five-person board.  Perales Decl. Ex. D.  A 1994 canvass report did purport to assign place numbers to the three candidates who had run for the three board seats open that year, but it appears that such numbering was either a mistake or administrative shorthand for identifying which three of the five staggered terms expired that year.  Pl. Mem. In Opposition to Motions for Summary Judgment Ex. 1.  The purported designations on the canvass report did not and could not have affected how balloting actually occurs in the district, as illustrated by canvass reports from later, contested elections in which the number of candidates exceeded the number of available seats on the board.  *E.g.*, Pl. Mem. in Support of Mot. for Summary Judgment Ex. 37.

23.    Not disputed.

24.    Not disputed.

25.    Not disputed.

26.    Not disputed.

27.    Not disputed.

28.    Not disputed.

29.    Not disputed.

30.    Not disputed.

31.    Not disputed.

32.    Not disputed.

33.    Not disputed.

34.    Not disputed.

35.    Not disputed.

36.    Not disputed.

37.    Not disputed.

38.    Not disputed.

39.    Not disputed.

40.    Not disputed.

41.    Not disputed.

42.    Not disputed.

43.    Not disputed.

44.    Not disputed.

45.    Not disputed.

46.    Not disputed.

47.    Not disputed.

48.    Not disputed.

49.    Not disputed.

50.    Not disputed.

51.    Not disputed.

52.    Not disputed.

53.    Not disputed.

54.    Not disputed.

55.    Not disputed.

56.    Not disputed.

57.    Not disputed.

58.    Not disputed.

59.    Not disputed.

60.    Not disputed.

61.    Not disputed.

62.    Not disputed.

63.    Not disputed.

64.    Not disputed.

65.    Not disputed.

66.    Not disputed.

67.    Not disputed.

68.    Not disputed.

69.    Not disputed.

70.    Not disputed.

71.    Not disputed.

72.    Not disputed.

73.    Not disputed.

74.    Not disputed.

75.    Not disputed.

76.    Not disputed.

77.    Not disputed.

78.    Not disputed.

79.    Not disputed.

80.    Not disputed.

81.    Not disputed.

82.    Not disputed.

83.    Not disputed.

84.    Not disputed.

85.    Not disputed.

86.    Not disputed.

87.    Not disputed.

88.    Not disputed.

89.    Not disputed.

90.    Not disputed.

91.    Not disputed.

92.    Not disputed.

93.  Not disputed.

94.  Not disputed.

95.  Not disputed.

96.  Not disputed.

97.  Not disputed.

98.  Not disputed.

99.  Not disputed.

100.  Not disputed.

101.  Not disputed.

102.  Not disputed.

103.  Not disputed.

104.  Not disputed.

105.  Not disputed.

106.  Not disputed.

107.  Not disputed.

108.  Not disputed.

109.  Not disputed.

110.  Not disputed.

111.  Not disputed.

112.  Not disputed.

113.  Not disputed.

114.   Not disputed that at least 896 jurisdictions can file actions seeking bailout under the 1982 amendments to §4(a) but disputed to the extent this paragraph asserts the legal conclusion that bailout is limited only to the types of entities listed in this paragraph.

115.   Not disputed.

116.   Not disputed.

117.   Not disputed.

118.   Not disputed.

119.   Not disputed.

120.   Not disputed.

121.   Not disputed.

122.   Not disputed.

123.   Not disputed.

124.   Not disputed.

**RESPONSE TO NUMBERED PARAGRAPHS IN STATEMENT OF MATERIAL FACTS BY DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, AUSTIN BRANCH OF THE NAACP, RODNEY LOUIS, NICOLE LOUIS, WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON, MARISA RICHARDSON, NATHANIEL LESANE, PEOPLE FOR THE AMERICAN WAY, JOVITA CASARES, ANGIE GARCIA, OFELIA ZAPATA, LISA DIAZ, DAVID DIAZ, AND GABRIEL DIAZ**

