## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06-CV-01384<br>   (DST, PLF, EGS) |

DECLARATION OF PAUL R.Q. WOLFSON IN SUPPORT OF DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, AUSTIN BRANCH OF THE NAACP, RODNEY LOUIS, NICOLE LOUIS, WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON, MARISA RICHARDSON, LISA DIAZ, DAVID DIAZ AND GABRIEL DIAZ, PEOPLE FOR THE AMERICAN WAY, TRAVIS COUNTY, NATHANIEL LESANE, JOVITA CASAREZ, ANGIE GARCIA, AND OFELIA ZAPATA'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, PAUL R.Q. WOLFSON, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP. Attached hereto are true and correct copies of the following documents, to which reference is made in the accompanying Defendants' Response to Plaintiffs' Statement of Material Facts:

1. Order Canvassing the Returns and Declaring the Results of Northwest Austin Municipal Utility District No. 1 May 2, 1992 Director Election [P_000581-P_00582];

2. Order Canvassing the Returns and Declaring the Results of Northwest Austin Municipal Utility District No. 1 May 7, 1994 Director Election [P_001384-P_001385];

3. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 6, 1990 [P_009411-P_009413];

4. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 15, 1994 [P_001417-P_001419]; and

5. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 12, 2002 [P_008375-P_008376].

6. Notice of Meeting of the Board of Directors of Northwest Austin Municipal Utility District Number One on May 23, 2006, dated May 19, 2006 [P_007531-P_007535].

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 15, 2007.

*/s    Paul    R.Q.    Wolfson*
Paul R.Q. Wolfson

# Exhibit 1

ORDER CANVASSING THE RETURNS AND
DECLARING THE RESULTS OF
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
MAY 2, 1992 DIRECTOR ELECTION

WHEREAS, at an election held in Northwest Austin Municipal Utility District No. 1 (the "District") on the 2nd day of May, 1992, there was submitted the question of the election of two (2) directors for the District, each to serve a four (4) year term; and

WHEREAS, the votes cast at said election have been counted and recorded on the official election returns, and said returns have been certified and filed with this Board of Directors by the appropriate election officials; and

WHEREAS, said returns show that the following persons received the following number of votes cast at the election:

| Chester Collinsworth | 2 votes |
| Thomas M. Mays | 2 votes |

WHEREAS, the election was called and held in all respects under and in strict conformity with the Constitutions and laws of the State of Texas and the United States of America;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1.     The matters and facts recited in the preamble to this Order are found to be true and correct.

Section 2.     The election held in the District on the 2nd day of May, 1992, which is fully described in the preamble of this Order, was called and notice given thereof in accordance with law; the election was held in all respects in conformity with law; and the returns of the election have been made by the proper officials.

Section 3.     Said election has resulted in the election of Chester Collinsworth and Thomas M. Mays as directors for the District, each of whom shall serve for a four (4) year term ending after the director election to be held on May 4, 1996. Each of said persons shall enter into the duties of the office and begin to serve said term of office upon posting bond in the amount of $10,000.00 as required by law and upon taking the constitutional oath of office.

Section 4.     A certified copy of this Order shall be filed and recorded in the Real Property Records of Travis County, Texas, and a certified copy of this Order shall be filed with the Texas Water Commission.

Section 5.     It is hereby found that the meeting at which this Order has been considered and adopted is open to the public as

*EXHIBIT B*

P_000581

required by law, and that written notice of the time, place and subject matter of said meeting, and of the proposed adoption of this Order, was given as required by Article 6252-17, Texas Civil Statutes, as amended.  The Board of Directors hereby confirms said written notice and the contents and posting thereof.

