IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

DECLARATION OF PAUL R.Q. WOLFSON IN SUPPORT OF DEFENDANT-INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, AUSTIN BRANCH OF THE NAACP, RODNEY LOUIS, NICOLE LOUIS, WINTHROP GRAHAM, YVONNE GRAHAM, WENDY RICHARDSON, JAMAL RICHARDSON, MARISA RICHARDSON, LISA DIAZ, DAVID DIAZ AND GABRIEL DIAZ, PEOPLE FOR THE AMERICAN WAY, TRAVIS COUNTY, NATHANIEL LESANE, JOVITA CASAREZ, ANGIE GARCIA, AND OFELIA ZAPATA'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, PAUL R.Q. WOLFSON, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendant-Intervenors Texas State Conference of NAACP Branches and Austin Branch of the NAACP. Attached hereto are true and correct copies of the following documents, to which reference is made in the accompanying Defendants' Response to Plaintiffs' Statement of Material Facts:

1. Order Canvassing the Returns and Declaring the Results of Northwest Austin Municipal Utility District No. 1 May 2, 1992 Director Election [P_000581-P_00582];

2. Order Canvassing the Returns and Declaring the Results of Northwest Austin Municipal Utility District No. 1 May 7, 1994 Director Election [P_001384-P_001385];

3. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 6, 1990 [P_009411-P_009413];

4. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 15, 1994 [P_001417-P_001419]; and

5. Northwest Austin Municipal Utility District Number One's "Order Calling Director Election" dated March 12, 2002 [P_008375-P_008376].

6. Notice of Meeting of the Board of Directors of Northwest Austin Municipal Utility District Number One on May 23, 2006, dated May 19, 2006 [P_007531-P_007535].

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2007.

/s    Paul    R.Q.    Wolfson
Paul R.Q. Wolfson