**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-01384 (DST, PLF, EGS) |
| ALBERTO GONZALES, Attorney General of the United States, <u>et al.,</u> | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT-INTERVENORS' UNOPPOSED MOTION
FOR LEAVE TO FILE CORRECTED DOCUMENTS**

Defendant-Intervenors seek leave to file corrected versions of three documents.

The grounds for the motion are as follows:

1) Despite Defendant-Intervenors' best efforts during the course of the briefing, upon

   review, Defendant-Intervenors have discovered that certain errors were made in the

   production of three of the Defendant-Intervenors' pleadings.

   (a).     First, certain pages of Exhibit 2 to the May 15, 2007 Declaration of Paul R.Q.

   Wolfson [Dkt. No. 100-2] were inadvertently photocopied and scanned in a manner that

   omitted pages of the record.

   (b).     Second, in the memorandum filed May 15, 2007 in support of summary judgment

   of Defendant-Intervenors Texas State Conference of NAACP Branches, Austin Branch of

   the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy

   Richardson, Jamal Richardson, Marisa Richardson, People for the American Way,

   Nathaniel Lesane, Jovita Casarez, Angie Garcia, and Ofelia Zapata [Dkt. No. 100-23],

the Table of Authorities inadvertently contained several citation formatting problems and

omitted reference to certain citations.

(c).    Third, the Table of Authorities accompanying the memorandum [Dkt. No. 111]

filed June 15, 2007 by all Defendant-Intervenors in opposition to Plaintiff's motion for

summary judgment also inadvertently contained several citation formatting problems and

omitted reference to certain citations.

2)   Defendant-Intervenors believe it may be helpful to the Court, as it prepares for oral

argument, to have corrected versions of the three above-referenced documents.

3)   Accordingly, Defendant-Intervenors request leave to re-file Exhibit 2 to the May 15,

2007 Wolfson Declaration, and to re-file the two above-referenced memoranda with a

corrected Table of Authorities in each (but otherwise with no changes).  Attached hereto

as Exhibit A is the proposed corrected Exhibit 2 to the May 15, 2007 Wolfson

Declaration.  Attached hereto as Exhibit B is the proposed corrected memorandum in

support of summary judgment of Defendant-Intervenors Texas State Conference of

NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis,

Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa

Richardson, People for the American Way, Nathaniel Lesane, Jovita Casarez, Angie

Garcia, and Ofelia Zapata.  Attached hereto as Exhibit C is the proposed corrected

memorandum filed by all Defendant-Intervenors in opposition to Plaintiff's motion for

summary judgment.

4)   Defendant-Intervenors will provide courtesy copies (two copies per chambers) of these

proposed corrected documents (including a complete copy of the May 15, 2007 Wolfson

Declaration with all exhibits thereto).

- 3 -

5) Plaintiff Northwest Austin Municipal Utility District Number One and Defendant

   Attorney General Gonzales have each indicated that they do not oppose this motion.


Respectfully submitted,

*/s/ Seth P. Waxman*

Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
        DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Jon M. Greenbaum (D.C. Bar No. 489887)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
        RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
        OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

- 2 -

*/s/ Debo P. Adegbile*
Debo P. Adegbile

*/s/ Norman J. Chachkin*
Norman J. Chachkin (D.C. Bar No. 235283)
Theodore Shaw
President and Director-Counsel
Jacqueline A. Berrien
Ryan P. Haygood
Jenigh J. Garrett
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Kristen M. Clarke (D.C. Bar No. 973885)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

Samuel Spital
HOLLAND & KNIGHT
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3454

*Counsel for Defendant-Intervenors*
*Rodney and Nicole Louis; Winthrop and Yvonne Graham;*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

- 3 -

_/s/ Nina Perales_
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

_/s/ Joseph E. Sandler_
Joseph E. Sandler
D.C. Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

_Counsel for Defendant-Intervenors Lisa Diaz, David Diaz and Gabriel Diaz_

- 4 -

*/s/ David J. Becker*
David J. Becker (D.C. Bar No. 496318)
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 467-4999

*Counsel for Defendant-Intervenor People for the American Way*

- 5 -

_/s/ J. Gerald Hebert_
J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
Telephone: (703) 628-4673
Facsimile: (202) 736-2222

Max Renea Hicks
101 West 6th Street
Suite 504
Austin, TX 78801
Telephone: (512) 480-8231
Facsimile: (512) 480-9105

_Counsel for Defendant-Intervenor Travis County, Texas_

*/s/ Laughlin McDonald*
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
Telephone: (404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU FOUNDATION OF TEXAS
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor Nathaniel Lesane*

*/s/ Jose Garza*
Jose Garza
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors Angie Garcia, Jovita Casarez, Ofelia Zapata*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| NORTHWEST AUSTIN MUNICIPAL | ) | |
| UTILITY DISTRICT NUMBER ONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-CV-01384 |
| | ) | (DST, PLF, EGS) |
| ALBERTO GONZALES, Attorney General of | ) | |
| the United States, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

**ORDER**

Upon consideration of Defendant-Intervenors' Unopposed Motion for Leave to File

Corrected Documents, dated July 25, 2007, the Court finds that the Motion should be

GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED; and it is hereby

**FURTHER ORDERED** that Defendant-Intervenors Texas State Conference of NAACP

Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham,

Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, People for the

American Way, Nathaniel Lesane, Jovita Casarez, Angie Garcia, and Ofelia Zapata may re-file

their memorandum in support of their jointly filed motion for summary judgment, to include a

corrected Table of Authorities, and may also re-file a corrected and complete copy of Exhibit 2

to the May 15, 2007 Declaration of Paul R.Q. Wolfson.  Defendant-Intervenors' corrected May

15, 2007 memorandum and the corrected May 15, 2007 Wolfson Declaration shall be deemed to
have been filed as of May 15, 2007; and it is hereby

     **FURTHER ORDERED** that Defendant-Intervenors may jointly re-file their June 15,
2007 consolidated memorandum in opposition to Plaintiff's motion for summary judgment so as
to include a corrected Table of Authorities.  This corrected memorandum shall be deemed to
have been filed as of June 15, 2007.

     The Clerk of the Court is directed to forward a copy of this Order to all counsel of record
in this Action.

**Date: _____**　　　　　　　_____
　　　　　　　　　　　　　　　　**United States District Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I caused to be served a copy of the foregoing

DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO FILE

CORRECTED DOCUMENTS to all counsel of record via the Court's CM/ECF filing system.


*/s/ Daniel A. Zibel*
Daniel A. Zibel