UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, ) ) ) ) Plaintiff, ) ) v. ) ) ALBERTO GONZALES, ) Attorney General of the United States, et al., ) ) Defendants. ) ) | Civil Action No. 06-1384 (DST, PLF, EGS) |

ORDER

In conducting research to prepare for oral argument on September 17, 2007, the Court came across the abstract of a forthcoming article on the 2006 re-authorization of the Voting Rights Act by Professor Nathaniel Persily of Columbia Law School. While attempting to locate the article, which is entitled "The Promise and Pitfalls of the New Voting Rights Act," the Court received a pre-publication copy from the author. The article was previously available in the public domain as a working paper, and the Yale Law Journal will soon publish an edited version. But given that the article is not public at this time and is unlikely to be public again until well after oral argument, the Court believes it appropriate to advise the parties that it has the article and to give them an opportunity to obtain a copy from the author. It is hereby

ORDERED that any party unable to obtain the article should so advise the Court by 4:00 p.m. on Tuesday, September 4, 2007. It is

FURTHER ORDERED that the parties file any comments they wish to submit on the article by 4:00 p.m. on Monday, September 10, 2007. Comments should not exceed 10 pages, and Defendant and Defendant-Intervenors should consolidate any comments in a single joint filing.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: August 22, 2007