IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, ) ) ) ) Plaintiff, ) ) v. ) ) ALBERTO GONZALES, ) Attorney General of the United States, *et al.*, ) ) Defendants. ) ) | Civil Action No. 1:06-cv-1384 Three-judge court (PLF, DST, EGS) |

## SUPPLEMENTAL JOINT REPORT

On August 8, 2007, the Court ordered the parties to file a supplemental report by August 24, 2007, setting forth: (1) how defendant and defendant-intervenors will divide the time between them, including whether defendant-intervenors will subdivide their time; and (2) which counsel will be presenting oral argument on behalf of plaintiff, defendant, and defendant-intervenors. In accordance with that order, the parties hereby report as follows:

(1) Defendant and defendant-intervenors will subdivide the 90 minutes allocated to the defendants' side evenly between defendant Attorney General, on the one hand, and defendant-intervenors collectively, on the other hand (i.e., 45 minutes to defendant, and 45 minutes to defendant-intervenors). On the defendants' side of the case, defendant will present argument first, followed by defendant-intervenors. Defendant-intervenors will divide their time equally between two arguing counsel.

(2) The following counsel are expected to present oral argument at the September 17, 2007 hearing: Gregory S. Coleman and Christian J. Ward for the plaintiff; Asheesh Agarwal and Sarah E. Harrington for the defendant; and, Paul Wolfson, Wilmer Cutler Pickering Hale and Dorr LLP, and Debo Adegbile, NAACP LDF, Inc., for the defendant-intervenors.

Dated: August 24, 2007

Respectfully submitted,

| | |
|---|---|
| JEFFERY A. TAYLOR<br>United States Attorney | WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division<br><br>ASHEESH AGARWAL<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>JOHN K. TANNER (D.C. Bar No. 318873)<br>Chief, Voting Section<br>Civil Rights Division<br><br> */s/  T. Christian Herren, Jr*<br>_____<br>H. CHRISTOPHER COATES<br>Principal Deputy Chief<br>T. CHRISTIAN HERREN, JR<br>chris.herren@usdoj.gov<br>RICHARD DELLHEIM<br>richard.dellheim@usdoj.gov<br>SARAH E. HARRINGTON<br>sarah.harrington@usdoj.gov<br>CHRISTY A. McCORMICK<br>christy.mccormick@usdoj.gov<br>Attorneys<br>Civil Rights Division<br>United States Department of Justice<br>Room 7254 - NWB<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Fax:    (202) 307-3961<br><br>*Counsel for Defendant Alberto Gonzales*<br>*Attorney General of the United States* |

Respectfully submitted:

*/s/ Gregory S. Coleman*

_____

Gregory S. Coleman
(admitted *pro hac vice*)
Christian J. Ward
(admitted *pro hac vice*)
PROJECT ON FAIR REPRESENTATION
YETTER &WARDEN, L.L.P.
221 West 6th Street, Suite 750
Austin, Texas 78701
[Tel.] (512) 533-0150
[Fax] (512) 533-0120

*/s/ Erik S. Jaffe*

_____

Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax] (202) 237-8166

*Attorneys for Plaintiff*
*Northwest Austin Municipal*
*Utility District No. One*

Respectfully submitted,

*/s/ Paul R.Q. Wolfson*
_____
Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dennis C. Hayes (Indiana Bar No. 7601-49)
General Counsel
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT
OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND

BY: */s/ Nina Perales*
_____
NINA PERALES
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org


BY:  */s/ Joseph E. Sandler*
_____
JOSEPH E. SANDLER
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors
Lisa Diaz, David Diaz and Gabriel Diaz*

Respectfully submitted,

*/s/ Norman J. Chachkin*

_____
Theodore Shaw
Director-Counsel
Jacqueline A. Berrien
Associate Director-Counsel
Norman J. Chachkin (D.C. Bar No. 235283)
Debo P. Adegbile
Ryan P. Haygood
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

Kristen M. Clarke (D.C. Bar. No. 973885)
NAACP Legal Defense and
Educational Fund, Inc.
444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

*Counsel for Defendant-Intervenors Rodney Lewis,*
*Nicole Louis, Winthrop Graham, Yvonne Graham,*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

Respectfully submitted,

*/s/ Laughlin McDonald*
_____
Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
(202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, Texas 78702


*Counsel for Defendant-Intervenor
Nathaniel Lesane*

Respectfully submitted,

*/s/ Renea Hicks*

―――――――――――――
Max Renea Hicks
Attorney at Law
1250 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512) 480-8231
fax: (512) 480-9105
rhicks@renea-hicks.com


*/s/ J. Gerald Hebert*

―――――――――――――――――――――――
J. Gerald Hebert
Attorney at Law
5019 Waple Lane
Alexandria, VA 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676
jghebert@comcast.net

*Counsel for Defendant-Intervenor*
*Travis County, Texas*

Respectfully submitted,

*/s/ Elliot M. Mincberg*

_____
Elliot M. Mincberg (D.C. Bar No. 941575)
David J. Becker (D.C. Bar No. 496318)
People For the American Way Foundation
2000 M Street NW, Suite 400
Washington, DC 20036
(202) 467-4999
emincberg@pfaw.org

*Counsel for Defendant-Intervenor
People for the American Way*

Respectfully submitted,

*/s/ Jose Garza*
_____
Jose Garza
Judith A. Sanders-Castro
George Korbel
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)


Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)


*/s/ Michael T. Kirkpatrick*
_____
Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors*
*Angie Garcia, Jovita Casarez, Ofelia Zapata*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2007, I caused to be served a copy of the foregoing through the Court's ECF filing system to counsel of record.

                   */s/ T. Christian Herren, Jr.*
                   _____
                   T. CHRISTIAN HERREN, JR.