IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NORTHWEST AUSTIN MUNICIPAL )
UTILITY DISTRICT NUMBER ONE, )
)
        Plaintiff, )
)
    v.    )     Civil Action No. 1:06-cv-1384
)
ALBERTO GONZALES, )     Three-judge court (PLF, DST, EGS)
Attorney General of the United States, *et al.*,)
)
        Defendants. )
_____)

## JOINT COMMENTS OF DEFENDANT AND DEFENDANT-INTERVENORS

On August 22, the Court advised the parties of the existence of a law review article

entitled "The Promise and Pitfalls of the New Voting Rights Act" and afforded the parties the

opportunity to file comments on the article.

Defendant Attorney General and defendant-intervenors comment as follows. The latter

half of the article concerns certain revisions to the substantive standard for review of voting

changes, such as redistricting plans, under the preclearance provisions of Section 5. This part of

the article concerns questions that are not at issue in this case and have not been briefed by the

parties. The Plaintiff Northwest Austin Municipal Utility District Number One does not utilize

districts for purposes of electing candidates to its board of directors, and thus does not engage in

redistricting. Any challenge here to Section 5's substantive standard, or any discussion of how

the revised substantive standard may be applied, would be purely hypothetical.

To the extent the article discusses the legislative record supporting the 2006

reauthorization, defendant Attorney General and defendant-intervenors respectfully refer the

Court to the memoranda filed in this case by defendant and defendant-intervenors discussing

why that record was more than sufficient to justify the reauthorization.

      Dated: September 10, 2007

Respectfully submitted,

JEFFERY A. TAYLOR                    RENA JOHNSON COMISAC
United States Attorney               Acting Assistant Attorney General
                                     Civil Rights Division

                                     ASHEESH AGARWAL
                                     Deputy Assistant Attorney General
                                     Civil Rights Division

                                     JOHN K. TANNER (D.C. Bar No. 318873)
                                     Chief, Voting Section
                                     Civil Rights Division


                                       */s/  T. Christian Herren, Jr*
                                     _____
                                     H. CHRISTOPHER COATES
                                     Principal Deputy Chief
                                     T. CHRISTIAN HERREN, JR
                                     chris.herren@usdoj.gov
                                     RICHARD DELLHEIM
                                     richard.dellheim@usdoj.gov
                                     SARAH E. HARRINGTON
                                     sarah.harrington@usdoj.gov
                                     CHRISTY A. McCORMICK
                                     christy.mccormick@usdoj.gov
                                     Attorneys
                                     Civil Rights Division
                                     United States Department of Justice
                                     Room 7254 - NWB
                                     950 Pennsylvania Ave., N.W.
                                     Washington, DC 20530
                                     Phone: (800) 253-3931
                                     Fax:    (202) 307-3961

                                     *Counsel for Defendant Alberto Gonzales*
                                     *Attorney General of the United States*

Respectfully submitted,


*/s/ Paul R.Q. Wolfson*

_____

Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363


Dennis C. Hayes (Indiana Bar No. 7601-49)
General Counsel
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT
OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350


Jon M. Greenbaum (D.C. Bar No. 489887)
Benjamin J. Blustein (D.C. Bar No. 418930)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: 202-662-8600
Facsimile: 202-628-2858


*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND

BY: */s/ Nina Perales*

_____

NINA PERALES
Texas State Bar No. 240054046
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org


BY:  */s/ Joseph E. Sandler*

_____

JOSEPH E. SANDLER
D.C Bar # 255919
Sandler Reiff & Young PC
50 E St SE # 300
Washington, D.C. 20003
Tel: (202) 479 1111
Fax (202) 479-1115
sandler@sandlerreiff.com

*Counsel for Defendant-Intervenors*
*Lisa Diaz, David Diaz and Gabriel Diaz*

Respectfully submitted,

*/s/ Norman J. Chachkin*

_____

Theodore Shaw
Director-Counsel
Jacqueline A. Berrien
Associate Director-Counsel
Norman J. Chachkin (D.C. Bar No. 235283)
Debo P. Adegbile
Ryan P. Haygood
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 219-1900

Kristen M. Clarke (D.C. Bar. No. 973885)
NAACP Legal Defense and
Educational Fund, Inc.
444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

*Counsel for Defendant-Intervenors Rodney Lewis,*
*Nicole Louis, Winthrop Graham, Yvonne Graham,*
*Wendy Richardson, Jamal Richardson, and Marisa Richardson*

Respectfully submitted,

*/s/ Laughlin McDonald*

_____

Moffatt Laughlin McDonald
Neil Bradley
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303-1227
(404) 523-2721

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Michael J. Kator
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW, #350
Washington, DC 20036-6101
(202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com

Jeremy Wright
KATOR, PARKS & WEISER, PLLC
812 San Antonio Street, Suite 100
Austin, Texas 78701

Lisa Graybill
Legal Director
ACLU Foundation of Texas
1210 Rosewood Avenue
Austin, Texas 78702

*Counsel for Defendant-Intervenor*
*Nathaniel Lesane*

Respectfully submitted,

*/s/ Renea Hicks*

_____

Max Renea Hicks
Attorney at Law
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
fax: (512) 480-9105
rhicks@renea-hicks.com


*/s/ J. Gerald Hebert*

_____

J. Gerald Hebert
Attorney at Law
5019 Waple Lane
Alexandria, VA 22304
(703) 628-4673 (O)
DC Bar No. 447676
jghebert@comcast.net

*Counsel for Defendant-Intervenor*
*Travis County, Texas*

Respectfully submitted,

/s/ Elliot M. Mincberg

_____
Elliot M. Mincberg (D.C. Bar No. 941575)
David J. Becker (D.C. Bar No. 496318)
People For the American Way Foundation
2000 M Street NW, Suite 400
Washington, DC 20036
(202) 467-4999
emincberg@pfaw.org

*Counsel for Defendant-Intervenor*
*People for the American Way*

Respectfully submitted,

*/s/ Jose Garza*

_____

Jose Garza
Judith A. Sanders-Castro
George Korbel
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
1111 N. Main Street
San Antonio, Texas 78212
210-212-3700
210-212-3772 (fax)


Alpha Hernandez
Eloy Padilla
(Local Rule 83.2(g) certificates to be filed)
Texas RioGrande Legal Aid, Inc.
309 Cantu Street
Del Rio, Texas 78840
830-775-1535
830-768-0997 (fax)


*/s/ Michael T. Kirkpatrick*

_____

Michael T. Kirkpatrick (DC Bar No. 486293)
Brian Wolfman (DC Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
202-588-7795 (fax)
mkirkpatrick@citizen.org

*Counsel for Defendant-Intervenors*
*Angie Garcia, Jovita Casarez, Ofelia Zapata*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I caused to be served a copy of the foregoing through the Court's ECF filing system to counsel of record.

*/s/ T. Christian Herren, Jr.*

_____

T. CHRISTIAN HERREN, JR.