# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,  )<br><br>Plaintiff, )<br><br>v. )<br><br>ALBERTO GONZALES,<br>Attorney General of the United States, et al., )<br><br>Defendants. ) | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

## NOTICE OF APPEARANCE OF KRISTEN M. CLARKE

     Please enter the appearance of undersigned counsel, Kristen M. Clarke, of the NAACP Legal Defense and Educational Fund, Inc., on behalf of Defendant-Intervenors Rodney Louis, et al. and Winthrop Graham, et al.

DATED: September 18, 2007

Respectfully submitted,

 /s/ Kristen M. Clarke
Kristen M. Clarke
D.C. Bar No. 973885
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 682-1300

US1DOCS 6265975v3

**CERTIFICATE OF SERVICE**

      I, Kristen M. Clarke, hereby certify that on this 18th day of September, 2007, a copy of the foregoing *Notice of Appearance of Kristen M. Clarke* was filed with the Clerk of Court. The electronic filing prompts service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

      /s/ Kristen M. Clarke
Kristen M. Clarke