IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,  ) ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | Civil Action No. 1:06-cv-1384 |
| ALBERTO GONZALES, Attorney General of the United States, *et al.*,  ) ) ) | Three-judge court (PLF, DST, EGS) |
| Defendants.  ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Norman J. Chachkin, a member of the Bar of this Court and Attorney for Defendant-Intervenors Nicole Louis, Rodney Louis, Yvonne Graham, Winthrop Graham, Wendy Richardson, Jamal Richardson, and Marisa Richardson, Defendant-Intervenors in this case, respectfully prays that the Court permit him to withdraw from that representation because he will be leaving the staff of the NAACP Legal Defense & Educational Fund, Inc. ("LDF") effective October 31, 2007. The Defendant-Intervenors named above will continue to be represented by attorneys associated with LDF, including Kristen M.. Clarke, a member of the Bar of this Court,

who entered her appearance in the matter on September 19, 2007 (Doc. 123) and by other LDF attorneys who have been admitted *pro hac vice* in the matter for this purpose.

/s/ Norman J. Chachkin
NORMAN J. CHACHKIN
D.C. Bar No. 235283
NAACP Legal Defense & Educ'l Fund, Inc.
99 Hudson Street, 16th floor
New York, NY 10013-2897
(212) 965-2259

Certificate of Service

I, Norman J. Chachkin, do hereby certify that on this 22nd day of October, 2007, the foregoing Motion to Withdraw as Counsel was filed with the Clerk of the Court using the CM/ECF system. The electronic filing prompts service of the filing to all counsel of record in this case who have obtained CM/ECF passwords, which includes one or more counsel for each party.

/s/ Norman J. Chachkin