IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, § § § *Plaintiff,* § § vs. § § ALBERTO GONZALES, § Attorney General of the United States § § *Defendant.* § | | Civil Action No. 1:06-1384 (DST, PLF, EGS) |

## MOTION BY DIAZ AND GARCIA DEFENDANT- INTERVENORS FOR LEAVE TO FILE POST-ARGUMENT SUBMISSION

NOW COME Lisa Diaz, David Diaz and Gabriel Diaz ("Diaz Defendant-Intervenors") and Jovita Casares, Angela Garcia and Ofelia Zapata ("Garcia Defendant-Intervenors") and request leave of the Court to file a short post-hearing submission (attached as Exhibit 1).

The Diaz and Garcia Defendant-Intervenors, whose counsel did not present argument in the summary judgment hearing held on September 17, 2007, have carefully studied the transcript of the oral argument and believe that it is important that they clarify one matter: Congress has the authority under the Fifteenth Amendment to protect Latino voters from racial discrimination in voting. The Diaz and Garcia Defendant-Intervenors do not intend to alter the position articulated in the private Defendant-Intervenors' summary judgment briefs that Congress holds the authority to reauthorize Section 5 under both the Fourteenth and Fifteenth Amendments. *See* Diaz SJ Br. (Doc. 101-2) at 4-7; Texas NAACP et al. SJ Br. (Doc. 100-24) at 25-41.

For the foregoing reason, the Diaz and Garcia Defendant-Intervenors respectfully request leave of Court to file their short post-argument submission.

RESPECTFULLY SUBMITTED this 3rd day of December, 2007.

    MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND, INC. (MALDEF)

    /s Nina Perales
    NINA PERALES
    No. TX0040
    110 Broadway, Suite 300
    San Antonio, Texas 78205
    Tel: (210) 224-5476
    Fax: (210) 224-5382
    nperales@maldef.org


    JOSEPH E. SANDLER
    D.C Bar #255919
    Sandler Reiff & Young PC
    50 E St SE # 300
    Washington, D.C. 20003
    Tel: (202) 479 1111
    Fax: (202) 479-1115
    sandler@sandlerreiff.com

Counsel for Defendant-Intervenors Diaz, *et al.*

TEXAS RIOGRANDE LEGAL AID, INC.

    /s Jose Garza
    Jose Garza
    George Korbel
    1111 N. Main Street
    San Antonio, TX 78212
    (210) 212-3700
    212-3772 - fax
    Jgarza@trla.org

      Michael T. Kirkpatrick
      Brian Wolfman
      Public Citizen Litigation Group
      1600 30th Street NW
      Washington, DC 20009
      (202) 588-7728
      (202) 588-7795 - fax
      mkirkpatrick@citizen.org

      Counsel for Defendant-Intervenors Garcia, *et al.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 30, 2007 and December 3, 2007 I conferred with all counsel in the case regarding the above Motion. Counsel for Defendants and Defendant Intervenors indicated that they do not oppose the Motion. Counsel for Plaintiffs indicated that he did oppose the Motion.

      /s Nina Perales
      Nina Perales

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I caused to be served a copy of the foregoing through the Court's CM/ECF filing system to counsel of record.

      /s Nina Perales
      Nina Perales