**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ALBERTO GONZALES, Attorney General of the United States, <u>et al.</u>,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:06-CV-01384<br>(DST, PLF, EGS) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Defendant-Intervenors Texas State Conference of NAACP Branches and the Austin Branch of the NAACP ("NAACP Intervenors") hereby provide notice to the Court of the withdrawal of Michael J. Gottlieb as counsel representing NAACP Intervenors in this matter. NAACP Intervenors continue to be represented by the undersigned counsel.

Respectfully Submitted,

*/s/ Paul R.Q. Wolfson*

Seth P. Waxman (D.C. Bar No. 257337)
John A. Payton (D.C. Bar No. 282699)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Ariel B. Waldman (D.C. Bar No. 474429)
Daniel A. Zibel (D.C. Bar No. 491377)
WILMER CUTLER PICKERING HALE and
 DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Jon M. Greenbaum (D.C. Bar No. 489887)
Jonah H Goldman (D.C. Bar No. 497507)
LAWYERS' COMMITTEE FOR CIVIL
 RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 628-2858

Dennis C. Hayes (admitted *pro hac vice*)
General Counsel
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
 OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
Facsimile: (410) 358-9350

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and Austin Branch of the NAACP*

Dated:  January 15, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January, 2008, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                                */s/ Daniel A. Zibel*
                                                Daniel A. Zibel