UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-01384 (PF, ES, DT) |
| ALBERTO GONZALES, Attorney General of the United States, | ) ) ) | |
| Defendant, | ) ) | |
| PEOPLE FOR THE AMERICAN WAY | ) ) | |
| Defendant-Intervenor, | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Judith E. Schaeffer as counsel in this case for defendant-intervenor People For the American Way.

February 29, 2008

_/s/ Judith E. Schaeffer_
Judith E. Schaeffer
DC Bar # 273177
People For the American Way
    Foundation
2000 M Street, NW, Suite 400
Washington, DC 20036
202-467-4999
jschaeffer@pfaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February 2008, I caused a copy of the foregoing Appearance to be served on all counsel of record via the Court's CM/ECF filing system.

*/s/ Judith E. Schaeffer*
Judith E. Schaeffer