UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2008
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

NORTHWEST AUSTIN MUNICIPAL )
UTILITY DISTRICT NUMBER ONE, )
)
Plaintiff, )
)
v. )  Civil Action No. 06-1384
)  Three-judge court
MICHAEL B. MUKASEY, )  (PLF, EGS, DST)
Attorney General of the United States, *et al.*, )
)
Defendants. )

### ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the motion for summary judgment of plaintiff Northwest Austin Municipal Utility District Number One [99] is DENIED; it is

FURTHER ORDERED that the motion for summary judgment of defendant Attorney General Michael B. Mukasey [98] is GRANTED; it is

FURTHER ORDERED that the motion for summary judgment of defendant-intervenor Travis County, Texas [96] is GRANTED; it is

FURTHER ORDERED that the motion for summary judgment of defendant-intervenors Texas State Conference of NAACP Branches, Austin Branch of the NAACP, Rodney Louis, Nicole Louis, Winthrop Graham, Yvonne Graham, Wendy Richardson, Jamal Richardson, Marisa Richardson, Nathaniel Lesane, People for the American Way, Jovita Casares, Angie Garcia, and Ofelia Zapata [100] is GRANTED; it

is

FURTHER ORDERED that the motion for summary judgment of defendant-intervenors Lisa Diaz, David Diaz, and Gabriel Diaz [101] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT is entered for the defendant and the defendant-intervenors on both claims in this case.

This is a final appealable Order. The Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

```
_____
PAUL L. FRIEDMAN
United States District Judge

_____
EMMET G. SULLIVAN
United States District Judge

_____
DAVID S. TATEL
United States Circuit Judge
```

DATE: May 30, 2008