**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-1384 Three-judge court |
| v. | ) ) ) | (PLF, EGS, DST) |
| MICHAEL B. MUKASEY, Attorney General of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that the address of the Washington, D.C. office of Jenner & Block LLP, counsel for George B. Keepseagle, et al., has changed, and effective May 24, 2008 all notices, correspondence and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412. Our telephone and fax numbers will remain unchanged.

Respectfully Submitted,

/s/ Sam Hirsch

Dated: May 30, 2008

Sam Hirsch, Esq.
D.C. Bar No. 455688
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C. 20005
Tel:  (202) 637-6397
Fax:  (202) 661-4900

**New address:**

Sam Hirsch, Esq.
D.C. Bar No. 455688
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001-4412
Tel:  (202) 637-6397

Fax: (202) 639-6066

**CERTIFICATE OF SERVICE**

    I certify that on May 30, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                        /s/ Sam Hirsch
                                          Sam Hirsch