Draft
Privileged and Confidential
Attorney Work Product
Common Interest Privilege

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL B. MUKASEY, Attorney General of the United States, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 1:06-CV-01384<br>(DST, PLG, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER

Upon review of Defendant-Intervenors' Joint Motion For Extension Of Deadline To File Fee Petition, dated June 13, 2008, [Dkt No. ___], the Court finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED; and it is hereby

**FURTHER ORDERED** that the deadline for Defendant-Intervenors to file a single consolidated petition to recover any requested fees or costs in this case shall be the latest date of sixty days after (a) the time for filing a notice of appeal to the Supreme Court has expired, but no notice is filed; (b) the time for filing a jurisdictional statement with the Supreme Court has expired, but no jurisdictional statement has been filed, or (c) the Supreme Court takes final action on any appeal that might be filed.

The Clerk of the Court is directed to forward a copy of this Order to all counsel of record in this action.

US1DOCS 6707863v4

2

**Date:** _____                                   _____
                                                                                    United States District Judge

US1DOCS 6707863v4