## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NORTHWEST AUSTIN MUNICIPAL UTILITY
DISTRICT NUMBER ONE,

                *Plaintiff*,

v.

MICHAEL B. MUKASEY, Attorney General of
the United States,

                *Defendant*.

Civil Action No. 1:06-CV-01384
(DST, PLF, EGS)

### NOTICE OF INTENT TO APPEAL

Pursuant to the Court's minute order of June 17, 2008, plaintiff Northwest Austin

Municipal Utility District Number One hereby notifies the Court that it intends to appeal to the

United States Supreme Court from the Court's final judgment entered in this case on May 30,

2008 and will be filing a notice of appeal to that effect.  The appeal will be taken pursuant to 42

U.S.C. §1973*b*(a)(5).


DATED:  July 7, 2008             Respectfully submitted:


                      /s/ Gregory S. Coleman
                    Gregory S. Coleman
                    (admitted *pro hac vice*)
                    Christian J. Ward
                    (admitted *pro hac vice*)
                    PROJECT ON FAIR REPRESENTATION
                    YETTER, WARDEN & COLEMAN, L.L.P.
                    221 West 6th Street, Suite 750
                    Austin, Texas  78701
                    [Tel.] (512) 533-0150
                    [Fax]  (512) 533-0120

/s/Erik S. Jaffe
Erik S. Jaffe
D.C. Bar No. 440112
ERIK S. JAFFE, P.C.
5101 34th Street N.W.
Washington, D.C .20008
[Tel.] (202) 237-8165
[Fax]  (202) 237-8166

*Attorneys for Plaintiff*
*Northwest Austin Municipal*
*Utility District No. One*

### CERTIFICATE OF SERVICE

I hereby certify that I served Plaintiff's Notice of Intent to Appeal upon counsel for the

parties through the Court's electronic case filing system on July 7, 2008.

Wan J. Kim
Jeffrey A. Taylor
John K. Tanner
H. Christopher Coates
T. Christian Herren Jr
chris.herren@usdoj.gov
Sarah E. Harrington
sarah.harrington@usdoj.gov
Christy A. McCormick
christy.mccormick@usdoj.gov
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE
Room 7254 – NWB
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

*Counsel for Defendant*

Gregory G. Garre, Acting Solicitor General
  of the United States
United States Department of Justice
Room 5614
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-0001

*Counsel for Defendant*

Jon M. Greenbaum
jgreenbaum@lawyerscommittee.org
Benjamin J. Blustein
bblustein@lawmbg.com
Jonah H. Goldman
jgoldman@lawyerscommittee.org
LAWYERS COMMITTEE FOR CIVIL RIGHTS
  UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005

*Counsel for Intervenors-Defendants Texas
State Conference of NAACP and Austin
Branch of the NAACP*

Seth P. Waxman
seth.waxman@wilmerhale.com
Paul R.Q. Wolfson
paul.wolfson@wilmerhale.com
Ariel B. Waldman
ariel.waldman@wilmerhale.com
WILMER CUTLER PICKERING HALE &
  DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006

*Counsel for Intervenors-Defendants Texas State
Conference of NAACP and Austin Branch of the
NAACP*

Nina Perales
nperales@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205

*Counsel for Intervenors-Defendants Lisa
Diaz, Gabriel Diaz, and David Diaz*

Ryan P. Haygood
Jenigh J. Garrett
Theodore Shaw
Jacqueline A. Berrien
Debo P. Adegbile
dadegbile@naacpldf.org
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013

*Counsel for Intervenors-Defendants Rodney
and Nicole Louis for Applicants by Winthrop
Graham, Yvonne Graham, Wendy
Richardson, Jamal Richardson, and Marisa
Richardson*

David J. Becker
dbecker@pfaw.org
Judith Ellen Schaeffer
jschaeffer@pfaw.org
People for the American Way Foundation
2000 M Street NW, Suite 400
Washington, D.C. 20036

*Counsel for Intervenor-Defendant People
for the American Way*

Dennis C. Hayes
General Counsel
NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED PEOPLE, INC.
NAACP National Office
4805 Mt. Hope Drive
Baltimore, Maryland 21215

*Counsel for Intervenors-Defendants Texas State
Conference of NAACP and Austin Branch of the
NAACP*

Joseph E. Sandler
sandler@sandlerreiff.com
SANDLER REIFF & YOUNG PC
50 E St. SE #300
Washington, D.C. 20003

*Counsel for Intervenors-Defendants Lisa Diaz,
Gabriel Diaz, and David Diaz*

Max Renea Hicks
rhicks@renea-hicks.com
101 West 6th Street
Suite 504
Austin, Texas 78701

*Counsel for Intervenor-Defendant Travis County*

J. Gerald Hebert
jghebert@comcast.net
ghebert@campaignlegalcenter.org
5019 Waple Lane
Alexandria, Virginia  22304

*Counsel for Intervenor-Defendant Travis County*

Moffatt Laughlin McDonald
lmcdonald@aclu.org
Neil Bradley
courtfilings@aclu-nca.org
koconnor@aclu.org
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia  30303

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Lisa Graybill
Legal Director
courtfilings@aclu-nca.org
ACLU FOUNDATION OF TEXAS
1210 Rosewood Ave.
Austin, Texas  78702

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Art Spitzer
artspitzer@aol.com
courtfilings@aclu-nca.org
Legal Director
ACLU OF THE NATIONAL CAPITAL AREA
1400 20th Street N.W., Suite 119
Washington, D.C.  20036

*Counsel for Intervenor-Defendant Nathaniel Lesane*

Jose Garza
jgarza@trla.org
Judith A. Sanders-Castro
George Korbel
TEXAS RIOGRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas  78212

*Counsel for Intervenors-Defendants Angie Garcia, Jovita Casarez and Ofelia Zapata*

Alpha Hernandez
ahernandez@trla.org
Eloy Padilla
epadilla@trla.org
TEXAS RIOGRANDE LEGAL AID, INC.
309 Cantu Street
Del Rio, Texas  78212

*Counsel for Intervenors-Defendants Angie Garcia, Jovita Casarez and Ofelia Zapata*

Michael T. Kilpatrick
mkirkpatrick@citizen.org
Brian Wolfman
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC  20009

*Counsel for Intervenors-Defendants Angie Garcia, Jovita Casarez, Ofelia Zapata and Nathaniel Lesane*

Michael J. Kator
mkator@katorparks.com
KATOR, PARKS & WEISER, PLLC
1020 19th Street, N.W., Suite 350
Washington, D.C.  20036

*Counsel for Intervenor-Defendant Nathaniel Lesane*

5

Jeremy Wright
Kator, Parks & Weiser, PLLC
812 San Antonio Street, Suite 100
Austin, Texas  78701

*Counsel for Intervenor-Defendant*
*Nathaniel Lesane*


/s/ Christian J. Ward
Christian J. Ward