IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT NUMBER ONE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-01384<br>(DST, PLG, EGS) |

Before TATEL, Circuit Judge, and FRIEDMAN and SULLIVAN, District Judges.

## ORDER

Upon review of Defendant-Intervenors' Renewed Joint Consent Motion To Extend The Deadline For Filing Any Petition For Attorneys' Fees And Costs And To Hold In Abeyance All Proceedings On Any Such Petition, dated July 17, 2008 [Dkt. No. __], the Court finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED; and it is hereby

**FURTHER ORDERED** that the deadline to file any petition for requested fees or costs shall be 60 days after the case becomes final, *i.e.*, the later of 60 days after (a) the time for filing a jurisdictional statement with the Supreme Court has expired, but no jurisdictional statement has been filed, or (b) the Supreme Court takes final action on any appeal that might be filed.

The Clerk of the Court is directed to forward a copy of this Order to all counsel of record in this action.

**Date:** _____

_____
United States District Judge