1.   Not disputed.

2.   Not disputed.

3.   Not disputed.

4.   Not disputed.

5.   Not disputed.

6.   Not disputed.

7.      Not disputed.

8.      Not disputed.

9.      Not disputed.

10.     Not disputed.

11.     Not disputed.

12.     Not disputed.

13.     Not disputed.

14.     Not disputed.

15.     Not disputed.

16.     Not disputed.

17.     Not disputed.

18.     Not disputed.

19.     Not disputed.

20.     Not disputed.

21.     Not disputed but noted that discussion of case law is not a statement of material fact.

22.     Not disputed but noted that discussion of case law is not a statement of material fact.

23.     Not disputed but noted that discussion of case law is not a statement of material fact.

24.     Not disputed but noted that discussion of case law is not a statement of material fact.

25.     Not disputed but noted that discussion of case law is not a statement of material fact.

26.     Not disputed but noted that discussion of case law is not a statement of material fact.

27.     Not disputed but noted that discussion of case law is not a statement of material fact.

28.     Not disputed but noted that discussion of case law is not a statement of material fact.

29.     Not disputed but noted that discussion of case law is not a statement of material fact.

30.     Not disputed but noted that discussion of case law is not a statement of material fact.

31.     Not disputed.

32.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

33.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

34.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

35.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

36.     Not disputed but noted that discussion of case law is not a statement of material fact.

37.     Not disputed but noted that discussion of case law is not a statement of material fact.

38.     Not disputed but noted that discussion of case law is not a statement of material fact.

39.     Not disputed but noted that discussion of case law is not a statement of material fact.

40.     Not disputed but noted that discussion of case law is not a statement of material fact.

41.     Not disputed but noted that discussion of case law is not a statement of material fact.

42.     Not disputed but noted that discussion of case law is not a statement of material fact.

43.     Not disputed but noted that discussion of case law is not a statement of material fact.

44.     Not disputed but noted that discussion of case law is not a statement of material fact.

45.    Not disputed but noted that discussion of case law is not a statement of material fact.

46.    Not disputed but noted that discussion of case law is not a statement of material fact.

47.    Not disputed but noted that discussion of case law is not a statement of material fact.

48.    Not disputed that the Voting Rights Act has been reauthorized and amended on occasion. Noted that discussion of case law is not a statement of material fact. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus those portions of this paragraph are not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