PASSED AND APPROVED this the 6th day of May, 1992.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Chester Collinsworth, President
Board of Directors

ATTEST:

_____
James Cox, Secretary
Board of Directors

(SEAL)

0592-18.3

2

*EXHIBIT B*

P_000582

# Exhibit 2

ORDER CANVASSING THE RETURNS AND
DECLARING THE RESULTS OF
NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1
MAY 7, 1994 DIRECTOR ELECTION

WHEREAS, at an election held in Northwest Austin Municipal Utility District No. 1 (the "District") on the 7th day of May, 1994, there was submitted the question of the election of three (3) directors for the District, each to serve a four (4) year term; and

WHEREAS, the votes cast at said election have been counted and recorded on the official election returns, and said returns have been certified and filed with this Board of Directors by the appropriate election officials; and

WHEREAS, said returns show that the following persons received the following number of votes cast at the election:

| | |
|---|---|
| Place 3 | |
| Scott Storm | 2 votes |
| | |
| Place 4 | |
| Ronald Hay | 2 votes |
| | |
| Place 5 | |
| Joseph Ventura | 2 votes |

WHEREAS, the election was called and held in all respects under and in strict conformity with the Constitutions and laws of the State of Texas and the United States of America;

NOW, THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1.    The matters and facts recited in the preamble to this Order are found to be true and correct.

Section 2.    The election held in the District on the 7th day of May, 1994, which is fully described in the preamble of this Order, was called and notice given thereof in accordance with law; the election was held in all respects in conformity with law; and the returns of the election have been made by the proper officials.

Section 3.    Said election has resulted in the election of Scott Storm, Ronald Hay and Joseph Ventura as Directors for the District, each whom shall serve for a four (4) year term ending after the director election to be held on May 2, 1998.  Each of said persons shall enter into the duties of the office and begin to

26506.1/SP/LRP/5259/050994

# EXHIBIT B

P_001384

serve said term of office upon posting bond in the amount of
$10,000.00 as required by law and upon taking the constitutional
oath of office.

    <u>Section 4</u>.    A certified copy of this Order shall be filed
and recorded in the Real Property Records of Travis County, Texas,
and a certified copy of this Order shall be filed with the Texas
Natural Resource Conservation Commission.

    <u>Section 5</u>.    It is hereby found that the meeting at which
this Order has been considered and adopted is open to the public as
required by law, and that written notice of the time, place and
subject matter of said meeting, and of the proposed adoption of
this Order, was given as required by Article 6252-17, Texas Civil
Statutes, as amended.  The Board of Directors hereby confirms said
written notice and the contents and posting thereof.

    PASSED AND APPROVED this the _10_ day of May, 1994.

                NORTHWEST AUSTIN MUNICIPAL
                UTILITY DISTRICT NO. 1

                By:
                    Scott Storm, President
                    Board of Directors

ATTEST:

Joe E. Ventura, Secretary
Board of Directors

(SEAL)

# EXHIBIT B

# Exhibit 3

ORDER CALLING DIRECTOR ELECTION

THE STATE OF TEXAS      §
                        §
COUNTY OF TRAVIS        §

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of Texas Water Commission; and

WHEREAS, the establishment and creation of the District has been duly confirmed as the result of a confirmation election held within the District on December 13, 1986, at which election there were elected five (5) permanent directors thereof; and

WHEREAS, in accordance with Section 54.103 of the Texas Water Code, it is also necessary that an election be held within the District for the election of five (5) directors of which three (3) shall serve a four (4) year term and two (2) shall serve a two (2) year term; and

WHEREAS, this Board of Directors wishes to proceed with the ordering of said election;

NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

<u>Section 1</u>:     The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

<u>Section 2</u>:     An election shall be held within the District on the 5th day of May, 1990, between the hours of 7:00 a.m. and 7:00 p.m. at 11709 Boulder Lane Texas, within the District, at which there shall be submitted the question of the election of five (5) directors, three (3) shall serve a four (4) year term and two (2) shall serve a two (2) year term.

<u>Section 3</u>:     Voting in said election shall be the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code.   Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge.   The ballots used in the election shall have printed thereon the names of all candidates for the

*EXHIBIT G*

P_009411

printed on the ballot at least forty-five (45) days prior to the election, and a blank space for each director place for a write-on vote.