49.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

50.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

51.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

52.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

53.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

54.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

55.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

56.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

57.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

58.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

59.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

60.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

61.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

62.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

63.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

64.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

65.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

66.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

67.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

68.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

69.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

70.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

71.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

72.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

73.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

74.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

75.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

76.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

77.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

78.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

79.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

80.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

81.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

82.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

83.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

84.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

85.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

86.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

87.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

88.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

89.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

90.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

91.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

92.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

93.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

94.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

95.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

96.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

97.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

98.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

99.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

100.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

101.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

102.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

103.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

104.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

105.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

106.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

107.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

108.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

109.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

110.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

111.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

112.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

113.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

114.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

115.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

116.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

117.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

118.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

119.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

120.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

121.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

122.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

123.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

124.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

125.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

126.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

127.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

128.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

129.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

130.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

131.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

132.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

133.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

134.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

135.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

136.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

137.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

138.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

139.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

140.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

141.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

142.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

143.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

144.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

145.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

146.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

147.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

148.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

149.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

150.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

151.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

152.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

153.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

154.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

155.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

156.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

157.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

158.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

159.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

160.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

161.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

162.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

163.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

164.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

165.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

166.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

167.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

168.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

169.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

170.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

171.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

172.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

173.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

174.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

175.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

176.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

177.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

178.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

179.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

180.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

181.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

182.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

183.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

184.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

185.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

186.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

187.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

188.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

189.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

190.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

191.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

192.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

193.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

194.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

195.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

196.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

197.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

198.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

199.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

200.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

201. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

202. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

203. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

204. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

205. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

206. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

207. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

208.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

209.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

210.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

211.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

212.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

213.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

214.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

215.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

216.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

217.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

218.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

219.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

220.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

221.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

222.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

223.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

224.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

225.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

226.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

227.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

228.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

229.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

230.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

231.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

232.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

233.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

234.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

235.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

236. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

237. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

238. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

239. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

240. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

241. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

242. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

243.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

244.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

245.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

246.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

247.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

248.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

249.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

250.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

251.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

252.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

253.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

254.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

255.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

256.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

257.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

258.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

259.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

260.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

261.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

262.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

263.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

264. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

265. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

266. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

267. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

268. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

269. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

270. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

271.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

272.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

273.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

274.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

275.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

276.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

277.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

278.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

279.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

280.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

281.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

282.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

283.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

284.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

285.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

286.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

287.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

288.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

289.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

290.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

291.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

292.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

293.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

294.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

295.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

296.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

297.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

298.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

299.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

300.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

301.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

302.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

303.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

304.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

305.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

306.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

307.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

308.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

309.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

310.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

311.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

312.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

313.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

314.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

315.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

316.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

317.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

318.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

319.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

320.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

321.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

322.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

323.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

324.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

325.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

326.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

327.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

328.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

329.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

330.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

331.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

332.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

333.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

334.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

335.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

336.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

337.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

338.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

339.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

340.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

341.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

342.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

343.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

344.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

345.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

346.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

347.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

348.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

349.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

350.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

351.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

352.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

353.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

354.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

355. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

356. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

357. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

358. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

359. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

360. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

361. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

362.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

363.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

364.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

365.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

366.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

367.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

368.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

369.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

370.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

371.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

372.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

373.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

374.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

375.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

376.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

377.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

378.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

379.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

380.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

381.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

382.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

383.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

384.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

385.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

386.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

387.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

388.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

389.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

390.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

391.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

392.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

393.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

394.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

395.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

396.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

397.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

398.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

399.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

400.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

401.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

402.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

403.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

404.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

405.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

406.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

407.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

408.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

409.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

410.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

411.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

412.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

413.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

414.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

415.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

416.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

417.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

418. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

419. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

420. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

421. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

422. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

423. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

424. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

425.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

426.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

427.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

428.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

429.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

430.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

431.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

432.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

433.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

434.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

435.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

436.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

437.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

438.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

439. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

440. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

441. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

442. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

443. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

444. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

445. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

446. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

447. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

448. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

449. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

450. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

451. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

452. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

453.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

454.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

455.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

456.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

457.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

458.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

459.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

460. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

461. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

462. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

463. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

464. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

465. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

466. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

467.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

468.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

469.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

470.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

471.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

472.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

473.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

474.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

475.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

476.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

477.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

478.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

479.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