Each voter may vote for one candidate for each director place by placing an "X" in the square beside the person's name or writing the name of a person in the blank space provided.

Section 4:     The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

William P. Heisler          Presiding Judge

Dolores J. Heisler          Alternate Presiding Judge

The presiding judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Absentee voting in the election by personal appearance shall begin on the 19th day preceding the election. The clerk for absentee voting shall be 11709 Boulder Lane and the place at which absentee voting shall be conducted is 11709 Boulder Lane, Austin, Texas, within the boundaries of the District.

The absentee voting clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 11709 Boulder Lane, Austin, Texas. The absentee voting clerk shall keep the absentee voting place open from 1:00 p.m. to 4:00 p.m., on each day for absentee voting which is not a Saturday, a Sunday or an official state holiday.

The Presiding Judge named above shall serve as the presiding judge of the Absentee Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5:     The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code as modified by Chapter 54, Texas Water Code.

Section 6:     All qualified resident electors of the District shall be entitled to vote in the election.

Section 7:     The Secretary of the Board is hereby directed to cause notice of this election to be published in both Spanish and English once a week for two (2) consecutive weeks in a newspaper of general circulation in Travis County, Texas with the first publication to be at least fourteen (14) days before the date

2

*EXHIBIT G*

of the election.  The notice shall be substantially in the form of Notice of Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED THE 6th day of March, 1990

(SEAL)

Chester Collinsworth
President
Board of Directors

ATTEST:

Ron Patterson, Secretary
Board of Directors

290-138.3

3

*EXHIBIT G*

P_009413

# Exhibit 4

## ORDER CALLING DIRECTOR ELECTION

THE STATE OF TEXAS                    §
                                      §
COUNTY OF TRAVIS                      §

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission and the establishment and creation of the District has been confirmed by the voters within the District; and

WHEREAS, in accordance with Section 54.103 of the Texas Water Code, the election of directors is to be held in even numbered years; and

WHEREAS, also in accordance with Section 54.103 of the Texas Water Code, an election is to be held within the District on May 7, 1994, for the election of three (3) directors, each of whom shall serve a four (4) year term; and

WHEREAS, the Board of Directors wishes to proceed with the ordering of said election;

NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1: The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

Section 2: An election shall be held within the District on the 7th day of May, 1994, between the hours of 7:00 a.m. and 7:00 p.m., at 11321 Boulder Lane, Austin, Texas, within the boundaries of the District, at which there shall be submitted the question of the election of three (3) directors, each of whom shall serve a four (4) year term.

Section 3: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the names of all candidates for the office of director who filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least thirty (30) days prior to the election.

20965.1/SP/LRP/5259/032494

# EXHIBIT D

Each voter may vote for none, one, two or three persons for director by placing an "X" in the square beside the person's or persons' names or by writing the name or names of a person or persons in the blank spaces provided.

Section 4:  The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

| | |
|---|---|
| Craig Lovejoy | Presiding Judge |
| Donna Lovejoy | Alternate Presiding Judge |

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2).  Early voting in the election by personal appearance shall begin on April 18, 1994, and shall continue through May 3, 1994.  The clerks for early voting shall be Rosalyn Peterson and Carrie Montoya, and the place at which early voting shall be conducted is 9914 Barbrook Drive, Austin, Texas, within the boundaries of the District.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 3215, Steck Avenue, Suite 101, Austin, Texas 78757.  The Early Voting Clerk shall keep the early voting place open from 9:00 a.m. to 12:00 p.m., on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 7, 1994 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5:  The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 54 of the Texas Water Code.

Section 6:  All qualified resident electors of the District shall be entitled to vote in the election.