480.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

481.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

482.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

483.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

484.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

485.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

486.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

487.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

488.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

489.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

490.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

491.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

492.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

493.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

494.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

495.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

496.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

497.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

498.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

499.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

500.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

501.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

502.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

503.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

504.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

505.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

506.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

507.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

508.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

509.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

510.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

511.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

512.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

513.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

514.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

515.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

516.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

517.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

518.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

519.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

520.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

521.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

522.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

523. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

524. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

525. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

526. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

527. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

528. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

529. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

530. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

531. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

532. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

533. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

534. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

535. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

536. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

537.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

538.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

539.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

540.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

541.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

542.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

543.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

544.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

545.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

546.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

547.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

548.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

549.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

550.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

551.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

552.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

553.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

554.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

555.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

556.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

557.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

558.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

559.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

560.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

561.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

562.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

563.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

564.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

565.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

566.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

567.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

568.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

569.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

570.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

571.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

572.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

573.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

574.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

575.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

576.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

577.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

578.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

579.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

580.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

581.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

582.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

583.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

584.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

585.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

586.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

587.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

588.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

589.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

590.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

591.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

592.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

593.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

594.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

595.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

596.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

597.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

598.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

599.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

600. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

601. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

602. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

603. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

604. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

605. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

606. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

607.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

608.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

609.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

610.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

611.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

612.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

613.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

614.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

615.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

616.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

617.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

618.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

619.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

620.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

621.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

622.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

623.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

624.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

625.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

626.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

627.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

628.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

629.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

630.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

631.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

632.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

633.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

634.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

635.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

636.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

637.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

638.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

639.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

640.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

641.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

642.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

643.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

644.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

645.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

646.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

647.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

648.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

649.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

650.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

651.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

652.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

653.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

654.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

655.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

656.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

657.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

658.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

659.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

660.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

661.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

662.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

663.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

664.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

665.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

666.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

667.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

668.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

669.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

670.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

671.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

672.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

673.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

674.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

675.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

676.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

677.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

678.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

679.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

680.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

681.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

682.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

683.   Plaintiff has not independently verified the accuracy of defendant-intervenors'
       representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
       disputes that this paragraph states facts material to summary judgment.

684.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

685.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

686.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

687.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

688.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

689.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

690.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

691.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

692.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

693.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

694.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

695.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

696.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

697.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

698.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

699.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

700.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

701.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

702.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

703.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

704.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

705.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

706.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

707.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

708.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

709.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

710.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

711.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

712.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

713.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

714.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

715.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

716.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

717.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

718.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

719.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

720.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

721.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

722.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

723.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

724.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

725.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

726.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

727.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

728.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

729.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

730.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

731.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

732.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

733.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

734.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

735.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

736.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

737.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

738.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

739.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

740.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

741.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

742.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

743.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

744.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

745.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

746.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

747.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

748.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

749.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

750.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

751.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

752.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

753.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

754.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

755.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

756.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

757.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

758.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

759.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

760.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

761.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

762.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

763.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

764.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

765.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

766.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

767.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

768. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

769. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

770. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

771. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

772. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

773. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

774. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

775.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

776.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

777.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

778.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

779.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

780.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

781.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

782.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

783.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

784.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

785.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

786.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

787.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

788.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

789.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

790.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

791.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

792.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

793.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

794.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

795.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

796. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

797. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

798. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

799. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

800. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

801. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

802. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

803.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

804.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

805.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

806.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

807.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

808.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

809.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

810.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

811.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

812.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

813.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

814.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

815.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

816.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

817.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

818.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

819.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

820.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

821.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

822.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

823.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

824. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

825. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

826. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

827. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

828. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

829. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

830. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

831.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

832.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

833.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

834.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

835.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

836.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

837.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
        representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
        disputes that this paragraph states facts material to summary judgment.

838.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

839.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

840.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

841.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

842.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

843.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

844.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

845.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

846.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

847.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

848.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

849.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

850.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

851.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

852.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

853.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

854.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

855.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

856.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

857.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

858.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

859.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

860.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

861.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

862.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

863.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

864.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

865.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

866.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

867.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

868.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

869.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

870.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

871.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

872.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

873.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

874.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

875.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

876.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

877.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

878.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

879.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

880.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

881.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

882.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

883.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

884.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

885.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

886.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

887.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

888.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

889.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

890.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

891.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

892.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

893.     Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

894.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

895.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

896.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

897.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

898.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

899.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

900.    Plaintiff has not independently verified the accuracy of defendant-intervenors'
representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff
disputes that this paragraph states facts material to summary judgment.