Section 7:  The Secretary of the Board is hereby directed to cause notice of this election to be published in both Spanish and English once a week for two (2) consecutive weeks in a newspaper of general circulation in Travis County, Texas with the first

20965.1/SP/LRP/5259/032494

2

# EXHIBIT D

publication to be at least fourteen (14) days before the date of the election. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED this /5 day of March, 1994.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
Scott Storm, President
Board of Directors

(SEAL)

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

20965.1/SP/LRP/5259/030994                    3

# EXHIBIT D

P_001419

# Exhibit 5

## ORDER CALLING DIRECTOR ELECTION

THE STATE OF TEXAS          §
                            §
COUNTY OF TRAVIS            §

WHEREAS, Northwest Austin Municipal Utility District No. 1 (the "District") has been duly created by order of the Texas Water Commission and the establishment and creation of the District has been confirmed by the voters within the District; and

WHEREAS, in accordance with Section 49.103 of the Texas Water Code, the election of directors is to be held in even numbered years; and

WHEREAS, also in accordance with Section 49.103 of the Texas Water Code, an election is to be held within the District on May 4, 2002, for the election of three (3) directors who shall serve a four (4) year term; and

WHEREAS, the Board of Directors wishes to proceed with the ordering of said election;

NOW THEREFORE, BE IT ORDERED BY THE BOARD OF DIRECTORS OF NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NO. 1 THAT:

Section 1: The matters and facts set out in the preamble of this order are hereby found and declared to be true and complete.

Section 2: An election shall be held within the District on the 4th day of May, 2002, between the hours of 7:00 a.m. and 7:00 p.m., at 10741 Chestnut Ridge Road, Austin, Texas, within the boundaries of Northwest Austin Municipal Utility District No. 1 at which there shall be submitted the question of the election of three (3) directors, who shall serve a four (4) year term.

Section 3: Voting in said election shall be by the use of paper ballots which shall be printed in both English and Spanish and which shall conform to the requirements of the Texas Election Code. Oral bilingual assistance shall be available during the election and may be obtained by contacting the Presiding Judge or the Alternate Presiding Judge. The ballots used in the election shall have printed thereon the names of all candidates for the office of director who filed applications to have their names printed on the ballot at least forty-five (45) days prior to the election, and one (1) blank space for write-in vote for any candidate for the office of director who has filed a declaration of write-in candidacy at least forty (40) days prior to the election. Each voter may vote for none, one, or two persons for director by placing an "X" in the square beside the person's or persons' names or by writing the name or names of a person or persons in the blank spaces provided.

Section 4: The boundaries of the District are hereby designated as and shall constitute one (1) election precinct and the following are hereby appointed officers of said election:

125457.1/041102

**EXHIBIT B**

John Stueber            Presiding Judge
Beverly Stueber         Alternate Presiding Judge

The Presiding Judge may appoint, as he deems necessary, clerks to assist in the conduct of the election, not to exceed the maximum number of two (2). Early voting in the election by personal appearance shall begin on April 17, 2002 and shall continue through April 30, 2002. The clerk for early voting shall be B. Stueber and the place at which early voting shall be conducted is 10741 Chestnut Ridge Road, Austin, Texas.

The Early Voting Clerk's mailing address to which ballot applications and ballots to be voted by mail may be sent is 10741 Chestnut Ridge Road, Austin, Texas. The Early Voting Clerk shall keep the early voting place open from 11:00 a.m. to 7:00 p.m. on each day for early voting which is not a Saturday, a Sunday or an official state holiday, and on election day, May 4, 2002 from 7:00 a.m. to 7:00 p.m.

The Presiding Judge named above shall serve as the presiding judge of the Early Ballot Board, the members of which shall be the precinct election officers serving the election precinct as provided in Section 87.004 of the Texas Election Code.

Section 5: The election shall be held and conducted and returns made of this Board of Directors in accordance with the Texas Election Code, as modified by Chapter 49 of the Texas Water Code.

Section 6: All qualified resident electors of the District shall be entitled to vote in the election.

Section 7: The Secretary of the Board is hereby directed to cause notice of this election to be published or posted in both Spanish and English in accordance with the requirements of the Texas Election Code. The notice shall be substantially in the form of Notice of Director Election attached hereto and made a part hereof for all purposes.