901.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

902.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

903.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

904.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

905.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

906.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

907.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

908.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

909.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

910.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

911.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

912.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

913.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

914.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

915.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

916.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

917.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

918.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

919.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

920.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

921.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

922.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

923.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

924.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

925.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

926.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

927.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

928.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

929. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

930. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

931. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

932. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

933. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

934. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

935. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

936.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

937.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

938.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

939.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

940.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

941.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

942.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

943.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

944.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

945.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

946.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

947.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

948.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

949.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

950.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

951.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

952.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

953.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

954.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

955.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

956.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

957.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

958.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

959.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

960.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

961.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

962.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

963.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

964.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

965.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

966.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

967.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

968.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

969.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

970.    Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

971.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

972.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

973.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

974.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

975.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

976.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

977.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

978. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

979. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

980. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

981. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

982. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

983. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

984. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

985.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

986.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

987.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

988.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

989.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

990.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

991.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

992.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

993.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

994.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

995.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

996.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

997.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

998.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

999.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1000.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1001.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1002.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1003.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1004.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1005.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1006. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1007. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1008. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1009. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1010. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1011. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1012. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1013. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1014. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1015. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1016. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1017. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1018. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1019. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1020. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1021. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1022. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1023. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1024. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1025. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1026. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1027. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1028. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1029. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1030. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1031. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1032. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1033. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1034.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1035.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1036.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1037.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1038.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1039.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1040.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1041. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1042. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1043. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1044. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1045. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1046. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1047. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1048. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1049. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1050. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1051. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1052. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1053. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1054. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1055. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1056. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1057. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1058. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1059. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1060. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1061. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1062. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1063. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1064. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1065. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1066. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1067. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1068. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1069. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1070. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1071. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1072. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1073. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1074. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1075. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1076. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1077. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1078. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1079. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1080. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1081. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1082. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1083.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1084.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1085.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1086.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1087.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1088.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1089.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1090.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1091.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1092.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1093.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1094.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1095.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1096.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1097. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1098. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1099. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1100. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1101. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1102. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1103. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1104.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1105.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1106.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1107.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1108.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1109.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1110.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1111. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1112. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1113. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1114. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1115. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1116. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1117. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1118. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1119. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1120. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1121. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1122. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1123. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1124. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1125.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1126.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1127.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1128.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1129.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1130.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1131.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1132.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1133.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1134.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1135.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1136.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1137.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1138.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1139. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1140. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1141. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1142. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1143. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1144. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1145. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1146. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1147. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1148. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1149. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1150. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1151. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1152. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1153. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1154. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1155. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1156. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1157. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1158. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1159. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1160.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1161.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1162.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1163.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1164.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1165.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1166.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1167. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1168. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1169. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1170. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1171. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1172. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1173. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1174. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1175. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1176. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1177. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1178. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1179. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1180. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1181. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1182. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1183. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1184. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1185. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1186. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1187. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1188.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1189.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1190.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1191.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1192.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1193.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1194.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1195. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1196. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1197. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1198. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1199. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1200. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1201. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1202. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1203. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1204. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1205. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1206. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1207. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1208. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1209. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1210. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1211. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1212. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1213. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1214. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1215. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1216.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1217.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1218.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1219.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1220.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1221.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1222.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1223.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1224.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1225.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1226.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1227.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1228.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1229.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1230. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1231. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1232. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1233. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1234. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1235. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1236. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1237.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1238.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1239.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1240.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1241.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1242.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1243.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.   Plaintiff disputes that this paragraph states facts material to summary judgment.