PASSED AND APPROVED this 12th day of March, 2002.

NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1

By: _____
    Scott Storm, President
    Board of Directors

(SEAL)

ATTEST:

_____
Joe E. Ventura, Secretary
Board of Directors

**EXHIBIT C**

125457.1/031102                    2

# Exhibit 6

### NORTHWEST AUSTIN
### MUNICIPAL UTILITY DISTRICT NO. 1

TO:  THE BOARD OF DIRECTORS OF THE NORTHWEST AUSTIN MUNICIPAL
UTILITY DISTRICT NO. 1 AND TO ALL OTHER INTERESTED PERSONS:

Notice is hereby given that the Board of Directors of Northwest Austin Municipal Utility District No. 1 (the "District" will hold a regular meeting on May 23, 2006 at 7:30 p.m. at Peace Lutheran Church, 10625 North F.M. 620, Austin, Texas, for the following purposes to consider and possibly take final action:

1.  To approve the minutes of the April 19, 2006 board of directors regular meetings;

2.  On reports on matters considered during the April 19, 2006 District board meeting;

  2.1  Report from the District's general manager regarding the status of operations of the District, consideration of and possible final action to approve payment of bills and invoices;

  2.2  Report from the parks and land management committees on park and park related activities, and maintenance of other properties owned by the District;

3.  On reports from the District's general manager regarding the status of operations of the District, monthly financial reports, status of annual audit, consideration of and possible final action to approve payment of bills;

4.  Regarding results of a poll of District residents regarding improvements at Trailhead Park, including possible final action to authorize expenditures for recreation improvements, including improvements to the soccer field;

5.  Regarding authorizing the president of the District to execute an agreement to transfer certain rights and ownership in the District''s conservation lands in exchange for a water rate reduction to the District''s residents; regarding results of the District''s Freedom of Information Act request of reports and studies from the U.S. Fish & Wildlife Service concerning the District''s conservation lands; regarding reports from a professional biologist or wildlife scientist regarding the District''s conservation lands; and regarding negotiations with U.S. Fish & Wildlife Service, the City of Austin, and possible other governmental entities regarding public access to conservation lands owned by the District;

6.  Regarding trapping and control of feral hogs on the District's conservation lands and authorizing expenditures or reimbursement of same incurred in trapping feral hogs;

7.  Convene in executive session pursuant to Texas Government Code, Section 551.071, to discuss matters subject to the attorney-client privilege and/or pending and contemplated

P_007531

litigation in: (1) *Northwest Austin Municipal Utility District, et al vs. City of Austin, et al*, in the District Court of Travis County, Texas and before the Court of Appeals for the Third District of the State of Texas; (2) *Canyon Creek Option, Ltd. v. Northwest Austin Municipal Utility District No. 1*, before the 200th Judicial District Court of Travis County, Texas; (3) the District's various contractual obligations to the City of Austin and developers within the District; (4) potential litigation against the U.S. Department of Justice and appropriate federal officials regarding continued enforcement of Section 5 of the Federal Voting Rights Act, including possibly authorizing the institution of that litigation; and (5) any other item posted on this agenda;

8.  To re-convene in open session for consideration of and possible final action regarding any item discussed in executive session in the preceding agenda item;

9.  To canvassing the votes from the May 13, 2006 general election of District directors;

10. To swear in and administer the oath of office of newly elected District board members;

11. To discuss and approve matters for possible addition to the next meeting agenda, and date of future meetings;

12. To receive public comment (at the Board's discretion, public comment may be entertained by the Board during each of the previous agenda items, or alternatively or conjunctively reserved for this item);

13. To adjourn.

Notice is further given that members of the District's Board may meet after adjournment at Johnny Carino's Restaurant, 11620 North FM 620, Austin, Texas, for a social event. Although a quorum is anticipated to be in attendance, no District-related deliberations or final actions on any item will occur at the social event.