1244. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1245. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1246. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1247. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1248. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1249. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1250. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1251. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1252. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1253. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1254. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1255. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1256. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1257. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1258.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1259.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1260.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1261.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1262.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1263.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1264.   Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1265. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1266. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1267. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1268. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1269. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1270. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1271. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1272. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1273. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1274. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1275. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1276. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1277. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1278. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1279.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1280.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1281.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1282.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1283.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1284.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1285.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1286. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1287. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1288. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1289. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1290. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1291. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1292. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1293. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1294. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1295. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1296. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1297. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1298. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1299. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1300.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1301.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1302.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1303.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1304.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1305.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1306.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1307.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1308.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1309.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1310.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1311.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1312.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1313.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1314. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1315. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1316. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1317. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1318. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1319. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1320. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1321. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1322. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1323. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1324. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1325. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1326. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1327. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1328. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1329. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1330. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1331. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1332. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1333. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1334. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1335. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1336. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1337. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1338. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1339. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1340. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1341. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1342. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1343. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1344. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1345. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1346. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1347. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1348. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1349.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1350.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1351.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1352.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1353.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1354.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1355.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1356. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1357. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1358. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1359. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1360. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1361. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1362. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1363. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1364. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1365. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1366. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1367. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1368. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1369. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1370.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1371.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1372.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1373.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1374.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1375.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1376.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1377. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1378. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1379. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1380. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1381. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1382. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1383. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1384. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1385. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1386. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1387. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1388. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1389. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1390. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1391. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1392. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1393. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1394. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1395. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1396. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1397. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1398. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1399. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1400. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1401. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1402. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1403. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1404. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1405. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1406. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1407. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1408. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1409. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1410. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1411. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1412. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1413. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1414. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1415. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1416. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1417. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1418. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1419. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1420. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1421. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1422. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1423. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1424. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1425. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1426. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1427. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1428. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1429. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1430. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1431. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1432. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1433. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1434. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1435. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1436. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1437. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1438. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1439. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1440. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1441. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1442. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1443. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1444. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1445. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1446. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1447. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1448. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1449. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1450. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1451. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1452. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1453. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1454. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1455. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1456. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1457. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1458. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1459. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1460. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1461. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1462. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1463. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1464. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1465. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1466. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1467. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1468. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1469. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1470. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1471. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1472. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1473. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1474. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1475. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1476. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1477. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1478. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1479. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1480. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1481. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1482. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1483. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1484. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1485. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1486. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1487. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1488. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1489. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1490. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1491. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1492. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1493. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1494. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1495. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1496.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1497.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1498.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1499.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1500.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1501.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1502.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1503. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1504. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1505. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1506. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1507. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1508. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1509. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1510. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1511. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1512. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1513. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1514. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1515. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1516. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1517. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1518. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1519. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1520. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1521. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1522. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1523. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1524. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1525. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1526. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1527. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1528. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1529. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1530. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1531.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1532.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1533.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1534.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1535.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1536.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1537.  Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted.  Plaintiff disputes that this paragraph states facts material to summary judgment.

1538. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1539. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1540. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1541. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1542. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1543. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1544. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1545. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1546. Plaintiff has not independently verified the accuracy of defendant-intervenors' representation of the legislative record, and thus this paragraph is not admitted. Plaintiff disputes that this paragraph states facts material to summary judgment.

1547. Not disputed.

1548. Not disputed.

1549. Not disputed.

1550. Not disputed.

1551. Not disputed.

1552. Not disputed.

1553. Not disputed.

1554. Not disputed.

1555. Not disputed.

1556. Not disputed.

1557. Not disputed.

1558. Not disputed.

1559. Not disputed.

1560. Not disputed.

1561. Denied. The district through Ms. Collins attempted, though unsuccessfully, to find a more convenient location for board elections. All elections were conducted in

compliance with federal and state law, including all required postings announcing elections so residents would know when and where to vote.

1562. Not disputed that elections were held at private home prior to 2004. Denied that board members at the time elections were held at private homes viewed it as an impediment. Board members first elected in 2002 thought moving the polling place to the school would make voting even more accessible and promptly acted to move the polling place in time for the next election.

1563. Denied. The district has made efforts targeted broadly to all residents (including minority voters) to encourage and ensure full access to the election process.

1564. Denied. Both the district and individual board members have sought to encourage residents, including minority residents, to vote.

1565. Denied. The district has been supportive of an open election system and welcomes all candidates for the board. The district has not traditionally acted officially to encourage any individuals to become candidates, but it is equally welcoming to all who become candidates.

1566. Not disputed.

1567. The district believes this is likely true, but cannot independently verify the information.

1568. The district cannot independently verify this information.

1569. Denied. Ms. Collins is aware that the district has been supportive of an open election system and welcomes all candidates for the board. The district has not traditionally acted officially to encourage any particular individuals to become candidates, but it is equally welcoming to all who become candidates.