_____
Attorney for the District

[Seal]

The District is committed to compliance with the American with Disabilities Act. Reasonable modifications and equal access to communications will be provided upon request. Please contact Frank Reilly or Marti Asher at Potts & Reilly, L.L.P. at least 24 hours in advance of the meeting by phone, in writing, or by e-mail at: 512-469-7474; 401 West 15th Street, Suite 850, Austin, Texas 78701, or firm@pottsreilly.com.

Came to hand and posted on a Bulletin Board in the Courthouse, Austin, Travis County, Texas on this the ____ day of ____

Dana DeBeauvoir
County Clerk, Travis County, Texas

By _____ Deputy

LAURA CRIDER

CERTIFICATE OF POSTING FOR
NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
ON THE DESK IN THE RECEPTION AREA OF
POTTS & REILLY, L.L.P.
401 WEST 15th STREET, SUITE 850
AUSTIN, TEXAS 78701

THE STATE OF TEXAS          §
                            §
COUNTY OF TRAVIS            §

    I, Marti Asher, hereby certify that at *1:55* p.m. on May 19, 2006, I posted a copy of the attached notice of meeting of the Board of Directors of Northwest Austin Municipal Utility District No. 1 at places readily accessible and convenient to the public.

    I understand that the notice was posted in order to comply with the Open Meetings provisions of Chapter 551 of the Government Code and that the Board of Directors of the District will rely on this certificate in determining whether the provisions of Chapter 551 of the Government Code have been satisfied.

    Witness my signature this 19th day of May, 2006.

Name Printed:   Marti Asher

Company:     Potts & Reilly, L.L.P.

L:\Clients\NWAMudNo.1\Meeting Packets\CertificateOfPosting.wpd

## CERTIFICATE OF POSTING FOR
## NORTHWEST AUSTIN
## MUNICIPAL UTILITY DISTRICT NO. 1
## AT
## TRAVIS COUNTY COURTHOUSE
## (VIA COURTHOUSE ANNEX
## 5501 AIRPORT BLVD., AUSTIN, TX)


THE STATE OF TEXAS     §
                       §
COUNTY OF TRAVIS       §

    I, Joy Briones, hereby certify that at *2 : 25* p.m. on May 19, 2006, I posted a copy of the attached notice of meeting of the Board of Directors of Northwest Austin Municipal Utility District No. 1 at places readily accessible and convenient to the public.

    I understand that the notice was posted in order to comply with the Open Meetings provisions of Chapter 551 of the Government Code and that the Board of Directors of the District will rely on this certificate in determining whether the provisions of Chapter 551 of the Government Code have been satisfied.

    Witness my signature this 19th day of May, 2006.


Name Printed:   Joy Briones

Company:   Potts & Reilly, L.L.P.


L:\Clients\NWAMudNo.1\Meeting Packets\CertificateOfPosting.wpd

**CERTIFICATE OF POSTING FOR
NORTHWEST AUSTIN
MUNICIPAL UTILITY DISTRICT NO. 1
AT
MUD SIGN BEYOND 8709 BOULDER LANE
AND AT
BULLETIN BOARD LOCATED IN
PARKING LOT OF CANYON CREEK PARK
8321 BOULDER LANE
AUSTIN, TEXAS 787210**

THE STATE OF TEXAS        §
                          §
COUNTY OF TRAVIS          §

I, Debbie Rathcke, hereby certify that at 4:30 p.m. and at 4:33 p.m. on May 19, 2006, I posted a copy of the attached notice of meeting of the Board of Directors of Northwest Austin Municipal Utility District No. 1 at places readily accessible and convenient to the public.

I understand that the notice was posted in order to comply with the Open Meetings provisions of Chapter 551 of the Government Code and that the Board of Directors of the District will rely on this certificate in determining whether the provisions of Chapter 551 of the Government Code have been satisfied.

Witness my signature this 19th day of May, 2006.

_____

Name Printed:    Debbie Rathcke

Company:    Potts & Reilly, L.L.P.

L:\Clients\NWAMudNo.1\Meeting Packets\CertificateOfPosting.wpd