1570. Mr. Zimmerman so testified, but defendant-intervenors are attempting to miscast the testimony. Mr. Zimmerman was asked only if he would specially recruit an African-American or Hispanic individual to serve as an elections clerk solely because of their race. His testimony was clear that, if he needed to recruit an individual to serve as election clerk, it would be done without regard for a person's race and could very well be a minority person.

1571. Not disputed.

1572. Not disputed that Mr. Zimmerman made the statement, but only in the context of explaining that Canyon Creek has a number of individuals who speak foreign languages and that, given that all or nearly all also speak English, it would be burdensome to accommodate every foreign language spoken within the subdivision.

1573. Not disputed.

1574. Not disputed.

1575. Not disputed.

1576. Not disputed.

1577. Not disputed.

1578. Not disputed.

1579. Not disputed.

1580. Not disputed that the district sought to promote voter convenience and learned that contracting with Travis County was a cost-effective way to take advantage of the county's voting infrastructure to promote voter convenience.

1581. Not disputed.

1582. Not disputed that the district has made at least eight submissions to the Department of Justice pursuant to §5.

1583. Not disputed.

1584. Not disputed.

1585. Not disputed.

1586. Not disputed.

1587. Not disputed that the 1996 cancellation of the election was precleared and that the preclearance included preclearance of subsequent cancellations of general elections.

1588. Not disputed.

1589. Not disputed.

1590. Not disputed.

1591. Not disputed that preclearance submissions impose burdens of time, cost, and administration on the district. This paragraph's characterization of those burdens as "minimal" is disputed as a legal conclusion, not a statement of material fact.

1592. Disputed as a legal conclusion, not a statement of material fact.

1593. Not disputed that this paragraph reflects Mr. Musika's conclusions.

1594. Not disputed that this paragraph reflects Mr. Musika's conclusions.

1595. Not disputed that this paragraph reflects Mr. Musika's conclusions.

1596. Disputed as a legal conclusion, not a statement of material fact.

1597. Not disputed that Ms. Collins so testified.

1598. Not disputed that Mr. Zimmerman so testified.

1599. Not disputed that Mr. Zimmerman so testified.

1600. Not disputed that the regulations state no formal requirement that §5 submissions be prepared or filed by an attorney although most, if not all, submissions likely are.

1601. Not disputed that Ms. Collins prepared preclearance submissions from 1986 through 2002. This paragraph's characterization of the time spent as "little" is a legal conclusion, not a statement of material fact.

1602. Not disputed.

1603. Not disputed that the district has never been prevented from timely implementing a voting change. Disputed that there is any evidence establishing that §5 never chilled the district from pursuing a voting change it might otherwise have pursued. Section 5 was cited as one reason the district could not move its election to the school in 2002.

1604. Not disputed as a characterization of Mr. Musika's report.

1605. Not disputed.

1606. Denied.

1607. Not disputed.

1608. Not disputed.

1609. Not disputed.

DATED:  June 15, 2007          Respectfully submitted:

/s/ Gregory S. Coleman

Gregory S. Coleman
(admitted *pro hac vice*)
Christian J. Ward
(admitted *pro hac vice*)
PROJECT ON FAIR REPRESENTATION
YETTER & WARDEN, L.L.P.
221 West 6th Street, Suite 750
Austin, Texas  78701
[Tel.] (512) 533-0150
[Fax]  (512) 533-0120

/s/ Erik S. Jaffe

Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax]  (202) 237-8166

*Attorneys for Plaintiff*
*Northwest Austin Municipal*
*Utility District No. One*

CERTIFICATE OF SERVICE

I hereby certify that I served Plaintiffs' Response to Statements of Material Facts upon counsel for the parties indicated below through the Court's electronic case filing system on June 15, 2007.

Wan J. Kim
Jeffrey A. Taylor
John K. Tanner
H. Christopher Coates
T. Christian Herren Jr
chris.herren@usdoj.gov
Sarah E. Harrington
Christy A. McCormick
Christy.mccormick@usdoj.gov
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

*Counsel for Defendant*

Seth P. Waxman
seth.waxman@wilmerhale.com
John A. Payton
john.payton@wilmerhale.com
Paul R.Q. Wolfson
paul.wolfson@wilmerhale.com
Ariel B. Waldman
ariel.waldman@wilmerhale.com
WILMER CUTLER PICKERING HALE &
   DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Jon M. Greenbaum
jgreenbaum@lawyerscommittee.org
Benjamin J. Blustein
bblustein@lawyerscommittee.org
Jonah H. Goldman
jgoldman@lawyerscommittee.org
LAWYERS COMMITTEE FOR CIVIL RIGHTS
   UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Dennis C. Hayes
General Counsel
NATIONAL ASSOCIATION FOR THE
   ADVANCEMENT OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, Maryland  21215

*Counsel for Intervenors-Defendants Texas State Conference of NAACP and Austin Branch of the NAACP*

Nina Perales
nperales@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas  78205

*Counsel for Intervenors-Defendants Lisa Diaz, Gabriel Diaz, and David Diaz*

Theodore Shaw
Jacqueline A. Berrien
Norman J. Chachkin
nchachkin@naacpldf.org
Debo P. Adegbile
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York  10013

*Counsel for Intervenors-Defendants Rodney and Nicole Louis for Applicants by Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, and Marisa Richardson*

David J. Becker
dbecker@pfaw.org
People for the American Way Foundation
2000 M Street NW, Suite 400
Washington, D.C.  20036

*Counsel for Intervenor-Defendant People for the American Way*

J. Gerald Hebert
jghebert@comcast.net
5019 Waple Lane
Alexandria, Virginia  22304

*Counsel for Intervenor-Defendant Travis County*

Joseph E. Sandler
sandler@sandlerreiff.com
SANDLER REIFF & YOUNG PC
50 E St. SE #300
Washington, D.C.  20003

*Counsel for Intervenors-Defendants Lisa Diaz, Gabriel Diaz, and David Diaz*

Kristen M. Clarke
NAACP LEGAL DEFENSE AND EDUCATIONAL
    FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C.  20005

*Counsel for Intervenors-Defendants Rodney and Nicole Louis and for Applicants by Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, and Marisa Richardson*

Max Renea Hicks
rhicks@renea-hicks.com
1250 Norwood Tower
114 West 7th Street
Austin, Texas  78701

*Counsel for Intervenor-Defendant Travis County*

Laughlin McDonald
Neil Bradley
courtfilings@aclu-nca.org
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia  30303

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Lisa Graybill
Legal Director
courtfilings@aclu-nca.org
ACLU FOUNDATION OF TEXAS
1210 Rosewood Ave.
Austin, Texas  78702

*Counsel for Intervenor-Defendant Nathaniel
Lesane*

Art Spitzer
artspitzer@aol.com
courtfilings@aclu-nca.org
Legal Director
ACLU OF THE NATIONAL CAPITAL AREA
1400 20th Street N.W., Suite 119
Washington, D.C.  20036

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Jose Garza
jgarza@trla.org
Judith A. Sanders-Castro
George Korbel
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas  78212

*Counsel for Intervenors-Defendants Angie
Garcia, Jovita Casarez and Ofelia Zapata*

Alpha Hernandez
ahernandez@trla.org
Eloy Padilla
epadilla@trla.org
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas  78212

*Counsel for Intervenors-Defendants Angie Garcia,
Jovita Casarez and Ofelia Zapata*

Michael T. Kilpatrick
mkirkpatrick@citizen.org
Brian Wolfman
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009

*Counsel for Intervenors-Defendants Angie
Garcia, Jovita Casarez and Ofelia Zapata*

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, N.W., Suite 350
Washington, D.C.  20036

*Counsel for Intervenor-Defendant
Nathaniel Lesane*

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas  78701

*Counsel for Intervenor-Defendant
Nathaniel Lesane*

/s/ Christian J. Ward
Christian J. Ward